UNITED STATES DISTRCIT COURT

DISTRICT OF MAINE

---------------------------------------------------------x

IN RE: LIGHT CIGARETTES MARKETING

SALES PRACTICES LITIGATION                    MDL DOCKET NO.: 1-090-MD-2068

---------------------------------------------------------x

                              NOTICE OF APPEARANCE


PLEASE TAKE NOTICE, that the undersigned appears on behalf plaintiff of *Bryant Tang vs Phillip Morris*, a case which was originally filed in U.S.D.C. , EDNY CV-08-5085 and which is part of the this MDL.


/s/  Peter J. Cambs

Peter J. Cambs, Sr.

Parker Waichman Alonso, LLP

3301 Bonita Beach Road

Bonita Springs, Florida  34134

(239) 390-8602

(239) 390-0055 (Fax)

pcambs@yourlawyer.com