IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| IN RE: LIGHT CIGARETTES | ) | |
| MARKETING SALES PRACTICE | ) | MDL DOCKET NO. 1:09-MD-2068 |
| LITIGATION | ) | Gisick, et al. v. Philip Morris USA, Inc., et al. |
| | ) | D. Kan. No. 09-CV-2413 JAR/GLR |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs Brian Gisick and Bethany Payne hereby submit, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), their notice of dismissal of their claims against Defendants Philip Morris USA Inc., ("Philip Morris") and Altria Group, Inc. ("Altria"), without prejudice. In support of this Notice, Plaintiffs state as follows:

1.  The Plaintiffs filed their class action complaint against the Defendants on August 7, 2009, in the District of Kansas.

2.  Defendants were properly served.

3.  Following service on both of the Defendants, on October 28, 2009, Philip Morris filed in the United States District Court District of Kansas an unopposed motion to stay all proceedings pending resolution of its notice of related action to the Judicial Panel on Multidistrict Litigation. Order granting the relief requested in the motion to stay all deadlines was entered into by District Court Judge Julie A. Robinson on October 29, 2009.

4.  On November 13, 2009, *Gisick, et al. v. Philip Morris USA, Inc., et al.* was transferred to this Court pursuant to a Conditional Transfer Order.

5.      As of the date of the filing of this Notice, neither Defendant has filed an answer to the Plaintiffs' class action complaint, nor has either of the Defendants filed a motion for summary judgment in response to the Plaintiffs' class action complaint.

6.      Thus, pursuant to the plain language of Fed.R.Civ.P. 41(a)(1)(A)(i), the Plaintiffs file this Notice of Voluntary Dismissal Without Prejudice.

DATED:  November 24, 2009                    Respectfully submitted,

*s/ Stacy A. Burrows* _____
George A. Barton     MO Bar No. 26249
Stacy A. Burrows     KS  Bar No. 21310
Law Offices of George A. Barton, P. C.
800 W. 47th St. Suite 700
Kansas City, MO 64112
(816) 300-6250
Fax: (816) 300-6259
gab@georgebartonlaw.com
stacy@georgebartonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  Notice of this filing was sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/EFC system.

*s Stacy A. Burrows* _____