UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| IN RE: LIGHT CIGARETTES MARKETING AND SALES PRACTICES LITIGATION | ) ) ) ) ) | MDL No. 2068 |
| *This Case Relates to*: | ) ) ) | |
| TRACEY ALCORN and DAVID ALCORN, on behalf of themselves and all others similarly situated, | ) ) ) ) | M.D. of Tenn. |
| Plaintiffs, | ) ) | Civil No. 3:09-CV-0624 |
| vs. | ) ) ) | |
| PHILIP MORRIS USA, INC. and ALTRIA GROUP, INC., | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs Tracey Alcorn and David Alcorn hereby file this Notice of Voluntary Dismissal.  This case is dismissed without prejudice.  Defendants have not filed an answer in this action.

Dated:  November 23, 2009.

Respectfully Submitted,

 /s/  *Charles Barrett*

Charles Barrett
Barrett & Associates, P.A.
6518 Highway 100, Suite 210
Nashville, TN 37205
(615) 515-3393
(615) 515-3395 fax

cb@barrettandassociates.net

## CERTIFICATE OF SERVICE

I, Charles Barrett, hereby certify that on November 23, 2009 a true copy of the foregoing was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/  *Charles Barrett*
Charles Barrett