# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| IN RE: LIGHT CIGARETTES MARKETING AND SALES PRACTICES LITIGATION | * * * * | MDL No. 2068 |
| *This Case Relates to:* | * | |
| CARLTON A. NEWMAN Individually and on Behalf of All Others Similarly Situated, | * * * * | E.D. OF LOUISIANA CIVIL No. 2:09-CV-04291 |
| Plaintiff, | * | |
| vs. | * | |
| PHILIP MORRIS USA, INC., A Virginia corporation and | * * * | |
| ALTRIA GROUP, INC., A Virginia corporation, | * * | |
| Defendants. | * | |
| ************************************ | | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff, Carlton A. Newman, hereby files this Notice of Voluntary Dismissal. This case is dismissed without prejudice.

Respectfully submitted:

**THE CROW LAW FIRM, L.L.C.**

**/s/ *Michael G. Crow***
**MICHAEL G. CROW**                              [4623]
643 Magazine Street, Suite 300
New Orleans, Louisiana 70163
Direct Dial: 504.599.5770
Facsimile: 504.588.9750
Email: mgc@mgcrowlaw.com

## CERTIFICATE OF SERVICE

**I, HEREBY CERTIFY**, that on November 25, 2009 a true copy of the foregoing was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ *Michael G. Crow*
_____
MICHAEL G. CROW