UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| IN RE:  LIGHT CIGARETTES MARKETING AND SALES PRACTICES LITIGATION | MDL DOCKET NO.: 1:09-md-2068-JAW<br><br>(John Fray v. Philip Morris USA, Inc., *et al.*<br>District of Colorado<br>Civil Action No. 09-cv-00339-MSK-LTM) |

### STIPULATION OF DISMISSAL

NOW COME the parties, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismissal of this individual action, without prejudice and with each party to bear its own costs and fees.

RESPECTFULLY SUBMITTED,

*(s) Joe R. Whatley, Jr.*
JOE R. WHATLEY, JR.
Colorado Bar No. 38820
1540 Broadway, 37th Floor
New York City, New York  10036
(212) 447-7070  (ofc)
(212) 447-7077  (fax)

ATTORNEY-IN-CHARGE FOR
PLAINTIFF

OF COUNSEL:

WHATLEY DRAKE & KALLAS
1540 Broadway, 37th Floor
New York City, New York  10036
(212) 447-7070  (ofc)
(212) 447-7077  (fax)

MARIAN S. ROSEN
Colorado Bar No. 14776
MARIAN S. ROSEN & ASSOCIATES
5065 Westheimer, Suite 840
Houston, Texas  77056
(713) 222-6464  (ofc)
(713) 227-4703  (fax)

| | |
|---|---|
| OF COUNSEL: | *(s) Thomas W. Stoever, Jr.* |
| | THOMAS WILLIAM STOEVER, JR. |
| JESSICA BRODY | Attorney No. 25434 |
| Attorney No. 35234 | 370 Seventeenth Street, Suite 4500 |
| ARNOLD & PORTER, LLP | Denver, Colorado 80202-1370 |
| 370 Seventeenth Street, Suite 4500 | (303) 863-1000 (ofc) |
| Denver, Colorado 80202-1370 | (303) 832-0428 (fax) |
| (303) 863-1000 (ofc) | |
| (303) 832-0428 (fax) | ATTORNEY-IN-CHARGE FOR |
| | DEFENDANT, PHILIP MORRIS USA, INC. |
| JAMES M. ROSENTHAL | |
| ARNOLD & PORTER, LLP | |
| 555 Twelfth Street NW | |
| Washington, DC 20004-1206 | |
| (202) 942-5000 (ofc) | |
| (202) 942-5999 (fax) | |
| | |
| OF COUNSEL: | *(s) Gregory E. Goldberg* |
| | GREGORY E. GOLDBERG |
| SCOTT S. BARKER | HOLLAND & HART, LLP |
| HOLLAND & HART, LLP | 555 Seventeenth Street, Suite 3200 |
| 555 Seventeenth Street, Suite 3200 | Denver, Colorado 80201-8749 |
| Denver, Colorado 80201-8749 | (303) 295-8099 (ofc) |
| (303) 295-8099 (ofc) | (303) 727-5848 (fax) |
| (303) 727-5848 (fax) | |
| | ATTORNEY-IN-CHARGE FOR |
| | DEFENDANT, ALTRIA GROUP, INC. |