# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| IN RE: LIGHT CIGARETTES MARKETING SALES PRACTICES LITIGATION | MDL Docket No.: 1:09-md-2068 |
| This case relates to: | |
| CAROLYN C. MIRICK, on behalf of herself and all others similarly situated, | S.D. Miss. |
| | Civil No: 3:09-CV-386-DPJ-JCS |
| Plaintiff, | |
| | **Jury Trial Demanded** |
| vs. | |
| PHILIP MORRIS USA, INC. and ALTRIA GROUP, INC., | |
| Defendants. | |

## UNOPPOSED MOTION TO AMEND COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(a)(2)

1. Plaintiff, Carolyn Mirick, moves, pursuant to Federal Rule of Civil Procedure 15(a)(2), to amend the Complaint in this matter.

2. Counsel for Defendants, Altria Group, Inc. and Philip Morris USA, Inc., have consented to this motion in writing.

3. A copy of Plaintiff's First Amended Complaint is attached as Exhibit A.

Date: December 7, 2009

/s/ Don Barrett_____