UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| IN RE: LIGHT CIGARETTES MARKETING AND SALES PRACTICES LITIGATION | ) MDL DOCKET NO.: 1:09-2068 )<br>) (Harrison Mulford, III, *et al.* v. Altria<br>) Group, Inc, *et al.*, Civil Action No. CV<br>) 05-659 MV/RHS, District of New<br>) Mexico)<br>)<br>)<br>) |

### UNOPPOSED MOTION TO AMEND COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(a)(2)

1.  Plaintiffs, Harrison Mulford, III, Rhonda Newby, Richard DeLuna and Corey Fox, move, pursuant to Federal Rule of Civil Procedure 15(a)(2), to amend the Complaint in this matter.

2.  Counsel for Defendants, Altria Group, Inc. and Philip Morris USA, Inc., have consented to this motion in writing.

3.  A copy of Plaintiffs' Third Amended Complaint will be filed separately in accordance with the Court's Order of December 8, 2009.

Date:  December 8, 2009          **WILL FERGUSON & ASSOCIATES**

/s Deena B. Beard
WILLIAM S. FERGUSON
DEENA B. BEARD
1720 Louisiana Blvd., N.E., #100
Albuquerque, N.M. 87110
Phone 505-243-5566
Fax 505-243-5699

GERARD MANTESE
Gerard V. Mantese & Mark Rossman

Mantese, Honigman, Rossman & Williamson
1361 Big Beaver Road
Troy, Michigan 48083
Tel: 248-457-9200
Fax: 248-457-9201

RICHARD KAUFMAN
Richard C. Kaufman & Gary K. August
Zausmer, Kaufman, August, Caldwell, P.C.
31700 Middle Belt Road St 150
Farmington Hills, Michigan 48334
Tel: 248-851-4111
Fax: 248-851-0100

Attorneys for Plaintiffs