## UNITED STATES DISTRICT COURT
### DISTRICT OF MAINE

| | | |
|---|---|---|
| IN RE: LIGHT CIGARETTES MARKETING | ) | |
| LITIGATIONAND SALES PRACTICES | ) | MDL DOCKET NO.: 1:09-MD-2068 |
| | ) | |
| This Pleading Relates to: | ) | |
| | ) | Judge John A. Woodcock, Jr. |
| Stephanie Good, Lori A. Spellman, and Allain L. | ) | |
| Thibodeau, v. Philip Morris, Inc., et al. | ) | |
| District of Maine | ) | |
| Case No. 1:05-cv-127 JAW | ) | |

## UNOPPOSED MOTION TO AMEND COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(a)(2)

1.  Plaintiffs, Stephanie Good, Lori A. Spellman and Allain L. Thibodeau move, pursuant to

    Federal Rule of Civil Procedure 15(a)(2), to amend the Complaint in this matter.

2.  Counsel for Defendants, Altria Group, Inc. and Philip Morris USA, Inc., have consented

    to this motion in writing.

3.  A copy of Plaintiffs' Second Amended Complaint will be filed separately.


Dated: December 9, 2009         /s/  Samuel W. Lanham, Jr.,_____
                                Samuel W. Lanham, Jr., Esq.
                                LANHAM BLACKWELL, P.A.
                                470 Evergreen Woods
                                Bangor, Maine 04401
                                207.942.2898

                                MANTESE and ASSOCIATES, P.C.
                                Gerard V. Mantese, Esq.
                                Mark C. Rossman, Esq.
                                1361 E. Big Beaver Road
                                Troy, MI 48083
                                248.457.9200

                                Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

Service of the above Plaintiffs' Unopposed Motion to Amend Complaint has been made through the Court's ECF system on all those registered to receive ECF service, and on all others, not registered but listed on the Court's Manual Notice List, by regular mail.


Date:   December 9, 2009          */s/ Samuel W. Lanham, Jr.*
                                  Samuel W. Lanham, Jr., Esq.
                                  Lanham Blackwell, P.A.
                                  470 Evergreen Woods
                                  Bangor, ME  04401
                                  Attorney for Plaintiffs