SCANNED

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED

2009 DEC -8  P 1: 57

DEPUTY CLERK

| | |
|---|---|
| STEPHANIE GOOD, LORI A. SPELLMAN, and ALLAIN L. THIBODEAU, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ALTRIA GROUP, INC., and PHILIP MORRIS, USA, INC.,<br><br>　　　　Defendants. | Case No. 05-CV-127-JAW |

---

## NOTICE OF WITHDRAWAL OF RICHARD C. KAUFMAN AND ZAUSMER, KAUFMAN, AUGUST, CALDWELL & TAYLER, P.C.

PLEASE TAKE NOTICE that Richard C. Kaufman and the law office of Zausmer, Kaufman, August, Caldwell & Tayler, P.C., hereby withdraw as counsel for Plaintiffs in the above-entitled action.

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　Richard C. Kaufman
　　　　　　　　　　　　　　**ZAUSMER, KAUFMAN, AUGUST AND CALDWELL, P.C.**
　　　　　　　　　　　　　　31700 Middlebelt Road, Ste. 150
　　　　　　　　　　　　　　Farmington Hills, MI 48334
　　　　　　　　　　　　　　(248) 851-4111

Dated: December 4, 2009