# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

|  |  |
|---|---|
| IN RE:  LIGHT CIGARETTES MARKETING SALES PRACTICES LITIGATION | MDL Docket No.: 1:09-md-2068 |
| This case relates to: | |
| LJILJANA NIKOLIC and KEVIN E. KONKEL, Individually and on Behalf of All Others Similarly Situated, | **E.D. Wis.** |
|  | **Case No.: 09-cv-597-LA** |
| Plaintiffs, | **Jury Trial Demanded** |
| vs. | |
| PHILIP MORRIS USA, INC., a Virginia corporation, | |
| ALTRIA GROUP, INC., a Virginia corporation, | |
| Defendants | |

## MOTION TO AMEND COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(a)(1)(B)

1. Plaintiffs, Ljiljana Nikolic and Kevin E. Konkel, pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), hereby submit Plaintiffs' First Amended Complaint.

2. This amendment may be made as a matter of course as Defendants have yet to file a responsive pleading to the Complaint.

3. A copy of Plaintiffs' First Amended Complaint will be filed separately.

Date: December 11, 2009

                        **ADEMI & O'REILLY, LLP**

                     By:   /S/ DAVID J. SYRIOS
                            Guri Ademi (SBN 1021729)
                            Shpetim Ademi (SBN 1026973)
                            David J. Syrios (SBN 1045779)
                            Corey Mather (SBN 1046210)
                            3620 East Layton Avenue
                            Cudahy, WI 53110
                            (414) 482-8000
                            (414) 482-8001 (fax)
                            gademi@ademilaw.com
                            sademi@ademilaw.com
                            dsyrios@ademilaw.com
                            cmather@ademilaw.com

Of Counsel:

Ben Barnow
**Barnow and Associates, P.C.**
One North LaSalle Street
Suite 4600
Chicago, IL 60602
(312) 621-2000

Larry D. Drury
**Larry D. Drury, Ltd.**
205 West Randolph, Suite 1430
Chicago, Illinois 60606
(312) 346-7950

Burton Finkelstein
**Finkelstein Thompson LLP**
The Duvall Foundry
1050 30th Street, N.W.
Washington, DC 20007
(202) 337-8000

**CERTIFICATE OF SERVICE**

      Service of the above Plaintiffs' Motion to Amend Complaint Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B) has been made through the Court's ECF system on all those registered to receive ECF service, and on all others, not registered but listed on the Court's Manual Notice List, by regular mail.

Date:   December 11, 2009         **ADEMI & O'REILLY, LLP**

                                      By:   /S/ DAVID J. SYRIOS
                                                Guri Ademi (SBN 1021729)
                                                Shpetim Ademi (SBN 1026973)
                                                David J. Syrios (SBN 1045779)
                                                Corey Mather (SBN 1046210)
                                                3620 East Layton Avenue
                                                Cudahy, WI 53110
                                                (414) 482-8000
                                                (414) 482-8001 (fax)
                                                gademi@ademilaw.com
                                                sademi@ademilaw.com
                                                dsyrios@ademilaw.com
                                                cmather@ademilaw.com