UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | ) | |
|---|---|---|
| IN RE: LIGHT CIGARETTES MARKETING | ) | MDL Docket No. 1:09-MD-2068 |
| SALES PRACTICES LITIGATION | ) | ALL CASES |
| | ) | |

DEFENDANTS' UNOPPOSED MOTION
FOR EXTENSION OF TIME TO ANSWER OR
OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINTS

Defendants Philip Morris USA Inc. ("PM USA") and Altria Group, Inc. ("Altria")[1] (together, the "defendants") hereby move the Court, pursuant to Federal Rule of Civil Procedure 6(b), to extend the time in which to file and serve their answers or other responses to the complaints in all of the consolidated actions until February 1, 2010. In support of this motion, defendants state as follows:

1. Plaintiffs have recently filed motions to amend with proposed amended complaints, or amended complaints, in the following cases:

> Second Amended Class Action Complaint, *Biundo v. Philip Morris USA Inc.*, No. 09-cv-118 (N.D. Ill.);
>
> Class Action Complaint, *Corse v. Philip Morris USA Inc.*, No. 09-cv-01122 (M.D. Tenn.);
>
> First Amended Class Action Complaint for Damages and Injunctive Relief, *Domaingue v. Philip Morris USA Inc.*, No. 09-cv-00432 (E.D.N.Y.);
>
> Second Amended Complaint, *Good v. Philip Morris USA Inc.*, No. 05-cv-127 (D. Me.);
>
> Second Amended Class Action Complaint, *Mirick v. Philip Morris USA Inc.*, No. 09-cv-386 (S.D. Miss.);

---

[1] Altria is a holding company which does not manufacture, distribute, or sell cigarettes. Altria does not waive the defense of lack of personal jurisdiction, or any other defense, by joining this motion.

      Third Amended Class Action Complaint, *Mulford v. Altria Group, Inc.*, No. 05-cv-659 (D.N.M.);

      First Amended Class Action Complaint, *Nikolic v. Philip Morris USA Inc.*, No. 09-cv-0597 (E.D. Wis.);

      Amended Class Action Complaint, *Parsons v. Philip Morris USA Inc.*, No. 09-cv-02288 (D.D.C.);

      Amended Class Action Complaint, *Slater v. Philip Morris USA.*, No. 09-cv-02145 (D.D.C.);

      First Amended Class Action Complaint, *Tyrer v. Philip Morris USA Inc.*, No. 09-cv-00427 (S.D. Cal.); and

      Second Amended Class Action Complaint, *Williams v. Philip Morris USA Inc.*, No. 09-cv-471 (E.D. Ark.).[2]

    2.    Defendants understand that plaintiffs do not intend to file an amended complaint in *Tang v. Philip Morris USA Inc.*, No. 08-cv-5085 (E.D.N.Y.). Defendants' obligation to respond to the original complaint in this case had been stayed. *See* Stipulation and Order, *Tang v. Philip Morris USA Inc.*, No. 08-cv-5085 (E.D.N.Y. May 14, 2009).

    3.    Counsel for defendants consented to the motions to amend the complaints. In addition, counsel for PM USA discussed this proposed extension of time for responding to the amended complaints with plaintiffs' counsel and plaintiffs agree that defendants may have until February 1, 2010 to respond to the complaints in each of these cases.

    4.    Allowing the defendants until February 1, 2010, to respond to the complaints will serve the interests of justice as it will allow defendants to address all of the amended complaints

---

[2] The Judicial Panel on Multidistrict Litigation ("JPML") entered a conditional transfer order transferring the *Corse* and *Slater* actions to this MDL on December 4, 2009. Although the JPML's transfer order has not yet become effective, defendants believe that the order will become effective and *Corse* and *Slater* will be transferred to the MDL before the February 1, 2010 requested deadline to answer or otherwise respond to the complaints. In addition, although *Parsons* has not yet been transferred to the MDL, defendants anticipate that *Parsons* will be transferred to the MDL before the February 1, 2010 requested deadline to answer or otherwise respond to the complaint.

in a unitary fashion and will lead to a more efficient processing of the various claims pending before the court in this MDL proceeding.

WHEREFORE, Defendants respectfully request that the Court grant the motion and enter an order granting Defendants an extension until February 1, 2010 to respond to the complaints identified herein.

Dated: December 11, 2009.

Respectfully submitted,

_____

/s/ H. Peter Del Bianco, Jr._____
H. Peter Del Bianco, Jr.
LAMBERT COFFIN HAENN
P.O. Box 15215
477 Congress Street
Portland, Maine  04112-5215
(207) 874-4000

Philip H. Curtis
Nancy G. Milburn
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY  10022
(212) 715-1000

James M. Rosenthal
Judith Bernstein-Gaeta
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C.  20004
(202) 942-5000

John H. Beisner
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP & ASSOCIATES
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000

Counsel to Defendant Philip Morris USA Inc.

/s/ David C. King
David C. King
RUDMAN & WINCHELL
The Graham Building
84 Harlow Street
P.O. Box 1401
Bangor, Maine 04402-1401
(207) 947-4501


Guy Miller Struve
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4192

Counsel to Defendant Altria Group, Inc.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 11, 2009, I electronically filed the foregoing Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Amended Complaints with the Clerk of the Court using the EM/ECF system which will send notification of such filing to all counsel of record registered with the ECF system.

      /s/ H. Peter Del. Bianco, Jr., Esq.

H. Peter Del Bianco, Jr., Esq.
LAMBERT COFFIN HAENN
P.O. Box 15215
477 Congress Street
Portland, Maine 04101
Telephone: (207) 874-4000
pdelbianco@lambertcoffin.com