UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

|  |  |  |
|---|---|---|
| IN RE: LIGHT CIGARETTES MARKETING SALES PRACTICES LITIGATION | ) ) ) ) ) | MDL Docket No. 1:09-MD-2068 ALL CASES |

**PHILIP MORRIS USA'S UNOPPOSED MOTION FOR LEAVE
TO SUBMIT OPPOSITION BRIEF EXCEEDING TEN PAGES**

Pursuant to Local Rule 7(e), defendant Philip Morris USA Inc. ("PM USA") respectfully seeks leave to submit an opposition to Plaintiffs' Motion for Application of the Collateral Estoppel Doctrine not to exceed fifty (50) pages. These additional pages are necessary to respond adequately to plaintiffs' memorandum and other supporting materials.

Prior to requesting collateral estoppel, plaintiffs (with defendants' consent) sought leave to file a brief not to exceed fifty (50) pages. Plaintiffs' Unopposed Request for Leave to Submit Collateral Estoppel Brief in Excess of Ten (10) Pages (Nov. 17, 2009). The Court thereafter granted this request. Order (Nov. 19, 2009). PM USA seeks the same relief here, and plaintiffs do not oppose PM USA's request.

Finally, PM USA's motion to exceed page limitations is timely filed more than three days before PM USA's opposition is due. *See* Local Rule 7(e); Order, at 12 (Oct. 26, 2009).

For the foregoing reasons, PM USA respectfully requests leave to submit an opposition to Plaintiffs' Motion for Application of the Collateral Estoppel Doctrine not to exceed fifty (50) pages.[1]

DATED this 14th day of December, 2009.

---

[1] Co-defendant Altria Group, Inc. does not join in this request and intends to submit its own opposition to plaintiffs' collateral estoppel motion addressing Altria-specific issues.

Respectfully submitted,

/s/ H. Peter Del Bianco, Jr., Esq.
H. Peter Del Bianco, Jr.
LAMBERT COFFIN HAENN
P.O. Box 15215
477 Congress Street
Portland, Maine  04112-5215
(207) 874-4000

Philip H. Curtis
Nancy G. Milburn
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY  10022
(212) 715-1000

Judith Bernstein-Gaeta
James M. Rosenthal
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C.  20004
(202) 942-5000

John H. Beisner
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP & ASSOCIATES
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 14, 2009, I electronically filed the foregoing Unopposed Motion for Leave to Submit Opposition Brief Exceeding Ten Pages with the Clerk of the Court using the EM/ECF system which will send notification of such filing to all counsel of record registered with the ECF system.

                                       /s/ H. Peter Del. Bianco, Jr., Esq.

                                       H. Peter Del Bianco, Jr., Esq.
                                       LAMBERT COFFIN HAENN
                                       P.O. Box 15215
                                       477 Congress Street
                                       Portland, Maine 04101
                                       Telephone:  (207) 874-4000
                                       pdelbianco@lambertcoffin.com