A CERTIFIED TRUE COPY
ATTEST

By Denise Morgan-Stone on Dec 22, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Dec 04, 2009**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: LIGHT CIGARETTES MARKETING
AND SALES PRACTICES LITIGATION**

| | |
|---|---|
| Alexander Slater v. Philip Morris USA, Inc., et al.,<br>  D. District of Columbia, C.A. No. 1:09-2145<br>Carol Corse v. Philip Morris USA, Inc., et al.,<br>  M.D. Tennessee, C.A. No. 3:09-1122 | MDL No. 2068 |

**CONDITIONAL TRANSFER ORDER (CTO-5)**

On September 10, 2009, the Panel transferred seven civil actions to the United States District Court for the District of Maine for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* ___F.Supp.2d___ (J.P.M.L. 2009).  Since that time, 12 additional actions have been transferred to the District of Maine.  With the consent of that court, all such actions have been assigned to the Honorable John A. Woodcock, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Maine and assigned to Judge Woodcock.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Maine for the reasons stated in the order of September 10, 2009, and, with the consent of that court, assigned to the Honorable John A. Woodcock, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Maine.  The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Dec 22, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel