UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | ) | |
|---|---|---|
| IN RE: LIGHT CIGARETTES MARKETING | ) | MDL Docket No. 1:09-MD-2068 |
| SALES PRACTICES LITIGATION | ) | ALL CASES |
| | ) | |

**JOINT MOTION BY PLAINTIFFS AND PHILIP MORRIS USA INC. TO EXTEND THE DEADLINE BY WHICH TO COMPLETE DEPOSITIONS OF CLASS REPRESNTATIVES**

NOW COME Plaintiffs and Defendant Philip Morris USA Inc., by and through their undersigned attorneys, and move for an extension of the deadline to depose the named plaintiffs in two of the cases that are currently pending before the Court. In support of this motion, the parties state as follows:

1. By order dated November 3, 2009, the Court ordered that defendants would be allowed to take the depositions of the named plaintiffs in the pending actions between December 7, 2009, and December 23, 2009.

2. The parties have cooperated fully and have completed nearly all of the depositions of the named plaintiffs in the consolidated actions as of December 23, 2009.

3. Due to scheduling conflicts between and among counsel for the defendant, counsel for the named plaintiffs, and the named plaintiffs themselves, the depositions of two of the named plaintiffs have not yet been scheduled or completed. These are Kevin E. Konkel in

1

the case of *Konkel v. Philip Morris USA Inc.*, No. 09-cv-597-LA (E.D. Wis. 2009) and Melanie Haubrich in the case of *Haubrich v. Philip Morris USA Inc.*, No. 09-cv-5867 (E.D. Pa. 2009).

4. At the present time, these depositions have not yet been scheduled but the parties are in the process of completing the scheduling and anticipate that the depositions will be completed in the next two weeks.

5. The granting of this motion will not change or modify any other current deadline set by the court in this matter, and specifically will not result in a modification of the December 30, 2009, deadline by which Defendant is to notify the court of its two choices for class certification purposes.

WHEREFORE, Plaintiffs and Defendant Philip Morris USA, Inc., respectfully request that the deadline for completing the depositions of the two named plaintiffs identified above be extended until January 8, 2010, to allow defendant to complete these depositions.

DATED at Portland, Maine, this 24th day of December, 2009.

Respectfully submitted,

/s/ H. Peter Del Bianco, Jr., Esq._____
H. Peter Del Bianco, Jr.
LAMBERT COFFIN HAENN
P.O. Box 15215
477 Congress Street
Portland, Maine  04112-5215
(207) 874-4000

Philip H. Curtis
Nancy G. Milburn
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY  10022
(212) 715-1000

2

Judith Bernstein-Gaeta
Charles G. Curtis, Jr.
James M. Rosenthal
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
(202) 942-5000



John H. Beisner
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP & AFFILIATES
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000

Counsel to Defendant Philip Morris USA Inc.

Dated:  December 24, 2009                           Respectfully submitted,



　　　 /s/ Samuel W. Lanham, Jr.　　　

Samuel W. Lanham, Jr.
**LANHAM BLACKWELL, P.A.**
470 Evergreen Woods
Bangor, ME 04401

Ben Barnow
**BARNOW AND ASSOCIATES, P.C.**
One North LaSalle Street, Suite 4600
Chicago, IL 60602

Don Barrett
**BARRETT LAW OFFICE, P.A.**
404 Court Square
Lexington, MS 39095-0987

Kent Caperton
**BEN BARNES GROUP**

3

1215 19th Street, NW
Washington, DC 20036

Marian S. Rosen
**MARIAN S. ROSEN**
  **& ASSOCIATES**
5065 Westheimer, Suite 840
Houston, TX 77056

Howard Rubinstein
**LAW OFFICE OF**
**HOWARD WEIL RUBINSTEIN**
P.O. Box 4869
Aspen, CO 81611

Walter Umphrey
**PROVOST UMPHREY**
  **LAW FIRM, LLP**
P.O. Box 4905
Beaumont, TX 77704-4905

Joe R. Whatley, Jr.
**WHATLEY, DRAKE & KALLAS**
1540 Broadway, 37th Floor
New York, NY 1036

John Eddie Williams
**WILLIAMS, KHERKER, HART,**
  **BOUNDAS, LLP**
8441 Gulf Freeway, Suite 600
Houston, TX 77017


*Plaintiffs' Executive Committee*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2009, I electronically filed the foregoing Joint Motion to Extend the Deadline by Which to Complete Depositions of Class Representatives with the Clerk of the Court using the EM/ECF system which will send notification of such filing to all counsel of record registered with the ECF system.

/s/ H. Peter Del. Bianco, Jr., Esq.

H. Peter Del Bianco, Jr., Esq.
LAMBERT COFFIN HAENN
P.O. Box 15215
477 Congress Street
Portland, Maine 04101
Telephone: (207) 874-4000
pdelbianco@lambertcoffin.com