# EXHIBIT A

1

2              MR. ROSENBERG:  This as Exhibit 6, and this as

3       Exhibit 7.

4              (Exhibit 6 was marked for identification.)

5              (Exhibit 7 was marked for identification.)

6              MR. ROSENBERG:  Here, I'll give you another

7       copy.

8    BY MR. ROSENBERG:

9       Q     Okay.  I'm showing you what I've now marked as

10   Exhibits 5, 6 and 7, and I'll represent that Exhibit 5 was

11   the on-cert from 2003, Exhibit 6, the on-cert from 2004, and

12   Exhibit 7, the on-cert from 2005.

13             I'll ask you if you recall ever seeing an on-cert

14   on any of the packs of cigarettes that you bought?

15      A     I don't recall seeing these.

16      Q     Do you ever recall seeing a piece of paper that

17   was stuck in the cigarette pack at all that you didn't

18   bother to read?

19      A     Other than coupons.

20      Q     Do you think that there should be additional

21   warnings on low-tar cigarettes?

22      A     I don't know that they should advertise a low-tar

23   nicotine cigarette, period.

24      Q     Would you rather there be no low-tar cigarettes

25   at all in the market?