# EXHIBIT B

1  BY MS. BERNSTEIN-GAETA:
2  Q. Are you aware that Mr. Thibodeau had his deposition
3     taken last week?
4  A. No.
5  Q. When is the last time you've seen Lori Spellman?
6  A. She lives in Bangor. 4 or 5 years ago.
7  Q. Have you spoken to Ms. Spellman since -- in the last
8     4 or 5 years?
9  A. No.
10 Q. Have you ever had any illness or adverse health
11    effects as a result of smoking cigarettes?
12 A. No.
13 Q. Now, back in 2002 you were smoking Marlboro Lights,
14    correct?
15 A. Yes.
16 Q. And you were buying packs of Marlboro Lights back in
17    2002, correct?
18 A. Yes.
19 Q. In 2002 did you ever notice that there was a little
20    pamphlet folded up and stuck to the package of the
21    Marlboro Lights pack underneath the cellophane?
22 A. No. I never noticed.
23 Q. You never recalled seeing a little pamphlet?
24 A. (Shakes head.) No.
25 Q. Have you ever noticed anything on the package of