# EXHIBIT C

Page 130

1   A.   Okay.  Go ahead.
2   Q.   Though not word by word the same, this onsert has a
3        similar massage to the 2002 onsert, doesn't it?
4   A.   Yes.
5   Q.   And this onsert also tells you, the people who read
6        it, The tar and nicotine yield numbers are not meant
7        to communicate the amount of tar and nicotine
8        actually inhaled by any smokers, as individuals do
9        not smoke like the machine used in the government
10       test method.  The amount of tar and nicotine you
11       inhale will be higher than the stated tar and
12       nicotine numbers -- tar and nicotine yield numbers
13       if, for example, you block ventilation holes, inhale
14       more deeply, take more puffs, or smoke more
15       cigarettes.
16            Would you agree with me that people who saw this
17       were getting information from Philip Morris about
18       the relative safety or at least about tar and
19       nicotine numbers and yields from Philip Morris?
20            MR. LANHAM:  Objection to form.  Compound
21       question.
22  BY MS. BERNSTEIN-GAETA:
23  Q.   You can answer.
24  A.   I would have to say yes.
25  Q.   Are you aware that Philip Morris put the onsert on

```
                                                    Page 131
 1        its packages of light and low-tar cigarettes in
 2        2004?
 3   A.   No.  I -- no.
 4   Q.   Are you aware that Philip Morris put the onsert on
 5        its packages in 2005?
 6   A.   No.
 7   Q.   Are you aware that Philip Morris put the onsert on
 8        its packages in 2007?
 9   A.   No.
10   Q.   And let's go to the front page of both onserts which
11        is the 2002 and 2003.  They both say "Information
12        for Smokers", correct?
13   A.   Yes, they do.
14   Q.   That was Philip Morris's trying to -- well,
15        withdrawn.
16             MS. BERNSTEIN-GAETA:  I believe we're near
17        the end of the tape.  So why don't we take a break.
18             THE VIDEOGRAPHER:  We'll be going off the
19        record at 12:09.
20                  (Recess taken.)
21             THE VIDEOGRAPHER:  We are back on the record.
22        This is the beginning of tape No. 4 of witness
23        Stephanie Good.  The time is 12:16.
24   BY MS. BERNSTEIN-GAETA:
25   Q.   Welcome back, Ms. Good.
```