# EXHIBIT D

**INTERROGATORY NO. 44:** What is the number of units of LIGHT Cigarettes sold by You throughout each Class Complaint State, by year, over the last 10 years, and, identify all sources of data that You maintain with respect to the number of units of LIGHT Cigarettes sold throughout each Class Complaint State?

**RESPONSE:** Philip Morris USA objects to this Interrogatory to the extent it seeks the disclosure of proprietary, trade-secret, or other commercially protected information without the protection of an appropriate protective order and implementation of procedures that will ensure the continued confidentiality of such information. Philip Morris USA also objects to this Interrogatory and, specifically, to the phrase "identify all sources of data that you maintain" on the grounds that they are overly broad and unduly burdensome.

Subject to and without waiving its specific and General Objections, Philip Morris USA states that, upon entry of an appropriate protective order, Philip Morris USA will provide a summary of the sales volume by units (*i.e.*, number of cigarettes sold) of the sale of its FTC machine-test measured lowered tar and nicotine cigarette brands at issue in the respective MDL cases pending in the District of Columbia, California, Illinois, and Maine to its direct customers in the District of Columbia, California, Illinois, and Maine for the years 1999 through 2009. Philip Morris USA does not maintain information regarding sales volume of its cigarettes by pack.

Sales volume data is obtained from information relating to industry manufacturer shipments that is collected and reported to an outside vendor. Since 1974, the major U.S. cigarette manufacturers (Philip Morris USA, R.J. Reynolds, Brown & Williamson, American Tobacco, Lorillard, and Liggett) have reported to an outside vendor on a monthly basis their total cigarette shipments to each of their direct customers. The data are processed by the outside vendor and the resulting aggregate shipment information is reported to each manufacturer that submitted shipment data. The District of Columbia, California, Illinois, and Maine sales volume

94

information is based upon manufacturers' shipments to their direct customers that are physically located within the District of Columbia, California, Illinois, and Maine. It does not reflect subsequent sales to retailers or the ultimate consumers in the District of Columbia, California, Illinois, and Maine.

**INTERROGATORY NO. 45:** **What is the number of units of LIGHT Cigarettes sold throughout the United States, by year, over the last 10 years, and, identify all sources of data that You maintain with respect to the number of units of LIGHT Cigarettes sold throughout the United States?**

**RESPONSE:** Philip Morris USA states that, pursuant to the February 2, 2010 agreement between the parties, Philip Morris USA is not required to respond to this Interrogatory at this time.

**INTERROGATORY NO. 46:** **What is the number of units of REGULAR cigarettes sold throughout each Class Complaint State, by year, over the last 10 years, and, identify all sources of data that You maintain with respect to the number of units of REGULAR Cigarettes sold throughout each Class Complaint State?**

**RESPONSE:** Philip Morris USA states that, pursuant to the February 2, 2010 agreement between the parties, Philip Morris USA is not required to respond to this Interrogatory at this time.

**INTERROGATORY NO. 47:** **What is the number of units of REGULAR cigarettes sold throughout the United States, by year, over the last 10 years, and, identify all sources of data that you maintain with respect to the number of units of REGULAR Cigarettes sold throughout the United States?**

**RESPONSE:** Philip Morris USA states that, pursuant to the February 2, 2010 agreement between the parties, Philip Morris USA is not required to respond to this Interrogatory at this time.