A CERTIFIED TRUE COPY
ATTEST

By Denise Morgan-Stone on Feb 18, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Feb 03, 2010**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: LIGHT CIGARETTES MARKETING
AND SALES PRACTICES LITIGATION                                MDL No. 2068

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-6)**

On September 10, 2009, the Panel transferred seven civil actions to the United States District Court for the District of Maine for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  See 652 F.Supp.2d 1379 (J.P.M.L. 2009).  Since that time, 14 additional actions have been transferred to the District of Maine.  With the consent of that court, all such actions have been assigned to the Honorable John A. Woodcock, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Maine and assigned to Judge Woodcock.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Maine for the reasons stated in the order of September 10, 2009, and, with the consent of that court, assigned to the Honorable John A. Woodcock, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Maine.  The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Feb 18, 2010**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: LIGHT CIGARETTES MARKETING
AND SALES PRACTICES LITIGATION                                    MDL No. 2068

## SCHEDULE CTO-6 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**           **CASE CAPTION**

DISTRICT OF COLUMBIA
  DC    1    09-2288            Aubrey Parsons v. Philip Morris USA, Inc., et al.

LOUISIANA EASTERN
  LAE   2    09-6613            Gary Robinson v. Philip Morris USA, Inc.

PENNSYLVANIA EASTERN
  PAE   2    09-5867            Melanie Haubrich v. Philip Morris USA, Inc.