A CERTIFIED TRUE COPY
ATTEST
By Denise Morgan-Stone on Feb 22, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Feb 22, 2010**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: LIGHT CIGARETTES MARKETING
AND SALES PRACTICES LITIGATION
    Gary Robinson v. Philip Morris USA, Inc., )
        E.D. Louisiana, C.A. No. 2:09-6613 )    MDL No. 2068

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

    A conditional transfer order was filed in this action (*Robinson*) on February 3, 2010. In the absence of any opposition, the conditional transfer order was finalized with respect to *Robinson* on February 18, 2010. Transfer under 28 U.S.C. §1407 becomes effective with the filing of the Panel's order in the transferee district. In this instance, the Panel's order has not been filed in the District of Maine. The Panel has now been advised that *Robinson* was dismissed in the Eastern District Court of Louisiana on February 15, 2010, pursuant to a stipulation of dismissal by plaintiff.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-6" filed on February 3, 2010, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel