UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

|  |  |
|---|---|
| IN RE: LIGHT CIGARETTES MARKETING SALES PRACTICES LITIGATION | ) <br> ) MDL Docket No. 1:09-MD-2068 <br> )       **A L L   C A S E S** <br> ) |

### JOINT REVISED AGREED TO MOTION FOR ENTRY OF PROTECTIVE ORDER

NOW COME the parties, by and through their respective counsel, and hereby submit a revised Protective Order for entry on the docket in this litigation.

Dated: February 24, 2010                                  Respectfully submitted,

  /s/ Samuel W. Lanham, Jr.
Samuel W. Lanham, Jr., Esq.
**LANHAM BLACKWELL, P.A.**
470 Evergreen Woods
Bangor, ME 04401
*Attorney for Plaintiffs*

  /s/ H. Peter Del Biano, Jr.
H. Peter Del Bianco, Jr., Esq.
**LAMBERT COFFIN**
477 Congress Street
Portland, ME 04112-5215
*Attorney for Philip Morris USA Inc.*

  /s/ David C. King
David C. King, Esq.
**RUDMAN & WINCHELL**
84 Harlow Street
Bangor, ME 04402-1401
*Attorney for Altria Group, Inc.*

2

## CERTIFICATE OF SERVICE

      Service of the above Joint Revised Motion for Entry of Protective Order has been made through the Court's ECF system on all those registered to receive ECF service.

Date:   February 24, 2010            /s/ Samuel W. Lanham, Jr.
                                              Samuel. W. Lanham, Jr., Esq.
                                              Lanham Blackwell, P.A.
                                              470 Evergreen Woods
                                              Bangor, ME  04401
                                              Attorney for Plaintiffs