Exhibit B

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| IN RE:  LIGHT CIGARETTES MARKETING  ) | MDL Docket No. 1:09-MD-2068 |
| SALES PRACTICES LITIGATION                        ) | ALL CASES |

**CONFIDENTIALITY ACKNOWLEDGMENT B**

I, _____, being duly sworn on oath, state the following:

1.     I have been retained by _____ [party] to serve as an Expert in this action.

2.     I have read and understand the Protective Order to which this Exhibit B is annexed and I attest to my understanding that access to information designated Highly Confidential may be provided to me and that such access is pursuant to the terms and conditions and restrictions of the Protective Order. I agree to be bound by the terms of the Protective Order. I hereby submit to the jurisdiction of this Court for the purpose of enforcement of this Confidentiality Acknowledgment and the Protective Order.

3.     I am not currently, and agree that, as a means of further protecting Highly Confidential information, I shall not be, an officer, director, employee, consultant or agent (other than outside counsel) of any Competitor of the Designating Party (as defined in paragraph 11(e)(i)(b) of the Protective Order) for a period of two (2) years after I am last given access to any Highly Confidential information. I recognize that, as a practical matter, this limitation is unlikely to have an impact on my employment opportunities, but understand that if I do wish to take a position that would otherwise be barred by virtue of this provision, I shall consult with the

Designating Party in an effort to reach an agreement about whether my intended activity with or for a Competitor can be structured in such a way, or the Designating Party can otherwise be reasonably satisfied, that there is not a material risk of unauthorized use or disclosure of Highly Confidential information.

    4.    I shall not use or disclose to others, except in accordance with the Protective Order, any Confidential information or Highly Confidential information. I also shall return all Confidential information and Highly Confidential information provided to me in this litigation to case counsel for the party I represent within sixty (60) days after the conclusion of this action, including the exhaustion of all appeals. If I fail to abide by the terms of this Confidentiality Acknowledgment or the Protective Order, I understand that I may be subject to sanctions under the contempt power of this Court, which includes the power to impose compensatory damages to remedy contemptuous conduct.

Dated: _____

_____
Signature

_____
Printed Name

_____
_____
Address

_____
Individual or Entity Represented

Subscribed and sworn to before me this \_\_\_\_ day of _____, 2010.

_____
Notary Public

My Commission Expires:_____