# EXHIBIT A

# Samuel W. Lanham

**From:** Samuel W. Lanham
**Sent:** Friday, February 12, 2010 5:29 PM
**To:** 'Peter Del Bianco Jr.'
**Subject:** Declaration of Carlton
**Sensitivity:** Private

Peter,

Here is the issue that I now have figured out, per our emails earlier today. The Declaration states as follows at page 2 - paragraph II.A.4. - "A complete list of the materials upon which I explicitly rely in reaching my opinions is provided in Exhibit B." Item 12 of Exhibit B refers to a MSA data CD. Item 13 of Exhibit B refers to four IRI data CDs. These five CDs were not produced with the Declaration. Rule 26 requires that production.

Please let me as soon as you can next week when we can expect to receive these five CDs relied upon by Mr. Carlton in reaching his opinions.

Sam

2/24/2010