# EXHIBIT B

## Samuel W. Lanham

**From:** Peter Del Bianco Jr. [pdelbianco@lambertcoffin.com]
**Sent:** Friday, February 19, 2010 6:11 AM
**To:** Samuel W. Lanham
**Subject:** Carleton CDs

Sam -

The CDs are formatted for SAS, a program commonly used for large data sets. Your expert likely uses such a program and can access the data on the CDs. The information on the CDs can be downloaded onto your computer and emailed to your expert. If after he has the files, if he cannot access the data in the current format, please let me know and I will follow up about getting the data in a different format. I understand that SAS programs are readily available to download as well for a fee (several hundred dollars I am told).

Peter

This e-mail message together with any attachment is confidential and is subject to the attorney-client privilege and every other privilege. The intended recipient should print a copy of this message and then delete it. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at (207) 874-4000 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Lambert Coffin. This notice is automatically appended to each e-mail message leaving Lambert Coffin.
Thank you.