UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

IN RE:  LIGHT CIGARETTES MARKETING      )   MDL DOCKET NO. 1-09-MD-2068
SALES PRACTICES LITIGATION              )           ALL CASES

**REPORT OF TELEPHONE CONFERENCE AND ORDER**

The Court held a telephone conference in Bangor, Maine on Thursday, February 25, 2010.  The following counsel participated:

Samuel Lanham, Esq. for Plaintiffs;

Philip Curtis, Esq. and Peter Del Bianco, Jr., Esq. for Defendant Philip Morris USA, Inc.; and

David King, Esq. for Defendant Altria Group, Inc.

The Court GRANTS the Plaintiffs' Rule 56(f) motion (Docket # 162) and gives the Plaintiffs until March 31, 2010 to respond to Philip Morris' pending motion for summary judgment.  If the Plaintiffs need additional time, they may move for extension for good cause shown.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 26th day of February, 2010