UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| IN RE:  LIGHT CIGARETTES MARKETING | ) | MDL DOCKET NO. 1-09-MD-2068 |
| SALES PRACTICES LITIGATION | ) | ALL CASES |

**PLAINTIFFS' UNOPPOSED REQUEST FOR LEAVE TO FILE MEMORANDUM OF LAW IN RESPONSE TO PHILIP MORRIS USA, INC.'S MOTION FOR SUMMARY JUDGMENT IN EXCESS OF TWENTY (20) PAGES**

Pursuant to the Court's Order dated February 26, 2010 (Doc. No. 177), Plaintiffs' Response to Philip Morris USA, Inc.'s Motion for Summary Judgment is due by March 31, 2010.  Local Rule 7(e) establishes a twenty (20) page limit for memorandum in support of non-dispositive motions, and further requires that any motion seeking leave to exceed this limitation be filed no later than three (3) business days prior to the date for filing such memorandum. Accordingly, Plaintiffs submit this timely motion seeking the Court's permission to file a memorandum of law not to exceed twenty-five (25) pages, in support of their Response to Philip Morris USA, Inc.'s Motion for Summary Judgment.  The grounds for this motion are as follows.

Additional pages for Plaintiffs' memorandum of law are required to adequately respond to Philip Morris USA, Inc.'s Motion for Summary Judgment.

For the foregoing reasons, Plaintiffs request that the Court enlarge the page limits for their memorandum in support of their Response to Philip Morris USA, Inc.'s Motion for Summary Judgment and grant Plaintiffs leave to file a memorandum not to exceed 25 pages.

Counsel for Defendant, Peter Del Bianco, Esq., has consented to this request for an enlargement of the page limit as set forth herein.

Dated: March 26, 2010

Respectfully submitted,


 /s/ Samuel W. Lanham, Jr.

Samuel W. Lanham, Jr.
**LANHAM BLACKWELL, P.A.**
470 Evergreen Woods
Bangor, ME 04401

Andy Alonso
**PARKER WAICHMAN
  & ALONSO, LLP**
111 Great Neck Road, 1st Fl.
Great Neck, NY 11021

Ben Barnow
**BARNOW AND ASSOCIATES, P.C.**
One North LaSalle Street, Suite 4600
Chicago, IL 60602

Don Barrett
**BARRETT LAW OFFICE, P.A.**
404 Court Square
Lexington, MS 39095-0987

Daniel Becnel, Jr.
**BECNEL LAW FIRM, LLC**
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

Kent Caperton
**BEN BARNES GROUP**
1215 19th Street, NW
Washington, DC 20036

James Dugan
**MURRAY LAW FIRM**
Poydras Center
650 Poydras Street, Suite 1100
New Orleans, LA 70130

Michael London
**DOUGLAS & LONDON**

111 John Street, Suite 1400
New York, NY 10038

Dianne Nast
**RODANAST, P. C.**
80 I Estelle Drive
Lancaster, PA 17601

Marian S. Rosen
**MARIAN S. ROSEN
  & ASSOCIATES**
5065 Westheimer, Suite 840 Houston, TX
77056

Howard Rubinstein
**LAW OFFICE OF
HOWARD WEIL RUBINSTEIN**
P.O. Box 4869
Aspen, CO 81611

Walter Umphrey
**PROVOST UMPHREY
  LAW FIRM, LLP**
P.O. Box 4905
Beaumont, TX 77704-4905

Joe R. Whatley, Jr.
**WHATLEY, DRAKE & KALLAS**
1540 Broadway, 37th Floor
New York, NY 1036

John Eddie Williams
**WILLIAMS, KHERKER, HART,
  BOUNDAS, LLP**
8441 Gulf Freeway, Suite 600
Houston, TX 77017

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

Service of the above Plaintiffs' Request for Leave to File Memorandum of Law in Response to Philip Morris USA, Inc.'s Motion for Summary Judgment in Excess of 20 Pages has been made through the Court's ECF system on all those registered to receive ECF service, and on all others, not registered but listed on the Court's Manual Notice List, by regular mail.


Date:   March 26, 2010                     /s/ Samuel W. Lanham, Jr.
                                           Samuel. W. Lanham, Jr., Esq.
                                           Lanham Blackwell, P.A.
                                           470 Evergreen Woods
                                           Bangor,  ME  04401
                                           Attorney for Plaintiffs