# Exhibit 1

```
 1            UNITED STATES DISTRICT COURT
                   DISTRICT OF MAINE
 2
    IN RE: LIGHT CIGARETTES MARKETING )
 3  AND SALES PRACTICES LITIGATION    ) MDL DOCKET NO.
    _____) 1-09-MD-2068
 4  THIS DOCUMENT RELATES TO:        )
                                     )
 5  STEPHANIE GOOD, LORI A. SPELLMAN,) Case No.:
    and ALLAIN L. THIBODEAU,         ) 05-00127-B-W
 6  individually and on behalf of all )
    others similarly situated,       )
 7                       Plaintiff,  )
    v.                               )
 8                                   )
    PHILIP MORRIS USA INC., a        )
 9  Virginia corporation, and        )
    ALTRIA GROUP, INC., a Virginia   )
10  corporation,                     )
                                     )
11                    Defendants.   )
12
13      VIDEOTAPED DEPOSITION OF STEPHANIE GOOD
14
15      Taken before Cheryl C. Pieske, Registered Merit
    Reporter, Notary Public in and for the State of Maine,
16  on December 14, 2009, at the offices of Drummond
    Woodsum, 84 Marginal Way, Portland, Maine, commencing at
17  9:08 a.m., pursuant to notice given.
18
19  APPEARANCES:
20  FOR THE PLAINTIFFS:        SAMUEL W. LANHAM, JR., ESQ.
                               Lanham Balckwell, P.A.
21                             470 Evergreen Woods
                               Bangor, ME 04401
22
    FOR THE DEFENDANTS:        JUDITH BERNSTEIN-GAETA, ESQ.
23                             Arnold & Porter LLP
                               555 Twelfth Street, N.W.
24                             Washington, D.C. 20004
25  Videographer:              Ms. Cindy Spencer
```

INDEX OF EXAMINATION

EXAMINATION BY:                    PAGE:
Ms. Bernstein-Gaeta.................... 4, 144
Mr. Lanham............................. 141

INDEX OF EXHIBITS

GOOD EXHIBIT NO.  DESCRIPTION                    PAGE:
 1 Advertisement                       86
 2 Artificial Cigarette                91
 3 Picture of Artificial Cigarette     91
 4 First Amended Complaint             96
 5 Second Amended Complaint            96
 6 Tear Tape Examples                 121
 7 "Information for Smokers" Onsert   124
 8 2003 "Information for Smokers" Onsert   129
 9 American Lung Association "facts about...Is  134
   there a safe Tobacco?"

---

1    THE VIDEOGRAPHER:  Good morning.  We're on the
2 record.  My name is Cindy Spencer of Video Services
3 representing Veritext.  Today's date is the 14th day
4 of December, 2009.  The time is approximately 9:08.
5 This deposition is being held in the offices of
6 Drummond Woodsum --
7    MR. LANHAM:  Yes.
8    THE VIDEOGRAPHER:  -- in Portland, Maine.
9 The caption of the case is In Re: Light Cigarette
10 Marketing and Sales Practices Litigation.  This
11 relates to Stephanie Good, Lori Spellman, and Allain
12 Thibodeau individually and on behalf of all other
13 similarly situated versus Philip Morris USA,
14 Incorporated, a Virginia corporation, and Altria
15 Group, Incorporated, a Virginia corporation.  The
16 name of the witness today is Stephanie Good.
17    At this time will the attorneys please identify
18 themselves and the parties they represent.
19 Afterwards our court reporter will swear in the
20 witnesses, and we can proceed.
21    MR. LANHAM:  Sam Lanham of Lanham Blackwell
22 representing plaintiff Stephanie Good.
23    MS. BERNSTEIN-GAETA:  Judith Bernstein-Gaeta
24 from the law firm of Arnold & Porter, LLP,
25 representing Philip Morris USA, Inc.

---

1    (Witness administered oath by court
2 reporter/notary public.)
3 STEPHANIE GOOD, being duly sworn, on her oath deposes and
4 says as follows:
5              EXAMINATION
6 BY MS. BERNSTEIN-GAETA:
7 Q.  Good morning, Ms. -- Mrs. Good?
8 A.  Ms. Good.
9 Q.  Ms. Good, sorry.  Very nice to meet you.
10 A.  You, too.
11 Q.  As I just introduced myself twice now, my name is
12    Judy Bernstein-Gaeta.  For the record we are taking
13    this deposition today in relation to only class
14    certification issues.  We reserve the right to
15    depose Ms. Good again regarding the substantive
16    allegations made if this class is certified.
17 A.  Uh-hmm.
18 Q.  Ms. Good, have you ever had your deposition taken
19    before?
20 A.  No.
21 Q.  There's some ground rules that I'd like to go over
22    and tell you how I think we should proceed today.
23    If you have any questions, let me know, please.
24 A.  Sure.
25 Q.  First, and this one is pretty important, I'm going

---

1    to ask you questions.  You're going to answer my
2    questions.  The court reporter is taking down
3    everything you say.  That's the official record of
4    this deposition.  So as we get talking, if we speak
5    over each other, it makes it impossible for the
6    court reporter to take everything down.  Along the
7    same lines, I need you to speak up; and I will try
8    to not speak too quickly, and I hope you will do the
9    same.  Do you understand that instruction?
10 A.  I do.
11 Q.  For the same reason, you have to do what you just
12    did which is answer verbally.  A head nod or an
13    "uh-huh" or an "uh-uh" is not comprehensible.  So we
14    ask for verbal answers.
15 A.  Okay.
16 Q.  If during the day any of my questions are unclear,
17    please let me know, and I will attempt to rephrase
18    them for you.  Okay?
19 A.  Okay.
20 Q.  And sometimes I'm going to be asking you questions
21    and your counsel, Mr. Lanham, may want to object to
22    the question that I asked.  There will be times
23    where he's making an objection merely to put that
24    objection on the record for someone to rule on
25    later.  If that's the case, then I ask you to go

Page 6

1   ahead and answer the question.  There may be times
2   where he says I direct you not to answer, and I will
3   ask you if you are going to follow your counsel's
4   direction, and we'll go on from there.
5   A.  Okay.
6   Q.  Okay?
7   A.  Okay.
8   Q.  We're going to go back over your -- some of your
9      history as well as your smoking history, and there
10     may be times where you really just can't remember
11     the specific date something happened.  I'd like you
12     to try your best to put it in context such as I was
13     in high school, I was a junior, it was 1992,
14     whatever you can do to give me a date.  So even if I
15     ask for a date, I'm not necessarily asking for an
16     exact date unless you know the exact date.  But this
17     is not a memory contest.  I just want you to give
18     your best effort.  Okay?
19  A.  Okay.
20  Q.  And, finally, and really most importantly, if at any
21     time you need to take a break, please let me know;
22     and we'll go off the record and take a break.  The
23     only thing I ask is if I have a question pending
24     that the -- you answer the question.  And that's it.
25  A.  Okay.

Page 7

1   Q.  Do you understand these instructions?
2   A.  I do.
3   Q.  Do you understand you're testifying under oath
4      today?
5   A.  I do.
6   Q.  Are you currently taking any medications or drugs?
7   A.  Yes.
8   Q.  Can you list those for me?
9   A.  Lisinopril, 10 milligrams.
10  Q.  Can you spell it?
11  A.  L-I-S-I-N-O-P-R-I-L.
12  Q.  Anything else?
13  A.  No.
14  Q.  Does Lisinopril prohibit you from giving complete
15     and accurate testimony?
16  A.  No.
17  Q.  Does it have any effect on your memory?
18  A.  No.
19  Q.  Is there any reason you're not able to testify today
20     to the best of your ability?
21  A.  No.
22  Q.  For the record can you please state your full name?
23  A.  Stephanie Dawn Good.
24  Q.  Have you ever gone by any other name than Stephanie
25     Dawn Good?

Page 8

1   A.  No.
2   Q.  What is your current street address?
3   A.  54 Winship, W-I-N-S-H-I-P, Street, Bath, Maine.
4   Q.  Do you live in a house or an apartment?
5   A.  An apartment.
6   Q.  Do you rent or own your apartment?
7   A.  I rent.
8   Q.  Immediately prior to living at 54 Winship Street,
9      where did you live?
10  A.  450 Mere, M-E-R-E, Point Road in Brunswick.
11  Q.  In?
12  A.  Brunswick.
13  Q.  Maine?
14  A.  Yes.
15  Q.  And prior to that where did you live?
16  A.  85 First Street.  That was in Bangor.
17  Q.  When did you live in Bangor?  Bangor, excuse me.
18  A.  I have been here -- two and a half years I've been
19     in this area.
20  Q.  So --
21  A.  So before that, Bangor was 18 years.
22  Q.  And where did you live prior to living in Bangor?
23  A.  Fort Fairfield, Maine.
24  Q.  Where did you grow up?
25  A.  Fort Fairfield.

Page 9

1   Q.  Is it fair to say you've lived in Maine your entire
2      life?
3   A.  Correct.
4   Q.  And you've never lived out of state at any point
5      during your life?
6   A.  No.
7   Q.  I do not want you to tell me the substance of any
8      conversation you've had with Mr. Lanham in response
9      to my next question.  Okay?
10  A.  Okay.
11  Q.  But I'm going to ask you with whom have you spoken
12     at any time about the deposition that's being taken
13     today?
14  A.  Jeff Leadbetter.  He's my brother-in-law.
15  Q.  Thank you.  Anybody else?
16  A.  No.
17  Q.  Did you speak with Mr. Lanham?
18  A.  Yes.
19  Q.  When did you speak with Mr. Leadbetter?
20  A.  Four years ago.
21  Q.  Now, that may have been about your -- this lawsuit,
22     but was it about this deposition that's taking place
23     today?
24  A.  Oh, no.
25  Q.  So when you were getting ready to have your

3 (Pages 6 to 9)

Page 10

1  deposition taken, other than your counsel did you
2  speak to anyone specifically about this deposition?
3  A.  No.
4  Q.  Do you work outside the home?
5  A.  Yes.
6  Q.  Where do you work?
7  A.  It's Beale Street.
8  Q.  Is that the name of the organization?
9  A.  Beale Street, yes.  Beale Street Barbecue actually.
10  Q.  Oh, yum.
11  A.  Uh-hmm.
12  Q.  And what are your normal working hours?
13  A.  It ranges 30 to 35 hours a week.
14  Q.  But what time of day do you start working normally?
15  A.  It varies.  It's either 2 -- it's either 10 or 4.
16  Q.  So did you speak with your boss that you needed to
17     be out of the office -- out of work today for your
18     deposition?
19  A.  Yes.
20  Q.  What's your boss's name?
21  A.  Keith.
22  Q.  Uh-huh.
23  A.  Emery.
24  Q.  E-M-E-R-Y?
25  A.  Uh-hmm.

Page 11

1  Q.  Did you speak to anyone else at work about being out
2     of the office today?
3  A.  Yes, Katie.
4  Q.  I mean restaurant.  I'm sorry.
5  A.  It's okay.  Rowley, W-R -- R-O-W-L-E-Y.
6  Q.  R-O-W.
7  A.  Uh-hmm.
8  Q.  Anybody else?
9  A.  No.
10  Q.  Does Keith Emery smoke?
11  A.  Yes.
12  Q.  What does he smoke, if you know?
13  A.  Camel Lights.
14  Q.  Does Katie Rowley smoke?
15  A.  Yes.
16  Q.  What does she smoke?
17  A.  Parliament Lights.
18  Q.  Does Jeff Leadbetter smoke?
19  A.  Yes.
20  Q.  What does he smoke?
21  A.  Marlboro Ultralights.
22  Q.  Has he always smoked Marlboro Ultralights?
23  A.  I think he used to smoke Marlboro Lights.
24     MR. LANHAM:  Don't guess.
25     THE DEPONENT:  Okay.

Page 12

1  BY MS. BERNSTEIN-GAETA:
2  Q.  Best recollection, has he smoked Marlboro Lights?
3  A.  Uh-hmm.  Yes.  Sorry.  Yes.
4  Q.  When you told your boss that you were going to have
5     your deposition taken today, did you discuss your
6     deposition with him?
7  A.  No.
8  Q.  Did he ask you any questions?
9  A.  Yes.
10  Q.  What did he ask you?
11  A.  What it involved, what this case involved.
12  Q.  When you -- when did you speak to Mr. Emery about
13     your deposition?  Last week?
14  A.  Correct, last week.
15  Q.  Was that the first time you had told him what this
16     case involved?
17  A.  Yes.
18  Q.  What did you tell him?
19  A.  Basically I was -- I am supporting Maine smokers
20     that smoke Marlboro Lights; that Marlboro Lights
21     have been advertised as being lower in tar and
22     nicotine.
23  Q.  Anything else?
24  A.  No.
25  Q.  When did you talk to Katie Rowley, excuse me, about

Page 13

1     your deposition?
2  A.  Last week.
3  Q.  Did she also ask you what it was about?
4  A.  Yes.
5  Q.  And what did you tell Katie?
6  A.  The same.
7  Q.  Were they together at the time you told them that?
8  A.  No.
9  Q.  What's Katie's position at Beale Street Barbecue?
10  A.  Dining room manager.
11  Q.  And is Mr. Emery the owner?
12  A.  He is the general manager.
13  Q.  Is the barbecue good?
14  A.  It is.
15  Q.  When did you speak to Mr. Lanham about your
16     deposition?
17  A.  Friday.
18  Q.  For how long did you speak to Mr. Lanham?
19     MR. LANHAM:  Objection.  I instruct her not
20     to answer.
21  BY MS. BERNSTEIN-GAETA:
22  Q.  Are you going to follow your counsel's advice?
23  A.  Yes.
24  Q.  Okay.  How did you become involved in this lawsuit?
25  A.  My brother-in-law, Jeff Leadbetter, approached me.

4 (Pages 10 to 13)

Page 14

1  Q.  And what did he tell you?
2  A.  Sam Lanham was representing -- what do I say?
3      Excuse me.  Basically Jeff Leadbetter told me about
4      the cigarettes being lower in tar and nicotine and
5      that if I was interested in discussing this to call
6      Sam Lanham.
7  Q.  Do you know how your brother-in-law learned about
8      the lawsuit?
9  A.  I'm not really sure.
10 Q.  Where does your brother-in-law work?
11 A.  Bangor.
12 Q.  Where --
13 A.  Bangor.  I'm sorry.  Leadbetter's Convenience Store.
14     He's the owner.
15 Q.  Has Mr. Leadbetter ever worked for Mr. Lanham, to
16     the best of your knowledge?
17 A.  No.
18 Q.  How soon after you spoke to Mr. Leadbetter did you
19     speak to Mr. Lanham?
20 A.  A week or two.
21 Q.  Prior to speaking to Mr. Lanham, did you speak to
22     anyone else about Marlboro Lights cigarettes?
23 A.  No.
24 Q.  At the time that you first spoke to Mr. Leadbetter,
25     was he a smoker?

Page 15

1  A.  Yes.
2  Q.  Do you recall what brand he was smoking?
3  A.  Not quite sure.
4  Q.  Was it Marlboro Lights or Marlboro Ultralights, one
5      or the other?
6  A.  One or the other, yes.
7  Q.  Did, to the best of your knowledge, Mr. --
8      withdrawn.  Mr. Leadbetter at some point, you
9      believe, smoked Marlboro Light cigarettes?
10 A.  Yes.
11 Q.  Okay.  Do you know why he didn't want to be a class
12     representative in this lawsuit?
13 A.  I do not.
14 Q.  Was when you contacted Mr. Lanham the first time you
15     had attempted to obtain legal advice regarding
16     smoking issues?
17 A.  I'm sorry.  Could you repeat that?
18 Q.  Sure.  When you contacted Mr. Lanham about this
19     lawsuit --
20 A.  Uh-hmm.
21 Q.  -- was that the first time you had sought legal
22     counsel about smoking -- a smoking lawsuit?
23 A.  Yes.
24 Q.  Had you ever in your head wanted to sue Philip
25     Morris or any other tobacco company prior to

Page 16

1      contacting Mr. Lanham?
2  A.  No.
3  Q.  And so I don't get in dutch, Philip Morris USA.
4      Other than speaking with Mr. Lanham, have you spoken
5      to any other attorneys about smoking or this
6      lawsuit?
7  A.  No.
8  Q.  Now, you spoke to Mr. Leadbetter.  You've spoken to
9      your -- to colleagues that you worked with.  Have
10     you spoken with anyone else about the subject matter
11     of this lawsuit?
12 A.  No.
13 Q.  Do you have any brothers or sisters?
14 A.  I do.
15 Q.  Brothers or sisters, good answer.
16 A.  One sister.
17 Q.  Do you have a brother?
18 A.  I do not.
19 Q.  What's your sister's name?
20 A.  Kristi, K-R-I-S-T-I.
21 Q.  What's her last name?
22 A.  Leadbetter.
23 Q.  Have you spoken to Kristi about this lawsuit?
24 A.  That I'm coming here to the deposition today.
25 Q.  Anything else?

Page 17

1  A.  No.
2  Q.  Did you tell her what the lawsuit was about?
3  A.  She already knew.
4  Q.  And how did she already know?
5  A.  Her husband.
6  Q.  Do you have -- are your parents still alive?
7  A.  Yes.
8  Q.  What are their names?
9  A.  David.
10 Q.  Spellman?  Good, sorry.
11 A.  Yes.  David and Susan Good.
12 Q.  Where do they live?
13 A.  Bangor.
14 Q.  Have you told your parents about this lawsuit?  Go
15     ahead.  You can answer.
16 A.  I'm going to say yes because they've known through
17     Jeff as well discussing it with them.
18 Q.  Do either of your parents smoke?
19 A.  No.
20 Q.  Have they ever smoked?
21 A.  No.
22 Q.  Other than Mr. Lanham, did anyone give you any
23     advice about a deposition -- your deposition today?
24 A.  No.
25 Q.  Did you review any documents in preparation of

VERITEXT REPORTING COMPANY
(212) 279-9424                    www.veritext.com                    (212) 490-3430

Page 18

1     your dep -- for your deposition today?
2   A.   Yes.
3   Q.   What did you review?
4   A.   Documents from Sam Lanham.
5   Q.   Do you remember what those documents were?
6   A.   In regards to this case?
7   Q.   Yeah.
8   A.   I guess I don't know --
9   Q.   Let me see if I can help you a little bit.
10  A.   Okay.
11  Q.   Did he send you what's known as the complaint that
12      was filed in this case?
13  A.   Yes.
14  Q.   Did he send you more than one complaint?
15      MR. LANHAM:  Objection to the form.  Go
16      ahead.
17  A.   Yes.
18  BY MS. BERNSTEIN-GAETA:
19  Q.   Was one of the complaints called the First Amended
20      Complaint?
21  A.   Yes.
22  Q.   Was the other one the Second Amended Complaint?
23  A.   Yes.
24  Q.   Did you see the original complaint that was filed in
25      this case in the papers Mr. Lanham sent you?

Page 19

1   A.   Yes.
2   Q.   Other than the complaints that were sent to you, did
3       Mr. Lanham send you any other documents?
4       MR. LANHAM:  In preparation for the
5       deposition?
6       MS. BERNSTEIN-GAETA:  Yes, sir.
7   Q.   You can answer.
8   A.   Yes.
9   Q.   What else were you sent?
10  A.   I have been sent several things.  I can't --
11  Q.   Were any of them -- were any of the documents Mr.
12      Lanham sent you in preparation for your deposition
13      cigarette advertisements?
14  A.   No.
15  Q.   Newspaper articles?
16  A.   No.
17  Q.   Did they relate to the subject matter of the
18      lawsuit, the documents that Mr. Lanham sent you in
19      preparation for your deposition?
20  A.   No.  Just stating the date of the deposition.
21  Q.   Oh, the deposition notice?
22  A.   Yes.  Just the date --
23  Q.   Okay.
24  A.   -- and where.
25  Q.   Other than the documents that we've discussed, has

Page 20

1       Mr. Lanham sent you any other documents in
2       preparation for your deposition?
3   A.   No.
4   Q.   Prior to being sent documents for your deposition by
5       Mr. Lanham, has he sent you other documents?
6   A.   Can you repeat that, please?
7   Q.   Sure.  Prior to the documents Mr. Lanham sent you in
8       preparation of this deposition, have you ever at any
9       other time received documents from Mr. Lanham?
10  A.   Yes.
11  Q.   Do you recall what you received?
12  A.   I do not.
13  Q.   Were any of the documents you received
14      advertisements?
15  A.   No.
16  Q.   Were any of them related to information put out or
17      published by Philip Morris USA, Inc.?
18  A.   No.
19  Q.   Do you currently smoke?
20  A.   Yes.
21  Q.   What do you smoke?
22  A.   Marlboro Lights.
23  Q.   When did you have your last cigarette?
24  A.   30 minutes ago.
25  Q.   Was that in the car on your way down here?

Page 21

1   A.   Correct.
2   Q.   Now, you told me what this -- your understanding is
3       of this lawsuit.  Do you think that there is
4       information that Philip Morris USA should have
5       provided to you?
6       MR. LANHAM:  Objection to form.
7   BY MS. BERNSTEIN-GAETA:
8   Q.   You can answer.
9   A.   Yes.
10  Q.   What information would that be?
11  A.   That Marlboro Lights are not lower in tar and
12      nicotine.
13  Q.   Anything else?
14  A.   And they are just as addictive.
15  Q.   Just as addictive as what?
16  A.   As regular cigarettes.
17  Q.   Anything else?
18  A.   And they're just as unhealthy as regular cigarettes.
19  Q.   Anything else?
20  A.   I don't think so.  I don't think.
21  Q.   How do you think Philip Morris USA should have
22      provided that information to you?  Go ahead.
23  A.   I'm really not -- basically, I believe stating the
24      truth about the cigarettes.  Basically that.
25  Q.   That's, if I understand, what Philip Morris should

Page 22

1     have done.
2  A.  Uh-hmm.
3  Q.  Philip Morris USA. My question is how should they
4     have informed you?
5  A.  By way of advertising.
6  Q.  Any other way?
7  A.  Putting it on the label on the cigarettes.
8  Q.  Anything else?
9  A.  No.
10  Q.  If this information had been made available by PM
11     USA, Inc., would it have been your responsibility to
12     find that information?
13       MR. LANHAM: Object to form.
14 BY MS. BERNSTEIN-GAETA:
15  Q.  You can answer.
16  A.  Yes.
17  Q.  Thank you. You said you currently smoke Marlboro
18     Lights. Approximately how many Marlboro Lights do
19     you smoke a day?
20  A.  8 to 15.
21  Q.  Do you ever smoke on any given day in a typical day
22     more than a pack of Marlboro Lights?
23  A.  No.
24  Q.  Do you ever smoke on a typical day less than eight
25     Marlboro Lights cigarettes in a day?

Page 23

1  A.  Yes.
2  Q.  Can you describe those kinds of days where you smoke
3     less than eight Marlboro Lights?
4  A.  It depends on my work schedule.
5  Q.  And how does your work schedule impact the number of
6     Marlboro Lights you smoke?
7  A.  It depends on whether I have customers or not.
8  Q.  Customers to you is customers in the restaurant?
9  A.  Yes, yes.
10  Q.  And if you don't have customers, are you able to
11     take a cigarette break?
12  A.  Yes.
13  Q.  And are you able to smoke in Beale's Barbecue? I
14     know I missed a word there.
15  A.  Outside.
16  Q.  Okay. So if you have no customers, you can go
17     outside and take a cigarette break?
18  A.  Yes.
19  Q.  If all of your customers are served, can you go
20     outside and take a cigarette break?
21  A.  No.
22  Q.  Only when the tables are empty?
23  A.  Correct.
24  Q.  How many tables are your responsibility generally?
25  A.  Eight to ten.

Page 24

1  Q.  Other than smoking Marlboro Lights, have you smoked
2     other brands of cigarettes? And let me qualify that
3     which may make it a little easier. Have you
4     regularly smoked any other brands of cigarettes, not
5     one or two that you may have tried?
6  A.  No.
7  Q.  So when you became a regular smoker, was Marlboro
8     Lights the brand you chose?
9  A.  Yes.
10  Q.  Thank you. Prior to becoming a regular smoker, did
11     you ever try other brands of cigarettes?
12  A.  No.
13  Q.  Have you ever -- and pardon me for the use of this
14     word because I don't know a better word for it.
15     Have you ever bummed a cigarette from your boss?
16  A.  Yes.
17  Q.  And is Keith -- have you ever bummed a cigarette
18     from Keith Emery?
19  A.  Yes.
20  Q.  He smokes Camel Lights, correct?
21  A.  Yes.
22  Q.  Is that the brand of cigarette you bummed from
23     Mr. Emery?
24  A.  Yes.
25  Q.  Have you ever -- have you ever tried an ultralight

Page 25

1     cigarette; for example, one of Mr. Leadbetter's
2     Marlboro Ultralights?
3  A.  Yes.
4  Q.  Have you ever tried any other ultralight or other
5     low-tar cigarette?
6  A.  No.
7  Q.  Have you ever tried any full-flavor or regular
8     cigarettes --
9       MR. LANHAM: Objection. Objection to form.
10       MS. BERNSTEIN-GAETA: Could you let me
11     finish?
12       MR. LANHAM: I thought you did.
13       MS. BERNSTEIN-GAETA: No.
14 BY MS. BERNSTEIN-GAETA:
15  Q.  Have you ever tried any cigarettes that you called
16     regular earlier in any time that you smoked?
17  A.  Are you asking me if I bummed one or, as you said,
18     borrowed one?
19  Q.  Yes. Borrowed, there you go.
20  A.  Borrowed. Yes, I have borrowed one.
21  Q.  What brand was that?
22  A.  Marlboro Red.
23  Q.  And who did you -- I guess you can't say borrow
24     because you didn't give it back, right?
25  A.  That's true.

7 (Pages 22 to 25)

1  Q.  Have you ever smoked a Marlboro Red that was given
2      to you from someone else?
3  A.  Yes.
4  Q.  Who gave you that cigarette?
5  A.  The name?  Anthony.
6  Q.  What's his last name?
7  A.  Cyr.  Cyr, C-Y-R.
8  Q.  Is Anthony Cyr a regular smoker?
9  A.  Yes.
10 Q.  And is his regular brand Marlboro Reds?
11 A.  Yes.
12 Q.  Have you ever smoked more than one of Mr. Cyr's
13     Marlboro Reds, not in one sitting but at any other
14     time?
15 A.  Yes.
16 Q.  Approximately more than 20 --
17 A.  No.
18 Q.  -- Marlboro Reds?  Have you ever smoked a menthol
19     cigarette?
20 A.  Yes.
21 Q.  What brand was that?
22 A.  It was a GPC Menthol.
23 Q.  And GPC is a brand of discount cigarettes; is that
24     right?
25 A.  Correct.

1  Q.  GPC cigarettes cost less than Marlboro Lights; is
2      that right?
3  A.  As far as I know.
4  Q.  At any given time?
5  A.  (Nodding.)
6          MR. LANHAM:  Objection to foundation and form
7      with regard to the last question.
8  BY MS. BERNSTEIN-GAETA:
9  Q.  Did you ever purchase "light" or low-tar cigarette
10     brands based on the price of the brand?
11 A.  No.
12 Q.  Now, we've talked about GPC Menthol, smoking a
13     friend or a colleague's cigarette of a different
14     brand; and that was Marlboro Reds, Camel Lights,
15     Marlboro Ultralights, your brand of Marlboro Lights.
16     Are there any other brands of cigarettes that you
17     have tried besides those that we've just identified?
18 A.  No.
19 Q.  Have you ever traveled outside of Maine?
20 A.  Yes.
21 Q.  Where have you traveled to?
22 A.  Las Vegas.
23 Q.  Nevada?
24 A.  Nevada.  San Diego, California; Boston,
25     Massachusetts; Amherst, New Hampshire; Puerto Rico,

1      and Florida.  Florida, Orlando.
2  Q.  Have you ever been to Minnesota?
3  A.  I have not.
4  Q.  When you were in San Diego, California, did you
5      purchase Marlboro Lights?
6  A.  No.
7  Q.  How old were you?
8  A.  15.
9  Q.  Were you a smoker back when you were 15?
10 A.  No.
11 Q.  When you were in Boston, Massachusetts, did you
12     purchase cigarettes?
13 A.  Yes.
14 Q.  What brand?
15 A.  Marlboro Lights.
16 Q.  Do you recall the year you were in Boston?
17 A.  Last year.
18 Q.  2008?
19 A.  Yes.
20 Q.  Was that the only time you've been to Boston?
21 A.  High school trip.
22 Q.  Were you a smoker in high school?
23 A.  Yes.
24 Q.  Let me ask that question better.  Were you a regular
25     smoker in high school?

1  A.  No.
2  Q.  Did you purchase Marlboro Lights when you went to
3      Boston in high school?
4  A.  No.
5  Q.  When did you go to Amherst, New Hampshire?
6  A.  November of 2009.
7  Q.  Last month?
8  A.  Uh-hmm.
9  Q.  Did you purchase Marlboro Lights in Amherst?
10 A.  No.
11 Q.  And when you -- how old were you when you went to
12     Orlando?
13 A.  I don't remember.
14 Q.  Were you a teenager or an adult?
15 A.  No.  I was an adult.
16 Q.  Were you a smoker?
17 A.  Early twenties.
18 Q.  I'm sorry?
19 A.  I'm sorry.  Early twenties.
20 Q.  Were you smoking Marlboro Lights then?
21 A.  Yes.
22 Q.  Did you purchase Marlboro Lights in Florida?
23 A.  I can't recall.
24 Q.  Okay.  How old are you?
25 A.  39.

1   Q.   When is your birthday?
2   A.   December 31st, 1969.
3   Q.   So pretty soon --
4   A.   I know.
5   Q.   -- you're going up a decade.  Right?
6   A.   Thank you.
7   Q.   Happy early birthday.
8   A.   Thank you.
9   Q.   I think I asked you this, so I apologize if I have,
10       but are you currently married?
11  A.   No.
12  Q.   Do you have a boyfriend?
13       MR. LANHAM:  I'm going to let that question
14       stand, but it depends on what is next.  I might
15       object.  Okay.
16  BY MS. BERNSTEIN-GAETA:
17  Q.   Let me ask a slightly different question.  It might
18       make your life easier.  Are you a -- do you have a
19       steady boyfriend?
20  A.   Yes.
21  Q.   What is his name?
22  A.   Rick Campbell.
23  Q.   And where does Mr. Campbell live?
24  A.   Brunswick.
25  Q.   Does Mr. Campbell smoke?

1   A.   Yes.
2   Q.   What brand does he smoke?
3   A.   GPC Menthol Lights.
4   Q.   Is that the menthol lights you've tried?
5   A.   Yes.
6   Q.   I apologize for this question, but do you have any
7        children?
8   A.   No.
9   Q.   Have you ever been involved in any -- ever been a
10       party to a lawsuit?
11  A.   No.
12  Q.   Have you ever been arrested?
13  A.   No.
14  Q.   Have you ever gotten a speeding ticket, to the best
15       of your memory?
16  A.   Yes.
17  Q.   Do you remember when that was?
18  A.   18.
19  Q.   When you were 18 years old?
20  A.   When I was 18 years old.
21  Q.   How much -- well, we won't go there.  Have you ever
22       been a class representative of a lawsuit other than
23       this one?
24  A.   No.
25  Q.   Have you ever filed a workers' compensation claim?

1   A.   No.
2   Q.   Have you ever filed for bankruptcy?
3   A.   No.
4   Q.   What's the highest level of education you've
5        completed?
6   A.   Associates Degree in human services.
7   Q.   In human services?
8   A.   Correct.
9   Q.   What's human services?
10  A.   Department of Human Services, child welfare, mental
11       health.  There's a wide range.
12  Q.   Where did you get your Associates Degree from?
13  A.   Bangor Community College.
14  Q.   Do you recall what year you got your degree?
15  A.   I do.  '92.
16  Q.   Where did you go to high school?
17  A.   Fort Fairfield High School.
18  Q.   When did you graduate?
19  A.   1988.
20  Q.   Other than your degree from Bangor Community
21       College, have you attended other course work after
22       high school?
23  A.   University of Maine at Presque Isle.
24  Q.   I'm sorry, I don't know that name.
25  A.   That's okay.  It's UMPI, U-M-P-I.

1   Q.   And what was the name of the place where it was?
2   A.   Presque Isle, P-R-E-S-Q-U-E.
3   Q.   Ah.  And were you taking course work there, or were
4        you enrolled at the university of Maine?
5   A.   I was enrolled for one year.
6   Q.   What was your concentration of study?
7   A.   Business.
8   Q.   And I take it you did not get a degree?
9   A.   Correct.
10  Q.   And why did you leave the University of Maine?
11  A.   I wanted to move to Bangor and further my education
12       there.
13  Q.   Did you take any course work in Bangor when you
14       moved?
15  A.   (Nodding.)
16  Q.   Oh.  Is that when you took the community college?
17  A.   Yes.
18  Q.   So you went from high school to University of Maine?
19  A.   Yes.
20  Q.   And then you transferred to Bangor where you got a
21       degree?
22  A.   Yes.
23  Q.   Post getting your degree in Bangor, have you taken
24       any course work?
25  A.   No.

9 (Pages 30 to 33)

Page 34

1    Q.  Have you ever worked in the human services field
2         other than where you work now, which I guess is
3         human services?
4    A.  Yes.
5    Q.  What work was that?
6    A.  Acadia Hospital.
7    Q.  Is that on Mt. Desert Island?
8    A.  It's on Stillwater Avenue in Bangor.
9    Q.  What do I know.  What was your job there?
10   A.  A psychiatric technician.
11   Q.  How long did you work at Acadia Hospital?
12   A.  One year.
13   Q.  Did you always hold the position of psychiatric
14        technician?
15   A.  Yes.
16   Q.  Why did you leave?
17   A.  Stress.
18   Q.  Stress related to working in a psychiatric ward?
19   A.  Correct.
20   Q.  Understood.  And did you work at Acadia Hospital
21        right after graduating from Bangor college --
22        community college?
23   A.  I want to say it was before.
24   Q.  It was while you were in school?
25   A.  Uh-hmm.  Yes.

Page 35

1    Q.  You worked at the hospital.  You work currently at
2         Beale's, I forget its middle name, Barbecue.
3    A.  Uh-hmm.
4    Q.  Where else have you worked since graduating from
5         Bangor Community College?
6    A.  Pepino's.
7    Q.  Is that a restaurant?
8    A.  It is.
9    Q.  What was your job there?
10   A.  Server.  Dr. Kawamura, K-A-W-A-M-U-R-A.
11   Q.  What did you do for Dr. Kawamura?
12   A.  Administrative assistant.
13   Q.  Do you remember what years you worked for him?
14   A.  2000 and 2007.
15   Q.  And anything else besides Pepino's and Dr. Kawamura?
16   A.  Quirk Auto Park.  Q-U-I-R-K Auto Park.
17   Q.  What were you doing there?
18   A.  A number of things.  You could put service writer
19        down.
20   Q.  Service writer?
21   A.  Correct.
22   Q.  Anything else?
23   A.  I was finance manager.
24   Q.  When did you work at Quirk Auto Parts?
25        MR. LANHAM:  Park.

Page 36

1         MS. BERNSTEIN-GAETA:  Auto Park.  Thank you,
2    Mr. Lanham.
3    A.  '98 to 2000.
4    BY MS. BERNSTEIN-GAETA:
5    Q.  Did you leave Quirk Auto Park to go work for Dr.
6         Kawamura?
7    A.  Correct.
8    Q.  And after leaving Dr. Kawamura, where did you go
9         work?
10   A.  Cook's Lobster House.
11   Q.  I actually have heard of that.  How long did you
12        work at Cook's Lobster House?
13   A.  Seasonal work, summer months.
14   Q.  Through the current?  From 2000 through currently?
15   A.  2007.  The summer of 2007.
16   Q.  I'm sorry, 2007.
17   A.  Summer of 2007.
18   Q.  That's the only time?
19   A.  Yes.
20   Q.  And how long have you been at the -- why can't I
21        remember its name?
22   A.  It's okay.
23   Q.  Beale Street Barbecue?
24   A.  November of 2007.
25   Q.  Why did you leave Dr. Kawamura?

Page 37

1    A.  I wanted to move to the coastal area, and I met a
2         lobsterman.
3    Q.  What was the lobsterman's name?
4    A.  Rick Campbell.
5    Q.  And we talked about smoking at Beale Street
6         Barbecue.  When you were at Cook's Lobster, were you
7         permitted to smoke?
8    A.  Yes.
9    Q.  At any time?
10   A.  Yes.
11   Q.  Is that because the lobster house is outside?
12   A.  Less strict.
13   Q.  When you were at Quirk Auto Park, were you able to
14        smoke at your desk?
15   A.  No.  We had to go outside.
16   Q.  Were you able to go outside any time you wanted to
17        take a break?
18   A.  Yes.
19   Q.  I was just going to say the same.
20   A.  Okay.
21   Q.  I'm sorry.  You said you could take a break at any
22        time?
23   A.  Yes.
24   Q.  And same question for Dr. Kawamura.  Were you able
25        to smoke at your desk?

10 (Pages 34 to 37)

Page 38

1  A.  Outside.
2  Q.  Were you able to take a break at any time?
3  A.  Yes.
4  Q.  And Pepino's where you were a server -- when did you
5      work at Pepino's?
6  A.  '89 to 2001.
7  Q.  Were you able to smoke at Pepino's?
8  A.  Yes.
9  Q.  Just proving I can do math, it looks like you were
10     working for Quirk Auto Parts and a little bit for
11     Dr. Kawamura while you also worked at Pepino's; is
12     that right?
13  A.  I continued Pepino's while I was at Quirk Auto Park
14      and also at Dr. Kawamura.  Pepino's, yeah.
15  Q.  Okay.
16  A.  Okay.
17  Q.  So I take it it was part-time at Pepino's --
18  A.  Correct.
19  Q.  -- when you had other jobs?
20  A.  I'm sorry.  Yes.
21  Q.  Do you do any volunteer work?
22  A.  No.
23  Q.  Have you ever been a member of the American Cancer
24      Society?
25  A.  No.

Page 39

1  Q.  Have you ever been a member of the American Lung
2      Association?
3  A.  No.
4  Q.  Have you ever been a member of the American Heart
5      Association?
6  A.  No.
7  Q.  Have you ever been involved in any anti-smoking
8      organizations?
9  A.  No.
10  Q.  How old were you when you smoked your first
11      cigarette?
12  A.  I can't say.
13  Q.  Were you in high school when you smoked your first
14      cigarette?
15  A.  Yes.
16  Q.  You just want to see me do math.  So sometime
17      between 1984 and 1988?
18  A.  Yes.
19  Q.  Were you with anyone when you tried your first
20      cigarette?
21  A.  Yes.
22  Q.  Who were you with?
23  A.  Mike Griffith.
24  Q.  Mike Griffith?
25  A.  Uh-hmm.

Page 40

1  Q.  A high school friend?
2  A.  Yes.
3  Q.  Anybody else?
4  A.  Jeff Ouellette.  Jeff Ouellette, O-U-E-L-L-E-T-T-E.
5  Q.  I definitely would not have spelled it that way.
6      Were Mike, Jeff, and you in the same grade?
7  A.  Yes.
8  Q.  High school friends?
9  A.  Yes.
10  Q.  How did you obtain the first cigarette you smoked?
11  A.  From them.
12  Q.  Do you recall what brand it was?
13  A.  Marlboro Lights.
14  Q.  If you know, was Mike Griffith a regular smoker at
15      the time you went out and he gave you one of his
16      Marlboro Lights?
17  A.  I don't know.
18  Q.  Same question for Jeff Ouellette?
19  A.  I don't know.
20  Q.  Why did you try that first cigarette?
21  A.  Peer pressure.
22  Q.  From Mike and Jeff?
23  A.  Yes.
24  Q.  How soon after trying that first cigarette did you
25      have your second cigarette?

Page 41

1  A.  I don't know.
2  Q.  Was it within the same year, to the best of your
3      recollection?
4      MR. LANHAM:  But don't guess.
5      THE DEPONENT:  I know.
6  A.  I don't know.
7  BY MS. BERNSTEIN-GAETA:
8  Q.  Other than peer pressure, was there any other reason
9      you tried that cigarette?
10  A.  No.
11  Q.  Were you not in the building but were you at school
12      at the time that you tried that cigarette?
13  A.  In the car.
14  Q.  On the way to or from school?
15  A.  Lunch break.
16  Q.  How did you come to try that cigarette?
17      MR. LANHAM:  Objection, asked and answered.
18      Go ahead.
19  BY MS. BERNSTEIN-GAETA:
20  Q.  Do you want me -- what I really meant was how did --
21      did Jeff and Mike say come on, let's go smoke a
22      cigarette or something to that effect to you, if you
23      remember?
24      MR. LANHAM:  Objection to form.
25  BY MS. BERNSTEIN-GAETA:

11 (Pages 38 to 41)

Page 42

1  Q.  You can answer.
2  A.  They had a pack.
3  Q.  And did you all go to the car to smoke a cigarette,
4     or were you in the car and they gave you one?
5     MR. LANHAM:  Objection to form.
6  BY MS. BERNSTEIN-GAETA:
7  Q.  You can answer.
8  A.  It was lunch time.  We were going to the store.
9  Q.  Did you ask for a cigarette or did they say -- give
10    you a cigarette to try?
11 A.  They gave me a cigarette to try.
12 Q.  Is this the first time they had tried to give you a
13    cigarette, if you recall?
14 A.  Yes.
15 Q.  Other than Mike and Jeff, did you have other friends
16    who smoked when you were growing up?
17 A.  I don't recall.
18 Q.  Did you have any family members in your immediate
19    family who smoked when you were growing up?
20 A.  Yes.
21 Q.  Who was that?
22 A.  Names or?
23 Q.  Well, both, names and --
24 A.  Grandmother.
25 Q.  And what was your grandmother's name?

Page 43

1  A.  Gertrude Good.
2  Q.  So father's mother?
3  A.  (Nodding.)
4  Q.  Did she live with you?
5  A.  No.
6  Q.  Do you remember what she smoked?
7  A.  I did.
8  Q.  You don't remember sitting here?
9  A.  Raleighs.
10 Q.  Did you ever try one of your grandmother's Raleighs?
11 A.  No.
12 Q.  And any other family member who smoked when you were
13    growing up?
14 A.  Mildred Webb.  Mildred Webb, grandmother.
15 Q.  Your mom's mom?
16 A.  Yes.
17 Q.  What brand did she smoke?
18 A.  Salems.
19 Q.  Did you ever try one of Mildred's Salems?
20 A.  No.
21 Q.  As an adult do you have any family members other
22    than your brother-in-law who smokes?
23 A.  Yes, Mildred.
24 Q.  Okay.
25 A.  Do uncles count?

Page 44

1  Q.  Sure.
2  A.  George Webb.
3  Q.  Son of Mildred?
4  A.  Correct.
5  Q.  What does he smoke?
6  A.  It varies.
7  Q.  Does he have any particular brand?
8  A.  No.  Robert Webb.
9  Q.  Also son of Mildred?
10 A.  Yes.
11 Q.  What does he smoke?
12 A.  I don't know.
13 Q.  Do you smoke in front of your parents?
14 A.  No.
15 Q.  Have you ever smoked in front of your parents?
16 A.  No.
17 Q.  Do your parents know you smoke?
18 A.  Yes.
19 Q.  And what do your parents tell you about your smoking
20    at any time?
21 A.  That I need to quit.
22 Q.  Anything else?
23 A.  It's bad for you.
24 Q.  Anything else?
25 A.  No.

Page 45

1  Q.  What do you respond when your parents tell you to
2     quit and that it's bad for you?
3  A.  I tell them I know.
4  Q.  Anything else?
5  A.  I'm going to quit on my birthday.
6  Q.  That's coming up.  Anything else?
7  A.  No.
8  Q.  Do you ever say it's okay, I smoke lights or
9     something to that effect?
10 A.  No.
11    MS. BERNSTEIN-GAETA:  I think now would be a
12 great time to take a break.
13    THE VIDEOGRAPHER:  We'll be going off the
14 record at 9:59.
15    (Recess taken.)
16    THE VIDEOGRAPHER:  We're back on the record.
17 This is tape No. 2 in the deposition of Stephanie
18 Good, and the time is 10:09.
19 BY MS. BERNSTEIN-GAETA:
20 Q.  Welcome back, Ms. Good.
21 A.  Thank you.
22 Q.  I remind you you're still under oath.
23 A.  (Nodding.)
24 Q.  Did you speak with your counsel about your
25    deposition during the break?

12 (Pages 42 to 45)

Page 46

1   A.  Yes.
2   Q.  We were talking about your first cigarette right
3        before the break.  What was your physical reaction,
4        or did you have a physical reaction the first time
5        you smoked a cigarette?
6   A.  It tasted bad.
7   Q.  Other than a bad taste, did you have any physical
8        reaction?
9   A.  No.
10  Q.  Did you get dizzy?
11  A.  I don't remember.
12  Q.  Did you cough when you smoked that first cigarette?
13  A.  I can't remember that either.
14  Q.  And did your eyes water?
15  A.  I don't remember.
16  Q.  When did you become a regular smoker?
17  A.  I don't recall.
18  Q.  Were you in high school when you began smoking
19        regularly?
20  A.  No.
21  Q.  You were out of high school?
22  A.  Yes.
23  Q.  Was it before you went to Bangor Community College?
24  A.  Yes.
25  Q.  Which you started in 1990; is that right?

Page 47

1   A.  '90, uh-hmm.
2   Q.  And you graduated from high school in 1998, correct?
3   A.  '88.
4   Q.  I meant '88.  I'm sorry.  It was a test to see if
5        you were listening.  So sometime between 1988 and
6        1990 you began smoking?
7   A.  Correct.
8   Q.  When you began smoking regularly -- and by began
9        smoking, I meant began smoking regularly.  When you
10        began smoking regularly, did you purchase packages
11        of cigarettes?
12  A.  Yes.
13  Q.  And I take it that was always Marlboro Light
14        cigarettes that you purchased?
15  A.  Yes.
16  Q.  Why did you decide to become a regular smoker?
17  A.  Addicted.
18  Q.  Before you became a regular smoker, you were
19        addicted to cigarettes?
20  A.  I don't know.
21  Q.  In between the time in high school when you tried
22        your first cigarette with your friends --
23  A.  Uh-hmm.
24  Q.  -- until the time you purchased your first pack of
25        Marlboro Lights, did you occasionally smoke a

Page 48

1        cigarette?
2   A.  Yes.
3   Q.  Did the amount of cigarettes you would smoke
4        occasionally increase over time?
5   A.  Yes.
6   Q.  And can you describe for me when you decided, okay,
7        I'm going to go buy a pack of cigarettes and have
8        that -- and start smoking regularly?
9   A.  I don't know.  I don't remember.
10  Q.  Was it a conscious act of, okay, today I'm going to
11        become a regular smoker; or was it I'm smoking, I'm
12        going to go buy a pack, or something different in
13        between?
14  A.  I felt the need that I wanted and needed a
15        cigarette.
16  Q.  How soon after you had smoked your cigarette with
17        Mike and Jeff, if those are the right names --
18  A.  Uh-hmm.
19  Q.  -- did you try cigarettes again?
20  A.  I don't recall.
21  Q.  And you don't recall what grade you were in when you
22        went out and smoked --
23        MR. LANHAM:  Hold on.
24  Q.  -- that first time with Mike and Jeff?
25        MR. LANHAM:  Objection, asked and answered.

Page 49

1   BY MS. BERNSTEIN-GAETA:
2   Q.  You can answer.
3   A.  I don't really know.
4   Q.  Whose car were you in?
5   A.  Mike's.
6   Q.  Was Mike driving?
7   A.  Yes.
8   Q.  What's the driving age in Maine?
9   A.  16.
10  Q.  So Mike was over 16?
11  A.  (Nodding).
12  Q.  Correct?
13        MR. LANHAM:  Objection to foundation.
14  A.  I don't know.
15  BY MS. BERNSTEIN-GAETA:
16  Q.  He was driving?
17  A.  Uh-huh.
18  Q.  Correct?
19  A.  Yes.
20  Q.  And he had a license, correct?
21  A.  Yes.
22  Q.  And you had to be at least 16 to have a license,
23        correct?
24  A.  Yes.
25  Q.  But you don't know if it was at 16 or he had been

13 (Pages 46 to 49)

1    driving for a few years by that point?
2  A.  I don't know.
3  Q.  Were you and Mike the same age?
4  A.  Yes.
5  Q.  Did you have a license at the time?
6  A.  I don't remember.
7  Q.  Can you tell me the year you were born again?  Oh,
8    1969, right?
9  A.  Yes.
10 Q.  Do you -- and you graduated in 1988 when you were
11   19 years old, correct?
12 A.  Graduated '88, June, so I was --
13 Q.  18 years old.
14 A.  18.
15 Q.  So sometime between turning 18 and 20, 21 is when
16   you became a regular smoker, correct?
17 A.  Yes.
18 Q.  Right before you became a regular smoker, how often
19   were you smoking?
20 A.  I don't know.
21 Q.  More than a cigarette a day?
22 A.  No.
23 Q.  Were you smoking every day?
24 A.  I don't remember.
25 Q.  Okay.  When you went in to buy your first package of

1    cigarettes that was Marlboro Lights, did you
2    consider buying any other brand of cigarettes?
3  A.  No.
4  Q.  Did you make any comparison in your mind to other
5    brands of cigarettes when you chose Marlboro Lights?
6  A.  No.
7  Q.  You just went in and bought the lights?
8  A.  Yes.
9  Q.  When you were not a regular smoker sometime after
10   trying your first cigarette before you became a
11   regular smoker, was there any particular brand of
12   cigarette you smoked?
13 A.  No.
14 Q.  Did you smoke the brand of cigarettes from the --
15   whatever brand the person you took a cigarette from
16   was smoking?
17 A.  No.
18 Q.  So how did you get --
19 A.  It would have to be Marlboro Lights.
20 Q.  How do you know that?
21 A.  Because that's all my friends ever smoked.
22 Q.  It was a popular brand in high school and early post
23   high school?
24 A.  Yes.
25 Q.  Now, when you mentioned your grandmother's Raleighs,

1    you kind of made a face like Raleighs are terrible
2    cigarettes.  Is that true?
3        MR. LANHAM:  Objection to form.
4  BY MS. BERNSTEIN-GAETA:
5  Q.  You can answer.
6  A.  I thought they smelled.
7  Q.  Did they smell different than Marlboro Lights?
8  A.  I was a kid.
9  Q.  I don't understand how that answers my question.
10       MR. LANHAM:  Objection to form.
11 BY MS. BERNSTEIN-GAETA:
12 Q.  You can answer.
13       MR. LANHAM:  Would you repeat the question,
14   please, Cheryl?
15 BY MS. BERNSTEIN-GAETA:
16 Q.  I don't understand how the answer "I was a kid"
17   explains why you didn't like the smell of Raleighs,
18   and I'm asking you if you can explain that any
19   further.
20       MR. LANHAM:  Objection to the form.
21 BY MS. BERNSTEIN-GAETA:
22 Q.  You can answer.
23 A.  I just remember as a child going to my grandmother's
24   and smelling cigarette smoke.
25 Q.  And not liking the smell?

1  A.  And not liking the smell.
2  Q.  I understand.  Thank you.  When you tried
3    Mr. Leadbetter's Marlboro Ultralights, did you like
4    them?
5  A.  They were okay.
6  Q.  Did you ever consider making Marlboro Ultralights
7    your brand?
8  A.  No.
9  Q.  Why not?
10 A.  Because they were ultralight.
11 Q.  And why is ultralight a reason not to choose it as
12   your brand?
13 A.  I didn't like the flavor.
14 Q.  Anything else you didn't like about the Marlboro
15   Ultralights?
16 A.  No.
17 Q.  And when you try Mr. Campbell's GPC Menthol, do you
18   like the flavor of the GPC flavor?
19 A.  No.
20 Q.  What don't you like about the GPC?  And I should say
21   Lights Menthol.
22 A.  I don't like menthol cigarettes.
23 Q.  You don't like the taste of the menthol?
24 A.  Correct.
25 Q.  Anything else besides the taste of menthol you don't

14 (Pages 50 to 53)

Page 54

1   like?
2   A.  No.
3   Q.  Does menthol feel differently in your throat?
4   A.  It has a bite.
5   Q.  By a bite do you mean it's harsher feeling on your
6       throat?
7   A.  Yes.
8   Q.  How about your boss, general manager, at Beale
9       Street Barbecue, he smokes Camel Lights, correct?
10  A.  Yes.
11  Q.  Can you tell the difference between Camel Lights and
12      Marlboro Ultralights?  Marlboro Lights, sorry.
13  A.  I've only smoked maybe one --
14  Q.  Did you --
15  A.  -- and it was hurried.
16  Q.  Did you have a reaction to it when you first --
17      different than the reaction you have when you smoke
18      a Marlboro Light?
19  A.  No.
20  Q.  Taste the same?
21      MR. LANHAM:  Objection to form.
22  BY MS. BERNSTEIN-GAETA:
23  Q.  You can answer.
24  A.  No.
25  Q.  It tasted different?

Page 55

1   A.  Yes.
2   Q.  And so I clear up this objection, the Camel Lights
3       tasted different than the Marlboro Lights to you?
4   A.  Yes.
5   Q.  Have you ever tried a Marlboro Red?
6   A.  Yes.
7   Q.  Did you like the Marlboro Red?
8   A.  No.
9   Q.  What didn't you like about the Marlboro Red.
10  A.  It was strong.
11  Q.  I'm sure you told me, but whose Marlboro Red did you
12      try?
13  A.  Anthony.
14  Q.  You did.  Did you have any physical reaction to the
15      Marlboro Red when you smoked it?
16  A.  No.
17  Q.  So would it be fair to say you never smoked a
18      regular cigarette on a regular basis?
19  A.  That would be yes.
20  Q.  Thank you.  When you first became a regular smoker
21      of Marlboro Lights sometime before 1990 -- correct?
22      MR. LANHAM:  Objection to form.  Sorry.
23  BY MS. BERNSTEIN-GAETA:
24  Q.  Let's see if I can pin down the date.  I'll withdraw
25      that question and pin down the date you actually

Page 56

1   started more.
2       Am I correct that you went from high school, the
3       next school year you went to the University of
4       Maine.  Is that right?
5   A.  Yes.
6   Q.  Were you smoking when you went to the University of
7       Maine?
8   A.  I don't remember.
9   Q.  Then we can't tie it down.  Do you remember that you
10      were smoking when you started at the community
11      college in Bangor?
12  A.  Yes.
13  Q.  When you were at -- started at the Bangor Community
14      College, approximately how many cigarettes a day
15      were you smoking?
16  A.  A pack a week.
17  Q.  The week being five days or seven days?
18  A.  Five.
19  Q.  So approximately four cigarettes a day?
20  A.  Yes.
21  Q.  And you currently smoke between 8 and 15 a day.  So
22      it's fair to say the amount of Marlboro Lights you
23      smoke a day has increased since you went to Bangor
24      Community College, right?
25  A.  Yes.

Page 57

1   Q.  Did that number increase gradually, or did you
2       quickly become at least an 8-cigarette-a-day smoker?
3   A.  Gradually.
4   Q.  And when is the first time that you remember, if you
5       do, smoking up to eight cigarettes a day?
6   A.  I don't really keep track.
7   Q.  Do you buy by the pack or carton?
8   A.  The pack.
9   Q.  Have you always bought by the pack?
10  A.  Yes.
11  Q.  I'm -- are there occasions you buy a carton?
12  A.  No.
13  Q.  So though you don't keep track, do you keep track of
14      the fact that, perhaps, some weeks you buy a pack
15      every three days and some weeks you buy a pack more
16      frequently?
17      MR. LANHAM:  Objection to form.
18  BY MS. BERNSTEIN-GAETA:
19  Q.  Some weeks you buy a pack more frequently?
20      MR. LANHAM:  Objection to form.
21  BY MS. BERNSTEIN-GAETA:
22  Q.  You can answer.
23  A.  I don't really pay that much attention.
24  Q.  Now, when you worked for Dr. Kawamura and -- was it
25      stressful?

15 (Pages 54 to 57)

Page 58

1   A.  Yes.
2   Q.  Did you smoke more when you worked for Dr. Kawamura?
3   A.  Yes.
4   Q.  How much more?
5   A.  Some days could be a pack or under.
6   Q.  And I take it that you were smoking more because it
7       was stressful.
8   A.  Uh-hmm.
9   Q.  Is that right?
10  A.  Yes.
11  Q.  When you were at the psychiatric tech, I believe you
12      were still at Bangor Community College; is that
13      right?
14  A.  Yes.
15  Q.  And was that a stressful job?
16  A.  Yes.
17  Q.  Were you smoking more Marlboro Lights when you
18      worked at -- excuse me, Acadia Hospital as a
19      psychiatric tech?
20  A.  No.
21  Q.  You didn't increase the amount of cigarettes you
22      smoked?
23  A.  No.
24  Q.  Was that because you could not smoke on the job and
25      had to take a break to smoke?

Page 59

1   A.  Yes.
2   Q.  When you'd take a break and you were a psychiatric
3       tech, would you smoke more than one cigarette in a
4       row?
5           MR. LANHAM:  Objection to form.
6   BY MS. BERNSTEIN-GAETA:
7   Q.  Do you understand my question?
8   A.  I do.
9   Q.  Can you answer it?
10  A.  Yes.
11  Q.  Would it ever be more than two cigarettes right
12      after each other?
13  A.  No.
14  Q.  Now, Mr. Campbell smokes.  Do you have other friends
15      who smoke?
16          MR. LANHAM:  Objection, asked and answered.
17  BY MS. BERNSTEIN-GAETA:
18  Q.  Currently do you have other friends who smoke
19      besides Mr. Campbell?
20  A.  Yes.
21  Q.  Can you tell me their names?
22  A.  Liz.
23  Q.  What's Liz's last name?
24  A.  McNeally.
25  Q.  What does she smoke?

Page 60

1   A.  Camel Lights.
2   Q.  Anybody else?
3   A.  Bethany Turner.
4   Q.  What does she smoke?
5   A.  Some form of menthol.
6   Q.  Anybody else?
7   A.  Not that I can recall.
8   Q.  When you're with your friends, do you smoke more
9       cigarettes when you're with friends and they're
10      smoking?
11  A.  Yes.
12  Q.  Do you drink coffee?
13  A.  Not typically.
14  Q.  Do you drink tea in the morning?
15  A.  No.
16  Q.  Do you have a soda in the morning when you wake up?
17  A.  Water.
18  Q.  Do you drink alcohol?
19  A.  Yes.
20  Q.  Do you smoke more when you're drinking alcohol?
21  A.  Yes.
22  Q.  Are there other circumstances when you smoke more?
23  A.  When I'm on the phone, driving in my car, after
24      eating.
25  Q.  That's it?

Page 61

1   A.  Yes.
2   Q.  Are there occasions when you smoke less or try to
3       refrain from smoking other than when work requires
4       it?
5   A.  No.
6   Q.  Do you smoke less or try to refrain from smoking
7       around children?
8   A.  Yes.
9   Q.  And you smoke less or try to refrain from smoking
10      around pregnant woman?
11  A.  Yes.
12  Q.  Do those questions I just asked you refresh your
13      recollection of any other times you may refrain from
14      smoking?
15  A.  Around my parents.
16  Q.  Anything else?  Any other times?
17  A.  Around my guests that come in the restaurant.  I
18      don't like them seeing me outside smoking.
19  Q.  You know, let's go back to Beale Street Barbecue.
20      What is your position there?
21  A.  Server.
22  Q.  Eight to ten tables, right?
23  A.  Yes.
24  Q.  When you've had to refrain from smoking either
25      because of work or you're around your parents or

16 (Pages 58 to 61)

Page 62

1  some of the times you've described, do you -- how do
2  you react when you're able to smoke again?
3  A.  How do I feel not having the cigarette, or how do I
4     feel after I have a cigarette?
5  Q.  Right before you go have your cigarettes, do you
6     have a craving for a cigarette?
7  A.  Yes.
8  Q.  Any other reactions?
9  A.  Agitation.
10 Q.  Anything else?
11 A.  Anticipation.
12 Q.  Now, when you are able to satisfy those feelings, do
13    you smoke your cigarette differently than you do
14    when you're not -- when you're not -- when you've
15    not been refrained from smoking?
16 A.  I smoke it faster.
17 Q.  Anything else?
18 A.  No.
19 Q.  Do you ever take a big -- a deeper inhalation on the
20    cigarette when you've refrained from smoking and
21    then are able to smoke a cigarette?
22 A.  No.
23 Q.  Do you take more puffs on the cigarette?
24 A.  Yes.
25 Q.  Do you hold the smoke in your lungs longer?

Page 63

1  A.  No.
2  Q.  Let's talk about a typical work day now.
3  A.  Uh-hmm.
4  Q.  Can you walk me through your smoking pattern on a
5     typical work day, say a day when you go to work in
6     the afternoon?
7  A.  Work travel is 20 minutes.  I'll have two cigarettes
8     in 20 minutes.
9  Q.  On the way to work?
10 A.  Yes.
11 Q.  Do you have those cigarettes right after each other
12    or one when you get in the car and one right as you
13    get near to work?
14 A.  One when I get in the car and then one almost to
15    work.
16 Q.  Before you leave for work on a day when you work, I
17    think you said a 2 o'clock shift; is that right?
18 A.  10:00.
19 Q.  10:00.  Sorry.  When you first wake up, do you have
20    a cigarette?
21 A.  No.
22 Q.  Do you have a cigarette before you leave the house
23    and get in your car?
24 A.  I can't smoke in my house.
25 Q.  Who has imposed that rule?

Page 64

1  A.  The landlady.
2  Q.  Do you go outside and have a cigarette before you
3     head to work on a day you work 'til (sic) 10:00 and
4     before you get in your car?
5  A.  No.
6  Q.  Now, there is some days where you go to work later
7     than 10 o'clock; is that right?
8  A.  Yes.
9  Q.  Is that 2 o'clock?
10 A.  4:00.
11 Q.  I'm very sorry.  On days when you go to work at
12    4:00 o'clock, when do you have your first cigarette?
13 A.  It varies.  It can be 10:00 a.m.  It could be
14    2:00 p.m.
15 Q.  And why does it vary?
16 A.  Because it -- I don't feel like I need them.
17 Q.  If you're home on a day where you're going in to
18    work at 4:00 and you feel like you need a cigarette,
19    what do you do?
20 A.  Go outside and have one.
21 Q.  It must not be so much fun in the winter.
22 A.  Not really.
23 Q.  On days when you're going to work at 4:00 and you go
24    outside and have a cigarette, do you smoke more than
25    one cigarette at a time?  I don't mean together but

Page 65

1  one after another?
2  A.  No.
3  Q.  Now, on days that you don't work, do you have a
4     typical smoking pattern?
5  A.  No.
6  Q.  Do you enjoy smoking?
7  A.  Sometimes.
8  Q.  And sometimes not, I take it, then?
9  A.  Yes.
10 Q.  When you're enjoying smoking, what do you enjoy
11    about smoking?
12 A.  The taste, the release it gives me, the use of my
13    hands.
14 Q.  Does it relax you?
15 A.  I think it does.
16 Q.  Do you enjoy that?
17 A.  Yes.
18 Q.  Now, there's times when you don't enjoy smoking.  Is
19    that right?
20 A.  Enjoy and the addiction are two different things.
21 Q.  So there are days when you are satisfying an
22    addiction but you're not enjoying the taste,
23    release, use of hands, or relaxation.  Is that fair?
24 A.  That's fair.
25 Q.  Other than the times we've talked about of the

17 (Pages 62 to 65)

1    feelings that you find enjoyable, is there anything
2    else?
3  A.  No.
4  Q.  Now, let's talk about when you've had to refrain
5    from smoking and then go out and smoke and have that
6    first cigarette; and I think you said to me you
7    smoke faster, you take more puffs, and you hold the
8    cigarette in your lungs longer.  Is that right?
9  A.  Yes.
10  Q.  When you take more puffs on a Marlboro Light as
11    opposed to a Marlboro Light where you haven't taken
12    more puffs, do you understand you're getting more
13    tar and nicotine when you take more puffs than when
14    you take fewer puffs?
15  A.  I never really thought about it.
16  Q.  Sitting here today, do you agree with what I just
17    asked you?
18        MR. LANHAM:  Objection to form.
19  A.  I can't say.
20  BY MS. BERNSTEIN-GAETA:
21  Q.  If you take one puff of a Marlboro Light and put it
22    down and walk away and you smoke another Marlboro
23    Light and you take eight puffs of a Marlboro Light,
24    are you getting more tar and nicotine from the eight
25    puffs than the one puff?

1        MR. LANHAM:  Objection, asked and answered.
2  BY MS. BERNSTEIN-GAETA:
3  Q.  You can answer.
4        MR. LANHAM:  You just asked it a different
5    way.
6  BY MS. BERNSTEIN-GAETA:
7  Q.  You can answer.
8  A.  I've never done that.
9  Q.  But if you did, would you be getting more tar and
10    nicotine from the eight puffs?
11        MR. LANHAM:  Objection, form and foundation.
12  BY MS. BERNSTEIN-GAETA:
13  Q.  You can answer.
14  A.  I don't know.
15  Q.  And you've not thought about that?
16        MR. LANHAM:  Objection.  Form, foundation,
17    and asked and answered.
18  BY MS. BERNSTEIN-GAETA:
19  Q.  You can answer.
20  A.  I have not.
21  Q.  If you smoke two Marlboro Lights one after the other
22    on a break and on another break you smoke one
23    Marlboro Light, would you agree with me that when
24    you smoke two Marlboro Lights you're getting more
25    tar and nicotine than when you smoke one Marlboro

1    Light?
2        MR. LANHAM:  Objection, foundation.
3  BY MS. BERNSTEIN-GAETA:
4  Q.  You can answer.
5  A.  In my mind.
6  Q.  In your mind you think you're getting more tar and
7    nicotine?
8  A.  Yes.
9  Q.  How long have you thought that?
10  A.  I don't know.
11  Q.  Have you always known that when you smoke two at
12    once as opposed to just one during a break?
13  A.  I haven't done it enough.
14  Q.  When you were working for Dr. Kawamura and you would
15    smoke two cigarettes right at a time or that time
16    when you were smoking those two cigarettes, did you
17    understand you were getting twice as much tar and
18    nicotine as from one?  And I'm going to withdraw
19    that question and ask it better.
20        At the time you were working with Dr.
21    Kawamura --
22  A.  Uh-huh.
23  Q.  -- and you were smoking two cigarettes one after
24    each other during a break, did you understand you
25    were getting more tar and nicotine from that time as

1    opposed to a time when you took a break and only
2    smoked one Marlboro Light?
3        MR. LANHAM:  Objection, foundation.
4  BY MS. BERNSTEIN-GAETA:
5  Q.  You can answer.
6  A.  I've never really thought about it.
7  Q.  I'm going to define the rod of the cigarette to mean
8    the part of the cigarette that has the tobacco in
9    it.  Okay?
10  A.  Okay.
11  Q.  Are you with me?
12  A.  Okay.
13  Q.  And the rest of it is the filter, right?
14  A.  Okay.
15  Q.  Do you ever smoke further down the rod of a Marlboro
16    Light?
17        MR. LANHAM:  Objection to form.
18  BY MS. BERNSTEIN-GAETA:
19  Q.  You can answer.
20  A.  No.  No.
21  Q.  Do you own a car?
22  A.  Do I own a car?
23  Q.  Yeah.
24  A.  Yes.
25  Q.  Excuse me for rattling.  Did you buy your car new?

18 (Pages 66 to 69)

VERITEXT REPORTING COMPANY
www.veritext.com
(212) 279-9424                (212) 490-3430

Page 70

1 A. Yes.
2 Q. When you bought your car, did you notice that it had
3   an EPI gas mileage rating?  EPA, excuse me.
4 A. No.
5 Q. Did you know that your car was estimated to have
6   a -- to go a certain amount of miles on a tank of
7   gas?
8 A. No.
9 Q. You didn't care?
10 A. (Shakes head.)
11 Q. What kind of car did you buy?
12 A. A Camry.
13 Q. A go-fast car?
14 A. No.
15 Q. Do you ever use exercise equipment?
16 A. Yes.
17 Q. When you use the exercise equipment, do you
18   notice -- well, what kind of exercise equipment do
19   you use?
20 A. Treadmills.
21 Q. And when you use a treadmill and you have set the
22   time, do you notice either when you set the time or
23   at the end of your session it tells you how many
24   calories you've burned?
25 A. Yes.

Page 71

1 Q. Do you think that's how many calories you've burned
2   or is it an average number?
3     MR. LANHAM: Objection, foundation and form.
4 BY MS. BERNSTEIN-GAETA:
5 Q. You can answer.
6 A. I don't know.  I would say what I've burned.
7 Q. Okay.  Do you think by smoking Marlboro Lights
8   you're at less risk of getting disease?
9 A. Yes.
10 Q. Less risk than from smoking what other kinds of
11   cigarettes?
12 A. Full flavored.
13 Q. How much less tar and nicotine do you think you're
14   getting from Marlboro Lights than a smoker of a
15   full-flavored cigarette?
16     MR. LANHAM: Objection, form and foundation.
17 BY MS. BERNSTEIN-GAETA:
18 Q. You can answer.
19     MS. BERNSTEIN-GAETA:  And I'm going to ask
20   you to please let me finish asking my questions.
21 A. I don't know.
22 Q. Have you ever thought about it?
23 A. No.
24 Q. You told me that you thought Marlboro Lights were
25   lower -- that you were upset with Philip Morris

Page 72

1   because you thought Marlboro Lights were lower in
2   tar and nicotine and they're not, in your opinion,
3   or in your allegations lower in tar and nicotine.
4   When you were using the word "lower tar and
5   nicotine", what were you comparing the Marlboro
6   Lights to?  Lower in tar and nicotine than what?
7 A. Than regular cigarettes.
8 Q. How much lower did you think they were?
9     MR. LANHAM: Objection to foundation.
10 BY MS. BERNSTEIN-GAETA:
11 Q. Did you ever stop to think about how much lower in
12   tar and nicotine the cigarettes were?
13 A. I just assumed when it said lower, it meant lower.
14   I didn't think about how much.
15 Q. So you never tried to quantify it?
16     MR. LANHAM: Objection.  Asked and answered,
17   foundation.
18 BY MS. BERNSTEIN-GAETA:
19 Q. You can answer.
20 A. No.
21 Q. Marlboro Ultralights used to say low tar and
22   nicotine; is that correct?
23     MR. LANHAM: Objection, foundation.
24 A. I don't know.
25 BY MS. BERNSTEIN-GAETA:

Page 73

1 Q. Were you aware when you chose a cigarette that said
2   lower tar and nicotine that there were cigarettes
3   on the market with even lower tar and nicotine?
4 A. I was aware.
5 Q. Did you ever think about how much less tar and
6   nicotine those cigarettes were than your Marlboro
7   Lights?
8 A. No.
9 Q. Did you think that the -- I'm going to call those
10   cigarettes ultralight or ultra-low tar.  Is that
11   okay with you?
12 A. That's okay.
13 Q. Did you ever think or do you think that you're even
14   at less risk of getting disease from an ultralight
15   or ultra low-tar cigarette?
16     MR. LANHAM: Objection, form and foundation.
17 A. I feel all cigarettes are unhealthy.
18 BY MS. BERNSTEIN-GAETA:
19 Q. As you sit here today, do you think they're all
20   equally unhealthy?
21     MR. LANHAM: Objection, foundation.
22 A. Yes.
23 Q. Prior to becoming involved in this complaint, in
24   this lawsuit, did you think all cigarettes were
25   equally unhealthy?

19 (Pages 70 to 73)

Page 74

1   A.  Yes.
2   Q.  Can you identify any statement by Philip Morris USA
3       regarding light or ultralight cigarettes that you've
4       seen?
5           MR. LANHAM:  Objection to form.
6   A.  No.
7   BY MS. BERNSTEIN-GAETA:
8   Q.  Do you regularly see a doctor?
9   A.  Yearly.  Yearly.
10  Q.  Yearly?
11  A.  Yes.
12  Q.  Does your doctor know you smoke?
13  A.  Yes.
14  Q.  Does your doctor talk to you about smoking?
15  A.  Yes.
16  Q.  And what does your doctor tell you?
17  A.  Offers support groups.
18  Q.  Support groups for stopping smoking?
19  A.  Correct.
20  Q.  Anything else?
21  A.  No.
22  Q.  So I take it when your doctor offers you support
23      groups, your doctor is telling you he would like you
24      to stop smoking, he or she would like you to stop
25      smoking?

Page 75

1   A.  Yes.
2   Q.  Has your doctor ever told you directly to stop
3       smoking?
4   A.  No.
5   Q.  When is the first time you recall your doctor
6       offering you a support group for stopping smoking?
7   A.  A couple years ago.
8   Q.  That's fun.
9   A.  Uh-hmm.
10  Q.  Referring to the horn, just so they understand on
11      the record.  Has your doctor ever talked to you
12      about low-tar or light cigarettes?
13  A.  No.
14  Q.  You told me there's times you like the taste of
15      Marlboro Lights; is that right?
16  A.  Yes.
17  Q.  Have you ever tried a cigarette other than the
18      menthols we've talked about earlier today that you
19      didn't like the taste of that cigarette?
20  A.  No.
21  Q.  You told me you didn't like the taste of the
22      ultralights; is that right?
23          MR. LANHAM:  Objection.  Asked and answered.
24  BY MS. BERNSTEIN-GAETA:
25  Q.  You can answer again.

Page 76

1   A.  They're too light.
2   Q.  So you didn't like the taste?
3           MR. LANHAM:  Objection, asked and answered.
4   A.  I wasn't getting the same feeling from the
5       ultralights as I do from the lights.
6   BY MS. BERNSTEIN-GAETA:
7   Q.  So you didn't smoke ultralights because you didn't
8       like not getting the same feeling as the lights?
9   A.  Yes.
10  Q.  Have you ever smoked any other cigarette where you
11      didn't like the feeling or the taste?
12          MR. LANHAM:  Objection to form.
13  BY MS. BERNSTEIN-GAETA:
14  Q.  You can answer.
15  A.  No.
16  Q.  No?
17  A.  No.
18  Q.  Do you think Marlboro Lights have a brand image?
19  A.  I'm sorry?
20  Q.  Do you think Marlboros have a brand image, the
21      Marlboro brand?
22  A.  I never really thought about it.
23  Q.  Are you aware that Philip Morris USA, Inc., sells
24      gear that has the Marlboro label on it or used to
25      sell gear that has the Marlboro label on it?

Page 77

1   A.  Yes.
2   Q.  Have you ever purchased gear from Philip Morris USA,
3       Inc.?
4   A.  Yes.
5   Q.  What did you purchase?
6   A.  A jacket.
7   Q.  Anything else?
8   A.  Dart board.
9   Q.  Why did you purchase the jacket and the dart board
10      from Philip Morris USA?
11  A.  Actually, it wasn't me personally.  It was Anthony
12      that purchased.
13  Q.  That's Anthony C-Y-R?
14  A.  Anthony Cyr, correct.  He saved the Marlboro miles
15      or --
16  Q.  The coupons?
17  A.  The coupons and got those items.
18  Q.  Did you get them for Anthony, or did he get them?
19  A.  He got them.  I was living there at the time.
20      That's why I said --
21  Q.  I understand.  Did you ever sign up with the Philip
22      Morris Company, USA, Inc., to get coupons or
23      mailings from the company?
24  A.  No.
25  Q.  Now, you told me earlier that you're aware of

20 (Pages 74 to 77)

Page 78

1    discount light cigarettes on the market, right?
2  A.  Yes.
3  Q.  Have you ever considered purchasing discount light
4     cigarettes?
5  A.  No.
6  Q.  Why not?
7  A.  I smoked Marlboro Lights.  I'm addicted to Marlboro
8     Lights.
9  Q.  That's your brand?
10  A.  That's my brand.
11  Q.  Are you addicted to Marlboro Lights, or are you
12     addicted to the nicotine in the cigarettes?
13        MR. LANHAM:  Objection to foundation.
14  BY MS. BERNSTEIN-GAETA:
15  Q.  You can answer.
16  A.  I'm addicted to the nicotine.
17  Q.  So you're not addicted to any particular brand, but
18     you choose the Marlboro Lights because you like
19     them?
20        MR. LANHAM:  Objection.
21  A.  That's all I know.
22  BY MS. BERNSTEIN-GAETA:
23  Q.  Excuse me?
24  A.  That's all I know.
25  Q.  Even though you've tried other brands, it's the one

Page 79

1     you know and choose to smoke?
2  A.  Yes.
3  Q.  If you know, in Maine stores at any given time do
4     Marlboro Lights cost the same as the Marlboro Red?
5  A.  I don't know.
6  Q.  Did you ever buy Marlboro Reds for Anthony?
7  A.  I don't remember.
8  Q.  Did Anthony ever buy Marlboro Lights for you?
9  A.  Possibly.
10  Q.  When you buy Marlboro Lights, do you look at the
11     cost?
12  A.  No.
13  Q.  Why not?
14  A.  It doesn't matter.
15  Q.  That's the brand you want to smoke?
16  A.  Yes.
17  Q.  If you went into a store and Marlboro Lights cost
18     $12 and Camel Lights cost $6, would you buy Marlboro
19     Lights?
20  A.  Yes.
21  Q.  How much does a pack of cigarettes cost now?
22  A.  It varies.
23  Q.  Can you give me the range?
24  A.  6.70 to 7.50.
25  Q.  How often generally in a week do you buy a -- how

Page 80

1     many packs of cigarettes do you generally buy in a
2     week?
3  A.  Four to five.
4  Q.  A week being seven days, right?
5  A.  Yes.
6  Q.  If we trust my math and you say four packs of
7     cigarettes a week at $7, that comes out to
8     approximately $1,500.  Okay?
9  A.  Okay.
10  Q.  In a year.
11  A.  Okay.
12  Q.  Would you be willing to pay $3,000 a year for
13     cigarettes -- for Marlboro Lights if the price was
14     double?
15  A.  Probably.
16  Q.  Do you think Philip Morris should take just Marlboro
17     Lights off the market?
18  A.  No.
19  Q.  Why not?
20  A.  I think all lights should be.
21  Q.  If all lights were off the market, what would you
22     do?
23  A.  I don't know.
24  Q.  If lights are going to stay on the market, should
25     Marlboro Lights stay on the market?

Page 81

1        MR. LANHAM:  Objection to form.
2  BY MS. BERNSTEIN-GAETA:
3  Q.  You can answer.
4        MR. LANHAM:  Also to foundation.
5        MS. BERNSTEIN-GAETA:  Okay.
6  Q.  You can still answer.
7  A.  No.
8        MS. BERNSTEIN-GAETA:  I'm sorry, but I have
9     actually forgotten my question.
10        (Question read by reporter as follows:  If
11     lights are going to stay on the market, should
12     Marlboro Lights stay on the market?)
13  BY MS. BERNSTEIN-GAETA:
14  Q.  So your answer was no, Marlboro Lights should not
15     stay on the market?
16        MR. LANHAM:  Objection, asked and answered.
17  BY MS. BERNSTEIN-GAETA:
18  Q.  I'm just clarifying.  Can you clarify your answer,
19     please?
20        MR. LANHAM:  Objection.  Asked and answered.
21     She said no.
22        MS. BERNSTEIN-GAETA:  I -- we're not going to
23     do speaking objections.
24        MR. LANHAM:  I'm not speaking.  She said no.
25  BY MS. BERNSTEIN-GAETA:

21 (Pages 78 to 81)

Page 82

1   Q.  And I'm asking again.  Can you answer my question,
2       please?
3           MR. LANHAM:  No.  Objection, asked and
4       answered.
5           MS. BERNSTEIN-GAETA:  Are you directing your
6       witness not to answer?
7           MR. LANHAM:  If you'll phrase a question that
8       she can answer for which I have no objection, I have
9       no problem with that.
10  BY MS. BERNSTEIN-GAETA:
11  Q.  You can answer my question.
12          MR. LANHAM:  Would you go back and read it,
13      please, Cheryl?  I want you to go back to the
14      original question with her original answer because
15      of the back and forth that has occurred between
16      counsel.
17          MS. BERNSTEIN-GAETA:  And for the record, the
18      reason I'm asking for the clarifi -- to make sure
19      that's the answer is because there was a good pause
20      between the time I asked the question and the
21      witness answered.  I want to make sure she's
22      answering the question I asked.
23          MR. LANHAM:  Well, that's a question of have
24      you completed your answer.
25          MS. BERNSTEIN-GAETA:  I don't need

Page 83

1       instruction.  You can go ahead.
2           (Following question read by reporter: If lights
3       are going to stay on the market, should Marlboro
4       Lights stay on the market?)
5           MR. LANHAM:  And her answer was?
6           MS. BERNSTEIN-GAETA:  She never answered it.
7           THE COURT REPORTER:  Right, she didn't answer
8       it.
9           MR. LANHAM:  Go back even further because
10      there was a question and an answer that started this
11      whole line.
12          (Following read by reporter:
13      "Question: Do you think Philip Morris should
14      take just Marlboro Lights off the market?
15          Answer: No.
16          Question:  Why not?
17          Answer: I think all light should be.
18          Question: If all lights were off the market,
19      what would you do?
20          Answer: I don't know.
21          (Off the record colloquy.)
22  BY MS. BERNSTEIN-GAETA:
23  Q.  I think my question is if lights are staying on the
24      market, should Marlboro Lights be taken off the
25      market?

Page 84

1           MR. LANHAM:  That's --
2   Q.  We don't have a -- you can answer that.
3           MS. BERNSTEIN-GAETA:  If you want to take
4       more time, Mr. Lanham --
5           MR. LANHAM:  Objection.
6           MS. BERNSTEIN-GAETA:  -- go for it.
7           MR. LANHAM:  Objection.  Form and foundation,
8       asked and answered.
9   BY MS. BERNSTEIN-GAETA:
10  Q.  You can answer.
11  A.  Can you repeat it one more time, please?
12  Q.  If lights are going to stay on the market, do you
13      think Philip Morris USA should take Marlboro Lights
14      off the market?
15          MR. LANHAM:  Same objections.
16  A.  No.
17  BY MS. BERNSTEIN-GAETA:
18  Q.  Do you ever buy coffee at a place like Starbucks?
19  A.  Yes.
20  Q.  Is it a Starbucks?
21  A.  Could be Starbucks.  Could be Dunkin Donuts.
22  Q.  Have you ever purchased decaffeinated coffee at
23      either Starbucks or Dunkin Donuts?
24  A.  Yes.
25  Q.  Does the decaffeinated coffee and the caffeinated

Page 85

1       coffee at those shops cost the same at that
2       particular shop?
3   A.  Yes.
4   Q.  Do you think Marlboro Lights should cost the same as
5       Marlboro Reds?
6           MR. LANHAM:  Objection to form and
7       foundation.
8   BY MS. BERNSTEIN-GAETA:
9   Q.  You can answer.
10  A.  It doesn't really matter to me.
11  Q.  So you're still going to buy the Marlboro Lights?
12  A.  Yes.
13  Q.  Did I interrupt your answer?
14  A.  No.
15  Q.  Have you ever had a blood test of any kind to
16      determine an amount of nicotine and tar you inhale
17      from a Marlboro Light?
18  A.  No.
19  Q.  Is it possible that you've actually inhaled less tar
20      and nicotine from Marlboro Lights than you would
21      from a full-flavored cigarette if you smoked it?
22          MR. LANHAM:  Objection to form.
23  BY MS. BERNSTEIN-GAETA:
24  Q.  You can answer.
25  A.  I don't know.

22 (Pages 82 to 85)

1      MS. BERNSTEIN-GAETA:  All right.  I want to
2  produce an exhibit.  I'm going to ask this be marked
3  as Good Exhibit 1, please.
4      (Good Deposition Exhibit No. 1 marked.)
5  BY MS. BERNSTEIN-GAETA:
6  Q.  Ms. Good, before I hand you this, have you ever seen
7      advertisements for Marlboro Lights?
8  A.  Yes.
9  Q.  I am going to hand you what has been marked as Good
10     Exhibit 1.  It's an advertisement from 1996 for
11     Marlboro Lights.  You can see the '96 up in the top
12     hand corner really tiny.  Do you see that?
13  A.  Yes.
14  Q.  Do you see the Surgeon General's warning on this
15     advertisement?
16  A.  Yes.
17  Q.  Have you ever seen the Surgeon General's warning in
18     general on advertisements for cigarettes?
19  A.  Yes.
20  Q.  Do you know whether it's required that the warning
21     be on advertisements for cigarettes?
22  A.  Could you repeat that, please?
23  Q.  Let me ask a different question.  Have you ever seen
24     an advertisement for cigarettes that did not have a
25     Surgeon General's warning on it?

1  A.  I can't really answer that.  I don't know.
2  Q.  When you look at an advertisement for cigarettes, do
3      you -- withdrawn.  Have you ever seen the Surgeon
4      General's warning any other place other than on an
5      advertisement for cigarettes?
6  A.  On the cigarette box itself.
7  Q.  Is it on every box of Marlboro Lights that you buy?
8  A.  I haven't looked at every one of them.
9  Q.  Do you know if it's there just without looking?
10     MR. LANHAM:  Objection, form.
11  BY MS. BERNSTEIN-GAETA:
12  Q.  In other words, let me ask the question slightly
13     differently.  Without consciously thinking about the
14     Surgeon General's warning every time you pick up a
15     pack of cigarettes, is it your general understanding
16     that every pack of cigarettes that you buy has a
17     Surgeon General's warning on it?
18  A.  I would assume.
19  Q.  Okay.  Let's look at the Surgeon General's warning
20     on Good Exhibit 1.  I'll read it into the record
21     while you look at it.  "Surgeon General's warning:
22     Quitting smoking now greatly reduces serious risk to
23     your health."  Did I read that correctly?
24  A.  Yes.
25  Q.  And what I was really getting at before we talked

1  about the warnings is right underneath the Surgeon
2  General's warning are some teeny, little words.
3  Please follow along with me as I read them:  "10 mg,
4  "tar", 0.8 mg nicotine av. per cigarette by FTC
5  method".  Did I read that correctly?
6  A.  Yes.
7  Q.  Do you know what m-g stands for?
8  A.  Milligram.
9  Q.  Do you know what a-v-period stands for?
10  A.  Average.
11  Q.  Do you know what the FTC method is?
12  A.  Federal Trade Commission.
13  Q.  And are you aware that the Federal Trade Commission
14     used to have a method by which it wanted cigarette
15     manufacturers to measure the tar and nicotine yields
16     of its cigarettes by using a machine?
17  A.  Yes.
18  Q.  And so we're on the same page, that FTC method here
19     is what I'm talking about for when I just described
20     that machine.  Okay?
21     MR. LANHAM:  There's no pending question.
22     She just made a statement.  You don't have to
23     answer.
24  BY MS. BERNSTEIN-GAETA:
25  Q.  For purposes of my questions, do you understand that

1  by FTC method I mean the machine that we just talked
2  about where there's a machine that measures the
3  smoke of -- yield of cigarettes?  Do you understand
4  that?
5  A.  I do.
6  Q.  Now, would you agree with me that the 10 mg tar
7      statement here is what the FTC method yield was in
8      1996 for Marlboro Lights?
9      MR. LANHAM:  Objection, foundation.
10  BY MS. BERNSTEIN-GAETA:
11  Q.  You can answer.
12  A.  I don't know.
13  Q.  Well, it says Marlboro Lights in the ad, right?
14  A.  It does.
15  Q.  And it has 1996 Philip Morris, Inc., right?
16  A.  Sure.
17  Q.  And it's listed right on there the FTC method of 10
18     mg tar, right?
19  A.  Right.
20  Q.  Would you connect those two, then, in your mind in
21     this ad?
22     MR. LANHAM:  Objection to foundation.
23  BY MS. BERNSTEIN-GAETA:
24  Q.  You can answer.
25     MR. LANHAM:  Form, too.

23 (Pages 86 to 89)

1 BY MS. BERNSTEIN-GAETA:
2 Q. You can still answer.
3 A. They could be connected.
4 Q. If they're connected -- withdrawn. If you got
5    10 milligrams of tar from a Marlboro Light, you were
6    getting what the FTC yield was for a Marlboro Light,
7    weren't you?
8       MR. LANHAM: Objection to foundation.
9 BY MS. BERNSTEIN-GAETA:
10 Q. You can answer.
11 A. I wouldn't fully know.
12       THE VIDEOGRAPHER: I have a couple minutes
13    left.
14       MS. BERNSTEIN-GAETA: Okay. Why don't we
15    take a break.
16       THE VIDEOGRAPHER: We'll go off the record at
17    11:05.
18       (Recess taken.)
19       THE VIDEOGRAPHER: We're back on the record.
20    This is the beginning of tape No. 3 with the witness
21    Stephanie Good, and the time is 11:12.
22 BY MS. BERNSTEIN-GAETA:
23 Q. Welcome back, Ms. Good.
24 A. Thank you.
25 Q. You're still under oath.

1 A. Okay.
2 Q. Have you ever used a cigarette filter of any kind
3    that would attach to your Marlboro Light cigarettes
4    such as a Zeus filter or an Aquafilter?
5 A. No.
6 Q. Your counsel and I discussed off the record whether
7    I would use a real pack of cigarettes today at the
8    deposition, and he has asked that I don't.
9       MS. BERNSTEIN-GAETA: Fair, Mr. Lanham?
10       MR. LANHAM: Yes. I just indicated that if
11    you intended to, I did intend to object.
12       MS. BERNSTEIN-GAETA: So I decided not to.
13       MR. LANHAM: I think you've decided not to.
14       MS. BERNSTEIN-GAETA: That is correct.
15 Q. So I'm going to hand you -- well, let's have this
16    marked. Can I have this please marked as Good
17    Exhibit 2, and this marked as Good Exhibit 3?
18       (Good Exhibits No. 2 and 3 marked.)
19 BY MS. BERNSTEIN-GAETA:
20 Q. Ms. Good, I am handing you what has been marked as
21    Good Exhibit 2 and Good Exhibit 3. Good Exhibit 3
22    is a picture of Good Exhibit 2 to the best of our
23    ability to copy it in my offices. Good Exhibit 2 is
24    an artificial cigarette. Do you smoke the
25    regular-size Marlboro Lights?

1 A. Yes.
2 Q. Would you please open the package of the artificial
3    cigarette? And it's in a container. I would ask if
4    you would please take it out.
5 A. (Deponent does so.)
6 Q. Is that about the length Marlboro Light cigarette
7    you smoke?
8 A. Uh-hmm.
9 Q. Can you please -- understanding this is an
10    artificial cigarette as opposed to a real cigarette,
11    but could you please demonstrate how you typically
12    hold a Marlboro Light cigarette when you smoke it?
13 A. (Deponent demonstrates.)
14 Q. And if you would, would you please hold that up so
15    the camera can get a good shot of it?
16       MS. BERNSTEIN-GAETA: Do we have that?
17       THE VIDEOGRAPHER: Yes.
18 Q. So you hold it between your two fingers?
19 A. (Nodding.)
20 Q. Your index finger and your middle finger?
21 A. (Nodding.)
22 Q. And your fingers do not wrap around the entire
23    filter; is that correct?
24 A. Yes.
25 Q. And is it fair to say your fingers are right over

1    the band where the filter attaches to the rod?
2 A. Yes.
3 Q. Is that also true on a real cigarette?
4 A. Yes.
5 Q. Unless Mr. Lanham objects, I am going to ask you to
6    show me how you take a puff of a Marlboro Light
7    cigarette.
8       MR. LANHAM: I don't object to that.
9 BY MS. BERNSTEIN-GAETA:
10 Q. Okay. Would you please demonstrate how you take a
11    puff?
12 A. (Demonstrating.)
13 Q. Now, when you first put that in your mouth, you
14    opened your fingers. Is that how you typically
15    smoke?
16 A. I didn't -- I didn't even realize that...
17 Q. You're not sure?
18 A. I've had my finger stick to the filter so that's
19    possibly why I do that; and when I bring it back, it
20    has burnt my fingers before.
21 Q. Uh-huh.
22 A. That's possibility why I do that. I'm not really
23    sure.
24 Q. You're not sure whether you take it off and leave it
25    off or whether you take it off and put it back on?

24 (Pages 90 to 93)

Page 94

1   A.  I'm not sure.
2   Q.  Not sure, okay.  You demonstrated a puff on a
3       cigarette.  Is that the typical puff you take on a
4       Marlboro Light?
5   A.  No.
6   Q.  And let me be a little clearer because that was not
7       well asked.  Was that the duration of a puff you
8       take on a Marlboro Light cigarette?
9   A.  I don't know.  I'm nervous.
10  Q.  You're nervous here?
11  A.  Yeah.
12  Q.  Okay.
13  A.  Yes.
14  Q.  Sorry about that.  It's Mr. Lanham's fault.
15  A.  No.
16  Q.  That was a joke.  When you're nervous, do you take
17      longer puffs on your cigarettes?
18      MR. LANHAM:  You can put it down now.
19  BY MS. BERNSTEIN-GAETA:
20  Q.  Yeah, you certainly can.  Sorry.
21      MR. LANHAM:  Do you want to repeat -- did you
22      hear -- understand the question?
23  A.  Could you repeat it, please?
24  BY MS. BERNSTEIN-GAETA:
25  Q.  When you're nervous, do you take a deeper puff on a

Page 95

1       cigarette than when you're not nervous?
2   A.  I don't know.
3   Q.  Is that because you don't pay attention to it?
4   A.  I don't pay attention.
5   Q.  Okay.  You can slide that back in the pack.  You
6       don't have to put it back in the container if you
7       don't like to, or your counsel will do it for you.
8       Thank you.
9       Do you know that your complaint alleges that
10      Marlboro Lights is more hazardous than regular
11      cigarettes?
12  A.  Yes.
13  Q.  Do you recall what your complaint says about
14      Marlboro Lights being more hazardous than regular
15      cigarettes?  And it's not a memory contest.  If you
16      don't, that's fine.
17  A.  Can you repeat that again?
18  Q.  Do you know what your complaint alleges about
19      Marlboro Lights being more hazardous than regular
20      cigarettes?
21      MR. LANHAN:  If you don't mind just showing
22      her what you're referring to given the length of the
23      complaint, that would be helpful, please.
24      MS. BERNSTEIN-GAETA:  Sure.  I will in a
25      second, but I just want to know if she remembers,

Page 96

1       and then I'm going to hand it to her.
2   A.  Well, there's not less, more tar -- there's --
3       according to that, the Marlboro Lights do not have
4       less tar and nicotine, and also there's a part in
5       there that says there is also more damage done to
6       chromosomes and genetics.
7   Q.  Okay.  Thank you very much.
8       MS. BERNSTEIN-GAETA:  I'm going to have this
9       marked as Good Exhibit 4 and Good Exhibit 5, Ms.
10      Reporter.  4 is the first and 5 is the second.  I
11      don't know that I handed them to you in the right
12      order.
13      MR. LANHAM:  I've got them.  Thank you.
14      (Good Deposition Exhibits 4 and 5 marked.)
15  BY MS. BERNSTEIN-GAETA:
16  Q.  Ms. Good, I'm handing you what has been marked as
17      Good Exhibit 4 and Good Exhibit 5.  Good Exhibit 4
18      is the First Amended Complaint which you told me you
19      had reviewed, or you told me Mr. Lanham had sent
20      you.  That complaint was filed September 21st, 2005.
21      I then handed you a Second Amended Complaint which
22      was filed last week on December 11th.
23  A.  Yes.
24  Q.  And you told me earlier Mr. Lanham had sent you
25      these complaints.  Did you review them in

Page 97

1       preparation for your deposition?
2   A.  Yes.
3   Q.  Would you on the First Amended Complaint turn to
4       paragraph 31 and in the Second Amended Complaint
5       turn to paragraph 29.  I'm going to read paragraph
6       31 into the record.  Please let me know if I've read
7       it correctly.  "Not only do consumers receive higher
8       levels in tar and nicotine than the testing
9       apparatus registers, but the smoke produced by
10      Marlboro Lights and Cambridge Lights is more
11      mutagenic, causing genetic and chromosomal damage,
12      per milligram of tar than the smoke of regular
13      cigarettes due to the increased inhalation."  Did I
14      read that correctly?
15  A.  Yes.
16  Q.  Are you aware whether the Second Amended Complaint
17      on paragraph 29 says the same thing as paragraph 31?
18      Would you like me to read it into the record?  Would
19      that be easier?
20      MR. LANHAM:  Just give her a chance to look
21      at it so she can answer the question.
22      MS. BERNSTEIN-GAETA:  Sure.
23  A.  Can you ask the question again, please?
24  BY MS. BERNSTEIN-GAETA:
25  Q.  Is paragraph 29 of the Second Amended Complaint --

25 (Pages 94 to 97)

Page 98

1  A.  Uh-hmm.
2  Q.  -- the same as paragraph 31 of the First Amended
3      Complaint?
4  A.  Is it the same?
5  Q.  The same words?
6  A.  No.
7  Q.  What's different?
8  A.  On the first it is Marlboro Lights and Cambridge
9      Lights, and on the 29 it's all light cigarettes.
10 Q.  Thank you.  It wasn't meant as a trick.  I thought
11     they were the same.
12        Okay.  Do you know why it was changed in
13     paragraph 29 of the Second Amended Complaint to
14     light cigarettes as opposed to Marlboro Lights and
15     Cambridge Lights?
16 A.  All light cigarettes are being considered now.
17 Q.  Okay.  It doesn't matter about this change as it
18     pertains to your cigarette that you -- your brand of
19     cigarette because you smoke Marlboro Lights, and in
20     the First Amended Complaint that included Marlboro
21     Lights?  That stated Marlboro Lights, right?
22     Paragraph 31.
23 A.  Yes.
24 Q.  And in paragraph 29 it says light cigarettes, and
25     that includes Marlboro Lights?

Page 99

1  A.  Okay.
2  Q.  Would you agree with me?
3  A.  Yes.
4  Q.  So when this First Amended Complaint was filed in
5      2005, you knew that it was alleging that Marlboro
6      Lights are more mutagenic than -- on a per-tar basis
7      than regular cigarettes, correct?
8  A.  Yes.
9  Q.  And you understood that to mean genetic and
10     chromosomal damage, correct?
11 A.  Yes.
12 Q.  And yet you continue to smoke Marlboro Lights?
13 A.  Yes.
14 Q.  Thank you.  You can put that aside.  We're going to
15     come back to these, so don't put them too far away.
16        You told me earlier you buy Marlboro Lights by
17     the pack, correct?
18 A.  Yes.
19 Q.  Do you buy more than one pack at a time?
20 A.  No.
21 Q.  Always one pack?
22 A.  Yes.
23 Q.  Do the stores where you purchase cigarettes, and I
24     am not trying to suggest any kind of store, ever do
25     a promotion where they sell three packs of

Page 100

1      cigarettes at a less rate than one pack of
2      cigarettes?
3  A.  Yes.
4  Q.  Do you ever purchase the three packs when it's sold
5      that way?
6  A.  No.
7  Q.  Why do you always buy one pack at a time?
8  A.  I don't know to tell you the truth.
9  Q.  Just the habit you're into?
10 A.  I guess so.
11 Q.  Do you know if cartons are a different price than
12     packs on a per-pack basis?
13 A.  By word of mouth from what I hear.
14 Q.  And what is your understanding?
15 A.  That it's cheaper to buy by the carton.
16 Q.  Where do you usually buy Marlboro Lights?
17 A.  Where?
18 Q.  And by that I don't mean the name of the store.  I
19     mean the kind of store where you buy Marlboro
20     Lights.
21 A.  Convenience, grocery.
22 Q.  Do you ever buy Marlboro Lights at a gas station?
23 A.  Yes.
24 Q.  Is the price of Marlboro Lights at any given time
25     different between those three stores, gas, grocery

Page 101

1      and convenience?
2  A.  I don't really pay much attention.
3  Q.  You just pay whatever they ask for?
4  A.  Correct.
5  Q.  Is there any particular convenience store where you
6      buy your Marlboro Lights?
7  A.  No.
8  Q.  Any particular gas station?
9  A.  No.
10 Q.  Any particular grocery store?
11 A.  Hannaford.  Hannaford.
12 Q.  In?
13 A.  Brunswick.
14 Q.  Brunswick.  Do you keep the receipts for the
15     Marlboro Lights packages you buy?
16 A.  I do not.
17 Q.  Do you ever buy Marlboro Lights using a credit card?
18 A.  No.
19 Q.  Since filing this lawsuit in 2005, have you kept
20     receipts for the Marlboro Lights you've purchased?
21 A.  No.
22 Q.  Okay.  I marked this with a tab so I would not
23     repeat myself.  We talked about places you have
24     traveled and perhaps purchased Marlboro Light
25     cigarettes earlier today.  I just want to ask about

26 (Pages 98 to 101)

Page 102

1  a few more states.  If I get repetitious, let me
2  know.  Okay?
3       Have you ever traveled to Arkansas?
4  A.  No.
5  Q.  Have you ever traveled to Colorado?
6  A.  No.
7  Q.  Have you ever traveled to Delaware?
8  A.  No.
9  Q.  Have you ever traveled to Washington, D.C.?
10 A.  No.
11 Q.  Have you ever traveled to Illinois?
12 A.  No.
13 Q.  Have you ever traveled to Kansas?
14 A.  No.
15 Q.  Have you ever traveled to Louisiana?
16 A.  No.
17 Q.  You told me you never traveled to Minnesota,
18     correct?
19 A.  Correct.
20 Q.  Have you ever traveled to Mississippi?
21 A.  No.
22 Q.  Have you ever traveled to Missouri?
23 A.  No.
24 Q.  Have you ever traveled to New Hampshire?  Oh, you
25     told me New Hampshire.  I'm sorry.

Page 103

1       Have you ever traveled to New Jersey?
2  A.  No.
3  Q.  Have you ever traveled to New Mexico?
4  A.  No.
5  Q.  Have you ever traveled to New York?
6  A.  No.
7  Q.  Have you ever traveled to Ohio?
8  A.  No.
9  Q.  Have you ever traveled to Oregon?
10 A.  No.
11 Q.  Have you ever traveled to Pennsylvania?
12 A.  No.
13 Q.  Have you ever traveled to South Carolina?
14 A.  No.
15 Q.  Have you ever traveled to Tennessee?
16 A.  No.
17 Q.  Have you ever traveled to Texas?
18 A.  No.
19 Q.  Have you ever traveled to the State of Washington?
20 A.  No.
21 Q.  Have you ever traveled to West Virginia?
22 A.  No.
23 Q.  And have you ever traveled to Wisconsin?
24 A.  No.
25 Q.  Okay.  Thank you.  Have you ever tried to quit

Page 104

1  smoking since you became a regular smoker?
2  A.  Yes.
3  Q.  Approximately how many times have you tried to quit
4     smoking?
5  A.  One that I can recall.
6  Q.  Tell me what you recall about that time you tried to
7     quit smoking.
8  A.  It lasted four days.
9  Q.  How did you quit?
10 A.  Cold turkey.
11 Q.  Did you talk to a doctor before you --
12 A.  No.
13 Q.  And I take it you didn't seek out anything like
14     Nicorette gum or any other smoking-cessation aid?
15 A.  No.
16 Q.  Do you recall approximately when that was you tried
17     to quit smoking?
18 A.  I can't.
19 Q.  Do you recall where you were working the time you
20     tried to quit smoking?
21 A.  I was at Pepino's.
22 Q.  Were you also at either Dr. Kawamura --
23 A.  I was just at Pepino's.
24 Q.  So that's fairly early in the time that you were
25     smoking; is that right?

Page 105

1  A.  I'm sorry.
2  Q.  You started at Dr. Kawamura in 2000, correct?
3  A.  In 2000 I started at Dr. Kawamura's, yes.
4  Q.  I'm sure I'm saying his name wrong.
5  A.  Kawamura.
6  Q.  But you were at Pepino's before you started at --
7  A.  Yes.
8  Q.  -- Dr. Kawamura's.  So it was before Dr. Kawamura's
9     that you tried to stop smoking?
10 A.  Yes.
11 Q.  So before 2000?
12 A.  Yes.
13 Q.  Since 2000 have you made any other attempt to stop
14     smoking?
15 A.  No.
16 Q.  Do you recall why you tried to stop smoking back
17     then?
18 A.  My Aunt Dawn passed away.
19 Q.  Did she -- I'm sorry.  Did she pass away from a
20     smoking-related disease?
21 A.  I don't know.  All I know is that she smoked.
22 Q.  So in your mind you related smoking to her passing
23     on?
24 A.  Yes.
25 Q.  Can you tell me your Aunt Dawn's last name again?

27 (Pages 102 to 105)

Page 106

1  A.  Webb.
2  Q.  Is that the aunt that smoked Salem or the aunt that
3       smoked Raleigh?
4  A.  Those are my grandparents, grandmothers.
5  Q.  I'm sorry.
6  A.  That's okay.
7  Q.  What did Aunt Webb smoke?
8  A.  Virginia Slims.
9  Q.  Do you recall what packing; was it lights or
10      regular?
11 A.  I don't recall.
12 Q.  I'm sorry to keep asking about this.
13 A.  That's okay.
14 Q.  Do you know what caused her death?
15 A.  I don't.
16 Q.  Or what the diagnosis was?
17 A.  Cancer.
18 Q.  Do you know what kind of cancer?
19 A.  No.
20 Q.  Had she been sick for a long time before she died?
21 A.  Nine months.
22 Q.  And so the day she died, you put down the
23      cigarettes?
24 A.  I can't recall if it was the day.  I can't recall.
25 Q.  But you do recall that you were able to not smoke

Page 107

1       for four days; is that right?
2  A.  Yes.
3  Q.  I probably said that rudely, and I didn't mean it
4       that way.
5  A.  No.
6  Q.  Do you recall what made you smoke the next cigarette
7       after that 4-day period?
8  A.  The addiction.  I couldn't go without the cigarette.
9  Q.  So you had a craving?
10 A.  Yes.
11 Q.  And you decided to smoke again?
12 A.  Yes.
13 Q.  Since then have you tried to quit smoking?
14 A.  No.
15 Q.  Thank you.  Do you believe that smoking is difficult
16      to quit?
17 A.  Do I believe that?
18 Q.  Yes.
19 A.  I believe all or most addictions are.
20 Q.  Including smoking?
21 A.  Including smoking.
22 Q.  When you use the words "all or most addictions", did
23      you have a definition in mind for the word
24      "addiction"?
25 A.  Need, want, gratification.

Page 108

1  Q.  Anything else?
2  A.  No.
3  Q.  Using your definition, are there products other than
4       cigarettes to which you think you're addicted?
5       MR. LANHAM:  Objection.
6  BY MS. BERNSTEIN-GAETA:
7  Q.  You can answer.
8  A.  No.
9  Q.  Now, I don't have with me the first complaint that
10      was filed in this case, but it was filed in 2005.  I
11      will show you the date.  Did you review that
12      complaint before it was filed?  And that complaint I
13      mean the original complaint that was filed in this
14      suit.
15 A.  Yes.
16 Q.  And that was back in --
17      MR. LANHAM:  You need the date?
18      MS. BERNSTEIN-GAETA:  Yeah.
19      MR. LANHAM:  It was in September.
20      MS. BERNSTEIN-GAETA:  Thank you.
21 Q.  September of 2005.
22 A.  Yes.
23 Q.  And we've already established that you reviewed the
24      First Amended Complaint and the Second Amended
25      Complaint, correct?

Page 109

1  A.  Yes.
2  Q.  What are you asking for in this lawsuit?
3  A.  All of the money that I have spent on cigarettes, on
4       Marlboro Lights.
5  Q.  Since you began smoking them?
6  A.  Yes.
7  Q.  Are you seeking a refund of the price of Marlboro
8       Lights you purchased in other states?
9  A.  No.
10 Q.  Just those Marlboro Lights you purchased in the
11      State of Maine?
12 A.  Correct.
13 Q.  Have you ever purchased Marlboro Lights in a
14      duty-free store?
15 A.  No.
16 Q.  Have you ever purchased Marlboro Lights on the
17      internet?
18 A.  No.
19 Q.  Did you smoke all the Marlboro Lights for which you
20      would like your money back?
21 A.  I'm sorry?
22 Q.  Did you smoke all of the Marlboro Lights for which
23      you would like your money back?
24 A.  Yes.
25 Q.  Did you enjoy at least some of those Marlboro Lights

28 (Pages 106 to 109)

1    you smoked for which you want your money back?
2  A.  I don't know.
3  Q.  You told me earlier sometimes you enjoy Marlboro
4    Lights, right?
5        MR. LANHAM:  Objection.  Form, asked and
6    answered.
7  BY MS. BERNSTEIN-GAETA:
8  Q.  You can answer.
9  A.  Yes.
10  Q.  And you want your money back for those as well,
11    correct?
12  A.  Yes.
13  Q.  And those being Marlboro Lights?
14  A.  Yes.
15  Q.  Now, if you get that refund and return all the money
16    you spent on Marlboro Lights, then at least
17    financially you have been smoking those cigarettes
18    for free all of those years; is that right?
19  A.  Yes.
20  Q.  This is a silly question, but you can't return
21    cigarettes that you smoked, can you?
22  A.  True.
23  Q.  Okay.  Do you understand that this lawsuit has been
24    brought as a class action?
25  A.  Yes.

1  Q.  What's your understanding of a class action?
2  A.  A group of people that have gotten together to
3    provide a case against a court due to being
4    deceptive, there has been fraud.
5  Q.  Now, if someone was not deceived but they're a
6    member of your class, are they entitled to recovery?
7        MR. LANHAM:  Objection.  It calls for a legal
8    conclusion, foundation, and form.
9  BY MS. BERNSTEIN-GAETA:
10  Q.  You can answer.
11  A.  Would you repeat that, please?
12  Q.  If there is someone in the class that you've
13    brought, which is light smokers and ultralight
14    smokers in Maine, who knew that Marlboro Lights
15    could deliver the same amount of tar and nicotine as
16    regular cigarettes before they started smoking
17    Marlboro Lights, is that person a member of your
18    class?  Let him object.
19        MR. LANHAM:  Objection, form and foundation.
20    It calls at least in part for a legal conclusion.
21  BY MS. BERNSTEIN-GAETA:
22  Q.  You can answer.
23        MR. LANHAM:  If you can.
24  A.  I don't know.
25  BY MS. BERNSTEIN-GAETA:

1  Q.  And why don't you know?
2        MR. LANHAM:  Objection to form.
3  Q.  Do you think someone who has not been fooled or has
4    not been deceived by Philip Morris is entitled to
5    their money back for all the Marlboro Light
6    cigarettes they've smoked?
7        MR. LANHAM:  Objection to form, foundation,
8    asked and answered I don't know, and seeks at least
9    in part a legal conclusion.
10  BY MS. BERNSTEIN-GAETA:
11  Q.  You can answer.
12  A.  I still don't know.
13  Q.  Okay.  Do you understand that you're named as a
14    class representative in this lawsuit?
15  A.  Yes.
16  Q.  Do you understand what a class representative is?
17  A.  Yes.
18  Q.  And what is your understanding of a class
19    representative?
20  A.  I am representing smokers in Maine.
21  Q.  That's it?  And I'm sorry, I didn't mean it the way
22    it sounded.  I --
23        MR. LANHAM:  I think she's thinking and
24    let -- just let her finish.  She'll tell you when
25    she's done.

1  BY MS. BERNSTEIN-GAETA:
2  Q.  Were you finished?
3  A.  Representing smokers in Maine for being lied to by
4    Philip Morris.
5  Q.  Were you -- are you finished?
6  A.  Yes.
7  Q.  All smokers in Maine?
8  A.  Light smokers.
9  Q.  All light smokers in Maine?
10  A.  Yes.
11  Q.  Including -- do you represent light smokers in Maine
12    who do not smoke a Philip Morris brand of
13    cigarettes?
14  A.  No.  I misunderstood that.  Philip Morris only.
15  Q.  That's fine.  That's fine.  What are your duties as
16    a class representative?
17  A.  Under supervision and coordinate with my lawyer.
18  Q.  Okay.  Have the pleasure of having your deposition
19    taken, correct?
20  A.  Yes.  And it is a pleasure.
21  Q.  Anything else?
22  A.  Understanding the procedures and the legalities of
23    the case.
24  Q.  If this case went to trial, do you understand you
25    may be called on to testify if Mr. Lanham so

29 (Pages 110 to 113)

1  chooses?
2  A.  Yes.
3  Q.  Are you willing to do that?
4  A.  Yes.
5  Q.  Do you think you're a good class representative?
6  A.  I could be better.
7  Q.  In what ways could you be better?
8  A.  I could do some more research.
9  Q.  And do more research regarding the safety of low-tar
10     cigarettes?
11 A.  Correct.
12 Q.  Is there anything else you could do?
13 A.  I don't know.
14 Q.  If you were going to do more research, how would you
15     do it?
16 A.  Go to a library.
17 Q.  Do you own a computer?
18 A.  No.
19 Q.  Do you have access to a computer?
20 A.  At the library.
21 Q.  Was that something you would do if you went to the
22     library is research on line?
23 A.  Yes.
24 Q.  And I take it you have never done that?
25 A.  Not yet.

1       (Question read by reporter.)
2       MR. LANHAM:  Objection to form and also asked
3  and answered insofar as the first portion of the
4  question.
5  BY MS. BERNSTEIN-GAETA:
6  Q.  You can answer.
7  A.  I don't know.
8  Q.  You don't know if -- I just want to clarify your
9     response.  Are you saying you don't recall whether
10    you have talked to light smokers about this lawsuit
11    or you don't know if they're light smokers and you
12    haven't talked to them about this lawsuit or
13    something different?
14      MR. LANHAM:  Objection to form.  That's a
15    different variation on the prior question, but go
16    ahead.
17 BY MS. BERNSTEIN-GAETA:
18 Q.  I'm just trying to understand what "I don't know"
19    meant.
20      MR. LANHAM:  Same objection.
21 A.  I don't know if they smoke light cigarettes, and I
22    haven't talked to them.
23 BY MS. BERNSTEIN-GAETA:
24 Q.  You're not the only class representative in this
25    case; is that right?

1  Q.  Prior to telling Katie Rowley who smokes Parliament
2     Lights, which I will tell you is a Philip Morris
3     brand of cigarette, about your deposition, was that
4     the first time you explained to Katie Rowley about
5     the allegations of this case?
6       MR. LANHAM:  Objection to form.
7  BY MS. BERNSTEIN-GAETA:
8  Q.  You may answer.
9  A.  Was that the first time?  Yes.
10 Q.  Are there Marlboro Light smokers you know whom you
11    have not told about this lawsuit?
12      MR. LANHAM:  Objection to form.
13 BY MS. BERNSTEIN-GAETA:
14 Q.  You can answer.
15 A.  I don't know.  I don't know any.  I can't think of
16    any.
17 Q.  Are there light cigarette smokers that you know whom
18    you've not told about this lawsuit or have
19    not told -- let's start there.  Do you remember my
20    question?
21 A.  Yes.
22 Q.  Okay.
23      MR. LANHAM:  Is there a pending question?
24      MS. BERNSTEIN-GAETA:  Yes, there is.
25      MR. LANHAM:  Would you repeat it, please?

1  A.  That's correct.
2  Q.  Do you know who the other two representatives are?
3  A.  Yes, I do.
4  Q.  What are their names?
5  A.  Allain Thibodeau and Lori Spellman.
6  Q.  Have you ever met Mr. Thibodeau?
7  A.  Yes.
8  Q.  Where did you meet him?
9  A.  I met him 20 years ago.
10 Q.  And was -- is he still a smoker, Mr. Thibodeau, if
11    you know?
12 A.  I don't know.
13 Q.  When is the last time you've seen Mr. Thibodeau?
14 A.  Summer of 2007.
15 Q.  In the summer of 2007, was Mr. Thibodeau a Marlboro
16    Light smoker?
17 A.  Yes.
18 Q.  Who -- did you and Mr. Thibodeau become involved in
19    this lawsuit at the same time?
20 A.  I'm not sure.
21 Q.  Did you tell Mr. Thibodeau about this lawsuit?
22 A.  Yes.
23 Q.  Before you told him about the lawsuit, had he heard
24    anything about it?
25 A.  Not that I can recall.

1   Q.  When you told Mr. Thibodeau about this lawsuit, were
2       you already a class representative?
3   A.  Yes.
4   Q.  And do you know if after that point when you spoke
5       to Mr. Thibodeau that's when he became a class
6       representative?
7   A.  As far as I know.
8   Q.  How about Lori Spellman, have you ever met Lori
9       Spellman?
10  A.  Yes.
11  Q.  Where have you met Lori Spellman?
12  A.  A friend of a friend.
13  Q.  Okay.  Who is the friend?
14  A.  Actually, she's friends of my sister and
15      brother-in-law.
16  Q.  So Mr. Leadbetter?
17  A.  Yes.
18  Q.  When you first met Lori Spellman, was she a member
19      of this class?
20  A.  No.
21  Q.  And I asked the wrong question.  Was she a class
22      representative when you first met Lori Spellman?
23  A.  No.
24  Q.  You said you've known Mr. Thibodeau for 20 years.
25      How did you first meet him?

1   A.  As a friend of a friend.
2   Q.  Who is his friend?
3   A.  Anthony Cyr.
4   Q.  Have -- and I don't want detail.  Well, have you
5       ever spoken with Mr. Thibodeau about the facts of
6       this lawsuit since you first told him about it and
7       he became a class representative?
8   A.  I don't know.
9   Q.  Now, you told me the last time you saw Mr. Thibodeau
10      was the summer of 2007.  When is the last time you
11      spoke with Mr. Thibodeau?
12  A.  I don't remember.
13  Q.  Was it after the summer of 2007?
14      MR. LANHAM:  Objection.  She said she doesn't
15      remember.
16  BY MS. BERNSTEIN-GAETA:
17  Q.  You can answer.
18      MR. LANHAM:  Form.
19      MS. BERNSTEIN-GAETA:  And despite your tone,
20      Mr. Lanham, I'm allowed to probe the witness's
21      memory to see if I can refresh it.
22      MR. LANHAM:  I understand, and my objection
23      is noted.
24  A.  I don't remember.  He lives in Florida now so I
25      don't --

1   BY MS. BERNSTEIN-GAETA:
2   Q.  Are you aware that Mr. Thibodeau had his deposition
3       taken last week?
4   A.  No.
5   Q.  When is the last time you've seen Lori Spellman?
6   A.  She lives in Bangor.  4 or 5 years ago.
7   Q.  Have you spoken to Ms. Spellman since -- in the last
8       4 or 5 years?
9   A.  No.
10  Q.  Have you ever had any illness or adverse health
11      effects as a result of smoking cigarettes?
12  A.  No.
13  Q.  Now, back in 2002 you were smoking Marlboro Lights,
14      correct?
15  A.  Yes.
16  Q.  And you were buying packs of Marlboro Lights back in
17      2002, correct?
18  A.  Yes.
19  Q.  In 2002 did you ever notice that there was a little
20      pamphlet folded up and stuck to the package of the
21      Marlboro Lights pack underneath the cellophane?
22  A.  No.  I never noticed.
23  Q.  You never recalled seeing a little pamphlet?
24  A.  (Shakes head.)  No.
25  Q.  Have you ever noticed anything on the package of

1       Marlboro Lights -- and I'm not asking for the words,
2       but anything adhered to the package of Marlboro
3       Lights in all the years you smoked Marlboro Lights?
4       MR. LANHAM:  Objection to form.
5   A.  No.
6   BY MS. BERNSTEIN-GAETA:
7   Q.  Let's see if this refreshes your recollection.
8       Before I turn to this, have you noticed since
9       September of 2009 on the little cellophane tear on
10      cigarettes that there are some words written?
11  A.  Yes.
12  Q.  Can I call that little cellophane thing a tear tape
13      and you'll understand what I mean?
14  A.  Yes.
15  Q.  Do you recall what the words are that are written on
16      the tear tape?
17  A.  No.
18  Q.  Let's have this marked as Good Exhibit 6.  I
19      apologize for the quality of the writing here, but
20      it is the best picture I can take.
21      Ms. Good, I'm handing you what has been marked
22      as Good Exhibit 6.  It's a document entitled "Tear
23      Tape Examples", and I'm going to read the second
24      example and ask that you read along with me.  Okay?
25  A.  Okay.

Page 122

1  Q.  "Lights does not mean safer.  It refers to taste.
2     Lights won't help you to quit smoking."  And then it
3     just repeats it again.  Have you read those words on
4     the tear tape of your packages of Marlboro Lights
5     that you've smoked that have the tear tape?
6  A.  No.
7  Q.  When you first saw the words on the tear tape, did
8     you read them?
9  A.  No, I didn't pay attention.
10 Q.  Now, you would agree with me that this is telling
11    you lights does not mean safer, correct?
12 A.  That's what it says.
13 Q.  And that's the kind of information you thought
14    Philip Morris should tell you back when I asked you
15    what seems like a long time ago at the beginning of
16    the deposition what you thought Philip Morris should
17    tell you about Marlboro Lights; is that right?
18 A.  Can you repeat that, please?
19 Q.  Earlier today I asked you what Philip Morris should
20    tell you --
21 A.  Uh-hmm.
22 Q.  -- about Marlboro Lights or light cigarettes, and
23    you told me they should tell you; and I wrote it
24    down, they're not lower in tar and nicotine, they're
25    just as unhealthy as regular cigarettes, they're as

Page 123

1     addictive as regular cigarettes.
2  A.  Uh-hmm.
3  Q.  The words "Marlboro Lights are not safer" is
4     information from Philip Morris that, for lack of a
5     better word, that goes to those facts that you were
6     telling me about.  Correct?
7        MR. LANHAM:  Objection to form.
8  A.  No, it says it is not safer.  It doesn't say
9     anything about being lower in tar and lower in
10    nicotine.
11 BY MS. BERNSTEIN-GAETA:
12 Q.  Did you think when you started Marlboro Lights that
13    they were safer than full-flavored cigarettes?
14       MR. LANHAM:  Objection to form and
15    characterization of full flavored.
16 A.  I thought they were healthier, if there is such a
17    thing.
18 BY MS. BERNSTEIN-GAETA:
19 Q.  So telling you here that they're not safer is some
20    information you would have liked to have known?
21 A.  But I --
22       MR. LANHAM:  Objection to form.  Hold on.
23    It's argumentative.  Go ahead.
24 A.  I didn't see it.
25 BY MS. BERNSTEIN-GAETA:

Page 124

1  Q.  And you've not read the tear tape since you've seen
2     it on packages?
3        MR. LANHAM:  Objection.  Asked -- I'm sorry.
4     I apologize.
5        MS. BERNSTEIN-GAETA:  I'd really like you to
6     let me finish.
7        MR. LANHAM:  Go ahead.  I apologize.
8  BY MS. BERNSTEIN-GAETA:
9  Q.  You testified already that you've not read the tear
10    tape on the cigarettes; is that correct?
11       MR. LANHAM:  Objection, asked and answered.
12 BY MS. BERNSTEIN-GAETA:
13 Q.  You can answer.
14 A.  Yes.
15       MS. BERNSTEIN-GAETA:  Let's have this marked
16    as Good Exhibit 7.
17       (Good Deposition Exhibit No. 7 marked.)
18 BY MS. BERNSTEIN-GAETA:
19 Q.  Ms. Good, I'm handing you Good Exhibit 7.  I will
20    describe it into the record, but for ease of
21    reference, I'm going to call this an onsert.  So you
22    understand when I say onsert, I mean Good Exhibit 7?
23 A.  Okay.
24 Q.  Thank you.  Good Exhibit 7 is a picture of a
25    pamphlet that was folded up and placed under the

Page 125

1     cellophane of every packing of Philip Morris Light,
2     low tar, ultralight, and ultra low-tar cigarettes in
3     November of 2002.  I will draw this on my exhibit so
4     you have a sense of it.  This is about the size of
5     it before it was folded up.  And for the record, I
6     have drawn a box starting above the Philip Morris
7     USA symbol and going below "Information for
8     Smokers".  Do you understand that?
9  A.  I do.
10 Q.  And though this was on every pack of -- brand pack
11    of Marlboro Lights in November of 2002, you don't
12    recall ever seeing a pamphlet folded up on the
13    Marlboro Lights that you purchased?
14 A.  No.
15 Q.  Would you read along with me as I read the first
16    paragraph into the record?  "There is no such thing
17    as a safe cigarette.  The term "Ultralight",
18    "Light", "Medium" and "Mild" are used as descriptors
19    of the strength of taste and flavor.  These terms as
20    well as "low tar" or "lower tar and nicotine" also
21    serve as a relative indication of the average tar
22    and nicotine yield per cigarette as measured by a
23    standard government test."  Did I read that
24    correctly?
25 A.  Yes.

VERITEXT REPORTING COMPANY
(212) 279-9424                www.veritext.com                (212) 490-3430

Page 126

1  Q. Is there any news in this first paragraph that --
2     any information in this first paragraph that you did
3     not know back in 2002?
4        MR. LANHAM: Objection to form.
5  BY MS. BERNSTEIN-GAETA:
6  Q. You can answer.
7  A. Can you repeat that, please?
8        MS. BERNSTEIN-GAETA: Can you read it back,
9     please?
10        (Question read by reporter.)
11  A. No.
12  BY MS. BERNSTEIN-GAETA:
13  Q. Let's go to the second paragraph. "The tar and
14     nicotine yield numbers are not meant to communicate
15     the amount of tar and nicotine actually inhaled by
16     any smoker, as individuals do not smoke like the
17     machine used in the government test method. The
18     amount of tar and nicotine you inhale will be higher
19     than the stated tar and nicotine yields if, for
20     example, you block ventilation holes, inhale more
21     deeply, take more puffs, or smoke more cigarettes.
22     Similarly, if you smoke brands with descriptors such
23     as "ultralight", "light", "medium" or "mild", you
24     may not inhale less tar and nicotine as you would
25     from other brands. It depends on how you smoke."

Page 127

1        Did I read that correctly?
2  A. Yes.
3  Q. Does the information in this paragraph 2 come as a
4     surprise to you?
5        MR. LANHAM: Objection to form.
6  A. No.
7  BY MS. BERNSTEIN-GAETA:
8  Q. You knew that back in 2002?
9  A. I didn't know that. I had heard about holes in the
10     filters of the cigarettes.
11  Q. Is that the only information on paragraph 2 that you
12     had heard back in 2002?
13  A. Yes.
14  Q. Now, if you had seen this pamphlet on a pack of
15     Marlboro Lights cigarettes back in 2002 and if you
16     had taken them out and read it, it would have given
17     the information that you said Philip Morris should
18     give you earlier today. Isn't that right?
19        MR. LANHAM: Objection to form.
20  BY MS. BERNSTEIN-GAETA:
21  Q. You can answer.
22  A. I disagree.
23  Q. Why do you disagree? What's your disagreement with
24     this? Let me ask you --
25        MR. LANHAM: Let her finish.

Page 128

1        MS. BERNSTEIN-GAETA: No. I am going --
2        MR. LANHAM: You're talking to me about
3     interrupting. You're asking her a question --
4        MS. BERNSTEIN-GAETA: I'm going to withdraw
5     my question, Mr. Lanham --
6        MR. LANHAM: Okay.
7        MS. BERNSTEIN-GAETA: -- which I have a right
8     to do.
9        MR. LANHAM: Absolutely. That's a different
10     issue all together.
11        MS. BERNSTEIN-GAETA: That's what I was
12     trying to say before you jumped at me.
13  Q. So earlier today when I asked you what you were
14     complaining about in this complaint -- and I don't
15     mean belly aching. I meant what was the nature of
16     your complaint -- you said Marlboro Lights are not
17     lower in tar and nicotine. Correct?
18  A. Correct.
19  Q. Let's go to the last sentence of paragraph 2. "If
20     you smoke brands with descriptors such "ultralight",
21     "light", "medium", or "mild", you may not inhale
22     less tar and nicotine than you would from other
23     brands. It depends on how you smoke." That is
24     information related to Marlboro Lights not having --
25     not yielding less tar and nicotine than other

Page 129

1     brands. Correct?
2        MR. LANHAM: Objection to form and
3     foundation. The document speaks for itself.
4  BY MS. BERNSTEIN-GAETA:
5  Q. You can answer.
6  A. Yes.
7  Q. Thank you. You can put that down. Are you aware
8     that Philip Morris USA posed the same onsert with
9     slightly different language in 2003, two times in
10     that year of 2003?
11  A. No.
12  Q. It was on packages of Marlboro Lights, but you
13     didn't see it; is that correct?
14  A. Correct. I didn't pay attention.
15  Q. Let's do the 2003 onsert. Please mark that as Good
16     Exhibit 8.
17        (Good Deposition Exhibit No. 8 marked.)
18  Q. I think on Good Exhibit 8, which is the 2003 onsert,
19     you can get a better sense of the size of the
20     onsert. You can faintly see the line that was on
21     it. That is a picture that was taken from?
22  A. Uh-hmm.
23  Q. Okay. If you'd look with me -- you can read the
24     whole thing if you like, and tell me if you would,
25     and I'll not ask my question until you do.

33 (Pages 126 to 129)

Page 130

1   A.   Okay.  Go ahead.
2   Q.   Though not word by word the same, this onsert has a
3        similar massage to the 2002 onsert, doesn't it?
4   A.   Yes.
5   Q.   And this onsert also tells you, the people who read
6        it, The tar and nicotine yield numbers are not meant
7        to communicate the amount of tar and nicotine
8        actually inhaled by any smokers, as individuals do
9        not smoke like the machine used in the government
10       test method.  The amount of tar and nicotine you
11       inhale will be higher than the stated tar and
12       nicotine numbers -- tar and nicotine yield numbers
13       if, for example, you block ventilation holes, inhale
14       more deeply, take more puffs, or smoke more
15       cigarettes.
16          Would you agree with me that people who saw this
17       were getting information from Philip Morris about
18       the relative safety or at least about tar and
19       nicotine numbers and yields from Philip Morris?
20          MR. LANHAM:  Objection to form.  Compound
21       question.
22   BY MS. BERNSTEIN-GAETA:
23   Q.   You can answer.
24   A.   I would have to say yes.
25   Q.   Are you aware that Philip Morris put the onsert on

Page 131

1        its packages of light and low-tar cigarettes in
2        2004?
3   A.   No.  I -- no.
4   Q.   Are you aware that Philip Morris put the onsert on
5        its packages in 2005?
6   A.   No.
7   Q.   Are you aware that Philip Morris put the onsert on
8        its packages in 2007?
9   A.   No.
10   Q.   And let's go to the front page of both onserts which
11       is the 2002 and 2003.  They both say "Information
12       for Smokers", correct?
13   A.   Yes, they do.
14   Q.   That was Philip Morris's trying to -- well,
15       withdrawn.
16          MS. BERNSTEIN-GAETA:  I believe we're near
17       the end of the tape.  So why don't we take a break.
18          THE VIDEOGRAPHER:  We'll be going off the
19       record at 12:09.
20          (Recess taken.)
21          THE VIDEOGRAPHER:  We are back on the record.
22       This is the beginning of tape No. 4 of witness
23       Stephanie Good.  The time is 12:16.
24   BY MS. BERNSTEIN-GAETA:
25   Q.   Welcome back, Ms. Good.

Page 132

1   A.   Thank you.
2   Q.   You are still under oath.
3   A.   Okay.
4   Q.   Do you ever watch television?
5   A.   Yes.
6   Q.   Have you ever watched a show called "Nova"?
7   A.   "Nova"?
8   Q.   Yeah.
9   A.   No.
10   Q.   Have you ever watched a show called "60 Minutes"?
11   A.   I used to.
12   Q.   When you watched "60 Minutes", do you ever recall
13       there was a segment done by "60 Minutes" that
14       discussed low-tar cigarettes and how they are
15       potentially not safer than full-flavored cigarettes
16       depending on how you smoke them?
17   A.   No.
18   Q.   Have you ever watched "Dateline"?
19   A.   Yes.
20   Q.   Are you aware that there was a "Dateline" show in
21       the nineties that discussed low tar and light
22       cigarettes and how if you smoked them a certain way
23       you can get more tar and nicotine than the yields of
24       the machine?
25   A.   I was not aware.

Page 133

1   Q.   Do you read newspapers in Maine?
2   A.   No.
3   Q.   Do you read any newspapers?
4   A.   Occasionally the Bangor Daily News.
5   Q.   Do you ever read magazines?
6   A.   Occasionally.
7   Q.   Have you ever read Newsweek?
8   A.   No.
9   Q.   Have you ever seen articles in magazines you read
10       about the dangers of smoking?
11   A.   What we saw here, just advertisements.
12   Q.   On the ads?
13   A.   Yeah.
14   Q.   And by stating the dangers of smoking, are you
15       referring to the Surgeon General's warning?
16   A.   Correct.
17   Q.   Other than that have you ever read any articles
18       about smoking?
19   A.   Yes.
20   Q.   Do you recall --
21   A.   I don't recall which magazine.  I just recall the
22       risk factors.
23   Q.   Do you ever look at the Portland Maine Evening
24       Express?
25   A.   No.

34 (Pages 130 to 133)

Page 134

1   Q.  Have you ever seen a pamphlet in your doctor's
2       office or anywhere else concerning smoking and the
3       safety or the risks of smoking?
4   A.  I've seen pamphlets for groups for, you know,
5       smoking-cessation groups but -- possibly years ago.
6       I don't remember.
7   Q.  Did you read those pamphlets?
8   A.  I don't remember.
9   Q.  Let's mark this as Good Exhibit 9.  I will try very
10      hard not to hand you the one I marked up.
11        (Good Deposition Exhibit No. 9 marked.)
12   Q.  I'm handing you what has been marked as Good
13      Exhibit 9.  This is a photocopy of an American Lung
14      Association "facts about... Is there a safe
15      tobacco?"  And if you turn to the second page, it
16      says 1997 American Lung Association on it.
17   A.  Okay.
18   Q.  I'm going to talk about page 2, but I will certainly
19      give you a chance to look through this, if you would
20      like.
21   A.  Okay.
22   Q.  Thank you.  Have you ever seen a pamphlet like this
23      before, not this particular one necessarily but
24      pamphlets?
25   A.  Yes.

Page 135

1   Q.  These are kind of like the ones you're talking
2      about?
3   A.  Yes.
4   Q.  Let's go to page 2, and I'm going to read in the
5      question and answer that starts with "Will it help
6      to switch to low-tar and low-nicotine cigarette
7      brands."  Do you see that?
8   A.  I do.
9   Q.  "No.  Over half the cigarettes produced in the U.S.
10      are labeled "low tar", and most smokers think they
11      are safer than cigarettes with high-tar levels.
12      However, there is no clear evidence that smoking the
13      lower-tar cigarettes reduces the risk of death,
14      cancer, heart disease, or other lung problems.  When
15      smokers switch to cigarettes with low tar levels,
16      they tend to inhale more deeply, hold smoke longer
17      in their lungs, smoke more cigarettes, or cover the
18      air holes in filters with their fingers.  In using
19      these techniques, smokers can get the level of
20      nicotine and tar they want to satisfy their
21      addiction.  So switching to lower tar and nicotine
22      cigarettes does not reduce the health risk of
23      smoking, and these low-level cigarettes may be just
24      as addicting as the higher-level cigarettes.  Even
25      though it isn't so, tobacco companies want smokers

Page 136

1      to think that low tar and low-nicotine cigarettes
2      are safer."
3       Did I read that correctly?
4   A.  Yes.
5   Q.  This talks about ways you can smoke a low-tar light
6      cigarette so that it yields more tar and nicotine
7      than the machine yields, doesn't it?
8       MR. LANHAM:  Objection to the form.
9   A.  Everyone is different.
10  BY MS. BERNSTEIN-GAETA:
11   Q.  All right.  That's one of the messages you get from
12      this article, right?
13   A.  (Nodding.)
14   Q.  And because of those differences, some smokers may
15      get different levels of tar and nicotine than other
16      smokers according to this article, right?
17       MR. LANHAM:  Objection to form and
18      foundation.
19   A.  I'm sorry.  Will you repeat that, please?
20  BY MS. BERNSTEIN-GAETA:
21   Q.  And because everyone is different, some smokers can
22      get more tar and nicotine from a low-tar cigarette
23      than others based on how they inhale those
24      cigarettes at least according to this article,
25      correct?

Page 137

1       MR. LANHAM:  Same objection.
2   A.  It's possible.
3  BY MS. BERNSTEIN-GAETA:
4   Q.  And this article tells you outright -- not article.
5      This pamphlets tells you outright that there is no
6      clear evidence that smoking low-tar cigarettes
7      reduces the risk of death, cancer, heart disease, or
8      other lung problems.  Correct?
9   A.  If you believe everything you read.
10   Q.  This is from the American Lung Association.
11   A.  Yeah.  That's true.
12   Q.  Right?
13   A.  Okay.
14   Q.  And that's a health organization, isn't it?
15   A.  It is.
16   Q.  And this is what they put out in 1997.
17   A.  Okay.
18   Q.  Right?
19   A.  Right.
20   Q.  And you don't have any reason to think the American
21      Lung Association would be lying to consumers of
22      cigarettes, do you?
23       MR. LANHAM:  Objection to form.
24  BY MS. BERNSTEIN-GAETA:
25   Q.  You can answer.

35 (Pages 134 to 137)

Page 138

1  A.  Anything is possible.
2  Q.  But do you have any reason to believe that they
3      would go out of their way to lie?
4  A.  No, no.
5  Q.  Okay.  I'm going to ask you to turn to -- I think
6      it's Good 4 and 5, which is the First and Second
7      Amended Complaint.  Mr. Lanham is going to get them
8      for you.  I apologize because I've lost my copies of
9      Exhibits 4 and 5.  Oh, I have them here.
10     I'm going to ask you in Exhibit 4, the First
11     Amended Complaint, to turn to page 9, paragraph 42.
12     Are you with me?
13 A.  I am.
14 Q.  I will read it into the record, and let me know if I
15     have read it correctly.  "The class is defined as
16     all persons who purchased Defendants' Marlboro
17     Lights and/or Cambridge Lights cigarettes in Maine
18     for personal consumption from the first date the
19     Defendants placed their Marlboro Lights and
20     Cambridge Lights cigarettes into the stream of
21     commerce through at least November of 2002.
22     Excluded from the class are Defendants, their
23     subsidiaries and affiliates.  Also excluded is any
24     judge who may preside over this case."
25     Did I read that correctly?

Page 139

1  A.  Yes.
2  Q.  I'm going to ask you now to turn to paragraph 39 of
3      the Second Amended Complaint or Good Exhibit 5.
4      MR. LANHAM:  It's on page 8.
5      MS. BERNSTEIN-GAETA:  Thank you.
6      MR. LANHAM:  Uh-huh.
7  BY MS. BERNSTEIN-GAETA:
8  Q.  It states, "The class is defined as all persons
9      residing in the State of Maine who purchased for
10     personal use Defendants' cigarettes labeled "Light"
11     or "Ultra Light" ("Light Cigarettes") during the
12     class period through the present.  Excluded from the
13     class are Defendants, their subsidiaries and
14     affiliates.  Also excluded is any judge who may
15     preside over this case."
16     Did I read that correctly?
17 A.  Yes.
18 Q.  I'm going to read paragraph 40 which is on page 9.
19     The class period --
20     MR. LANHAM:  Just a second.
21     MS. BERNSTEIN-GAETA:  Oh, sorry.
22 Q.  "The class period extends 6 years prior to the
23     filing of the complaint on August 12, 2005", which
24     by my -- did I read that correctly?
25 A.  Yes.

Page 140

1  Q.  And by my math, that means the class period now
2      starts August 12th, 1999.  Do you agree with me?
3  A.  Yes.
4  Q.  Do you know why -- would you agree with me that the
5      class period has changed between the First Amended
6      Complaint and the Second Amended Complaint?
7  A.  Yes.
8  Q.  It starts later in time in the Second Amended
9      Complaint which is the complaint that's operative
10     here, correct?
11 A.  Uh-huh.  Correct.
12 Q.  And so the class period starts in 1999 until now.
13     Is that right?
14 A.  Yes.
15 Q.  Do you know why the class period was changed in the
16     case, without revealing anything Mr. Lanham has told
17     you?
18     MR. LANHAM:  And I would object only in that
19     context.  You're not to discuss anything with regard
20     to the reason for that that I may have discussed
21     with you.  Beyond that, you can answer.
22 A.  I do not know.
23 BY MS. BERNSTEIN-GAETA:
24 Q.  Knowing that the class period is now beginning in
25     August 12th, 1999, is it still your answer that you

Page 141

1      want your money back for all the Marlboro Lights
2      that you've purchased since you have been a regular
3      smoker of Marlboro Lights?
4  A.  Yes.
5  Q.  Okay.  If you will give me one minute's indulgence,
6      I think we may be done with me.
7      (Brief pause)
8      MS. BERNSTEIN-GAETA:  Ms. Good, I for now am
9      finished.  If Mr. Lanham has questions, I may be
10     back.  If not, I'm finished for good.  I want to
11     thank you for your patience, your ability to answer
12     questions today, and your time.  Thank you very
13     much.
14     THE DEPONENT:  Thank you.
15                 EXAMINATION
16 BY MR. LANHAM:
17 Q.  I have a few questions for you, Ms. Good.  What is
18     it again that you are claiming Philip Morris did not
19     do that it should have done with regard to its
20     advertising of Marlboro Lights cigarettes?
21 A.  The advertising, misinformation, basically stating
22     Marlboro Lights have lower tar and nicotine when
23     actually they don't, the deception of that.  I find
24     it fraudulent and I find it that they lied.
25 Q.  Was that a factor in your choosing to continue to

36 (Pages 138 to 141)

Page 142

1    smoke Marlboro Lights after you became a regular
2    smoker as compared with switching to Marlboro Reds?
3        MS. BERNSTEIN-GAETA: Object to form. Lack
4    of foundation.
5    A.  I was addicted to Marlboro Lights.
6    BY MR. LANHAM:
7    Q.  And was the information that you have just described
8    in the advertising --
9    A.  Uh-huh.
10   Q.  -- a factor in your choosing to continue to smoke
11   Marlboro Lights?
12   A.  Yes.
13   Q.  When the class action complaint in Maine was first
14   filed in September of 2005, do you agree that you,
15   Lori Spellman, and Allain Thibodeau were all three
16   named class representatives?
17   A.  Yes.
18   Q.  At the very end of questioning by counsel for Philip
19   Morris, you were asked some questions about the
20   definition of what is called the class period, the
21   period of time for which the complaint seeks relief
22   in terms of a time frame. Do you understand that
23   generally?
24   A.  Yes.
25   Q.  Do you understand that that time frame was changed

Page 143

1    from the First Amended Complaint in 2005 to the
2    Second Amended Complaint that was just filed
3    literally last week?  Do you understand that there
4    was a change?
5    A.  Yes.
6    Q.  Do you understand that the change was such that at
7    least as far as what you are alleging or claiming
8    that the class period now begins in August of 1999?
9        MS. BERNSTEIN-GAETA: Object to form.
10   BY MR. LANHAM:
11   Q.  Go ahead.
12   A.  Yes.
13   Q.  And with the class period beginning in 1999, do you
14   understand that that is the beginning of when you
15   would be making a claim for damages for the class?
16       MS. BERNSTEIN-GAETA: Object to form. Calls
17   for a legal conclusion.
18   A.  Yes, I do understand.
19   BY MR. LANHAM:
20   Q.  And do you understand consistent with that that
21   you're making no claim for damages prior to that
22   date in August of 2005?
23   A.  Correct.
24       MR. LANHAM: That's all I have. Thank you.
25           REEXAMINATION

Page 144

1    BY MS. BERNSTEIN-GAETA:
2    Q.  A couple more questions. Hi, Ms. Good again.
3    A.  Hi.
4    Q.  Do the words "lowered tar and nicotine" still appear
5    on the packages of Marlboro Lights?
6    A.  To tell you the truth, I don't know.
7    Q.  You don't look at the packs?
8    A.  I don't look at the packs.  I just smoke them.
9    Q.  Are you aware of the fact that Philip Morris took
10   "lower tar and nicotine" off the pack in 2003 prior
11   to you filing this complaint?
12   A.  I'm sorry?
13   Q.  Are you aware that Philip Morris USA, Inc., took the
14   words "lowered tar and nicotine" off packs of
15   Marlboro Lights --
16   A.  Hmm.
17   Q.  -- in 2003?
18   A.  No.
19   Q.  And that's because you don't look at the words that
20   are on the pack of Marlboro Lights when you purchase
21   Marlboro Lights now?
22   A.  Yes.
23   Q.  And you don't look at the Surgeon General's warning
24   that are on the packs of Marlboro Lights, do you?
25       MR. LANHAM: Objection. That's beyond the

Page 145

1    scope of my few questions on cross.
2        MS. BERNSTEIN-GAETA: Fair enough.
3    BY MS. BERNSTEIN-GAETA:
4    Q.  In response to Mr. Lanham, you said you're addicted
5    to Marlboro Lights, and I asked you that
6    question earlier today.  And you first had said you
7    were addicted to Marlboro Lights, and I asked you
8    were you addicted to Marlboro Lights or to the
9    nicotine in cigarettes.  Do you recall what you
10   answered for me?
11       MR. LANHAM: Objection, beyond the scope.
12   BY MS. BERNSTEIN-GAETA:
13   Q.  You can answer.
14   A.  I don't remember.
15   Q.  You answered that you were addicted to nicotine.
16   Does that refresh your recollection?
17       MR. LANHAM: Same objection.
18   A.  No.
19   BY MS. BERNSTEIN-GAETA:
20   Q.  There is nicotine in other brands of cigarettes
21   besides Marlboro Lights, aren't there?
22   A.  Yes.
23       MR. LANHAM: A standing --
24       MS. BERNSTEIN-GAETA: You can have a standing
25   objection.

37 (Pages 142 to 145)

Page 146

1      MR. LANHAM:  -- objection.  Beyond the scope.
2  BY MS. BERNSTEIN-GAETA:
3  Q.  Is it still your testimony that the only cigarette
4      you're addicted to is Marlboro Lights?
5  A.  Yes.
6  Q.  Even though other cigarettes have nicotine?
7  A.  (Nodding.)
8  Q.  Isn't it fair to say you're used to smoking Marlboro
9      Lights, and that's the brand you want to smoke?
10 A.  No, I can't say that.
11 Q.  When you've taken a break and you smoked, for
12     example, your boss's Camel Lights, did that satisfy
13     your nicotine craving when you smoked that
14     cigarette?
15     MR. LANHAM:  Standing objection.
16     MS. BERNSTEIN-GAETA:  I granted it.
17     MR. LANHAM:  Okay.
18     MS. BERNSTEIN-GAETA:  You can object again,
19     but I did grant it.
20 A.  Did it satisfy me?
21 BY MS. BERNSTEIN-GAETA:
22 Q.  Yeah.
23 A.  Not to what I'm used to, no.
24 Q.  Did it for lack of -- did you inhale nicotine when
25     you smoked that cigarette?

Page 147

1  A.  Yes.
2  Q.  Did you crave nicotine immediately after smoking
3      that cigarette?
4  A.  No.
5      MS. BERNSTEIN-GAETA:  I have no more
6  questions, and I thank you once again.
7      MR. LANHAM:  I have no questions, and she
8  will read and sign.
9      THE VIDEOGRAPHER:  This will complete the
10 deposition.  We'll be going off the record at 12:38.
11     (Deposition concluded at 12:39 p.m.)
12            ******
13
14
15     _____
16     STEPHANIE GOOD
17
18 Subscribed and sworn to before me
19 this _____ day of _____, 2009.
20
21 _____
22     Notary Public
23
24
25

Page 148

1
2
3      C E R T I F I C A T E
4
5      I, Cheryl C. Pieske, RMR, Notary Public in and for
6  the State of Maine, hereby certify that on December 14,
7  2009, personally appeared before me the within-named
8  deponent who was sworn to testify the truth, the whole
9  truth and nothing but the truth in the aforementioned
10 cause of action; and the foregoing, as reduced to
11 computer type, is a true and accurate record of the
12 evidence as taken by me by means of stenotype.
13     I further certify that I am a disinterested person
14 in the event or outcome of the aforementioned cause.
15     IN WITNESS WHEREOF, I subscribe my hand at Waldo,
16 Maine, this 15th day of December, 2009.
17
18
19 _____
20 Cheryl C. Pieske, RMR
21 Notary Public
22 My Commission Expires June 25, 2016.
23
24
25

38 (Pages 146 to 148)