# Exhibit 2

Page 1

```
 1              UNITED STATES DISTRICT COURT
                    DISTRICT OF MAINE
 2

    IN RE: LIGHT CIGARETTES MARKETING )
 3  AND SALES PRACTICES LITIGATION    ) MDL DOCKET NO.
    _____) 1-09-MD-2068
 4  THIS DOCUMENT RELATES TO:         )
                                      )
 5  STEPHANIE GOOD, LORI A. SPELLMAN, ) Case No.:
    and ALLAIN L. THIBODEAU,          ) 05-00127-B-W
 6  individually and on behalf of all )
    others similarly situated,        )
 7                        Plaintiff,  )
    v.                                )
 8                                    )
    PHILIP MORRIS USA INC., a         )
 9  Virginia corporation, and         )
    ALTRIA GROUP, INC., a Virginia    )
10  corporation,                      )
                                      )
11                       Defendants.  )
12
13
14
15           The Videotaped Deposition of ALLAIN L. THIBODEAU,
16  taken by the attorney for the Defendant Philip Morris
17  commencing at 9 a.m. on the 10th day of December, 2009, at,
18  Aylstock, Witkin, Kreis & Overholtz, 803 N. Palafox Street,
19  Pensacola, Florida, before Gina Hawkins, Registered
20  Professional Reporter and Notary Public in and for the State
21  of Florida.
22
23
24
25
```

Page 2

```
1              APPEARANCES
2  FOR THE PLAINTIFFS:    ALEX PEET, ESQUIRE
              DEWITT M. LOVELACE, ESQUIRE
3              Lovelace Law Firm, P.A.
              12870 U.S. Highway 98 W.
4              Miramar Beach, Florida 32550
5
  FOR THE DEFENDANT:    EZRA D. ROSENBERG, ESQUIRE
6  (Philip Morris)      Dechert, LLP
              902 Carnegie Center
7              Princeton, New Jersey 08540
8
9  VIDEOGRAPHER:    STEVE FORD
10
11          INDEX OF WITNESS
12 ALLAIN L. THIBODEAU              PAGE
13 DIRECT EXAMINATION BY MR. ROSENBERG        4
14 CERTIFICATE OF OATH              83
15 CERTIFICATE OF REPORTER            84
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1          INDEX OF EXHIBITS
2  DEFENDANTS' NO.:
3    1   First Amended Complaint Jury Trial Demand  14
4    2   Second Amended Complaint Jury Trial      14
          Demanded
5
6    3   Copy of Marlboro Advertisement      54
7    4   Information for Smokers          69
8    5   Information for Smokers          72
9    6   Information for Smokers          73
10   7   Information for Smokers          73
11
```

Page 4

```
1      MR. ROSENBERG:  Mr. Thibodeau, my name is Ezra
2  Rosenberg, and I'm with the Law Firm of Dechert, LLP,
3  and I represent Philip Morris USA, Inc.  And I guess
4  just for the record, can we have the other appearances
5  entered?
6      MR. PEET:  Sure.  Alex Peet on behalf of the
7  Plaintiff.
8      MR. LOVELACE:  Dewitt Lovelace on behalf of the
9  Plaintiff.
10          - - - -
11 WHEREUPON,
12        ALLAIN L. THIBODEAU
13 was called as a witness and, after having been first duly
14 sworn, was deposed and testified as follows:
15          DIRECT EXAMINATION
16 BY MR. ROSENBERG:
17   Q   And you're here, Mr. Thibodeau, you understand,
18 to have your deposition taken in connection with some
19 litigation that you and some others have brought against
20 Philip Morris USA, Inc., and Altria.  Do you understand
21 that?
22   A   Yes.
23   Q   Have you ever been deposed before?
24   A   No.
25   Q   Okay.  Let me give you a few guidelines and
```

Page 5

```
1  rules, and if you have any questions, ask me.
2      First of all, I'm going to be asking you a series
3  of questions.  Your answers are going to be taken down by
4  the court reporter and eventually put into a book or
5  transcript that might be used in this case.  Do you
6  understand that?
7    A   Yes.
8    Q   Because of that, it's important that you remember
9  a few things.  Number one, if you don't understand anything
10 I ask you, please ask me to clarify, and I will.
11   A   Okay.
12   Q   I really want to make sure you understand the
13 question before you answer it, okay?
14   A   Okay.
15   Q   Second, it's important that you answer orally
16 because nods of the head and --
17   A   Right.
18   Q   -- shrugs of the shoulder can't be taken down by
19 the court reporter, okay?
20      From time to time Mr. Peet may make an objection.
21 If so, after we clear that up, you can proceed to testify.
22   A   Okay.
23   Q   Finally, I'm not asking you to speculate.  I'm
24 asking you to testify as to your knowledge.  So if you can
25 testify from your knowledge, then do so.  If you're going to
```

2 (Pages 2 to 5)

Page 6

1    be guessing, I don't want you to be guessing, okay?
2        A    Okay.
3        Q    Any questions before we begin?
4        A    No, sir.
5        Q    I guess the last thing, this isn't meant to be a
6    test of endurance either of you or of me.  So if at any time
7    you want a break, just say you want a break so long as
8    there's not a question pending.  I just want you to answer
9    the question, then we can take a break.  Fair enough?
10        A    Yep.
11            MR. PEET:  Ezra, can we stipulate to reserving
12    all objections except as to form?
13            MR. ROSENBERG:  Absolutely.  All you do is just
14    say "objection," and it's preserved.
15            MR. PEET:  Okay.
16            MR. ROSENBERG:  Okay, terrific.
17    BY MR. ROSENBERG:
18        Q    Let me get a little background.  Where do you
19    live right now?
20        A    Right now I live in Pensacola.
21        Q    And what's your address?
22        A    3217 Samantha Drive.  It's actually Cantonment.
23        Q    It's actually --
24        A    Cantonment, C-a-n-t-o-n-m-e-n-t.
25        Q    And when you say "it's actually Cantonment," is

Page 7

1    that instead of Pensacola --
2        A    Yes.
3        Q    -- or instead of Samantha Drive?
4        A    No.  It's 3217 Samantha Drive, Cantonment,
5    Florida.
6        Q    Okay, got it.  How long have you lived there?
7        A    Since June.
8        Q    Is that your permanent address?
9        A    No.
10        Q    Do you have a permanent address?
11        A    At this -- no.  No.
12        Q    Where did you live before June?
13        A    Before June I was in Atlanta.
14        Q    Where in Atlanta?
15        A    It's, actually, it would have been Greison Trail,
16    G-r-e-i-s-o-n, Trail in Noonan, Georgia -- was working in
17    Atlanta.
18        Q    And how long were you in Noonan, Georgia?
19        A    I was there end of January, first of February.
20    I'm not sure of the start date I started on the Atlanta
21    project.
22        Q    All in 2009?
23        A    Yes.  Yes.
24        Q    Before you were down in Noonan, where were you?
25        A    I had a residence in Bangor, Maine.

Page 8

1        Q    And what's the address there?
2        A    The address there would have been 160 Ohio
3    Street, Bangor.
4        Q    And how long had you lived in 160 Ohio Street?
5        A    Just a couple months.
6        Q    And where --
7        A    Probably December and January.
8        Q    Where were you before that?
9        A    13 Bryant Street, Bangor.
10        Q    Very good memory.  Where -- where -- how long did
11    you live on 13 Bryant Street?
12        A    13 Bryant Street, I was there probably -- 2001 --
13    so eight years.
14        Q    Okay.
15        A    Actually, it might have been nine years.  I might
16    have got there in 2000.
17        Q    Before 2000 where were you living?  And does it
18    help if we go back to birth and work forward?
19        A    2000.  Before that I would have been at 29 Cherry
20    Lane, Bangor.
21        Q    And how long were you at Cherry Lane?
22        A    Probably -- oh, goodness, a couple years at the
23    most.
24        Q    Okay.  So about around '98 or so?
25        A    Yeah, probably '97.

Page 9

1        Q    Okay.  And actually, let me go all the way back
2    and see if we can get up to '97.  What's your birth date?
3        A    7/23/1965.
4        Q    Okay.  And where were you born?
5        A    Millinocket, Maine.
6        Q    I'm sorry?
7        A    Millinocket, Maine.
8        Q    And how long did you live in Millinocket?
9        A    Until after high school, so that would have been
10    20 years -- 18 years -- 18, 19 years.
11        Q    Did you graduate from high school?
12        A    Yes.
13        Q    And after graduating from high school, did you
14    move?
15        A    Yes.
16        Q    Where did you move?
17        A    New Hampshire.
18        Q    Where in New Hampshire?
19        A    Londonderry.
20        Q    And how long did you live in Londonderry?
21        A    That would have been a couple of years.
22        Q    Did you go to any school --
23        A    No.
24        Q    -- after high school?  No?
25        A    No.

Page 10

1    Q    That was the other rule.  Wait for me to finish
2  my question before you answer, and I'll try to wait for you
3  to answer before I start a new question.
4    A    Sorry about that.
5    Q    No.  Typical for both of us.  What were you doing
6  in Londonderry for that couple years after high school?
7    A    Working with a landscaping company, basically a
8  laborer.
9    Q    And after doing that for a couple years, that
10 brings us to around '86, '87 or so?  Is that about right?
11   A    That would be, yes.
12   Q    And then what did you do?
13   A    I lived in Portland.
14   Q    Portland, Maine?
15   A    Yes.
16   Q    For how long?
17   A    Probably a couple more years.
18   Q    And what were you doing there?
19   A    I was a salesman for a lumber company.
20   Q    And so we're now someplace around 1990 or so, and
21 I'm not going to be holding you to the precise dates.  What
22 did you do then?
23   A    Was still a salesman, but I was living in Lisbon
24 Falls, Maine.
25   Q    And how long did you live in Lisbon Falls?

Page 11

1    A    Probably, again, a couple more years.
2    Q    And then what did you do?
3    A    Then moved to Bangor.  Actually, I'm sorry, that
4  would have been Hampden.
5    Q    Hampden, Maine?
6    A    Maine, yes.
7    Q    I know there's Hamden in Connecticut.  Hampden,
8  Maine?
9    A    Yes.
10   Q    How long did you live in Hampden?
11   A    Up until the time I went to --
12   Q    -- Bangor?
13   A    Yeah.
14   Q    Which was?  We're talking about 2000 and -- the
15 year 2000?
16   A    No.  It would have been '97.
17   Q    Oh, I'm sorry.  '97 when you lived on Cherry
18 Lane?
19   A    Cherry Lane, correct.
20   Q    So we did it.  We've now completed the circle.
21 By the way, when you were in Hampden, what were you doing?
22   A    I was a salesman for a lumber company.
23   Q    After you moved to Bangor, what did you do for a
24 living?
25   A    While I was still at 29 Cherry, I was still a

Page 12

1  salesman.
2    Q    Okay.  And then when you moved to Ohio Street --
3    A    Bryant Street.
4    Q    Bryant Street.  -- what did you do?
5    A    Became an electrician.
6    Q    Did you have to get some kind of certification
7  for that?
8    A    Yes.
9    Q    And what is that -- is that a state
10 certification?
11   A    State journeyman's license.
12   Q    You had to take a test for that?
13   A    Yes.
14   Q    And then at that point did you open up your own
15 business, or were you working for someone else as an
16 electrician?
17   A    Worked for the IBEW.
18   Q    And how long did you work for the IBEW?
19   A    Up until January of this year.
20   Q    And as of January of this year, did you go out on
21 your own?
22   A    No.
23   Q    What happened?
24   A    Working for Merit Electric and Instrumentation.
25   Q    And do they send you around the country?  Is that

Page 13

1  why you've been moving around?
2    A    Yes.
3    Q    On major jobs?
4    A    Yes.
5    Q    Just give me a brief idea of what you do as an
6  electrician.  Are you working on residences -- residences or
7  buildings, other offices?
8    A    Industrial mainly, some commercial.
9    Q    So they subcontract you out to general
10 contractors, that kind of thing?
11   A    I'm just an employee for them.
12   Q    Okay.
13   A    And wherever their job is, whatever opportunity
14 they have for me is where I end up going.
15   Q    Great.  Now, let me talk a little bit about this
16 deposition.  Did you meet with anyone in preparation for
17 this deposition?
18   A    Yes.
19   Q    With whom?
20   A    My attorney.
21   Q    And by your attorney, do you mean Mr. Lovelace?
22   A    Alex, yes.
23   Q    Mr. Peet?
24   A    Mr. Peet.
25   Q    And Mr. Lovelace?

4 (Pages 10 to 13)

Page 14

1    A    Yes.
2    Q    And how long did you meet with them?
3    A    Couple hours, I guess.
4    Q    Other than that meeting, did you do any other
5  preparation for this deposition?
6    A    No.
7    Q    Did you review any documents in preparation for
8  the deposition?
9    A    Other than the complaint, no.
10    Q    And when we say "the complaint," why don't we
11  have marked two documents -- have that marked as 1, and this
12  marked as 2.
13         (Exhibit 1 was marked for identification.)
14         (Exhibit 2 was marked for identification.)
15         MR. ROSENBERG: This will be 1, and this will
16  be 2.
17  BY MR. ROSENBERG:
18    Q    Okay. Mr. Thibodeau, I'm showing you two
19  documents. One is marked as Exhibit 1 and says First
20  Amended Complaint in Stephanie Good, Lori Spellman, and
21  Allain Thibodeau. And the other says Second Amended
22  Complaint as marked as Exhibit 2, and it also refers to
23  those same plaintiffs.
24         Which of these complaints did you review, if you
25  recall? Look at these. These are the official documents.

Page 15

1    A    Looked at both of them.
2    Q    Okay. Had you seen those documents before you
3  looked at them yesterday?
4    A    I'm not sure.
5         MR. ROSENBERG: And just for the record,
6  Mr. Peet, and I'm not sure if this is the result of
7  some weird copying thing at my firm or at your firm.
8         The version of the second amended complaint that
9  we have -- and that's why I wanted to make sure it's on
10  the record -- on page 6, paragraph 31 has one line, and
11  then at page 7, paragraph 32, and I'm not sure if how
12  something got dropped, if it got dropped at your end or
13  somehow at our end, and maybe we can figure that.
14         You might want to take a look at that, anyway,
15  just in case.
16         MR. PEET: I will. Thank you for pointing it
17  out. I, frankly, don't know.
18         MR. ROSENBERG: I just looked at it and found it
19  last night, and I said, hmm, so it's hard -- it seems
20  to me it's a word processing problem as opposed to a
21  copying issue.
22         MR. LOVELACE: It looks like a conversion from
23  WordPerfect to Word --
24         MR. ROSENBERG: Exactly.
25         MR. LOVELACE: Or something like that --

Page 16

1  formatting issue.
2         MR. ROSENBERG: Yeah.
3  BY MR. ROSENBERG:
4    Q    How did you get involved in this lawsuit?
5    A    A friend of mine had recommended me looking into
6  it.
7    Q    And who's that friend?
8    A    Stephanie Good.
9    Q    And how do you know Ms. Good?
10    A    We're friends.
11    Q    How long have you known her?
12    A    Twenty years, probably.
13    Q    And when did she -- did she talk to you about the
14  suit at some point?
15    A    Yes.
16    Q    And when was that?
17    A    Would have been in probably '05 at some point.
18  To give you a date, I'm not sure.
19    Q    By the way, what does Stephanie do for a living?
20    A    At this point, I don't know.
21    Q    Do you know what she did at any point?
22    A    Oh, yeah, yeah. No. She worked -- she worked at
23  a doctor's office when I knew her in Bangor.
24    Q    That's where you know her, from Bangor?
25    A    Yes.

Page 17

1    Q    And someplace around 2005 she first talked to you
2  about this suit?
3    A    Yes.
4    Q    And do you recall what she said to you?
5    A    Not exactly, no, other than Marlboro Lights
6  weren't the cigarette we thought they were.
7    Q    And did you ask her what she meant by that?
8    A    I'm sure I did.
9    Q    Do you recall what she said?
10    A    Paraphrasing, something to the effect of they
11  weren't as safe or as less addictive as you think they are.
12    Q    Do you recall what you said when she said that?
13    A    No, I don't.
14    Q    Did you ask her basis for her belief?
15    A    I don't -- I mean, I don't recall. I'm sure I
16  did, but I don't know what that would have been.
17    Q    Did you express surprise at what she said?
18    A    Yes, I do remember that.
19    Q    And why were you surprised? What were you
20  surprised about? Let me start with that.
21    A    The fact that the cigarettes were a low-tar,
22  low-nicotine, and she was kind of contradicting that -- that
23  fact.
24    Q    And is that because up until when she spoke to
25  you, you thought that those cigarettes were low-tar,

Page 18

1  low-nicotine?
2      A   Yes.
3      Q   What did you understand low-tar and low-nicotine
4  to mean in your mind?
5      A   At the time, a safer, less-addictive cigarette.
6      Q   And what -- when you say "safer," what do you
7  mean?  Safer compared to what?  Let me start with that.
8      A   A regular cigarette.
9      Q   And when you say "a regular cigarette," what do
10 you mean?
11     A   A regular Marlboro.
12     Q   Like a Marlboro Red, is that --
13     A   Yep.  Yep.
14     Q   And when you say "safer," how much safer?
15     A   I don't know how -- I guess I don't understand
16 the question.
17     Q   Well, when you're comparing it to a Marlboro, did
18 you have an idea of how much safer it was than a Marlboro?
19 Let me -- that's a lousy question, so let me strike that and
20 try to start again.
21         Did you have an understanding, at the time you
22 spoke with Ms. Good, that cigarettes cause cancer?
23     A   Yes.
24     Q   And did you have an understanding that all
25 cigarettes can cause cancer, both cigarettes like Marlboro

Page 19

1  Reds and cigarettes like Marlboro Lights?
2      A   Yes.
3      Q   And what was that understanding based on?
4      A   Fact, just knowledge, I guess, knowledge of
5  people that smoke get cancer.
6      Q   And how -- how long did you have that knowledge?
7      A   I couldn't --
8      Q   We'll get back to that in a few minutes.  I'm
9  just trying to get some context for your discussion with
10 Ms. Good.
11         So if you had an understanding that all
12 cigarettes could cause cancer, that's the context for what
13 I'm saying.  How much safer did you think a Marlboro Light
14 was than a Marlboro Red in terms -- knowing that it still
15 could cause cancer?
16         Did you have an understanding of the -- of how
17 much less likely it would be?
18     A   The fact it was a lower-tar, lower-nicotine
19 cigarette led me to believe that it was a safer -- safer
20 cigarette.  It had lower tar, lower nicotine.
21     Q   Were you aware of cigarettes called UltraLights?
22     A   At the time, I don't think so.
23     Q   At the time you spoke with Ms. Good, you were not
24 aware of a cigarette called UltraLights?
25     A   I don't recall, I guess.

Page 20

1      Q   After you spoke -- do you remember anything else
2  about the conversation with Ms. Good?
3      A   No.
4      Q   Well, did she -- she told you there was a
5  lawsuit?
6      A   I believe so, yes.
7      Q   Did she tell you anything about your getting
8  involved in a lawsuit or ask you anything about your getting
9  involved in a lawsuit?
10     A   I'm sure she did.
11     Q   And you're sure she did because -- why are you
12 sure she did?
13     A   Because I contacted my attorney, Sam Lanham, for
14 legal advice as to what to do next.
15     Q   And did she suggest you contact Mr. Lanham, did
16 you say?
17     A   Yes.  Yes.
18     Q   Did she give you to understand that she was
19 represented by Mr. Lanham?
20     A   I'm sure, yes.  I'm thinking about it, but
21 probably, yes.
22     Q   And when you say you contacted your attorney,
23 Mr. Lanham, was this the attorney who had represented you in
24 the past?
25     A   No.  I'm sorry.

Page 21

1      Q   Okay.  So you had never talked to Mr. Lanham
2  before?
3      A   Not for legal matters, no.
4      Q   Did you know him?
5      A   I'm thinking there might have been some passing
6  conversation, you know, at a function or -- I knew him from
7  somewhere, but I couldn't guess where right now.
8      Q   So you contacted Mr. Lanham, and then what
9  happened?
10     A   I asked him for legal advice, and then we
11 proceeded to where we are today, I guess, in this case.
12     Q   By saying, "We proceeded to where we are today,"
13 you then agreed to become a plaintiff in this suit?
14     A   Plaintiff in this -- yeah.
15     Q   Other than the discussions you had with
16 Mr. Lanham and discussions you had with Mr. Lovelace and
17 Mr. Peet, have you talked to any other attorneys about this
18 case?
19     A   No.
20     Q   Before you had the discussion with Ms. Good, did
21 you ever think about suing the tobacco companies?
22     A   No.
23     Q   And prior to your discussion with Ms. Good, were
24 you aware of any lawsuit against the tobacco companies
25 concerning light cigarettes?

6 (Pages 18 to 21)

Page 22

1    A    No.
2    Q    Have you ever spoken with anyone, other than
3  lawyers, concerning this lawsuit?
4    A    Yes.
5    Q    With whom?
6    A    My sister.
7    Q    Who's your sister?
8    A    Paryse, P-a-r-y-s-e, Thibodeau.  Sorry.
9    Q    And does she live in Bangor?
10   A    No.  She lives in, I believe Windham, Maine.
11   Q    And what did you say to her?
12   A    Just had mentioned that I was getting involved in
13  this case and -- you know, just brother/sister talk just
14  kind of letting her know what I was up to, and the
15  conversation came out.
16   Q    Is she a smoker?
17   A    I'm going to say, yes, the last I knew.
18   Q    Do you know what she smokes?
19   A    No, I do not.
20   Q    Did you speak to anyone else other than your
21  sister?
22   A    My fiancee.
23   Q    And who is that?
24   A    Lori Levasseur, L-e-v-a-s-s-e-u-r.
25   Q    And where does Ms. Levasseur live?

Page 23

1    A    With me.
2    Q    And what did you tell Ms. Levasseur?
3    A    Just that I was involved in this case, you know,
4  having to come give a deposition today.
5    Q    Is she a smoker?
6    A    No.
7    Q    Before the lawsuit was filed, did you do any
8  research into any of the issues, look on the websites,
9  review any documents, anything like that?
10   A    I don't believe so.
11   Q    What made you decide to join this suit?
12   A    The fact that Philip Morris was lying to the
13  consumer of Light cigarettes.
14   Q    Based on what you were told?
15   A    Correct.
16   Q    Are you a current smoker?
17   A    Yes.  Trying to quit all the time.
18   Q    What do you smoke -- what brand cigarette?
19   A    The last pack I bought was probably a Marlboro
20  Light.
21   Q    When did you first start to smoke?
22   A    When I was 15 or 16.
23   Q    And just, I want to clear up one thing.  You said
24  the last pack you bought was probably a Marlboro Light.
25  When did you buy that?

Page 24

1    A    Monday.
2    Q    Have you smoked any of the cigarettes from that
3  pack?
4    A    Yes.
5    Q    How many?
6    A    All of them.
7    Q    When did you smoke them?
8    A    Monday, Tuesday.
9    Q    Prior to the pack that you bought on Monday, what
10  was the last pack that you bought?
11   A    Would have been Reds.
12   Q    And when did you buy those?
13   A    Last week.
14   Q    And you smoked all those cigarettes?
15   A    Yes, sir.
16   Q    Why did you buy a pack of Marlboro Lights on
17  Monday after buying a pack of Reds?
18   A    Force of habit.
19   Q    When you say "force of habit," what do you mean?
20   A    Walked in the store, bought a coffee, and next --
21  you know, the next thing I know, I had a pack of Marlboro
22  Lights also.
23   Q    Why didn't you buy a pack of Marlboro Reds?
24   A    I can't tell you.
25   Q    Do different cigarettes have different tastes to

Page 25

1  you?
2    A    No.
3    Q    Do different cigarettes have different smoke feel
4  to you?
5    A    No.
6    Q    When I say "smoke feel," I'm talking about
7  harshness or mildness.  Do you understand those concepts?
8    A    Yeah.  Smoke's smoke.
9    Q    Do you have a preference between the taste of
10  Marlboro Reds and the taste of Marlboro Lights?
11   A    No.
12   Q    Do you have a preference between the relative
13  harshness or mildness between Marlboro Reds and Marlboro
14  Lights?
15   A    No.
16   Q    You said you started smoking when you were 15 or
17  16, and that would be when you were living up in
18  Millinocket?
19   A    Millinocket.
20   Q    Millinocket, Maine.  Millinocket, Maine.  So you
21  were in high school?
22   A    Yes.
23   Q    Why did you -- do you recall your first
24  cigarette?
25   A    Yes.

7 (Pages 22 to 25)

Page 26

1 Q Where were you?
2 A In the family garage.
3 Q With some friends or by yourself?
4 A Absolutely with friends.
5 Q Some friends. And do you recall what cigarette
6 you smoked?
7 A Old Gold.
8 Q Full-flavor, nonfiltered, filtered, do you
9 recall?
10 A I don't recall.
11 MR. PEET: I'd like to make a standing objection
12 to the use of the term "full flavor." I think it's
13 misleading.
14 MR. ROSENBERG: It's noted.
15 BY MR. ROSENBERG:
16 Q Do you understand, when I say -- when I say "full
17 flavor" -- what I mean when I say "full flavor"?
18 A Regular cigarette.
19 Q Yes. So you smoked an Old Gold of some sort.
20 Just one cigarette?
21 A I'm sure not.
22 Q Guys pass it around?
23 A Yeah.
24 Q Do you recall how you felt?
25 A Yeah, light-headed, but cool.

Page 27

1 Q Is that why you were smoking?
2 A Yeah, all your friends were.
3 Q And after smoking that first Old Gold, did you
4 smoke again soon thereafter?
5 A I'm sure.
6 Q Do you recall, did there come a time when you
7 became a regular smoker?
8 A Yes.
9 Q And when was that?
10 A That would have been probably later in high
11 school.
12 Q So when you were, like, 17 or 18?
13 A Yes.
14 Q And by "regular smoker," how many -- how many
15 cigarettes a day were you smoking?
16 A Guessing, probably 10 to 12.
17 Q And did you have a regular brand you were
18 smoking?
19 A When I first started buying them myself?
20 Q Yes.
21 A Marlboro Reds.
22 Q And why did you choose Marlboro Reds?
23 A Because they were cool. Everybody was smoking
24 them. Everybody wanted to be a cowboy.
25 Q Did you try any other brands during that time?

Page 28

1 A Initially, no.
2 Q And so you were 17, 18, and you were smoking 10
3 to 12 Marlboro Reds a day; is that right?
4 A Yes.
5 Q Did there come a time when you changed your
6 brand?
7 A Marlboro Reds at some point, yes.
8 Q And what was that point?
9 A What was that point?
10 Q Yeah.
11 A Early 20s.
12 Q And what did you change to at that point?
13 A Kool Milds.
14 Q Kool Milds, okay. Before you switched to Kool
15 Milds, were you still smoking around 10 to 12 cigarettes a
16 day, or had you increased or decreased the amount?
17 A I had increased.
18 Q To what?
19 A A pack a day.
20 Q And why did you increase to a pack a day?
21 A Addiction to nicotine.
22 Q And when you say "addiction to nicotine," why do
23 you think you were addicted to nicotine?
24 A Because the cigarettes are full of them.
25 Q Did you feel a craving for nicotine?

Page 29

1 A Yes.
2 Q Why did you switch to Kool Milds?
3 A I think I had gotten a cold or something, maybe
4 the flu or whatever, and the menthol seemed to be easier --
5 menthol, you know.
6 I can't really remember exactly what the reason
7 was, but I remember getting sick and something with the
8 menthol.
9 Q Did the menthol smoke taste differently than the
10 Marlboro Red smoke?
11 A Didn't taste different, but it was easier, it
12 seemed, I remember.
13 Q Did you have a preference as between the Kool
14 Mild smoke and the Marlboro Red smoke?
15 A Preference, no.
16 Q How long did you smoke Kool Milds?
17 A I don't think any more than a year.
18 Q And when you were smoking Kool Milds, how many
19 Kool Milds were you smoking?
20 A It was a pack a day.
21 Q Why did you choose Kool Milds as opposed to
22 regular Kools?
23 A Probably that's what friends were smoking.
24 Q Did you have an idea in your mind as to what the
25 word "Milds" meant in relation to Kools?

8 (Pages 26 to 29)

Page 30

1    A    No.
2    Q    Did you ever try a Kool?
3    A    Yes.
4    Q    When was that?
5    A    Same time frame.
6    Q    Did you -- was there a difference between how a
7  Kool tasted and a Kool Mild?
8    A    No.
9    Q    Was there a difference in the harshness as
10  between a Kool and a Kool Mild?
11   A    No.
12   Q    After about a year, did you then switch to a
13  different brand of cigarette?
14   A    Yes.  I think there was a Vantage.  Does that
15  sound right?
16   Q    There's a cigarette called Vantage?
17   A    There was a phase of that.
18   Q    And how long did you smoke Vantage?
19   A    Again, probably a year, no more than two.
20   Q    And during that year, that was the brand that
21  would be your regular brand?
22   A    Yes.
23   Q    Why did you choose Vantage?
24   A    I think my brother and sister might have been
25  smoking them at the time, and it was just a convenience

Page 31

1  thing.
2    Q    When you say "convenience," were you paying for
3  your own cigarettes?
4    A    Well, yes.  But I mean, you know, if you ran out
5  of a cigarette and needed to bum one, you know, family had
6  what you were smoking.
7    Q    Why would it make a difference that the family
8  had what you were smoking?
9    A    Don't know if it did.
10   Q    Did you know anything -- did you have any
11  understanding as to whether Vantage was a low-tar or
12  low-nicotine cigarette?
13   A    No.
14   Q    Did you have any idea in your mind as to whether
15  Vantage was a safer cigarette?
16   A    No.
17   Q    When you were smoking Vantage, how many
18  cigarettes a day were you smoking?
19   A    A pack.
20   Q    Did you smoke Vantage cigarettes any differently
21  than you smoked Kool Mild cigarettes?
22   A    I don't recall I did, no.
23   Q    Did you smoke Kool Mild cigarettes any different
24  than when you smoked Marlboro Red cigarettes?
25   A    I don't know.

Page 32

1    Q    Do you recall if you smoked Kool Mild cigarettes
2  more intensely?
3    A    I don't recall.
4    Q    Do you recall whether you took more puffs from a
5  Kool Milds than from a Marlboro Red?
6    A    No.
7    Q    Do you recall whether you smoked Kool Mild down
8  farther towards the filter than you did Marlboro Reds?
9    A    No.  I didn't smoke them long enough to --
10   Q    And same question as to Vantage as compared to
11  when you were smoking Marlboro Reds.  Do you recall any
12  differences in the way you were smoking Vantages as opposed
13  to Marlboro Reds?
14   A    No.
15   Q    After smoking Vantages for about a year -- so now
16  we're in your mid-20s, right?
17   A    Yep.
18   Q    And that means we're around 1982, '83,
19  thereabouts, am I right?  '92, '93?
20   A    Would have been '87, '88, something like that.
21   Q    Okay, '87, '88.  That's right.  You were born in
22  '65.  Did you switch to a different brand of cigarette?
23   A    Yes, sir.
24   Q    And what was that?
25   A    Marlboro Lights.

Page 33

1    Q    So this was around what year?
2    A    Mid-80s, mid to later '80s.
3    Q    And why did you switch to Marlboro Lights?
4    A    I remember seeing a low-tar, low-nicotine on the
5  pack or on an advertising.
6    Q    Why did that influence your choice?
7    A    Lower tar and lower nicotine made me think it was
8  a safer, less-addictive cigarette.
9    Q    And where did you get that understanding from?
10   A    I don't recall.  Just the perception of low-tar,
11  low-nicotine.  Everyone knows that tar and nicotine are the
12  bad portions of a cigarette or the addictive portions of a
13  cigarette.
14   Q    When you say "everyone knows," what's your basis
15  for saying "everyone knows"?
16   A    It wasn't the right word to use.
17   Q    Have you ever seen any announcement from the
18  American Cancer Society or American Heart Association,
19  organizations like that, dealing with tar and nicotine?
20   A    I don't recall, no.
21   Q    Did you ever see any announcements from any
22  government agencies dealing with tar and nicotine?
23   A    I don't recall, no.
24   Q    When you switched to Marlboro Lights, did you
25  continue to smoke about a pack a day, or did you change how

9 (Pages 30 to 33)

Page 34

1  many cigarettes you were smoking?
2      A    At first it was a pack a day, and then it
3  increased.
4      Q    When did it increase?
5      A    Within the next couple of years.
6      Q    To what did it increase?
7      A    More than a pack a day.
8      Q    How much more?
9      A    About ten packs a week.  It was ten packs.  I was
10 buying a carton a week.
11     Q    Did it stay at ten packs a week for any period of
12 time?
13     A    Up until about '05.
14     Q    What happened in '05?
15     A    I learned of this -- I learned of light
16 cigarettes not being the safer, less-addictive cigarette
17 they were -- I thought they were.
18     Q    And then what happened?
19     A    I started at that point to try to quit.
20     Q    How did you start to quit?
21     A    I gave them up the first time, done chew on the
22 rock, chew on the candy.
23     Q    When you say "the rock," what do you mean?
24     A    The rock was -- I called the smoker's hotline or
25 quit smoking hotline, and they send you a packet, and any

Page 35

1  time you have the urge to light up a cigarette, you suck on
2  a rock.
3      Q    Which smoker's hotline did you contact?
4      A    I'm not sure, but I'm thinking it was probably
5  the Maine, State of Maine.
6      Q    Do you recall when in 2005 this was?
7      A    No.
8      Q    How many times did you contact the smoker's
9  hotline?
10     A    Just the one.
11     Q    And how close in time to when you first heard
12 about this lawsuit did you call the smoker's hotline?
13     A    I don't -- I don't recall.
14     Q    When you say you started to try to quit, did you
15 actually quit for any period of time?
16     A    A couple times I had, yes.
17     Q    Okay.  When was the first time?
18     A    The first time was probably in '05.
19     Q    How did you quit?
20     A    Cold turkey.
21     Q    And when you say "cold turkey," you threw out
22 your cigarettes?
23     A    Yep.
24     Q    Throw out your ashtrays?
25     A    Yes.

Page 36

1      Q    How long did you go cold turkey?
2      A    No more than a week.
3      Q    Then what happened?
4      A    Picked up smoking again.
5      Q    What did you pick up to smoke?
6      A    Marlboro Light.
7      Q    And why did you choose to pick up Marlboro Light?
8      A    Because that's what I had been smoking at the
9  time.
10     Q    And how many cigarettes were you smoking a day
11 when you picked it up again after going cold turkey?
12     A    The first time, not more than eight or ten.
13     Q    And then what happened?
14     A    And then they increased.
15     Q    To what?
16     A    A pack, and then plus.
17     Q    And when you say "plus," again, around 10 packs a
18 week?
19     A    (The witness nodded.)
20     Q    How long were you smoking at that level before
21 you tried to quit again?
22     A    Months, six or seven, maybe eight.
23     Q    And then what happened?
24     A    Tried quitting cold turkey again.
25     Q    For how long?

Page 37

1      A    That time there was probably closer to a couple
2  of weeks.
3      Q    And then what happened?
4      A    Picked it up again.
5      Q    Went back to the same level?
6      A    Eventually, yes.
7      Q    Smoking Marlboro Lights?
8      A    Well, that one there, I don't think I came back
9  to Lights.
10     Q    What did you go back to?
11     A    I think I was buying Reds.
12     Q    For how long?
13     A    Probably a year.
14     Q    And then did you try to quit again?
15     A    Yes.  Quitting has been an ongoing problem with
16 me.
17     Q    And how long did you -- did you try to quit cold
18 turkey again?
19     A    Yes, probably did, yep.
20     Q    And how long did you go cold turkey?
21     A    Don't know.  I'm sorry.  I don't recall.
22     Q    And when was this?  This would have been over the
23 last -- this last quit attempt?  Let me strike.  Was this
24 the last time you tried to quit?
25     A    No.  I'm quitting all the time, actually.  It's

10 (Pages 34 to 37)

Page 38

1  just that when you're addicted to a cigarette, it's hard to
2  just put them down.
3     Q    After going cold turkey for a couple of weeks and
4  then coming back to Marlboro Reds for about a year, then
5  you'd go cold turkey, do you recall for how long?
6     A    I don't.
7     Q    But there came a time when you started to smoke
8  again?
9     A    Yes.
10    Q    And what brand did you return to?
11    A    Probably Reds.
12    Q    For how long?
13    A    Don't recall.  Again, you know, quitting has been
14  an ongoing thing since '05 for me, been off and on, off and
15  on.  Just can't get off of them.
16    Q    Can you -- I'm sorry.  Can you estimate how many
17  times you tried to go cold turkey in total?
18    A    Probably better part of a dozen.
19    Q    And do you recall the last time you tried to go
20  cold turkey?
21    A    Yeah, not too long ago.
22    Q    And what does that mean?
23    A    Within the last couple of months.
24    Q    And how long did you go cold turkey?
25    A    Again, probably a week.

Page 39

1     Q    And when you went back, what did you start to
2  smoke?
3     A    Reds.
4     Q    Now, I think you testified that this week you
5  bought the Lights.  How often have you bought Lights over
6  the last couple months?
7     A    A handful of times at most.
8     Q    You're okay to continue?
9     A    Yes.
10    Q    Good.  Have you ever tried an Ultralight
11  cigarette?
12    A    I'm sure I have.
13    Q    Do you recall how it tasted to you?
14    A    Tasted like smoke.
15    Q    Did you notice any difference in the smoke
16  between an Ultralight and the Light cigarette?
17    A    I don't recall, no.
18    Q    Do you recall any difference between the taste
19  of an Ultralight cigarette and a regular cigarette or
20  full-flavored cigarette like Marlboro Reds?
21    A    Taste-wise, no.
22    Q    How about in terms of how harsh or mild the smoke
23  is?
24    A    I don't think so.
25    Q    How many times did you try Ultralight?

Page 40

1     A    Not many.  Would be asking somebody for a
2  cigarette, and that was their brand.
3     Q    Do you recall whether these were Marlboro
4  Ultralights or some other brand of Ultralights?
5     A    Pretty sure they were Marlboro.
6     Q    Do you recall when you tasted Marlboro
7  Ultralights?
8     A    No.
9     Q    Other than the smoking of Kool Milds, have you
10  smoked any other mild -- any cigarette that had "Mild"
11  within its name?
12    A    No.
13    Q    And other than smoking the Kool Mild, have you
14  smoked any other menthol cigarettes?
15    A    No.
16    Q    And other than Old Gold, Marlboro Reds, Marlboro
17  Lights, Vantage, maybe Marlboro Ultralights, and Kool Milds,
18  have you smoked any other brand of cigarette?
19    A    I'm sure I have.
20    Q    Do you recall what other brand of cigarettes
21  you've tried?
22    A    Basic, Winston, you know, I mean, not that I ever
23  went and bought those cigarettes, but bumming, you know,
24  getting one from somebody who's a smoker, and I didn't have
25  one at that time.  I'm sure there was, you know --

Page 41

1     Q    So, just so I'm clear, other than Marlboro Reds,
2  Marlboro Lights, Kool Milds, and Vantage, do you recall ever
3  buying any other brand of cigarette?
4     A    Don't recall, no.
5     Q    So these other brands would have been your
6  bumming cigarettes off someone, that sort of thing?
7     A    Correct.  Yes.
8     Q    Now, prior to 2005, did you ever try to quit
9  smoking before?
10    A    I would like to think I had, yes.
11    Q    Well, whether you would like to think you had,
12  had you?
13    A    Don't recall.
14    Q    Is it fair to say that you don't recall any --
15  any serious attempt to quit smoking?
16    A    Yes, that would be fair.
17    Q    Why hadn't you made any serious attempt to quit
18  smoking prior to 2005?
19    A    Can't answer that.  Don't --
20    Q    You knew smoking was dangerous to your health?
21    A    Yes.
22    Q    And did you know smoking was dangerous to your
23  health when you were in high school when you first started
24  to smoke?
25    A    Yes.

11 (Pages 38 to 41)

Page 42

1  Q   Do you enjoy smoking?
2  A   No.  There was a time it was cool.
3  Q   Other than smoking because it was cool, did you
4  get any pleasure from smoking?
5  A   No.
6  Q   So I assume there was a time after which you
7  didn't think you were smoking to be cool?
8  A   Yes.
9  Q   And about when was that?
10  A   Probably late '80s.
11  Q   And at that point when you were continuing
12  smoking, why were you still smoking?
13  A   I was addicted to the nicotine.
14  Q   How did the nicotine make you feel?
15  A   Took the edge off.
16  Q   What does that mean?  What do you mean when you
17  say, "It took the edge off"?
18  A   I wasn't so moody, I guess, wasn't so irritable.
19  Q   Any other things?
20  A   No.
21  Q   Were there certain times of day that you were
22  more likely to smoke than other times of day?
23  A   Every morning.
24  Q   When you say "every morning," did you only smoke
25  in the morning?

Page 43

1  A   No.  I smoked all day long.
2  Q   And when you were a regular smoker, from the
3  point to when you were smoking a pack a day on, when was the
4  first time you would smoke a cigarette?
5  A   Shortly after getting up, with a cup of coffee.
6  Q   And then after that, when was the next cigarette,
7  typically, that you smoked?
8  A   Probably the ride in to work.
9  Q   And after that?
10  A   Periodically throughout the day.
11  Q   Did you smoke that first cigarette in the morning
12  any differently than you smoked other cigarettes?
13  A   Other than wanting -- well, no.  No.  I'll say
14  no.  They were all the same.
15  Q   And when you started to smoke Marlboro Light
16  cigarettes, did you smoke them any different than you smoked
17  the Vantage that you had smoked?
18  A   Yeah.  I'd have to say yes.
19  Q   And how so?
20  A   Smoking more of them, taking longer drags, deeper
21  puffs, I guess.
22  Q   And you remembered that at the time?
23  A   Eventually, yes.
24  Q   When you say "eventually," what do you mean?
25  A   At first, no.  As time went on, I was a

Page 44

1  pack-a-day smoker, and now all of a sudden I'm buying a
2  carton a week.
3  Q   How about the taking longer drags, did you -- do
4  you remember that at the time?
5  A   Yes.
6  Q   And did you understand you were getting in more
7  smoke?
8  A   Yes.
9  Q   And did you understand you were getting more bad
10  stuff, like tar, because you knew smoke had tar?
11  A   No.
12  Q   Why not?
13  A   Because the cigarettes were lower tar, lower
14  nicotine.  It said on the package, lower tar, lower
15  nicotine.
16  Q   Well, you understood that the tar and nicotine
17  were in the package, right?
18  A   Correct.
19  Q   And you understood you were taking in more smoke?
20  A   Okay, yeah.
21  Q   Other than the deeper puffs and the longer drags,
22  did you smoke Marlboro Lights any differently than you
23  smoked your previous cigarettes?
24  A   No, other than more of them.
25  Q   Did you hold the cigarettes the same way?

Page 45

1  A   Yes.
2  Q   And if you were smoking more of them, you knew
3  you were going to get more tar and more nicotine if you were
4  smoking more cigarettes, right?
5  A   Not necessarily more.  I was feeding my
6  addiction.  That's what I was doing.
7  Q   But you understood that if you smoked two
8  cigarettes, you're going to be getting more tar and nicotine
9  than if you smoked one cigarette, right?
10  A   That's a true statement.
11  Q   Would you ever smoke a cigarette regularly if --
12  if you didn't like the way it tasted?
13      MR. PEET:  Objection, speculative.
14      MR. ROSENBERG:  You can answer.
15  A   I guess I'm confused as to what you're asking.
16  BY MR. ROSENBERG:
17  Q   If there was a cigarette whose taste you didn't
18  like, would you still smoke it?
19  A   I don't like the taste of cigarettes, period.
20  Q   So you don't like the way cigarettes --
21  A   No.
22  Q   Did you ever taste a cigarette that you really
23  didn't like at all?
24  A   Every one, probably.
25  Q   But none worse than any other?

12 (Pages 42 to 45)

Page 46

1      A    I don't think so, no.
2      Q    I think you said you tried Basic cigarette.
3  That's a discounted brand, right?
4      A    Yes.
5      Q    Have you ever tried any other discount brands?
6      A    None I bought.
7      Q    Did you ever taste any difference in the way
8  discount brands taste as opposed to other cigarettes?
9      A    Not that I noticed.
10     Q    Did you ever talk with any smokers who talked
11 about tastes of cigarettes being different?
12     A    No.
13     Q    Does the cost of cigarettes ever factor into your
14 choice of a cigarette?
15     A    No.
16     Q    Would you rather buy something that's cheaper
17 than something that's more expensive if it's the same thing?
18     A    I wouldn't -- I'd rather not buy them at all.
19     Q    But if you're going to buy them, and if you have
20 two things of the same thing, and one is less expensive than
21 the other, would you rather buy the less expensive one?
22     A    I think everyone would.
23     Q    So if cigarettes didn't have any difference in
24 taste, so why didn't you buy discount brands as opposed
25 to premium brands?

Page 47

1      A    Don't know.
2      Q    Did you ever think about it?
3      A    I don't believe so.
4      Q    By the way, you never saw any difference in the
5  price between a Marlboro Red and a Marlboro Light
6  cigarette?
7      A    No.
8      Q    And as far as you saw, all the lights and regular
9  cigarettes of the same brand always were priced the same?
10     A    Yes.
11     Q    Did you think that you were getting a bargain
12 when you were buying the light cigarette for the same price
13 as the Marlboro Red?
14     A    A bargain how so?
15     Q    Meaning that the light cigarette was worth more,
16 and you wouldn't be paying more for it?
17     A    I don't think so.
18     Q    Would you have been willing to pay more for a
19 Marlboro Light than a Marlboro Red?
20     A    Probably not.
21     Q    Do you think Marlboro Lights were safer than all
22 other cigarettes?
23     A    All others how so?
24     Q    Filtered, nonfiltered, ultralights, other light
25 cigarettes.

Page 48

1      A    No.  I thought a light was a light.
2      Q    What does that mean?
3      A    A safer, healthier cigarette, less addictive.
4      Q    Than what?
5      A    Than a regular cigarette.
6      Q    Than all regular cigarettes?  Than all regular
7  cigarettes?
8      A    Yes.
9      Q    Than -- safer than an unfiltered cigarette?
10     A    Is that a regular cigarette?
11     Q    I --
12     A    I'd -- I'd have to say yes.
13     Q    Ever smoke an unfiltered cigarette?
14     A    I'm sure I have, Lucky Strike, probably, Pall
15 Mall, something like that back when we were kids.
16     Q    Do you recall how that tasted?
17     A    Pretty sure I got light-headed, dizzy.
18     Q    Do you recall if the taste was harsher than a
19 filtered cigarette?
20     A    No, I -- no.
21     Q    No, it wasn't?
22     A    No, I don't recall.
23     Q    Are you aware of anything called the FTC?
24     A    Federal Trade Commission?
25     Q    Very good.  So you are?

Page 49

1      A    Yes.
2      Q    Do you understand what the FTC has to do with
3  cigarettes, if anything?
4      A    Yes.
5      Q    And what's that?
6      A    The FTC is the jurisdiction that tested
7  cigarettes, I guess.
8      Q    And what were they testing it for?
9      A    How much tar and nicotine.
10     Q    And what's the basis for your understanding?
11     A    The basis for my understanding --
12        MR. PEET:  Objection, ambiguous.
13 BY MR. ROSENBERG:
14     Q    What's basically your understanding as to what
15 the FT -- that the FTC tests cigarettes for tar and
16 nicotine?  Where do you get that?
17     A    Oh, probably from my lawyer.  From my lawyer.
18     Q    And I don't want you to talk about anything the
19 lawyer told you.
20        Other than discussions with your lawyer, do you
21 have any understanding of what the FTC does vis-a-vis
22 cigarettes?
23     A    No.
24     Q    Did you ever see anything on cigarette
25 advertisements dealing with FTC numbers of tar and

13 (Pages 46 to 49)

Page 50

1  nicotine?
2     A   Don't recall seeing any, no.
3     Q   Had you heard of the FTC testing for tar and
4  nicotine prior to this litigation?
5     A   No.
6     Q   Did you have an understanding that the FTC gave
7  tar and nicotine ratings for cigarettes prior to this
8  litigation?
9     A   I don't believe so.
10    Q   Are you aware of any statement where Philip
11 Morris, in advertisements, in press releases, anyplace, said
12 expressly that low-tar cigarettes, such as Marlboro Lights,
13 were safer than other cigarettes?
14    A   Other than having Lights and low-tar and
15 low-nicotine on their cigarettes, no.
16    Q   Any doctor ever tell you that you should switch
17 to low-tar cigarettes?
18    A   I should switch to --
19    Q   -- low-tar cigarette.
20    A   No.
21    Q   Have you ever discussed your smoking with any
22 doctor?
23    A   No.
24    Q   Any doctor ever tell you to stop smoking?
25    A   I'm sure they all did.

Page 51

1     Q   Were doctors aware that you were smoking?
2     A   Yes.
3     Q   Were they aware what brands you were smoking?
4     A   That I couldn't be sure of.
5     Q   Did anyone suggest to you after this litigation
6  that you should switch brands?
7     A   No.
8     Q   Have you told anyone to switch brands?
9     A   Flat out told them, no.
10    Q   And when you say "flat out" tell them, did you
11 tell them anything about switching brands?
12    A   I've told some people somewhere along the line
13 that, you know, the Marlboro Lights aren't what you think
14 they are.
15    Q   And do you recall who you told that to?
16    A   No.  Who and what and when, no, I couldn't.
17        MR. ROSENBERG:  We've been going for about an
18 hour.  I think this is a good time for a break.
19        (Recess was taken.)
20 BY MR. ROSENBERG:
21    Q   Mr. Thibodeau, we're back on the record, okay?
22    A   Yes.
23    Q   Do you know when light cigarettes first came on
24 the market?
25    A   Exactly, no, but 70s maybe.

Page 52

1     Q   Why didn't you switch then when they first became
2  available?
3     A   Can't answer.  I don't know.  I mean, wasn't
4  aware, I guess.
5     Q   What weren't you aware of?
6     A   That they were on the market.  I was a
7  15-year-old kid.
8     Q   Well, it was sometime between when you were 15 in
9  1980.  And when you started smoking Light cigarettes --
10    A   Right.
11    Q   -- you became aware, right?
12    A   Right.  That would have been a little later than
13 that -- '87ish, something like that.
14    Q   But in '87 you didn't switch to Lights either,
15 right?
16    A   Yeah.  Wasn't it in '87?
17    Q   Is that when you switched to Lights?
18    A   Somewhere around there, late '80s, yeah.
19    Q   Did you investigate whether there were even lower
20 tar and nicotine cigarettes than Marlboro Lights?
21    A   Investigate how so, I guess?
22    Q   Look for them.  Look for them.
23    A   Look for them?
24    Q   Yeah.
25    A   I mean, I saw Marlboro Lights, low-tar,

Page 53

1  low-nicotine, I guess.
2     Q   Did you ever look to see if there were cigarettes
3  that were even lower in tar and nicotine than Marlboro
4  Lights?
5     A   No.
6     Q   How come?
7     A   Can't give a good answer.  Just, Marlboro Lights
8  was right there.  That was the brand of choice.
9     Q   Did you believe that the word "Lights" described
10 a particular level of tar and nicotine?
11    A   A particular level, no.
12    Q   And just to clear up something, were you aware of
13 all of tar and nicotine numbers at any time prior to this
14 litigation?
15    A   I don't believe so.  Not that I can recall.
16    Q   Were you aware of that tar levels would vary of
17 the cigarettes you smoked?
18    A   No.
19    Q   Did you ever see any advertisements that told you
20 that tar levels would vary?
21    A   No.
22    Q   If you saw an advertisement that said tar levels
23 would vary, would that give you information that you were
24 unaware of?
25        MR. PEET:  Objection, confusing.

14 (Pages 50 to 53)

Page 54

BY MR. ROSENBERG:
1  Q   You can answer.
3  A   Probably.
4      MR. ROSENBERG:  We'll get this marked.
5      (Exhibit 3 was marked for identification.)
6  BY MR. ROSENBERG:
7  Q   Mr. Thibodeau, I'm showing you a copy of an
8  advertisement from Marlboro.  Have you ever seen an
9  advertisement similar to those?
10 A   Yeah.
11 Q   I direct your attention to the language that
12 says -- to the right of the box where it says, 11mg tar,
13 .8mg nicotine, average per cigarette by FTC method, the
14 amount of tar and nicotine you inhale will vary depending on
15 how you smoke the cigarette.  Do you see that language?
16 A   Yes, I do.
17 Q   Have you ever read that -- have you ever seen an
18 ad that contained language like that before?
19 A   I don't recall seeing that.
20 Q   Looking at it now, does it tell you something
21 that you did not know before this litigation began?
22 A   Yeah.
23 Q   And had you seen that, would that have affected
24 whether or not you would have smoked Marlboro Lights?
25 A   I can't say one way or the other.

Page 55

1  Q   We talked a little bit about your smoking
2  patterns.  Do you smoke less or try to smoke less at work if
3  you're in a building where smoking is not permitted, for
4  example?
5  A   I try to smoke less all the time, actually,
6  but --
7  Q   Well, prior to this litigation.
8  A   Oh, prior?  Yeah.  Yes.
9  Q   Do you smoke less or try to smoke less when
10 you're around children?
11 A   Absolutely.
12 Q   And have you always done that --
13 A   Yes.
14 Q   -- as an adult?
15 A   Yes, sir.
16 Q   Same thing with when you're around pregnant
17 women?
18 A   Absolutely.
19 Q   Now, we know there's situations where you stopped
20 yourself from smoking because you're around children or
21 around pregnant women.  How do you feel?  Do you have a
22 nicotine craving?
23 A   The way you're wording the question, yeah, I
24 mean, eventually you would have a craving, but I don't know
25 if I ever stopped myself from smoking around, you know -- I

Page 56

1  mean, around the individuals, yes, but to actually say I
2  stopped, I probably went outside or went to the garage.  You
3  know what I mean?  Just got out of the presence of children
4  or, you know, pregnant women.
5  Q   When you have periods of time when you have no
6  restraints on how many cigarettes you can smoke, is your
7  smoking patterns any different?
8  A   Different than?
9  Q   When you're in situations where you've been
10 restraining from smoking.
11 A   I'm sure they are.
12 Q   And how so?
13 A   If you're able to light up whenever you want,
14 when you get the urge, the craving, whatever it is that, you
15 know, instigates you to light up that cigarette.
16 Q   So do you smoke more or less when you're free of
17 restraints?
18 A   I would have to say more.
19 Q   Do you know how much more you smoke?
20 A   I couldn't put a number on it, no.
21 Q   When you switched to a light cigarette, did you
22 feel any difference in the smoke on your throat?
23 A   No.
24 Q   If you're smoking a cigarette -- if you're
25 smoking Marlboro Lights and someone gives you a Marlboro

Page 57

1  Reds, can you tell the difference between the two from the
2  taste?
3  A   There is no -- no.  No, there is no difference in
4  taste.
5  Q   And I think I asked you this, but just to make
6  sure.  When you started to smoke Marlboro Lights, you didn't
7  change the way you held the cigarette; is that right?
8  A   That's correct.
9  Q   Did you change the way you held it in your mouth?
10 A   I don't think so.
11 Q   Would you mind showing me how you hold a
12 cigarette?  I'm not going to give you a real cigarette
13 because I know you're trying to stop, but I could give you
14 this artificial cigarette.  Would you just show me how you
15 hold a cigarette?
16 A   Absolutely.
17 Q   It's been hermetically sealed, as Ed McMahon used
18 to say.  Here you go.  You can take that out.  If you can
19 just show it to the photographer.
20     MR. ROSENBERG:  Can you see that?
21 BY MR. ROSENBERG:
22 Q   Thank you.  Do you mind putting it in your mouth
23 just to show how you puff on it?  Okay, thank you.
24     Do you know how much tar and nicotine you
25 actually get from a Marlboro Light as compared to other

15 (Pages 54 to 57)

Page 58

1  cigarettes?
2      A    No.
3      Q    Do you know for a fact that you were not getting
4  less tar and nicotine from Marlboro Lights as compared to
5  other cigarettes?
6      A    Do I know for a fact?
7      Q    Yes.
8      A    That I was not getting less?
9      Q    Yeah.
10     A    I do now.
11     Q    And what's your basis now?
12     A    Documents from your client that my lawyers have
13  shown me.
14     Q    What documents are those?
15     A    There was a document that said that in actuality
16  I was actually getting -- I was compensating to get more tar
17  and nicotine, more cancer-causing agents, than an actual
18  regular cigarette.
19     Q    When did you -- what document -- do you know what
20  document that is?
21     A    Thinking it's a judicial document.  A court had
22  ruled that the FTC -- the FTC smoking machine was actually
23  not giving an accurate tar and nicotine level ingestion,
24  that the compensation for the smoker -- the everyday smoker
25  would actually compensate more to take bigger puffs, longer

Page 59

1  puffs, smoke more cigarettes and, in actuality, the light
2  cigarette actually became -- gave you more tar and nicotine
3  than an actual regular cigarette.
4      Q    And when did you see that judicial document?
5      A    When did I see it?
6      Q    Yep.
7      A    I couldn't tell you exactly when, but it would
8  have been in the last -- since we filed the complaint, and
9  it was actually brought to my attention yesterday afternoon.
10     Q    Okay.  Before I asked you if you had looked at
11  any other documents, and I don't think you mentioned a
12  judicial document.
13         So there was another document that you looked at
14  in addition to the complaints?
15         MR. PEET:  He said that when he looked at the
16     judicial ruling, that was not yesterday.  That was
17     prior.
18         MR. ROSENBERG:  I thought he just said yesterday,
19     but I'll let you clear it up.  I don't want the record
20     to be slop.
21     A    It was brought to my attention yesterday.  I had
22  seen it before.
23  BY MR. ROSENBERG:
24     Q    I see.  Under what circumstances have you seen it
25  before?

Page 60

1      A    I'm sure my lawyer had shown it to me.
2      Q    Other than that document, what other documents
3  have you seen, other than the complaints and the judicial
4  document?
5      A    I couldn't recall.  There was many of them.  The
6  legal aspect has basically been handed over to my attorney.
7      Q    And other than the judicial document, do you have
8  any reason to believe that you individually, in fact, got --
9  did not get lower tar and nicotine from Marlboro Lights than
10  any other cigarettes?
11     A    Yeah.
12     Q    And what's that?
13     A    Why is that?
14     Q    Yeah.
15     A    Just the way I smoke the cigarette.
16     Q    Are there times during the day that you smoke
17  cigarettes differently than you smoke at other times during
18  the day?
19     A    No.
20     Q    So you always smoke the cigarettes the same way?
21     A    Yes.
22     Q    In terms of the intensity of the puffs and the
23  length of the drags, all of those things?
24     A    No.  When you put it like that, probably not.
25     Q    Okay.  What differences are there and under what

Page 61

1  circumstances?
2      A    There's, you know, you're going into a shopping
3  mall, say, and you get out of your car, and you light up a
4  cigarette, and you take three or four quick drags and, you
5  know, obviously can't smoke in the mall, so you get that
6  nicotine fill -- that urge out of your system a little bit,
7  and in the mall you go.
8         So I'm sure, you know, in instances like that,
9  that I probably, as you say, hit harder.
10     Q    And did you do that when you used to smoke
11  Marlboro Reds?
12     A    Yes, I'm sure.
13     Q    And when you used to smoke Vantage?
14     A    I'm sure.
15     Q    And you did that because you wanted to get more
16  nicotine?
17     A    Not because I wanted to get more nicotine.
18  Because I was feeding the addiction.  You know what I mean?
19     Q    When I say "wanted," you did that in order to get
20  more nicotine?
21     A    I would have to assume that would have been the
22  reason, yeah.
23     Q    Are you aware that the complaint alleges that
24  Marlboro Lights are -- are more hazardous than other
25  cigarettes?

16 (Pages 58 to 61)

Page 62

1    A    Yes.
2    Q    And what's your understanding of that allegation?
3    A    Again, the way the average smoker compensates for
4    the -- for the way you smoke the cigarette.
5    Q    How does that make it more dangerous?
6    A    Well, you're taking, again, longer puffs, more of
7    them, smoking more cigarettes.  And actually, I believe I
8    saw it actually has more cancer-causing agents than a
9    regular cigarette.  To the exact term, I --
10   Q    If I used the term "mutagenic," does that --
11   A    That rings a bell.
12   Q    -- ring a bell?  And do you have an understanding
13   what "mutagenic" means?
14   A    Other than being more cancer-causing, no.
15   Q    So do you believe that Marlboro Lights is a more
16   dangerous cigarette than other cigarettes -- if it's
17   Marlboro Reds?
18   A    Compared to a Marlboro Red, yeah.
19   Q    Do you think it's more dangerous than all other
20   cigarettes?
21   A    I couldn't make that call.
22   Q    If you think it's more dangerous than Marlboro
23   Reds, why do you still smoke them from time to time?
24   A    Again, it's creature of habit.  It's not that I
25   choose to.  It's just the addiction that I'm trying to get

Page 63

1    -- you know, I'm trying to quit.
2    Q    You're not -- I'm sorry.  You're not addicted to
3    Marlboro Lights?  You're addicted to nicotine, you said,
4    right?
5    A    Okay.
6    Q    Am I right?
7    A    That's probably an accurate statement, yes.
8    Q    I think you testified that you have bought
9    cigarettes by the carton.  Is that your regular way of
10   purchasing?
11   A    No.  Well, at the time --
12   Q    When you were doing 10 packs a week, you do it by
13   the carton?
14   A    At the time, yes, because they weren't --
15   Q    Are carton price -- buying by the carton less
16   expensive way to buy cigarettes?
17   A    Yes, more convenient.
18   Q    Do you have receipts for your purchases of
19   Marlboro Lights?
20   A    I do not.
21   Q    Do you know how much you've spent on Marlboro
22   Lights over the years?
23   A    I do not.
24   Q    I assume you bought cigarettes in Maine?
25   A    Yes, sir.

Page 64

1    Q    You bought Marlboro Lights in Maine?
2    A    Yes, sir.
3    Q    You've brought Marlboro Lights in Florida?
4    A    Yes, sir.
5    Q    Have you bought Marlboro Lights in any other
6    states?
7    A    I'm sure, yes, sir.
8    Q    Let me run through a few, and you can tell me.
9    A    Okay.
10   Q    Arkansas?
11   A    No, sir.
12   Q    California?
13   A    No, sir.
14   Q    Colorado?
15   A    No, sir.
16   Q    Delaware?
17   A    Not sure.  I've been through -- I've been through
18   Delaware, but I couldn't exactly say yes or no.
19   Q    District of Columbia, which isn't a state, but
20   they like to be sometimes?
21   A    Again, been there, but I couldn't actually say
22   yes or no.
23   Q    Florida we've talked about.  Illinois?
24   A    No, sir.
25   Q    Kansas?

Page 65

1    A    No, sir.
2    Q    Louisiana?
3    A    Yes, sir.
4    Q    Massachusetts?
5    A    Yes, sir.
6    Q    Minnesota?
7    A    No, sir.  Yes, sir.
8    Q    When were you in Minnesota?
9    A    I would have been in Minnesota back when I was a
10   salesman, so that would have been late '80s, early '90s,
11   something like that.
12   Q    How long were you there for?
13   A    Just a couple of weeks.
14   Q    And during that time you believe you bought
15   Marlboro Lights?
16   A    I would have to say yes.
17   Q    Mississippi?
18   A    Yes.
19   Q    Missouri?
20   A    No.
21   Q    New Hampshire?
22   A    Yes.
23   Q    New Jersey?
24   A    Again, couldn't say yes or no.
25   Q    New Mexico?

17 (Pages 62 to 65)

Page 66

1    A    No.
2    Q    New York?
3    A    Yes.
4    Q    Ohio?
5    A    Yes.
6    Q    Oregon?
7    A    No.
8    Q    Pennsylvania?
9    A    Yes.
10   Q    South Carolina?
11   A    Couldn't say either way.
12   Q    Tennessee?
13   A    No.
14   Q    Texas?
15   A    No.
16   Q    Washington State?
17   A    State, no.
18   Q    West Virginia?
19   A    Yes.
20   Q    Wisconsin?
21   A    No.
22   Q    Have you ever bought cigarettes over the
23   Internet?
24   A    No, not that I -- I'm not going to say
25   100 percent no, but I don't -- I don't remember buying any.

Page 67

1    Q    By the way, you've testified that you believe
2    you're addicted.  When did you first believe that you were
3    addicted to smoking -- to nicotine, I think you said?
4    A    I'd have to imagine sometime during the time I
5    was smoking 10 packs a week.
6    Q    Up until that time, you didn't think you were
7    addicted?
8    A    No.  Like anybody, you think you -- you know, you
9    think you can do anything you want when you're that young.
10   Q    And I'm trying to remember if you said what year
11   you started to smoke 10 packs a week.  It was after you
12   switched to Marlboro Lights, right?
13   A    Correct.  Would have been after the late '80s.
14   Q    Prior to that time did you understand that
15   smoking was addictive?
16   A    Can't be sure.
17   Q    Now, have you ever seen warnings on the packs of
18   cigarettes?
19   A    Yeah.  Surgeon general warnings?
20   Q    Surgeon general warnings.
21   A    Yes, sir.
22   Q    Are you aware as to whether there are any
23   differences in the warnings as between the warnings on
24   Marlboro Reds, for example, and the warnings on Marlboro
25   Lights?

Page 68

1    A    I'm not aware of any.
2    Q    I mean, is it your understanding that the
3    warnings are the same?
4    A    Yes.
5    Q    And the warnings include smoking causes lung
6    cancer, heart disease, emphysema, and may complicate
7    pregnancy.  You've seen warnings like that?
8    A    Yes.  Yes.
9    Q    And those warnings have been on the packs, as far
10   as you can remember, since you were smoking at least in the
11   mid-80s?
12   A    Since I started buying them, yes.
13   Q    And you believed those warnings, I assume?
14   A    I don't think I ever gave it a second thought.
15   Q    Did you disbelieve the warnings?  I think you
16   testified before that you understood that smoking could
17   cause cancer --
18   A    Yes.
19   Q    -- and other diseases, right?
20   A    Yes.
21   Q    Did you ever go to the Philip Morris USA website?
22   A    I can't be sure.
23   Q    You were smoking, in around November of 2002,
24   Marlboro Lights, right?
25   A    Yes.

Page 69

1    Q    Do you recall seeing an additional piece of paper
2    that was attached to the cigarette packages underneath the
3    cellophane during that time?
4    A    I couldn't recall.
5         MR. ROSENBERG:  Let me see if I can help you out.
6         (Exhibit 4 was marked for identification.)
7    BY MR. ROSENBERG:
8    Q    I'm showing you what's been marked as Exhibit 4,
9    and it's on a piece of paper 8X11.  I will represent that it
10   is a copy of a piece of paper that was only about an inch or
11   so wide and about five or six inches long.
12        And if you look at the second page you'll see
13   what the writing was on it that said there is no such thing
14   as a safe cigarette.  The terms "Ultralight, Light, Medium"
15   and "Mild" are used as descriptors of the strength of taste
16   and flavor.  These terms, as well as "low-tar" or "lowered
17   tar and nicotine" also serve as a relative indication of the
18   average tar and nicotine yield per cigarette as measured by
19   standard government test method.
20        It goes on to say that tar and nicotine yield
21   numbers are not meant to communicate the amount of tar and
22   nicotine actually inhaled by any smokers as individuals do
23   not smoke like the machine used in the government test
24   method.  The amount of tar and nicotine you inhale will be
25   higher than the stated tar and nicotine yield numbers, if,

18 (Pages 66 to 69)



Page 70

1  for example, you block ventilation holes, inhale deeply,
2  take more puffs, or smoke more cigarettes. Similarly, if
3  you smoke brands with descriptors such as "Ultralight,
4  Light, Medium" or "Mild," you may not inhale less tar and
5  nicotine than you would from other brands. It depends on
6  how you smoke.
7       Finally, it says, you should not assume that
8  cigarette brands using descriptors like "Ultralight, Light,
9  Medium" or "Mild" are less harmful than full-flavored
10  cigarette brands or that smoking such cigarette brands will
11  help you quit smoking. If you are concerned about the
12  health effects of smoking, you should quit. For more
13  information about the numbers, brand descriptors or quitting
14  smoking please go to www.pmusa.com or call, and the
15  telephone number. Do you recall reading that?
16      A   I don't recall, no.
17      Q   Does that tell you anything that you did not know
18  prior to 2005?
19          MR. PEET: Objection, confusing.
20      A   I mean, other than, you know, no -- I don't know,
21  really. The question, again, was?
22  BY MR. ROSENBERG:
23      Q   Prior to 2005 --
24      A   Right.
25      Q   -- does that -- did you have the information that

Page 71

1  was -- that I just read to you?
2      A   No.
3      Q   What information did you not know prior to 2005
4  that's on Exhibit 4?
5      A   Pretty much all of it.
6      Q   And had you had that information prior to 2005,
7  would that have changed whether you smoked Marlboro Lights?
8      A   I'm not sure.
9      Q   Did you ever see a tear tape around a cigarette
10  package, like, Marlboro Lights have had writing on it?
11      A   Had I ever seen one?
12      Q   Have you ever seen it?
13      A   I have.
14      Q   Do you ever read the tear tape?
15      A   I have.
16      Q   What do you remember reading?
17      A   I remember reading just recently on cigarettes
18  that the term "Light" -- I'd be paraphrasing. The term
19  "Light" is not a safe cigarette, and that's about -- it was
20  just ironic that I happened to read it in, say, the last six
21  or eight months on a pack of cigarettes.
22      Q   By the way, when you say that that what was written on
23  the on-cert may have made a difference, do you mean it may
24  have made you stop smoking Lights?
25      A   I can't say one way or the other. I mean, at the

Page 72

1  time I don't know how I would have --
2          MR. LOVELACE: Is that the actual size of the
3  print? Is that -- is this representative of the --
4          MR. ROSENBERG: I think so. Actually, I
5  shouldn't even say that because I'm not sure. It's
6  about the same size of the paper, if you cut it down.
7          MR. PEET: Was it in every cigarette pack?
8          MR. ROSENBERG: I will represent that it was --
9  at certain times of year from 2002 forward, it was
10  placed in every cigarette pack, I'm pretty sure. I
11  don't want to go beyond what I know, but there were
12  certain times of year that that was put out for several
13  weeks at a time.
14          MR. PEET: Okay.
15          MR. ROSENBERG: And that continued. And just for
16  the record, why don't we have marked --
17          MR. LOVELACE: Have you got an original of this?
18          MR. ROSENBERG: Not with me.
19          MR. LOVELACE: Okay.
20          MR. ROSENBERG: But I will give you -- because
21  I'll be marking three other similar exhibits that the
22  language has slightly changed from year to year on the
23  on-certs. And why don't we have this marked as
24  Exhibit 5.
25          (Exhibit 5 was marked for identification.)

Page 73

1
2          MR. ROSENBERG: This as Exhibit 6, and this as
3  Exhibit 7.
4          (Exhibit 6 was marked for identification.)
5          (Exhibit 7 was marked for identification.)
6          MR. ROSENBERG: Here, I'll give you another
7  copy.
8  BY MR. ROSENBERG:
9      Q   Okay. I'm showing you what I've now marked as
10  Exhibits 5, 6 and 7, and I'll represent that Exhibit 5 was
11  the on-cert from 2003, Exhibit 6, the on-cert from 2004, and
12  Exhibit 7, the on-cert from 2005.
13          I'll ask you if you recall ever seeing an on-cert
14  on any of the packs of cigarettes that you bought?
15      A   I don't recall seeing these.
16      Q   Do you ever recall seeing a piece of paper that
17  was stuck in the cigarette pack at all that you didn't
18  bother to read?
19      A   Other than coupons.
20      Q   Do you think that there should be additional
21  warnings on low-tar cigarettes?
22      A   I don't know that they should advertise a low-tar
23  nicotine cigarette, period.
24      Q   Would you rather there be no low-tar cigarettes
25  at all in the market?

19 (Pages 70 to 73)

Page 74

1    A    Yes, I would rather there wouldn't be any.
2    Q    By the way, what newspapers were you reading
3  regularly in the 1980s; do you recall?
4    A    Regularly?  I don't know if I actually regularly
5  read the newspaper being a kid, but probably the Bangor
6  Daily News.
7    Q    And how many times a week would you read that?
8    A    At a minimum, it would have been on Saturdays.
9  I'm sure I picked up -- everybody picks up the weekend
10  paper.
11    Q    How about as you got to be an adult, say, from
12  mid-80s on?
13    A    When I was in Portland, probably the Press Herald
14  -- Portland Press.
15    Q    Would you read that daily?
16    A    No, I don't believe I've read any of the
17  newspapers daily.
18    Q    How about in the 90s?  Did you read any newspaper
19  daily?
20    A    Daily, no.  A couple times a week, maybe.
21    Q    How about magazines?  Do you read any magazines
22  regularly?
23    A    Not that I can recall, no.
24    Q    Do you watch television regularly?
25    A    Absolutely.

Page 75

1    Q    What do you generally like to watch?
2    A    Sports.
3    Q    Do you watch any TV news programs regularly?
4    A    Regularly, no, but stay informed or up to date, I
5  guess, which is the difference.
6    Q    Did you ever see any newspaper articles about the
7  risks of smoking?
8    A    Can't say yes.  Can't say no.  I mean, I'm not
9  sure.
10    Q    Have you ever seen any newspaper articles about
11  specifically the risks of low-tar cigarettes?
12    A    Not that I can recall.
13    Q    Ever hear any news stories about the risks of
14  low-tar cigarettes?
15    A    Not that I can recall, no.
16    Q    What are you asking for in this lawsuit; do you
17  know?
18    A    A refund on the purchase of the Light
19  cigarettes that I bought in the State of Maine for the
20  class, I guess.
21    Q    Are you seeking a refund for the cigarettes you
22  purchased while living elsewhere than Maine?
23    A    No, sir.
24    Q    Are you seeking -- have you ever bought
25  cigarettes from duty-free stores?

Page 76

1    A    I couldn't say one way or the other.  Not sure.
2    Q    Are you seeking a refund for cigarettes that you
3  bought when you were traveling through any other states?
4    A    No, sir.
5    Q    You smoked the cigarettes that you're looking for
6  a refund on, right?
7    A    Yes, sir.
8    Q    Have you been harmed by smoking, as far as you
9  know?
10    A    I'm sure I have.
11    Q    And how so?
12    A    Putting smoke -- putting smoke in your lungs is
13  not a healthy -- it's not a healthy act, so I'm sure I was
14  harmed in that manner.
15    Q    Have you been diagnosed with any smoking-related
16  disease?
17    A    No, sir.
18    Q    Are you claiming that you have an increased risk
19  of disease in this lawsuit?
20    A    No, sir.
21    Q    Are you making a claim for medical monitoring of
22  any kind?
23    A    No, sir.
24    Q    Are you giving up the claim for medical
25  monitoring, as far as you know?

Page 77

1    A    I can't be sure.
2    Q    Do you know if you're giving up any claim for
3  personal injuries against Philip Morris?
4    A    I can't be sure.  Well, no.  I am, yes.  I do
5  know that.
6    Q    And how do you know that?
7    A    It's in the complaint.
8    Q    Do you know if you're giving up a claim for
9  future personal injuries against Philip Morris?
10    A    Can't be sure.
11    Q    Now, you know this is a class action, right?
12    A    Yes.
13    Q    What's your understanding of what a class action
14  means?
15    A    A class action is the class of people -- group of
16  people that were affected by the complaint.
17    Q    And you understand that you're a class
18  representative, right?
19    A    Yes, sir.
20    Q    Do you know if you have any duties as a class
21  representative?
22    A    Yes, sir.
23    Q    And what are those duties?
24    A    To show up like today at depositions, to assist
25  the attorneys, and to represent the class fairly.

20 (Pages 74 to 77)

Page 78

1    Q    And when you say "assist the attorneys," what
2  does that mean?
3    A    Answer questions, you know, show -- again, show
4  up to depositions like this, give my testimony, you know,
5  stuff -- stuff like that, I guess.
6    Q    And when you say "represent the class fairly,"
7  what does that mean?
8    A    Make sure we all get what -- that everybody in
9  the class is fairly represented.
10    Q    You know other people who smoke low-tar
11  cigarettes, right?
12    A    Yes.
13    Q    Have you told them to stop smoking low-tar
14  cigarettes?
15    A    Not sure I told them to stop.
16    Q    And I think you've talked about the first
17  conversation you had with Stephanie Good.
18        Have you had any other conversations with her
19  about this lawsuit since that first time?
20    A    Not that I recall, no.
21    Q    Now, there's another person in this lawsuit named
22  Lori Spellman.  Do you know her?
23    A    Not personally, no, I do not.  I know who she is,
24  and I -- I'm not even sure I could pick her out in a crowd.
25    Q    Has any member of the class contacted you, as far

Page 79

1  as you know, about this lawsuit?
2    A    No.
3    Q    You're not currently married, right?  I think you
4  said you have a fiancee, Lori Levasseur?
5    A    Yes, sir.
6    Q    Have you ever been married?
7    A    Yes, sir.
8    Q    How many times?
9    A    Once.
10    Q    And what was your ex-wife's name?
11    A    Mary Belanger.
12    Q    Can you spell that, please?
13    A    B-e-l-a-n-g-e-r.
14    Q    And how did the marriage end?
15    A    In divorce.
16    Q    When were you married, and when were you
17  divorced?
18    A    Married in -- that's sad -- '87, and divorced in
19  '97.
20    Q    Do you know your ex-wife's current address?
21    A    Hampden, Maine.
22    Q    Was she a smoker while you were married to her?
23    A    No.
24    Q    Do you have any children?
25    A    Two.

Page 80

1    Q    And how old are they?
2    A    Sixteen and fourteen.
3    Q    Either of them smoke?
4    A    No.
5    Q    Have you ever been a party to any other lawsuit?
6    A    No, not that I recall.
7    Q    Have you ever been arrested?
8    A    Yes.
9    Q    For what and when?
10    A    Operating under the influence in '97 or eight.
11    Q    Other than that?
12    A    Not that I recall, no, sir.
13    Q    And were you convicted?
14    A    Pled guilty.
15    Q    Ever been a representative in a class action
16  other than this suit?
17    A    No, sir.
18    Q    Ever filed a Workers' Comp case?
19    A    Don't recall, no, sir.
20    Q    Ever filed for bankruptcy?
21    A    Yes, sir.
22    Q    How many times?
23    A    Once.
24    Q    When?
25    A    That would have been -- I'm thinking it was '98.

Page 81

1    Q    And your debts were discharged?
2    A    Yes, sir.
3    Q    Up in Maine?
4    A    Yes, sir.
5        MR. ROSENBERG:  Why don't we take a short break,
6  and I think I'm just about done.
7        (Recess was taken.)
8  BY MR. ROSENBERG:
9    Q    Mr. Thibodeau, just a couple more questions.  Had
10  you ever seen any ads for Vantage cigarettes before you
11  switched to them?
12    A    Not that I recall, no, sir.
13    Q    And did you have any idea as to whether they were
14  low-tar or regular cigarettes?
15    A    No, sir.
16    Q    When you switched to Marlboro Lights, did you
17  make any other changes in your lifestyle in terms of
18  starting to jog, dieting, anything like that?
19    A    Not that I recall, no, sir.
20    Q    And the word "Lights" itself, does it have --
21  what does the word "Lights" itself mean to you?
22    A    Less addictive.
23    Q    Anything else?
24    A    Safer.
25    Q    Anything else?

21 (Pages 78 to 81)

Page 82

```
 1      A    Be about it.
 2      Q    The cost of this lawsuit, are you paying the cost
 3   of this lawsuit?
 4      A    That's worked out between me and my attorney.
 5      Q    Meaning you are or you aren't paying the cost of
 6   this lawsuit?
 7           MR. LOVELACE:  I don't think we have to disclose
 8   the terms of our agreement with you.
 9           MR. ROSENBERG:  Just for the record, are you
10   directing him not to answer that question?
11           MR. LOVELACE:  Yes.  Thank you.
12           MR. ROSENBERG:  I have no further questions.
13   Thank you very much.
14           THE WITNESS:  Thank you, sir.
15           MR. ROSENBERG:  Do you have anything?
16           MR. PEET:  No.
17           (Whereupon, the deposition was concluded at
18   11 a.m.)
19
20
21
22
23
24
25
```

Page 84

CERTIFICATE OF REPORTER

```
 1
 2
 3   STATE OF FLORIDA   )
 4   COUNTY OF ESCAMBIA )
 5
 6           I, Gina Hawkins, Registered Professional
 7   Reporter, certify that I was authorized to and did
 8   stenographically report the foregoing deposition; and that
 9   the transcript is a true record of the testimony given by
10   the witness; that the witness did not waive reading and
11   signing.
12           I further certify that I am not a relative,
13   employee, attorney, or counsel of any of the parties, nor am
14   I a relative or employee of any of the parties' attorney or
15   counsel connected with the action, nor am I financially
16   interested in this action.
17
18           _____
19           Gina Hawkins
             Registered Professional Reporter
20
21
22
23
24
25
```

Page 83

CERTIFICATE OF OATH

```
 1
 2
 3   STATE OF FLORIDA   )
 4   COUNTY OF ESCAMBIA )
 5
 6           I, Gina Hawkins, Registered Professional
 7   Reporter, hereby certify that ALLAIN L. THIBODEAU personally
 8   appeared before me this 10th day of December, 2009, and was
 9   duly sworn.
10           WITNESS my hand and official seal this 11th day
11   of December, 2009.
12
13           _____
14           Gina Hawkins
             Registered Professional Reporter
15
16
17
18
19
20
21
22
23
24
25
```

Page 85

C E R T I F I C A T E

```
 1
 2           I, ALLAIN L. THIBODEAU, do hereby certify
 3   that I have read the foregoing transcript of my
 4   testimony, and further certify that it is a true and
 5   accurate record of my testimony (with the exception
 6   of the corrections listed below):
 7   Page  Line           Correction
 8
 9
10
11
12
13
14
15
16
17
18
19
20
     _____
21   ALLAIN L. THIBODEAU
22   Subscribed and sworn to before me
23   this _____ day of _____, 2009.
24
     _____   _____
25   (Notary Public)      My Commission Expires:
```

22 (Pages 82 to 85)