# Exhibit 3

Page 1

```
 1                 UNITED STATES DISTRICT COURT
 2                      DISTRICT OF MAINE
      ——————————————————————————————————————————
 3                                              )
      IN RE: LIGHT CIGARETTES MARKETING         ) MDL DOCKET NO.
 4    AND SALES PRACTICES LITIGATION            ) 1-09-MD-2068
      ——————————————————————————————————————————)
 5                                              )
      THIS DOCUMENT RELATES TO:                 ) Case No.:
 6                                              ) 05-00127-B-W
      STEPHANIE GOOD, LORI A. SPELLMAN, and     )
 7    ALLAIN L. THIBODEAU, individually         )
      and on behalf of all others              )
 8    similarly situated,                       )
                        Plaintiff,              )
 9                                              )
          vs.                                   )
10                                              )
      PHILIP MORRIS USA, INC., a Virginia       )
11    Corporation, and ALTRIA GROUP, INC.,      )
      a Virginia Corporation,                   )
12                      Defendants.             )
      ——————————————————————————————————————————)
13

14    DEPOSITION of LORI A. SPELLMAN, taken pursuant to notice
      before Christine Fraga Thornton, a Notary Public in and for
      the State of Maine, at the offices of Lanham Blackwell,
15    Bangor, Maine, on Wednesday, December 9, 2009, beginning at
      9:02 a.m.
16
      Appearances:
17
      For the Plaintiffs:       Samuel W. Lanham, Jr., Esq.
18                              LANHAM BLACKWELL, P.A.
                                470 Evergreen Woods
19                              Bangor, ME 04401
20
      For the Defendants:       Judith Bernstein-Gaeta, Esq.
21                              ARNOLD & PORTER
                                555 Twelfth Street, N.W.
22                              Washington, D.C. 20004
23
      Also present:             Cindy Spencer, videographer
24
                          Christine Fraga Thornton
25                     Registered Diplomate Reporter
```

Page 2

INDEX
EXAMINATION

Witness Name                                    Page

LORI A. SPELLMAN

    Direct By Ms. Bernstein-Gaeta ..................... 4

EXHIBITS

Exhibit   Description                              Marked

Exh. 1    Database form ........................... 51
Exh. 2    Form dated 9-21-02 ...................... 58
Exh. 3    Tammy Boulier survey ................... 59
Exh. 4    First Amended Complaint ................ 62
Exh. 5    Photograph of prop ..................... 84
Exh. 5A   Prop cigarette ......................... 85
Exh. 6    Second Amended Complaint ............... 113
Exh. 7    Advertisement .......................... 118

---

Page 3

1       VIDEOGRAPHER:  Good morning.  We're on the
2   record.  My name is Cindy Spencer of Video Services
3   Unlimited, representing Veritext of New York.  Today is
4   the 9th day of December 2009.  The time is
5   approximately 9:03.  This deposition is being held at
6   the offices of Lanham and Blackwell, located at 470
7   Evergreen Woods in Bangor, Maine.
8          The caption of this case is, In Re:  Light
9   Cigarettes Marketing and Sales Practices Litigation,
10  Stephanie Good, Lori A. Spellman, and Allain L.
11  Thibodeau, individually, and on behalf of others
12  similarly situated, versus Philip Morris USA,
13  Incorporated, a Virginia corporation, and Altria Group,
14  Incorporated, a Virginia corporation.
15         This is a case in the U.S. District Court,
16  District of Maine, Case No. 05-00127-B-W.  The name of
17  the witness is Lori A. Spellman.
18         And at this time, if the attorneys would
19  please introduce themselves for the record and who they
20  represent.
21         MR. LANHAM:  Sam Lanham of Lanham Blackwell,
22  counsel for plaintiffs.
23         MS. BERNSTEIN-GAETA:  Judith Bernstein-Gaeta
24  from Arnold & Porter, LLP, on behalf of Philip Morris,
25  USA, Inc.

---

Page 4

1          VIDEOGRAPHER:  And Ms. Court Reporter, would
2   you swear the witness?
3   LORI A. SPELLMAN, having been duly sworn by the Notary
4   Public, was deposed and testified as follows:
5              DIRECT EXAMINATION
6   BY MS. BERNSTEIN-GAETA:
7   Q.  Good morning, Ms. Spellman.
8   A.  Good morning.
9   Q.  I introduced myself earlier and just did it on the
10      record, but again, I am Judy Bernstein-Gaeta, and I'll
11      be asking questions of you during your deposition
12      today.
13          For the record, we are taking this deposition in
14      relation to only class certification issues.  We
15      reserve the right to depose Ms. Spellman again
16      regarding the substantive allegations made if this
17      class is certified.
18          Have you ever had your deposition taken before?
19  A.  No.
20  Q.  I'm going to go over some ground rules about the
21      deposition.  If you have any questions about it, let me
22      know.
23  A.  Okay.
24  Q.  We're going to start with me asking you a number of
25      questions during the day.  The court reporter is taking

---

Page 5

1   down everything you say, and as you noted, it's being
2   videotaped, but the court reporter is the official
3   record of this deposition.  Therefore, if you and I
4   speak over each other, it's going to be very hard for
5   her to take down everything we say.  Do you understand
6   that?
7   A.  I do.
8   Q.  Secondly, and you just did it, you need to answer
9       verbally, either in the affirmative or the negative or
10      with an longer answer, but a "uh-huh" and "unh-unh"
11      will not necessarily translate, so we won't know what
12      you mean by your answer.  Do you understand that?
13  A.  Yes.
14  Q.  If during the day any of my questions are unclear,
15      please let me know and I will rephrase them for you.
16      If I don't hear you ask me to rephrase them, I'm going
17      to assume you've actually understood my question.
18          During the deposition, Mr. Lanham may make some
19      objections to questions I ask.  If he does, I'll --
20      don't answer until he's made his objection.  He may
21      have direction for you, which is for you to follow, but
22      if not, you can answer the question.  He's making those
23      objections for a record should ever any of the
24      transcript come before the court, and the court would
25      rule on the objection.

Page 6

1       Do you understand that?
2   A.  Yes.
3   Q.  Now, we are going to take a trip through history of
4       your life and some smoking that -- your smoking
5       history, and I want to emphasize, this is not a memory
6       contest. I'm not asking you to guess or speculate, but
7       I am asking you to give me the best answer you can
8       under the circumstances. So, if I ask for a specific
9       date and you don't know, for example, the date, but you
10      know it was in a certain year, I'd appreciate if you'd
11      tell me that and make it clear that you don't remember
12      the specific date.
13  A.  Okay.
14  Q.  Good. And finally, and very much most importantly, if
15      you need a break during the deposition, please let me
16      know and we'll take a break. The only thing I ask is,
17      if I have a question pending, you answer it before we
18      take the break.
19  A.  Okay.
20  Q.  Thank you.
21      You understand that you are testifying under oath
22      today?
23  A.  Yes.
24  Q.  Are you currently taking any medications or drugs?
25  A.  I take Ortho-Novum.

Page 7

1   Q.  Can you spell that for me?
2   A.  O-R-T-H-O-N-O-V-U-M.
3   Q.  And does Ortho-Novum prevent you or prohibit you from
4       giving complete and accurate testimony today?
5   A.  No.
6   Q.  It has no effect on your memory?
7   A.  No.
8   Q.  Thank you.
9       Is there any other reason you may not be able to
10      testify to the best of your knowledge today?
11  A.  No.
12  Q.  Could you, though we've done it already, please state
13      your full name for the record?
14  A.  Lori A. Spellman.
15  Q.  Have you ever gone by any other name?
16  A.  Yes.
17  Q.  And what name is that?
18  A.  Boulier.
19  Q.  B-O-U-L-I-E-R?
20  A.  Yes.
21  Q.  Lori A.?
22  A.  Yes.
23  Q.  And is Spellman your married name?
24  A.  Yes.
25  Q.  What is your current address?

Page 8

1   A.  170 South Levant Road, Levant, Maine, 04456.
2   Q.  Do you live in a house or an apartment?
3   A.  House.
4   Q.  And do you own or rent?
5   A.  Own.
6   Q.  Immediately prior to living where you live now, where
7       did you live?
8   A.  An apartment.
9   Q.  And where was that?
10  A.  Bangor.
11  Q.  And what was that address if you remember?
12  A.  I don't. It was on Main Street.
13  Q.  Okay. What name did you use when you lived in that
14      apartment?
15  A.  Boulier.
16  Q.  Were you born in Maine?
17  A.  Yes.
18  Q.  And have you always lived in Maine your entire life?
19  A.  Yes.
20  Q.  Could you name for me the cities in Maine where you've
21      lived?
22  A.  Eddington, Bangor, and Levant.
23  Q.  Is it fair to say you were born in Eddington?
24  A.  No.
25  Q.  Can you explain where you were born?

Page 9

1   A.  I was born in Bangor, at the hospital in Bangor.
2   Q.  Oh, I'm sorry. Very good answer, but did your family
3       live in Eddington?
4   A.  No. We lived in Bangor first.
5   Q.  I see, and then moved to Eddington?
6   A.  Yes.
7   Q.  Were you living with your family in Eddington?
8   A.  Yes.
9   Q.  And by family, I mean your parents and any siblings you
10      have?
11  A.  Yes.
12  Q.  In preparing for your deposition here today, have you
13      spoken with anyone?
14  A.  Sam.
15  Q.  And I don't mean just today, but in preparing for the
16      deposition that's taking place today, have you spoken
17      to people about the deposition?
18  A.  I told my husband it was being taken.
19  Q.  Did you speak to anybody else besides your husband?
20  A.  My employers.
21  Q.  And Sam?
22  A.  And Sam.
23  Q.  Being Mr. Lanham?
24  A.  Yes.
25  Q.  When did you speak to your husband about your

Page 10

1    deposition?
2  A.  Last night.
3  Q.  Any time prior to that?
4  A.  I may have mentioned that it would be taken.
5  Q.  Now, what did your husband and -- you and your husband
6    speak about as it relates to your deposition?
7  A.  Just that it was going to be taken, and I was a little
8    nervous.
9  Q.  Did you discuss the lawsuit for which your deposition
10    is being taken?
11  A.  No.
12  Q.  Does he know about this -- I assume he knew about this
13    lawsuit ahead of time; is that right?
14  A.  Yes.
15  Q.  And does he know about the allegations in the lawsuit?
16  A.  Yes.
17  Q.  And when you told him about the deposition, did you
18    speak about the allegations of the lawsuit?
19  A.  No.
20  Q.  When did you speak to your employers about this
21    deposition?
22  A.  When I first learned that it would be taken, last --
23    maybe last week.
24  Q.  And was that to just inform them you would be out
25    today?

Page 11

1  A.  Yes.
2  Q.  Did you talk to them about the allegations of the
3    complaint?
4  A.  No.
5  Q.  Did they ask you any questions?
6  A.  No.
7  Q.  Who at your employers did you speak with?
8  A.  Marvin Glazier.
9  Q.  Is he your direct boss?
10  A.  One of.
11  Q.  Did you speak with anyone else?
12  A.  My office manager.
13  Q.  And what's your office manager's name?
14  A.  Kelly Haskell.
15  Q.  Do either Marvin Glazier or Kelly Haskell smoke?
16  A.  Kelly Haskell.
17  Q.  And what brand of cigarettes, if you know, does Kelly
18    smoke?
19  A.  I don't know.
20  Q.  Have you ever gone outside -- well, we'll get to it.  I
21    do not want you to tell me anything you spoke about
22    with Mr. "Lanahan" -- Lanham, but I do want you to tell
23    me how many times you spoke to him about your
24    deposition.
25  A.  Once.

Page 12

1  Q.  And when was that?
2  A.  Yesterday.
3  Q.  How long was that conversation?
4          MR. LANHAM:  I'm going to object at that
5    point.  I think the fact that we met and I even let you
6    ask how many times is appropriate, but beyond that, I
7    object.
8          MS. BERNSTEIN-GAETA:  Are you directing your
9    witness not to answer?
10         MR. LANHAM:  I am.
11         MS. BERNSTEIN-GAETA:  Are you going to follow
12    your attorney's advice?
13         THE WITNESS:  Yes.
14         MS. BERNSTEIN-GAETA:  For the record, I state
15    that's, in my opinion, not privileged information, the
16    length of time of a meeting, but we'll move on.
17  BY MS. BERNSTEIN-GAETA:
18  Q.  How did you come to be involved in this lawsuit?
19  A.  A friend told me about it.
20  Q.  And what's the name of your friend?
21  A.  Jeff Leadbetter.
22  Q.  I didn't hear you.  I'm sorry.
23  A.  Jeff Leadbetter.
24  Q.  Where does Mr. Leadbetter work?
25  A.  He owns convenience stores and different businesses.

Page 13

1  Q.  At the time he told you about the lawsuit, was he
2    working in one of his convenience stores?
3  A.  I don't think so.
4  Q.  Was he -- was that his business or did he have a
5    different business?
6  A.  That was his business.
7  Q.  And what did he tell you about the lawsuit?
8  A.  He told me there was going to be a lawsuit, and I
9    should contact Sam.
10  Q.  And do you know how Mr. Leadbetter knew about the
11    lawsuit?
12  A.  I do not.
13  Q.  Did you ask him?
14  A.  No.
15  Q.  And I take it you contacted Mr. Lanham and became a
16    class representative; is that right?
17  A.  Yes.
18  Q.  And when was that?
19  A.  Sometime in 2005.
20  Q.  Was this your first effort to ever obtain legal advice
21    concerning smoking and suing a tobacco company?
22  A.  Yes.
23  Q.  Had you ever wanted to sue Philip Morris USA or any
24    tobacco company prior to your involvement in this
25    lawsuit?

4 (Pages 10 to 13)

Page 14

1  A.  No.
2  Q.  Prior to becoming involved in this lawsuit or speaking
3      with -- well, let's take it -- prior to becoming
4      involved in this lawsuit, did you know of other
5      lawsuits against tobacco companies relating to smoking?
6  A.  I'm not sure what you mean, know about.
7  Q.  Had you heard or read about any lawsuits where someone
8      or a group of people were suing tobacco companies?
9  A.  Yes.
10 Q.  And what lawsuits had you heard of?
11 A.  I don't know any in particular.  I just remember
12     hearing news stories or -- I don't -- I don't know.
13 Q.  So you heard news stories.  Do you know about when that
14     was?
15 A.  No.
16 Q.  Do you know what kind of lawsuits that were being
17     talked about?
18 A.  I think most -- I don't know.  I don't know.
19 Q.  I'm not asking you to speculate, but I'm asking you to
20     probe your memory a little bit and see if you can
21     remember anything about it.
22 A.  Probably health issues.
23 Q.  And was it more than five years ago?
24 A.  Yes.
25 Q.  Do you think it was more than ten years ago?

Page 15

1  A.  I don't know.
2  Q.  That would be 1999?
3          MR. LANHAM:  She said she didn't know.
4  BY MS. BERNSTEIN-GAETA:
5  Q.  I'm asking about a specific date to see if you recall
6      anything.
7  A.  I don't have a specific date.
8  Q.  Have you ever discussed the law -- any tobacco lawsuit
9      other than this one with anyone --
10 A.  No.
11 Q.  -- other than --
12         Now -- before I asked you about discussions with
13     people about your deposition.  Now I'm going to ask you
14     about discussions with people about this lawsuit.
15         Have you spoke to anyone other than Mr. Lanham
16     about your -- about this lawsuit?
17 A.  I am sure I told family and friends that I was involved
18     in the lawsuit.
19 Q.  When you say I'm sure I told family and friends, are
20     you saying you have no specific recollection of doing
21     that?
22 A.  Yes.
23 Q.  Is that in part because this lawsuit was filed in 2005
24     and it's now 2009, and you likely spoke to them when
25     you first got involved in the lawsuit?

Page 16

1  A.  Probably.
2  Q.  Though you don't recall any specifics, who are those
3      family members you likely spoke with?
4  A.  My husband.
5  Q.  And his name is?
6  A.  Shawn.
7  Q.  Spellman, I take it?
8  A.  Yes.
9  Q.  Anyone else?
10 A.  Probably my parents.
11 Q.  Do you have any siblings?
12 A.  Yes.
13 Q.  Did you speak to any of your siblings?
14 A.  I may have told them.
15 Q.  Can you identify your siblings for me?
16 A.  Chris Boulier.
17 Q.  Is Chris a male or female?
18 A.  Male.
19 Q.  Younger or older brother?
20 A.  Older.
21 Q.  Does he smoke?
22 A.  No.
23 Q.  Has he ever smoked?
24 A.  No.
25 Q.  Any other siblings?

Page 17

1  A.  Tammy Boulier.
2  Q.  I got this one.  That's a female.
3  A.  Yes.
4  Q.  Is she your older or younger sister?
5  A.  Older.
6  Q.  Does she smoke?
7  A.  Yes.
8  Q.  What does she currently smoke?
9  A.  I don't know.
10 Q.  Do you see your sister regularly?
11 A.  Yes.
12 Q.  Do you ever go outside and have a smoke break?
13 A.  Yes.
14 Q.  Have you ever taken a cigarette -- I hate to use this
15     word, but bummed a cigarette from your sister?
16 A.  Maybe.
17 Q.  And you don't recall what brand it was when you bummed
18     a cigarette?
19 A.  I think she switches.
20 Q.  Do you know if she's ever smoked Marlboro Lights?
21 A.  Probably.
22         MR. LANHAM:  Don't guess.  If you know, you
23     know.
24 A.  I don't know.
25         MS. BERNSTEIN-GAETA:  Mr. Lanham, I'm going

5 (Pages 14 to 17)

Page 18

1  to ask that you reserve your time to making objections
2  and not giving counsel to your witness during the
3  deposition.
4  BY MS. BERNSTEIN-GAETA:
5  Q. Does your husband smoke?
6  A. No.
7  Q. Has he ever smoked?
8  A. No.
9  Q. I want to go back to a time when you spoke to
10  Mr. Leadbetter. What did he tell you specifically
11  about the lawsuit?
12          MR. LANHAM: Objection, asked and answered.
13          MS. BERNSTEIN-GAETA: I'm going to ask again.
14          MR. LANHAM: Go ahead.
15  A. I don't remember.
16  BY MS. BERNSTEIN-GAETA:
17  Q. Okay. Other than your family and your siblings and
18  your husband -- which is family, sorry -- have you
19  spoken to anyone else about this lawsuit except your
20  counsel?
21  A. I don't know for certain.
22  Q. And respectfully, I don't know that I understand your
23  answer. Are you saying you don't recall if you've ever
24  spoken to anyone else?
25  A. I don't recall who.

Page 19

1  Q. So, does your answer mean you know you have spoken to
2  people about this lawsuit, you just don't remember
3  their names?
4          MR. LANHAM: Objection to form.
5          MS. BERNSTEIN-GAETA: You can answer.
6  A. Yes.
7  BY MS. BERNSTEIN-GAETA:
8  Q. When you've spoken to folks outside your family about
9  this lawsuit, has it been a long time ago or recently?
10  A. A long time ago.
11  Q. In preparing for your deposition today, did you look at
12  any -- in your deposition that's taking place today,
13  but in preparation for the deposition at any time, did
14  you look at any documents?
15  A. I looked at the Complaint and the Second Amended
16  Complaint.
17  Q. Did you look at the First Amended Complaint?
18  A. I think I glanced at it.
19  Q. Now the Second Amended Complaint was officially filed
20  yesterday, but I received a copy of it a few days ago.
21  Did you look at it before it was filed?
22          MR. LANHAM: Just for the record, Judy, a
23  draft was provided previously, but it was actually
24  filed this morning.
25          MS. BERNSTEIN-GAETA: Appreciate that. And I

Page 20

1  need to just ask you, is the draft that was filed what
2  was filed officially this morning, or has it changed?
3          MR. LANHAM: It has. The only thing that has
4  changed is the caption was changed a bit. Other than
5  that, nothing substantively.
6          MS. BERNSTEIN-GAETA: I brought copies of the
7  draft that was filed. Is it possible during a break
8  for me to get copies of what was actually filed if I
9  want to use them as an exhibit?
10          MR. LANHAM: Yes.
11          MS. BERNSTEIN-GAETA: Thank you very much.
12  BY MS. BERNSTEIN-GAETA:
13  Q. And now I've forgotten your answer. Did you look at
14  the Second Amended Complaint before it was actually
15  filed today?
16  A. Yes.
17  Q. Did you look at the draft that was prepared a few days
18  ago?
19  A. I don't know which draft I looked at.
20  Q. Did you look -- before today, had you looked at the
21  Second Amended Complaint?
22  A. Yes.
23  Q. And when was that?
24  A. Yesterday.
25  Q. Any time prior to that?

Page 21

1  A. No.
2  Q. Did you have any -- provide any information that was
3  included in the Second Amended Complaint?
4  A. No.
5  Q. Thank you. All right. So you looked at the Complaint.
6      Were you shown any cigarette packages in preparing
7  for your deposition?
8  A. No.
9  Q. Did you look at any cigarette advertisements?
10  A. No.
11  Q. Did you look at any newspaper articles or stories?
12  A. No.
13  Q. Did you look at any tobacco company documents?
14  A. No.
15  Q. Do you currently smoke?
16  A. Yes.
17  Q. What brand do you smoke?
18  A. Marlboro Lights.
19  Q. When did you have your last cigarette?
20  A. Forty minutes ago.
21  Q. Did you have to go outside to smoke that cigarette?
22  A. No.
23  Q. Were you at your house?
24  A. I was in my car.
25  Q. Was that your first cigarette of the day?

6 (Pages 18 to 21)

Page 22

1   A.  No.
2   Q.  When did you smoke your first cigarette today?
3   A.  A little before 7:00.
4   Q.  Do you smoke in your house?
5   A.  No.
6   Q.  You have to go outside to smoke?
7   A.  Or the basement.
8   Q.  Why do you have to go outside or to the basement when
9       you smoke?
10  A.  My husband doesn't like it.
11  Q.  Any other reason?
12  A.  I don't like my house to smell like cigarette smoke.
13  Q.  Anything else?
14  A.  No.
15  Q.  This is going to seem like a dumb question, but your
16      basement is underneath your house?  It's not a separate
17      building?
18  A.  Correct.
19  Q.  Thank you.  Approximately how many Marlboro Lights do
20      you smoke a day?
21  A.  Between 15 and 25.
22  Q.  Prior to smoking Marlboro Lights, did you smoke any
23      other brand of cigarette?
24  A.  No.
25  Q.  So, to say it another way, since you've been smoking,

Page 23

1       you've always smoked Marlboro Lights; is that right?
2   A.  Yes.
3   Q.  Now, you've already told me you've only lived in Maine
4       for your life; is that right?
5   A.  Yes.
6   Q.  Have you ever traveled outside of Maine?
7   A.  Yes.
8   Q.  Was that for business or for pleasure or both?
9   A.  Possibly both.
10  Q.  Off the top of your head, do you recall where you've
11      traveled?
12  A.  Florida, Alaska, New Hampshire, Massachusetts.
13  Q.  That's what you remember?  I'll tickle your memory a
14      little later on.
15          How old are you?
16  A.  Thirty-eight.
17  Q.  When were you born?
18  A.  November 25, 1971.
19  Q.  Happy belated birthday.
20  A.  Thank you.
21  Q.  And we know you were born in Bangor.  That's right?
22  A.  Yes.
23  Q.  And you told me earlier you're married to Shawn
24      Spellman.  Is this your first marriage?
25  A.  Yes.

Page 24

1   Q.  Do you have any children?
2   A.  No.
3   Q.  How many pages I'm going to skip now.
4           MR. LANHAM:  Just keep turning them.
5           MS. BERNSTEIN-GAETA:  Let me make it very
6       clear.  This is other stuff, so don't get spooked by
7       the size of this notebook.
8   BY MS. BERNSTEIN-GAETA:
9   Q.  Have you ever been a party to another lawsuit?
10  A.  No.
11  Q.  And I have to ask this, so my apologies, but have you
12      ever been arrested?
13  A.  Yes.
14  Q.  And what was that for?
15  A.  OUI.  OUI.
16  Q.  Can you tell me what that means?
17  A.  Operating under the influence.
18  Q.  When was that?
19  A.  I don't know the exact date.
20  Q.  Can you give me a year?
21  A.  Around 2001.
22  Q.  Were you prosecuted for the OUI?
23  A.  Yes.
24  Q.  Were you convicted?
25  A.  Yes.

Page 25

1   Q.  Did you have your license suspended?
2   A.  Yes.
3   Q.  For how long?
4   A.  Ninety days.
5   Q.  Did you have any other penalty imposed?
6   A.  No.  Excuse me.  Yes.
7   Q.  And what was that?
8   A.  A fine.
9   Q.  What was the value of the fine?
10  A.  I don't know.
11  Q.  Okay.  Other than that one incident, were there any
12      other times that you've been arrested?
13  A.  No.
14  Q.  Thank you.  I take it you've never been a class
15      representative in a lawsuit other than this one?
16  A.  No.
17  Q.  You have not.
18  A.  I have not.
19  Q.  I asked that very badly.  I'm sorry.  Have you ever
20      been a class representative in a lawsuit?
21  A.  No.
22  Q.  Have you ever filed a workers' compensation claim?
23  A.  No.
24  Q.  Have you ever filed for bankruptcy?
25  A.  No.

7 (Pages 22 to 25)

Page 26

1  Q.  Have you ever been a witness in another lawsuit?  Do
2      you need me to explain that more?
3  A.  I do.
4  Q.  Okay.  Have you ever known someone who had a lawsuit
5      and you were called either to give a -- well, I know
6      not deposition, because you've told me you've never
7      been deposed, but to give testimony or to write a
8      report or an affidavit concerning that lawsuit?
9          MR. LANHAM:  Objection to form.
10         MS. BERNSTEIN-GAETA:  You can answer.
11 A.  Yes.
12 BY MS. BERNSTEIN-GAETA:
13 Q.  And what lawsuit was that?
14 A.  I don't know which, the plaintiff or defendant, Tim
15     Leadbetter versus April Eldridge.
16 Q.  Do you know the subject of that lawsuit?
17 A.  It was a family matter.
18 Q.  By family matter, a divorce?
19 A.  No.  Parental rights.
20 Q.  Pardon me?
21 A.  Parental rights.
22 Q.  And did you give testimony in that suit?
23 A.  Yes.
24 Q.  In court?
25 A.  Yes.

Page 27

1  Q.  And were you testifying for Mr. Leadbetter, on his
2      behalf?
3  A.  I was not called by Mr. Leadbetter.
4  Q.  Were you called by either party or were you called by
5      the -- or someone else?
6  A.  I was called by April Eldridge's attorney.
7  Q.  Understood.
8          What is the highest level of education you've
9      completed?
10 A.  High school.
11 Q.  And where did you attend high school?
12 A.  Brewer High School.
13 Q.  I'm sorry?
14 A.  Brewer High School.
15 Q.  Is that in Bangor?
16 A.  No.  It's in Brewer.
17 Q.  I'm sorry.  Showing I am a Maine expert.
18         When did you graduate?
19 A.  1990.
20 Q.  Now, though you may not have gone on to higher, like
21     college, have you ever taken any course work in your
22     area of specialty or anything else since graduating
23     from high school?
24 A.  Yes.
25 Q.  And what course work have you taken?

Page 28

1  A.  I took some legal courses.
2  Q.  When you say legal courses, what kind of courses?
3  A.  It was a course offered by a legal association in the
4      area.
5  Q.  And what was the title of the course?
6  A.  NALS.  NALS.
7          MR. LANHAM:  N-A-L-S.
8  BY MS. BERNSTEIN-GAETA:
9  Q.  Do you know what that stands for?
10         MS. BERNSTEIN-GAETA:  (to Mr. Lanham) Thank
11     you.
12 A.  National Association of Legal Secretaries.
13 BY MS. BERNSTEIN-GAETA:
14 Q.  Other than NALS, have you taken any other legal
15     courses?
16 A.  Just seminars.
17 Q.  What kind of seminars?
18 A.  Legal.
19 Q.  What's the subject matter of them, since "law" is kind
20     of broad?
21 A.  I don't remember.
22 Q.  When's the last time you took a seminar?
23 A.  I don't remember.
24 Q.  Were these seminars teaching you technical ways to
25     either be a secretary or a paralegal for lawyers?

Page 29

1  A.  Could you repeat that?
2  Q.  Sure.  Did these seminars discuss how to be a paralegal
3      or a legal secretary?
4  A.  Yes.
5  Q.  And were they held for legal secretaries or paralegals?
6  A.  Yes.
7  Q.  About how long did the seminars last, if you recall?
8  A.  I don't know.
9  Q.  Were they usually -- were they ever more than a day?
10 A.  I don't know.
11 Q.  Where were they held?
12 A.  I don't know.
13 Q.  In Maine?
14 A.  (pause) Yes.
15 Q.  Other than law-related seminars, have you taken other
16     kinds of seminars?
17 A.  I don't remember.
18 Q.  Are you currently employed outside the home?  Well, I
19     know you are.  I withdraw that question.  Where do you
20     currently work?
21 A.  Vafiades, Brountas, and Kominsky.
22 Q.  Is that a law firm?
23 A.  Yes.
24 Q.  How long have you worked there?
25 A.  Going on 20 years.

8 (Pages 26 to 29)

Page 30

1  Q.  What is your title now?
2  A.  Paralegal.
3  Q.  Have you held any other position at -- can I call it --
4  A.  VBK.
5  Q.  VBK?
6  A.  Yeah.
7  Q.  Cool.  Have you held any other position besides VBK --
8     besides a paralegal at VBK?
9  A.  I don't understand your question.
10 Q.  You are currently a paralegal --
11 A.  Yes.
12 Q.  -- at VBK?
13 A.  Yes.
14 Q.  Prior to becoming a paralegal, were you employed at VBK
15    in any other kind of position?
16 A.  Yes.
17 Q.  And what position was that?
18 A.  Secretary.
19 Q.  Other than secretary and paralegal, have you had any
20    other position at VBK?
21 A.  No.
22 Q.  Other than VBK, have you worked anywhere else in your
23    adult -- since graduating high school?
24 A.  No.
25 Q.  How soon after graduating high school --

Page 31

1  A.  Excuse me.  I need to correct that.
2  Q.  Okay.  That's fine.
3  A.  I did have part-time jobs years ago.  The only one I
4     remember is I worked for a cleaning company.
5  Q.  Was that after high school?
6  A.  Yes.
7  Q.  Was that while you were taking course work, like NALS?
8  A.  No.
9  Q.  Other than a part-time job with the cleaning company,
10    were there any other part-time jobs that you recall?
11 A.  I occasionally helped out at a local restaurant.
12 Q.  What was your job at the restaurant when you helped
13    out?
14 A.  Bussing tables, bartending, plating food.
15 Q.  What was the name of the restaurant?
16 A.  Sea Dog Brewing Company.
17 Q.  I've actually heard of them.  And do you remember the
18    name of the cleaning company?
19 A.  At the time, I think it was Penobscot Cleaning.
20 Q.  Has it changed names, do you think?
21 A.  I believe so.
22 Q.  Were you working at VBK at the same time you were doing
23    this part-time work that you've just mentioned?
24 A.  Yes.
25 Q.  Both the cleaning job and the helping out in the

Page 32

1     restaurant?
2  A.  Yes.
3  Q.  Was there a time where, after high school, where you
4     weren't employed by VBK, where you were working
5     elsewhere?
6  A.  I'm sorry.  Could you repeat that, please?
7  Q.  Was there a time prior -- after high school, but before
8     starting at VBK, where you held a job at another
9     company?
10 A.  No.
11 Q.  Did you start at VBK as a secretary?
12 A.  Yes.
13 Q.  And how long were you a secretary before you became a
14    paralegal?
15 A.  I don't know.
16 Q.  More than five years?
17 A.  Right around there.
18 Q.  And if you graduated in 1990, is that when you started
19    at VBK?
20 A.  Yes.
21 Q.  And then, since becoming a paralegal, have you had an
22    increase -- a change in your title as a paralegal, such
23    as becoming a senior paralegal?
24 A.  No.
25 Q.  Are you permitted to smoke at VBK?

Page 33

1  A.  At VBK?
2  Q.  Yes.
3  A.  In the office?
4  Q.  Yes.
5  A.  No.
6  Q.  Are you permitted to go outside and smoke at VBK?
7  A.  Not during work hours.
8  Q.  So, from the time you go to work to the time you go
9     home, you're not allowed to have a cigarette?
10 A.  No.  That's --
11 Q.  Can you explain to me when during a workday you're
12    allowed to smoke?
13 A.  Lunch break.
14 Q.  Any other time?
15 A.  If I have to go out of the office.
16 Q.  Are you allowed to take a coffee break during the day?
17 A.  No.
18 Q.  When you take your lunch break, do you leave the
19    building, the premises?
20 A.  The building or the premises?
21 Q.  The building.
22 A.  Yes.
23 Q.  Do you leave the premises?
24 A.  Not always.
25 Q.  Sometimes go out for lunch?

9 (Pages 30 to 33)

Page 34

1  A.  Sometimes.
2  Q.  When you -- are you allowed to smoke on the premises of
3     VBK?
4  A.  Yes.
5  Q.  Has that always been the case at VBK?
6  A.  No.
7  Q.  When did that rule get imposed?
8  A.  I don't know.
9  Q.  Approximately when did it get imposed?
10        MR. LANHAM:  Don't guess.
11  A.  I don't know.
12  BY MS. BERNSTEIN-GAETA:
13  Q.  Has it been more than ten years?
14  A.  Yes.
15  Q.  Has it been more than 15 years?
16  A.  I don't know.
17  Q.  Prior to the rule changing, were you allowed to smoke
18     inside the building of VBK?
19  A.  Yes.
20  Q.  Were you allowed to smoke at your desk?
21  A.  No.
22  Q.  Was there a designated smoking area?
23  A.  Yes.
24  Q.  Were you allowed to go to that smoking area at any time
25     that you wanted a cigarette?

Page 35

1  A.  Yes.
2  Q.  When you were at Penobscot Cleaning, were you allowed
3     to smoke inside the premises of Penobscot Cleaning?
4  A.  I was never at their building.
5  Q.  What was your job for Penobscot Cleaners?
6  A.  Cleaning offices.
7  Q.  Ah.  Were you able to smoke at the offices you were
8     cleaning?
9  A.  I don't remember.
10  Q.  Would you go to more than one office an evening when
11     you were cleaning offices?
12  A.  No.  Office building.  One office building.
13  Q.  When you were at -- helping out at Sea Dog Brewing
14     Company, were you allowed to smoke inside the
15     restaurant?
16  A.  I don't remember.
17  Q.  When you were bartending, were people smoking in the
18     bar?
19  A.  No.
20  Q.  So, when -- go ahead.
21  A.  No.
22  Q.  So, when you were working there, smoking had already
23     been banned from smoking inside a bar in Maine?
24  A.  Yes.
25  Q.  Do you continue to do any work at Sea Dog?

Page 36

1  A.  I haven't for a while.
2  Q.  Where does -- does your husband, Shawn, work outside
3     the home?
4  A.  Yes.
5  Q.  And where does he work?
6  A.  Verso Paper.  Verso Paper.  That's not his employer.
7     That's where he works.
8  Q.  Who is his employer?
9  A.  The name just changed.
10  Q.  You can tell me the prior name.
11  A.  (Pause) I can't think of it right now.
12  Q.  What is his occupation?
13  A.  He manages the security.
14  Q.  So, does he work for a security company?
15  A.  Yes.
16  Q.  And he's assigned to various locations to be a security
17     manager?
18  A.  Yes.
19  Q.  And currently, he's assigned to "Versus" Paper?
20  A.  Yes.
21  Q.  Is that a daytime job or a nighttime job or
22     around-the-clock job?
23  A.  Mostly daytime, but it could be anything.
24  Q.  Where is "Versus" Paper located?
25  A.  It's actually Verso.  V-E-R-S-O.

Page 37

1  Q.  V-E-R.  Sorry.
2  A.  Bucksport.
3  Q.  Is that in this area?
4  A.  Yes.
5  Q.  Is it -- is that a town?
6  A.  Yes.
7  Q.  Do you do any volunteer work?
8  A.  No.
9  Q.  Are you a member of the American Cancer Society?
10  A.  No.
11  Q.  Are you a member of the American Lung Association?
12  A.  No.
13  Q.  Are you a member of the American Heart Association?
14  A.  No.
15  Q.  Have you made any donations to any of the organizations
16     I just mentioned?
17  A.  I don't know.
18  Q.  Do you want me to ask them by name or -- well, let me
19     ask it.  Have you ever made a donation to the American
20     Cancer Society?
21  A.  I don't know.
22  Q.  When you say you don't know, you don't know if you gave
23     money or you don't recall if you gave money?
24  A.  Both.
25  Q.  Is that because, if a donation was made, it may have

10 (Pages 34 to 37)

Page 38

1     been done by someone else from your family?
2          MR. LANHAM:  Objection to foundation.
3          MS. BERNSTEIN-GAETA:  You can answer.
4   A.  No.
5   BY MS. BERNSTEIN-GAETA:
6   Q.  Can you explain to me how you -- well, never mind.
7     It's not important.
8          Do you ever pay attention to the EPA gas mileage
9     ratings on cars?
10  A.  No.
11  Q.  Are you aware of the EPA gas ratings on cars?
12  A.  Not particularly.
13  Q.  Do you own a car?
14  A.  Yes.
15  Q.  And did you buy it new?
16  A.  No.
17  Q.  Have you ever purchased a new car?
18  A.  (Pause)  Yes.
19  Q.  And when you purchased the new car, there was a sticker
20    on the new car; correct?
21  A.  Yes.
22  Q.  And on that sticker was a statement of average miles
23    per hours by the EPA, Environmental Protection Act --
24    Agency.  Do you recall ever seeing that?
25  A.  Yeah.

Page 39

1   Q.  Did you look at it?
2   A.  I don't know what you mean by, did I look at it.
3   Q.  Did you read the number, the EPA estimated mileage?
4   A.  I don't know.
5   Q.  You don't know or you don't recall?
6   A.  I don't recall.
7   Q.  Do you, particularly in these days and age, do you care
8     about the gas mileage that you get in your car?
9   A.  Somewhat.
10  Q.  And is the gas mileage you get always the same per
11    gallon in the car you're currently driving?
12  A.  I don't know.
13  Q.  Do you ever stop to fill up your car and go, Wow, I ran
14    out of -- you know, I needed gas sooner than I have
15    other times because the car got empty faster?
16  A.  No.
17  Q.  Do you ever -- do you exercise?
18  A.  I haven't for a long time.
19  Q.  Me neither.  Have you ever used exercise equipment?
20  A.  Yes.
21  Q.  And do you ever notice that some equipment has how many
22    calories you're burning per mile depending on the speed
23    you're going?
24  A.  Yes.
25  Q.  Did you believe, when you saw those numbers, the

Page 40

1     machine was telling you the exact number of calories
2     you were burning during the time you saw that?
3   A.  I never really used them.
4   Q.  But you saw them.  What did you think those calorie
5     numbers meant?
6          MR. LANHAM:  Objection to the form.
7          MS. BERNSTEIN-GAETA:  You can answer.
8   A.  I don't know that I thought anything, because I didn't
9     really pay attention to them.
10  BY MS. BERNSTEIN-GAETA:
11  Q.  Okay.  I've got to steal this flag.  Hold on.
12         How old were you when you smoked your first
13    cigarette?
14  A.  I don't remember.
15  Q.  Were you a teenager?
16  A.  Yes.
17  Q.  Were you over 18?
18  A.  No.
19  Q.  Do you think you were as young as 13?
20  A.  I don't know.  I don't remember.
21  Q.  How did you get that cigarette?
22         MR. LANHAM:  Are you asking her the very
23    first cigarette?
24         MS. BERNSTEIN-GAETA:  Yes, sir.
25  A.  I don't remember.

Page 41

1   BY MS. BERNSTEIN-GAETA:
2   Q.  Were you alone when you first tried a cigarette?
3   A.  I don't remember.
4   Q.  When you smoked your first cigarette, did you think you
5     were doing anything that your parents wouldn't want you
6     to do?
7   A.  Yes.
8   Q.  And yet, you can't remember any specifics about that
9     time; is that right?
10         MR. LANHAM:  Objection to form, asked and
11    answered.
12         Go ahead if you can.
13         MS. BERNSTEIN-GAETA:  You can answer.
14  A.  Could you repeat it, please?
15  BY MS. BERNSTEIN-GAETA:
16  Q.  You told me you were aware that your parents would not
17    be happy -- I'm paraphrasing, so correct me if I have
18    the wrong words -- that you had tried a cigarette; is
19    that right?
20  A.  That's right.
21  Q.  And even though you knew you were doing something your
22    parents would not approve of, you don't remember where
23    you obtained the cigarette or who you were with when
24    you smoked that cigarette?
25         MR. LANHAM:  Objection.

11 (Pages 38 to 41)

Page 42

1        MS. BERNSTEIN-GAETA:  You can answer.
2    A.  No, I don't remember.
3    BY MS. BERNSTEIN-GAETA:
4    Q.  Do you recall if you were alone?
5    A.  I do not.
6    Q.  What -- do you recall what brand the first cigarette
7        was that you smoked?
8    A.  I do not.
9    Q.  Why did you decide to take a cigarette?  I don't mean
10       take a cigarette.  I mean, why did you decide to smoke
11       a cigarette?
12   A.  I don't know.
13   Q.  You don't know or you don't remember?
14   A.  Both.
15   Q.  Are you saying that it was, to the best of your
16       recollection, just a thoughtless act and you said, I'm
17       going to try this?
18       MR. LANHAM:  Objection to form.
19       MS. BERNSTEIN-GAETA:  You can answer.
20   A.  I don't remember.
21   BY MS. BERNSTEIN-GAETA:
22   Q.  When you were growing up, did any member of your family
23       smoke?
24   A.  Yes.
25   Q.  Who was that?

Page 43

1    A.  My father.
2    Q.  Anybody else in your family when you --
3    A.  My immediate family?
4    Q.  Yes.
5    A.  In my household?
6    Q.  Yes.
7    A.  No.
8    Q.  How about relatives?  Did you have relatives who smoked
9        when you were growing up?
10   A.  Yes.
11   Q.  And who was that?
12   A.  My grandmother.
13   Q.  Is she still alive?
14   A.  Yes.
15   Q.  What's her name?
16   A.  Hazel.
17   Q.  Boulier?
18   A.  Yes.
19   Q.  Any other relative?
20   A.  My grandfather.
21   Q.  His name is?
22   A.  Urbin Legassie.
23   Q.  Legassie?
24   A.  L-E-G-A-S-S-I-E.
25   Q.  Is he your mother's father?

Page 44

1    A.  Correct.
2    Q.  Anybody else?
3    A.  I have numerous aunts and uncles, and various of them
4        smoked.
5    Q.  Any particular aunts and uncles that you remember?
6    A.  (Pause)
7    Q.  Too many to name?
8    A.  Yes.
9    Q.  Are you particularly close to any of your aunts and
10       uncles?
11   A.  Not now.
12   Q.  When you were a kid, were there any aunts and uncles
13       you were particularly close to?
14   A.  I don't know what you mean by particularly close.
15   Q.  That you were -- spent time with, more than just at a
16       family holiday?
17   A.  I guess I've spent time with each of them at different
18       points, but I --
19       MR. LANHAM:  If you can't answer the
20       question, just do your best.
21       MS. BERNSTEIN-GAETA:  Mr. Lanham, I'm going
22       to ask you, again, to please stop giving the witness
23       this coaching during the deposition.
24   BY MS. BERNSTEIN-GAETA:
25   Q.  You can go ahead.

Page 45

1    A.  Can you repeat the question, please?
2    Q.  Were there -- my question was, were there any
3        particular aunts and uncles who you spent more time
4        with than any other aunts and uncles when you were
5        growing up?
6    A.  Yes.
7    Q.  And can you name those, please?
8    A.  Vivian Bowden.
9    Q.  Anybody else?
10   A.  Edward Bowden.
11   Q.  Okay.  That's it?
12   A.  Yes.
13   Q.  Did Vivian Bowden smoke?
14   A.  Yes.
15   Q.  Does -- or well, did she smoke when you were growing
16       up?
17   A.  Yes.
18   Q.  Did Edward Bowden smoke when you were growing up?
19   A.  Yes.
20   Q.  What's your father's first name?
21   A.  Charles.
22   Q.  Does he have a middle name?
23   A.  Richard.
24   Q.  Boulier?
25   A.  Yup.

12 (Pages 42 to 45)

1   Q.  Does he currently smoke?
2   A.  I don't know.
3   Q.  Do you not see your father?
4   A.  I do not.
5   Q.  When you did -- prior to the time you stopped seeing
6       him, do you recall what brand of cigarette he smokes?
7   A.  I do not.
8   Q.  Does Vivian Bowden -- is she still alive?
9   A.  Yes.
10  Q.  Does she smoke?
11  A.  Does she now?
12  Q.  Currently smoke?
13  A.  I do not know.
14  Q.  Back when she was smoking, when you knew that she was
15      smoking, do you recall what brand of cigarettes she
16      smoked?
17  A.  I do not.
18  Q.  Same question for Mr. Bowden.  Do you recall -- does he
19      currently smoke?
20  A.  He's deceased.
21  Q.  Prior to his death, was he smoking?
22  A.  I don't know.
23  Q.  Do you know what he died of?
24  A.  Something to do with his diabetes.  I don't know for
25      certain.

1   Q.  So diabetes-related is fair to say?
2   A.  Yes.
3   Q.  Do you recall what brand of cigarettes he smoked?
4   A.  No.
5   Q.  When you were growing up, did you have friends who
6       smoked?
7   A.  Yes.
8   Q.  Who to the best of your recollection?
9   A.  You want me to name --
10  Q.  Friends you -- let's do this.  Close friends you had
11      who smoked.
12  A.  Oh, gosh.
13          MR. LANHAM:  Objection to form.
14          Go ahead.
15  A.  Shawna Hinckley.
16  BY MS. BERNSTEIN-GAETA:
17  Q.  Okay.  Anybody else?
18  A.  Debbie Damboise.
19  Q.  Can you say the last name?
20  A.  Damboise.
21  Q.  Anybody else?
22  A.  This is growing up?
23  Q.  (Nodding in the affirmative.)
24  A.  Todd Brown.  I can't remember anybody else.
25  Q.  Okay.  Thank you.  Did you ever smoke with "Shawn"

1       Hinckley, Shawna Hinckley?
2   A.  Yes.
3   Q.  Do you recall what brand of cigarettes you smoked when
4       you were smoking with Shawna Hinckley?
5   A.  Marlboro Lights.
6   Q.  Do you recall what Shawna smoked?
7   A.  Marlboro Lights.
8   Q.  Did you and Shawna share packages of Marlboro Lights?
9   A.  Sometimes.
10  Q.  Approximately how old were you -- sorry.  Approximately
11      how old were you during that time?
12  A.  I don't know an age.  High school.
13  Q.  Do you remember a grade?
14  A.  No.
15  Q.  Same question for Debbie Damboise.  Did you ever smoke
16      with Debbie Damboise?
17  A.  Yes.
18  Q.  I'm sure I'm messing her name up, so I apologize.
19  A.  No.
20  Q.  Did you ever share packs of cigarettes with Debbie
21      Damboise?
22  A.  I don't remember.
23  Q.  Was this, also, in high school?
24  A.  Yes.
25  Q.  And when you were smoking with Debbie Damboise, were

1       you smoking Marlboro Lights?
2   A.  Yes.
3   Q.  Was Debbie Damboise smoking Marlboro Lights?
4   A.  Yes.
5   Q.  And was it in high school when you smoked with Todd
6       Brown?
7   A.  Yes.
8   Q.  Did Todd Brown smoke Marlboro Lights?
9   A.  I don't remember.
10  Q.  Did Todd Brown ever bum a cigarette from you if you
11      recall?
12  A.  I -- yes.
13  Q.  And that would be a Marlboro Light; correct?
14  A.  Yes.
15  Q.  Do you have any current friends who smoke?
16  A.  Yes.
17  Q.  Can you name them for me?
18  A.  Kelly Haskell.  (pause)  I can't think of anybody else.
19  Q.  To clarify, you can't think of any other of your
20      friends who smoke?
21  A.  Correct.
22  Q.  You can think of other friends as you sit here, yes?
23  A.  Yes.
24  Q.  Do you know what Kelly smokes?
25  A.  I do not.

1  Q.  Have you ever gone outside -- if I've asked this, I
2      apologize, but have you ever gone outside and had a
3      cigarette with Kelly?  Because you and Kelly work
4      together; correct?
5  A.  Correct.
6  Q.  Have you ever smoked outside with Kelly?
7  A.  Yes.
8  Q.  Have you ever bummed a cigarette from Kelly?
9  A.  Yes.
10 Q.  And do you recall what brand that was?
11 A.  I do not.
12 Q.  Has Kelly ever bummed a cigarette from you?
13 A.  Yes.
14 Q.  Did she ever comment on your Marlboro -- on the
15     Marlboro Light when you gave it to her?
16 A.  No.
17         MR. LANHAM:  When it's convenient, could we
18     take a break, please?
19         MS. BERNSTEIN-GAETA:  Let me just ask two
20     more questions, and we're done with this section.
21     Okay?
22         MR. LANHAM:  Sure.
23 BY MS. BERNSTEIN-GAETA:
24 Q.  Did you recall having a physical reaction when you
25     first tried cigarettes, even if it's not your first

1      cigarette, but first tried smoking?
2  A.  I don't recall.
3         MS. BERNSTEIN-GAETA:  Okay.  We can take a
4      break.
5         MR. LANHAM:  Thank you.
6         (The deposition recessed from 9:57 to 10:07 a.m.)
7  BY MS. BERNSTEIN-GAETA:
8  Q.  I'm back, Mrs. Spellman. I think you told me earlier
9      that your husband, Shawn, does not smoke; is that
10     right?
11 A.  That's right.
12 Q.  And you told me he has never smoked?
13 A.  He has taken a drag here and there.  He has never
14     smoked a whole cigarette.
15         MS. BERNSTEIN-GAETA:  Okay.  I'm going to ask
16     this be marked as Spellman Exhibit 1.
17         (Deposition Exhibit No. 1, database form, marked
18     for identification.)
19 BY MS. BERNSTEIN-GAETA:
20 Q.  I'm going to hand you what's been marked as Spellman
21     Exhibit 1. Ms. Spellman, this is a form that has been
22     submitted to the Philip Morris Adult Tobacco Consumer
23     Database, which used to be known as the Adult Smoker
24     Database.  And I'm going to ask you to look at the
25     first page of it, where there is a Shawn "A." Spellman

1      identified living in Levant, Maine.  Is that your
2      husband?
3  A.  It's actually "P." and --
4  Q.  Oh, it is a "P."
5  A.  Yes.
6  Q.  And if you would look at this form with me, he
7      identifies himself as a smoker in No. 2.  That's
8      correct?
9  A.  Yes.
10         MR. LANHAM:  I'm going to ask just, if you
11     could, please, give her, Judy, just a minute or two --
12         MS. BERNSTEIN-GAETA:  Sure.
13         MR. LANHAM:  -- to look at the document --
14         MS. BERNSTEIN-GAETA:  Sure.
15         MR. LANHAM:  -- since it's the first time --
16         MS. BERNSTEIN-GAETA:  Absolutely.
17         MR. LANHAM:  -- she's ever seen it.
18         MS. BERNSTEIN-GAETA:  And just because we're
19     timed, I'm going to ask that we go off the record while
20     she reads it, if we may.
21         MR. LANHAM:  I have no problem with that.
22         (The deposition recessed from 10:09 to 10:11 a.m.)
23         MS. BERNSTEIN-GAETA:  Okay.  We can go back
24     on the record.
25 //

1  BY MS. BERNSTEIN-GAETA:
2  Q.  Before we discuss this document, Ms. Spellman, when did
3      you marry Mr. Spellman?
4  A.  (Pause)
5  Q.  You better remember your wedding date.
6  A.  You know what, we have a joke about this actually.
7      Neither one of us ever remember.  July 19, 2002.
8  Q.  Let me ask you this.  Prior -- when did you first meet
9      your husband?
10 A.  I don't remember.
11 Q.  Was it more than two years before you were married?
12 A.  Yes.
13 Q.  Was it more than four years before you were married?
14 A.  Yes.
15 Q.  Have you had a chance to look at what I've marked as
16     Spellman Exhibit 1?
17 A.  Yes.
18 Q.  And is this your husband's signature on the signature
19     block?
20 A.  I don't know.
21 Q.  Have you seen your husband's signature before?
22 A.  Yes.
23 Q.  Does it appear to be similar to your husband's
24     signature?
25 A.  I don't know.

Page 54

1  Q.  Is that because it's not a very good copy?  Yes or no?
2         MR. LANHAM:  Only if you can answer yes or
3     no.  If you can, do so.
4  A.  I don't know.
5         MS. BERNSTEIN-GAETA:  You don't know?  Okay.
6  BY MS. BERNSTEIN-GAETA:
7  Q.  Do you have any reason to doubt that this is a form
8     filled out by your husband?
9  A.  Yes.
10 Q.  And why is that?
11 A.  Because I may have filled it out.
12 Q.  A-ha.  Well, whomever filled out this form identified
13    Shawn Spellman as a regular smoker of menthol light
14    cigarettes; is that correct?
15 A.  Yes.
16 Q.  Was your husband ever a smoker of regular menthol light
17    cigarettes?
18 A.  Not that I know of.
19 Q.  Now, you just stated that you thought you may have
20    filled out this form; is that right?
21 A.  Possibly.
22 Q.  You did just state that?
23 A.  I did.
24 Q.  And what would lead you to think that you maybe filled
25    out this form?

Page 55

1  A.  The second page looks like my handwriting.
2  Q.  Let's talk about the first page.  On the first page, if
3     you go over to the second column, it states that the
4     brand that your husband smokes is Marlboro; is that
5     right?  On number A -- 9?
6  A.  Yes.
7  Q.  And it also says it up in No. 7.
8  A.  I can't really read that.
9  Q.  Why don't I read that into the record and see if I've
10    read it correctly --
11 A.  Okay.
12 Q.  -- to the best that you can follow along:  Please list
13    all the brands of cigarettes you smoked at least one
14    pack of in the past two weeks.  How many packs did you
15    smoke of each brand.  Use as many lines as you need.
16    Write in exact number of packs for each brand below.
17    Note:  One carton equals ten packs.
18        And it says, Marlboro, and it says, 18.
19        Is that written in your handwriting?
20 A.  That's not my handwriting.
21 Q.  Does it look like your husband's handwriting?
22 A.  I don't know.
23 Q.  Having looked at this form, is it still your testimony
24    that your husband has never smoked more than the
25    cigarettes that he's bummed from you?

Page 56

1         MR. LANHAM:  Objection.
2         Go ahead.
3  A.  Well, he didn't bum cigarettes from me.
4  BY MS. BERNSTEIN-GAETA:
5  Q.  I'm sorry.
6  A.  But that --
7  Q.  Tell me what he did when he was smoking that you know
8     of it.
9  A.  If he was having a beer, he might take a drag off my
10    cigarette.
11 Q.  Okay.  Other than taking a drag off your cigarette,
12    does looking at this form refresh your recollection or
13    give you information about your husband's smoking that
14    you can tell me about as you sit here today?
15        MR. LANHAM:  Objection to form.
16        MS. BERNSTEIN-GAETA:  You can answer.
17 A.  He did not smoke.
18 BY MS. BERNSTEIN-GAETA:
19 Q.  Have you ever known your husband to fill out forms on a
20    database and give out information that's not accurate?
21        MR. LANHAM:  Objection to foundation.
22        MS. BERNSTEIN-GAETA:  You can answer it.
23 A.  Have I ever known?
24 BY MS. BERNSTEIN-GAETA:
25 Q.  Mm-hmm.

Page 57

1  A.  I don't know.
2  Q.  Do you have any reason to believe that this is not your
3     husband that's described on the first page of
4     Exhibit 1?
5  A.  To believe that this information is not his
6     information?
7  Q.  No.  To believe that the Shawn P. Spellman is not your
8     husband that's listed above here?  And to be clear,
9     what I mean is, listed in the information block?
10 A.  Okay.  Can you repeat the question, please.
11 Q.  Do you have any reason to believe that the Shawn P.
12    Spellman described -- who is on this form that's been
13    filled out with Levant as the address and the post
14    office box and this phone number is not your husband?
15 A.  No, I have no reason to believe that.
16 Q.  Date of birth is his date of birth?
17 A.  Yes.
18 Q.  Okay.  Now, let's go to the second form.
19        MR. LANHAM:  Second page?
20        MS. BERNSTEIN-GAETA:  Second page.
21 BY MS. BERNSTEIN-GAETA:
22 Q.  Now, if you look at this, in the second -- in the box
23    under the No. 3, there's a date.  And it says, Today's
24    date is 9-21-02.
25 A.  Mm-hmm.

15 (Pages 54 to 57)

Page 58

1          MS. BERNSTEIN-GAETA:  So, first of all,
2     Mr. Lanham, this is not the same form.  It's a
3     different one.  Would you like me to mark it as a
4     separate exhibit?
5          MR. LANHAM:  This is separate from Exhibit 1,
6     isn't it?
7          MS. BERNSTEIN-GAETA:  Correct.  Yes.  And
8     that's my mistake.
9          MR. LANHAM:  Yes, I would appreciate that
10    being marked.
11         MS. BERNSTEIN-GAETA:  Okay  If you would hand
12    me back the second page, we'll mark this as Spellman
13    Exhibit 2.
14         (Deposition Exhibit No. 2, form dated 9-21-02,
15    marked for identification.)
16    BY MS. BERNSTEIN-GAETA:
17    Q.  I'm handing you what has been marked as Spellman
18    Exhibit 2, which is what I mistakenly called as the
19    second page of Exhibit 1, and you told us earlier that
20    that is your handwriting on Exhibit 2; is that correct,
21    Ms. Spellman?
22    A.  That's correct.
23    Q.  And this form was filled out 9-21-2002; is that
24    correct?
25    A.  That's what it says.

Page 59

1     Q.  Good answer.  Meaning you didn't -- you don't remember
2         that's the date you filled it out.  Do you have
3         any reason to doubt that that was the date you filled
4         it out?
5     A.  No.
6     Q.  It is filled out, regardless of who filled it out, as
7         Shawn P. Spellman; is that correct?  The signature?
8     A.  Yes.
9     Q.  And this appears to be ordering gear to the best that I
10        can read that.  Is that correct?
11    A.  Yes.
12    Q.  Do you recall ordering gear from the Philip Morris
13        Companies?
14    A.  Yes.
15    Q.  And what did you order?
16    A.  Lanterns, and I don't remember what else.
17    Q.  Do you know why you used your husband's name to place
18        the order?
19    A.  Because he wanted the items.
20    Q.  Thank you.  You can put that aside.
21         MS. BERNSTEIN-GAETA:  I'd like to mark this
22    as Spellman Exhibit 3.
23         (Deposition Exhibit No. 3, Tammy Boulier survey,
24    marked for identification.)
25    //

Page 60

1     BY MS. BERNSTEIN-GAETA:
2     Q.  I'm going to hand you what has been marked as Spellman
3         Exhibit 3.  And if you'd like to take your time to read
4         it, I'm going to again ask that we go off the record
5         while you read it.  Do you need time, Ms. Spellman?
6     A.  No.
7     Q.  Okay.  Can you tell me who this form has been filled
8         out by?
9     A.  Tammy Boulier.
10    Q.  And that's your sister?
11    A.  Yes.
12    Q.  Do you recognize her handwriting?
13    A.  I don't know.
14    Q.  Okay.  And what brand of cigarette does Tammy Boulier
15        identify as her -- as smoking in this form?
16    A.  Marlboro.
17    Q.  And what packing, which is No. 5?
18    A.  Light, slash, mild.
19    Q.  Does this refresh your recollection on the brand of
20        cigarettes your sister smoked?
21    A.  She switches.
22    Q.  But at times, she is a Marlboro Lights smoker?
23    A.  I don't know.
24    Q.  This form -- yet, on this form, you'd agree with me, if
25        you read No. 1, the question is, What is your regular

Page 61

1         brand of cigarettes, that is, the brand you smoke most
2         often?  And she's identified, Marlboro; is that
3         correct?
4     A.  That's what it says.
5     Q.  And it says, Marlboro, if you look at No. 2, 100's.  If
6         you look at No. 3, non-menthol; No. 4, Is this your
7         regular brand -- is your regular brand -- and she says,
8         Filter.  Is your regular brand -- light/mild.  And then
9         she says she buys it by both the carton and the pack.
10        Did I read that correctly?
11    A.  That's what it says.
12    Q.  Does this, again, refresh your recollection on whether
13        she -- Marlboro Lights is her regular brand?
14    A.  I don't know.
15    Q.  You don't know if it is her regular brand?
16    A.  Correct.
17    Q.  Okay.  We'll put it down.  Thank you.
18    A.  Mm-hmm.
19    Q.  You told me sometime in your teen years you tried your
20        first cigarette.  Did there come a time -- I assume
21        there has come a time since you've told me you smoke
22        about 15 to 25 cigarettes a day -- that you began
23        smoking regularly; correct?
24    A.  Correct.
25    Q.  And when was that?

16 (Pages 58 to 61)

Page 62

1   A.  I don't know.
2   Q.  Can you --
3   A.  I --
4   Q.  Go ahead.
5   A.  I don't remember.
6   Q.  Do you recall if it was more than ten years ago?
7   A.  Yes.
8   Q.  Do you recall if it was more than 20 years ago?
9   A.  I don't recall.
10  Q.  Okay.  I'm going to mark, if I can find it -- this is
11      Spellman Exhibit 4.  Proving I can count.
12          (Deposition Exhibit No. 4, First Amended
13      Complaint, marked for identification.)
14  BY MS. BERNSTEIN-GAETA:
15  Q.  Ms. Spellman, I'm handing you Spellman Exhibit 4, which
16      is the First Amended Complaint that was filed in this
17      case.  And I will tell you that, if you look at the
18      last page of it, page 15, it was filed on September 21,
19      2005.  Do you see that?
20  A.  I do.
21  Q.  All right.  Would you please read or look at paragraph
22      8 on page 3?  (Reading):  Plaintiff Lori A. Spellman is
23      a resident of Levant, Maine, and has purchased and
24      consumed on average approximately one to one and a half
25      packs of Marlboro Lights cigarettes per day for

Page 63

1       approximately 15 years.
2           Did I read that correctly?
3   A.  You did.
4   Q.  Is that a correct statement in this complaint?
5   A.  Yes.
6   Q.  Now, we can always question my math, but if I do the
7       math correctly, this was filed in September 2005, and
8       it's December 2009.  So, I can add four and 15 and that
9       means you've been smoking at least a pack to a pack and
10      a half a day 19 years; is that correct?
11  A.  That's correct.
12  Q.  Okay.  When you were in high school, did you become a
13      regular smoker of Marlboro Lights cigarettes?  Would
14      you like me to --
15  A.  What does "regular" mean?
16  Q.  -- define "regular" for you?  Did you smoke every day
17      when you were -- Marlboro Lights at any time when you
18      were in high school?
19  A.  I don't remember.
20  Q.  When you graduated high school, did you start smoking
21      Marlboro Lights every day?
22  A.  Start?
23  Q.  Or did you -- yes, start.
24  A.  I don't know if that's when I started.
25  Q.  It could have been before?

Page 64

1   A.  I don't know.
2   Q.  Well, again, testing my math, if it's been 19 years or
3       if it was 15 years in 2005, then I'm hoping that that
4       means 1990, at least, you were a regular smoker of
5       Marlboro Lights, meaning you smoked every day?
6   A.  Yes.
7   Q.  So you'd agree with me, at least in 1990, you were
8       smoking regularly?
9   A.  Yes.
10  Q.  And that was the year you also graduated high school?
11  A.  Yes.
12  Q.  But you cannot recall if you smoked every day prior to
13      graduating from high school; is that right?
14  A.  Correct.
15  Q.  When you first -- do you recall when you first bought a
16      package of Marlboro Lights?
17  A.  No.
18  Q.  When you -- did you ever consider smoking any other
19      brand of cigarettes besides Marlboro Lights?
20  A.  I don't know.  I don't remember.
21  Q.  As you sit here today, in your whole smoking history,
22      has there ever been a time you've considered smoking
23      another brand of cigarettes besides Marlboro Lights?
24  A.  Not that I remember.
25  Q.  Have you ever compared Marlboro Lights to any other

Page 65

1       brands of cigarette?
2           MR. LANHAM:  Objection to form.
3   A.  I don't know what "compared" means.  What --
4   BY MS. BERNSTEIN-GAETA:
5   Q.  Have you ever said, Well, there's Marlboro Lights and
6       there's some other brand, and I choose the Marlboro
7       Lights? --
8   A.  No.
9   Q.  -- or words to that effect.  Yes?
10  A.  No.
11  Q.  Right.  That was really bad.
12          I meant, words to that effect -- you've never
13      asked yourself words to that effect?
14  A.  Correct, I have never.
15  Q.  Sorry.  I'm not trying to trip you up.
16          Look.  (Flipping pages)
17          Have you ever tried any other brand of cigarettes
18      before Marlboro Lights in your entire smoking history?
19          MR. LANHAM:  Objection to form.  I think it's
20      been asked and answered, but go ahead.
21          MS. BERNSTEIN-GAETA:  It probably has, but
22      you can answer again.
23  A.  Tried.  I don't know what you mean by "tried."
24  BY MS. BERNSTEIN-GAETA:
25  Q.  Have you ever smoked any other brand of cigarettes

17 (Pages 62 to 65)

Page 66

1    besides Marlboro Lights in your entire smoking history?
2    A.   Yes.
3    Q.   Have you ever purchased any other brand of cigarettes
4         besides Marlboro Lights in your smoking history?
5    A.   I don't remember.
6    Q.   I believe you testified earlier that you may be smoking
7         with a sister or a friend, and you may take one of
8         their cigarettes that is not a Marlboro Light.  Do you
9         recall -- is that a correct recollection of what you
10        said?
11   A.   Yes.
12   Q.   And you do not -- do you know if those cigarettes were
13        full flavored or light cigarettes or even ultralight
14        cigarettes?
15   A.   I don't know.
16   Q.   Did you notice a difference between the cigarette you
17        shared from a friend or purchased and your brand of
18        cigarettes?
19   A.   I don't remember.
20   Q.   In the past year, have you smoked any other brand of
21        cigarettes besides Marlboro Lights?
22   A.   I don't remember.
23   Q.   We've established from your complaint that, at least in
24        1990, your smoking was approximately one to one and a
25        half packs a day.  And I think earlier today you've

Page 67

1         said, probably around 15 cigarettes a day to one and a
2         half packs a day; is that correct?
3    A.   That's correct.
4    Q.   So, there are certain days when you smoke more
5         cigarettes than other days; is that right?
6    A.   Yes.
7    Q.   Do you notice that you smoke a different amount
8         depending on the circumstances of a particular day?
9    A.   Yes.
10   Q.   Do you smoke more when you are stressed?
11   A.   Yes.
12   Q.   And you've told me you have friends who smoke.  Do you
13        smoke more when you are around friends who are smoking?
14   A.   I don't know.
15   Q.   Don't pay attention to it?
16   A.   Right.
17             MR. LANHAM:  Objection.  Asked and answered.
18             MS. BERNSTEIN-GAETA:  You can answer.
19   A.   Right.
20   BY MS. BERNSTEIN-GAETA:
21   Q.   Do you ever go out with friends for an evening?
22   A.   Yeah.
23   Q.   And the next day, after you've gone out with friends
24        and you look at how many cigarettes you have, have you
25        noticed that you smoked more cigarettes the day before

Page 68

1         than other days?
2    A.   I don't know.
3    Q.   Do you drink coffee?
4    A.   Yes.
5    Q.   Do you smoke more when you drink coffee?
6    A.   No.
7    Q.   Well, we've discussed work where you have to refrain
8         from smoking.  Do you try to refrain from smoking or
9         not smoke when you're around children?
10   A.   Yes.
11   Q.   Is it not smoke or smoke less?
12   A.   Could you repeat that?
13   Q.   When you're around children, do you not smoke at all?
14   A.   Yes.
15   Q.   When you're around -- are you ever around women who are
16        pregnant?
17   A.   No.
18   Q.   Are there other circumstances besides work or when
19        you're around children where you try to refrain from
20        smoking?
21   A.   I don't know.
22   Q.   And just to make the record clean, you don't know or
23        you don't recall?
24   A.   There may be situations, but I don't remember what they
25        are or I don't know.

Page 69

1    Q.   You're aware when you choose not to smoke around
2         people; correct?
3    A.   Yes.
4    Q.   You just can't remember the specifics of that?
5    A.   Right.
6    Q.   Okay.  When you're at work and you cannot smoke except
7         at lunch time or you're going out on an errand, does
8         there ever come a time when you have a craving to smoke
9         a cigarette?
10   A.   Yes.
11   Q.   And when you have that craving and then are able to go
12        smoke a cigarette because it's lunch or you've gone
13        out, do you smoke that cigarette -- first cigarette
14        after having the craving and then being able to
15        smoke -- differently than you smoke cigarettes during
16        the day, your other cigarettes during the day?
17             MR. LANHAM:  Objection to form.
18             Go ahead
19             MS. BERNSTEIN-GAETA:  You can answer.
20   A.   I don't know.
21   BY MS. BERNSTEIN-GAETA:
22   Q.   Is it because you don't understand my question?
23   A.   I think I understand it, but --
24   Q.   Well, let me, when's the last time you've had a
25        cigarette at lunch at work?

18 (Pages 66 to 69)

Page 70

1   A.  Yesterday.
2   Q.  Before you had that cigarette, you hadn't smoked from
3       the time you sat down at your desk till lunch time; is
4       that correct?
5   A.  Yes.
6   Q.  How long a period of time was that?
7   A.  45 minutes.
8   Q.  Do you go to lunch -- do you go to work at 11:00?  Oh,
9       yesterday, you did.  Let's talk -- I see where we're
10      going, and I didn't mean to go there.  Let's talk
11      about --
12          MR. LANHAM:  A typical day.
13  BY MS. BERNSTEIN-GAETA:
14  Q.  -- Monday, or a typical workday, what time do you get
15      in to work?
16  A.  8:30, quarter of nine.
17  Q.  And is there a typical day where you're at your desk
18      from 8:30 till lunch time?
19  A.  Yes.
20  Q.  And what time do you typically take lunch?
21  A.  11:30, quarter of 12.
22  Q.  Between that three, three-and-a-half-hour period or
23      three hours and 15 minutes, do you have a stronger
24      craving for cigarettes than you would at any other time
25      during the day?

Page 71

1   A.  Not usually.
2   Q.  When you go out to have a cigarette on your lunch
3       break, is the first thing you do when your lunch break
4       starts, do you -- first thing you do, go outside and
5       have a cigarette?
6   A.  Yes.
7   Q.  Do you smoke that cigarette any differently than you
8       smoked a cigarette, for example, on your way to work in
9       your car?
10  A.  I don't know.
11  Q.  When you say you don't know, does that mean you are not
12      paying attention to how you smoke or you just don't
13      recall?
14  A.  I'm not paying attention.
15  Q.  Do you smoke more cigarettes at your lunch break in a
16      shorter interval than you do at other times during the
17      day?
18  A.  I'm not sure what you mean by that.
19  Q.  Sure.  On a typical day, when you go out for lunch --
20  A.  Mm-hmm.
21  Q.  -- how many cigarettes do you smoke?
22  A.  Usually --
23          MR. LANHAM:  During lunch time?
24          MS. BERNSTEIN-GAETA:  Yes.
25          MR. LANHAM:  Thank you.

Page 72

1   A.  Usually, two.
2   BY MS. BERNSTEIN-GAETA:
3   Q.  How long is your lunch period?
4   A.  An hour.
5   Q.  When you have the first cigarette is right as your
6       lunch break starts; correct?
7   A.  Correct.
8   Q.  When do you have the second cigarette?
9   A.  As it ends.
10  Q.  That's about an hour interval?
11  A.  Yes.
12  Q.  When you're on weekends, at home, how often do you have
13      a cigarette?
14  A.  Depends what I'm doing.
15  Q.  On a day where you're just around the house?
16  A.  I don't know.
17  Q.  Do you smoke in your car?
18  A.  Yes.
19  Q.  Would you describe your smoking pattern on a typical
20      workday?
21  A.  I have a cigarette around 7:00.  I have another
22      cigarette before I leave.  I have two cigarettes on the
23      way to work, two cigarettes at lunch, two cigarettes
24      when I go on errands in the afternoon, two cigarettes
25      on the way home, and usually one or two cigarettes

Page 73

1       after I get home throughout the evening.
2   Q.  Do you have a cigarette after -- was that it?
3   A.  Yes.
4   Q.  Do you have a cigarette after dinner?
5   A.  At some point.
6   Q.  Not immediately after dinner?  Sometimes yes, sometimes
7       no?
8   A.  Yeah.
9   Q.  By my math that adds up, from what you told me, to 12
10      cigarettes.  Is that about the amount of cigarettes you
11      smoke a day?
12          MR. LANHAM:  I object to that form.  That's
13  not correct math.
14          MS. BERNSTEIN-GAETA:  1, 2, 3, 4, 5, 6, 7, 8,
15  9, 10, 11, 12.
16          MR. LANHAM:  She said one to two after she
17  gets home.
18          MS. BERNSTEIN-GAETA:  So --
19          MR. LANHAM:  You took the --
20          MS. BERNSTEIN-GAETA:  I took the higher.
21          MR. LANHAM:  You took the lesser.
22          MS. BERNSTEIN-GAETA:  No, I took the more.
23  Okay.  We'll wait while we do the math.
24          MR. LANHAM:  I'm not trying to get in your
25  way.

19 (Pages 70 to 73)

Page 74

1      MS. BERNSTEIN-GAETA:  No, it's fine.  I'm
2  not -- I'm making fun of myself.
3      MR. LANHAM:  My math skills aren't that good
4  either.
5      MS. BERNSTEIN-GAETA:  That's why we became
6  lawyers.
7  BY MS. BERNSTEIN-GAETA:
8  Q.  It's between 11 and 12 by my count, and I may be wrong,
9      but that's what I come to.  Is that accurate?
10 A.  That is accurate on a day that I go to work, go right
11     home, and my husband is home.
12 Q.  Ah.  If your husband is not home, do you smoke more
13     cigarettes at home?
14 A.  Sometimes.
15 Q.  And approximately how many more?
16 A.  I don't know.
17 Q.  So, on a typical workday, if your husband's home, you
18     don't smoke a full pack of cigarettes?
19 A.  Correct.
20 Q.  How far is your home to your office?
21 A.  Half an hour.
22 Q.  So you smoke two cigarettes in the half an hour you're
23     in the car?
24 A.  Mm-hmm.
25 Q.  And if you get to work at 8:30, that means you leave

Page 75

1      the house at eight; is that right?
2  A.  Roughly.  I'm usually late.
3  Q.  Okay.  Let's get on it.  Do you speed?
4  A.  No.
5  Q.  We won't show this to your employers.
6  A.  Oh, they know.  They're well aware.
7  Q.  Yeah, I guess they notice.  So, if you have a cigarette
8      at seven, one before you leave, and then you leave
9      between 8 and 8:15-ish?
10 A.  8, 8:15, 8:30.
11 Q.  And then you have two cigarettes, and then you refrain
12     from smoking between the car ride and lunch time?
13 A.  Unless I go out for something.
14 Q.  And then you'll have a cigarette?
15 A.  Mm-hmm.
16 Q.  Which would change the number --
17 A.  Yes.
18 Q.  -- of cigarettes a day, obviously.  Is it your
19     testimony that you don't have any stronger cravings for
20     a cigarette on a day when you've come to the office and
21     don't have a cigarette before lunch time than, for
22     example, between your cigarette in the morning at seven
23     and the one you have before you leave?
24 A.  I didn't understand.
25      MR. LANHAM:  I'm going to object.  Whoa,

Page 76

1      whoa.  I'm going to object.  I believe that's been
2      asked and answered, but you can go ahead.
3  A.  I didn't understand.
4  BY MS. BERNSTEIN-GAETA:
5  Q.  Okay.  You typically have a cigarette at seven, and a
6      cigarette before you leave the house, sometime between
7      seven and eight-ish/30-ish?
8  A.  Yes.
9  Q.  From the time you get to work, 8:30-ish to 11:30, you
10     don't have a cigarette; correct?  If you stay in the
11     office?
12 A.  Correct.
13 Q.  My question was, do you have a stronger craving for a
14     cigarette when you've been at your desk working till
15     you go out to lunch than you do between 7 and 8:30 when
16     you leave for work?
17      MR. LANHAM:  Objection, asked and answered.
18      MS. BERNSTEIN-GAETA:  You can answer.
19 A.  Do I have a stronger craving?
20 BY MS. BERNSTEIN-GAETA:
21 Q.  Right.
22 A.  While I'm at my desk?
23 Q.  Yes.
24 A.  No.
25 Q.  Okay.  Now, you've seemed to indicate there wasn't a

Page 77

1      typical weekend day.  Are there weekend days when you
2      go out and do the errands for the week in your home?
3      Is that typically something you do on a weekend?
4  A.  Sometimes.
5  Q.  Ms. Spellman, do you enjoy smoking?
6  A.  I wouldn't call it enjoy.
7  Q.  What would you call it?
8  A.  I don't know.
9  Q.  Well, you currently smoke?
10 A.  Yes.
11 Q.  And why do you currently smoke?
12 A.  It's a habit.
13 Q.  Any other reasons?
14 A.  No.
15 Q.  Is there anything when you're having a cigarette
16     besides the habit that you like about having the
17     cigarette?
18 A.  Not that I can think of.
19 Q.  Do you find smoking relaxing?
20 A.  Yes.
21 Q.  Do you like the relaxation you get from smoking?
22 A.  Yes.
23 Q.  Do you ever find that smoking relieves anxiety or
24     stress?
25 A.  Yes.

20 (Pages 74 to 77)

1  Q.  Do you like the stress relief?
2  A.  Yes.
3  Q.  Do you ever find smoking stimulating?
4        MR. LANHAM:  Objection to form.
5  A.  I don't know what you mean.
6  BY MS. BERNSTEIN-GAETA:
7  Q.  Where it gives you -- where smoking a cigarette gives
8     you more energy?
9  A.  I don't know.
10 Q.  As you sit here, you can't recall a time where smoking
11    a cigarette gave you some energy?
12 A.  I cannot recall.
13 Q.  Do you ever change how you smoke a cigarette during the
14    day, the manner in which you smoke a cigarette during
15    the day?
16 A.  The manner in which I --
17 Q.  Yes.
18 A.  I'm not sure what you mean.
19 Q.  All right.  Let's break it down.  Do you always take
20    the same amount of puffs on a cigarette no matter what
21    cigarette it is throughout the day?
22 A.  I don't know.
23 Q.  Is there ever a time where you light up a cigarette and
24    you have only a couple seconds, and you take a couple
25    puffs and you put that cigarette out?

1  A.  Yes.
2  Q.  What are those situations typically?
3  A.  You're talking about at work?
4  Q.  Anywhere.
5  A.  Anywhere.  I don't know what situations they would be.
6  Q.  Tell me -- do you recall the last time you've taken
7     just a few puffs on a cigarette and put the cigarette
8     out?
9  A.  Last night.
10 Q.  Why was that?
11 A.  Because I was tired and wanted to go to bed.
12 Q.  Fair enough.  Now, you knew when you took just two
13    puffs on that -- one or two puffs.  I'm not trying to
14    put words in your mouth --
15 A.  Right.
16 Q.  -- but a few puffs on that cigarette, which was a
17    Marlboro Light; correct?
18 A.  Yes.
19 Q.  Compared to the cigarette before, where you smoked the
20    whole cigarette, you knew you were getting less tar and
21    nicotine from those few puffs than smoking the whole
22    cigarette; right?
23       MR. LANHAM:  Objection to form and
24    foundation.
25       MS. BERNSTEIN-GAETA:  You can answer.

1  BY MS. BERNSTEIN-GAETA:
2  Q.  Well, let's go back.  The cigarette before the one you
3     just put out, had you smoked the full cigarette?
4  A.  Yes.
5  Q.  If you compare the amount of tar and nicotine you got
6     from two puffs -- from the few puffs you took of a
7     cigarette as compared to the prior cigarette where you
8     took a -- smoked the full cigarette, would you agree
9     with me that you got more tar and nicotine from the
10    full cigarette as opposed to just one or two puffs?
11       MR. LANHAM:  Objection, form and foundation.
12       MS. BERNSTEIN-GAETA:  You can answer.
13 A.  I don't know.
14 BY MS. BERNSTEIN-GAETA:
15 Q.  Is it your testimony that, if you take just one puff
16    from a cigarette, you're getting the same amount of tar
17    and nicotine as you would from a full cigarette?
18       MR. LANHAM:  Objection, foundation.
19 A.  I don't know.
20 BY MS. BERNSTEIN-GAETA:
21 Q.  You don't know -- I'm not asking the amounts.  You're
22    saying you do not know if you get more tar and nicotine
23    from smoking a puff of a cigarette as opposed to eight
24    puffs of a cigarette?
25       MR. LANHAM:  Objection, form and foundation.

1  A.  I don't know.
2  BY MS. BERNSTEIN-GAETA:
3  Q.  What do you think?
4        MR. LANHAM:  Objection to form.
5  A.  I don't know.
6  BY MS. BERNSTEIN-GAETA:
7  Q.  You don't think about the amount of tar and nicotine
8     you're getting when you smoke a cigarette?
9        MR. LANHAM:  Objection to form.
10 A.  As I'm smoking a cigarette?
11 BY MS. BERNSTEIN-GAETA:
12 Q.  Yeah.
13 A.  I don't know.
14 Q.  Respectfully, Mrs. Spellman, I'm having a little
15    trouble.  You don't know that you're thinking -- what
16    you're thinking about when you smoke a cigarette; is
17    that what you're testifying?
18       MR. LANHAM:  Objection to form.
19 A.  I don't remember what I'm thinking about when I'm
20    smoking a cigarette.
21 BY MS. BERNSTEIN-GAETA:
22 Q.  Are you usually just thinking about whatever it is
23    you're thinking about before you light the cigarette?
24       MR. LANHAM:  Objection to form.
25 A.  Yeah.

21 (Pages 78 to 81)

Page 82

BY MS. BERNSTEIN-GAETA:
Q. Okay. How far down the rod of a Marlboro Lights cigarette do you typically smoke?
MR. LANHAM: You -- objection to form.
A. How far down the rod?
BY MS. BERNSTEIN-GAETA:
Q. Mm-hmm.
A. (Pause)
MR. LANHAM: Do you understand?
THE WITNESS: Not particularly, no.
BY MS. BERNSTEIN-GAETA:
Q. Most of the time -- well, when you're smoking, do you smoke the entire cigarette?
A. Usually.
Q. When you usually smoke the entire cigarette -- I'm defining "rod" as the part of the cigarette that has the tobacco in it. Okay?
A. Okay.
Q. When you're usually smoking the full cigarette, how far down what I've defined as the rod do you smoke down the cigarette?
A. You want me to give a measurement? I don't know what --
Q. Do you smoke right up to the filter?
A. No.

Page 83

Q. Do you stop -- well, if I may, with your counsel's permission, I'd like to hand you a pack of Marlboro Lights that are a current pack of Marlboro Lights.
MR. LANHAM: If you're going to ask her to open it and take --
MS. BERNSTEIN-GAETA: Yes, I am.
MR. LANHAM: -- a cigarette out?
MS. BERNSTEIN-GAETA: Yes, I am.
MR. LANHAM: Well, that, I'm going to object to. If it's a regular -- if it's a real cigarette, I'm not going to allow her to do it. If you have an artificial cigarette that we can use for demonstrative purposes that is the same size, shape, and configuration, I will allow that.
MS. BERNSTEIN-GAETA: I'd like to go off the record.
(The deposition recessed from 10:48 to 10:50 a.m.)
BY MS. BERNSTEIN-GAETA:
Q. Ms. Spellman, I'm going to hand you what is a prop cigarette that I've purchased from a prop store. I'm, also, going to have the picture of the prop cigarette, with your counsel's permission, marked as the exhibit so we don't try to put an exhibit in.
MS. BERNSTEIN-GAETA: So let's mark this as Spellman Exhibit 5.

Page 84

(Deposition Exhibit No. 5, photograph of prop, marked for identification.)
BY MS. BERNSTEIN-GAETA:
Q. Fortunately, they match. I'm going to hand you Spellman Exhibit 5 as well as the prop cigarette. And I will represent to you that this cigarette is the same -- approximately same -- well, it is the same size as a Marlboro Lights cigarettes regular. Is this the brand or the size Marlboro Lights you smoke?
A. Yes.
Q. Okay. Can you please indicate on the prop cigarette how far down the rod you smoke on a usual cigarette?
A. (pause) I don't know.
Q. It is your testimony, though, that you don't smoke all the way to the filter; is that correct?
A. Correct.
Q. Okay. In looking at this prop cigarette, which has the band where the filter starts, can you estimate approximately how far you go down towards that filter?
MR. LANHAM: Objection, asked and answered.
MS. BERNSTEIN-GAETA: You can answer.
A. I don't know.
MS. BERNSTEIN-GAETA: Okay. And for the record, I reserve the right to come back and speak to the witness on use of real cigarettes should we decide

Page 85

to pursue this issue. You can put that down.
MR. LANHAM: Judy, may the actual prop cigarette itself be marked, please, as Exhibit No. 6, and then --
MS. BERNSTEIN-GAETA: Sure.
MR. LANHAM: -- we can put it in a little plastic baggie or something to retain it.
MS. BERNSTEIN-GAETA: That's fine, or how about we do 5A?
MR. LANHAM: That's fine. Thank you.
MS. BERNSTEIN-GAETA: Can we please mark this as Spellman Exhibit 5A?
(Colloquy off the record.)
(Deposition Exhibit No. 5A, prop cigarette, marked for identification.)
MS. BERNSTEIN-GAETA: I've marked it 5A here.
MR. LANHAM: Great.
MS. BERNSTEIN-GAETA: But I'm going to hand this prop cigarette back to you, Ms. Spellman, if I may.
BY MS. BERNSTEIN-GAETA:
Q. Can you show me with that prop cigarette to the best of your ability how you hold a cigarette when you're smoking?
A. (Gesturing).

1  Q.  Is that where you place your fingers?  Is it harder
2      because it's a prop cigarette?
3  A.  Yeah.
4  Q.  Do you know when you're smoking a real cigarette if
5      your fingers are above the filter, below the filter,
6      around where the filter and the rod meet, or none of
7      the above?
8  A.  Above where the filter and the rod meet.
9  Q.  All right.  When you go to take a puff of a
10     cigarette --
11 A.  Mm-hmm.
12 Q.  -- do your fingers stay on the cigarette or do you take
13     your fingers off the cigarette?  If you want to try it
14     with that, feel free.
15          MR. LANHAM:  I'm going to object to that
16     piece of it.
17          She simply asked you a question.
18 BY MS. BERNSTEIN-GAETA:
19 Q.  And your --
20 A.  Could you --
21 Q.  -- answer is?
22 A.  -- repeat the question?
23 Q.  When you are holding a cigarette that's lit and you're
24     going to take a puff from the cigarette, do you take,
25     as you put it in your mouth, your fingers off the

1      cigarette, or do you leave your fingers on the
2      cigarette as you take the puff?
3  A.  Usually, I leave them on.
4  Q.  And are they on in the manner that you previously
5      demonstrated, on either side of the rod?
6  A.  Yes.
7  Q.  Do you ever -- could you pick up that prop cigarette
8      again?  Do you ever cup your hand around the filter of
9      the cigarette when you're holding it?
10 A.  No.
11 Q.  Do you ever hold it any differently than you're holding
12     it right there?
13 A.  I don't think so.
14 Q.  Now you say to me you don't recall when you chose
15     Marlboro Lights as your cigarette, but do you recall
16     why you chose Marlboro Lights as your cigarette back
17     when you first started smoking them?
18 A.  I thought it was less unhealthy than regular
19     cigarettes.
20 Q.  And you remember thinking that back when you first
21     chose the cigarettes?
22 A.  I remember thinking that as I continued to smoke
23     Marlboro Lights.
24 Q.  But you don't recall if that's what you were thinking
25     when you first chose Marlboro Lights?

1  A.  I do not recall.
2  Q.  Before you chose Marlboro Lights as your cigarette, did
3      you have friends who smoked Marlboro Lights?
4  A.  I don't remember.
5  Q.  Before you smoked Marlboro Lights, did you have friends
6      who smoked?
7  A.  I don't remember.
8  Q.  When -- back when you were in high school, was Marlboro
9      Lights a popular brand of cigarettes to the best of
10     your knowledge?
11 A.  I don't remember.
12 Q.  Okay.  As you said, there came a time when you thought
13     Marlboro Lights had less tar and nicotine; correct?
14          MR. LANHAM:  Objection.  I don't believe that
15     is what --
16          MS. BERNSTEIN-GAETA:  All right.  Tell me --
17          MR. LANHAM:  -- she had testified to.
18 BY MS. BERNSTEIN-GAETA:
19 Q.  Tell me -- well, tell me what you said about what you
20     came to understand about Marlboro Lights?
21 A.  I'm not --
22          MR. LANHAM:  Objection to form.
23          MS. BERNSTEIN-GAETA:  You can answer.
24 A.  I'm not sure what you're referring to.
25 //

1  BY MS. BERNSTEIN-GAETA:
2  Q.  I've asked you why did you choose Marlboro Lights.  Can
3      you tell me again your answer?
4          MR. LANHAM:  Objection, asked and answered.
5      Go ahead.
6  A.  I said I continually smoked Marlboro Lights because I
7      thought it was less unhealthy than smoking regular
8      cigarettes.
9  BY MS. BERNSTEIN-GAETA:
10 Q.  When did you first form that belief?
11 A.  I don't remember.
12 Q.  Had you been smoking for a while before you formed that
13     belief?
14 A.  I don't remember.
15 Q.  But you know it wasn't when you started?
16 A.  I don't remember.
17 Q.  When you use the word "regular" cigarettes, what do you
18     mean?
19 A.  Not lights or ultralights.
20 Q.  Is another word for that "full flavor" cigarette?  Is
21     that a word you're familiar with?
22 A.  Yes.
23 Q.  When you think less unhealthy, did you think you were
24     at less risk of getting disease from smoking Marlboro
25     Lights as opposed to a regular cigarette?

Page 90

1    A.  Did I think?
2    Q.  (Nodding in the affirmative.)  Yes.
3    A.  I'm not sure when you're talking about.
4    Q.  Well, we can't identify when you determined cigarettes
5        were less unhealthy -- light cigarettes were less
6        unhealthy than regular cigarettes, but at the time that
7        you made that comparison, did you think you were at
8        less risk of getting disease?
9    A.  I believe so.
10   Q.  And you say you believe so.  Is that because you cannot
11       recall?
12           MR. LANHAM:  Objection to form.
13           MS. BERNSTEIN-GAETA:  You can answer.
14   A.  I don't remember exactly when I formed that thought.
15   BY MS. BERNSTEIN-GAETA:
16   Q.  But you know you've had the thought or have you had the
17       thought?
18   A.  Yes.
19           MR. LANHAM:  Let -- objection.
20   BY MS. BERNSTEIN-GAETA:
21   Q.  And by the thought, I mean less --
22           MR. LANHAM:  Give me time to object.
23   BY MS. BERNSTEIN-GAETA:
24   Q.  -- risk of getting disease?
25           MS. BERNSTEIN-GAETA:  Do you have an

Page 91

1        objection?
2            MR. LANHAM:  Is there a pending question?
3            MS. BERNSTEIN-GAETA:  Yes, there is.
4            MR. LANHAM:  I'm sorry.  I really am sorry.
5    I missed it.  Would you either repeat it or have the
6    Court Reporter repeat it?
7            MS. BERNSTEIN-GAETA:  I will repeat it
8    because I think we spoke over each other.
9    BY MS. BERNSTEIN-GAETA:
10   Q.  You said you don't know when, but you formed that
11       belief.  And my question to you based on that answer
12       was, was that belief less risk of getting disease from
13       Lights as opposed to regular cigarettes?
14           MR. LANHAM:  Objection to form.
15           MS. BERNSTEIN-GAETA:  You can answer.
16   A.  I'm trying to remember your question.  Yes.
17   BY MS. BERNSTEIN-GAETA:
18   Q.  How much less tar did you think you were getting from
19       Marlboro Lights or do you think you're getting -- well,
20       did you think you were getting from Marlboro Lights
21       than from regular cigarettes as you understand
22       "regular" cigarettes to mean?
23           MR. LANHAM:  Objection, form and foundation.
24   A.  I don't know.
25   //

Page 92

1    BY MS. BERNSTEIN-GAETA:
2    Q.  Did you think you were getting less tar?
3            MR. LANHAM:  Objection to foundation and
4        form.
5    A.  Yes.
6    BY MS. BERNSTEIN-GAETA:
7    Q.  Did you think you were getting less nicotine from a
8        Marlboro Light as opposed to a regular cigarette, as
9        you define it?
10   A.  Yes.
11   Q.  Did you think light cigarettes and, in particular,
12       Marlboro Lights are a guarantee that you won't get sick
13       from smoking?
14           MR. LANHAM:  Objection to form.
15   A.  No.
16   BY MS. BERNSTEIN-GAETA:
17   Q.  Do you believe that light cigarettes are a guarantee of
18       safety?
19   A.  No.
20   Q.  Have you ever believed that light cigarettes are a
21       guarantee of safety?
22   A.  No.
23   Q.  Can you quantify how much less hazardous you think
24       Marlboro Lights are than regular cigarettes?
25           MR. LANHAM:  Objection to foundation and

Page 93

1        form.
2    A.  I cannot.
3    BY MS. BERNSTEIN-GAETA:
4    Q.  Up until the time you filed this complaint, had you
5        formed a belief about how much less hazardous Marlboro
6        Lights were than full-flavored cigarettes?
7            MR. LANHAM:  Objection to the form.
8            MS. BERNSTEIN-GAETA:  You can answer.
9    A.  About how much?
10   BY MS. BERNSTEIN-GAETA:
11   Q.  Mm-hmm.
12   A.  No.
13   Q.  Did you think Marlboro Lights were safer than all other
14       cigarettes?
15           MR. LANHAM:  Objection to form and
16       foundation.
17           MS. BERNSTEIN-GAETA:  You can answer.
18   A.  Than all other cigarettes?
19   BY MS. BERNSTEIN-GAETA:
20   Q.  Mm-hmm.
21   A.  I don't know.
22   Q.  Have you ever thought Marlboro Lights were safer than
23       all other cigarettes?
24           MR. LANHAM:  Objection, form and foundation.
25           It's snowing.

24 (Pages 90 to 93)

Page 94

1     MS. BERNSTEIN-GAETA:  Drat.
2     MR. LANHAM:  Sorry.
3  A.  Could you repeat that?
4     MR. LANHAM:  I'm sorry.  I apologize.
5     MS. BERNSTEIN-GAETA:  Can we go off the
6  record?
7     (Colloquy off the record.  The deposition recessed
8     from 11:02 to 11:13 a.m.)
9  BY MS. BERNSTEIN-GAETA:
10  Q.  We're back on the record, Ms. Spellman.  Did you speak
11     with your counsel about this deposition during the
12     break that we just had?
13  A.  Yes.
14  Q.  Can you tell me what you spoke about?
15     MR. LANHAM:  Objection.
16     MS. BERNSTEIN-GAETA:  You can answer unless
17  your --
18     MR. LANHAM:  I'm instructing her not to
19  answer.
20     MS. BERNSTEIN-GAETA:  Okay.
21  BY MS. BERNSTEIN-GAETA:
22  Q.  Why did you think that Marlboro Lights were less
23     unhealthy than regular cigarettes?
24  A.  Because they say lights, and they're lower tar and
25     nicotine.

Page 95

1  Q.  And where did you learn they were lowered tar and
2     nicotine?  Is that what you said, lowered tar and
3     nicotine?
4  A.  Mm-hmm.
5  Q.  Where did you learn that?
6  A.  On the box.
7  Q.  Was that on -- had you seen the words "lowered tar and
8     nicotine" on the box before you smoked Marlboro Lights?
9  A.  I don't know.
10  Q.  Had you seen the words "lowered tar and nicotine"
11     anywhere before you started smoking Marlboro Lights?
12  A.  I don't know.
13  Q.  When do you recall seeing the words "lowered tar and
14     nicotine" on a package of Marlboro Lights?
15  A.  I don't know exactly when.
16  Q.  Was it shortly after high school?
17  A.  I don't know.
18  Q.  So -- withdrawn.
19     VIDEOGRAPHER:  Ms. Spellman, I believe your
20     microphone is inside out.  Thank you.
21  BY MS. BERNSTEIN-GAETA:
22  Q.  What do the words "lowered tar and nicotine" mean to
23     you when you remember having seen those words?
24  A.  Not as unhealthy.
25  Q.  What else did it mean?

Page 96

1  A.  (Shrugging shoulders).
2  Q.  Did you think to yourself --
3     MR. LANHAM:  Did she answer that?
4     MS. BERNSTEIN-GAETA:  She did, and she
5     shrugged.  Thank you.
6  A.  Sorry.  I don't know.
7  BY MS. BERNSTEIN-GAETA:
8  Q.  When something says "lowered tar and nicotine," it's
9     comparing itself, you'd agree with me, to something
10     else; correct?
11  A.  Yes.
12  Q.  And to what did you think the words "lowered tar and
13     nicotine" were on a Marlboro Lights package were being
14     compared to?
15  A.  Regular Marlboros.
16  Q.  Did you think it was just being compared to regular
17     Marlboros or to other full-flavored or regular
18     cigarettes as well?
19     MR. LANHAM:  Objection to form.
20  A.  I don't know.
21  BY MS. BERNSTEIN-GAETA:
22  Q.  Now I believe you testified -- and please correct me if
23     I have it wrong; I'm not trying to trip you up -- that
24     when you first chose Marlboro Lights, you don't recall
25     that they were lowered tar and nicotine; is that

Page 97

1     correct?
2     MR. LANHAM:  Objection.  That's not her
3     testimony.
4     Go ahead
5  BY MS. BERNSTEIN-GAETA:
6  Q.  Could you tell me what your testimony is?
7  A.  I said I don't know -- can you repeat, please?
8  Q.  My question is, when you first -- I believe you said to
9     me, when you first chose Marlboro Lights, you had not
10     formed the belief that they were less unhealthy than
11     regular cigarettes; is that right?
12  A.  That's not right.  I don't know.
13  Q.  You may have, and you may not?
14  A.  I don't know.
15  Q.  You don't know what you were thinking at the time?
16     MR. LANHAM:  Objection to form of that
17     question.  It's argumentative.
18     MS. BERNSTEIN-GAETA:  You can answer.
19     MR. LANHAM:  Go ahead.
20  A.  I don't know when I formed that belief.
21  BY MS. BERNSTEIN-GAETA:
22  Q.  So it could have been after you first chose Marlboro
23     Lights; correct?
24  A.  I don't know.
25  Q.  You don't know if it was before or after, so it's

25 (Pages 94 to 97)

Page 98

1  possible it was after.  Yes?
2          MR. LANHAM:  Objection to form.
3          MS. BERNSTEIN-GAETA:  You can answer.
4  A.  (Pause)  It could have been.
5  BY MS. BERNSTEIN-GAETA:
6  Q.  Did anyone ever tell you that Marlboro Lights was less
7      hazardous than regular cigarettes?
8  A.  Not that I remember.
9  Q.  Can you identify any statement that Philip Morris USA
10     told you that Marlboro Lights were less hazardous than
11     regular?
12  A.  Any statement they made to me?
13  Q.  I don't mean oral statement.  I mean anything written
14     or put on an advertisement by Philip Morris USA.
15  A.  I can't remember.
16  Q.  Can you tell me whether there was anything other than
17     the words "lowered tar and nicotine" that led you to
18     believe Marlboro Lights were less unhealthy than
19     regular cigarettes?
20  A.  The word "lights."
21  Q.  Anything other than "lights" and the words "less" --
22     "lowered tar and nicotine"?
23  A.  Not that I remember.
24  Q.  Do you know if the words "lowered tar and nicotine" are
25     still on a pack of Marlboro Lights?

Page 100

1  A.  Not that I remember.
2  Q.  When you first -- well, withdrawn.  Do you eat any
3      foods, products that are light, that are labeled
4      "light"?
5          MR. LANHAM:  Objection to form and
6  foundation.
7          MS. BERNSTEIN-GAETA:  You can answer.
8  A.  Yes.
9  BY MS. BERNSTEIN-GAETA:
10  Q.  For how long have you been doing that?
11  A.  I don't know.
12  Q.  What products do you have that use the word "lights" in
13     the title?
14  A.  Sour cream.
15  Q.  Anything else?
16  A.  Probably, but I don't remember.
17  Q.  Okay.  That's fair enough.  Do you eat "non low fat"
18     ice cream?
19          MR. LANHAM:  Non low fat.
20  BY MS. BERNSTEIN-GAETA:
21  Q.  Let me ask you this.  Do you eat ice cream?
22  A.  Very rarely.
23  Q.  When you eat it, do you eat low fat ice cream or
24     regular ice cream?
25  A.  I've probably had both.

Page 99

1  A.  I don't know.
2  Q.  When you buy a pack of Marlboro Lights nowadays, I take
3      it you don't look to see if the words "lowered tar and
4      nicotine" are on the pack?
5  A.  I do not look at that.
6  Q.  Do you see a doctor?
7  A.  Yes.
8  Q.  Has a doctor ever spoken to you about smoking?
9  A.  Yes.
10  Q.  Has the doctor ever spoken to you about smoking low tar
11     cigarettes?
12          MR. LANHAM:  About -- I'm sorry.
13          MS. BERNSTEIN-GAETA:  I'm sorry.  Smoking low
14  tar cigarettes?
15          MR. LANHAM:  Thank you.
16  A.  No.
17  BY MS. BERNSTEIN-GAETA:
18  Q.  Has a doctor ever told you to stop smoking?
19  A.  Told me to stop?
20  Q.  Mm-hmm.
21  A.  They suggest it.  I don't know that they told me to.
22  Q.  Fair enough.  Fair enough.  When a doctor has suggested
23     that you stop smoking, what's your response?
24  A.  I'm not ready.
25  Q.  Anything else?

Page 101

1  Q.  Do you use mayonnaise?
2  A.  Yes.
3  Q.  And when you use mayonnaise, do you eat light
4      mayonnaise?
5  A.  Yes.
6  Q.  Why is that?
7  A.  Because I think it's better for my health.
8  Q.  Have you always used light mayonnaise?
9  A.  Always?  No.
10  Q.  When did you start using light mayonnaise?
11  A.  I don't know.
12  Q.  Since you've been out of high school?
13  A.  I don't know when.
14  Q.  Are you aware of cigarettes on the market that are
15     ultra low cigarettes?  Well, excuse me, ultra low tar
16     cigarettes?
17  A.  Yes.
18  Q.  When you first got out of high school, were you aware
19     of ultra low tar cigarettes being on the market?
20  A.  I don't remember.
21  Q.  As you sit here today, what does the word ultra low tar
22     mean to you?
23          Excuse me for multi-tasking, but you can answer.
24  A.  Not as bad for your health.
25  Q.  As compared to what?

26 (Pages 98 to 101)

Page 102

1   A.  Lights or regular cigarettes.
2   Q.  Did you ever choose to -- have you ever smoked an ultra
3       low tar cigarette?
4   A.  I don't remember.
5   Q.  Did you ever think about switching to an ultra low tar
6       cigarette?
7   A.  No.
8   Q.  Why not?
9   A.  I don't know.
10  Q.  You don't know why you never thought about it?
11  A.  Just never thought about it.
12  Q.  Have you ever tried a cigarette called Cambridge?
13  A.  Not that I remember.
14  Q.  Have you ever tried a cigarette called Carlton?
15  A.  Not that I remember.
16  Q.  Merit?
17  A.  Not that I remember.
18  Q.  You told me earlier that you smoked cigarettes because
19      of habit and perhaps relaxation?
20  A.  Correct.
21  Q.  Do cigarettes have a taste or flavor to you?
22  A.  Yes.
23  Q.  Can you describe to me what you think the taste of a
24      cigarette is?  And I know that's a very hard question.
25  A.  I don't think I can.

Page 103

1   Q.  If you smoke a friend's cigarette that is not a
2       Marlboro Light, can you distinguish between the
3       Marlboro Light and your friend's cigarette?
4       MR. LANHAM:  Objection to foundation.
5   A.  I don't know.
6   BY MS. BERNSTEIN-GAETA:
7   Q.  Well, you told me earlier you smoked one of Kelly
8       Haskell's cigarettes?
9   A.  Sure, at some point.
10  Q.  And I believe you told me they were not Marlboro
11      Lights; is that correct?
12      MR. LANHAM:  Objection to form.
13  A.  I don't know what they were, I believe is what I said,
14      because I, right now, don't know what they were.
15  BY MS. BERNSTEIN-GAETA:
16  Q.  Were they the same brand as your brand?
17  A.  I don't remember.
18  Q.  Could you taste the difference between Kelly's
19      cigarettes and your cigarettes at the time you smoked
20      them?
21  A.  I don't remember.
22  Q.  Have you ever smoked a cigarette and gone, and pardon
23      me for the graphic, but "bleah"?  (Phonetic)
24      MR. LANHAM:  How do you spell that on the
25      record?

Page 104

1       MS. BERNSTEIN-GAETA:  It's not my problem.
2   BY MS. BERNSTEIN-GAETA:
3   Q.  Or thought to yourself, I don't like the taste?
4       MR. LANHAM:  Objection to form.
5   A.  Well, I don't like the taste of cigarettes.
6   BY MS. BERNSTEIN-GAETA:
7   Q.  You don't like the taste of Marlboro Lights?
8   A.  No.
9   Q.  Did you ever like the taste of Marlboro Lights?
10  A.  Not that I remember.
11  Q.  So, from the time you first tried a cigarette up to
12      today, you've not liked the taste of the cigarette
13      you're smoking?
14  A.  As far as I remember.
15  Q.  And have you ever tasted a cigarette where you liked
16      the taste less than you did -- or you've disliked it
17      more than you disliked the taste of the Marlboro
18      Lights?
19      MR. LANHAM:  Objection to form.
20  A.  I don't remember.
21  BY MS. BERNSTEIN-GAETA:
22  Q.  Is there a food you don't like the taste of?
23  A.  Yes.
24  Q.  Can you name one of those foods?
25  A.  (Pause)  I can't think of anything in particular.

Page 105

1   Q.  Do you like the taste of brussel sprouts?
2   A.  Yes.
3   Q.  Me, too.
4       MR. LANHAM:  Me, three.  Chris, you want to
5       weigh in on that?
6       COURT REPORTER:  No, that's okay.
7   BY MR. LANHAM:
8   Q.  Do you eat foods that you don't like the taste of?
9   A.  No.
10  Q.  Yet you continue to smoke cigarettes even though you
11      don't like the test of them; is that right?
12      MR. LANHAM:  Object to form.
13  A.  Yes.
14  BY MS. BERNSTEIN-GAETA:
15  Q.  Why is that?
16  A.  It's a habit.
17  Q.  Do you think you're addicted to the nicotine in
18      cigarettes?
19  A.  Yes.
20  Q.  Is that the only reason you continue to smoke them?
21  A.  I don't know.
22  Q.  Do you think you're addicted to Marlboro Lights in
23      particular or just to cigarettes?
24  A.  I don't know.
25  Q.  Have you ever thought about it?

27 (Pages 102 to 105)

Page 106

1  A.  No.
2  Q.  Would you be in favor of Philip Morris taking Marlboro
3      Lights off the market, and just so I don't get in
4      dutch, Philip Morris USA?
5  A.  I don't know.
6  Q.  Well, as you sit here today, would you like to be able
7      to buy Marlboro Lights in the cigarette -- in the store
8      when you run out of cigarettes?
9  A.  Yes.
10 Q.  If Marlboro Lights weren't in the store when you went
11     to buy your next pack of cigarettes, what would you do?
12 A.  Go to another store.
13 Q.  If they were nowhere to be found in the Bangor area,
14     since we won't get me to suggest where that is, what
15     would you do?
16     MR. LANHAM:  Objection to form.
17 A.  I don't know.
18 BY MS. BERNSTEIN-GAETA:
19 Q.  You told me earlier that you had ordered Marlboro -- I
20     believe lanterns for your husband; is that right?
21 A.  Yes.
22 Q.  Do you know why he wanted Marlboro lanterns?
23 A.  It wasn't the Marlboro; it was the lantern.  He liked
24     the lantern, and I think there were other products,
25     too.

Page 107

1  Q.  Those products are commonly known as Marlboro Gear.
2      Can you agree with me, that that's what it's known as?
3  A.  Yes.
4  Q.  Do you believe Marlboro Gear has a certain image?
5  A.  Can you repeat that?
6  Q.  Do you believe that Marlboro Gear, as we've just talked
7      about it, has a certain image, brand image, or does it
8      represent the brand Marlboro?
9  A.  Not particularly to me.  Maybe to other people.
10 Q.  Does it represent Marlboro to your husband --
11 A.  The lanterns?
12 Q.  -- if you know?
13     MR. LANHAM:  Objection.
14 BY MS. BERNSTEIN-GAETA:
15 Q.  Not the lanterns.  Does the Marlboro Gear represent
16     Marlboro to your husband?
17     MR. LANHAM:  Objection to form and
18     foundation.
19 A.  I don't know.
20 BY MS. BERNSTEIN-GAETA:
21 Q.  Other than the lanterns, have you and your husband ever
22     ordered anything from Philip Morris USA, Inc., to the
23     best of your recollection?
24 A.  I believe we have, but I don't know what.
25 Q.  And was that -- well, if you don't remember, you don't

Page 108

1      remember.
2          How much does a pack of Marlboro Lights cost now
3      in Maine?
4  A.  Over $6.
5  Q.  Does the price vary depending on where you purchase
6      them?
7  A.  Sometimes.
8  Q.  Have you ever compared the cost of Marlboro Lights to
9      the cost of full-flavored Marlboros or Marlboro reds?
10     MR. LANHAM:  Objection to form.
11 A.  No.
12 BY MS. BERNSTEIN-GAETA:
13 Q.  Do you know if in Maine stores at any given time
14     Marlboro Lights cost the same as full-flavor Marlboros?
15     MR. LANHAM:  Objection to form and
16     foundation.
17     MS. BERNSTEIN-GAETA:  You can answer.
18 A.  Could you repeat that, please?
19 BY MS. BERNSTEIN-GAETA:
20 Q.  Do you know if in Maine stores at any given time -- so,
21     on the same day --
22 A.  Okay.
23 Q.  -- Marlboro Lights cost the same as a Marlboro red or
24     Marlboro full flavor?
25     MR. LANHAM:  Objection, form and foundation.

Page 109

1      MS. BERNSTEIN-GAETA:  You can answer.
2  A.  Do I know if Marlboro Lights cost the same as Marlboro
3      red?  I don't know.
4  BY MS. BERNSTEIN-GAETA:
5  Q.  Do you know if there are cigarettes on the market that
6      cost less than Marlboro Lights?
7  A.  Yes.
8  Q.  Have you ever purchased cigarettes that cost more than
9      Marlboro Lights?
10 A.  Cost more than?
11 Q.  Excuse me.  Thank you.  Cost less than Marlboro Lights?
12 A.  Have I ever purchased cigarettes that cost less than
13     Marlboro Lights?  Not that I remember.
14     MS. BERNSTEIN-GAETA:  And that question
15     should have gotten an objection, Mr. Lanham.
16 BY MS. BERNSTEIN-GAETA:
17 Q.  On the same day, I meant.  Okay?
18 A.  (Nodding in the affirmative.)
19 Q.  Have you ever considered purchasing a light brand of
20     cigarettes that costs less than Marlboro Lights?
21 A.  No.
22 Q.  Why not?
23 A.  It's what I smoke.
24 Q.  So you want to be able to buy your brand?
25 A.  Yes.

28 (Pages 106 to 109)

Page 110

1  Q.  If you went into a store and Winston Lights cost $6 a
2      pack and Marlboro Lights cost $12 a pack, would you
3      still buy them, Marlboro Lights?
4  A.  Probably.
5  Q.  Do you know how much tar and nicotine you actually
6      inhale from a cigarette?
7  A.  No.
8  Q.  Have you ever had blood tests taken to determine the
9      amount of tar and nicotine you inhale from a Marlboro
10     Light cigarette?
11 A.  Not that I know of.
12 Q.  Do you believe it's possible that you've inhaled less
13     tar and nicotine from Marlboro Lights than you have
14     from a full-flavored cigarette?
15     MR. LANHAM:  Objection, form and foundation.
16 A.  Could you repeat that, please?
17 BY MS. BERNSTEIN-GAETA:
18 Q.  Do you think it's possible that you inhaled less tar
19     and nicotine from a Marlboro Lights than you have --
20     well, never mind.  That was a horrible question.
21     Withdrawn.
22     Have you ever used a filter of any kind that
23     attaches on to the filter of a Marlboro Lights?
24 A.  No.
25 Q.  And you've told me that you continue to buy Marlboro

Page 111

1      Lights; correct?
2  A.  Correct.
3  Q.  And you told me it's your brand of cigarettes; right?
4  A.  Yes.
5  Q.  Now, you've read the complaint in this case, haven't
6      you?
7  A.  Yes.
8  Q.  And by "complaint," I mean all of the complaints that
9      have been filed.  Do you understand what the complaint
10     is alleging?
11 A.  Yes.
12 Q.  And can you tell me in your own words what it's
13     alleging?
14 A.  It's alleging that Philip Morris committed fraud using
15     deceptive practices, the labeling on the cigarette
16     packages.
17 Q.  And what deceptive practices are described in the
18     complaint?
19 A.  Lights, lowered tar, lower nicotine.
20 Q.  And what does the complaint say is deceptive about
21     lights, lowered tar, and lowered nicotine?
22 A.  It -- people believe that it's not as unhealthy as
23     smoking regular cigarettes.
24 Q.  And do you believe the allegations of the complaint?
25 A.  Yes.

Page 112

1  Q.  Would you agree with me that the complaint is alleging
2      Marlboro Light cigarettes are not safer than
3      full-flavored cigarettes?
4      MR. LANHAM:  Hold on a minute.  Christine,
5      would you read that back, please?
6      Objection to form.
7      COURT REPORTER:  I'm sorry.  I was just going
8      to ask her to repeat it, too.
9      (The court reporter read back as follows:)
10 "Q.  Would you agree with me that the complaint is alleging
11     Marlboro Light cigarettes are not as --"
12     MS. BERNSTEIN-GAETA:  -- are not safer than
13     full-flavored cigarettes.
14     MR. LANHAM:  Read it back, please.
15     (The court reporter read back the pending question
16     as follows:)
17 "Q.  Would you agree with me that the complaint is alleging
18     Marlboro Light cigarettes are not safer than
19     full-flavored cigarettes?"
20     MR. LANHAM:  Objection to form.
21     MS. BERNSTEIN-GAETA:  You can answer.
22 A.  Would I agree that the complaint is alleging -- could
23     you repeat the rest of it, please?
24 BY MS. BERNSTEIN-GAETA:
25 Q.  Are you alleging that Marlboro Light cigarettes are not

Page 113

1      safer than full-flavored cigarettes?
2      MR. LANHAM:  Objection to form.
3  A.  Yes.
4  BY MS. BERNSTEIN-GAETA:
5  Q.  Are you aware that your complaint as well as the --
6      your current complaint, the Second Amended Complaint,
7      as well as the First Amended Complaint alleges that
8      Marlboro Light cigarettes are more hazardous than
9      regular cigarettes?
10 A.  Yes.
11 Q.  Can we go back to Exhibit 4, please, in your complaint,
12     which is the First Amended Complaint?
13     MS. BERNSTEIN-GAETA:  I'm going to have this
14     marked as Exhibit 6, which is the Second Amended
15     Complaint.
16     Mr. Lanham, I'm giving you the draft one, which
17     has the same allegations if you want a copy.  I only
18     have this one copy of the one that was filed today.
19     (Deposition Exhibit No. 6, Second Amended
20     Complaint, marked for identification.)
21     MR. LANHAM:  That's fine.  I have one I can
22     use.  You're marking as No. 6 the actual one filed?
23     MS. BERNSTEIN-GAETA:  The actual one that you
24     made a copy of for me today.
25     MR. LANHAM:  I have one.  I have it.

29 (Pages 110 to 113)

Page 114

1         MS. BERNSTEIN-GAETA:  I don't have a copy,
2    but based on your representation that it's the same as
3    the draft that went around other than the heading and
4    the date, I'm going to use the draft.  So I'm handing
5    you what's been marked as Spellman Deposition
6    Exhibit 6, which is the Second Amended Complaint, a
7    motion which is pending to have that --
8         MR. LANHAM:  Would you like me to get you a
9    copy of the --
10        MS. BERNSTEIN-GAETA:  That's okay.
11        Mr. LANHAM:  -- for you of the actual?
12        MS. BERNSTEIN-GAETA:  You know what, could we
13   do that?  That would be great.  Let's go off the
14   record.
15        (The deposition recessed from 11:38 to 11:39 a.m.)
16   BY MS. BERNSTEIN-GAETA:
17   Q.  Okay.  Let's look first at Exhibit 4, and I'm going to
18       ask you to go to paragraphs 31 to 33, please.  And I'm
19       going to read paragraph 31 into the record.  It's on
20       page 7.  Are you there?
21   A.  I have it on page 6.  31?  Paragraph 31?
22   Q.  Are you in -- on Exhibit 4?
23        MR. LANHAM:  She's in this one.
24   A.  Oh, okay.
25   //

Page 115

1    BY MS. BERNSTEIN-GAETA:
2    Q.  It's a trick.
3    A.  Okay.
4    Q.  Exhibit 31 says:  Not only do consumers receive higher
5        levels of tar and nicotine than the testing apparatus
6        registers, but the smoke produced by Marlboro Lights
7        and Cambridge Lights is more mutagenic -- causing
8        genetic and chromosomal damage -- per milligram of
9        tar than the smoke of regular cigarettes due to the
10       increased ventilation.
11           Did I read that correctly?
12   A.  Yes.
13   Q.  First of all, do you have an understanding of what the
14       words "higher levels of tar and nicotine than the
15       testing apparatus registers" means in the First Amended
16       Complaint?
17   A.  I haven't decided yet.
18   Q.  And what does it mean?
19   A.  That was what was used to test the tar and nicotine, a
20       machine.
21   Q.  Do you understand that machine to be the FTC testing
22       machine?
23   A.  Yes.
24   Q.  Can we agree to use that language today?
25   A.  Yes.

Page 116

1    Q.  And do you have an understanding of the numbers that
2        the FTC test machine had for Marlboro Lights?
3    A.  What do you mean, do I have an understanding of the
4        numbers?
5    Q.  Do you know the tar and nicotine numbers that the FTC
6        machine measures for a pack of Marlboro Lights regular?
7    A.  I do not know the numbers.
8    Q.  Have you ever known the numbers?
9    A.  I don't know.  I don't know.
10   Q.  Have you ever seen the numbers written down anywhere?
11   A.  I don't know.
12   Q.  Okay.  We're going to come back to that in a second,
13       but let's finish this.  Okay?
14   A.  Okay.
15   Q.  The second part of this says the smoke is more
16       mutagenic, and I'm obviously not quoting directly.  Do
17       you know what the word "mutagenic" means?
18   A.  It has to do with changes in genes and chromosomes.
19   Q.  And you're, thus, aware that you're alleging that
20       Marlboro Lights are more mutagenic on a per milligram
21       of tar than full-flavored cigarettes; correct?
22   A.  Correct.
23   Q.  Do you believe that to be true?
24   A.  Yes.
25   Q.  Okay.  Let's go now to the Second Amended Complaint,

Page 117

1        which is the other document.  I'm going to ask you to
2        go to paragraph 29.
3            Paragraph 29 says the same thing as paragraph 31
4        that I just read about mutagenic -- about the
5        cigarettes being more mutagenic; is that correct?
6    A.  That's correct.
7    Q.  And that allegation remains in the complaint; right?
8    A.  Yes.
9    Q.  Okay.  You can put those aside if you like.
10           Knowing that Marlboro Lights are more mutagenic on
11       a per milligram tar basis, does that make you want to
12       switch -- stop smoking Marlboro Lights?
13   A.  I haven't decided yet.
14   Q.  The First Amended Complaint, that first document where
15       we read those allegations, was filed in 2005; correct?
16   A.  Yes.
17   Q.  And knowing that in 2005, you still haven't decided in
18       2009 whether you want to stop smoking Marlboro Lights
19       because they're more mutagenic according to your
20       allegations?
21   A.  Yes.
22   Q.  And why do you continue to smoke Marlboro Lights?
23   A.  It's a habit.
24   Q.  It's a habit to smoke Marlboro Lights or it's a habit
25       to smoke or both?

30 (Pages 114 to 117)

Page 118

1  A.  Both.
2  Q.  Are you -- never mind.  When -- during the time that
3      you've smoked Marlboro Lights, from the time you
4      started to today, have you seen advertisements for
5      Marlboro Lights?
6  A.  I don't remember.
7  Q.  Do you read magazines?
8  A.  Rarely.
9  Q.  Do you look at billboards --
10 A.  We don't have any.
11 Q.  -- when there were billboards?
12          MR. LANHAM:  We don't have any.
13          MS. BERNSTEIN-GAETA:  Oh, Maine has none.
14      Right.
15 BY MS. BERNSTEIN-GAETA:
16 Q.  I'm going to show you a 1996 Marlboro Lights ad.  I ask
17      that it be marked as Spellman Exhibit 7.
18      (Deposition Exhibit No. 7, advertisement, marked
19      for identification.)
20 BY MS. BERNSTEIN-GAETA:
21 Q.  Mr. Lanham has just handed you Marlboro Exhibit 7, and
22      this is an advertisement for Marlboro Lights.  Have you
23      seen an advertisement like this one?
24 A.  Not that I remember.
25 Q.  Have you ever seen -- does this refresh your

Page 119

1      recollection on whether you've ever seen any
2      advertisement for Marlboro Lights cigarettes?
3  A.  I'm sure I have, but I don't remember them.
4  Q.  Okay.  I'm not going to ask you specifics of it, but
5      when you've seen them, have you noticed the Surgeon
6      General's warning in the ad?
7  A.  When I've seen them, have I noticed it?
8  Q.  Yes.
9  A.  Not that I remember.
10 Q.  You don't remember looking for it?
11 A.  (Shaking head in the negative).
12 Q.  Okay.  Can you look here on this ad, underneath the
13      Surgeon General's warning, which is on the upper left
14      hand corner?
15 A.  Mm-hmm.
16 Q.  And do you see in small print, I'll read this:  10 MG,
17      quote, tar, unquote, 0.8 MG nicotine AV per cigarette
18      by FTC method?
19 A.  I see that.
20 Q.  What does A-V mean to you?
21 A.  Average.
22 Q.  And do you have an understanding of what M-G means?
23 A.  Milligrams.
24 Q.  And what does "by FTC method" mean to you?
25 A.  By their machine.

Page 120

1  Q.  So, the machine results that were testing that, do
2      these numbers appear to mean to you the numbers of the
3      tar and nicotine yields as measured by the FTC machine?
4          MR. LANHAM:  Objection to form and
5      foundation.
6          MS. BERNSTEIN-GAETA:  You can answer.
7  A.  Could you repeat it, please?
8  BY MS. BERNSTEIN-GAETA:
9  Q.  Do these numbers, 10 mg tar, 8 mg nicotine av per
10      cigarette by FTC method, indicate to you the tar and
11      nicotine numbers yielded by the FTC -- measured by the
12      FTC machine that we've referenced earlier?
13          MR. LANHAM:  Objection, foundation.
14 A.  I don't -- I don't know.
15 BY MS. BERNSTEIN-GAETA:
16 Q.  And do you ever recall seeing these numbers before in
17      the past?
18 A.  No.
19 Q.  You don't recall ever trying to research the tar and
20      nicotine numbers by the FTC machine -- method of the
21      Marlboro Lights that you've been smoking from at least
22      1995?
23 A.  No.
24 Q.  Okay.  You can put that up.
25      When you buy cigarettes now, do you buy cartons or

Page 121

1      packs?
2  A.  Packs.
3  Q.  Do you ever buy cartons?
4  A.  I haven't for a long time.
5  Q.  Was there ever a time when you bought cartons more than
6      you bought packs of Marlboro Lights?
7  A.  No.
8  Q.  Why do you buy Marlboro Lights by the packs today?
9  A.  I don't know.  I just go to the convenience store.
10 Q.  You answered my next question.  Do you typically buy
11      Marlboro Lights at a convenience store?
12 A.  Yes.
13 Q.  Do you ever buy Marlboro Lights at a grocery store?
14 A.  Yes.
15 Q.  Do you ever -- well, have you ever bought them from
16      a vending machine -- Marlboro Lights from a vending
17      machine?
18 A.  Yes.
19 Q.  Have you ever bought Marlboro Lights in a specialty
20      store, a store that just sells different kinds of
21      cigarettes?
22 A.  I don't remember.
23 Q.  When you buy your packs of Marlboro Lights now, do you
24      buy one pack at a time or several packs?
25 A.  Several packs.

31 (Pages 118 to 121)

1  Q.  Typically, how many packs?
2  A.  Three.
3  Q.  Has that been your purchase pattern since you became a
4      regular smoker of Marlboro Lights?
5  A.  No.
6  Q.  Back when you first were smoking them, do you recall
7      how you purchased Marlboro Lights by the pack?
8  A.  I do not.
9  Q.  How far back can you remember purchasing Marlboro
10     Lights?
11 A.  The physical act of purchasing them?
12 Q.  Yes.
13 A.  Yesterday.  I don't know.
14 Q.  I'm a lot older than you.  In the past year, has it
15     been your typical pattern to buy three packs of
16     Marlboro Lights at a time when you buy the packs?
17 A.  Yes.
18 Q.  In the past five years, have you had the same pattern?
19 A.  I don't know.
20 Q.  Does anyone ever buy Marlboro Lights cigarettes for
21     you?
22 A.  I don't know.
23 Q.  Has your husband ever purchased a pack of Marlboro
24     Lights for you?
25 A.  Yes.

1  Q.  Do you recall the last time he's done that?
2  A.  Not exact -- not the exact date.
3  Q.  Has it been this year?
4  A.  Yes.
5  Q.  Has he done that purchase packs for you in the past,
6      the year before this year?
7  A.  I don't remember.
8  Q.  When he purchases a pack of Marlboro Lights for you,
9      does he purchase one pack or three packs?
10 A.  One.
11 Q.  Does he ever do it of his own volition or does he only
12     purchase packs of cigarettes of Marlboro Lights when
13     you ask him to?
14 A.  Only when I ask him to.
15        MS. BERNSTEIN-GAETA:  See, I just proved I'm
16     married, too.  No offense, Sam.
17        MR. LANHAM:  None taken.
18 BY MS. BERNSTEIN-GAETA:
19 Q.  Do you have receipts for your purchases of Marlboro
20     Lights over the years?
21 A.  No.
22 Q.  Do you have any form of proof of your purchases of
23     Marlboro Lights over the years?
24 A.  Form of proof?  A document, you mean?
25 Q.  A receipt, a credit card receipt?

1  A.  No.
2  Q.  Since filing this lawsuit, have you kept receipts for
3      your purchase of Marlboro Lights?
4  A.  No.
5  Q.  Do you ever purchase or do you ever cross the border in
6      Maine, which I know is a ridiculous question being
7      where we are right now, to buy cigarettes in any of the
8      surrounding states?
9  A.  Just for that purpose?
10 Q.  Yes.
11 A.  No.
12 Q.  Or well, we're pretty far from Canada, so I won't ask.
13        Have you ever been in New Hampshire and purchased
14     Marlboro Lights?
15 A.  I don't remember.
16 Q.  Have you ever been in Vermont and purchased Marlboro
17     Lights?
18 A.  No.
19 Q.  Have you ever been in Massachusetts and purchased
20     Marlboro Lights?
21 A.  I don't remember.
22 Q.  Can you name for me any state where you've recently
23     purchased Marlboro Lights?
24 A.  Recently?
25 Q.  Other than Maine.

1  A.  There are none.
2  Q.  I'm going to run through a bunch of states and ask you
3      if you've lived in those states.  I know you earlier
4      identified some states, but I'm going to ask you --
5  A.  If I've lived in them?
6  Q.  Not -- did I say "live"?  I apologize.  Been to.
7  A.  Okay.
8  Q.  I know you've never lived there.
9  A.  Okay.
10 Q.  Have you ever been to Arkansas?
11 A.  No.
12 Q.  Have you ever been to California?
13 A.  No.
14 Q.  Have you ever been to Colorado?
15 A.  No.
16 Q.  Have you ever been to Delaware?
17 A.  No.
18 Q.  Have you ever been to Washington, D.C., or the District
19     of Columbia?
20 A.  No.
21 Q.  You told me you've been to Florida?
22 A.  Yes.
23 Q.  When was the last time you were in Florida?
24 A.  I don't know the year.  It's been more than ten years.
25 Q.  Were you a smoker when you went to Florida?

Page 126

1  A.  Yes.
2  Q.  Did you purchase Marlboro Lights in Florida?
3  A.  I don't remember.
4  Q.  Do you recall if you took cigarettes with you when you
5      made the trip?
6  A.  I don't recall.
7  Q.  Have you ever been to Illinois?
8  A.  No.
9  Q.  Have you ever been to Kansas?
10  A.  No.
11  Q.  Have you ever been to Louisiana?
12  A.  No.
13  Q.  Have you ever been to Minnesota?
14  A.  No.
15  Q.  Have you ever been to Mississippi?
16  A.  No.
17  Q.  Have you ever been to Missouri?
18  A.  No.
19  Q.  Have you ever been to New Jersey or, like --
20  A.  Probably the airport.
21  Q.  -- people from -- me -- "Joisey"?
22      Did you ever purchase cigarettes at the airport in
23  New Jersey?
24  A.  I don't remember.
25  Q.  And how long ago were you in New Jersey?

Page 127

1  A.  No idea.
2  Q.  Okay.  Have you ever been to New Mexico?
3  A.  No.
4  Q.  Have you ever been to New York?
5  A.  Again, probably an airport.
6  Q.  And do you recall when that was?
7  A.  No idea.
8  Q.  Have you ever been to Ohio?
9  A.  No.
10  Q.  Oregon?
11  A.  No.
12  Q.  Pennsylvania?
13  A.  No.
14  Q.  When's the last time you were in Pennsylvania?
15  A.  I don't know the exact year.  It was sometime after I
16      was married.
17  Q.  So since -- when were you married?
18  A.  '02.
19  Q.  You told me that.  I apologize.
20  A.  Well, I have to think about it.
21  Q.  How long were you in Pennsylvania if you recall?
22  A.  A few days.
23  Q.  Did you purchase Marlboro Lights in Pennsylvania?
24  A.  I don't remember.
25  Q.  Have you ever been to South Carolina?

Page 128

1  A.  No.
2  Q.  Have you ever been to Tennessee?
3  A.  No.
4  Q.  Have you ever been to Texas?
5  A.  No.
6  Q.  Have you ever been to the state of Washington?
7  A.  No.
8  Q.  Have you ever been to West Virginia?
9  A.  No.
10  Q.  And have you ever been to Wisconsin?
11  A.  No.
12  Q.  Have you ever ordered Marlboro Lights over the
13      Internet?
14  A.  No.
15  Q.  Have you ever used coupons to buy Marlboro Lights?
16  A.  Yes.
17  Q.  Were they mail-in rebates coupons?
18  A.  I don't know.
19  Q.  Don't remember?
20  A.  Both.
21  Q.  Did you ever go to the store with a coupon and get a
22      discount on the Marlboro Lights?
23  A.  Using the coupon?
24  Q.  Mm-hmm.
25  A.  Yes.

Page 129

1  Q.  Have you ever done that in the last two years?
2  A.  Yes.
3  Q.  And where did you get the coupons from?
4  A.  The pack.
5  Q.  Pack would have coupons under the cellophane?
6  A.  I'm not sure exactly where they were.
7  Q.  And you'd take that, and you'd redeem them?
8  A.  Yes.
9  Q.  Have you used any other way to get a discount price on
10      the Marlboro Lights?
11  A.  Besides coupons?
12  Q.  Yeah.
13  A.  Buying three packs at a time.
14  Q.  You get a discount for doing that?
15  A.  Yes.
16  Q.  Is that all the time or just when specials are being
17      run?
18  A.  It depends where you go.
19  Q.  Can you tell me a store where you can get a discount
20      all the time by buying three packs at once?  And you
21      don't need to give me the name, although that would be
22      good, but I mean, the kind of store.
23  A.  Yes.  It's a gas station.
24  Q.  And it -- what's the name of the gas station?
25  A.  I don't honestly know the name.

33 (Pages 126 to 129)

1   Q.  I wouldn't know the answer to that either.  Can you
2        tell me where the gas station is?
3   A.  It's on Hammond Street.
4   Q.  Is there an intersection nearby?
5   A.  No.
6   Q.  And what kind of gas station is it?  What kind of gas?
7   A.  What brand?  I don't know.
8   Q.  Do you go there to get gas?
9   A.  Yeah.  I don't know.
10  Q.  Can you tell me anything that's near the gas station?
11  A.  Yeah.  There's a flower shop across the street.
12  Q.  And is Hammond Street in Bangor?
13  A.  Yes.
14  Q.  How far -- is that near your office?
15  A.  Yup.
16  Q.  That store or that gas station always sells three packs
17       at a discount price to the best of your recollection?
18  A.  As far as I know.
19  Q.  How long have you been -- I'm sorry.
20  A.  No, I was done.
21  Q.  How long have you been purchasing Marlboro Lights at
22       that gas station?
23  A.  I don't know.
24  Q.  More than a year?
25  A.  Yes.

1   Q.  And in your purchases over the past year, it's always
2        been discounted three packs at a time?
3   A.  I don't know if it's discounted.  It's the price that
4        they sell them at.  I don't know how they classify it
5        or --
6   Q.  Fair enough.  If you buy two packs, does it cost more
7        per pack than if you buy three packs?
8   A.  Yes.
9   Q.  Have you ever tried to quit smoking?
10  A.  Yes.
11  Q.  How did you try to quit?
12  A.  Wellbutrin.
13  Q.  Was that Wellbutrin prescribed or over-the-counter
14       Wellbutrin?
15  A.  Prescribed.
16  Q.  When did you make that quit attempt?
17  A.  I don't remember.
18  Q.  Would you have the prescriptions at home for Wellbutrin
19       or a receipt for the prescriptions of the Wellbutrin?
20  A.  No.
21  Q.  Was it within the last five years?
22  A.  I don't know.
23  Q.  Was it in the last year?
24  A.  No.
25  Q.  Was it in the last two years?

1   A.  No.
2   Q.  Okay.  Let's try the last three years?
3   A.  No.
4   Q.  So, between four and five years ago perhaps or even
5        longer ago?
6   A.  Probably longer.
7   Q.  Okay.  So likely not within the last five years that
8        you tried using Wellbutrin to quit; is that correct?
9   A.  Likely not.
10  Q.  And was that your last quit attempt that you've made
11       that you --
12  A.  As far as I remember.
13  Q.  Using Wellbutrin, were you able to -- successfully able
14       to quit smoking?
15  A.  I don't clearly remember.
16  Q.  Do you recall taking Wellbutrin and smoking at the same
17       time?
18  A.  Yes, because that's part of the process.
19  Q.  Can you describe the process for me of using Wellbutrin
20       to stop smoking?
21  A.  It's a step-down process.  First day, you smoke -- I
22       don't know the numbers or whatever, and wean yourself
23       down to --
24  Q.  And how long is the wean-down period?
25  A.  I don't remember.

1   Q.  Is it more than a week?
2   A.  I don't remember.
3   Q.  And by saying you don't remember if you ever stopped,
4        are you saying you remember weaning down, but you just
5        don't remember in particular if you ever stopped
6        smoking?
7   A.  Correct.
8   Q.  I take it there came a time when you stopped using
9        Wellbutrin and returned to smoking the normal amount
10       you would smoke during a day?
11  A.  Yes.
12  Q.  Do you recall how long after you started taking
13       Wellbutrin that you stopped using it?
14  A.  I do not.
15  Q.  Would it be more than a week?
16  A.  Maybe.
17  Q.  And maybe because you just can't remember?
18  A.  Correct.
19  Q.  Okay.  Other than your Wellbutrin quit attempt, have
20       you ever tried a serious attempt to quit smoking?  And
21       by that I mean saying, that's it, I'm quitting, I'm
22       putting the cigarettes down?
23  A.  I don't know.
24  Q.  In the past five years, have you made a serious attempt
25       to quit smoking?

34 (Pages 130 to 133)

Page 134

1   A.  No.
2   Q.  Since filing the complaint in -- well, never mind.  Do
3       you recall in your entire smoking history if there's
4       days -- since you've become a regular smoker, are there
5       days where you've gone without a cigarette?
6   A.  I don't recall.
7   Q.  Are you familiar with the warning on the packages of
8       cigarettes?
9           MR. LANHAM:  Would you repeat that, please?
10          MS. BERNSTEIN-GAETA:  Are you familiar with
11      the warning on packages of cigarettes?
12          MR. LANHAM:  Objection to form.
13  A.  What do you mean "familiar"?
14  BY MS. BERNSTEIN-GAETA:
15  Q.  Do you know that there's a warning on packages of
16      cigarettes?
17  A.  I know that there's a warning.
18  Q.  Do you know whose warning it is that are on packages of
19      cigarettes?
20  A.  Yes.
21  Q.  And who is that?
22  A.  Surgeon General.
23  Q.  When you, today -- I don't mean today -- in the current
24      time, buy a pack of Marlboro Lights, do you look at the
25      warning on the packages of the cigarettes?

Page 135

1   A.  No.
2   Q.  Was there ever a time when you read the warnings on the
3       packages of cigarettes?
4   A.  Not that I remember.
5   Q.  Why is that?
6   A.  Why is what?
7   Q.  That you didn't read the warnings.
8   A.  I don't know.
9   Q.  Is it because you already knew the information that was
10      contained in the warnings?
11  A.  I don't know.
12  Q.  Is there any warning that could be placed on a package
13      of cigarettes that would be something you would read?
14  A.  I don't know.
15  Q.  Have you, when you purchased cigarettes since the
16      beginning of 2009, noticed that in the little rip-off
17      cellophane part of the cigarette, which I will call the
18      tear tape, there's been writing on the tear tape?
19  A.  There's something on it.  I don't know what it is.
20  Q.  Okay.  I'm going to hand you a pack of Marlboro Lights,
21      and I'm going to ask you to just look at the little
22      tear tape on it.  Do you see that tear tape?
23  A.  I do.
24  Q.  Is that the kind of -- is that -- have you seen that
25      tear tape on packages of Marlboro Lights that you buy?

Page 136

1   A.  I don't know that that's what it said.  I didn't notice
2       what it said.
3   Q.  You noticed there were words?
4   A.  Or something.  I don't know that there were words.
5   Q.  Do you wear reading glasses like I do?
6   A.  I have contacts, but --
7   Q.  Do you wear reading glasses?
8   A.  No.
9   Q.  Okay.  So you noticed there was something, but you
10      never looked further than seeing the something that was
11      on there; is that right?
12  A.  Right.
13  Q.  Did you ever mention to anyone, Gee, they've started
14      putting some stuff on the tear tape of my Marlboro
15      Lights?
16  A.  No.
17  Q.  Okay.  Would you look at the tear tape as I read it
18      into the record?
19          MR. LANHAM:  Do you have another package,
20      please --
21          MS. BERNSTEIN-GAETA:  I only have one --
22          MR. LANHAM:  -- that I could look at?
23          MS. BERNSTEIN-GAETA:  You can look at it
24      after -- well, you know what?  I think I have it
25      written down.

Page 137

1           MR. LANHAM:  Well, let me just take a look at
2       it real quick --
3           MS. BERNSTEIN-GAETA:  Sure.
4           MR. LANHAM:  -- and then I'll hand it back.
5       Great.  Thank you.
6   BY MS. BERNSTEIN-GAETA:
7   Q.  (Reading):  Lights does not mean safer.  It refers to
8       taste.  Lights won't help you quit smoking.
9           Did I read that correctly?
10  A.  Yes.
11  Q.  Do you think that's information smokers of Marlboro
12      Lights cigarettes would like to have?
13          MR. LANHAM:  Objection to foundation.
14          MS. BERNSTEIN-GAETA:  You can answer.
15  A.  I don't know.
16  BY MS. BERNSTEIN-GAETA:
17  Q.  Is it information that's important to you?
18  A.  Yes.
19  Q.  But you didn't choose to read the tear tape; is that
20      right?
21  A.  Right.
22  Q.  Having read it now, will you look at it again the next
23      time you buy a pack of Marlboro Lights?
24  A.  I'll probably notice it.
25  Q.  Will you read the words?

35 (Pages 134 to 137)

Page 138

1  A. I don't know.
2  Q. You understand that or do you recognize that the tear
3     tape is on the package for you to see and read?
4  A. Yes.
5  Q. Does the information on the tear tape tell you anything
6     that you didn't already know?
7  A. That I didn't already know now?
8  Q. As you sit here today?
9         MR. LANHAM: Objection to form.
10 A. No.
11 BY MS. BERNSTEIN-GAETA:
12 Q. You already knew this information?
13 A. Yes.
14 Q. And you're going to continue purchasing Marlboro Lights
15    since knowing this information; right?
16 A. Yes.
17 Q. (Turning notebook pages) Flip, flip, flip.
18       When you were in high school, did you take health
19    classes?
20 A. Yes.
21 Q. Was smoking discussed in those health classes?
22 A. I don't remember.
23 Q. Did you ever remember seeing a black lung brought into
24    the class or as a picture in the health book?
25 A. I don't remember.

Page 140

1  Q. Have you ever subscribed to magazines?
2  A. Yes.
3  Q. Do you recall which magazines?
4  A. No.
5  Q. In your house currently, does anyone subscribe to
6     magazines?
7  A. Yes, maybe.
8  Q. Do you have magazines in your house?
9  A. Yes.
10 Q. Which ones?
11 A. I don't know.
12 Q. Is that because you don't look at the magazines ever?
13 A. Right.
14 Q. Do you watch TV?
15 A. Yes.
16 Q. How often?
17 A. I don't know.
18 Q. Do you watch TV nightly?
19 A. Not every night.
20 Q. Did you watch TV last night?
21 A. Yes.
22 Q. What types of shows do you generally watch on TV?
23 A. Home improvement.
24 Q. Just let's make this clear, not the show that was
25    called "Home Improvement"?

Page 139

1  Q. Did you participate in sports when you were in high
2     school?
3  A. No.
4  Q. Were you allowed to smoke in the school in high school?
5  A. Inside the school?
6  Q. Yes.
7  A. No.
8  Q. Why not?
9  A. I don't know.
10 Q. Did you understand smoking was bad for you when you
11    were in high school?
12 A. Yes.
13 Q. Had anyone told you in high school that smoking was bad
14    for you?
15 A. I don't know.
16 Q. You don't remember?
17 A. I don't remember.
18 Q. Had your parents ever told you smoking's bad for you?
19 A. I don't remember.
20 Q. When you were a kid and you saw your father smoking,
21    did he ever tell you not to smoke?
22 A. I don't remember.
23 Q. You told me you don't read magazines much, but do you
24    ever subscribe to magazines?
25 A. Do I ever?

Page 141

1  A. Correct.
2  Q. You mean home improvement --
3  A. The channels.
4  Q. -- kinds of shows?
5  A. Yes. Some reality shows, some news, biographies,
6     entertainment. Pretty much anything.
7  Q. Have you ever watched the TV show "Nova"?
8  A. Yes.
9  Q. Have you ever watched "60 Minutes"?
10 A. Yes.
11 Q. Have you ever on "Nova" or "60 Minutes" seen a show
12    about smoking? Not a show. A segment about smoking?
13 A. Not that I remember.
14 Q. Do you read newspapers?
15 A. Sometimes.
16 Q. What newspapers do you read?
17 A. Bangor Daily.
18 Q. Any others?
19 A. The Weekly.
20 Q. What's the name of it?
21 A. The Weekly.
22 Q. The Weekly? Sorry. Is that a Bangor paper as well?
23 A. Yes.
24 Q. Have you ever seen articles about smoking in either the
25    Bangor Daily or The Weekly?

36 (Pages 138 to 141)

1  A.  I don't know.
2  Q.  What are you asking for in this lawsuit?
3  A.  To be paid back for being lied to.
4  Q.  And when you say paid back -- well, I don't want to
5      trick you in any kind of way.
6          Let's go to the Second Amended Complaint, exhibit
7      number, I do not remember, but Sam is getting it.
8          MR. LANHAM:  It's No. 6.
9          MS. BERNSTEIN-GAETA:  Exhibit No. 6.
10         VIDEOGRAPHER:  We're going to need to change
11     tapes in the next couple minutes.
12         MS. BERNSTEIN-GAETA:  Okay.  Why don't we
13     just take a break right now.
14     (The deposition recessed from 12:13 to 12:17 p.m.)
15 BY MS. BERNSTEIN-GAETA:
16 Q.  Welcome back, Mrs. Spellman.  I'm going to ask you to
17     turn to page 8 of the Second Amended Complaint,
18     paragraph 39, and I will read the class definition and
19     let me know if I read it correctly.
20         The Class is defined as:  All persons residing in
21     the State of Maine who purchased for personal use
22     defendants' cigarettes labeled as "Light" or
23     "Ultralight" during the class period through the
24     present.  Excluded from the class are Defendants, their
25     subsidiaries and affiliates.  Also excluded is any

1      judge who may preside over this case.
2          Next paragraph -- page says, paragraph 40 says,
3      The class period extends six years prior to the filing
4      of the complaint on August 12th, 2005.
5          Did I read that correctly?
6  A.  Yes.
7  Q.  When you told me earlier that you are seeking money for
8      the cigarettes you purchased, the Marlboro Lights
9      cigarettes you purchased because of a deception, did
10     you mean from the time you started smoking them or did
11     you mean six years prior to the filing of the complaint
12     on August 12th, 2005?
13 A.  Six years prior to filing.
14 Q.  Now, are you aware that the complaint has changed as
15     far as the class period is concerned?
16 A.  Yes.
17 Q.  What -- do you recall what the class period was
18     originally?
19 A.  In the '70s, sometime in the '70s.
20 Q.  If I say 1971, does that sound right?
21 A.  Yes.
22 Q.  Do you know why the complaint or the class period was
23     changed?
24         MR. LANHAM:  Objection, and I have to
25     instruct her not to answer.

1          MS. BERNSTEIN-GAETA:  That's fine.
2  BY MS. BERNSTEIN-GAETA:
3  Q.  Do you understand that you've given up in this
4      complaint the right to get refunded for the purchase of
5      cigarettes you've purchased prior to six years before
6      August of 2005?
7  A.  Yes.
8  Q.  That's okay?
9          MR. LANHAM:  Objection to the form.
10         MS. BERNSTEIN-GAETA:  You can answer.
11 A.  Yes.
12 BY MS. BERNSTEIN-GAETA:
13 Q.  Did you smoke the cigarettes for which you seek a
14     refund?
15 A.  Yes.
16 Q.  If you get the money back or a refund, that means you
17     will have smoked the Marlboro Lights since six years
18     before 2005 to the present for free; is that correct?
19 A.  Yes.
20 Q.  You can't return the cigarettes that you smoked; right?
21 A.  Right.
22 Q.  Since filing the complaint in August 12th, 2005, do you
23     think you should be refunded for your purchase of
24     Marlboro Lights from August 12th, 2005, forward?
25 A.  Yes.

1  Q.  Why?
2  A.  Because I am now addicted, so I continue to smoke them.
3  Q.  So, are you seeking a refund because you're addicted to
4      cigarettes and continue to smoke them, even though you
5      know the allegations of the complaint?
6  A.  Yes.
7  Q.  And are you addicted to Marlboro Lights, per se?
8  A.  I don't know.
9  Q.  Because -- well, you have tried other brands of
10     cigarettes; correct?
11         MR. LANHAM:  Objection to form.  We've been
12     over that.  Never mind.  Objection to form.
13         MS. BERNSTEIN-GAETA:  You can go.
14 A.  What do you mean by "tried"?
15 BY MS. BERNSTEIN-GAETA:
16 Q.  You've smoked another brand of cigarettes besides
17     Marlboro Lights; correct?
18 A.  Yes.
19 Q.  You told me -- let me be fair.  You told me earlier
20     today you smoked other brands of --
21 A.  Yes, I'm not sure I understand the question.
22 Q.  When you smoked a brand of -- a cigarette that was not
23     a Marlboro Light, did it satisfy your craving for a
24     cigarette?
25 A.  I don't know.

1  Q.  You don't know?
2       MR. LANHAM:  Objection to form.
3  A.  I don't know.
4  BY MS. BERNSTEIN-GAETA:
5  Q.  You don't know if -- well, did you smoke a Marlboro
6      Light after smoking the cigarette that
7      wasn't a Marlboro Light?
8  A.  I don't know.
9  Q.  You don't know or you don't remember?
10 A.  I don't remember.
11 Q.  When you're smoking Marlboro Lights now, you know that
12     they're not safer than other -- than regular cigarettes
13     or they're not less hazardous than regular cigarettes,
14     to use your words, and yet you still want your money
15     back for them?
16 A.  Yes.
17 Q.  You're not being deceived now, are you?
18 A.  No.
19 Q.  Another little yellow sticky.
20      Have you ever had any illness or adverse health
21     effects as a result of smoking cigarettes?
22 A.  No.
23 Q.  You understand that this lawsuit has been brought as a
24     class action; correct?
25 A.  Yes.

1  Q.  What do you understand a class action to be?
2  A.  Many people suing the company based on the same facts.
3  Q.  Do you understand that you're named as a class
4      representative in this lawsuit?
5  A.  Yes.
6  Q.  What do you understand a class representative's jobs to
7      be or "duties" is a better word?
8  A.  I need to be familiar with the case.  I need to work
9      with Sam and the other attorneys, and represent any
10     other plaintiffs.
11 Q.  And not just plaintiffs, but people who would be
12     members of the class; correct?
13 A.  Yes.
14 Q.  If there's someone in Maine who smokes a Philip Morris
15     brand light or low-tar cigarette, but smokes them only
16     because they enjoy the taste of the cigarettes, are
17     they a member of your class?
18      MR. LANHAM:  Object to form and foundation,
19     and calls for a potential legal opinion.
20      MS. BERNSTEIN-GAETA:  You can answer to the
21     best of your ability.
22 A.  I don't know.
23 BY MS. BERNSTEIN-GAETA:
24 Q.  You don't know if they're in the class?
25 A.  I don't know.

1  Q.  Okay.  Do you think people who smoke Marlboro Lights
2      only for taste have been deceived?
3       MR. LANHAM:  Same objection, form and
4      foundation.
5  A.  I don't know.
6  BY MS. BERNSTEIN-GAETA:
7  Q.  Do you know if there are people who smoke Marlboro
8      Lights for reasons other than reduced -- because they
9      are less hazardous than full-flavor cigarettes?
10 A.  I don't know.
11 Q.  Do you believe there may be?
12      MR. LANHAM:  Objection to form.
13 A.  I don't know.
14 BY MS. BERNSTEIN-GAETA:
15 Q.  Do you think you're a good class representative?
16 A.  Yes.
17 Q.  Why?
18 A.  Because I've been lied to just as any other potential
19     class members.
20 Q.  And why do you think that makes you a good class
21     representative?
22 A.  Because I experienced it.  I know what they might think
23     or want.
24 Q.  Do you think your inability to remember some details of
25     questions I've asked you today, such as how you smoke,

1      when you started smoking, when you became a regular
2      smoker, impedes your ability to be a good class
3      representative?
4  A.  No.
5  Q.  Why not?
6  A.  I don't know that many people would remember those
7      things.
8  Q.  I believe you told me today that you know other people
9      smoke low tar or light cigarettes; is that right?
10 A.  Yes.
11 Q.  Since becoming a class representative in this lawsuit,
12     have you talked to them about the fraud you're alleging
13     in this case?
14 A.  Have I talked to them?
15 Q.  About the fraud that you're alleging?
16 A.  I don't remember.
17 Q.  Have you told anyone about the details of what you're
18     alleging in this case?
19      MR. LANHAM:  Objection to form.
20      MS. BERNSTEIN-GAETA:  You can answer.
21 A.  I don't remember.
22 BY MS. BERNSTEIN-GAETA:
23 Q.  You're not the only named class representative in this
24     case; is that right?
25 A.  Yes.

38 (Pages 146 to 149)

Page 150

1  Q.  Do you know who the other class representatives are?
2  A.  Yes.
3  Q.  And by that, I mean, do you know their names?
4  A.  Yes.
5  Q.  One is Stephanie Good; correct?
6  A.  Yes.
7  Q.  The other man is a gentleman named Allain Thibodeau?
8  A.  Yes.
9  Q.  Do you know either Stephanie Good or Allain Thibodeau?
10  A.  Stephanie Good.
11  Q.  Did you know her prior to becoming involved in this
12      lawsuit?
13  A.  Yes.
14  Q.  Do you know how Stephanie Good came to be involved in
15      this lawsuit?
16  A.  I do not.
17  Q.  Have you spoken with Stephanie Good about this lawsuit
18      since she and you have both been class representatives?
19  A.  No.
20  Q.  Have you -- have you ever had cigarettes with Stephanie
21      Good?
22  A.  I don't remember.
23  Q.  Do you know what brand of cigarettes Stephanie smokes
24      or smoked?
25  A.  No.

Page 151

1        MS. BERNSTEIN-GAETA:  I'd like to go off the
2      record for about five minutes, please.
3        (The deposition recessed from 12:28 to 12:34 p.m.)
4  BY MS. BERNSTEIN-GAETA:
5  Q.  Ms. Spellman, did you meet with your counsel during the
6      break we just took?
7  A.  Yes.
8  Q.  Did you discuss this deposition?
9  A.  Yes.
10  Q.  Did you discuss testimony you're about to give?
11  A.  No.
12  Q.  Did you discuss him asking you questions at this
13      deposition?
14        MR. LANHAM:  Objection, instruct not to
15      answer.
16        MS. BERNSTEIN-GAETA:  Do you follow your
17      counsel's instruction?
18        THE WITNESS:  Yes.
19        MS. BERNSTEIN-GAETA:  I have to ask that.
20  BY MS. BERNSTEIN-GAETA:
21  Q.  I think we talked about this earlier, but I want to
22      make sure I understand your testimony.  During a
23      typical smoking day now, do you change the way in which
24      you smoke a cigarette during any of the cigarettes you
25      smoke during the day?

Page 152

1  A.  I don't know.
2  Q.  And when you say you don't know, are you saying you
3      don't pay attention to how you smoke during the day?
4  A.  Yes.
5  Q.  Are you saying, if you stopped and thought about it,
6      would you be able to recall how you smoked during the
7      day?
8  A.  No.
9        MS. BERNSTEIN-GAETA:  Okay.  I am done for
10      now.  I understand your counsel may ask you some
11      questions, and I may be back after he asks questions,
12      but we're very close to being finished.
13        THE WITNESS:  Okay.
14        MR. LANHAM:  And I'm going to relieve you of
15      that because I don't have any questions, and she will
16      read and sign.
17        MS. BERNSTEIN-GAETA:  Excellent.  That was
18      going to be my next question.  That concludes the
19      deposition for your class representative deposition for
20      class certification purposes.  I thank you very much
21      for your time and patience during the process.
22        THE WITNESS:  Thank you.
23        (The deposition concluded at 12:36 p.m.)
24
25

Page 153

1        CERTIFICATE
2     I, Christine Fraga Thornton, RDR, a Notary Public
3  in and for the State of Maine, hereby certify that on the
4  9th day of December, 2009, personally appeared before me, at
5  Bangor, Maine, the within-named deponent, Lori A. Spellman,
6  who was sworn to testify the truth, the whole truth, and
7  nothing but the truth in the aforenamed cause of action, and
8  that the foregoing is a true and accurate record, to the
9  best of my skill, ability and knowledge, of the evidence as
10  taken by me by means of mechanical stenography.
11     I further certify that I am a disinterested person
12  in the event or outcome of the above-named cause of action.
13     IN WITNESS WHEREOF, I subscribe my hand and affix
14  my seal this 10th day of December, 2009.
15
16        _____
          Christine Fraga Thornton
17        Freelance Court Reporter
          Notary Public
18
19
20        CHRISTINE FRAGA THORNTON
          NOTARY PUBLIC - STATE OF MAINE
          My Commission Expires
21        April 10, 2014
22
23
24
25

VERITEXT REPORTING COMPANY
www.veritext.com
(212) 279-9424                    (212) 490-3430

Page 154

```
1        C E R T I F I C A T E
2        I, LORI A. SPELLMAN, do hereby certify
3   that I have read the foregoing transcript of my
4   testimony, and further certify that it is a true and
5   accurate record of my testimony (with the exception
6   of the corrections listed below):
7   Page   Line           Correction
8
9
10
11
12
13
14
15
16
17
18
19
20   _____
21   LORI A. SPELLMAN
22   Subscribed and sworn to before me
23   this _____ day of _____, 2009.
24
     _____   _____
25   (Notary Public)        My Commission Expires:
```

VERITEXT REPORTING COMPANY
www.veritext.com
(212) 279-9424                                        (212) 490-3430