# Exhibit 5

1                 UNITED STATES DISTRICT COURT
                      DISTRICT OF MAINE
2

    IN RE: LIGHT CIGARETTES MARKETING)
3   AND SALES PRACTICES LITIGATION    ) MDL DOCKET NO.
    _____) 1-09-MD-2068
4   THIS DOCUMENT RELATES TO:         )
                                      )
5   MELANIE HAUBRICH, on behalf       ) Case No.:
    of herself and all others        ) 09-cv-05867
6   similarly situated,               )
                                      )
7                       Plaintiff,    )
    v.                                )
8                                     )
    PHILIP MORRIS USA INC.,           )
9                                     )
                        Defendant.    )
10

11

12

13             THURSDAY, JANUARY 7, 2010

14

15             Videotaped deposition of MELANIE
16   HAUBRICH, held in the offices of Silverman &
17   Fodera, P.C., 1835 Market Street, 26th Floor,
18   Philadelphia, Pennsylvania, commencing at
19   11:22 a.m., on the above date, before Deborah
20   L. Williams, a professional Court Reporter and
21   a Notary Public in and for the Commonwealth of
22   Pennsylvania.
23

24

25

Page 2

```
 1   A P P E A R A N C E S :
 2   SILVERMAN & FODERA, P.C.
     BY: LEONARD V. FODERA, ESQUIRE
 3       MICHAEL P. LALLI, ESQUIRE
     1835 Market Street, 26th Floor
 4   Philadelphia, Pennsylvania 19103
     (215) 561-2100
 5   lfodera@civilrights.com
     mlalli@civilrights.com
 6   Co-Counsel for the Plaintiff
 7
 8   RODANAST, P.C.
     BY: ERIN C. BURNS, ESQUIRE
 9   801 Estelle Drive
     Lancaster, Pennsylvania 17601
10   (717) 892-3000
     eburns@rodanast.com
11   Co-Counsel for the Plaintiff
12
13   DECHERT, LLP
     BY: EZRA D. ROSENBERG, ESQUIRE
14   902 Carnegie Center, Suite 500
     Princeton, New Jersey 08540
15   (609) 955-3200
     ezra.rosenberg@dechert.com
16   Counsel for the Defendant
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1
 2                I N D E X
 3   WITNESS                 PAGE NO.
 4   MELANIE HAUBRICH
 5     By Mr. Rosenberg          5
 6
 7
 8
 9
10            E X H I B I T S
11   NO.      DESCRIPTION    PAGE MARKED
12   Haubrich-1   Complaint        89
13   Haubrich-2   Advertisement    102
14   Haubrich-3   Advertisement    104
15   Haubrich-4   Information for   106
16                Smokers
17   Haubrich-5   Tear Tape Examples   138
18
19
20
21
22
23
24
25
```

Page 4

```
 1
 2          VIDEOTAPE TECHNICIAN:  We're now
 3   on the video record.  The time is 11:22.
 4          My name is Earl Strain of
 5   Veritext.  The date today is January 7,
 6   2010.  This deposition is being held at
 7   1835 Market Street in Philadelphia, PA.
 8          The caption in this case is
 9   Haubrich, et al. versus Philip Morris
10   USA, Inc.
11          The name of the witness is
12   Melanie Haubrich.
13          Counsel will now introduce
14   themselves.
15          MR. FODERA:  Leonard Fodera on
16   behalf of the plaintiff.
17          MR. LALLI:  Mike Lalli on behalf
18   of the plaintiff.
19          MS. BURNS:  Erin Burns on behalf
20   of the plaintiff.
21          MR. ROSENBERG:  Ezra G.
22   Rosenberg from Dechert, LLP, on behalf
23   of Philip Morris USA, Inc.
24          VIDEOTAPE TECHNICIAN:  The court
25   reporter is Debbey Williams.  The court
```

Page 5

```
 1
 2   reporter will now swear in the witness.
 3              - - -
 4          MELANIE HAUBRICH, after
 5   having been duly sworn, was examined and
 6   testified as follows:
 7              - - -
 8          VIDEOTAPE TECHNICIAN:  You may
 9   proceed.
10          MR. ROSENBERG:  Thank you.
11              - - -
12            EXAMINATION
13              - - -
14   BY MR. ROSENBERG:
15      Q.   Good morning, Ms. Haubrich?
16      A.   Yes.
17      Q.   Okay, I will try to get that
18   right.
19          My name is Ezra Rosenberg.  I
20   represent Philip Morris USA, Inc.  And I'm
21   going to be asking you some questions today.
22   And you understand that I'm asking you
23   questions in connection with a Complaint that
24   you filed in the United States District Court
25   for the Eastern District of Pennsylvania
```

2 (Pages 2 to 5)

Page 6

MELANIE HAUBRICH

1
2  against Philip Morris USA, Inc.
3      Q.   Do you understand that?
4      A.   Yes.
5      Q.   Have you ever been deposed
6  before?  Have you ever been deposed before?
7      A.   No.
8      Q.   Okay.  Let me give you a couple
9  of guidelines.
10         Because -- first of all, you're
11  testifying under oath.
12         Do you understand that?
13     A.   Yes.
14     Q.   And do you also understand that
15  what you say today is going to be transcribed
16  by the court reporter here and put into a book
17  called a transcript?
18     A.   Yes.
19     Q.   And it may be used in
20  proceedings in this case.
21         Do you understand that?
22     A.   Yes.
23     Q.   Because of that, it's
24  important -- and you've already been doing it
25  fine, which is to answer any question I give

Page 7

MELANIE HAUBRICH

1
2  you orally.  Nods of the head and shrugs of
3  the shoulder can't be taken down by the
4  reporter.  Okay?
5      A.   Okay.
6      Q.   Also, it's important that you
7  understand the question that I ask you before
8  you answer it.  And if at any time you don't,
9  let me know, and I'll try to rephrase it.
10  Okay?
11         MR. FODERA:  Let's go off the
12     video record.
13         MR. ROSENBERG:  Sure.
14         VIDEOTAPE TECHNICIAN:  We're
15     going off the video.  The time is 11:25.
16         MR. FODERA:  I just want to put
17     on the record that the stipulations are
18     that all objections, except as to the
19     form of the question, are reserved until
20     the time of the trial.
21         If we do have an objection,
22     we'll go off the video record and the
23     objection will go onto the paper.
24         MR. ROSENBERG:  And if you just
25     want to say "Objection as to form,"

Page 8

MELANIE HAUBRICH

1
2  that's fine.  But anything beyond
3  that --
4         MR. FODERA:  Generally, I don't
5     really do that, but okay.
6         MR. ROSENBERG:  Anything beyond
7     that, let's go off the video record.
8     But really, there should not be any
9     speaking objections anyway.
10         MR. FODERA:  We're not in state
11     court.
12         MR. ROSENBERG:  Oh, it doesn't
13     really matter here.  We are where we
14     are.
15             - - -
16         (It is hereby stipulated and
17     agreed by and among counsel that
18     reading, signing, sealing, filing and
19     certification are waived; and that all
20     objections, except as to the form of
21     the questions, be reserved until the
22     time of trial.)
23             - - -
24         VIDEOTAPE TECHNICIAN:  We're
25     back on the video.  The time is 11:26.

Page 9

MELANIE HAUBRICH

1
2  BY MR. ROSENBERG:
3      Q.   One last point, this is not
4  meant to be a test of endurance either for you
5  or for me.  So if at any time you want to take
6  a break, so long as there's not a question
7  pending, just let me know, and we can take a
8  break.  Okay?
9      A.   Okay.
10     Q.   Are you on any medications that
11  would prevent you from testifying accurately
12  and competently in today's deposition?
13     A.   No.
14     Q.   What's your date of birth?
15     A.   3-10-73.
16     Q.   And where were you born?
17     A.   Philadelphia, PA.
18     Q.   And have you lived in
19  Philadelphia all your life?
20     A.   Yes.
21     Q.   At the same address?
22     A.   No.
23     Q.   Can you give me the first
24  address you lived at?
25     A.   511 Wolf Street.

3 (Pages 6 to 9)

MELANIE HAUBRICH

1
2   Q.   And how long did you live there?
3   A.   For 18 years.
4   Q.   And then where did you move?
5   A.   231 McClellan Street.
6   Q.   McClellan?
7   A.   Yeah, M-c-C-l-e-l-l-a-n.
8   Q.   McClellan Street.
9        And how long did you live on
10  McClellan Street?
11  A.   Since after I was 18.
12  Q.   Is that where you're still
13  living?
14  A.   Yeah, I'm still there.
15  Q.   Where did you go to high school?
16  A.   I went to Saint Maria Goretti
17  for two years, and then I went to Furness.
18       MR. FODERA:  F-u-r-n-e-s-s.
19  BY MR. ROSENBERG:
20  Q.   And did you graduate from high
21  school?
22  A.   Yes.
23  Q.   And what year?
24  A.   1990.
25  Q.   And after high school, did you

MELANIE HAUBRICH

1
2   continue with education?
3   A.   No.
4   Q.   Have you had any continuing
5   education after high school?
6   A.   With my job, yes.
7   Q.   Okay.  Where was your first job?
8   A.   My first job was a cashier at
9   Toys 'R' Us.
10  Q.   In Philly?
11  A.   Yes.
12  Q.   Where in Philly?
13  A.   Front and Oregon Avenue.
14  Q.   And how long did you work as a
15  cashier at Toys 'R' Us?
16  A.   Two years.
17  Q.   And then what did you do?
18  A.   After that I had a daughter, so
19  I didn't work.
20  Q.   What year did you have your
21  daughter?
22  A.   Breanna was born October 11,
23  1990.
24  Q.   And you stayed home taking care
25  of your daughter?

MELANIE HAUBRICH

1
2   A.   Yes.
3   Q.   Have you had another job since
4   you left Toys 'R' Us?
5   A.   Yes.
6   Q.   What was your first job since
7   Toys 'R' Us?
8   A.   Since Toys 'R' Us?
9   Q.   Uh-huh.
10  A.   After that I worked at -- I'm
11  trying to think of the name -- Missa Bay
12  Produce Company.
13  Q.   I'm sorry, the name?
14  A.   Missa Bay.
15  Q.   Can you spell that?
16  A.   M-i-s-s-a, B-a-y Produce
17  Company.
18  Q.   And what did you do there?
19  A.   I was answering phones and
20  filing for someone.
21  Q.   And by the way, you said you
22  worked two years at Toys 'R' Us.
23       When did you begin working at
24  Toys 'R' Us?
25  A.   Toys 'R' Us -- Toys 'R' Us was

MELANIE HAUBRICH

1
2   two years -- that was when I was in high
3   school.
4   Q.   Oh, in high school?
5   A.   Yes.
6   Q.   And so -- and you had your
7   daughter in 1990.  So you started working
8   there around 1988?
9   A.   Yes.
10  Q.   And when did you begin working
11  for Missa Bay Produce Company?
12  A.   When my daughter was born, I
13  worked there for three months.
14  Q.   So in around 1990?
15  A.   Yes.
16  Q.   And after working at Missa Bay
17  Produce Company, what was your next job?
18  A.   The School District of
19  Philadelphia.
20  Q.   When did you begin working for
21  the school district?
22  A.   1997.
23  Q.   In what capacity?
24  A.   I -- what do you mean, like --
25  Q.   What was your job?

Page 14

MELANIE HAUBRICH

1
2   A.   Oh, my job is a noontime aide.
3   Q.   And what do you do as a noontime
4   aide?
5   A.   My duties are to feed the
6   children.
7   Q.   So you work in the cafeteria?
8   A.   Yes.
9   Q.   And how long -- are you still
10  working there?
11  A.   Yes.
12  Q.   Have you worked continuously
13  since 1997?
14  A.   Yes.
15  Q.   And other than these three jobs,
16  Toys 'R' Us, Missa Bay Produce Company and
17  School District of Philadelphia, have you had
18  any other jobs?
19  A.   No.
20      MR. FODERA:  Objection to the
21  form of the question.
22  BY MR. ROSENBERG:
23  Q.   What are your parents' names?
24  A.   James and Linda.  You want their
25  last name?

Page 16

MELANIE HAUBRICH

1
2   Q.   And how about Amanda?
3   A.   Amanda is only 22.
4   Q.   And you talked about your
5   daughter Breanna.
6       Do you have any other children?
7   A.   Yes.
8   Q.   And what other --
9   A.   I have another --
10      THE COURT REPORTER:  Hold on.
11  Just let him ask his full question
12  before you answer.
13      THE WITNESS:  Okay.
14      MR. FODERA:  And let me
15  interrupt and give you another
16  instruction.
17      Even if you anticipate what his
18  question is, the court reporter has to
19  take down what everyone --
20      THE WITNESS:  Okay.
21      MR. FODERA:  -- says.  So give
22  him an opportunity to finish his
23  question, and then pause, and --
24      THE WITNESS:  And then answer.
25      MR. FODERA:  -- and then answer

Page 15

MELANIE HAUBRICH

1
2   Q.   Yes.  Is their last name the
3   same as yours?
4   A.   No.
5   Q.   What's their last name?
6   A.   Close, C-l-o-s-e.
7   Q.   And both of their last names is
8   Close?
9   A.   Yes.
10  Q.   Are they still both alive?
11  A.   Yes.
12  Q.   Where do they live?
13  A.   Paoli, PA.
14  Q.   Do you have any brothers or
15  sisters?
16  A.   Yes.
17  Q.   And can you tell me their names?
18  A.   Jennifer Agigian --
19  A-g-i-g-i-a-n -- James Close, and Amanda
20  Close.
21  Q.   And when was Jennifer born?
22  A.   Jenny will be 32 this Saturday.
23  So -- I'm trying to think.  I don't even know.
24  Q.   She's 32.  And how old is James?
25  A.   James is 31.

Page 17

MELANIE HAUBRICH

1
2   the question.
3       THE WITNESS:  Okay.
4       MR. FODERA:  Okay?
5       THE WITNESS:  All right.
6       MR. ROSENBERG:  It's close to
7   but not quite like a regular
8   conversation.
9       THE WITNESS:  All right.
10  BY MR. ROSENBERG:
11  Q.   Who are your other children?
12  A.   Madison Binck.
13  Q.   Madison Binck?
14  A.   B-i-n-c-k.
15  Q.   And when was he born or she?  Is
16  Madison --
17  A.   It's a girl.
18  Q.   Girl.
19  A.   She was born in 1999.
20  Q.   And any other children?
21  A.   No.
22  Q.   Have you ever been married?
23  A.   No.
24  Q.   Do you live with someone?
25  A.   Yes.

VERITEXT REPORTING COMPANY
(212) 279-9424          www.veritext.com          (212) 490-3430

Page 18

MELANIE HAUBRICH

1
2    Q.    And who do you live with?
3    A.    Bruce Binck.
4    Q.    And how long have you lived with
5  Mr. Binck?
6    A.    19 years.
7    Q.    What does he do for a living?
8    A.    Deli.
9    Q.    He works in a deli?
10   A.    Uh-huh.
11   Q.    In Philly?
12   A.    Yes.
13   Q.    How did you first become
14 involved in this lawsuit?
15   A.    Who me?
16   Q.    Yeah.
17   A.    My first thing was I wanted to
18 help people out because I thought that they
19 were -- the cigarette company was bringing a
20 false advertisement to everyone.
21   Q.    And when you say the cigarette
22 companies were bringing a false advertisement
23 to everyone, what do you mean?
24   A.    On their labels.
25   Q.    On which labels?

Page 19

MELANIE HAUBRICH

1
2    A.    On the cigarette boxes.
3    Q.    And which cigarette boxes?
4    A.    Marlboro Ultra Lights.
5    Q.    And what was false on the labels
6  on Marlboro Ultra Lights?
7    A.    On Marlboro Ultra Lights it says
8  that there's low tar in there and low
9  nicotine.
10   Q.    And what's false about that?
11   A.    To me, I think it's all the same
12 in there.
13   Q.    When did you first come to that
14 realization?
15   A.    Me, as a person, I just came to
16 that -- I kind of knew it, but -- I'm -- I
17 don't know.
18   Q.    When you say you kind of knew
19 it, do you know when you kind of knew it?
20   A.    No.
21   Q.    Do you know how long it was
22 before you filed suit that you kind of knew
23 it?
24   A.    The whole time I knew.
25   Q.    The whole time you were smoking

Page 20

MELANIE HAUBRICH

1
2  Marlboro?
3    A.    Yes.
4    Q.    Let me back up a little.
5          When did you first become --
6  first start smoking?
7    A.    Me?
8    Q.    Uh-huh.
9    A.    Around 16, 17.
10   Q.    And what was the first cigarette
11 that you smoked?
12   A.    Marlboro Red.
13   Q.    How long did you continue to
14 smoke -- did you smoke Marlboro Reds regularly
15 after that?
16   A.    Until I got pregnant with my
17 daughter.
18   Q.    In around 1989, 1990?
19   A.    Uh-huh.
20   Q.    And then what happened?  Did you
21 switch to different cigarettes or did you stop
22 smoking?
23   A.    I stopped smoking when I was
24 pregnant.  Then I switched to Marlboro Lights.
25   Q.    When did you start smoking

Page 21

MELANIE HAUBRICH

1
2  Marlboro Lights?
3    A.    Right after I had my daughter.
4  Maybe two months after that.
5    Q.    So sometime in 1990?
6    A.    Yes.
7    Q.    And how long did you smoke
8  Marlboro Lights?
9    A.    I smoked them until maybe two,
10 three years after.
11   Q.    1992, 1993?
12   A.    Maybe, yes.
13   Q.    And then you switched to a
14 different cigarette?
15   A.    Ultra Lights.
16   Q.    And you continued to smoke
17 Marlboro Ultra Lights for how long?
18   A.    I was smoking them until I got
19 pregnant with my second daughter, and during
20 my pregnancy I didn't smoke.
21   Q.    And your second daughter is --
22   A.    Madison.
23   Q.    Madison, who's born in 1999.
24          And how long did you stop
25 smoking in 1998, 1999, someplace around there?

6 (Pages 18 to 21)

MELANIE HAUBRICH
1
2      A.    Through the whole pregnancy.
3      Q.    And then you started to smoke
4   again after she was born?
5      A.    Yes.
6      Q.    And what cigarette did you
7   smoke?
8      A.    Ultra -- I still smoked Ultra
9   Lights.
10      Q.    And did you continue to smoke
11   Ultra Lights for a period of time after that?
12      A.    Yes.
13      Q.    For how long?
14      A.    I'm still smoking them.
15      Q.    Now, a few moments ago you said
16   that you kind of knew that they were all the
17   same in terms of tar, nicotine.
18           All cigarettes, is that what you
19   meant?
20      A.    No, I meant like Ultra Lights I
21   thought had lower tar and nicotine in it.
22      Q.    Right.  But you said that you
23   kind of knew the whole time that there was
24   something false about it?
25      A.    No, I --

MELANIE HAUBRICH
1
2           MR. FODERA:  Objection to the
3      form of the question.
4           THE WITNESS:  I felt like when I
5      started smoking cigarettes, the Red, I
6      knew all cigarettes are bad for you, but
7      to me it was false advertisement because
8      light cigarettes are supposed to have
9      low nicotine and low tar in them, as
10      advertisements have all over the place.
11   BY MR. ROSENBERG:
12      Q.    And did you at some point come
13   to a conclusion that they did not have lower
14   tar and lower nicotine?
15      A.    No.  I don't know.  I don't
16   know.
17      Q.    Do you still believe they have
18   lower tar and lower nicotine, that light
19   cigarettes have lower tar and lower nicotine?
20           MR. FODERA:  That light
21      cigarettes?  Ultra light cigarettes?
22      Clean it up, if you would.
23           MR. ROSENBERG:  And I'm just --
24      I think if we had the question and her
25      answer read back, she said light

MELANIE HAUBRICH
1
2      cigarettes.  And I'm willing to get it
3      as close as possible.  So let's back up.
4   BY MR. ROSENBERG:
5      Q.    A few minutes ago I asked you
6   what you meant by false advertisements on the
7   packages of Marlboro Ultra Lights.
8           Do you recall that?
9      A.    Yes.
10      Q.    And I believe you answered that
11   they said low tar and low nicotine, and you
12   thought that was false; is that correct?  I
13   don't want to put words in your mouth.
14      A.    Listen, this is what I'm trying
15   to say.
16      Q.    Sure.
17      A.    On the cigarette carton, on the
18   box itself, that -- the advertisements of the
19   low tar and nicotine are not really on the
20   cigarette carton, they're all over the place,
21   when you look on a bulletin board or if you go
22   in a store.  But on a cigarette carton itself,
23   it does say low tar and low nicotine.  That's
24   what I was trying to point out.
25      Q.    And do you think that is a false

MELANIE HAUBRICH
1
2   statement?
3      A.    Yes.
4      Q.    Why do you think it's a false
5   statement?
6      A.    Because, in general, all
7   cigarettes have the same amount of nicotine
8   and tar in them.
9      Q.    When did you first realize that
10   all cigarettes had the same amount of nicotine
11   and tar in them?
12      A.    Actually, I really don't know
13   because that's why I switched to lights, to
14   think that they were a little lighter version
15   of the tar and nicotine in them.
16      Q.    Did there come a point in time
17   when you thought that light cigarettes --
18   light cigarettes did not have lower tar and
19   lower nicotine than a cigarette like Marlboro
20   Reds?
21      A.    No.  I really -- I don't
22   understand what you're trying to ask me here.
23      Q.    Well, I'm just trying to find
24   out --
25      A.    Yeah, it seems like --

7 (Pages 22 to 25)

MELANIE HAUBRICH

1
2      MR. FODERA:  Whoa, whoa, whoa.
3  Wait for him to ask a question.  The way
4  this works is, he asks a question, you
5  answer the question.  If you don't
6  understand what his question is, you say
7  "I don't understand your question."
8      THE WITNESS:  Okay.
9      MR. FODERA:  Okay?
10      MR. ROSENBERG:  That's fine.
11  BY MR. ROSENBERG:
12      Q.   Sitting here today, do you think
13  that all cigarettes, be they Marlboro Reds or
14  Marlboro Lights or Marlboro Ultra Lights, have
15  the same amount of tar and nicotine in them?
16      A.   Yes.
17      Q.   Why do you feel that?
18      A.   Because -- how do I put this?
19  They're not, like, measured properly by a
20  human.  They're tested in a factory through
21  the government.
22      Q.   And what about your
23  understanding that they're not measured
24  properly by a human but measured by the
25  government makes you believe that they're not

MELANIE HAUBRICH

1
2  lower tar and nicotine?
3      A.   Because you don't have people
4  testing them; you have machines testing them.
5      Q.   When did you first learn that
6  the government tested the cigarettes on
7  machines?
8      A.   I actually read up on that a
9  while ago and I was reading over it, but I
10  really didn't understand it altogether because
11  it really don't go into full detail.
12      Q.   And when you say "a while ago,"
13  do you mean a year ago or more than a year
14  ago?
15      MR. FODERA:  Or less than a year
16  ago.
17      MR. ROSENBERG:  Or less than a
18  year ago.
19      THE WITNESS:  Less than a year
20  ago, less.
21  BY MR. ROSENBERG:
22      Q.   Okay.  So sometime within the
23  past year you were reading something that told
24  you that the government measured tar and
25  nicotine by a machine; is that fair?

MELANIE HAUBRICH

1
2      A.   Yes.
3      Q.   Do you recall what you were
4  reading?  Do you recall what you were reading?
5      A.   A magazine.
6      Q.   Do you recall which magazine you
7  were reading?
8      A.   No.
9      Q.   Do you recall where the
10  information in the magazine came from?
11      A.   No.
12      Q.   Do you recall any specifics
13  about what you were reading other than that
14  the government tested tar and nicotine by a
15  machine?
16      MR. FODERA:  Objection.  And
17  other than anything else she testified
18  in that regard.
19      MR. ROSENBERG:  That's fine.
20      MR. FODERA:  Do you remember
21  anything else about this article, I
22  guess is the question?
23      MR. ROSENBERG:  Yes.
24      THE WITNESS:  The only thing
25  else I remember was the filters in the

MELANIE HAUBRICH

1
2  cigarettes, they were talking about that
3  and how, like -- how they're made and
4  how much tar and nicotine goes in each
5  one.  That was it.
6  BY MR. ROSENBERG:
7      Q.   Do you recall what they said
8  about how the filters in the cigarettes are
9  made?
10      A.   No.
11      Q.   Was there anything that they
12  said about how the filters in the cigarettes
13  are made that made you believe that all
14  cigarettes had the same tar and nicotine?
15      MR. FODERA:  Objection to the
16  form.  Just as to the filters?  Because
17  I think she's testified as to the whole
18  article.
19      MR. ROSENBERG:  Just as to the
20  filters.
21      MR. FODERA:  Okay, just as to
22  the filters.
23      THE WITNESS:  Just as to the
24  filters?
25      MR. ROSENBERG:  Yes.

8 (Pages 26 to 29)

MELANIE HAUBRICH

1
2      THE WITNESS:  The filters have
3   holes in them that make you smoke more
4   if you hold them down to get more of the
5   cigarette taste in your mouth.
6   BY MR. ROSENBERG:
7      Q.    And that was in the article?
8      A.    Yes.
9      Q.    Before you read that article,
10  were you aware that there were holes in the
11  filters in cigarettes?
12     A.    No.
13     Q.    How did you come across this
14  article?
15     A.    In my work.
16     Q.    When you say in your work --
17     A.    At my job.
18     Q.    Meaning that you --
19     A.    In the school, because of the
20  kids, you know.
21     Q.    When was the first time you
22  spoke to a lawyer concerning this case?
23     MR. FODERA:  Or law firm?
24     MR. ROSENBERG:  Or law firm.
25     THE WITNESS:  About a month ago.

MELANIE HAUBRICH

1
2   BY MR. ROSENBERG:
3      Q.    What brought about your speaking
4   with a lawyer or a law firm concerning this
5   case?
6      A.    Because I wanted to show people
7   that the cigarette company Marlboro was posing
8   false advertisement.
9      Q.    Had you been contacted by a
10  lawyer or law firm, or did you contact the
11  lawyer or law firm?
12     A.    I contacted them.
13     Q.    You contacted them.  And whom
14  did you contact?
15     A.    The office.
16     Q.    This office?
17     A.    (Witness nodded.)
18     Q.    And specifically --
19     MR. FODERA:  You have to answer
20  verbally.
21     THE WITNESS:  Oh.
22     MR. FODERA:  Say "yes" or "no."
23     THE WITNESS:  Yes.
24  BY MR. ROSENBERG:
25     Q.    And, specifically, whom did you

MELANIE HAUBRICH

1
2   call?
3      MR. FODERA:  Well, I'm going to
4   object to that question because it
5   depends upon who she got on the phone.
6   We have all sorts of people in this
7   firm.  She eventually got to me in my
8   firm after contacting my firm.
9   BY MR. ROSENBERG:
10     Q.    Was Mr. Fodera the first lawyer
11  that you spoke with concerning this case?
12     A.    Yes.
13     Q.    Prior to speaking with Mr.
14  Fodera, were you aware of any lawsuits
15  concerning the claims that you wanted to
16  bring?
17     A.    No.
18     Q.    This was completely your idea
19  to contact a law firm because you were concerned
20  about what you thought was fraudulent
21  advertisement?
22     A.    Yes.
23     Q.    Had you dealt with this law firm
24  in the past?
25     A.    No.

MELANIE HAUBRICH

1
2      Q.    What brought you to this law
3   firm as opposed to some other law firm?
4      A.    This law firm?
5      Q.    Yes.
6      MR. FODERA:  Objection.
7      Off the video record.
8      VIDEOTAPE TECHNICIAN:  We're
9   going off the video.  The time is 11:46.
10     - - -
11     (Whereupon, there was an
12  off-the-record discussion.)
13     - - -
14     VIDEOTAPE TECHNICIAN:  We're
15  back on the video.  The time is 11:47.
16  BY MR. ROSENBERG:
17     Q.    What brought you to this law
18  firm as opposed to some other law firm?
19     A.    I heard good things about this
20  law firm.
21     Q.    Where did you hear good things
22  about this law firm?
23     A.    Just in people talking.
24     Q.    Prior to your contacting this
25  law firm, did you talk about your concerns

MELANIE HAUBRICH

1
2  concerning what you thought was fraudulent
3  advertising by the cigarette companies with
4  anyone else?
5      A.   No.
6      Q.   And do you recall -- I think I
7  did ask you this, but my memory is a little
8  shaky.
9           When did you contact this law
10 firm?
11     A.   A month ago.
12     Q.   Let me take you back to when you
13 first started smoking.
14          And I think you said you were 16
15 or 17; is that right?
16     A.   (Witness nodded.)
17          MR. FODERA:  You have to answer
18 verbally.
19          THE WITNESS:  Yes.
20 BY MR. ROSENBERG:
21     Q.   And do you recall why you first
22 started smoking.
23     A.   Everyone else was doing it.
24     Q.   And do you recall where you
25 first had your first cigarette?

MELANIE HAUBRICH

1
2          MR. FODERA:  Where physically
3  she was?
4          MR. ROSENBERG:  Where physically
5  she was, yeah.
6          THE WITNESS:  The neighbor's
7  house.
8  BY MR. ROSENBERG:
9      Q.   And was this a cigarette that
10 you had bought or someone else had bought?
11     A.   Someone else.
12     Q.   Was this a friend?
13     A.   Yes.
14     Q.   Do you recall how you felt --
15 first of all, what kind of cigarette was it?
16     A.   Marlboro Red.
17     Q.   And do you recall how you felt
18 when you smoked your first cigarette?
19          MR. FODERA:  Objection to the
20     form.  Do you mean physically?
21     Psychologically?  Do you mean dizzy?  Do
22     you mean euphoric?  I mean, if you could
23     flush that out a bit.
24          MR. ROSENBERG:  Sure.
25 BY MR. ROSENBERG:

MELANIE HAUBRICH

1
2      Q.   Any physical feelings, if you
3  recall?
4      A.   No.
5      Q.   Did you like it?
6      A.   No.
7      Q.   Why didn't you like it?
8          MR. FODERA:  You're just talking
9      about the first cigarette now?
10         MR. ROSENBERG:  First cigarette.
11         MR. FODERA:  Okay.
12         THE WITNESS:  First cigarette?
13         MR. ROSENBERG:  Yeah.
14         THE WITNESS:  Because when I
15     first smoked it, I kind of felt, like,
16     you know, sick.
17 BY MR. ROSENBERG:
18     Q.   After -- did you only smoke one
19 cigarette that first day that you --
20     A.   I can't remember.
21     Q.   Do you recall when you smoked
22 your second cigarette?
23     A.   No.
24     Q.   Do you recall how often you
25 started to smoke after that first cigarette?

MELANIE HAUBRICH

1
2  By that I mean how many cigarettes a week over
3  the first couple of months after you had your
4  first cigarette.
5      A.   Maybe a pack every three days.
6          MR. FODERA:  Is that an
7      estimate?
8          THE WITNESS:  Yes.
9  BY MR. ROSENBERG:
10     Q.   And were those Marlboro Reds?
11     A.   Yes.
12     Q.   Why did you buy Marlboro Reds as
13 opposed --
14     A.   Because that's what everybody
15 else was smoking at the time.
16         MR. FODERA:  Wait for him to
17     finish his question, even if you know
18     what it is.
19         THE WITNESS:  Okay.
20         MR. FODERA:  She's got to be
21     able to take down what everybody says,
22     okay?
23 BY MR. ROSENBERG:
24     Q.   Did there come a time that you
25 started to buy more than a pack every three

Page 38

MELANIE HAUBRICH

1
2  days?
3      A.    Yes.
4      Q.    And about when was that in
5  connection with when you first started to
6  smoke?
7      A.    Two months after.
8      Q.    And how often -- how many packs
9  were you buying per week at that point?
10     A.    A pack a day.
11     Q.    And were these still Marlboro
12 Reds?
13     A.    Yes.
14     Q.    Did there come a time when you
15 changed, either increased or decreased, the
16 amount of cigarettes you were buying after
17 that?
18          MR. FODERA:  At any time up
19 until today?
20          MR. ROSENBERG:  Yeah, other than
21 when you said you stopped.
22          MR. FODERA:  And you're just
23 talking about during the point of time
24 that she was smoking Marlboro Reds?
25          MR. ROSENBERG:  Right.

Page 40

MELANIE HAUBRICH

1
2          MR. FODERA:  Is that a guess?
3          THE WITNESS:  A guess, yes.
4  BY MR. ROSENBERG:
5      Q.    Did there come a time when that
6  changed, either increased or decreased, or did
7  you always smoke about a pack a day of
8  Marlboro Lights?
9      A.    It increased a little.
10     Q.    When did it increase?
11     A.    After my daughter started
12 getting older.
13     Q.    Do you recall how old she was
14 when you increased a little the amount of
15 Marlboro Lights cigarettes you were smoking?
16     A.    Probably like three or four.
17          MR. FODERA:  Is that an
18 estimate?
19          THE WITNESS:  Yes.
20 BY MR. ROSENBERG:
21     Q.    And when your daughter was three
22 or four, do you recall about how many more
23 Marlboro Light cigarettes you began to smoke
24 than you had previously?
25     A.    Two packs a day.

Page 39

MELANIE HAUBRICH

1
2          THE WITNESS:  Just Marlboro
3  Reds?
4          MR. ROSENBERG:  Just Marlboro
5  Reds initially, and we can go to
6  Marlboro Lights and Marlboro Ultra
7  Lights after that.
8          THE WITNESS:  Marlboro Reds was
9  continuously a pack a day until I got
10 pregnant with my daughter.
11 BY MR. ROSENBERG:
12     Q.    And then when you started
13 smoking again, as I recall, you started to
14 smoke -- after your first pregnancy, you
15 started to smoke Marlboro Lights, right?
16     A.    Yes.
17     Q.    And when you started to smoke
18 Marlboro Lights, do you recall how many
19 cigarettes you were smoking compared to when
20 you were smoking Marlboro Reds?
21          MR. FODERA:  Initially or over
22 time?
23          MR. ROSENBERG:  Initially.
24          THE WITNESS:  Initially?
25 Probably the same.

Page 41

MELANIE HAUBRICH

1
2          MR. FODERA:  Let's go off the
3  video record.
4          VIDEOTAPE TECHNICIAN:  We're
5  going off the video.  The time is 11:53.
6          MR. FODERA:  Counsel is a well
7  experienced attorney, and I just want to
8  make sure that this instruction --
9  because I don't think that you gave this
10 instruction.
11          No one in this room is
12 interested in you making guesses.  If
13 you're giving an estimate about
14 something, please say that it's an
15 estimate.
16          THE WITNESS:  Okay.
17          MR. FODERA:  Because we want to
18 know what's an estimate and what's fact
19 and what's not.
20          MR. ROSENBERG:  I think that's
21 fair.  We're not asking for guesses.
22          THE WITNESS:  Okay.
23          MR. ROSENBERG:  That's fine for
24 you to say it's an estimate, and we'll
25 see how close you believe the estimate

11 (Pages 38 to 41)

Page 42

MELANIE HAUBRICH

1   is.
2
3        THE WITNESS:  Okay.
4        MR. ROSENBERG:  Fair enough?
5        MR. FODERA:  That's fine.
6              - - -
7        (Whereupon, there was an
8    off-the-record discussion.)
9              - - -
10       VIDEOTAPE TECHNICIAN:  We're
11   back on the video.  The time is 11:54.
12   BY MR. ROSENBERG:
13       Q.   When you said you were smoking
14   about two packs a day, can you give us an
15   estimate of what the range was?  When you said
16   it was an estimate, are we talking about a
17   range from a pack to three packs a day or a
18   pack and a half to two and a half packs a day
19   or someplace around two packs, meaning it
20   might be a pack and 18 cigarettes, it might be
21   two packs and 22, 23 cigarettes?
22       Do you understand what I'm
23   saying?
24       A.   Yes.
25       I estimate a pack and, like, a

Page 43

MELANIE HAUBRICH

1
2   half to two each day.
3        Q.   Fine.  And before when you were
4   saying you were smoking Marlboro Lights about
5   a pack a day before you increased, can you
6   give me the same sort of range as an estimate
7   of what you were smoking?
8        A.   An estimate of maybe two
9   cigarettes left in a pack each day.
10       Q.   Fair enough.  Thank you.
11       And when you were smoking
12   Marlboro Reds about a pack a day, is that the
13   same sort of estimate we're talking about?
14       A.   Yes.
15       Q.   How long did you continue to
16   smoke about two packs a day of Marlboro
17   Lights?
18       A.   Maybe a year, estimate.
19       Q.   And after about a year, was
20   there a change in the number of cigarettes
21   that you smoked?
22       A.   Yes.
23       Q.   And can you tell us what the
24   change was?  And you can give us the same sort
25   of estimate.

Page 44

MELANIE HAUBRICH

1
2        A.   I started smoking more.
3        Q.   And when you say you started
4   smoking more, can you give me a range of about
5   how much more?
6        A.   It was kind of like two and a
7   half packs going on three.
8        Q.   And that was still Marlboro
9   Lights?
10       A.   Yes.
11       Q.   And how long did you -- well,
12   did you maintain that level of smoking for a
13   period of time?
14       MR. FODERA:  In other words, how
15   long did she smoke two, two and a half
16   packs a day?
17       MR. ROSENBERG:  Yeah.
18       THE WITNESS:  Since I've been
19   smoking.
20   BY MR. ROSENBERG:
21       Q.   Meaning, that's the same --
22       A.   That's an estimate of the Red
23   and the Lights.
24       Q.   Now I'm confused.  I don't think
25   you testified that you ever smoked Reds two

Page 45

MELANIE HAUBRICH

1
2   and a half to three packs a day.
3        A.   No, Reds were a pack to two each
4   day.
5        Q.   I thought you said Reds were
6   about a pack a day and you might leave two
7   cigarettes in the pack.
8        A.   Yes.  And then the Lights
9   were --
10       Q.   A pack to two a day?
11       A.   -- a pack to two and a half,
12   yes.
13       Q.   And then you went from two and a
14   half to three.  Was that Lights or Ultra
15   Lights?
16       A.   That was Lights.
17       Q.   Okay.  And how long did you
18   smoke Lights about two and a half to three
19   packs a day?
20       A.   I have no clue.
21       MR. FODERA:  Do you understand
22   his question?
23       THE WITNESS:  Yes, I understand
24   it.
25   BY MR. ROSENBERG:

12 (Pages 42 to 45)

MELANIE HAUBRICH
1
2      Q.    There came a time when you
3  stopped smoking again?
4      A.    Yes.
5      Q.    Were you smoking two and a half
6  to three packs a day at the time you stopped
7  smoking the second time?
8      A.    When I got pregnant with my
9  second daughter, I didn't smoke either; I cut.
10      Q.    And at that time, the day before
11  you cut, were you smoking two and a half to
12  three packs a day at that point?
13      A.    Two packs, at least.
14      Q.    Two packs at least?
15      A.    At least.
16      Q.    And then after Madison was born
17  and you started to smoke again, that was -- at
18  sometime thereafter you went to two and a half
19  to three packs a day; is that fair?
20      A.    Yes.
21      Q.    And when you started to smoke
22  again after your second pregnancy, is that
23  when you switched to Marlboro Ultra Lights?
24      A.    Ultra Lights 100s.
25      Q.    When you switched to Marlboro

MELANIE HAUBRICH
1
2  Ultra Lights 100s, how many cigarettes were
3  you smoking?  Same sort of estimates you can
4  give me that you gave for the other
5  cigarettes.
6      A.    A pack and a half.
7      Q.    Okay.  So after your second
8  pregnancy, you start smoking again, and you
9  switched to Marlboro Ultra Lights and you're
10  smoking about a pack and a half a day; is that
11  correct?
12      A.    (Witness nodded.)
13      MR. FODERA:  Verbal.
14      THE WITNESS:  Yes.
15  BY MR. ROSENBERG:
16      Q.    How long did you keep smoking
17  about a pack and a half a day of Marlboro
18  Ultra Lights?
19      A.    That's what I smoke now.
20      Q.    I'm trying to -- and maybe it's
21  just my thickness.  I'm trying to find out
22  when you were smoking about two and a half to
23  three packs a day.
24      Was that Marlboro Lights?
25      A.    It was Marlboro Lights I was

MELANIE HAUBRICH
1
2  smoking.
3      Q.    Okay.  And it was sometime
4  between your first and second pregnancies?
5      A.    Yes.
6      Q.    Okay.  So sometime between 1990
7  and 1999.
8      Do you recall about when in that
9  nine-year period?
10      A.    No.
11      Q.    Was it closer to 1999 than it
12  was to 1990?
13      MR. FODERA:  Well, I'm going to
14      object because she's already testified
15      that she was smoking two and a half
16      packs a day when she quit with her
17      second pregnancy.
18      MR. ROSENBERG:  Well, if that's
19      so, I don't quite recall that, and
20      that's fine.  Was that --
21      MR. FODERA:  Unless I
22      misunderstood her.
23      THE WITNESS:  No, that's -- yes.
24  BY MR. ROSENBERG:
25      Q.    Okay.  So that was the time,

MELANIE HAUBRICH
1
2  right before you quit the second time, you
3  were smoking someplace between two and a half
4  to three packs a day?
5      A.    Yes.
6      Q.    Fair.  Thank you.
7      When you quit smoking when you
8  were pregnant with Breanna, how did you quit?
9      A.    If I went to light up a
10  cigarette, I got sick.
11      Q.    I'm not sure I understand.
12      Let me pose the question this
13  way:  Did you quit cold turkey?
14      A.    Yes.
15      Q.    And were you able to quit cold
16  turkey that time for the duration of the
17  pregnancy?
18      A.    The nine months, yes.
19      Q.    And when you quit smoking when
20  you were pregnant with Madison, did you
21  similarly quit cold turkey?
22      A.    No.
23      Q.    Okay.  How did you quit that
24  time?
25      A.    It took me about a month to wean

```
 1           MELANIE HAUBRICH
 2  off.
 3       Q.   So you tried to smoke fewer and
 4  fewer cigarettes each day?  Yes?
 5       A.   Yes.
 6       Q.   Other than those two quit
 7  attempts or times that you quit, have you ever
 8  tried to quit smoking before?
 9       A.   Yes.
10       Q.   When was the first time you
11  tried to quit smoking?
12           MR. FODERA:  First time before
13       the pregnancy or --
14  BY MR. ROSENBERG:
15       Q.   Any time in your smoking from
16  the time you were 16 or 17 and started to
17  smoke through today, when was the first time
18  that you tried to quit smoking?
19           MR. FODERA:  And just to be
20       clear, if the first time was for that
21       pregnancy, that's what her answer is.
22           MR. ROSENBERG:  Absolutely.
23  BY MR. ROSENBERG:
24       Q.   And Mr. Fodera has posed a
25  question better than I have and I'll ask it
```

```
 1           MELANIE HAUBRICH
 2  his way, which is:  When you first quit when
 3  you were pregnant with Breanna, was that the
 4  first time you tried to quit smoking?
 5       A.   No, I tried to quit before.
 6       Q.   When was the first time that you
 7  had tried to quit smoking?
 8       A.   I don't recall that.  I tried to
 9  quit all the time.
10       Q.   Did you try to quit smoking when
11  you were smoking Marlboro Reds?
12       A.   No.
13       Q.   Did you try to quit smoking when
14  you were smoking Marlboro Lights other than
15  the pregnancy?
16       A.   Yes.
17       Q.   And when you tried to quit
18  smoking when you were smoking Marlboro Lights,
19  how did you try to quit?
20       A.   Just stop smoking.
21       Q.   And how long were you able to
22  quit other than the pregnancy times?
23       A.   I couldn't do it.
24       Q.   One day?  Two days?
25       A.   Maybe a day, not even.
```

```
 1           MELANIE HAUBRICH
 2       Q.   Is that -- for any time that you
 3  tried to quit other than the pregnancies, was
 4  it basically a day or so that you were able to
 5  do it?
 6       A.   Yes.
 7       Q.   Now, I think you stated that
 8  you're still smoking; is that correct?
 9       A.   Yes.
10       Q.   How many cigarettes are you
11  smoking a day now?
12       A.   A pack.
13       Q.   When was the last time you tried
14  to quit?
15       A.   I tried to quit almost every
16  day.  It's just addicting.
17       Q.   Well, when you say you've tried
18  to quit every day, every day do you actually
19  throw away your cigarettes?
20       A.   No, I just don't smoke all day.
21       Q.   Have you ever gone to a doctor
22  for help in quitting?
23       A.   No.
24       Q.   Have you ever tried the patch or
25  nicotine gum or anything like that, other
```

```
 1           MELANIE HAUBRICH
 2  than --
 3       A.   No.
 4       Q.   Now, I think you testified that
 5  you were aware that smoking was dangerous, is
 6  that correct, all smoking?
 7       A.   Yes.
 8       Q.   When did you first understand
 9  that smoking was dangerous?
10       A.   When my parents told me.
11       Q.   Were either of your parents
12  smokers?
13       A.   No.
14       Q.   Any of your three siblings,
15  brothers or sisters, smokers?
16       A.   Yes.
17       Q.   Who?
18       A.   My sister.
19       Q.   Jennifer?
20       A.   Yes.
21       Q.   And when did Jennifer start
22  smoking?  Do you know?
23       A.   No.
24       Q.   Is she still a smoker?
25       A.   Yes.
```

14 (Pages 50 to 53)

MELANIE HAUBRICH

1
2    Q.    What does she smoke, do you
3   know?
4    A.    Benson & Hedges.
5    Q.    Regular cigarettes or Lights or
6   Ultra Lights?
7    A.    I think they're Lights.
8    Q.    Do either of your -- does your
9   brother or other sister smoke?
10    A.    No.
11    Q.    And I can't do the math.
12   Jennifer is slightly older than you?
13    A.    Younger.
14    Q.    Slightly younger than you.
15          Was she smoking when you were
16   living together in the house?
17    A.    No.
18    Q.    And when you say that you
19   understand that cigarettes may be dangerous
20   for you, what kind of dangers do they pose?
21    A.    Cancer.
22    Q.    Anything else?
23    A.    Lung problems.
24    Q.    Anything else?
25    A.    No.

MELANIE HAUBRICH

1
2    Q.    And when you say that you were
3   aware of this when your parents first told you
4   this, was that before you first started to
5   smoke?
6    A.    No.
7    Q.    When do you recall first being
8   told by your parents that smoking was
9   dangerous?
10    A.    In our teen years.
11    Q.    And were they aware you were
12   smoking at the time?
13    A.    Yes.
14    Q.    And they told you to stop
15   smoking?
16    A.    Yes.
17    Q.    Before your parents told you
18   smoking was dangerous, were you aware that
19   smoking was dangerous for you?
20    A.    Yes.
21    Q.    And where did you get that
22   awareness?
23    A.    In school.
24    Q.    Health class or -- do they call
25   it health class?

MELANIE HAUBRICH

1
2    A.    Yes.
3    Q.    What newspapers do you read
4   regularly, if any?
5    A.    The Daily News.
6    Q.    Philadelphia Daily News?
7    A.    Yes.
8    Q.    And how long have you read the
9   Philadelphia Daily News on a regular basis?
10    A.    Once a day.
11          MR. FODERA:  How many years?
12          THE WITNESS:  How many years?
13          MR. ROSENBERG:  Yeah.
14          THE WITNESS:  Five.
15   BY MR. ROSENBERG:
16    Q.    And before that, were you a
17   regular newspaper reader at all?
18    A.    No.
19    Q.    Did you ever read the Inquirer?
20    A.    No.
21    Q.    And you're way too young for the
22   old Bulletin, but Mr. Fodera and I are not.
23          And you mentioned you were
24   reading a magazine at school, I think, and you
25   didn't remember the name of that, correct?

MELANIE HAUBRICH

1
2    A.    Uh-uh.
3    Q.    Do you read any magazines on a
4   regular basis?
5    A.    No.
6    Q.    And when you were growing up in
7   your house, was it the Philadelphia Daily News
8   that was in your house or some other
9   newspaper, or don't you know?
10          MR. FODERA:  Or none.
11          MR. ROSENBERG:  Or non.
12          THE WITNESS:  It was the
13   Inquirer, the Sunday paper, the
14   Philadelphia Review and the Daily News.
15   BY MR. ROSENBERG:
16    Q.    And your parents read those, but
17   you did not; is that fair?
18    A.    Yes.
19    Q.    What do your folks do for a
20   living?
21    A.    My father is retired.
22    Q.    What did he do?
23    A.    He worked for the City of
24   Philadelphia.
25    Q.    In what capacity?

Page 58

MELANIE HAUBRICH

1
2      A.    Carpenter.
3      Q.    How about your mom, did she have
4  a job out of the house?
5      A.    Yes.
6      Q.    And what did she do?
7      A.    She works at a daycare.
8      Q.    When you were growing up, let's
9  say from high school on, did you watch any
10  news or news shows on a regular basis?
11      A.    Not really.
12      Q.    How about now, do you watch any
13  news or news shows of --
14      A.    Yes.
15      Q.    Which ones?
16      A.    Channel 6.
17      Q.    And what do you watch, the
18  evening news on Channel 6?
19      A.    Yes.
20      Q.    Anything else?
21      A.    Channel 10.
22      Q.    And what news do you watch
23  there?
24      A.    The 11 o'clock.
25      Q.    Anything else?

Page 59

MELANIE HAUBRICH

1
2      A.    No.
3      Q.    Do you ever watch any news shows
4  like 60 Minutes or 48 Hours?
5      A.    48 Hours.
6      Q.    How long have you been watching
7  48 Hours?
8          MR. FODERA:  Objection to the
9      form of the question.  You're assuming
10      that she watches it on a regular basis.
11      I think your question assumes that.
12  BY MR. ROSENBERG:
13      Q.    Do you watch it on a regular
14  basis?
15      A.    No.
16      Q.    How often do you watch it?
17      A.    If there's a good program on.
18      Q.    So you either look at the TV
19  listings or you see the first couple of
20  minutes and decide whether you want to watch
21  it; is that fair?
22      A.    Yes.
23      Q.    And for how many years back have
24  you been watching 48 hours from time to time?
25      A.    Maybe five, estimate.

Page 60

MELANIE HAUBRICH

1
2      Q.    Do you ever browse the internet?
3      A.    Yes.
4      Q.    And do you ever look at any news
5  stories on the internet?
6      A.    No.
7      Q.    Do you ever look at any health
8  stories on the internet?
9      A.    No.
10      Q.    How did you prepare, if at all,
11  for today's deposition?
12          Again, I'm not going to ask you
13  to tell me anything that any lawyer told you.
14  But did you meet with any lawyers in
15  preparation for today's deposition?
16      A.    Yes.
17      Q.    And with whom did you meet?
18      A.    Mr. Lenny.
19      Q.    Mr. Fodera?
20      A.    Yes.
21      Q.    Anyone else?
22      A.    No.
23      Q.    And for how long did you meet
24  with Mr. Fodera?
25      A.    Half an hour, an hour.

Page 61

MELANIE HAUBRICH

1
2      Q.    Did you review any documents in
3  preparation for today's deposition?
4      A.    No.
5      Q.    Did you look at the Complaint in
6  preparation for today's deposition?
7          MR. FODERA:  At any time or just
8      in preparation for today's deposition?
9          MR. ROSENBERG:  First in
10      preparation for today's deposition.
11          THE WITNESS:  Yes.
12  BY MR. ROSENBERG:
13      Q.    And when did you look at the
14  Complaint?
15      A.    When it was mailed to me.
16      Q.    Okay.  You --
17          MR. FODERA:  The question is,
18      today, did I show you the Complaint?
19      And I'll allow you to answer that.
20          THE WITNESS:  No.
21  BY MR. ROSENBERG:
22      Q.    Okay.  But you did say you saw
23  the Complaint when it was mailed to you.
24          And that was, what, about a
25  month ago?

16 (Pages 58 to 61)

MELANIE HAUBRICH

1
2    A.    Yes.
3    Q.    Have you seen a draft of the
4  Complaint or did you review the Complaint
5  before it was mailed to you?
6    A.    No.
7    Q.    Other than --
8        MR. FODERA: I'm going to object
9    because those are two different
10   questions and one is inferred in the
11   other.  There's an inference in there
12   that one is a filed Complaint and one is
13   a draft Complaint.
14       MR. ROSENBERG: You're
15   absolutely right.
16  BY MR. ROSENBERG:
17   Q.    Do you recall whether the
18  Complaint that you received in the mail was a
19  Complaint that had already been filed?
20       MR. FODERA: If you know.
21       MR. ROSENBERG: If you know.
22       THE WITNESS: I don't know.
23  BY MR. ROSENBERG:
24   Q.    Do you recall whether it was a
25  draft Complaint?

MELANIE HAUBRICH

1
2    A.    I have no clue.
3    Q.    Have you ever spoken with anyone
4  other than your lawyers concerning this
5  lawsuit at any time?
6    A.    No.
7    Q.    Did you look at any cigarette
8  advertisements in preparation for this
9  deposition?
10   A.    No.
11   Q.    Did you ever smoke a menthol
12  cigarette?
13   A.    Yes.
14   Q.    Which menthol cigarette?
15   A.    Newport.
16   Q.    When did you smoke a menthol
17  cigarette?
18   A.    I can't remember.
19   Q.    Was that a Newport regular
20  cigarette or Newport Light cigarette?
21   A.    Regular.
22   Q.    Do you know what the
23  circumstances were that had you smoking a
24  menthol cigarette?
25   A.    My girlfriend gave me one.

MELANIE HAUBRICH

1
2    Q.    Did you like the taste of it?
3    A.    No.
4    Q.    Why not?
5    A.    It had a minty taste to it.
6    Q.    Other than that cigarette, did
7  you ever smoke any other menthol cigarettes?
8    A.    No.
9    Q.    Other than that Newport
10  cigarette, have you smoked any other cigarette
11  than a Marlboro Red, Marlboro Light or
12  Marlboro Ultra Light?
13   A.    Yes.
14       MR. FODERA: On any occasion
15   ever?
16       MR. ROSENBERG: On any occasion
17   ever.
18       MR. FODERA: Including bumming
19   cigarettes?
20       MR. ROSENBERG: Including
21   bumming cigarettes.
22       MR. FODERA: Okay.
23       THE WITNESS: Yes.
24  BY MR. ROSENBERG:
25   Q.    And what other cigarettes have

MELANIE HAUBRICH

1
2  you tried?
3        MR. FODERA: If you can name
4    them all.
5        MR. ROSENBERG: If you can name
6    them.
7        THE WITNESS: Parliament.
8  BY MR. ROSENBERG:
9    Q.    Uh-huh.  What else?
10   A.    Virginia Slims.
11   Q.    What else?
12   A.    And Benson & Hedges.
13   Q.    And was that a Parliament
14  full-flavored or Parliament Light?
15   A.    Parliament Light.
16   Q.    And same thing with Virginia
17  Slims Light?
18   A.    Yes.
19   Q.    And same thing with Benson &
20  Hedges?
21   A.    Yes.
22   Q.    And what were the circumstances
23  under which you tried the Parliament Light?
24   A.    I liked it.
25       MR. FODERA: The question is,

MELANIE HAUBRICH

1
2    why did you have it?
3    BY MR. ROSENBERG:
4        Q.    Why did you try a Parliament
5    Light?
6        A.    Oh, my sister gave me one.
7        Q.    And this was Jennifer?
8        A.    Yes.
9        Q.    Is that what she was smoking at
10    the time?
11        A.    Yes.
12        Q.    And when was that?
13        A.    I can't recall.
14        Q.    And what did you think of that
15    cigarette?
16            MR. FODERA:  Objection to the
17        form.
18    BY MR. ROSENBERG:
19        Q.    Did you like it?
20        A.    Yes.
21        Q.    And what did you like about it?
22        A.    That I had one at the time.
23        Q.    Did it taste any different to
24    you than the Marlboro -- strike that.
25            When you tried the Parliament

MELANIE HAUBRICH

1
2    Light, what was your regular cigarette at the
3    time?
4        A.    Marlboro Light.
5        Q.    Did the Parliament Light taste
6    any different to you than the Marlboro Light?
7        A.    No.
8        Q.    Did the smoke feel any different
9    to you?
10        A.    No.
11        Q.    And when did you try a Virginia
12    Slims Light?
13        A.    That was a long time ago.
14        Q.    Were you smoking Marlboro Lights
15    at the time?
16        A.    No, I was smoking Marlboro Red.
17        Q.    And why did you try a Virginia
18    Slims Light?
19        A.    Because I ran out of cigarettes.
20        Q.    And were you with a friend?
21        A.    A cousin.
22        Q.    A cousin?
23        A.    Yes.
24        Q.    Who was that cousin?
25        A.    Jerry.

MELANIE HAUBRICH

1
2        Q.    Jerry what?
3        A.    Smith.
4        Q.    Where does Jerry Smith live?
5        A.    Northeast.
6        Q.    Northeast Philly?
7        A.    Yes.
8        Q.    And did you like the Virginia
9    Slims Light, the taste of it?
10        A.    No.
11        Q.    Why not?
12        A.    I wasn't used to smoking it.
13        Q.    Can you describe how it tasted
14    different from the Marlboro Reds you were
15    smoking at the time?
16        A.    No.
17            MR. ROSENBERG:  Off the record.
18            VIDEOTAPE TECHNICIAN:  We're
19    going off the video.  The time is 12:16.
20            MR. ROSENBERG:  For the record,
21    Mr. Fodera asked me if it was my
22    intention -- because he's leaving right
23    now -- to ask the witness to show me how
24    she smokes a cigarette, and I said it
25    was, and he said that he would direct

MELANIE HAUBRICH

1
2    her not to do so.
3            And I guess we can put on the
4    record whether or not you will follow
5    your lawyer's instruction.
6            Is that fair?
7            MR. FODERA:  Yes, she'll follow
8    my instruction.  She won't model a
9    cigarette.
10            MR. ROSENBERG:  And in which
11    case we'll preserve that as our
12    question, and his objection to that and
13    his direction that she not do that is
14    also on the record.  And if we decide
15    that it's necessary, we'll deal with it
16    in the proper forum.
17            MR. FODERA:  Let me address
18    that.  I've been called away.  I'm due
19    for trial in four days and the trial
20    judge has demanded my presence in his
21    courtroom and, therefore, I must be
22    there.
23            It's my understanding that in
24    prior depositions counsel has requested
25    that the plaintiff or the named

Page 70

MELANIE HAUBRICH

1    plaintiff in those depositions either
2    model how they inhale or how they smoke
3    or something in that manner with either
4    a real cigarette, a toy cigarette or
5    some sort of a prop.
6         And my review of the rules and
7    my understanding of a deposition is
8    that's an opportunity for questions to
9    be asked and answered.  It's not an
10   opportunity for any other behaviors.
11        And for that reason, I'm
12   directing her not to model those types
13   of behaviors.
14        And should counsel wish to have
15   that in the future, I guess the proper
16   form would be akin to sending a notice
17   to produce or a notice to enter on land,
18   a notice to do something.
19        So those are the objections.
20        MR. ROSENBERG:  And we
21   understand the objections.  Obviously we
22   don't agree with Mr. Fodera, but the
23   record stands.
24        MR. FODERA:  Off the record.

Page 71

MELANIE HAUBRICH

1         - - -
2    (Whereupon, a recess was held.)
3         - - -
4         VIDEOTAPE TECHNICIAN:  We're
5    back on the video.  The time is 12:32.
6    BY MR. ROSENBERG:
7         Q.    When we broke, I think you were
8    telling me that you didn't like the taste of
9    the Virginia Slims Light that you had tried;
10   is that right?
11        A.    The Virginia Slims?
12        Q.    Yes.
13        A.    Yes.
14        Q.    You also said that you had tried
15   a Benson & Hedges Light cigarette?
16        A.    Yes.
17        Q.    Why did you try that?
18        A.    My sister.
19        Q.    And do you recall about when
20   that was?
21        A.    No.
22        Q.    Do you recall whether it was
23   when you were smoking Marlboro Lights?
24        A.    Yes.

Page 72

MELANIE HAUBRICH

1         Q.    And did you like the taste of
2    the Benson & Hedges Light?
3         A.    Yes.
4         Q.    Did you ever buy any Benson &
5    Hedges Lights yourself?
6         A.    No.
7         Q.    How come?
8         A.    It's not my brand I smoke.
9         Q.    Did you like the taste of the
10   Benson & Hedges Light better than the Marlboro
11   cigarettes you had been smoking?
12        A.    No.
13        Q.    What is it about the taste of
14   the Marlboro cigarettes that you're smoking
15   that you've liked?
16        A.    It's not the taste.  It's, like,
17   I thought it was lower in nicotine and tar, so
18   that's why I smoke them.
19        Q.    Let me back up a little.  Do you
20   like the taste of the Marlboro cigarettes that
21   you smoke?
22        A.    Yes.
23        Q.    Do you have a preference as
24   between the taste of the Marlboro Reds as

Page 73

MELANIE HAUBRICH

1    opposed to the Marlboro Lights as opposed to
2    the Marlboro Ultra Lights in terms of the
3    taste?
4         A.    No.
5         Q.    They all taste -- do you like
6    the taste of each of them?
7         A.    Of each what?
8         Q.    Each of the Marlboro cigarettes,
9    you like the taste of each of them?
10        A.    No, the Lights I like the best.
11        Q.    And what was it about the taste
12   of the Lights that you liked the best?
13        A.    I started smoking them, the
14   Lights, because I thought they were lower in
15   tar and nicotine.  That's the only reason why
16   I smoked them.
17        Q.    I understand that you've said
18   that.
19        I'm saying, what is it about the
20   taste that you like?  You said you like the
21   taste the best of the Lights.
22        A.    The Lights have no, like -- the
23   Reds have a strong taste to them.
24        Q.    And the Lights' taste is not as

19 (Pages 70 to 73)

Page 74

MELANIE HAUBRICH

1
2    strong as the Reds?
3        A.    Yes.
4        Q.    And how about the taste of the
5    Ultra Lights?
6        A.    The Ultra Lights are the best
7    ones out of all of them.
8        Q.    They are the best?
9        A.    Yes.
10        Q.    And that's because -- is it the
11    taste of the tobacco or the feel of the smoke
12    or something else?
13        A.    No.
14        Q.    What is it?
15        A.    It is just because I like the
16    Ultra Lights better.
17        Q.    Let's back up to when you --
18    after you had Breanna and you decided to start
19    smoking again, correct?
20        A.    Yes.
21        Q.    And at that point you
22    immediately started to smoke Marlboro Lights,
23    right?
24        A.    Yes.
25        Q.    Why did you decide to smoke.

Page 75

MELANIE HAUBRICH

1
2    Marlboro Lights at that time?
3        A.    Because the advertisements I saw
4    for Marlboro Lights said that it contained
5    less nicotine and tar, so I went to a lower
6    cigarette instead of the Marlboro Reds.
7        Q.    And which advertisements are you
8    talking about?
9        A.    In stores and on bulletin
10    boards.
11        Q.    And what was your understanding
12    as to what it meant when it said less
13    nicotine?  What did the words less nicotine
14    mean to you?
15        A.    Less nicotine meant to me that
16    the cigarette wasn't full as much as in a
17    regular Marlboro cigarette.
18        Q.    Did you have an understanding as
19    to what nicotine meant?
20        A.    No.
21        Q.    Did you have an understanding as
22    to whether nicotine was good or bad or
23    indifferent?
24        A.    Indifferent, I guess.  I
25    actually know what's good and bad, but I

Page 76

MELANIE HAUBRICH

1
2    thought it would be more healthier to smoke a
3    lighter cigarette.
4        Q.    That's what I'm trying to
5    understand.
6             What was it about less nicotine
7    that made you feel it would be healthier --
8    strike that.
9             Did you feel by smoking a
10    cigarette that had less nicotine it would be
11    healthier for you?
12        A.    Yes.
13        Q.    And what was it about less
14    nicotine that you understood to be healthier?
15        A.    Because with full nicotine, to
16    me I think less would be better.
17        Q.    And why?  Where did you gather
18    that understanding?  Let me ask that.  Where
19    did you get the understanding that less
20    nicotine was better for you?
21        A.    When I saw it on, like, an
22    advertisement.  I mean --
23        Q.    Let me --
24        A.    I'm not understanding what
25    you're saying.

Page 77

MELANIE HAUBRICH

1
2        Q.    Yeah, I know, and I want to make
3    sure that we're understanding each other.
4             Do you have an understanding as
5    to what nicotine does to a person who inhales
6    nicotine?
7        A.    Yes, nicotine is very addicting.
8        Q.    Okay, that's what I was trying
9    to understand.
10        A.    Yes.
11        Q.    Okay.  So did you feel that by
12    smoking a cigarette that had less nicotine, it
13    would have an effect on addiction?
14             Go ahead.  I'm just turning off
15    my phone.
16        A.    What do you mean an effect?
17        Q.    Did you think that nicotine --
18    let me ask this way:  Did you believe at any
19    time that you were addicted to smoking?
20        A.    Yes.
21        Q.    Okay.  When did you first
22    believe you were addicted to smoking?
23        A.    When I started smoking in my
24    teens.
25        Q.    And did you believe that

20 (Pages 74 to 77)

MELANIE HAUBRICH

1
2  nicotine had something to do with the fact
3  that you were addicted to smoking?
4      A.    Yes.
5      Q.    And did you think by smoking a
6  cigarette that had less nicotine that would
7  affect whether you were addicted or not?
8      A.    It wouldn't affect if I was
9  addicted or not, no.
10     Q.    What benefit, if any, did you
11 think you would get from smoking a cigarette
12 with less nicotine?
13     A.    Without having that in my body,
14 the more nicotine would make me maybe less
15 addicted to the cigarette.
16     Q.    And what was your understanding
17 as to what less tar meant?
18     A.    Less tar is -- to me that kind
19 of takes the flavor out of it, too, the tar.
20     Q.    Did you have an understanding
21 that tar had anything to do with the safety or
22 not of smoking?
23     A.    Yes, it does have to do with the
24 safety.
25     Q.    And what was your understanding?

MELANIE HAUBRICH

1
2      A.    I have no clue.
3      Q.    When you saw the words less tar
4  and less nicotine, did you have an
5  understanding as to less than what?  Meaning,
6  what was being compared?
7      A.    Less than the other brand.
8      Q.    And the other brand being what?
9      A.    Marlboro Red.
10     Q.    Did you have an understanding as
11 to how much less?
12     A.    No.
13     Q.    Did you have an understanding at
14 the time you started smoking Marlboro Lights
15 as to how tar -- as to whether or not tar and
16 nicotine was measured by the government?
17     A.    No.
18     Q.    Had you ever heard of the FTC?
19     A.    I'm not real into it, but I know
20 it has to do with the government and testing
21 the cigarettes.
22     Q.    When did you first learn of the
23 FTC?
24     A.    At work.
25     Q.    This was over the past year?

MELANIE HAUBRICH

1
2      A.    Yes.
3      Q.    When you saw the magazine
4  article?
5      A.    Yes.
6      Q.    Now, your attorney has directed
7  you not to model a -- how you smoke, so I
8  won't ask you to do that, other than my
9  previous request on the record.
10           But can you tell me how you hold
11 a cigarette, meaning how you hold it in your
12 fingers?
13           MR. LALLI:  You can describe it.
14     There's no -- just describe it with
15     words.
16           THE WITNESS:  Oh, I hold it
17     between my two fingers on my right hand.
18 BY MR. ROSENBERG:
19     Q.    And by between your two fingers,
20 your fingers are in a V?
21     A.    Yes.
22     Q.    Do you know where on the
23 cigarette rod, on the cigarette your fingers
24 are located?
25     A.    Probably more in the middle.

MELANIE HAUBRICH

1
2      Q.    In the middle of the cigarette?
3      A.    Yes.
4      Q.    Where the tobacco is?
5      A.    Yes.
6      Q.    And have you always held a
7  cigarette that way?
8      A.    No.
9      Q.    Okay.  How have you held it
10 differently?
11     A.    Sometimes I cup it.  If I'm
12 smoking outside and I don't want nobody to see
13 me, I'll cup it underneath and hold it
14 underneath.  Then when I pull it out, I'll
15 hold it, like, real low at the bottom so I
16 don't get caught smoking.
17     Q.    But is the holding it in a V in
18 the middle of the cigarette the typical way
19 you smoke?
20     A.    Not always.
21     Q.    Can you say what percentage of
22 the time you smoke that way?
23     A.    No.
24     Q.    Is it more than half the time?
25     A.    No.

21 (Pages 78 to 81)

MELANIE HAUBRICH

1
2      Q.    Is it less than half the time?
3      A.    Yes.
4      Q.    Okay.  And the other times when
5   you say you sometimes cup it, is that more
6   than half the time?
7      A.    No.
8      Q.    That's less than when you hold
9   it with the --
10     A.    Yes.
11     Q.    -- V in the middle; is that
12   correct?
13     A.    Yes.
14     Q.    Okay.  What other ways do you
15   hold a cigarette?
16     A.    Down -- all the way down, like,
17   near the beginning of the filter.  Not the
18   filter you put in your mouth, the other part
19   where it stops.
20     Q.    You mean where the filter meets
21   the tobacco?
22     A.    Yes.
23     Q.    And do you do that more than
24   half the time?
25     A.    Yes.

MELANIE HAUBRICH

1
2      Q.    And when you hold it that way,
3   do you hold it with a V with your fingers in a
4   V, two fingers?
5      A.    Yes.
6      Q.    Did you typically hold a
7   Marlboro Red any differently than you held a
8   Marlboro Light cigarette?
9      A.    Oh, I can't remember.
10     Q.    Did you typically hold a
11   Marlboro Light cigarette differently than you
12   hold a Marlboro Ultra Light cigarette?
13     A.    I can't remember.
14     Q.    Do you recall any differences in
15   the way you would smoke a Marlboro Light
16   cigarette as opposed to a Marlboro Red
17   cigarette?
18     A.    Marlboro Light I -- well,
19   Marlboro Ultra Light I tend to inhale more.
20     Q.    Inhale more than a Marlboro Red
21   or a Marlboro Light?
22     A.    A Marlboro Red.
23     Q.    How about compared to a Marlboro
24   Light?
25     A.    Yes, I inhale more.

MELANIE HAUBRICH

1
2      Q.    And how about any differences
3   between the way you smoked a Marlboro Light
4   and the way you smoked a Marlboro Red?
5      A.    No.
6      Q.    And when you say you tend to
7   inhale more when smoking a Marlboro Ultra
8   Light than when you would smoke a Marlboro Red
9   or a Marlboro Light, can you describe how much
10   more?
11     A.    No.
12     Q.    And when you say you tend to
13   inhale more in those circumstances, what do
14   you mean by inhale more?  Do you take more
15   puffs?
16     A.    More puffs in.
17     Q.    Do you recall -- can you tell me
18   about how many more puffs you take from a
19   Marlboro Ultra Light than from a Marlboro Red?
20     A.    A lot more.
21     Q.    When you say "a lot more," do
22   you know about how many puffs you take on a
23   cigarette, typically?
24     A.    About 15, 20.
25     Q.    Is that on a Marlboro Ultra

MELANIE HAUBRICH

1
2   Light?
3      A.    Ultra Light 100.
4      Q.    Ultra Light 100.
5            And when you're smoking a
6   Marlboro Red, do you recall -- how much more
7   puffs do you take on a Marlboro Ultra Light
8   than a Marlboro Red if it's 15 to 20 on
9   average?
10     A.    About 10 on a Marlboro Red.
11     Q.    And how about on a Marlboro
12   Light?
13     A.    I have no clue.
14     Q.    When did you first realize that
15   you were taking more puffs on a Marlboro Ultra
16   Light than on the Marlboro -- on the previous
17   cigarettes you had smoked?
18     A.    Not right away.
19     Q.    Excuse me?
20     A.    Not right away.
21     Q.    Do you recall when you noticed
22   that?
23     A.    No.
24     Q.    Did you notice that at sometime
25   after you started smoking?

22 (Pages 82 to 85)

MELANIE HAUBRICH

1
2      A.   I noticed it lately that I'm
3  taking more puffs of the Ultra Light compared
4  to, like, a light cigarette or a regular
5  cigarette.
6      Q.   And when you say "lately," was
7  that before or after you filed a suit?
8      A.   Excuse me?
9      Q.   Was that before or after you
10 filed a suit?
11     A.   Before.  I noticed it before.
12     Q.   Do you recall how long before
13 you filed a suit?
14     A.   Maybe about four or five months.
15     Q.   Was that before or after you
16 read the article in the magazine?
17     A.   That was before I read the
18 article in the magazine.
19     Q.   Other than taking more puffs,
20 are there any other ways that you think you
21 smoke a Marlboro Ultra Light cigarette
22 differently than other cigarettes you've
23 smoked?
24     A.   I smoke more.
25     Q.   And I assume you realized you

MELANIE HAUBRICH

1
2  were smoking more as you started to smoke
3  more?
4      A.   Yes.
5      Q.   And did you have an
6  understanding at the time as to why you were
7  smoking more?
8      A.   No.
9      Q.   Did you understand that when you
10 were smoking more, you were getting more tar
11 and nicotine?
12     A.   No.
13     Q.   Smoking two cigarettes as
14 opposed to one cigarette?
15     A.   No.
16     Q.   Thinking about it now, does it
17 make sense that you'd be getting more tar and
18 nicotine from smoking two cigarettes than from
19 smoking one cigarette?
20         MR. LALLI:  Objection.  I'm not
21     sure what kind of cigarettes you're --
22 BY MR. ROSENBERG:
23     Q.   From smoking two Marlboro Ultra
24 Lights than from smoking one Marlboro Ultra
25 Light?

MELANIE HAUBRICH

1
2      A.   No, not really.
3      Q.   Did you have an understanding
4  that no matter how many cigarettes you smoked
5  you would get the same amount of tar and
6  nicotine?
7      A.   Yes, but I'm addicted to it.
8  So, I mean --
9      Q.   Let me rephrase that question so
10 you understand.
11     A.   Okay.
12     Q.   Did you think that if you smoked
13 ten cigarettes, you would get the same total
14 amount of tar and nicotine than if you smoked
15 one cigarette?
16         MR. LALLI:  When in time are
17     you --
18         MR. ROSENBERG:  At any time.
19         THE WITNESS:  At any time?
20         MR. ROSENBERG:  Yes.
21         THE WITNESS:  Ten cigarettes
22     compared to one cigarette?
23         MR. ROSENBERG:  Right.
24         THE WITNESS:  No.
25 BY MR. ROSENBERG:

MELANIE HAUBRICH

1
2      Q.   You thought that if you smoked
3  ten cigarettes, you would be getting more tar
4  and nicotine from ten cigarettes than from one
5  cigarette, correct?
6      A.   Yes.
7      Q.   And did you understand, then,
8  that if you smoked two cigarettes, you would
9  be getting more tar and nicotine from two
10 cigarettes than from one cigarette?
11     A.   No, because it's supposed to be
12 low in tar and nicotine.
13     Q.   And how much lower in tar and
14 nicotine did you understand --
15     A.   I have no clue.
16         MR. ROSENBERG:  Let me have this
17     marked as the first exhibit.
18         - - -
19         (Whereupon, the document was
20     marked, for identification purposes, as
21     Defendant's Exhibit Haubrich-1.)
22         - - -
23 BY MR. ROSENBERG:
24     Q.   We're handing you a document
25 that's been marked as Haubrich-1, and ask you

23 (Pages 86 to 89)

MELANIE HAUBRICH

1
2  if you've ever seen that document before?
3      A.   Yes.
4      Q.   And is that the Complaint that
5  you said you've reviewed?
6      A.   Yes.
7      Q.   Drawing your attention to page
8  5, paragraph 17, where it says, "The design of
9  Defendant's light cigarettes increases
10  ventilation, producing smoke that is more
11  mutagenic per milligram of tar than the smoke
12  of non-light cigarettes."
13          Do you see that?
14      A.   Yes.
15      Q.   Did I read that accurately?
16      A.   Yes.
17      Q.   Do you know what that means?
18          MR. LALLI:  Objection, only in
19      that it stands for itself.
20          But can --
21          MR. ROSENBERG:  I'm asking the
22      witness for her understanding of it.
23          THE WITNESS:  Yes.
24  BY MR. ROSENBERG:
25      Q.   And what's your understanding as

MELANIE HAUBRICH

1
2  to what paragraph 17 means?
3      A.   The mutagenic word --
4      Q.   Yes.
5      A.   -- in there?
6      Q.   Yes.
7      A.   That means, like, more -- it
8  mutates more of tar than smoke in non-light
9  cigarettes.
10      Q.   And do you have an understanding
11  that that has to do anything with cancer?
12      A.   No.
13      Q.   Well, what is your understanding
14  of mutates?
15      A.   Mutates is to grow more or
16  something growing more.
17      Q.   Do you understand that as being
18  good or bad or neither?
19      A.   Neither.
20      Q.   Do you have an understanding as
21  to whether -- your own understanding as to
22  whether light cigarettes or ultra light
23  cigarettes are less safe -- strike that.
24          Do you have an understanding
25  that light cigarettes or ultra light

MELANIE HAUBRICH

1
2  cigarettes are more dangerous than regular
3  cigarettes?
4      A.   I don't understand what you're
5  trying to say.
6      Q.   Do you have any understanding as
7  to whether or not Marlboro Lights, for
8  example, are more dangerous than Marlboro
9  Reds?
10          MR. LALLI:  As we sit here
11      today?
12          MR. ROSENBERG:  As we sit here
13      today.
14          THE WITNESS:  All cigarettes are
15      dangerous.
16  BY MR. ROSENBERG:
17      Q.   And I understand that.  I'm
18  asking if you have any understanding as to
19  whether any cigarettes are more dangerous than
20  other cigarettes?
21      A.   No.
22      Q.   Now, I think you testified that
23  after Madison was born, you switched to -- you
24  started to smoke again Marlboro Ultra Lights;
25  is that right?

MELANIE HAUBRICH

1
2      A.   Yes.
3      Q.   And why did you decide to smoke
4  Marlboro Ultra Lights?
5      A.   Because I thought they would be
6  safer due to the advertisements I saw for low
7  tar and nicotine in a cigarette.
8      Q.   When did you first become aware
9  of Ultra Light cigarettes?
10      A.   An advertisement in the store.
11      Q.   Did you -- was this before 1999
12  that you first became aware that there's
13  something called Marlboro Ultra Lights?
14      A.   I heard of them, but I never saw
15  them.
16      Q.   Well, why didn't you try them
17  before 1999?
18      A.   Because during that time when I
19  was pregnant, I wasn't smoking at all.
20      Q.   How about before you were
21  pregnant, you were aware that there were
22  Marlboro Ultra Lights on the market, right?
23      A.   No, I was smoking Marlboro
24  Lights at that time.
25      Q.   So you never saw a pack of

24 (Pages 90 to 93)

MELANIE HAUBRICH

1
2    cigarettes called Marlboro Ultra Lights --
3        A.    No.
4        Q.    -- until after Madison was born?
5        A.    No.
6        Q.    And did you have an
7    understanding as to how much less tar and
8    nicotine you were going to get from a Marlboro
9    Ultra Light as opposed to a Marlboro Light?
10       A.    No.
11       Q.    Have you ever seen
12   advertisements for Marlboro Lights or Marlboro
13   Ultra Lights in magazines?
14       A.    Yes.
15       Q.    Do you recall -- first of all,
16   did you ever see the warnings in
17   advertisements as to the dangers of smoking?
18       A.    Yes.
19       Q.    Did you ever see any difference
20   between the warnings for Light cigarettes and
21   Ultra Light cigarettes on the one hand and
22   Reds, Marlboro Reds on the other hand?  Are
23   the warnings the same?
24       A.    Years ago I remember on the Reds
25   they had a little package thing on there that

MELANIE HAUBRICH

1
2    had more information inside of it.
3            MR. LALLI:  I think we're
4        talking about advertisements in
5        magazines.
6            THE WITNESS:  Oh, in magazines?
7    BY MR. ROSENBERG:
8        Q.    Yes, the warnings themselves,
9    either in magazines or on the packs, you've
10   seen the warnings on cigarettes, right?
11       A.    Yes.
12       Q.    And have you ever seen any
13   difference between the warnings on Marlboro
14   Reds on the one hand and Marlboro Lights or
15   Ultra Lights on the other hand?
16       A.    There always is a different
17   warning on each one.
18       Q.    But are the warning -- meaning
19   that they're rotating warnings, right?
20       A.    Yes.
21       Q.    But are those rotating warnings
22   different on Marlboro Lights as opposed to
23   Marlboro Reds?
24       A.    No.
25       Q.    Or on Marlboro Ultra Lights as

MELANIE HAUBRICH

1
2    to Marlboro Reds?
3        A.    No.
4        Q.    And all of them -- both -- all
5    of those cigarettes contain warnings that say
6    cigarettes cause cancer, lung cancer,
7    emphysema, et cetera, right?
8        A.    Yes.
9        Q.    And other warnings that are
10   similar to that, right?
11       A.    Yes.
12       Q.    Now, you mentioned that years
13   ago you said there was another sort of warning
14   or something on a Marlboro Red?
15       A.    Yes.
16       Q.    What are you referring to?
17       A.    There used to be a little, like,
18   sticker thing that you opened up and it had
19   warnings inside of it.  They were stuck on the
20   front of the Marlboro Reds.
21       Q.    Do you recall how many years
22   ago?
23       A.    When I was in my teens.
24       Q.    Do you recall what those
25   warnings said?

MELANIE HAUBRICH

1
2        A.    No.  It had like a 1-800 number
3    on there for smoking and all that.
4        Q.    Did you ever see any pieces of
5    paper stuck in a cigarette package that had
6    writing on it?
7        A.    Yes.
8        Q.    And -- other than what we're
9    talking about -- other than what you're
10   talking about?
11       A.    Yes.
12       Q.    And what do you recall seeing
13   there?
14       A.    About pregnancy.
15       Q.    Is that what you recall?
16       A.    Yes.
17       Q.    Do you recall any other sort
18   of -- any other piece of paper stuck in a
19   cigarette package that had information on it,
20   other than the pregnancy or the 1-800 number
21   paper that you're talking about in Marlboro
22   Reds?
23       A.    The only other thing I think of
24   is the cancer and emphysema thing.  That's
25   about it.

25 (Pages 94 to 97)

MELANIE HAUBRICH

1
2    Q.    Now, in this lawsuit are you
3    claiming that Philip Morris should have told
4    consumers something that they didn't know?
5    A.    Yes.
6    Q.    And what is it that you're
7    saying they should have told the consumers?
8    MR. LALLI:  Objection.  That who
9    didn't know?
10   MR. ROSENBERG:  That the
11   consumers didn't know.
12   MR. LALLI:  Okay.
13   BY MR. ROSENBERG:
14   Q.    And what is it that you're
15   saying that Philip Morris should have told
16   consumers?
17   A.    That it was false advertisement,
18   that they should have let us know how much tar
19   and nicotine were in the cigarettes.
20   Q.    Anything else?
21   A.    No.
22   Q.    Should they have told consumers
23   that the amount of tar and nicotine that they
24   get may vary from cigarette to cigarette?
25   A.    I don't understand what you're

MELANIE HAUBRICH

1
2    saying here.
3    Q.    Well, do you have an
4    understanding today that the amount of
5    cigarette that you inhale -- the amount of tar
6    and nicotine that you inhale from a cigarette
7    varies depending on the way you smoke it?
8    A.    Wait a minute.
9    Q.    Sure.
10   THE WITNESS:  I don't understand
11   what he's saying.
12   MR. LALLI:  That's fine.
13   MR. ROSENBERG:  That's fine.
14   That's exactly what you should tell me.
15   BY MR. ROSENBERG:
16   Q.    Do you believe that you've not
17   gotten lower tar and nicotine from a Marlboro
18   Light than from a Marlboro Red cigarette?
19   A.    Yes, I believe that.
20   Q.    And what's the basis for that
21   belief?
22   A.    Because I'm addicted to them and
23   I can't stop smoking them.
24   Q.    Well, you were addicted to
25   Marlboro Red cigarettes, right?

MELANIE HAUBRICH

1
2    A.    I was addicted to all my
3    cigarettes since I've been smoking.
4    Q.    So what is it about the fact
5    that you're addicted to cigarettes and can't
6    stop smoking them now that makes you believe
7    that you're not getting lower tar and nicotine
8    from the cigarettes?
9    A.    I don't know how to answer that.
10   Q.    Did Philip Morris in
11   advertisements or on billboards or magazines
12   or on the packages of cigarettes ever tell you
13   that Marlboro Lights or Marlboro Ultra Lights
14   were not addictive?
15   A.    No.
16   Q.    Did Philip Morris ever tell you
17   in magazines or on billboards or on the packs
18   or any advertisements that Marlboro Lights or
19   Marlboro Ultra Light cigarettes were safer
20   than any other cigarette?
21   A.    No.
22   Q.    Getting back to the questions I
23   was asking before, other than the fact that
24   you're still addicted to cigarettes and you
25   can't stop smoking them, what makes you

MELANIE HAUBRICH

1
2    believe that you've not gotten lower tar and
3    nicotine from Marlboro Lights than from
4    Marlboro Reds or from Marlboro Ultra Lights
5    than from Marlboro Reds?
6    A.    I can't believe anything.
7    Q.    When you say you can't believe
8    anything, what do you mean?
9    A.    I mean, if it's false
10   advertisement and they said that this
11   cigarette was supposed to be a lower dose of
12   nicotine and tar, then how can I believe
13   anything they say?
14   Q.    Well, what makes you believe
15   it's false advertisement?
16   A.    Because cigarettes are unsafe no
17   matter what brand you smoke.
18   Q.    And you've known that all the
19   time?
20   A.    I've known that since I was
21   younger.  Even though I smoke, it doesn't mean
22   that -- people should tell you what they're
23   supposed to be promoting as a cigarette.  They
24   should tell you how much tar and nicotine is
25   in a cigarette.

26 (Pages 98 to 101)

MELANIE HAUBRICH

1
2    MR. ROSENBERG:  Okay.  We're
3  going to take a break now for a couple
4  minutes to change the tape.
5    THE WITNESS:  Okay.
6    VIDEOTAPE TECHNICIAN:  We're
7  going off the video.  The time is 1:01.
8    This concludes tape number 1.
9            - - -
10    (Whereupon, a recess was held.)
11           - - -
12    VIDEOTAPE TECHNICIAN:  We're
13  back on the video.  The time is 1:03.
14  Beginning of tape 2.
15    MR. ROSENBERG:  Let's have this
16  marked, please.
17           - - -
18    (Whereupon, the document was
19  marked, for identification purposes, as
20  Defendant's Exhibit Haubrich-2.)
21           - - -
22  BY MR. ROSENBERG:
23    Q.    I'm showing you what's been
24  marked as Exhibit Number 2.  First I'd ask you
25  whether you've ever seen that specific

MELANIE HAUBRICH

1
2    Q.    Is that writing the -- is that
3  information the sort of information you say
4  you would liked to have had?
5    A.    Yes.
6    Q.    Because that's -- before you
7  were saying that they should have told you how
8  much tar and nicotine; is that correct?  Is
9  that what --
10    A.    On what cigarette?
11    Q.    On the Light cigarettes?
12    A.    Yes.
13    MR. ROSENBERG:  Let's have this
14  marked.
15           - - -
16    (Whereupon, the document was
17  marked, for identification purposes, as
18  Defendant's Exhibit Haubrich-3.)
19           - - -
20  BY MR. ROSENBERG:
21    Q.    Showing you what's been marked
22  as Exhibit Number 3, and that's an
23  advertisement for Marlboro Ultra Lights and
24  includes a picture of Marlboro Ultra Light
25  100s.

MELANIE HAUBRICH

1
2  advertisement.  My guess is you may or may not
3  remember.
4    A.    Yes.
5    Q.    You have seen something like
6  that?
7    A.    Yes.
8    MR. LALLI:  You've seen
9  something like that or --
10    THE WITNESS:  Something like
11  that.
12  BY MR. ROSENBERG:
13    Q.    Do you see the writing in the
14  upper left-hand corner where it says, "SURGEON
15  GENERAL'S WARNING:  Quitting Smoking Now
16  Greatly Reduces Serious Risks to Your Health"?
17    A.    Yes.
18    Q.    And below that do you see the
19  smaller print that says, 10 milligram tar,
20  0.8 milligram nicotine average per cigarette
21  by FTC method?
22    A.    Yes.
23    Q.    Have you ever seen that writing
24  before?
25    A.    No.

MELANIE HAUBRICH

1
2    Have you seen advertisements
3  similar to that?
4    A.    Not with this on here.
5    Q.    When you say "this," you're
6  referring to what?
7    A.    The cowboy man on the new ones.
8    Q.    How about on the left-hand side
9  in terms of a picture of boxes of cigarettes
10  and some writing; have you seen cigarette ads
11  for Marlboro Ultra Lights that are similar to
12  this?
13    A.    Yes.
14    Q.    And again, do you see the
15  writing that says, 6 milligram tar, 0.5
16  milligram nicotine average per cigarette by
17  FTC method?  Do you see that?
18    A.    Yes.
19    Q.    And, again, is that the sort of
20  information that you would have wanted to have
21  been told?
22    A.    Yes.
23    MR. LALLI:  I just want to
24  object only that I'm not sure what scale
25  this is.  Because if you look at the

Page 106

MELANIE HAUBRICH

1
2  other one, the writing is -- if you look
3  at exhibit -- the previous exhibit, the
4  writing is -- to which you referred to
5  is much, much smaller than the --
6          MR. ROSENBERG:  Well, your
7  objection is noted.
8          MR. LALLI:  Okay.
9          MR. ROSENBERG:  I'd like to have
10  this marked, please.
11                  - - -
12          (Whereupon, the document was
13  marked, for identification purposes, as
14  Defendant's Exhibit Haubrich-4.)
15                  - - -
16  BY MR. ROSENBERG:
17      Q.   Showing you what's been marked
18  as Exhibit Number 4, and I'll represent to you
19  that this, while it's on a piece of 8x11, the
20  original paper that I'm going to question you
21  about was about an inch and change wide and
22  about 5 inches long.  It's what you see in the
23  upper left-hand corner.  It was a slip of
24  paper, essentially.
25          Do you understand what I'm

Page 107

MELANIE HAUBRICH

1
2  saying?  So the actual document itself that
3  I'm questioning you about would have been
4  something about an inch or so wide and about 5
5  inches long, not an 8x11 piece of paper.
6      A.   Okay.
7      Q.   Okay?
8          And first I'd ask you if you
9  recall ever seeing a piece of paper about an
10  inch wide and about 5 inches long with the
11  Philip Morris USA logo and information for
12  smokers written on it inserted on the inside
13  of the cellophane of a cigarette pack?
14      A.   Yes.
15      Q.   Did you ever read what it said?
16  And I'm turning to the second page and I'm
17  reading specifically the first paragraph,
18  "There is no such thing as a safe cigarette.
19  The terms 'Ultra Light' 'Light' 'Medium' and
20  'Mild' are used as descriptors of the strength
21  of taste and flavor.  These terms, as well as
22  'low tar' or 'lowered tar and nicotine' also
23  serve as a relative indication of the average
24  tar and nicotine yield per cigarette as
25  measured by a standard government test

Page 108

MELANIE HAUBRICH

1
2  method."
3          Do you see that?
4      A.   Yes.
5      Q.   Do you recall ever having read
6  that?
7      A.   No.
8      Q.   Have you ever read that before
9  today?
10      A.   No.
11      Q.   Reading that now, does that tell
12  you something that you did not know before
13  today?
14      A.   No.
15      Q.   So you were aware before today
16  that the terms -- these terms, meaning "Ultra
17  Light," "Light," "Medium" and "Mild," as well
18  as "low tar" or "lowered tar and nicotine"
19  also serve as a relative indication of the
20  average tar and nicotine yield per cigarette
21  as measured by standard by government test
22  method?
23      A.   No, I read that there's no such
24  thing as a safe cigarette.
25      Q.   Okay.  That you knew before

Page 109

MELANIE HAUBRICH

1
2  today?
3      A.   Yes.
4      Q.   How about the rest of that
5  paragraph?
6      A.   No.
7      Q.   You did not know that before
8  today?
9      A.   No.
10      Q.   Is there anything in that
11  paragraph that's different from what you read
12  in the magazine article that you talked about
13  that spurred you to want to file this suit?
14      A.   Yes.
15      Q.   And what's that?
16      A.   The part right here where it
17  says, the low tar or tar and nicotine also
18  serve as relative indication of average tar.
19      Q.   That wasn't in the magazine
20  article that you read?
21      A.   No.
22      Q.   Is that additional information
23  that leads you to believe that the
24  advertisements -- strike that.
25          Let me go on and we'll come back

VERITEXT REPORTING COMPANY
(212) 279-9424                    www.veritext.com                    (212) 490-3430

Page 110

MELANIE HAUBRICH

1
2  to that.
3          The second paragraph reads, "The
4  tar and nicotine yield numbers are not meant
5  to communicate the amount of tar and nicotine
6  actually inhaled by any smoker as individuals
7  do not smoke like the machine used in the
8  government test method.  The amount of tar and
9  nicotine you inhale will be higher than the
10  stated tar nicotine yield numbers if, for
11  example, you block ventilation holes, inhale
12  more deeply, take more puffs or smoke more
13  cigarettes.  Similarly, if you smoke brands
14  with descriptors such as 'Ultra Light,'
15  'Light,' 'Medium' or 'Mild,' you may not
16  inhale less tar and nicotine than you would
17  from other brands.  It depends on how you
18  smoke."
19          Do you see that?
20      A.    Yes.
21      Q.    Is that similar to the
22  information that you read in the magazine a
23  year ago?
24      A.    No.
25      Q.    What's the difference?

Page 111

MELANIE HAUBRICH

1
2      A.    I didn't know about the
3  ventilation holes.
4      Q.    So the magazine didn't tell you
5  about the ventilation holes?
6      A.    No.
7      Q.    Where did you learn about the
8  ventilation holes?
9      A.    Just now from reading this.
10      Q.    Well, you testified earlier
11  today about ventilation holes.  You talked
12  about holes in the filters.
13          Do you recall that?
14      A.    Yes.
15      Q.    When did you learn about those?
16      A.    The ventilation holes in here?
17      Q.    Earlier today you testified that
18  you understood that there are holes in the
19  filter.
20          Do you recall that?
21      A.    When I was reading through my
22  paper.
23      Q.    The Complaint?
24      A.    Yes.
25      Q.    I see.  That's when you first

Page 112

MELANIE HAUBRICH

1
2  learned about it?
3      A.    Yes.
4      Q.    I got it.
5          Other than the ventilation
6  holes, is there information here that you are
7  learning for the first time?
8      A.    No.
9      Q.    Is the information here that you
10  knew before -- did you know all of the other
11  information other than ventilation holes
12  before you read that magazine article?
13      A.    Excuse me, repeat that.
14      Q.    Sure.
15      A.    I'm trying to read if I can
16  see --
17      Q.    And take your time, really.
18          Is there information here, other
19  than the ventilation holes that we talked
20  about, that is information that you did not
21  know -- that you did not get from the magazine
22  article?
23      A.    Yes, the testing thing.  It says
24  in here testing.
25      Q.    Right.  Where it says, "The tar

Page 113

MELANIE HAUBRICH

1
2  and nicotine yield numbers are not meant to
3  communicate the amount of tar and nicotine
4  actually inhaled by any smoker, as individuals
5  do not smoke like the machine used in the
6  government test method."
7      A.    Yes.
8      Q.    Now, earlier today I thought you
9  said that the problem with the advertisements
10  was that the tar and nicotine was measured by
11  a machine, not by humans; is that fair?
12      A.    Yes.
13      Q.    Is that different than what is
14  stated in that first sentence of paragraph 2
15  of this document?
16      A.    No.
17      Q.    And did you learn about the
18  government test method from that magazine
19  article?
20      A.    I learned a little from that,
21  but when I was reading over my paper for today
22  that I got in the mail, that's where I learned
23  more.
24      Q.    Does this give you more
25  information than was in the magazine article?

29 (Pages 110 to 113)

MELANIE HAUBRICH

1
2    A.    Yes, a little more.
3    Q.    And if you had learned this,
4  would you have believed more strongly that
5  there was fraudulent advertisements or less
6  strongly, or it wouldn't have made a
7  difference?
8    A.    It wouldn't have made a
9  difference.
10   Q.    And why is that?
11   A.    Because to me, they should have
12  had it on the cigarette packs.
13   Q.    They should have had what on the
14  cigarette packs?
15   A.    How much tar is in the
16  cigarettes and how much nicotine is in there.
17   Q.    Now, looking at the last
18  sentence of that paragraph, "If you smoke
19  brands with descriptors such as 'Ultra Light,'
20  'Light,' 'Medium' or 'Mild,' you may not
21  inhale less tar and nicotine than you would
22  from other brands.  It depends on how you
23  smoke."
24        Is that new information you're
25  learning today for the first time?

MELANIE HAUBRICH

1
2    A.    I don't understand the question
3  about that.
4    Q.    Before you read this today, did
5  you know that if you smoked brands with
6  descriptors such as "Ultra Light," "Light,"
7  "Medium" or "Mild," you may not inhale less
8  tar and nicotine than you would from other
9  brands?
10   A.    No.
11   Q.    You did not know that before
12  today?
13   A.    No.
14   Q.    So this tells you information
15  that you did not know?
16   A.    Yes.
17   Q.    And looking at the last
18  paragraph, "You should not assume that
19  cigarette brands using descriptors like 'Ultra
20  Light,' 'Light,' 'Medium' or 'Mild' are less
21  harmful than full flavor cigarette brands or
22  that smoking such cigarette brands will help
23  you quit smoking."
24        Do you see that?
25   A.    Yes.

MELANIE HAUBRICH

1
2    Q.    Did you know that before sitting
3  here today?
4    A.    No.
5    Q.    If you had read that -- strike
6  that.
7        Did the magazine article you
8  read tell you this information that you should
9  not assume that cigarette brands using
10  descriptors like "Ultra Light," "Light,"
11  "Medium" or "Mild" are less harmful than full
12  flavor cigarette brands or that smoking such
13  cigarette brands will help you quit smoking?
14   A.    I don't recall.
15   Q.    If you had read that, would that
16  have affected whether or not you continued to
17  smoke Marlboro Lights or Marlboro Ultra
18  Lights?
19   A.    No.
20   Q.    Why not?
21   A.    Because I switched to Ultra
22  Lights thinking there was less tar and
23  nicotine in the cigarette.
24   Q.    And you wanted less tar and
25  nicotine because you thought that would be

MELANIE HAUBRICH

1
2  less harmful --
3    A.    Yes.
4    Q.    -- and would be less addictive,
5  correct?
6    A.    Yes.
7    Q.    And does this tell you that you
8  should not assume that cigarettes such as
9  Ultra Light are less harmful or will help you
10  quit smoking?
11   A.    Yes.
12   Q.    So wouldn't that give you
13  information that you wanted to know?
14   A.    Yes.
15   Q.    But you didn't have that
16  information before you read this today?
17   A.    No.
18   Q.    Now, you testified that you're
19  still smoking, right?
20   A.    Yes.
21   Q.    Why are you still smoking?
22   A.    Because I'm addicted to it.
23   Q.    Why are you smoking Marlboro
24  Ultra Lights as opposed to Marlboro Reds or
25  some other cigarette?

MELANIE HAUBRICH

1
2    A.    Because -- the only reason why I
3  started smoking them was because I thought it
4  was less in tar and nicotine, and I thought it
5  would be a little bit more healthier for me to
6  smoke Ultra Light cigarettes.
7    Q.    But now you do not believe
8  they're less harmful or less addictive, right?
9    A.    No cigarette is less harmful or
10 less addictive.
11   Q.    So why do you continue to buy
12 Marlboro Ultra Lights as opposed to some other
13 cigarette?
14   A.    Because I can't quit.
15   Q.    I understand that you can't quit
16 smoking, but you can quit smoking Marlboro
17 Ultra Lights, right?
18   A.    Yes.
19   Q.    So why aren't you smoking Benson
20 & Hedges that you said you liked --
21   A.    Because I've been buying that
22 brand for years.
23   Q.    And you like the way it tastes?
24   A.    Yeah.
25   Q.    Is there anything else you like

MELANIE HAUBRICH

1
2  about it?  Do you like smoking?
3    A.    Not really, but I smoke.
4    Q.    Have you thought about switching
5  to some other cigarette?
6    A.    No.
7    Q.    Why not?
8          MR. LALLI:  Objection.  Asked
9    and answered.
10 BY MR. ROSENBERG:
11   Q.    You can answer.
12   A.    Oh, why not?  Because I've been
13 smoking Marlboro my whole life.
14   Q.    Do you have friends who smoke
15 Marlboro Ultra Lights?
16   A.    No.
17   Q.    Do you have friends who smoke
18 Marlboro Lights?
19   A.    Yes.
20   Q.    Have you told them about this
21 suit?
22   A.    No.
23   Q.    Have you suggested to them that
24 they should stop smoking Marlboro Lights
25 because it's not doing them any good?

MELANIE HAUBRICH

1
2    A.    No.
3    Q.    Now, you testified that you
4  stopped smoking when you were pregnant.
5          Are there times that you don't
6  smoke even though you want to smoke?
7    A.    Meaning what?
8    Q.    Meaning, for example, are you
9  allowed to smoke at work?
10   A.    No.
11   Q.    So, how long do you go without
12 smoking when you're at work?
13   A.    Two hours.
14   Q.    And have you ever been on an
15 airplane?
16   A.    No.
17   Q.    How about movie theaters, are
18 you allowed to smoke in movie theaters?
19   A.    No.
20   Q.    But you don't smoke because
21 you're not allowed to smoke there, right?
22   A.    That's right.
23   Q.    How about around other women who
24 are pregnant, do you try not to smoke around
25 pregnant women?

MELANIE HAUBRICH

1
2    A.    Yes.
3    Q.    Do you try not to smoke around
4  small children?
5    A.    Yes.
6    Q.    Do either of your kids smoke?
7    A.    No.
8    Q.    And have you told them not to
9  smoke?
10   A.    Yes.
11   Q.    How long have you told them not
12 to smoke?
13   A.    Three years now, since they were
14 born.
15   Q.    And did you tell them that they
16 shouldn't smoke ultra light cigarettes or
17 light cigarettes or any cigarettes?
18   A.    No cigarettes.
19   Q.    Have you ever enjoyed smoking?
20 Have you ever enjoyed smoking?
21   A.    What do you mean enjoyed?  Like,
22 do you mean, like, get a pleasure out of it or
23 do you get --
24   Q.    Let's start with get a pleasure
25 out of it.

MELANIE HAUBRICH
1
2    A.    Do I get a pleasure out of
3  smoking?
4    Q.    Yes.
5    A.    No, it's just a habit.
6    Q.    Are there certain times when
7  you're more likely to smoke, such as after a
8  meal?
9    A.    Yes.
10   Q.    And what is that -- do you have
11 an understanding as to why you feel like
12 smoking after a meal?
13   A.    No.
14   Q.    Do you smoke more -- do you
15 drink alcohol?
16   A.    Yes.
17   Q.    Do you smoke more when you're
18 drinking alcohol?
19   A.    Yes.
20   Q.    Did you notice any differences
21 between Light cigarettes and Marlboro Reds in
22 terms of how the smoke feels in your throat?
23   A.    Marlboro Reds are harsher than
24 the Light ones.
25   Q.    How about between Ultra Lights

MELANIE HAUBRICH
1
2  and the Lights?
3    A.    Not really.
4    Q.    How about between Ultra Lights
5  and Reds?
6    A.    Yes.
7    Q.    In that what difference did you
8  notice?
9    A.    Reds are very strong and Ultra
10 Lights are very -- they taste like air kind
11 of.
12   Q.    Do Marlboro Lights taste like
13 air?  Do Marlboro Lights taste like air?
14   A.    No.
15   Q.    So there's actually a difference
16 between Marlboro Lights and Marlboro Ultra
17 Lights then?
18   A.    Not a lot.
19   Q.    But some?
20   A.    Some.
21   Q.    Do you change the way you hold a
22 cigarette in your mouth at any time, or do you
23 always hold the cigarette in your mouth the
24 same way?
25   A.    What do you mean in my mouth?

MELANIE HAUBRICH
1
2    Q.    Meaning, do you hold it the same
3  length of the filter in your mouth when you
4  smoke, or do you sometimes smoke more of the
5  filter in your mouth, less of the filter in
6  your mouth?
7    A.    I don't know how to describe
8  that because you could smoke, like, all
9  different ways.  And, like, if you're out
10 drinking or something, like, your cigarette
11 could go all the way in or it could come out.
12 I mean, I can't really answer that question.
13   Q.    I don't think I asked this.
14 What was your basis for thinking that low tar
15 cigarettes were safer?  I understand you
16 thought they were safer.  Why did you think
17 they were safer?
18   A.    Just the advertisement that I
19 saw.
20   Q.    And by advertisement, it was
21 simply the words, something like less tar and
22 nicotine or --
23   A.    Yes.
24   Q.    -- lower tar and nicotine?  Yes?
25   A.    Yes.

MELANIE HAUBRICH
1
2    Q.    Other than that, was there
3  anything about it that made you feel that they
4  were safer?
5    A.    No.
6    Q.    Did anyone ever tell you that
7  Marlboro Lights were safer, any friends or
8  anyone else ever say --
9    A.    No.
10   Q.    -- you should smoke a Marlboro
11 Light, they're a safer cigarette?
12   A.    No.
13   Q.    Same thing with Ultra Light, did
14 anyone ever tell you that?
15   A.    No.
16   Q.    When you switched to lower tar
17 cigarettes, did you make any other changes in
18 your lifestyle that you thought were better
19 for your health at the time you switched to
20 low tar -- to Light cigarettes?
21       MR. LALLI:  To Light or Ultra
22 Light?
23       MR. ROSENBERG:  Lights.
24       THE WITNESS:  Lights or Ultra?
25 BY MR. ROSENBERG:

32 (Pages 122 to 125)

MELANIE HAUBRICH

1
2     Q.    First Lights.  We'll take Lights
3  first.
4     A.    Lights?
5     Q.    Yeah.
6     A.    Well, I switched to Lights
7  because it was right -- right before I had
8  Breanna and I switched to Lights.  So I
9  thought after having a baby, I should go a
10 little bit lower with the tar intake, so
11 that's what I did.
12    Q.    And my question was:  Did you
13 take any other steps in terms of doing things
14 that you thought were better for your health?
15    A.    Yeah, exercise, dieting.
16    Q.    And the same question:  When you
17 switched to Ultra Lights, did you similarly do
18 anything else that you thought was better for
19 your health?
20    A.    No.
21    Q.    Did you ever look to see whether
22 there were cigarettes that had even less tar
23 and nicotine than Ultra Light cigarettes?
24    A.    No.
25    Q.    How come?

MELANIE HAUBRICH

1
2     A.    Because I was so used to buying
3  the Ultra Lights.
4     Q.    Did you ever hear of a cigarette
5  called Cambridge Light?
6     A.    No.
7     Q.    Or Carlton?
8     A.    No.
9     Q.    Do you know which brand has the
10 lowest tar and nicotine that's on the market
11 today?
12    A.    No.
13    Q.    Would you ever smoke a cigarette
14 regularly if you didn't like the taste?  If
15 you didn't like the taste of a cigarette,
16 would you ever smoke it regularly?
17    A.    No.
18    Q.    Have you ever tried any discount
19 brand cigarettes?
20    A.    No.
21    Q.    Like Basic or anything like
22 that?
23    A.    No.
24    Q.    So you don't choose a cigarette
25 based upon how much it costs?

MELANIE HAUBRICH

1
2     A.    No.
3     Q.    Was the price for Red
4  cigarettes, as far as you know, always the
5  same for Light cigarettes, or was there a
6  difference between what was charged for a
7  Marlboro Red or Marlboro Light?
8     A.    Marlboro always has the same
9  price on cigarettes.
10    Q.    Whether it was a Red, a Light or
11 an Ultra Light?
12    A.    Yes.
13    Q.    And did you feel that you
14 were -- at the time you were buying Lights as
15 compared to Reds that you were getting a
16 better deal buying Lights than buying Reds
17 because of the price being the same?
18    A.    No.
19    Q.    How about when you were buying
20 Ultra Lights; did you feel at the time that
21 you were getting a better deal because you
22 were paying the same price for Ultra Lights
23 than for Reds?
24    A.    No.
25    Q.    Or Ultra Lights than for Lights?

MELANIE HAUBRICH

1
2     A.    No.
3     Q.    I assume you never had a blood
4  test to tell you how much tar and nicotine you
5  get from cigarettes; is that right?
6     A.    No.
7     Q.    As far as you know, is it
8  possible that you're getting lower tar and
9  nicotine from an Ultra Light cigarette than
10 from a Red cigarette?
11    A.    I don't know.
12    Q.    If, in fact, you did get lower
13 tar and nicotine from Lights compared to Reds,
14 do you have any complaint against Philip
15 Morris?
16    A.    Lights from Reds or --
17    Q.    Lights compared to Reds.  If, in
18 fact, you got lower tar and nicotine from a
19 Marlboro Light than you would have gotten from
20 a Marlboro Red, do you have any complaint
21 against Philip Morris?
22    A.    Yes, because to me it was just
23 all false advertisement.
24    Q.    It was false advertisement
25 because you -- because why then, if you were

33 (Pages 126 to 129)

Page 130

MELANIE HAUBRICH

1       MELANIE HAUBRICH
2   getting less tar and nicotine?
3       A.   If I was getting less tar and
4   nicotine --
5       Q.   Yeah.
6       A.   -- and it was put on the box,
7   then, no, I would not have.
8       Q.   You would not have a claim then
9   in that situation?
10      A.   Yes.
11      Q.   Do you typically buy cigarettes
12  by the pack or carton?
13      A.   I used to buy by the carton.
14      Q.   And now it's by the pack?
15      A.   By the pack.
16      Q.   When did you buy by the carton?
17      A.   About three years ago.
18      Q.   When you were smoking Ultra
19  Lights?
20      A.   Yeah.
21      Q.   Did you ever buy Lights by the
22  carton?
23      A.   No.
24      Q.   Why were you buying Ultra Lights
25  by the carton?  Because you were smoking so

Page 131

1       MELANIE HAUBRICH
2   many more packs?
3       A.   I was getting them for a good
4   price.
5       Q.   And where were you buying your
6   cigarettes, typically?
7       A.   In, like, Delaware I would go to
8   or Philadelphia in a store I would buy them by
9   the carton.
10      Q.   That leads me to another
11  question.
12           You bought cigarettes in
13  Pennsylvania, right?
14      A.   Yes.
15      Q.   And you now -- you've just told
16  me you bought cigarettes in Delaware?
17      A.   Yes.
18      Q.   Did you buy Marlboro Light
19  cigarettes in Delaware?  Marlboro Light
20  cigarettes in Delaware?
21      A.   No.
22      Q.   Only Marlboro Ultra Lights?
23      A.   Ultra Lights.
24      Q.   And what years did you buy
25  Marlboro Ultra Lights in Delaware?

Page 132

1       MELANIE HAUBRICH
2       A.   The last -- since I've been
3   smoking them.  The last time I bought them or
4   the last time --
5       Q.   Any time?
6       A.   The last time I bought them in
7   Delaware was about three years ago by a
8   carton.
9       Q.   And before that, had you bought
10  cigarettes in Delaware?
11      A.   No.
12      Q.   I'm going to give a list of
13  states -- I'm not sure if you've --
14      A.   Okay.
15      Q.   -- even ever been to any -- and
16  you tell me whether you've bought cigarettes
17  there, and if so, which.
18           Arkansas?
19      A.   No.
20      Q.   California?
21      A.   No.
22      Q.   Colorado?
23      A.   No.
24      Q.   District of Columbia?
25      A.   No.

Page 133

1       MELANIE HAUBRICH
2       Q.   Florida?
3       A.   Yes.
4       Q.   When were you in Florida?
5       A.   Give me a couple minutes here.
6   It was a long time ago.  Madison was four
7   years old when we went to Florida.
8       Q.   So that was 2003?
9       A.   Yes.
10      Q.   And which cigarettes did you
11  buy?  It would have been Ultra Lights, I
12  assume, Marlboro Ultra Lights?
13      A.   I smoked Ultra Lights at that
14  time.
15      Q.   Illinois?
16      A.   No.
17      Q.   Kansas?
18      A.   No.
19      Q.   Louisiana?
20      A.   No.
21      Q.   Maine?
22      A.   No.
23      Q.   Massachusetts?
24      A.   No.
25      Q.   Minnesota?

Page 134

MELANIE HAUBRICH

1
2    A.   No.
3    Q.   Mississippi?
4    A.   No.
5    Q.   Missouri?
6    A.   No.
7    Q.   New Hampshire?
8    A.   No.
9    Q.   And New Jersey?
10   A.   Yes, I was in New Jersey.
11   Q.   And which cigarettes have you
12   bought from New Jersey?
13   A.   Ultra Lights.
14   Q.   Ever buy Marlboro Lights in New
15   Jersey?
16   A.   No.
17   Q.   Do you recall what years you
18   bought cigarettes -- Marlboro Ultra Lights in
19   New Jersey?
20   A.   This year I bought like a pack
21   or two.
22   Q.   Any other years?
23   A.   Since I've been smoking Ultra
24   Lights.
25   Q.   In New Mexico?

Page 135

MELANIE HAUBRICH

1
2    A.   No.
3    Q.   New York?
4    A.   No.
5    Q.   Ohio?
6    A.   No.
7    Q.   Oregon?
8    A.   No.
9    Q.   South Carolina?
10   A.   No.
11   Q.   Tennessee?
12   A.   No.
13   Q.   Texas?
14   A.   No.
15   Q.   State of Washington?
16   A.   No.
17   Q.   West Virginia?
18   A.   No.
19   Q.   Wisconsin?
20   A.   No.
21   Q.   And I think you testified, and
22   just so it's clear, you've made numerous
23   attempts to quit smoking when you were smoking
24   Marlboro Reds; is that right?
25   A.   Yes.

Page 136

MELANIE HAUBRICH

1
2    Q.   And when you were smoking
3    Marlboro Lights; is that right?
4    A.   Yes.
5    Q.   And when you're smoking Marlboro
6    Ultra Lights; is that right?
7    A.   Yes.
8    Q.   Other than the two times you
9    successfully quit during the pregnancies,
10   right?
11   A.   Yes.
12   Q.   Can you estimate the number of
13   times you've actually tried to quit smoking?
14   A.   I try to quit almost every other
15   day.  It just don't work.
16   Q.   So when you first tried to quit
17   smoking when you were smoking -- the first
18   time you tried to quit smoking Light
19   cigarettes, you found it difficult to quit
20   smoking Light cigarettes, right?
21   A.   Yes.
22   Q.   How soon after you started
23   smoking Marlboro Lights did you realize it was
24   hard to quit smoking Light cigarettes?
25   A.   I don't understand that question

Page 137

MELANIE HAUBRICH

1
2    one bit.
3    Q.   Sure.  You started smoking
4    Marlboro Light cigarettes in 1990?
5    A.   Okay.
6    Q.   Do you recall about when you
7    first tried to quit them?
8    A.   No, I don't recall.
9    Q.   Did you find it any easier to
10   try to quit smoking Marlboro Lights than
11   smoking Marlboro Reds?
12   A.   No.
13   Q.   Have you found it any easier to
14   quit smoking Marlboro Ultra Lights than
15   Marlboro Lights?
16   A.   No.
17   Q.   Is there any written warning
18   that could have been put on the cigarettes
19   that would have made you quit smoking?
20   A.   No.
21   Q.   Did you ever access the Philip
22   Morris USA website?
23   A.   No.
24   Q.   Did you ever see a -- do you
25   know what the tear tape on a package of

35 (Pages 134 to 137)

Page 138

MELANIE HAUBRICH

1
2    cigarettes is?
3        A.    Yes.
4        Q.    Have you ever noticed any
5    writing on the tear tape of a pack of
6    cigarettes?
7        A.    No.
8            MR. ROSENBERG:  I'm going to
9        have this marked as an exhibit.
10                 - - -
11           (Whereupon, the document was
12       marked, for identification purposes, as
13       Defendant's Exhibit Haubrich-5.)
14                 - - -
15   BY MR. ROSENBERG:
16       Q.    I'd like to show you what's been
17   marked as Exhibit 5.  And I'll represent that
18   those are copies of tear tapes of various
19   Marlboro brand cigarettes.  And it's difficult
20   to read on this copy, but I will read you the
21   last one that says -- on the last one in the
22   first group under Marlboro Ultra Lights, and
23   it says "B&H," and it says, "Ultra Lights does
24   not mean safer.  It refers to taste.  Ultra
25   Lights won't help you quit smoking."

Page 140

MELANIE HAUBRICH

1
2    advertisements.
3            THE WITNESS:  Not including
4        advertisements?
5            MR. ROSENBERG:  Yes.
6            THE WITNESS:  No.
7    BY MR. ROSENBERG:
8        Q.    Did you ever know anyone who
9    became ill from what you understood was a
10   smoking-related disease?
11       A.    Yes.
12       Q.    And who was that?
13       A.    Friends.
14       Q.    Did the friends get cancer?
15       A.    Yes.
16       Q.    And can you give me the names of
17   any of them?
18       A.    No, not really because they're,
19   like, parents of friends.
20       Q.    Do you know what cigarettes they
21   smoked?
22       A.    No.
23       Q.    Did you ever discuss your
24   smoking with your doctor?
25       A.    During a checkup?

Page 139

MELANIE HAUBRICH

1
2        Do you see that?
3        A.    Yes.
4        Q.    And, again, does this refresh
5    your recollection at all as to whether or not
6    there's some writing on the tear tapes of
7    cigarettes?
8        A.    No.
9        Q.    And reading that now, does that
10   tell you something that you did not know
11   before today?
12       A.    Yes.
13       Q.    And what does -- which part
14   tells you something that you did not know
15   before today?
16       A.    I didn't know that was on a
17   cigarette pack.
18       Q.    Prior to your reading that
19   magazine, had you read anything in any
20   newspaper or magazine or seen anything on any
21   news show about Light cigarettes?
22           MR. LALLI:  Anything at all
23       about Light cigarettes?
24           MR. ROSENBERG:  Anything at all
25       about Light cigarettes, not including

Page 141

MELANIE HAUBRICH

1
2        Q.    Yes.
3        A.    Yes.
4        Q.    And did your doctor ever tell
5    you not a smoke?
6        A.    No.
7        Q.    Did the doctor ever tell you it
8    was okay to keep smoking?
9        A.    No.
10       Q.    Just didn't say anything about
11   smoking?
12       A.    Nothing.
13       Q.    Now, you understand that you're
14   a class representative in this -- first of
15   all, you understand this is a -- this is
16   supposed to be a class action against Philip
17   Morris?
18       A.    Yes.
19       Q.    What does that mean, as far as
20   your understanding?
21       A.    It means me as a person wants to
22   let everyone know that they shouldn't have put
23   false advertisement out there on a cigarette
24   pack, and to help everyone understand in a way
25   that it should be fixed on the packages of

36 (Pages 138 to 141)

MELANIE HAUBRICH

1
2    cigarettes.
3        Q.    And, again, by false
4    advertisement, you mean specifically which
5    words?
6        A.    How much nicotine and tar is in
7    every cigarette that you're about to smoke.
8        Q.    When you say "how much nicotine
9    and tar," what words are specifically false in
10   your opinion?  What words in the
11   advertisements are false?
12       A.    They don't tell you how much is
13   in each cigarette.
14       Q.    I see.  Any other falsity in the
15   advertisements?
16       A.    No.
17       Q.    Do you know who makes up the
18   class that you're representing?
19       A.    Everyone that smokes.
20       Q.    Everyone that smokes what?
21       A.    Cigarettes, Ultra Light
22   cigarette.
23       Q.    Any ultra light cigarettes?
24       A.    Marlboro Ultra Light cigarettes.
25       Q.    Do you know what period of time

MELANIE HAUBRICH

1
2    the class covers?
3        A.    I guess all the time that
4    they've been smoking.
5        Q.    Do you know what you're asking
6    of the court in terms of relief or remedy?
7        A.    What do you mean by relief?
8        Q.    Are you asking for money from
9    the court?
10       A.    No.
11       Q.    What are you asking for?
12       A.    I'm asking for them to fix it
13   and to put it on the cigarette packages.
14       Q.    So you're not asking for money?
15       A.    No.
16       Q.    Are you claiming that you're at
17   increased risk of disease because you smoke
18   these cigarettes?
19       A.    No.
20       Q.    Are you giving up any claim, as
21   far as you know, for increased risk of
22   disease?
23       A.    Not that I know of.
24       Q.    Have you ever been diagnosed
25   with any smoking-related disease?

MELANIE HAUBRICH

1
2        A.    No.
3        Q.    Does Mr. Binck smoke?
4        A.    No.
5        Q.    Has he ever smoked?
6        A.    No.
7            MR. ROSENBERG:  Let's take a
8    quick break and we might be almost done.
9            VIDEOTAPE TECHNICIAN:  We're
10   going off the video.  The time is 1:42.
11                - - -
12           (Whereupon, a recess was held.)
13                - - -
14           VIDEOTAPE TECHNICIAN:  We're
15   back on the video.  The time is 1:47.
16   BY MR. ROSENBERG:
17       Q.    Just a few more questions and I
18   think we'll be done.
19           You testified earlier that you
20   thought you took more puffs from the Ultra
21   Lights than from other cigarettes; is that
22   correct?
23       A.    Yes.
24       Q.    Did you understand that when you
25   were taking more puffs you would be getting

MELANIE HAUBRICH

1
2    more smoke from that cigarette?
3        A.    No, I really didn't think about
4    that.
5        Q.    Did you smoke the cigarette
6    further down the rod?
7        A.    Yes.
8        Q.    And did you understand when
9    you're smoking further down the rod, you're
10   smoking more tobacco?
11       A.    No.
12       Q.    Think about that now.  Does that
13   make sense?
14       A.    Yes.
15       Q.    And if you're smoking more
16   tobacco, does it make sense you'd be getting
17   more tar and nicotine than if you're smoking
18   less tobacco?
19       A.    Well, I thought since it's an
20   Ultra Light cigarette, it would be safer.
21       Q.    Well, did you think if you were
22   smoking a half of an Ultra Light cigarette as
23   opposed to all of the tobacco in an Ultra
24   Light cigarette, would you be getting the same
25   amount of tar and nicotine?

Page 146

```
                MELANIE HAUBRICH
1
2       A.    Wait a minute.  I didn't
3  understand that.
4       Q.    Sure, let me try that again.
5       A.    Yeah.
6       Q.    If you were smoking an Ultra
7  Light cigarette all the way down to the rod as
8  opposed to halfway down to the -- all the way
9  down to the filter as opposed to halfway down
10  to the filter, do you understand you'd be
11  getting more tobacco if you smoked all the way
12  down to the filter?
13      A.    Yes.
14      Q.    And if you smoked it all the way
15  down to the filter as opposed to halfway down
16  to the filter, you understand you would be
17  getting more tar and nicotine?
18      A.    No.
19      Q.    Why not?  Doesn't that make
20  sense to you now thinking about it?
21      A.    Now it makes sense.  But when I
22  smoke a cigarette, I don't sit there and look
23  at the cigarette to smoke it all the way down.
24  I just smoke the cigarette down.
25      Q.    I think you testified that your
```

Page 147

```
                MELANIE HAUBRICH
1
2  doctors never discussed smoking with you.
3             Did your obstetricians discuss
4  smoking with you when you became pregnant?
5       A.    Yes.
6       Q.    And did they recommend you stop
7  smoking?
8       A.    Yes.
9       Q.    And at the time you were smoking
10  Marlboro Reds the first time you stopped,
11  right?
12      A.    Yes.
13      Q.    And did you tell the doctor what
14  you were smoking?
15      A.    No, they never asked.
16      Q.    The second time when you were
17  pregnant with Madison, did the obstetrician
18  also say you should stop smoking?
19      A.    Yes.
20      Q.    And did you say "I'm smoking
21  Light cigarettes"?
22      A.    No.
23      Q.    But you understood that it would
24  be dangerous for you to continue smoking --
25      A.    Yes.
```

Page 148

```
                MELANIE HAUBRICH
1
2       Q.    -- even though you were smoking
3  Light cigarettes?
4       A.    Yes.
5       Q.    I don't think I asked you this.
6  Have you ever been married?
7       A.    No.
8       Q.    And how long have you lived with
9  Mr. Binck?
10      A.    19 years.
11      Q.    Have you ever been a party to
12  any lawsuit?
13      A.    No.
14      Q.    Ever filed for bankruptcy?
15      A.    No.
16      Q.    Ever been arrested for anything?
17      A.    No.
18      Q.    Any workers' comp claims?
19      A.    No.
20      Q.    When you first decided to
21  contact a lawyer, how many months had passed
22  since you first read that magazine article?
23      A.    I can't recall.  Maybe a couple.
24  Maybe two, estimated.
25      Q.    And was there anything in
```

Page 149

```
                MELANIE HAUBRICH
1
2  particular that triggered you to call the
3  lawyer, or was this something that was just
4  sitting in the back of your mind?
5       A.    No, nothing triggered me to
6  call.
7       Q.    And when you contacted -- when
8  you decided to contact the lawyer, can you
9  give me an idea -- a little more concrete idea
10  of what you were looking for in contacting a
11  lawyer?
12      A.    Just to make it known of how
13  cigarettes are false advertisement on Marlboro
14  Ultra Lights and to show that they aren't safe
15  and that I thought they were safe, and people
16  should know that.
17      Q.    Between the time you read the
18  magazine and the time you contacted a lawyer,
19  did you read anything else anyplace, be it a
20  magazine article, newspapers, internet, about
21  lawsuits being filed dealing with Lights or
22  Ultra Light cigarettes?
23      A.    No.
24      Q.    So this was an idea that you
25  came up with to contact the lawyer?
```

```
1          MELANIE HAUBRICH
2    A.    Yes.
3          MR. ROSENBERG I have no further
4    questions.  Thank you.
5          THE WITNESS:  Thank you.
6          VIDEOTAPE TECHNICIAN:  We're
7    going off the video.  The time is 1:52.
8                - - -
9          (Witness excused.)
10               - - -
11         (Whereupon, the deposition was
12   concluded at 1:51 p.m.)
13               - - -
14
15
16
17
18
19
20
21
22
23
24
25
```

```
1          INSTRUCTIONS TO WITNESS
2
3          Please read your deposition over
4    carefully and make any necessary
5    corrections.  You should state the
6    reason in the appropriate space on the
7    errata sheet for any corrections that
8    are made.
9          After doing so, please sign the
10   errata sheet and date it.
11         You are signing same subject to
12   the changes you have noted on the errata
13   sheet, which will be attached to your
14   deposition.
15         It is imperative that you return
16   the original errata sheet to the
17   deposing attorney within thirty (30)
18   days of receipt of the deposition
19   transcript by you.  If you fail to do
20   so, the deposition transcript may be
21   deemed to be accurate and may be used in
22   court.
23
24
25
```

```
1
2          C E R T I F I C A T I O N
3
4          I, DEBORAH L. WILLIAMS, a
5    Certified Court Reporter and Notary Public for
6    the Commonwealth of Pennsylvania, do hereby
7    certify the foregoing to be a true and
8    accurate transcript of my original
9    stenographic notes taken at the time and place
10   hereinbefore set forth.
11
12
13   _____
14   Deborah L. Williams
     Certified Reporter
15   Notary Public
16
17     DATED:  January 10, 2010
18         (The foregoing certification of
19   this transcript does not apply to any
20   reproduction of the same by any means, unless
21   under the direct control and/or supervision of
22   the certifying reporter.)
23
24
25
```

```
1          CERTIFICATE OF DEPONENT
2
3          I have read the foregoing transcript of
4    my deposition and except for any corrections or
5    changes noted on the errata sheet, I hereby
6    subscribe to the transcript as an accurate record
7    of the statements made by me.
8
9
     _____
10              MELANIE HAUBRICH
11
12         SUBSCRIBED AND SWORN before and to me
13   this ____ day of _____, 20___.
14
15
16   _____
17              NOTARY PUBLIC
18
19
20   My Commission expires:
21
22
23
24
25
```

Page 154

```
 1              ERRATA SHEET
              VERITEXT REPORTING COMPANY
 2                 1350 BROADWAY
              NEW YORK, NEW YORK 10018
 3                 800-362-2520
 4     CASE: HAUBRICH VS. PHILIP MORRIS USA, INC.
       DEPOSITION DATE: JANUARY 7, 2010
 5     DEPONENT:  MELANIE HAUBRICH
 6     PAGE LINE(S)   CHANGE        REASON
 7     ____|____|_____|_____
 8     ____|____|_____|_____
 9     ____|____|_____|_____
10     ____|____|_____|_____
11     ____|____|_____|_____
12     ____|____|_____|_____
13     ____|____|_____|_____
14     ____|____|_____|_____
15     ____|____|_____|_____
16     ____|____|_____|_____
17     ____|____|_____|_____
18     ____|____|_____|_____
19     ____|____|_____|_____
20
21        _____
          MELANIE HAUBRICH
22
       SUBSCRIBED AND SWORN TO BEFORE ME
23     THIS _____ DAY OF _____, 20___.
24
       _____   _____
25     (NOTARY PUBLIC)       MY COMMISSION EXPIRES:
```

VERITEXT REPORTING COMPANY
www.veritext.com
(212) 279-9424                                    (212) 490-3430