# Exhibit 6

1              UNITED STATES DISTRICT COURT
                    DISTRICT OF MAINE

2

     IN RE: LIGHT CIGARETTES MARKETING )
3    AND SALES PRACTICES LITIGATION    ) MDL DOCKET NO.
     _____) 1-09-MD-2068
4    THIS DOCUMENT RELATES TO:         )
                                       )
5    CAROL CORSE, Individually         ) Case No.:
     and on behalf of all others       ) 3:09-cv-01122
6    similarly situated,               )
                                       )
7                        Plaintiff,    )
     v.                                )
8                                      )
     PHILIP MORRIS USA INC., a         )
9    Virginia corporation, and         )
     ALTRIA GROUP, INC., a Virginia    )
10   corporation,                      )
                                       )
11                       Defendants,   )

12

13

14    VIDEOTAPED DEPOSITION OF:

15    CAROL CORSE

16    Taken on Behalf of the Defendants

17    December 9, 2009

18

19

20

21

22

23

24

25

Page 2

1  APPEARANCES:
2
3  For the Plaintiff:
   CHARLES BARRETT, ESQ.
4  Barrett & Associates, P.A.
   6518 Highway 100
5  Suite 210
   Nashville, Tennessee 37205
6  615.515.3393
   cb@barrettandassociates.net
7
8  For the Defendants:
   EZRA D. ROSENBERG, ESQ.
9  Dechert, LLP
   Suite 500
10 902 Carnegie Center
   Princeton, New Jersey 08540-6531
11 609.955.3222
   ezra.rosenberg@dechert.com
12
13
   Also Present:
14 MICHAEL HAMILTON, ESQ.
   Provost Umphrey Law Firm, L.L.P.
15 One Burton Hills Boulevard, Suite 380
   Nashville, Tennessee 37215
16 615.242.0199
   Mhamilton@provostumphrey.com
17
18 JASON POWERS, The Videographer
19
20
21
22
23
24
25

Page 4

1      The videotaped deposition of CAROL
2  CORSE, taken on behalf of the Defendants on the
3  9th day of December 2009, commencing at 9:02
4  a.m., at United Steelworks Building, 3340
5  Perimeter Hill Drive, Nashville, Tennessee, for
6  all purposes under the Federal Rules of Civil
7  Procedure.
8      The formalities as to notice, caption,
9  certificate, et cetera, are waived.  All
10 objections, except as to the form of the
11 questions, are reserved to the hearing.
12     It is agreed that Rhonda S.
13 Hornung-Nicholson, being a Notary Public and
14 Court Reporter for the State of Tennessee, may
15 swear the witness, and that the reading and
16 signing of the completed deposition by the
17 witness are reserved.
18
19
20
21
22
23
24
25

Page 3

1              INDEX
2
   WITNESS:  CAROL CORSE           Page
3
4  By Mr. Rosenberg                  6
5          EXHIBITS
6  Exhibit      Description     Page
7
   1   Complaint               73
8
   2   Package onsert          83
9
10
11
12
13 Reporter's certificate       96
14
15 Amendment sheet             97
16
17
18
19
20
21
22
23
24
25

Page 5

1      THE VIDEOGRAPHER:  Here begins
2  Volume 1, Videotape Number 1 in the deposition
3  of Carol Corse in the matter of Corse, et al.,
4  versus Philip Morris USA, Incorporated, et al.
5  in the United States District Court, Middle
6  District of Tennessee, Nashville Division.  The
7  case number is MDL2068.  Today's date is the 9th
8  of December 2009.  Time on the video monitor is
9  9:02 in the a.m.
10     Counsel, please identify yourselves
11 and state whom you represent.
12     MR. ROSENBERG:  Ezra D. Rosenberg
13 from Dechert, LLP, representing Philip Morris
14 USA, Inc.
15     MR. BARRETT:  Charles Barrett of
16 Barrett & Associates representing the plaintiff.
17     THE VIDEOGRAPHER:  Thank you.
18     Would all others present please
19 identify themselves for the record.
20     MR. HAMILTON:  Michael Hamilton,
21 Provost Umphrey Law Firm, LLP, attorneys for
22 some of the plaintiffs in the MDL.
23     THE VIDEOGRAPHER:  Thank you.
24     Would the reporter please swear in
25 the witness.

2 (Pages 2 to 5)

1           CAROL CORSE
2  was called as a witness, and after having been
3  first duly sworn, testified as follows:
4       E X A M I N A T I O N
5  BY MR. ROSENBERG:
6     Q.    Good morning.  Ms. Corse, do you prefer
7  Ms. Corse as opposed to --
8     A.    Carol's fine.
9     Q.    Well, if I want to be a little more
10 formal, is it --
11    A.    Okay.
12    Q.    -- is Ms. okay?
13    A.    Miss.
14    Q.    Miss?
15    A.    Yes.
16    Q.    Miss as opposed to Ms.?
17    A.    Miss.  Single.
18    Q.    Got it.  Good morning.  My name's Ezra
19 Rosenberg.  I represent Philip Morris USA, Inc.,
20 and we're here to take your deposition.  And you
21 understand that, right?
22    A.    Yes.
23    Q.    Have you ever been deposed before?
24    A.    No.
25    Q.    Okay.  Let me go through a few basic

1  rules.  First of all, as I think you know, the
2  court reporter is going to be taking down
3  everything you say and going to be put into a
4  book called the transcript, may be used in
5  proceedings down the road in this case.
6       So it's important that when you answer my
7  questions, first of all, that you understand the
8  question, and if you don't, please tell me and
9  I'll try to clear it up.  Okay?
10    A.    Okay.
11    Q.    Second, that when you answer the
12 questions, you do so orally, because nods of the
13 head and shrugs of the shoulder, even though
14 you're being photographed -- video'd, for the
15 purposes of the official record, we really have
16 to hear your oral response.  Okay?
17    A.    Okay.
18    Q.    From time to time there may be an
19 objection from Mr. Barrett; if so, wait until we
20 clear that up and then we'll proceed.
21       If at any time you want to take a break
22 -- this isn't supposed to be a test of endurance
23 for either you or for me, so just let me know
24 and we'll -- we'll take a break.  We have, I
25 think, a set period of time in which we want to

1  complete the deposition, and we're hopeful to do
2  that sooner rather than later.  Okay?
3     A.    Okay.
4     Q.    Any questions of me before we proceed?
5     A.    No, not at this time.
6     Q.    Are you under any medications or drugs
7  that would affect your ability to testify today?
8     A.    No.
9     Q.    Any other reason why you can't testify
10 competently today?
11    A.    No.
12    Q.    Thanks.  And let me get some general
13 background out of the way.  Date of birth?
14    A.    3/10/58.
15    Q.    And where were you born?
16    A.    Laredo, Texas.
17    Q.    How long did you live in Laredo?
18    A.    Probably about two years.
19    Q.    And where did you move after you left
20 Laredo?
21    A.    Smyrna, Tennessee.
22    Q.    Okay.  And you still live in Smyrna
23 Tennessee, right?
24    A.    Correct.
25    Q.    And have you lived in Smyrna, Tennessee,

1  from 1960 to the present?
2     A.    No.
3     Q.    Okay.  Why don't we go back to when you
4  were two years old, moved to Smyrna, Tennessee.
5  How long did you live there?
6     A.    Probably about five years.  Father was in
7  the Air Force.  We were stationed to Warner
8  Robins, Georgia.  Then we were stationed in
9  Puerto Rico, and then came back to Smyrna,
10 Tennessee, about '74.
11    Q.    Okay.
12    A.    Been here since.
13    Q.    So you were about 16 when you came back
14 to Smyrna?
15    A.    Yep.
16    Q.    How long did you live in Georgia?
17    A.    About three and a half years.
18    Q.    Okay.  And how long did you live in
19 Puerto Rico?
20    A.    Four.
21    Q.    Four years.  So you lived in Puerto Rico
22 from around 1970 to '74 and then moved --
23    A.    Moved here in the middle of '74, yes.
24    Q.    Great.  And you've been in Smyrna since
25 then you said?

3 (Pages 6 to 9)

1   A.   Yes.
2   Q.   Great.  Are you a current smoker?
3   A.   Yes.
4   Q.   What -- what cigarettes do you smoke now?
5   A.   L&M Light 100s.
6   Q.   How long have you been smoking L&M Light
7   100s?
8   A.   About three years.
9   Q.   Before you were smoking L&M Light 100s,
10  what brands did you -- what brand did you smoke?
11  A.   Marlboro Light 100s.
12  Q.   How long did you smoke Marlboro Light
13  100s?
14  A.   Gosh, been a long time.  Probably about
15  27 years.
16  Q.   And prior to Marlboro Light 100s, did
17  you --
18  A.   I smoked full flavors.
19  Q.   Which -- which brand?
20  A.   Of Marlboros.
21  Q.   And how long did you smoke Marlboro full
22  flavors?
23  A.   I would say about four years maybe, give
24  or take.
25  Q.   And did you smoke any brand of cigarette

1   before you smoked Marlboro full flavors?
2   A.   Yeah.  I had tried a couple different
3   brands.
4   Q.   Which ones?
5   A.   Oh, gosh.  I might have tried Benson &
6   Hedges, some Raleighs, Viceroys.  I tried
7   several different brands.  It just -- before I
8   came up with Marlboros.
9   Q.   I'll -- I'll come back to that.  I just
10  wanted to get a little -- little background.
11       Did you speak with anyone in preparation
12  for your deposition today?
13  A.   I've only spoke to my attorneys.
14  Q.   And by your attorneys, you mean
15  Mr. Barrett?
16  A.   Yes.
17  Q.   Anyone else?
18  A.   Mike Hamilton a little bit.
19  Q.   And when did you meet with Mr. Barrett
20  and Mr. Hamilton?
21  A.   This morning.
22  Q.   Did you meet with them at any other time
23  in preparation for the deposition other than
24  this morning?
25  A.   Yes.

1   Q.   When was that?
2   A.   Yesterday.
3   Q.   Any other days?
4   A.   We had lunch last -- I think it was last
5   Thursday.
6   Q.   And how long was the meeting yesterday?
7   A.   Just about 30 minutes.
8   Q.   Did you review any documents in
9   preparation for the deposition?
10  A.   Just -- I kind of just skimmed over what
11  -- the paper right here.
12  Q.   And paper right here, I'm going to show
13  you what has been --
14  A.   The --
15  Q.   -- marked as Exhibit Number 1, which is
16  the class-action complaint.  Is that what you
17  skimmed over?
18  A.   Yes.
19  Q.   Thanks.  How did you get involved in this
20  lawsuit?
21  A.   I was approached by a gentleman because
22  he knew I smoked cigarettes, Marlboro Lights,
23  and asked if I wanted to be involved, and if I
24  did, get in touch with Charles Barrett.
25  Q.   Who was the gentleman?

1   A.   Lynn Agee.
2   Q.   I'm sorry.  Lynn?
3   A.   A coworker.
4   Q.   Lynn?
5   A.   A coworker.
6   Q.   Lynn?
7   A.   Agee.
8   Q.   A-G-E-E?
9   A.   Uh-huh.
10  Q.   And Mr. Agee is a coworker?
11  A.   Yes.
12  Q.   And when did he approach you?
13  A.   Last week, probably Tuesday.
14  Q.   So a week ago Tuesday?
15  A.   Yeah.  Yeah.
16  Q.   So very, very recently?
17  A.   Oh, yes.
18  Q.   And what did he tell you?
19  A.   That this lawsuit was going on and if I
20  would be interested, being that I'm pretty much
21  a participant in it.  I said yes.
22  Q.   And what did he tell you about the
23  lawsuit?
24  A.   Pretty much that they were fighting
25  against the -- the misleading of the lights and

Page 14

1  ultralights of cigarettes.
2  Q.    And did he explain what he meant by
3  misleading?
4  A.    No. I'm the one -- he -- he told me to
5  contact Charles if I was interested in getting
6  in the case.
7  Q.    Well, what made you interested in getting
8  into the case?
9  A.    Because I am a smoker of ultralights,
10  lights.
11  Q.    And when he told you that they were
12  fighting against the misleading relating to
13  ultralights and light cigarettes, did you ask
14  him what he meant by misleading?
15  A.    No, I didn't.
16        MR. BARRETT: Objection. I think
17  that's what -- I think she said that was her
18  words, not Lynn's.
19  BY MR. ROSENBERG:
20  Q.    Okay. Let me clear that up, then. Was
21  misleading your word?
22  A.    Well, yeah.
23  Q.    Okay. And let me back up a little
24  because I obviously misunderstood. What did
25  Mr. Agee tell you the suit was about?

Page 15

1  A.    That the misrepresentation of Philip
2  Morris's -- saying that the lights and
3  ultralights were supposed to be better. And I,
4  at that moment, said no, they're not. I will be
5  willing to do the state rep.
6  Q.    And when he said the misrepresentation of
7  Philip Morris are better, what did
8  you take him to mean by better?
9  A.    He didn't really say the word "better."
10  Let's see. Repeat your question.
11  Q.    Sure. I think you said that Mr. Agee
12  said the suit was about the misrepresentation of
13  Philip Morris that lights were better. Was
14  "better" his word?
15  A.    I don't really remember the conversation
16  exact. He just approached me saying there was a
17  case going on with -- with Marlboro's
18  ultralights -- and I had smoked them -- would
19  you want to be interested in doing the case? I
20  said yeah. He said, well, we'll contact
21  Mr. Barrett for you.
22  Q.    Okay. But did you have any idea what the
23  case was about?
24  A.    About the lights and ultralight
25  cigarettes having --

Page 16

1  Q.    And -- and what --
2  A.    They're supposed to be so much better.
3  Q.    Ah, okay. That's what I'm trying to get
4  at. And I think you said that you told him they
5  were not better?
6  A.    No. Right.
7  Q.    Okay. What did you mean when you said
8  they were not better?
9  A.    That they're -- they're just as bad as
10  the full flavor because I'm smoking just as
11  much. More. Heavier.
12  Q.    And when you say "just as bad as the full
13  flavor," what do you mean by "just as bad"?
14  A.    Well, I mean bad is bad. If this was
15  supposed to have been safer, as far as lower
16  nicotine and tar, that I don't feel like that
17  was true.
18  Q.    And how long have you felt that way?
19  A.    I haven't given it a lot of thought,
20  really. I was just -- I'm just addicted and
21  habit.
22  Q.    Well, when -- when -- I think you said
23  that you told him that they were not better.
24  How long have you felt that they were not
25  better?

Page 17

1  A.    I don't know. I really haven't given any
2  thought. I don't know.
3  Q.    And I think you said that you thought
4  they were not better because you were smoking
5  just as much and more heavier; is that right?
6  A.    Right.
7  Q.    How long --
8  A.    Well, after -- you know, after doing some
9  reading on this, you know, it's like, oh, yeah,
10  this is so true.
11  Q.    Okay. Had you been doing reading on this
12  before you spoke with Mr. Agee?
13  A.    No.
14  Q.    So this is reading after you spoke with
15  Mr. Agee?
16  A.    On my own. Yes.
17  Q.    On your own. What -- what reading have
18  you done in the last -- this is over the last
19  two weeks; is that correct?
20  A.    No, just over a few hours yesterday.
21  Q.    Okay. What reading did you do over the
22  last several hours, since yesterday?
23  A.    Just some reading off the Internet.
24  Q.    What sort of thing did you read off the
25  Internet?

5 (Pages 14 to 17)

Page 18

1   A.   Telling how Philip Morris knew all along
2   what they were doing in -- false advertises and
3   marketing and that, you know, I was -- I -- I
4   got sucked right into it.
5   Q.   What -- do you recall the sites that you
6   accessed on the Internet?
7   A.   No, I don't.
8   Q.   Do you recall whose statements you were
9   reading on the Internet that said that Philip
10  Morris knew all along concerning false
11  advertising and marketing?
12  A.   No, I couldn't -- no, I don't remember
13  the names.
14  Q.   Do you have any idea, any more
15  information about what you were reading other
16  than what you just said, that -- how Philip
17  Morris knew all along concerning false
18  advertising and marketing?
19  A.   No.
20  Q.   And let me just go back to what I was
21  asking before that.  How long did you realize
22  that you'd been smoking just as much and smoking
23  heavier or just as heavy?
24  A.   Heavier, probably after the first year I
25  started on lights.

Page 19

1   Q.   And you -- do you recall the year you
2   started on lights?
3   A.   The year I started on lights?
4   Q.   Yeah.
5   A.   It was probably like '80s, early '80.
6   Q.   And what was the first light cigarette
7   that you smoked, was it Marlboro Lights?
8   A.   It was Marlboro Light, yeah.
9   Q.   And you said the first year that you
10  started smoking, you realized you were smoking
11  heavier?
12  A.   Yeah.  After time I realized, you know,
13  it's like smoking a little bit more than I
14  normally did.  I was puffing them quicker so I'd
15  have to light another one quicker.
16  Q.   And so by heavier you mean you were
17  puffing them more quickly?
18  A.   I was puffing them harder to -- to get
19  that sensation of fullness like a full flavor,
20  because I wasn't getting it.  It was light, but
21  I guess it was so light that I really couldn't
22  feel it, so I smoked more.  I would inhale and
23  get that --
24  Q.   And you realized that when you were doing
25  that, you were getting more smoke in, right?

Page 20

1   A.   Yes.
2   Q.   And -- and you realized you were getting
3   more tar in also then?
4        MR. BARRETT:  Objection.
5   BY MR. ROSENBERG:
6   Q.   You can answer.
7   A.   Well, what do you mean by getting more
8   tar in me?
9   Q.   With the -- with the smoke.
10  A.   Well, I wasn't thinking about it at the
11  time.  No.
12  Q.   And let me back up.  I think you said --
13  you didn't say what age you were.  How old were
14  you when you first started smoking?
15  A.   Probably about 17.
16  Q.   And you were living in Tennessee at the
17  time?
18  A.   Yes.
19  Q.   And do you recall your first cigarette?
20  A.   For some reason I'm thinking it was a
21  Raleigh.
22  Q.   Full flavor?
23  A.   Yes.
24  Q.   And why did you start smoking?
25  A.   It was the in thing to do, follow the

Page 21

1   crowd, try it out.
2   Q.   And after you had your first cigarette --
3   first of all, how did you feel when you smoked
4   your first cigarette?
5   A.   Dizzy, that young.
6   Q.   And did you then decide to try a second
7   cigarette?
8   A.   Yep.  It carried on from there.
9   Q.   And how -- how often did you smoke when
10  you first started smoking?  Were you just
11  smoking a cigarette every so often or did you
12  right away start to be a regular smoker?
13  A.   Now, are you referring to when I was
14  17 --
15  Q.   17.
16  A.   -- years old?
17  Q.   I'm talking about 17.
18  A.   And what was the question on that?
19  Q.   When you first started smoking, after you
20  had, first, Raleigh and then -- did you start
21  smoking regularly right away or did you start
22  smoking every so often?
23  A.   I increased as time went on.
24  Q.   Did there come a time when you became a
25  regular smoker?

6 (Pages 18 to 21)

Page 22

1   A.   Oh, yes.
2   Q.   Do you recall how old you were when you
3   became a regular smoker?
4   A.   Probably 17, 18 years old.
5   Q.   And by "regular smoker," how much were
6   you smoking when you were 17 or 18 years old?
7   A.   About a half a pack.
8   Q.   Half pack a day?
9   A.   Uh-huh.
10  Q.   And during that time, what cigarette were
11  you smoking as your regular cigarette?
12  A.   Marlboro full flavor.
13  Q.   So very shortly after becoming a regular
14  smoker, you were smoking Marlboro full flavor?
15  A.   Yeah.   That was the popular brand back --
16  back then.
17  Q.   I guess that was my next question, was
18  why Marlboro full flavor as opposed to Raleighs?
19  A.   It was -- it was the in thing.   You know,
20  there was the commercials.   They had the -- the
21  cowboy, Marlboro man.
22  Q.   You liked the taste?
23  A.   Yeah, I liked the taste.
24  Q.   Did you like the taste of Marlboro full
25  flavor better than the Raleighs?

Page 23

1   A.   Yep.
2   Q.   And for people who aren't smokers, when
3   -- when we talk about taste of a cigarette, can
4   you describe what that means to you?
5   A.   It's hard to describe the taste.   I mean,
6   everybody's different.   One's stronger tasting
7   than the other.   I don't know.
8   Q.   Well, there's also kind of a harshness or
9   mildness also, right?
10  A.   True.
11  Q.   In addition to taste, right?   Yes?
12  A.   Yes.
13  Q.   And is that feel in the throat?   I'm
14  not a smoker.   Is that -- is that what you're
15  talking about?
16  A.   Yes.   It's the feel in your throat.
17  Yeah.
18  Q.   Now, when you became a regular Marlboro
19  full flavor smoker when you were 17 or 18, did
20  you keep smoking Marlboro full flavor then for
21  the next, I think you said seven-plus years?
22  A.   Probably.   Yeah, it was probably about
23  the '80s, give or take a year.   '80s I started
24  the lights.
25  Q.   Okay.   And just sticking with when you

Page 24

1   were smoking Marlboro full flavor cigarettes,
2   did you try other cigarettes during that period
3   of time?
4   A.   No.
5   Q.   So the only cigarette you smoked for
6   that --
7   A.   That I --
8   Q.   -- approximately --
9   A.   -- stayed with --
10  Q.   -- seven-year period was Marlboro full
11  flavor?
12  A.   Correct.
13  Q.   Then in the early '80s, I think you
14  said --
15  A.   Uh-huh.   Yes.
16  Q.   -- you decided to smoke Marlboro Light
17  cigarettes, right?
18  A.   Correct.
19  Q.   Why did you decide to smoke Marlboro
20  Light cigarettes?
21  A.   Because of the advertisements and
22  promotions that I were seeing and hearing on the
23  TV that, you know, it's a healthier, lighter
24  cigarette, less tar, less nicotine, why not go
25  that route if you -- if you're wise, you would.

Page 25

1   I was already at that point of addiction and
2   habit that I needed to go light.
3   Q.   Okay.   Let me stop for a second.   You
4   said you were already at the point of addiction
5   and habit.   What do you mean by that?
6   A.   Of smoking regular every day.
7   Q.   Were you still smoking a half pack a day?
8   A.   Yes.
9   Q.   And did it -- did that vary or was it
10  always about a half pack a day?
11  A.   It could be a half to three-quarters.
12  Q.   And this is when you were smoking the
13  Marlboro full flavors?
14  A.   Correct.
15  Q.   And were there certain situations that
16  you wound up smoking more or smoking less?
17  A.   About the same.   I'd smoke them about the
18  same.
19  Q.   Did you feel, at the time, that you were
20  addicted to smoking?
21  A.   I don't think I gave it thought that I
22  was really addicted.   Still pretty young.
23  Q.   Then you -- I think you said that the
24  reason you switched to Marlboro Lights were the
25  advertisements and promotions; is that correct?

Page 26

1    A.    That's correct.
2    Q.    And I think you also said that it said
3  that they were a healthier, lighter cigarette.
4  Is that what you said?
5    A.    Yes.
6    Q.    Did you actually see any advertisements
7  or promotions by Philip Morris that said that
8  Marlboro Lights was a healthier cigarette?
9    A.    I don't know if you mean -- exactly
10  healthier.  I mean, safer as far as lower
11  nicotine and tar.  Don't know if they used the
12  word "safer."
13    Q.    So just so it's clear, you don't know if
14  they used the word "safer;" is that correct?
15    A.    Right.  Correct.
16    Q.    Do you know if they used the word
17  "healthier"?
18    A.    No, I don't think it -- I don't remember,
19  really.
20    Q.    Do you know --
21    A.    It's just supposed to be better being
22  that it's lower.
23    Q.    Did they use the word "better"?
24    A.    I can't remember that commercial exactly
25  from back then.

Page 27

1    Q.    Did they use the words "lower nicotine
2  and tar"?
3    A.    Yes.
4    Q.    Did you take that to mean safer?
5    A.    Yes.
6    Q.    Why?
7    A.    Well, because you're not consuming as
8  much being lower tar and nicotine.  So
9  therefore, it's supposed to be better and
10  healthier -- safer, not healthier.  Safer.
11    Q.    What did you understand tar to be?
12    A.    An ooey gooey black stuff that sticks to
13  your lungs.
14    Q.    And you knew that at the time you
15  switched?
16    A.    I've had ideas, thoughts of what I've
17  heard throughout.  You know, I didn't do any
18  studies on it.
19    Q.    And what did you understand nicotine to
20  be?
21    A.    That addiction part of it.
22    Q.    And you thought that at the time?
23    A.    Yes.
24    Q.    And did you understand that the tar and
25  nicotine was part of the smoke that you were

Page 28

1  smoking?
2    A.    Yes.
3    Q.    And did you understand that if you were
4  taking in less smoke you'd be taking less tar
5  and nicotine?
6         MR. BARRETT:  Objection.
7         THE WITNESS:  Rephrase the question.
8  BY MR. ROSENBERG:
9    Q.    Did you understand that if you were
10  inhaling less smoke you'd be inhaling less tar
11  and nicotine?
12         MR. BARRETT:  Objection.
13  BY MR. ROSENBERG:
14    Q.    You can answer.
15         MR. BARRETT:  If you can -- you can
16  answer --
17         THE WITNESS:  Oh.
18         MR. BARRETT:  -- if you can.
19         THE WITNESS:  Oh, okay.  Did I
20  understand I was taking in less tar and nicotine
21  by smoking less?
22  BY MR. ROSENBERG:
23    Q.    If -- if -- if you were taking in less
24  smoke.  Yes.
25    A.    No, not really.

Page 29

1    Q.    Well, how did you understand that you'd
2  be taking in less tar and nicotine, if you had
3  an understanding?
4    A.    How did I understand how -- re -- say
5  that again.
6    Q.    How did you understand you would be
7  getting less tar and nicotine?
8         MR. BARRETT:  Objection.
9         THE WITNESS:  How would I understand
10  how I would be getting less.  I wasn't getting
11  less.  I was getting more.
12  BY MR. ROSENBERG:
13    Q.    And why were -- why were you getting
14  more?
15    A.    Because I was puffing harder and inhaling
16  harder to try and, I guess, reach that full
17  flavor again, and so -- inhaling harder and
18  smoking harder, I smoked harder.
19    Q.    And you understood this at the time?
20         MR. BARRETT:  I'm going object to
21  the whole line of questions.  I mean, she's not
22  an expert in tar and nicotine.  I mean, she's
23  not.
24         MR. ROSENBERG:  Right.
25         MR. BARRETT:  And -- and to assume

Page 30

1   that she is, is improper.
2          MR. ROSENBERG:  Well, I'm not
3   assuming she's an expert.  I'm assuming she's
4   talking about her smoking behavior.
5          MR. BARRETT:  And -- right.  But ask
6   her a question about her smoking behavior, not
7   tar and nicotine and specifically what it does.
8   BY MR. ROSENBERG:
9   Q.    You can answer.
10         MR. BARRETT:  Is there a pending
11  question?
12         MR. ROSENBERG:  Yeah.
13         Rhonda, can we get it read back.
14         (The requested portion of the record
15  was read by the reporter.)
16  BY MR. ROSENBERG:
17  Q.    You understood this at the time?
18  A.    I understood this at the time, that I was
19  getting more --
20  Q.    Yes.
21  A.    -- tar and nicotine --
22  Q.    Yes.
23  A.    -- by smoking more?
24  Q.    Right.
25         MR. BARRETT:  Objection.

Page 31

1   BY MR. ROSENBERG:
2   Q.    Right.
3   A.    I didn't give it any thought, really.
4   Q.    When you switched to Marlboro Lights, did
5   you like the taste of the Marlboro Lights?
6   A.    Yes.
7   Q.    Did you like the -- relative, the
8   harshness as opposed -- or mildness?
9   A.    It was lighter feeling in my throat.
10  Q.    And did you -- is that what you wanted
11  from a cigarette?
12  A.    Right.  It wasn't as harsh as the full.
13  Q.    Do -- do you enjoy smoking?
14  A.    I don't know if you can say so much as
15  enjoying it.
16  Q.    Meaning you don't know if you enjoy it or
17  not or you don't enjoy it?
18  A.    Well, it's hard to use the word "enjoy."
19  I think I'm just more in the habit and addicted.
20  Q.    Do you get any -- any pleasure from
21  smoking?
22  A.    Yes, I do.
23  Q.    Can you describe what that means?
24  A.    I get pleasure smoking one after I eat a
25  meal.

Page 32

1   Q.    Any other times?
2   A.    Maybe if I have a drink, as far as
3   pleasure.
4   Q.    Now, I think you said you smoked Marlboro
5   Lights for 27 years; is that correct?
6   A.    Yes.
7   Q.    During that time, did you smoke any other
8   cigarettes?
9   A.    No, I didn't.
10  Q.    None whatsoever?
11  A.    None.  No other flavors than Marlboros.
12  Q.    I'm sorry?
13  A.    No other flavors than Marlboro Lights.
14  Q.    And when you say no other flavors than
15  Marlboro Lights, I'm not sure what -- if you're
16  making a distinction between --
17  A.    Okay.  Well, ask -- ask your question
18  again.
19  Q.    Sure.  During the 27 years that you
20  smoked Marlboro Lights, did you smoke any other
21  cigarette ever?
22  A.    Yes, I may have.
23  Q.    Okay.  Do you recall which cigarettes?
24  A.    No, because it was far and few between.
25  Q.    Did you ever try an ultralight cigarette?

Page 33

1   A.    Yes.
2   Q.    Which ultralight cigarettes did you try?
3   A.    What flavor was that I tried?  It was one
4   of my mother's.  I think it was a Basic.
5   Q.    When was that?
6   A.    I don't know exactly.
7   Q.    Was it within the last five years?
8   A.    Yes.
9   Q.    Okay.  And why did you try Basic
10  ultralight?
11  A.    Because I had ran out of mine and I
12  bummed one from my mother, and that's what she
13  smoked.
14  Q.    And what did you -- did you like it?
15  A.    No, I didn't.
16  Q.    Why is that?
17  A.    It was too light.
18  Q.    Did you try puffing it heavier?
19  A.    Yes.
20  Q.    Was it still too light?
21  A.    Still too light.
22  Q.    Did you ever -- did you have an
23  understanding as to whether ultralights were
24  safer or better, to use your language?
25  A.    No.  I didn't even pay attention to

1  ultralights.
2  Q.   Did you know they were on the market?
3  A.   Yes.
4  Q.   Do you know that there was a cigarette
5  called Marlboro Ultralights?
6  A.   Yes.
7  Q.   Did you have any understanding as to what
8  the ultralights meant in the phrase Marlboro
9  Ultralights?
10  A.   Just that it was the same thing as a
11  light, only just a little lighter.
12  Q.   And did you think that that meant it was
13  a little safer?
14  A.   No.
15  Q.   By the way, how much safer or better did
16  you think a Marlboro Light was than a Marlboro
17  full flavor cigarette?
18  A.   How did I think it was much more safer --
19  Q.   Not how --
20  A.   -- than a full flavor?
21  Q.   How much more?
22  A.   How much more --
23  Q.   Yeah.
24  A.   -- safer than a full flavor?
25  Q.   Right.

1  A.   I -- no estimate, just that it's supposed
2  to have been better.
3  Q.   You didn't have an idea of how much
4  better?
5  A.   No.  Just going what the -- supposed to
6  have been better.
7  Q.   You understood that all cigarettes,
8  including light cigarettes, can cause cancer,
9  right?
10  A.   Correct.
11  Q.   And did you ever see the warnings on the
12  packs of Marlboro Lights?
13  A.   Yes.
14  Q.   Did you read the warnings?
15  A.   I've read them.
16  Q.   And were they any different than the --
17  did you ever read the warnings on the packs of
18  Marlboro full flavored cigarettes?
19  A.   Yes.  I think they all say about the
20  same.
21  Q.   That the warnings on the packs of the
22  Marlboro full flavored and the Marlboro Lights
23  were the same warnings?
24  A.   (Nodding head.)
25  Q.   Is that a yes?

1  A.   Yes.  I'm sorry.
2  Q.   I want to go back and -- we got a little
3  off track.  After you had the conversation with
4  Mr. Agee a couple of weeks ago and he told you
5  about the lawsuit, what was the next thing that
6  you did in terms of getting involved in the
7  lawsuit?
8  A.   I contacted Mr. Barrett and said --
9  Q.   Had you known Mr. Barrett before?
10  A.   No.
11  Q.   And after speaking with Mr. Barrett, did
12  you make a decision whether to join the lawsuit?
13  A.   Yes.
14  Q.   And that decision was to become a
15  plaintiff in the lawsuit?
16  A.   Yes.
17  Q.   And at that time, had you read anything
18  more about cigarettes, light cigarettes, you
19  know, anything about light cigarettes?
20  A.   Yes.
21  Q.   What did you read?
22  A.   I just read a few articles on the
23  Internet talking about the light cigarettes not
24  being any better for you than a full flavor.
25  Q.   Is that the same articles you were

1  talking about --
2  A.   Prior to our conversation, yes.
3  Q.   Those are the articles you read over the
4  last day or two?
5  A.   (Nodding head.)
6  Q.   Is that yes?
7  A.   Yes.  Actually, it was just yesterday.
8  Q.   Okay.  And other than those articles --
9  A.   Oh.
10  Q.   -- did you read anything else --
11  A.   No.
12  Q.   -- about light cigarettes?
13  A.   No.
14  Q.   Have you spoken with anyone else other
15  than Mr. Agee and Mr. Barrett and Mr. Hamilton
16  about this lawsuit?
17  A.   Yes.
18  Q.   Who else did you speak with?
19  A.   My sister.
20  Q.   Who is your sister?
21  A.   Arlene.
22  Q.   What's her last name?
23  A.   Williamson.
24  Q.   Does she live in Smyrna also?
25  A.   Yes.

Page 38

1  Q.   And what did you tell your sister?
2  A.   I just told her I was being in this
3  deposition.
4  Q.   Is she a smoker also?
5  A.   Very often -- I mean very seldom.
6  Q.   And what cigarettes does she smoke?
7  A.   Marlboro Light.
8  Q.   Is she still smoking Marlboro Lights?
9  A.   On occasion.
10  Q.   You've talked about a few places where
11  you've lived.  Can you tell me where you've
12  bought cigarettes?  I assume you've bought
13  cigarettes in Tennessee, correct?
14  A.   Correct.
15  Q.   Have you bought cigarettes in any other
16  state?
17  A.   Yes.  I've bought them in a few different
18  states.
19  Q.   Do you recall the states you bought them
20  in?
21  A.   To name a couple:  Kentucky, Louisiana,
22  let's see, Michigan.
23  Q.   Were those Marlboro Lights that you
24  bought in those three states?
25  A.   Correct.

Page 39

1  Q.   Okay.  How about Arkansas?
2  A.   No.
3  Q.   California?
4  A.   No.
5  Q.   Colorado?
6  A.   No.
7  Q.   Delaware?
8  A.   No.
9  Q.   District of Columbia?
10  A.   No.
11  Q.   Florida?
12  A.   No.
13  Q.   Illinois?
14  A.   No.
15  Q.   Kansas?
16  A.   No.
17  Q.   Missouri?
18  A.   No.  Yes, Missouri once.  Uh-huh.
19  Q.   Maine?
20  A.   No.
21  Q.   Massachusetts?
22  A.   No.
23  Q.   Minnesota?
24  A.   No.
25  Q.   Mississippi?

Page 40

1  A.   Mississippi, let's see.  Yep.
2  Q.   New Hampshire?
3  A.   No.
4  Q.   New Jersey?
5  A.   No.
6  Q.   New Mexico?
7  A.   No.
8  Q.   New York?
9  A.   No.
10  Q.   Ohio?
11  A.   No.
12  Q.   Oregon?
13  A.   No.
14  Q.   Pennsylvania?
15  A.   No.
16  Q.   South Carolina?
17  A.   No.
18  Q.   Texas?
19  A.   I haven't been a lot of places.
20  Q.   Oh, you haven't bought in a lot of
21  places?
22  A.   Texas, no.  I was too little.
23  Q.   Washington?
24  A.   No.
25  Q.   West Virginia?

Page 41

1  A.   No.
2  Q.   Wisconsin?
3  A.   No.
4  Q.   Thanks.  Are you currently married?
5  A.   No.
6  Q.   Have you been married?
7  A.   Yes.
8  Q.   And what is your husband's name?
9  A.   My ex-husband's name?
10  Q.   Yeah, your ex-husband's.  I'm sorry.
11  A.   Raymond Corse.
12  Q.   Raymond Corse.  And how long ago -- were
13  you divorced?
14  A.   Yes.
15  Q.   How long ago were you divorced?
16  A.   About 10 years.
17  Q.   Was he a smoker?
18  A.   Yes.
19  Q.   What did he smoke?
20  A.   Camels.
21  Q.   Full flavors?
22  A.   I think they were full flavored.
23  Q.   Any children?
24  A.   I have one daughter.
25  Q.   How old is she?

11 (Pages 38 to 41)

1  A.   31.
2  Q.   Is she a smoker?
3  A.   She has one on occasion.  I don't know if
4  you really want to call her an everyday smoker.
5  Q.   Have you ever been a party to any other
6  lawsuit?
7  A.   No.
8  Q.   Ever been arrested?
9  A.   Yep.
10  Q.   For what?
11  A.   Does it have anything to do with smoking?
12  Q.   I can ask you the question.
13  A.   DUI.
14  Q.   How long ago was that?
15  A.   Probably about 11 years ago.
16  Q.   Were you convicted?
17  A.   No.  Just had to do my -- my community
18  service.
19  Q.   Have you ever been a class representative
20  other than in this suit?
21  A.   No.
22  Q.   Ever filed a workers' compensation
23  complaint?
24  A.   No.
25  Q.   Ever filed for bankruptcy?

1  A.   Yes.
2  Q.   When was that?
3  A.   That was probably about eight years ago.
4  Q.   Was that in Tennessee?
5  A.   Yes.
6  Q.   And were your debts discharged?
7  A.   Yes.
8  Q.   What's the highest level of education
9  that you have?
10  A.   Graduated --
11  Q.   From?
12  A.   -- high school.
13  Q.   High school?  In Tennessee?
14  A.   Correct.
15  Q.   And let's talk a little bit about your
16  employment, your work here at USW.
17  A.   (Nodding head.)
18  Q.   How long have you worked here?
19  A.   Be 20 years this coming May.
20  Q.   And what's your job?
21  A.   I'm an inventory control clerk/mailroom
22  clerk.
23  Q.   And has that been your job since you've
24  been here?
25  A.   Yes.

1  Q.   And before 1989, where were you working?
2  A.   I was working part time for my father at
3  a bar and grill.
4  Q.   In Smyrna?
5  A.   Correct.
6  Q.   What was the name of that bar and grill?
7  A.   Bill's Landing.
8  Q.   How long did you work there?
9  A.   I think it was just a couple of years,
10  just to fill in.
11  Q.   Any other jobs before that?
12  A.   Yes.  I worked for Service Merchandise
13  for about four years.
14  Q.   Doing what?
15  A.   Getting rid of damaged and defective
16  material.
17  Q.   Any other jobs?
18  A.   I worked at a little Dairy -- a Dairy
19  Queen.
20  Q.   Making milkshakes?
21  A.   I had the curly Q going on.
22  Q.   Any other jobs?
23  A.   I mean, if you want to call it, my very
24  first job at a Dairy Dip.
25  Q.   And that was right out of high school or

1  during high school?
2  A.   Yeah.  During high school.  Truck stop.
3  Union 76 Truck Stop.
4  Q.   Did you ever smoke a menthol cigarette?
5  A.   I've tried them.
6  Q.   What did you think of them?
7  A.   Little too strong for me, was hard to
8  inhale.
9  Q.   What brand of menthol did you try?
10  A.   Marlboro Milds.
11  Q.   And when was that?
12  A.   Well, tried that in the last couple of
13  years.
14  Q.   And why did you try Marlboro Milds?
15  A.   Because I had an ex-boyfriend who smoked
16  them.
17  Q.   Did your -- either of your folks smoke
18  when you were growing up?
19  A.   Yes.
20  Q.   Both?
21  A.   Both.
22  Q.   And your dad, what did -- what did he
23  smoke?
24  A.   I cannot remember.  He quit so many years
25  ago.

1    Q.    How about your mom?
2    A.    I know she smoked a couple different
3    brands. I remember one is a Viceroy.
4    Q.    Full flavor?
5    A.    I don't -- Viceroy. I actually think
6    they were lights.
7    Q.    Is she still a light smoker?
8    A.    Yes.
9    Q.    Have you talked to her about this
10   lawsuit?
11   A.    Just telling her that I'm getting
12   involved in it.
13   Q.    Now, I think you said your sister,
14   Arlene, smoked a little.
15   A.    Right.
16   Q.    And do you have any other siblings?
17   A.    Yes. I have a sister and a brother.
18   Q.    And what's your other sister's name?
19   A.    Rita.
20   Q.    Last name?
21   A.    Stem.
22   Q.    I'm sorry?
23   A.    Stem.
24   Q.    Stem?
25   A.    Uh-huh. S-T-E-M.

1    Q.    And does she smoke?
2    A.    Yes.
3    Q.    What does she smoke?
4    A.    She smokes a menthol Pall Mall.
5    Q.    Full flavor or light?
6    A.    I think it's the lights. I'm not sure.
7    It's a green pack.
8    Q.    Have you spoken to her about this
9    lawsuit?
10   A.    No.
11   Q.    And your brother?
12   A.    He smokes --
13   Q.    What's his name? I'm sorry.
14   A.    Corey.
15   Q.    Uh-huh.
16   A.    Galbraith, G-A-L-B-R-A-I-T-H. He smokes
17   full flavor, I think, Basics.
18   Q.    Now, did you ever -- let me put it this
19   way. Are you aware of the -- what the tar and
20   nicotine numbers are?
21   A.    No.
22        MR. BARRETT: Objection.
23   BY MR. ROSENBERG:
24   Q.    Of -- of your -- of the cigarettes you
25   smoke?

1    A.    No.
2    Q.    Have you ever looked to see what the tar
3    and nicotine numbers are?
4    A.    No.
5    Q.    Do you know what I mean when I say tar
6    and nicotine numbers?
7    A.    No, not really. I just know it has it in
8    there.
9    Q.    And when you say you know it has it in
10   there, what do you mean?
11   A.    Just by reading articles and...
12   Q.    And what articles are you referring to?
13   A.    None in particular, just what things you
14   read over time.
15   Q.    Uh-huh.
16   A.    You know, advertisements.
17   Q.    Have you ever seen tar and nicotine
18   numbers in any advertisement?
19   A.    No. I don't even know what the numbers
20   are, like you said.
21   Q.    Do you know what the FTC is?
22   A.    No.
23   Q.    Have you ever heard the word "FTC"?
24   A.    No.
25   Q.    We talked a little bit about taste. Is

1    taste or flavor of the -- of cigarette smoke
2    important to you when you choose a cigarette?
3    A.    I think it is.
4    Q.    And have -- you've noticed that different
5    cigarettes have different tastes and flavors?
6    A.    Yes.
7    Q.    And there are some cigarettes that you've
8    smoked whose taste you prefer to others?
9    A.    That I have. I prefer what I smoke now.
10   Q.    Would you ever smoke a cigarette
11   regularly if you didn't like the taste of it?
12   A.    No.
13   Q.    Does the word "light" on a cigarette
14   package to you mean anything in connection with
15   taste?
16   A.    I would think so.
17   Q.    What does it mean?
18   A.    It's lighter taste and it's not that
19   robust flavor like a full.
20   Q.    And same questions as to harshness
21   and mildness. From what you've said, I assume
22   there's certain cigarettes whose harshness or
23   mildness you like better than other cigarettes;
24   is that right?
25   A.    That I like -- say that again.

1  Q.   Well, we talked a little bit about
2  harshness or mildness of a cigarette.
3  A.   Right.
4  Q.   I assume that's kind of a spectrum, from
5  mildness to harshness, in your mind?
6  A.   Yeah, there is -- uh-huh.
7  Q.   And --
8  A.   There's a difference.
9  Q.   And there's someplace along that line
10 that you like certain cigarettes better than
11 others between cigarettes that are either too
12 mild or just mild enough or too harsh or just
13 harsh enough?
14 A.   I'm satisfied with just the -- the mild
15 taste.
16 Q.   Uh-huh.  And, again, light to you means a
17 certain amount of mildness?
18       MR. BARRETT:  Objection.
19       THE WITNESS:  Well, the light itself
20 is all around about the lightness, not so full
21 in your throat, as well as the lighter of the
22 nicotine and tar in it.  I think it's all in
23 conjunction with one another how harsh it is or
24 how mild.
25 BY MR. ROSENBERG:

1  Q.   Now, do you take cost into account --
2  A.   Uh-huh.  Yes, I do.
3  Q.   -- when you buy cigarettes?
4  A.   Yes, I do.
5  Q.   How so?  Tell me.
6  A.   I live on a strict budget and --
7  Q.   Uh-huh.
8  A.   So...
9  Q.   Now, you're aware that there are
10 cigarettes that are less expensive than other
11 cigarettes, right?
12 A.   Right.
13 Q.   There are cigarettes like Basic, I think
14 you mentioned one of your family members smoke,
15 that's a cigarette that's less expensive than a
16 Marlboro; is that correct?
17 A.   Correct.  Supposed to be.  I don't know
18 about now.
19 Q.   Have you ever thought about smoking the
20 economy brand as opposed to the brand like
21 Marlboro?
22 A.   No.
23 Q.   And why is that?
24 A.   I just don't like those cheaper, cheaper
25 brands because I feel like there are floor

1  sweepings and everything else put into them.
2  Q.   Have you tasted them?
3  A.   I have tasted some people's, you know,
4  cigarettes, yeah.
5  Q.   And do you find a difference in the taste
6  between --
7  A.   I just -- terrible taste.  I just didn't
8  like it.
9  Q.   Now, have you ever noticed a difference
10 in the price charged for a Marlboro full
11 flavored or Marlboro Light cigarette?
12 A.   No.  It's about the same price.
13 Q.   You testified that you've stopped smoking
14 Marlboro Lights; is that correct?
15 A.   That I stopped smoking them?
16 Q.   Yeah.
17 A.   Yes.
18 Q.   And that was three years ago?
19 A.   About three years, give or take.
20 Q.   Why did you stop smoking Marlboro Lights?
21 A.   Because of the cost and my budget.
22 Q.   And you switched to L&M Lights?
23 A.   Light 100s.
24 Q.   How do they taste compared to the
25 Marlboro Lights?

1  A.   They remind me a lot of Marlboro Lights,
2  is why I stuck with them.
3  Q.   Same thing with the harshness and
4  mildness or the -- the feel?
5  A.   Yeah.  It had the same feel as my
6  Marlboro Lights.
7  Q.   And I think we just -- you just testified
8  that the price for Marlboro Lights and Marlboro
9  full flavored has -- has always been the same?
10 A.   Yes.
11 Q.   And the price for L&M Lights and L&M full
12 flavor is the same?
13 A.   Yes.
14 Q.   Did you think that the -- the lights was
15 worth more than the full flavor cigarettes?
16 A.   No.
17 Q.   At the time you were buying them, you
18 didn't think they were worth more?
19       MR. BARRETT:  Objection.  What do
20 you mean worth more?
21       MR. ROSENBERG:  Well, I just asked
22 her.
23 BY MR. ROSENBERG:
24 Q.   Do you -- do you understand what I mean
25 by worth more?

14 (Pages 50 to 53)

Page 54

1   A.   Well --
2   Q.   Would you have paid --
3   A.   -- not exact.  Be more -- be more
4   distinctive, please.
5   Q.   Would you have paid more for Marlboro
6   Lights than Marlboro full flavor at the time you
7   were smoking Marlboro Lights?
8   A.   Probably so, knowing the fact they're
9   supposed to have been better.
10  Q.   How much more would you have paid?
11  A.   Oh, that -- I don't really know.
12  Q.   Would you have paid --
13  A.   I'd have to see what was in my budget.
14  Q.   It would depend on your budget?
15  A.   Probably.  Of how much more I'd pay.
16  Q.   Would you have paid $10 more a pack?
17  A.   No.
18  Q.   Would you have paid $5 more a pack?
19  A.   No.
20  Q.   Would you have paid $2 more a pack?
21  A.   I don't know.
22  Q.   Do you think ultralight cigarettes should
23  cost more than light cigarettes?
24       MR. BARRETT:  Objection.
25       THE WITNESS:  No.

Page 55

1   BY MR. ROSENBERG:
2   Q.   You don't think so?
3   A.   I don't think they should cost any more
4   than lights, no.
5   Q.   And why is that?
6   A.   Because they're both the same.
7   Q.   Would you have been in favor of Philip
8   Morris taking Marlboro Lights off the market and
9   selling only Marlboro full flavor cigarettes?
10       MR. BARRETT:  Objection.
11       THE WITNESS:  Would I be in favor --
12  BY MR. ROSENBERG:
13  Q.   Uh-huh.
14  A.   -- of Philip Morris taking off
15  Marlboro --
16  Q.   Uh-huh.
17  A.   -- full flavor?
18  Q.   Uh-huh.
19  A.   I don't quite know how to answer that
20  one.  Would I be in more favor - take Marlboro
21  full off the market.
22       MR. BARRETT:  I'm sorry.  What was
23  the question?
24       MR. ROSENBERG:  Would she -- would
25  she be in favor of Philip Morris taking Marlboro

Page 56

1   Lights off the market and selling only Marlboro
2   full flavored cigarettes?
3       MR. BARRETT:  Objection.
4       THE WITNESS:  Yeah.  I'm not quite
5   sure how to answer that.  Be in favor?  No.  It
6   should just be advertised they're all the same.
7   I don't care if they're lights or ultralights
8   either one.  I mean, they're -- they're all bad
9   for you.
10  BY MR. ROSENBERG:
11  Q.   Now, you're still smoking light
12  cigarettes, right?
13  A.   Correct.
14  Q.   Why?
15  A.   Because I guess Philip Morris has made it
16  too hard to try and quit with all the additives
17  and tar and nicotine in it.  You get addicted to
18  it.
19  Q.   Are you addicted to a brand of
20  cigarettes?
21  A.   I can't say that I am addicted to that
22  brand.
23  Q.   So why not just switch to a different
24  brand of cigarettes if --
25  A.   Because I'm satisfied with this brand.

Page 57

1   Q.   And when you say you're satisfied with
2   this brand, what do you mean?
3   A.   I've been smoking them long enough that
4   that's what I prefer.
5   Q.   Have you ever had any bad health effects
6   from smoking?
7   A.   No.
8   Q.   No diagnosis of cancer?
9   A.   I really haven't had myself tested.  Kind
10  of scared.
11  Q.   Have you ever talked to a doctor -- or
12  strike that.
13       Has a doctor talked to you about the
14  health effects of smoking?
15  A.   Yes.
16  Q.   And when was that?
17  A.   Every time you go to the doctor.  I don't
18  know.  It's been probably a year ago, been to
19  the doctor.
20  Q.   When was the first time a doctor talked
21  to you about the health effects of smoking?  Do
22  you recall?
23  A.   I don't know.
24  Q.   Was it when you were smoking Marlboro
25  Lights?

15 (Pages 54 to 57)

1   A.   I mean, I can't tell you the first time I
2   went to a doctor and he told me, do you smoke?
3   It's not good.  That's -- you know, it's been a
4   long time, so -- they all tell you that.
5   Q.   Uh-huh.  Has any doctor told you that you
6   should get regular checkups because you're a
7   smoker or any kind of periodic tests?
8   A.   No.
9   Q.   Now, I think you testified that you
10  started smoking Marlboro Lights in the early
11  '80s.  Why didn't you try them before then?
12  A.   Well, until I really started seeing the
13  advertisements and my -- you know, your other
14  friends seeing the advertisements, hey, it's --
15  it's better to -- to go lights, low tar, low
16  nicotine, we're better off going that route,
17  let's try it.  Tried it, liked it, stayed on it.
18  Q.   So are -- are you saying that you didn't
19  see the advertisements until the early '80s?
20  A.   That I paid attention, yeah, that I
21  really started watching --
22  Q.   Uh-huh.
23  A.   -- it coming out at us.
24  Q.   And did you say some friends?
25  A.   Just high school friends, whatever they

1   smoked.
2   Q.   And what did they tell you?
3   A.   We all just kind of, you know, let's all
4   try it.  It's supposed to be better.
5   Q.   Did they --
6   A.   You know --
7   Q.   I'm sorry.
8   A.   Go ahead.
9   Q.   Did they say the same thing about
10  ultralights?
11  A.   No, not that I can remember.
12  Q.   Have you ever looked into whether there
13  are even lower tar and nicotine cigarettes than
14  Marlboro Lights and Marlboro Ultralights?
15  A.   No.
16  Q.   Ever heard of a cigarette called Carlton?
17  A.   I have.
18  Q.   Ever try it?
19  A.   No.
20  Q.   Have you ever --
21       MR. BARRETT:  Mr. --
22       MR. ROSENBERG:  I'm sorry?
23       MR. BARRETT:  I was going to say
24  we've been going about an hour.  Y'all want to
25  take a break?

1       MR. ROSENBERG:  Absolutely.
2       THE WITNESS:  Yeah.
3       MR. ROSENBERG:  Yeah.
4       THE WITNESS:  I've had coffee and
5   water all morning.
6       THE VIDEOGRAPHER:  Stand by, please.
7   Going off the record.  This marks the end of
8   Tape Number 1.  Time is 9:59.
9       (Whereupon, a short break was had.)
10      THE VIDEOGRAPHER:  Back on the
11  record.  Here marks the beginning of Tape Number
12  2.  Time is 10:08.
13      MR. ROSENBERG:  Thanks, Jason.
14  BY MR. ROSENBERG:
15  Q.   Ms. Corse, I think you testified that
16  while you were smoking Marlboro full flavors,
17  you would smoke someplace between a half pack
18  and sometimes three-quarters of a pack a day.
19  Is that about right?
20  A.   That's about right.
21  Q.   Was it more a half pack or more
22  three-quarters or --
23  A.   I think it was depending on what I was
24  doing of where I'd smoke more.
25  Q.   And what sort of things would affect

1   whether you'd smoke more?
2   A.   The crowd of friends, out doing
3   something, just -- just out there smoking more.
4   Q.   Did it wind up that you were more often
5   smoking a half pack a day or three-quarters a
6   pack a day when you were smoking Marlboro full
7   flavors?
8   A.   About half.  Yeah, half.
9   Q.   It was more often --
10  A.   It was more often half than, yeah,
11  three-quarters.
12  Q.   Then when you switched to Marlboro Light
13  cigarettes, can you tell me how much you were
14  smoking, how many -- how many cigarettes per
15  day?
16  A.   I started out pretty much three-quarters,
17  the same.  But as time went on, I could see in
18  my pocketbook, I was stopping at the store a
19  little more often.  It was getting up pretty
20  close -- almost a pack a day.  Yeah.
21  Q.   Do you recall about when you started to
22  smoke a pack a day of Marlboro Lights?
23  A.   No, not exactly.  I'd -- I'd say within
24  three years.
25  Q.   Did you continue to smoke about a pack a

Page 62

1  day of Marlboro Lights for the remaining 24
2  years that you were smoking Marlboro Lights?
3  A.    No.  I've actually escalated a little bit
4  more since then.
5  Q.    Okay.  To what did you escalate?
6  A.    I'm about a pack and a half.
7  Q.    About a pack and a half a day.  When did
8  you start smoking a pack and a half a day?
9  A.    Oh, Lord.  I've never really calculated
10  none of this.  Really can't give you a definite
11  time.
12  Q.    How -- are you still smoking a pack and a
13  half a day?
14  A.    Pretty much, yeah.
15  Q.    So would the L&Ms be --
16  A.    Of the -- of the L&Ms, yeah.
17  Q.    And did you understand that when you were
18  smoking a pack a day of cigarettes, you were
19  getting more tar and nicotine than if you were
20  smoking three-quarters of a pack of cigarettes?
21  A.    I wasn't thinking of it as that.
22  Q.    Thinking about it now, does that make
23  sense?
24  A.    Yeah.  That I'd be getting more?
25  Q.    Yes.

Page 63

1  A.    I'd be getting more tar and nicotine
2  smoking pack and a half?
3  Q.    Yes.
4  A.    Well, yeah.
5        MR. BARRETT:  Objection.
6  BY MR. ROSENBERG:
7  Q.    Than smoking the pack or smoking
8  three-quarters of a pack?
9  A.    Oh, no.  I really didn't think that.
10  Huh-uh.
11  Q.    I understand that you didn't think about
12  it.  Thinking about it now, does it make sense
13  to you that you're getting more tar and nicotine
14  when you smoke a pack and a half of cigarettes
15  than if you were smoking --
16  A.    Oh, yeah.  Probably --
17  Q.    -- a half a pack of cigarettes?
18  A.    Yeah, I probably -- yeah.  I probably am.
19  Yeah.  I know I'm double intaking on every
20  aspect.
21  Q.    And when you switched from Marlboro Reds
22  to Marlboro Lights, I think you also said that
23  you remember smoking more intensely; is that
24  right?
25  A.    When I switched to the lights?

Page 64

1  Q.    Yeah.  In thinking about it now, does it
2  make sense that by smoking more intensely you're
3  taking in more tar and nicotine?
4        MR. BARRETT:  Objection.
5        THE WITNESS:  No, because I wasn't
6  -- I wasn't thinking of it as taking -- intaking
7  more tar and nicotine.  I was just getting that
8  up to the level of what satisfied me.
9  BY MR. ROSENBERG:
10  Q.    I understand that you weren't thinking
11  about it back then, but thinking about it now,
12  does it make sense that you are getting more --
13  you were getting more tar and nicotine if you
14  smoked more intensely?
15  A.    Yes.
16  Q.    Or if you take more puffs of the
17  cigarette than you used to; is that right?
18  A.    Right.
19  Q.    Have you ever heard any statements from
20  the government on television or read them in
21  newspapers or magazines about whether low tar
22  cigarettes are better or worse for you?
23  A.    No, never paid attention.  I'm not a big
24  TV watcher.
25  Q.    You're not a TV watcher?

Page 65

1  A.    I'm not a big TV watcher.  I have too
2  much other things playing.
3  Q.    Do you read any newspapers regularly?
4  A.    No.
5  Q.    How about magazines?
6  A.    No.  Unless it's about stars.
7  Q.    A lot about Tiger Woods?
8  A.    Bad, bad.
9  Q.    But where would you see -- I think you
10  testified that you saw some advertisements or
11  marketing for Marlboro Lights; is that right?
12  A.    (Nodding head.)
13  Q.    Where did you see those?
14  A.    I would see them on billboards.  I'd see
15  them in magazines.  You'd see them in stores
16  displayed.
17  Q.    Now, do you know whether you, in fact,
18  are getting -- strike that.
19        Do you know whether you, in fact, got
20  less or more or the same amount of tar and
21  nicotine from a Marlboro Light cigarette than
22  when you were smoking a Marlboro cigarette full
23  flavor?
24  A.    Say it one more time.
25  Q.    Sure.  Well, let me -- let me -- let me

17 (Pages 62 to 65)

Page 66

```
 1   ask it this way.  Do you believe that you are
 2   getting more or less or the same amount of tar
 3   and nicotine from a Marlboro Light cigarette
 4   than from a Marlboro full flavor cigarette?
 5   A.    I thought I was getting a lot less.
 6   Q.    You thought you were getting less?
 7   A.    Because that's what I was told.  That was
 8   what the advertisements were all about.  I was
 9   getting lower tar, low nicotine and -- yeah.
10   Q.    And let me just -- I'm sorry.
11   A.    Go ahead.
12   Q.    You used the expression "a lot less."
13   What did you mean by a lot less?
14   A.    A lot less tar and nicotine.
15   Q.    Yeah.  I mean, how -- how much is a lot
16   less?
17         MR. BARRETT:  Objection.  You're
18   assuming she can quantify.
19         THE WITNESS:  Yeah.  Yeah.
20         MR. ROSENBERG:  I'm asking if she
21   can quantify.
22         THE WITNESS:  Yeah.  No, and I
23   can't.  It's just supposed to have been better,
24   by the advertisement.  A lot less.  It's better.
25   BY MR. ROSENBERG:
```

Page 67

```
 1   Q.    And the reason I ask it, because you used
 2   the word a lot less, and I just don't --
 3   A.    I'm not --
 4   Q.    Is there a difference between a lot less
 5   and less in your mind?
 6   A.    I'm not sure how to answer you.
 7   Q.    Let me try it this way.
 8   A.    Okay.
 9   Q.    Can you quantify what you mean, by
10   putting any kind of numbers, when you say a lot
11   less as opposed to less tar and nicotine?
12   A.    I'm still not understanding it.
13   Q.    Well --
14   A.    Are you saying I'm -- I'm getting more --
15   do I think I'm getting less or more tar and
16   nicotine?
17         MR. BARRETT:  Let him -- let him ask
18   the questions.
19         THE WITNESS:  Okay.
20   BY MR. ROSENBERG:
21   Q.    Let me try to clear it up.  You thought
22   you were getting less tar and nicotine from
23   Marlboro Light than a Marlboro full flavor
24   cigarette; is that correct?
25   A.    Correct.
```

Page 68

```
 1   Q.    Then you used the phrase "lot less."  Is
 2   that different than the word "less" in your
 3   mind?
 4   A.    No.
 5   Q.    Okay.  That clears it up for me.
 6   A.    Okay.
 7   Q.    Now, do you still believe that you are
 8   getting less tar and nicotine from Marlboro
 9   Lights than a Marlboro full flavored cigarette?
10   A.    No.
11   Q.    Do you know for a fact that you did not
12   get less tar and nicotine from Marlboro Lights
13   than a Marlboro full flavor cigarette?
14   A.    Say that last one again.
15   Q.    Sure.  Do you know for a fact that you
16   did not get less tar and nicotine when you
17   smoked a Marlboro Light cigarette as compared to
18   when you smoked a Marlboro Red cigarette?
19   A.    No.
20   Q.    And why do you believe that you may have
21   gotten -- why do you believe that you may not
22   have gotten less tar and nicotine from Marlboro
23   Lights than a Marlboro full flavor cigarette?
24   A.    Because I saw myself smoking more, more
25   often than usual, I mean, puffing harder.  My
```

Page 69

```
 1   cheeks are even sinking in these days.  So I --
 2   I can tell I'm getting more.  Got to be getting
 3   more.
 4   Q.    Do you know how much more?
 5   A.    No.
 6   Q.    Do you smoke less -- are you allowed to
 7   smoke at work?
 8   A.    Yes.  Unfortunately, we are.
 9   Q.    I'm expressing mild surprise.
10   A.    Not in the building.
11   Q.    Okay.  That's what I meant.  You're not
12   allowed to smoke in the building?
13   A.    No.
14   Q.    Do you wind up smoking less during the
15   working hours than you used to now that you
16   can't smoke in the building?
17   A.    No.  I'm not smoking any less.
18   Q.    When you can't -- when you're in a place
19   where you can't smoke, such as the office
20   building, how do you react?  How do you feel?
21   A.    Well, we actually are allowed to go and
22   take a small break anytime we want.  So I take
23   advantage of that.  When I feel the urge to need
24   one, I go out and smoke one.
25   Q.    How often, times an hour, do you smoke?
```

18 (Pages 66 to 69)

Page 70

1   A.    Probably two to three times an hour.
2   Q.    And I'm assuming from your testimony that
3   you're now smoking a pack and a half a day as
4   opposed to a pack years ago, that you're smoking
5   more frequently during the day than you used to?
6   A.    Yep. I can. Yeah.
7   Q.    Do you feel a nicotine craving?
8   A.    I don't know so much as that craving.
9   It's that craving, yeah, that boost, that habit,
10  that -- just needing that cigarette.
11  Q.    If you're in a place where you can't
12  smoke, say an airplane for a trip, do you smoke
13  the cigarette, your first cigarette, after
14  leaving the plane or the movie theater more --
15  any differently than you smoke other cigarettes?
16  A.    Yeah.
17  Q.    How so?
18  A.    Well, as soon as I got off a plane, I'd
19  light one up. Is that kind of what you're
20  asking?
21  Q.    Yes.
22  A.    Yeah.
23  Q.    And do you smoke -- once you light it up,
24  do you smoke it more differently? Do you smoke
25  it more intensely?

Page 71

1   A.    Oh, yes.
2   Q.    And do you -- do you get -- have a
3   cigarette as soon as you get up in the morning?
4   A.    Yes.
5   Q.    And where, in the bedroom or kitchen
6   or --
7   A.    Just wherever my cigarettes are laying in
8   the house, I go pick them up, light one up.
9   Q.    Do you typically keep it on -- next to
10  your bed?
11  A.    Sometimes.
12  Q.    And when do you have your next cigarette
13  after that first cigarette?
14  A.    As soon as I make my coffee. 15, 20
15  minutes later.
16  Q.    Okay. How about the cigarette after
17  that?
18  A.    Probably another 20 minutes, putting
19  makeup, curling my hair.
20  Q.    And how about after that? On your way to
21  work, do you have a cigarette?
22  A.    Oh, yeah.
23  Q.    In your car?
24  A.    Yes.
25  Q.    Is your smoking pattern on weekends any

Page 72

1   different than during the workweek?
2   A.    Yes.
3   Q.    How so?
4   A.    More.
5   Q.    Why is that?
6   A.    I guess because it's like just the free
7   grass; I can smoke whenever I want to.
8   Q.    Do you smoke the cigarette all the way
9   down to the filter?
10  A.    Just about.
11  Q.    Have you always done that?
12  A.    Yes.
13  Q.    Even when you smoked the Marlboro full
14  flavors?
15  A.    Yes.
16  Q.    Do you hold a Marlboro Light any
17  differently than you hold -- than you held a
18  Marlboro full flavored cigarette?
19  A.    No.
20  Q.    Where do you hold it?
21  A.    Between fingers right here.
22  Q.    Do you have a cigarette with you? Do you
23  mind --
24  A.    There in the filter area.
25  Q.    -- showing where you hold it?

Page 73

1   A.    Do you got a cigarette for me to hold?
2   Q.    If you have one in your --
3   A.    Oh, I don't have one. I left them
4   downstairs.
5   Q.    Are these -- what do you smoke, soft pack
6   or a hard pack?
7   A.    It doesn't matter because the packages
8   don't count.
9   Q.    You know what?
10  A.    Do you smoke those?
11  Q.    No, I don't. I'm so bad at this I can't
12  even open it. You know, you'll be better off at
13  opening it than I am. There you go.
14         MR. ROSENBERG: Can you get a shot
15  of -- can you see that on the camera?
16  BY MR. ROSENBERG:
17  Q.    And if you could just turn it around
18  towards the camera a little, the other way.
19  A.    (Complying.)
20  Q.    Okay. Thank you.
21         (Marked Exhibit 1)
22  BY MR. ROSENBERG:
23  Q.    Let me show you what has been marked as
24  Exhibit 1, which is the complaint in this case.
25  And I think you said that you reviewed that

19 (Pages 70 to 73)

Page 74

1  yesterday; is that correct?
2  A.    Are you --
3  Q.    Yes.
4        MR. BARRETT:  He's asking you a
5  question.
6        THE WITNESS:  I'm sorry.  I didn't
7  hear you.
8  BY MR. ROSENBERG:
9  Q.    Yeah.  Sure.  I'm sorry.  I -- I think
10 you said you reviewed that complaint yesterday.
11 A.    Yes.
12 Q.    See where my copy is.  Turn your
13 attention to Paragraph 24 on Page 6.  By the
14 way, did you review this complaint before it was
15 filed?
16 A.    (No response.)
17 Q.    Ms. Corse, did you review the complaint
18 before it was filed?
19 A.    Did I -- no.
20 Q.    So yesterday was the first time you saw
21 the complaint?
22 A.    Yes, I have -- yeah.
23 Q.    And Paragraph 24 where it says, "The
24 design of Defendant's light cigarettes increases
25 ventilation, producing smoke that it is more

Page 75

1  mutagenic per milligram of tar than the smoke of
2  nonlight cigarettes," do you see that?
3  A.    Yes.
4  Q.    Do you know what that means?
5  A.    My understanding, that the ventilation
6  holes that's supposed to let out that extra, I
7  guess, tar and nicotine is actually more harmful
8  going into the air.
9  Q.    Is that what that means to you?
10 A.    Yeah.  I'm not really sure what it means,
11 but that's how I read it.
12 Q.    Is it your understanding that Marlboro
13 Light cigarettes are more harmful to you than
14 Marlboro full flavor cigarettes?
15 A.    To myself and others, yes.
16 Q.    If they're more harmful to you, why are
17 you continuing to smoke light cigarettes?
18 A.    Because Philip Morris has made it too
19 hard to quit with all the additives they put in
20 there which makes you addicted to them.  I mean,
21 there's just so much in there, you just don't
22 quit overnight after smoking for so many years.
23 Q.    Well, why don't you just switch to a
24 different brand of cigarettes if these are more
25 harmful to you?

Page 76

1  A.    Well, because they were supposed to be
2  better for you is why I switched over to begin
3  with, so now my -- do they have something better
4  out there than that?  So I'm -- I'm -- at this
5  point, I'm on Marlboro Lights.
6  Q.    Have you ever tried to quit smoking?
7  A.    No, not really.  Not real hard.
8  Q.    When you say "not real hard," does that
9  mean --
10 A.    I've been in the hospital maybe for a
11 stay for a few days.  I'd quit then, but I'd
12 smoke as soon as I come out.
13 Q.    And you didn't go in there in order to
14 quit, you went in the hospital --
15 A.    Yeah.  For other things, right.
16 Q.    Since learning of the -- what's stated
17 in the complaint, have you done anything
18 differently in terms of your smoking or buying
19 cigarettes?
20 A.    No.
21 Q.    Do -- do you try to smoke less of the
22 rod?
23 A.    The rod?
24        MR. BARRETT:  Rod.
25 BY MR. ROSENBERG:

Page 77

1  Q.    Of the cigarette, do you still smoke down
2  to the filter?
3  A.    Yeah.  I mean, I don't smoke it to the
4  filter, but I smoke my cigarette's worth.
5  Q.    Yeah.  And did -- and you're not smoking
6  any fewer cigarettes, as a matter of fact,
7  you're smoking still a pack -- about a pack and
8  a half day?
9  A.    Yeah.
10 Q.    And you're still smoking them very
11 intensely?
12 A.    Yes.
13 Q.    Do you buy -- when you buy cigarettes, do
14 you buy by the carton or pack?
15 A.    It varies.
16 Q.    What makes you decide which to do?
17 A.    My money.
18 Q.    Is it less expensive over the -- in the
19 long run to buy -- buy cartons as opposed to
20 buying by packs --
21 A.    I'm sure --
22 Q.    -- but more -- more expensive in the
23 short run?
24 A.    It's probably a little less expensive if
25 you go by the carton.  But a lot of times I

20 (Pages 74 to 77)

Page 78

```
 1    don't feel like I have that extra money for the
 2    whole carton at the time.  So I'm probably
 3    spending more money because I'm buying two,
 4    three packs at a time and turning around and
 5    buying two more, three packs in the next days
 6    and...
 7    Q.   Do you ever buy on the Internet?
 8    A.   No.
 9    Q.   Where do you usually buy your cigarettes,
10    at convenience stores or supermarkets?
11    A.   Everywhere.  Lot of Tabasco -- tobacco
12    discount stores, grocery stores, just...
13    Q.   Do you always buy your own cigarettes or
14    does anyone ever buy cigarettes for you?
15    A.   99 percent of the time I buy my own.
16    Q.   And do you keep receipts for your
17    purchases?
18    A.   I'll keep receipts sometimes for a week
19    just to do my checkbook, but other than that,
20    no.
21    Q.   Do you know how much you spent on
22    Marlboro Lights since 2005?  Have you smoked
23    Marlboro Lights since 2005, by the way?
24    A.   Yes.  No.  Yes.  I switched over around
25    '06.  2006 I went to L&Ms.
```

Page 79

```
 1    Q.   And do you know how much you spent on
 2    Marlboro Lights from 2005 to 2006?
 3    A.   Oh, no, not really.  I've never --
 4    because the price has increased over the years,
 5    so I -- I really couldn't calculate it.
 6    Q.   Do you know how much you spent on L&Ms
 7    lights over that time --
 8    A.   Three years.
 9    Q.   -- three years?
10    A.   No.
11    Q.   Do you think it's difficult just to quit
12    smoking?
13    A.   Yes, I do think it's difficult.
14    Q.   And how long have you felt it was
15    difficult to quit smoking?
16    A.   For a few years.
17    Q.   When you say for a few years, how -- how
18    far back?
19    A.   I don't know.  Maybe five maybe.
20    Q.   So before that you didn't think it was
21    difficult to quit smoking?
22    A.   Oh, it's always been difficult.  Maybe as
23    I've grown older, I've thought about it, as far
24    as my age and health-wise and knowing what
25    cigarettes are doing.
```

Page 80

```
 1    Q.   Do you think that it's easier to quit
 2    smoking from a light cigarette than from a full
 3    flavor cigarette?
 4         MR. BARRETT:  Objection.
 5         THE WITNESS:  I don't think so.
 6    BY MR. ROSENBERG:
 7    Q.   Did you ever think that?
 8    A.   No.
 9    Q.   And I think you testified that you think
10    you're addicted to smoking.  When did you first
11    realize that smoking was addictive?
12    A.   Gosh.  To actually know I was addicted,
13    it's hard to predict that, but I'd say late
14    '80s, '90s I was smoking.  It wasn't just
15    because I did it for the fun of it.
16    Q.   Is there any written warning other than
17    the warnings that are already on the pack that
18    would have made you quit smoking?
19         MR. BARRETT:  I'm sorry.  That she
20    saw or --
21         MR. ROSENBERG:  No.  That -- that
22    she would --
23         THE WITNESS:  That I read on the
24    packs?
25    BY MR. ROSENBERG:
```

Page 81

```
 1    Q.   No.  That you were never -- you've read
 2    the warnings on the pack.  Is there anything
 3    else that Philip Morris could have said to you
 4    that would have made you quit smoking?
 5         MR. BARRETT:  Could have -- I mean,
 6    that they could have done --
 7         MR. ROSENBERG:  Right.
 8         MR. BARRETT:  -- or they did do that
 9    she saw?
10         MR. ROSENBERG:  No, that they could
11    have done.
12         MR. BARRETT:  So hypothetically?
13         MR. ROSENBERG:  Hypothetically.
14         MR. BARRETT:  Okay.  Okay.  I object
15    to the form then.
16         THE WITNESS:  They could have done
17    to get me to quit smoking?
18    BY MR. ROSENBERG:
19    Q.   Uh-huh.
20    A.   They could have not misled me in saying
21    that lights and ultralights were so much better
22    because of the lower algentin (phonetic) -- the
23    -- however you pronounce that word.
24    Q.   Yeah, but now that you are --
25    A.   They could take out the lights and
```

21 (Pages 78 to 81)

Page 82

1  ultralights on cigarettes because there is no
2  truth to that in my eyes. I mean, they just
3  need to be eliminated as an advertisement.
4  Because if I could have had the option, knowing
5  lights were going to be just as bad as full, I
6  could have quit, not continued to think it was
7  doing better.
8      Q.   But now that you know what you think is
9  the truth, you're -- you've not tried to quit?
10     A.   Not as yet, no.
11     Q.   Have you ever gone to the Philip Morris
12  USA Web site?
13     A.   No.
14     Q.   You were smoking Marlboro Lights in
15  around 2002, right?
16     A.   Yeah. Marlboro Lights, yeah.
17     Q.   Do you remember seeing an additional
18  piece of paper that was stuck in the packs?
19     A.   I think I remember seeing one in my
20  boyfriend's -- ex-boyfriend's that he had pulled
21  out. I didn't have any in mine.
22     Q.   Did you read it?
23     A.   It was just some advertisement, I think.
24  If it wasn't a coupon, it was just automatic
25  throw it away.

Page 83

1      Q.   Other than that, do you recall ever
2  seeing any little piece of paper stuck behind
3  the cellophane in -- in a cigarette pack of
4  Marlboro Lights?
5      A.   I'm sure I have, but I'm not -- I think
6  it was just an advertisement of some kind in
7  there.
8      Q.   Did you bother to read it?
9      A.   If I -- I opened it up, and it -- if it
10 wasn't really a coupon, no, I threw it away
11 because it was just advertising something that I
12 didn't bother to read.
13         MR. ROSENBERG: Let's have this
14 marked, please.
15         (Marked Exhibit 2)
16 BY MR. ROSENBERG:
17     Q.   Showing you what has been marked as
18 Exhibit 2. And I will represent this is an
19 onsert that was placed in certain packages of
20 cigarettes by Philip Morris in 2005. And I'd
21 ask you if you would read that and tell me if
22 you've ever seen it before. It would have been
23 in a much smaller form, about a slip of paper
24 like an inch and a half wide and, you know, four
25 inches, five inches long and slipped into the

Page 84

1  cellophane.
2      A.   I don't know if I really paid attention
3  to what it was saying. I probably read a few
4  lines. It wasn't a coupon. I just trashed it.
5  However, yes, I can remember seeing one of these
6  little blue things probably in his pack of
7  cigarettes.
8      Q.   I'd like to read -- if you turn to the
9  second page of this exhibit, reading the first
10 sentence it says, "There is no such thing as a
11 safe cigarette, including this one." Do you see
12 that?
13     A.   Yes.
14     Q.   Now, does that information come as a
15 surprise to you?
16     A.   Yeah.
17     Q.   It does?
18     A.   Yeah.
19     Q.   Why is that?
20     A.   No such thing as a safe cigarette,
21 including this one? I mean, I -- I don't
22 remember reading that, but I don't believe it.
23     Q.   You don't -- you don't believe what?
24     A.   Okay. There is no such thing as a safe
25 cigarette. I believe that, yeah. There is

Page 85

1  probably no cigarette safe.
2      Q.   Okay. And you knew that before you filed
3  suit?
4      A.   Wasn't thinking about it at that time.
5  I'm -- I'm here representing that I was misled
6  as far as what they were trying to tell me, that
7  lights were better, not -- not this.
8      Q.   My question is: You knew before you
9  filed suit that there was no such thing as a
10 safe cigarette, including a Marlboro Light; is
11 that correct?
12     A.   Right. Yeah. I guess no cigarette's
13 safe.
14     Q.   Excuse me?
15     A.   I said no cigarette is safe.
16     Q.   And then the second paragraph, it says,
17 "The terms ultralight, light, medium, and mild
18 are used as descriptors of the strength of taste
19 and flavor. These terms also serve as a
20 relative indication of the average tar and
21 nicotine yield per cigarette as measured by a
22 standard government test method." Do you see
23 that?
24     A.   Uh-huh.
25     Q.   Do you agree or disagree with those

22 (Pages 82 to 85)

Page 86

1  statements?
2        MR. BARRETT: Objection.
3  BY MR. ROSENBERG:
4  Q.   If you know.
5  A.   No, I don't know.
6  Q.   And what don't you know?
7  A.   Let me read it. (Reviews document.)
8        No. By reading that, I wouldn't -- I
9  wouldn't have thought anything about it reading
10  that.
11  Q.   You wouldn't have -- I'm sorry?
12  A.   Like I said, I haven't really paid
13  attention to this whole pamphlet. I would see
14  it, I read a few words, I'd throw it away. If
15  it wasn't a coupon, I wasn't interested.
16  Q.   Well, if you had read this, would that
17  have affected whether or not you bought Marlboro
18  Lights?
19  A.   Probably not.
20  Q.   Why?
21  A.   I would have kept buying them, because I
22  was already in the habit of smoking them.
23  Q.   Have you ever noticed any words written
24  -- we had -- I had some trouble opening up that
25  pack of cigarettes, but you had no trouble with

Page 87

1  it. The tear tape, have you ever read any words
2  written on the tear tape?
3  A.   No. That tear tape?
4  Q.   No. Tear tape ever on Marlboro Light
5  cigarettes?
6  A.   Oh, no.
7  Q.   Has anyone ever told you to stop smoking
8  or advised you to stop smoking?
9  A.   Only a doctor.
10  Q.   And I know we started to go into this.
11  When was the first time a doctor told you to
12  stop smoking?
13  A.   Like I said, I can't remember. I mean,
14  I'm 51 now. I've been to doctors years ago.
15  Every doctor tells you, you shouldn't smoke,
16  quit smoking --
17  Q.   So when you were smoking --
18  A.   -- so --
19  Q.   I'm sorry. I didn't mean to interrupt.
20  A.   I -- I'm pretty much finished.
21  Q.   When you were smoking Marlboro full
22  flavors, did doctors tell you to stop smoking?
23  A.   I don't remember even going to a doctor
24  back then.
25  Q.   When you started smoking in the early

Page 88

1  '80s, Marlboro Lights, did doctors tell you to
2  stop smoking?
3  A.   I'm sure they did. Every doctor I've
4  ever been to will tell you if you smoke, you
5  should stop.
6  Q.   What do you understand you're asking for
7  in this lawsuit?
8  A.   I'm asking to have some money back that I
9  spent that I -- I could have much well put
10  toward trying to quit and -- instead of being
11  misleaded [sic] that if I went to lights or
12  ultralights it would be better for me. I'd
13  rather them just said there was no such thing as
14  a light or ultralight, that they're all bad, try
15  quitting. So I was just -- you know, the
16  advertisements worked, unfortunately.
17  Q.   Looking at the last paragraph on Exhibit
18  2, it says, "You should not assume that
19  cigarette brands using descriptors like
20  ultralight, light, medium or mild are less
21  harmful than full flavor cigarette brands or
22  that smoking such cigarette brands will help you
23  quit smoking." Do you see that?
24  A.   Yes.
25  Q.   Is that the sort of thing you think that

Page 89

1  Philip Morris should have told you?
2  A.   A long time ago. I mean, actually they
3  should have never even came up with the word
4  "lights" or "ultralights" when they knew all
5  along what they were doing to us. They -- they
6  should -- you know, all cigarettes are bad, say
7  light, ultralight, whatever. They're all giving
8  you the same thing.
9  Q.   When you say --
10  A.   And this -- this wasn't out before, was
11  it? This hasn't been telling the people before
12  that it was better for you. It's just now
13  telling you that these are just as bad.
14  Q.   When you say that they knew all along,
15  what do you mean?
16  A.   Well, the companies knew -- by doing
17  my little reading, I said that they knew what
18  they were doing, trying to sell us lights and
19  ultralights. And it may have been, but with the
20  ventilation holes, it wasn't, because I was
21  covering those up. I'm smoking twice as much.
22  Q.   When you say you were covering up the
23  ventilation holes, how do you know that?
24  A.   Well, because I read where they were and
25  that's where mine always are. I mean, I'll hold

23 (Pages 86 to 89)

Page 90

1  them in my mouth like that, to this, to that,
2  you know.  I didn't even know there were
3  ventilation holes.
4     Q.    Do you mind putting a cigarette in your
5  mouth?
6     A.    Only if I can smoke it afterwards.  No.
7  I'll light it up.
8     Q.    Okay.
9     A.    I'll switch, you know.  Switch.
10  (Demonstrating.)
11    Q.    Thank you.  And when you say that you're
12  looking for money back, how much money back are
13  you looking for?
14    A.     Well, I would have to sit and do some
15  calculations.  I don't know exactly what I've
16  spent out that I could have saved by just not
17  even going to lights and trying to quit.
18    Q.    So you want money back for all the light
19  cigarettes you -- you bought?
20    A.    Well, I think I deserve that for being
21  misled about the product.
22    Q.    And when you say you want to put it
23  towards quitting, what do you mean by that?
24    A.    I didn't say put it toward quitting.
25    Q.    Well --

Page 91

1     A.    The money I have put out in ultralights
2  and light cigarettes, I couldn't -- I could have
3  not put it out.  If I was going to get the same
4  effects from the lights as I was full flavor,
5  you know, why would I keep -- I could have quit
6  spending my money and just totally quit.
7     Q.    Have you been harmed by smoking Marlboro
8  Lights?
9     A.    Harmed?
10          MR. BARRETT:  Objection.  What do
11  you mean?
12          THE WITNESS:  Yeah.
13  BY MR. ROSENBERG:
14    Q.    Have you -- have you been physically
15  harmed by smoking light cigarettes?
16    A.    Physically --
17    Q.    Yeah.
18    A.    -- harmed?
19    Q.    Uh-huh.
20    A.    Physically, somebody physically --
21    Q.    How about do -- do -- do --
22    A.    I don't understand.
23    Q.    Have you suffered any -- any diseases as
24  a result of -- of smoking?
25    A.    Not as of now, no.  No.

Page 92

1     Q.    So you're not claiming that they made you
2  sick?
3     A.    No.
4     Q.    Are you claiming that you're at an
5  increased risk of disease because of smoking
6  Marlboro Light cigarettes?
7     A.    I could be.
8     Q.    Are you -- are you claiming that?
9     A.    Yes, I am, actually, because feel like
10  I'm intaking more.
11    Q.    Are you making a claim for medical
12  monitoring of you?
13    A.    No.
14    Q.    Are you seeking damages to pay for things
15  to help you quit?
16    A.    No.
17    Q.    Are you giving up any claim for medical
18  monitoring against Philip Morris?
19          MR. BARRETT:  Objection.
20          THE WITNESS:  Am I giving up any
21  claim?
22  BY MR. ROSENBERG:
23    Q.    For medical monitoring.
24    A.    Oh, no.
25    Q.    Are you giving up any claim for personal

Page 93

1  injuries against Philip Morris?
2     A.    No.
3     Q.    Now, you understand that you're a class
4  representative, right?
5     A.    Correct.
6     Q.    What does that mean to you?
7     A.    That I'm representing all the smokers in
8  Tennessee that's affiliated with Philip Morris.
9  I'm standing -- we all feel the same.  I mean,
10  we were misled.
11    Q.    Do you understand that --
12    A.    Deceived.
13    Q.    Do you understand if you have any duties
14  as a class representative?
15    A.    If I have any duties?  Just to stand up
16  for the people.
17    Q.    Do you think you're a -- a good class
18  representative?
19    A.    I think I'm pretty good.  I mean --
20    Q.    And why is that?
21    A.    Well, I think I filled in all the answers
22  as far as -- that -- pertaining to me.
23    Q.    Any -- any other reasons?
24    A.    Not that I can think of right now.
25    Q.    Now, have you talked to any other smokers

24 (Pages 90 to 93)

Page 94

1  of low tar or ultra low tar cigarettes since you
2  became a class representative about whether or
3  not they should be smoking those cigarettes?
4  A.    I asked a couple of coworkers why did
5  they switch from full to -- to light, and they
6  -- all the same answer: Was supposed to have
7  been better for us.  Like okay, and that's -- I
8  left it at that.
9  Q.    Did you suggest to them they should stop
10  smoking the low tar cigarettes?
11  A.    No.
12  Q.    Have you ever spoken to anyone who -- who
13  smokes low tar cigarettes who told you, oh, I
14  never believed that they were safer?
15  A.    No.
16  Q.    Are you paying any of the costs of this
17  suit?
18  A.    No.
19  Q.    Do you know who is?
20  A.    No.
21        MR. ROSENBERG:  Why don't we take a
22  break.  And I think I'm --
23        THE VIDEOGRAPHER:  Stand by, please.
24  Going off the record.  Time is 10:49.
25        (Whereupon, a short break was had.)

Page 95

1        THE VIDEOGRAPHER:  Back on the
2  record.  Time is 11:08.
3        MR. ROSENBERG:  Thank you, Jason.
4  And I have no further questions.
5  And thank you, Ms. Corse.
6        THE WITNESS:  Thank you.
7        MR. BARRETT:  I have no questions.
8        THE VIDEOGRAPHER:  Everyone stand
9  by, please.  This concludes the deposition of
10  Carol Corse, Volume 1.  Number of tapes used was
11  two.  Going off the record.  Time is 11:09.
12    (Proceedings adjourned at 11:09 a.m.)
13
14
15  _____
16        CAROL CORSE
17
18  Subscribed and sworn to before me
19  this _____ day of _____, 20____.
20
21  _____
22        Notary Public
23
24
25

Page 96

1        REPORTER'S CERTIFICATE
2        I certify that the witness in the
3  foregoing deposition,
4        CAROL CORSE,
5  was by me duly sworn to testify in the within-
6  entitled cause; that the said deposition was
7  taken at the time and place therein named; that
8  the testimony of said witness was reported by
9  me, a Shorthand Reporter and Notary Public of
10  the State of Tennessee authorized to administer
11  oaths and affirmations, and said testimony,
12  pages 6 through 95 was thereafter transcribed
13  into typewriting.
14        I further certify that I am not of
15  counsel or attorney for either or any of the
16  parties to said deposition, nor in any way
17  interested in the outcome of the cause named in
18  said deposition.
19        IN WITNESS WHEREOF, I have hereunto set
20  my hand the 14th day of December 2009.
21
22
23        RHONDA S. HORNUNG-NICHOLSON, RPR
24  My commission expires:  1/3/2011
25

Page 97

1        ERRATA SHEET
        VERITEXT REPORTING COMPANY
2        1350 BROADWAY
        NEW YORK, NEW YORK 10018
3        800-362-2520
4  CASE: CORSE VS. PHILIP MORRIS USA
    DEPOSITION DATE: DECEMBER 9, 2009
5  DEPONENT:  CAROL CORSE
6  PAGE LINE(S)   CHANGE          REASON
7  _____|_____|_____|_____
8  _____|_____|_____|_____
9  _____|_____|_____|_____
10 _____|_____|_____|_____
11 _____|_____|_____|_____
12 _____|_____|_____|_____
13 _____|_____|_____|_____
14 _____|_____|_____|_____
15 _____|_____|_____|_____
16 _____|_____|_____|_____
17 _____|_____|_____|_____
18 _____|_____|_____|_____
19 _____|_____|_____|_____
20
21        _____
            CAROL CORSE
22
23  SUBSCRIBED AND SWORN TO BEFORE ME
    THIS _____ DAY OF _____, 20____.
24
    _____     _____
25  (NOTARY PUBLIC)    MY COMMISSION EXPIRES:

25 (Pages 94 to 97)