Exhibit 1
Plaintiffs' Complaints

| | Case | Juris. | Claim/Remedy at Law | Unjust Enrichment Equitable Claim | Other Equitable Remedies | Claims at Law Voluntarily Dismissed by Plaintiffs |
|---|---|---|---|---|---|---|
| 1 | ***Biundo*** 09cv0118 | N.D. Ill. | Illinois Consumer Fraud and Deceptive Business Practices Act. SAC ¶¶ 31-47<br><br>Actual, compensatory, and consequential damages. SAC Prayer ¶ C<br><br>Punitive damages. SAC Prayer ¶ E | SAC ¶¶ 48-55 | Restitution. SAC Prayer ¶ D<br><br>Disgorgement. SAC Prayer ¶ D | Breach of Express Warranty. Orig. Compl. ¶¶ 35-40; FAC ¶¶ 52-57<br><br>Breach of Implied Warranty. Orig. Compl. ¶¶ 41-49; FAC ¶¶ 58-64 |
| 2 | ***Corse*** 09cv01122 | M.D. Tenn. | No Count at law<br><br>Punitive damages. Compl. Prayer ¶ F | Compl. ¶¶ 35-41 | Restitution. Compl. ¶ 41, Prayer ¶ C<br><br>Disgorgement. Compl. Prayer ¶ C<br><br>Constructive trust. Compl. Prayer ¶ D | N/A |
| 3 | ***Domaingue*** 09cv00432 | E.D.N.Y. | N.Y. Gen. Bus. Law §§ 349-350. FAC ¶¶ 106-24<br><br>Compensatory damages. FAC Prayer ¶ B<br><br>Treble damages. FAC Prayer ¶ C | N/A | Restitution. FAC Prayer ¶ D<br><br>Injunctive relief. FAC Prayer ¶ D | Breach of Implied Warranty. Orig. Compl. ¶¶ 128-33 |
| 4 | ***Good*** 05cv00127 | D. Me. | Maine Unfair Trade Practices Act. SAC ¶¶ 50-57<br><br>Actual damages. SAC Prayer ¶ 2<br><br>Punitive damages. SAC Prayer ¶ 2 | SAC ¶¶ 58-62 | Restitution. SAC ¶ 62 (refund)<br><br>Injunctive relief. SAC Prayer ¶ 4 | N/A |
| 5 | ***Haubrich*** 09cv05867 | E.D. Pa. | No Count at law<br><br>Punitive damages. Compl. Prayer ¶ (e) | Compl. ¶¶ 44-50 | Restitution. Compl. Prayer ¶ (b)<br><br>Disgorgement. Compl. Prayer ¶ (b) | N/A<br><br>*See also* Class Action Complaint, *Mark Weber v. Philip Morris USA, Inc.*, Case No. 09-cv-04466 (E.D. Pa. filed October 1, 2009).<br><br>Weber Compl. ¶¶ 44-50 (Pa. Consumer Fraud Statutes), ¶¶ 51-58 (Breach of Express Warranty), ¶¶ 59-65 (Breach of Implied Warranty). This is *Haubrich's* predecessor action by the same putative class counsel. |

| | Case | Juris. | Claim/Remedy at Law | Unjust Enrichment Equitable Claim | Other Equitable Remedies | Claims at Law Voluntarily Dismissed by Plaintiffs |
|---|---|---|---|---|---|---|
| 6 | *Mirick* 09cv00386 | S.D. Miss. | No Count at law | SAC ¶¶ 35-41 | Restitution. SAC ¶ 41, Prayer ¶ C  Disgorgement. SAC Prayer ¶ C  Constructive trust. SAC Prayer ¶ D | Breach of Express Warranty. Orig. Compl. ¶¶ 48-54; FAC ¶¶ 44-50  Breach of Implied Warranty. Orig. Compl. ¶¶ 55-62; FAC ¶¶ 51-58  Negligence and Gross Negligence. Orig. Compl. ¶¶ 70-73; FAC ¶¶ 66-69 |
| 7 | *Mulford* 05cv00659 | D.N.M. | New Mexico Unfair Practices Act. TAC ¶¶ 46-63  Compensatory damages. TAC Prayer ¶ 1  Punitive and exemplary damages. TAC Prayer ¶ 3 | TAC ¶¶ 64-68 | Restitution. TAC ¶ 68 (refund) | Breach of Warranty. Orig. Compl. ¶¶43-45; FAC ¶¶43-45; SAC ¶¶ 59-61  Racketeering. Orig. Compl. ¶¶ 46-56; FAC ¶¶ 46-56 |
| 8 | *Nikolic* 09cv00597 | E.D. Wis. | Wis. Unfair Trade Prac. Statutes. FAC ¶¶ 107-19  Actual, compensatory, and consequential damages, including double damages. FAC Prayer ¶ C  Treble damages. FAC Prayer ¶ F  Punitive damages. FAC ¶¶ 120-123; FAC Prayer ¶ F | FAC ¶¶ 124-32 | Restitution. FAC ¶ 132, Prayer ¶ D  Disgorgement. FAC Prayer ¶ D  Constructive trust. FAC Prayer ¶ E | Breach of Express Warranty. Orig. Compl. ¶¶ 52-58.  Breach of Implied Warranty. Orig. Compl. ¶¶ 59-66. |
| 9 | *Parsons* 09cv02288 | D.D.C. | D.C. Consumer Protection Procedures Act. FAC ¶¶ 39-48  Actual, compensatory, and consequential damages. FAC Prayer ¶ B  Statutory, punitive, and treble damages. FAC Prayer ¶ E | FAC ¶¶ 49-55 | Restitution. FAC ¶ 55, Prayer ¶ C  Disgorgement. FAC Prayer ¶ C  Constructive trust. FAC Prayer ¶ D | Breach of Express Warranty. Orig. Compl. ¶¶ 54-60.  Breach of Implied Warranty. Orig. Compl. ¶¶ 61-68. |
| 10 | *Slater* 09cv02145 | D.D.C. | D.C. Consumer Protection Procedures Act. FAC ¶¶ 39-48  Actual, compensatory, and consequential damages. FAC Prayer ¶ B | FAC ¶¶ 49-55 | Restitution. FAC ¶ 55, Prayer ¶ C  Disgorgement. FAC Prayer ¶ C  Constructive trust. FAC Prayer ¶ D | Breach of Express Warranty. Orig. Compl. ¶¶ 54-60.  Breach of Implied Warranty. Orig. Compl. ¶¶ 61-68. |

| | Case | Juris. | Claim/Remedy at Law | Unjust Enrichment Equitable Claim | Other Equitable Remedies | Claims at Law Voluntarily Dismissed by Plaintiffs |
|---|---|---|---|---|---|---|
| | | | Statutory, punitive, and treble damages. FAC Prayer ¶ E | | | |
| 11 | *Tang* 08cv5085 | E.D.N.Y. | New York General Business Laws and Consumer Protection Statutes. Compl. ¶¶ 45-51<br><br>Actual damages. Compl. Prayer ¶ (f)<br><br>Punitive and exemplary damages. Compl. Prayer ¶ (g)<br><br>"Legal and equitable relief." Compl. Prayer ¶ (j) | Compl. ¶¶ 52-58 | Restitution. Compl. ¶¶ 52-58 (Cause of Action Unjust Enrichment/ Restitution), Prayer ¶ (b)<br><br>Disgorgement. Compl. Prayer ¶ (c)<br><br>Injunctive relief. Compl. Prayer ¶ (e) | N/A |
| 12 | *Tyrer* 09cv00052 | S.D. Cal. | Consumer Legal Remedies Act Ca. Civil Code 1750 *et seq.* FAC ¶¶ 182-85<br><br>Statutory, actual, and punitive damages. FAC ¶ 185 | N/A | California Bus. & Prof. Code §17200 *et seq.* FAC ¶¶ 112-71<br><br>California Bus. & Prof. Code §17500 *et seq.* FAC ¶¶ 172-81<br><br>Restitution. FAC ¶¶ 130, 150, 170, 180, 184(b), Prayer ¶ 3.<br><br>Injunctive relief. FAC ¶¶ 128, 148, 168, 178, 184(a), Prayer ¶ 2.<br><br>Disgorgement. FAC ¶ 184(c) | Breach of Implied Warranty. Orig. Compl. ¶¶ 128-33. |
| 13 | *Williams* 09cv471 | E.D. Ark. | Arkansas Deceptive Trade Practices Act. SAC ¶¶ 44-50<br><br>Actual, compensatory and consequential damages. SAC Prayer ¶ C<br><br>Punitive damages. SAC Prayer ¶ F | SAC ¶¶ 51-57 | Restitution. SAC ¶ 57, Prayer ¶ D<br><br>Disgorgement. SAC Prayer ¶ D<br><br>Constructive trust. SAC Prayer ¶ E | Breach of Express Warranty. Orig. Compl. ¶¶ 46-52.<br><br>Breach of Implied Warranty. Orig. Compl. ¶¶ 53-60.<br><br>Negligence and Gross Negligence. Orig. Compl. ¶¶ 75-78. |