# EXHIBIT B

to

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

# CERTIFIED TRANSCRIPT

1

### UNITED STATES DISTRICT COURT

### DISTRICT OF MAINE

2

IN RE: LIGHT CIGARETTES MARKETING )

3  AND SALES PRACTICES LITIGATION    ) MDL DOCKET NO.
   _____ ) 1-09-MD-2068

4  THIS DOCUMENT RELATES TO:          )
                                      )

5  ALEXANDER SLATER,                  ) Case No.:
   525 T Street, NW Washington,       ) 1:09-cv-02145-RMU

6  District of Columbia, 20001,       )
   Individually and on behalf of all )

7  others similarly situated,         )
                                      )

8                      Plaintiff,     )
   v.                                 )

9                                     )
   PHILIP MORRIS USA INC., a          )

10 Virginia corporation, and          )
   ALTRIA GROUP, INC., a Virginia     )

11 corporation,                       )
                                      )

12                    Defendants.     )

13

14              Thursday, December 17, 2009

15              Washington, D.C.

16

17      Videotaped deposition of ALEXANDER SLATER,

18 commencing at 1:00 p.m., held at the offices of

19 Finkelstein Thompson, 1050 30th Street, N.W.,

20 Washington, D.C., before Keith Wilkerson, a notary

21 public in and for the District of Columbia.

22

14

1      A. No.

2      Q. How did you prepare for today's deposition,

3  if at all?

4      A. I spoke to my counsel.

5      Q. And by your counsel, to whom are you

6  referring?

7      A. I'm referring to the two people on my left.

8      Q. That's Mr. Thrash and Ms. Marcus?

9      A. Correct.

10     Q. And when did you confer with them?

11     A. Over the course of the last two days

12  primarily.

13     Q. For how long?

14     A. I don't recall specifically.

15     Q. Was it more than an hour?

16     A. Yes.

17     Q. Was it more than three hours?

18     A. No.

19     Q. Someplace between an hour and three hours?

20     A. Yes.

21     Q. Did you review any documents or papers in

22  the course of your preparation for this

15

1    deposition?

2        A. Yes, the complaint and the amended

3    complaint.

4        Q. Did you review any other papers other than

5    the complaint and the amended complaint?

6        A. No.

7        Q. When did you first get involved in this

8    case?

9        A. I don't recall exactly.

10       Q. Do you have an approximate date?  What year?

11   Let's start there?

12       A. I don't know that I can even start there,

13   but I would say -- what year are we now?  2009.

14   I'd say probably two years ago.

15       Q. And what do you recall was your first

16   involvement in this case?

17       A. I signed up on a website.  I don't recall

18   the nature of the website.

19       Q. When you say you signed up on a website,

20   what do you mean?

21       A. I mean I entered information on a website

22   that pertained to my vital information.

22

1    A. I later switched to light cigarettes.  It

2    was clear to me in the interim that light

3    cigarettes did not deliver lower tar, lower

4    nicotine, nor were they healthier, safer, or an

5    alternative that would help me quit.

6    Q. And when you say it was clear to you in the

7    interim, what do you mean by in the interim?

8    A. It was clear after a number of years of

9    smoking light cigarettes, revealed by news reports

10   amongst other information, that that was the case.

11   Q. And this was before you spoke with counsel?

12   A. Yes.

13   Q. And when you say that it was clear to you

14   after a number of years, is this after a number of

15   years of smoking Marlboro Lights?

16   A. Correct.

17   Q. Do you recall; when did you first start

18   smoking Marlboro Lights?

19   A. Around the year 1996.  '95.

20   Q. And when you say it was clear to you after a

21   number of years, how many years after 1995 was it

22   clear to you?

23

1    A. I don't recall.

2    Q. Do you recall approximately?

3    A. I wouldn't like to make a guess because I

4    don't believe it would be close to accurate.

5    Q. Was it more than five years after 1995?

6    A. It was in the last three years.

7    Q. And when you say -- I think you said it was

8    revealed by news reports.  Is that what you said?

9    A. My general impression is that that is where

10   I got my information.  I can't remember any

11   specific news reports or outlets.

12   Q. And do you recall the nature of the

13   information, the general information?

14   A. The general nature of the information was

15   that, contrary to previous belief and claims made

16   by a number of cigarette companies, that light

17   cigarettes did not deliver lower tar, lower

18   nicotine, were not safer, were not healthier, were

19   not less addictive, and did not help you quit.

20   Q. Had you thought about suing Philip Morris

21   prior to your discussion with Ms. Marcus?

22   A. In the abstract, but not seriously.

34

1    cigarette tastes good, you should try it?

2       A. It was not related to taste, but it was

3    brand choice in the milieu that I was in.

4       Q. And when you started to smoke Parliament

5    Lights, is that when you first remember smoking

6    about a pack a day?

7       A. That's correct.

8       Q. Between 1995 and 2000 did you smoke any

9    cigarettes other than Marlboro Lights?

10      A. Yeah.  I think, as we've covered, I smoked

11   Marlboro Ultra Lights, Marlboro Mediums, and

12   certainly at the beginning and most likely

13   throughout a very small percentage of other

14   brands.

15      Q. And that was what I actually meant to ask

16   was:  Specifically during the time you were at

17   from Cambridge on until 2000 did you smoke

18   anything other than Marlboro Lights?

19      A. Again, the same situation.  I would say

20   under 1 percent of cigarettes purchased and

21   consumed were of another brand.

22      Q. A brand other than Marlboro Lights or other

35

1    than Marlboro Lights and Marlboro Ultra Lights?

2        A. As I think I covered, I don't recall smoking

3    Marlboro Ultra Lights at Cambridge.

4        Q. Okay.  Did you smoke Marlboro Ultra Lights

5    at Penn?

6        A. Not that I recall.

7        Q. So when you came to Penn until 2000 you were

8    smoking Marlboro Lights predominantly.

9        A. Predominantly.

10       Q. And at that point still usually around 10 to

11   15 cigarettes a day until 2000.

12       A. Until I came to Penn, yes, about that.

13       Q. Since the year 2000 have you smoked any

14   cigarette other than Parliament Lights?

15       A. Yes.

16       Q. And what cigarette was that?

17       A. In approximately 2004 I switched to Camel

18   Lights.

19       Q. And why did you do that?

20       A. Again, peer pressure, peer influence.

21       Q. In the sense that this was the brand choice

22   of the milieu that you were in?

1    A. Correct.

2    Q. And when you were smoking Camel Lights were

3    you still smoking about a pack a day?

4    A. Correct.

5    Q. And since 2004 have you smoked any

6    cigarettes other than Camel Lights?

7    A. Yes is the answer.  I would say that

8    approximately once at least every three weeks the

9    store or stores that I buy Camel Lights from are

10   either out -- are out of Camel Lights, in which

11   case I consistently turn to Marlboro Lights or

12   Parliament Lights.

13   Q. And has that been the situation since the

14   year 2004?

15   A. Has what been the situation?

16   Q. That you were predominantly a Camel Light

17   smoker, except for once every three weeks if the

18   store or stores were out of Camel Lights you'd

19   turn to either Marlboro Lights or Parliament

20   Lights.

21   A. Absolutely.

22   Q. And when you turn to Marlboro Lights or

1    about light cigarettes?

2        A. I falsely believed that light cigarettes

3    were healthier, safer, improved my chances of

4    quitting, and had lower tar and nicotine.

5        Q. When did you first believe that light

6    cigarettes were healthier or safer?

7        A. As soon as I started smoking them.

8        Q. And the same question as to when did you

9    first believe that light cigarettes improved your

10   chances of quitting.

11       A. As soon as I started smoking also.

12       Q. What was your basis for believing that light

13   cigarettes were healthier or safer?

14       A. Two things.  The first I can clearly

15   identify, which is, you tell me, but I believe an

16   indication on the packet that there was less

17   nicotine and tar contained in the cigarettes.  The

18   second, which I can't identify or recall

19   specifically, are advertisements either in the

20   form of billboards, magazines, et cetera, but I

21   really can't recall specifically, that, for light

22   cigarettes, that at the very minimum implied if

57

1    not specifically said that they were healthier,

2    safer, more likely to help you quit.

3        Q. And do you recall what it was about those

4    advertisements on billboards, if that's what we're

5    talking about, that implied they were healthier or

6    safer?  Was there imagery you're talking about?

7        A. No.  As I said, you know, it may not have

8    been in reality, meaning it may not have been

9    specifically outlined.  It was certainly the

10    implication that I drew from that -- from those

11    advertisements.

12        Q. And what I'm trying to get at is what was it

13    in those advertisements, if you recall, that gave

14    you the implication that they were healthier or

15    safer.

16        A. Well, let's start with the word "light."

17    That obviously implies healthier, safer, less

18    addictive, et cetera, less tar, less nicotine.  I

19    don't remember specific imagery, but I would

20    imagine or I would -- I think I recall seeing

21    lower levels of tar and nicotine advertised.

22        Q. I guess what I'm really trying to get at is

58

1   whether there's a difference between the first

2   thing you said, which was that it said less tar

3   and nicotine on the pack, as opposed to what was

4   said in the ads, on billboards.

5      A. I see the implication as the same.

6      Q. Okay.  I just wanted to clear that up in my

7   own mind.  And I think you said you've always had

8   this understanding, this has always been your

9   belief that low tar cigarettes were healthier and

10  safer.

11     A. Until those myths were debunked.

12     Q. And we talked about that earlier today.

13     A. Yeah.

14     Q. Now, you also said that you believed that

15  light cigarettes improved your chances of

16  quitting.

17     A. Yeah.

18     Q. And when did you first have that

19  understanding?

20     A. From the earliest point of smoking light

21  cigarettes.  In fact, that was a major driver of

22  me switching to light cigarettes.  Until then I'd

59

1  generally been a social smoker.  It was with a

2  desire to quit that I switched to light

3  cigarettes, believing that it would help me do so.

4      Q. Okay.  When I asked you before as to why you

5  started to smoke lights, I thought you said it was

6  because of peers and friends.  I don't think you

7  mentioned that it was because of a desire to quit.

8      A. You asked me my primary motivation, I

9  believe, or certainly that's how I implied the

10  question, that it was because of peers and friends

11  primarily.  Though one of the side effects, and

12  certainly what I believed at the time, was that

13  smoking light cigarettes would help me quit, which

14  has always been one of my goals.

15      Q. And did there come a time when you realized

16  that perhaps light cigarettes were not helping you

17  quit?

18      A. Yeah, when the myth that had been

19  perpetuated that light cigarettes did help you

20  quit and that they were lighter, healthier, safer,

21  and enabled you to quit was publicly debunked.

22      Q. So all those times when you tried to quit

62

1    started or as I started smoking Marlboro Lights,

2    it became increasingly apparent that that was not

3    possible despite the clear implication given by

4    Marlboro Lights that they were healthier, safer,

5    lower in tar and nicotine, and, most importantly,

6    facilitated quitting.

7        Q. And this understanding began dawning on you,

8    I assume, when you were having trouble quitting

9    during college and at Penn.

10       A. I think the real understanding dawned on me

11   when it was publicly debunked that these had been

12   false myths perpetuated by Philip Morris and other

13   tobacco companies.

14       Q. But while you were at college and at Penn

15   you understood you were having trouble quitting.

16       A. Sure.

17       Q. You mentioned less tar and nicotine.  Were

18   you aware at any time prior to this litigation of

19   something referred to as tar and nicotine numbers

20   or tar and nicotine ratings?

21       A. Only vaguely.

22       Q. When were you first aware even vaguely of

83

1     A. Have I researched that specific word?  No.

2  Has the implication -- has the link between a

3  false sense of health and safety to alteration of

4  genes to cancer been firmly established in my

5  mind?  Absolutely.

6     Q. And it's firmly established in your mind as

7  a result of conversations with counsel.

8     A. No, no.

9     Q. Okay.  It's firmly established in your

10  mind -- let me strike that.  Is it firmly

11  established in your mind that low tar cigarettes

12  are more mutagenic than regular cigarettes?

13     A. Yes.

14     Q. And is it firmly established in your mind

15  therefore that low tar cigarettes are more

16  dangerous than regular cigarettes?

17     A. Yes.

18     Q. If low tar cigarettes are more dangerous

19  than regular cigarettes, why are you still smoking

20  low tar cigarettes instead of regular cigarettes?

21     A. I have a general impression that has been

22  built up over years of false marketing that low

84

1   tar cigarettes remain healthier, safer, et cetera.

2   I am also addicted.

3       Q. You're not addicted to a brand of

4   cigarettes, are you?

5       A. I'm addicted to cigarettes.

6       Q. Are you addicted to light cigarettes as

7   opposed to regular cigarettes?

8       A. No.

9       Q. So what stops you from smoking regular

10  cigarettes as opposed to light cigarettes?

11      A. Again, it's -- well, in this order:

12  addiction, and then peer and/or friend influence.

13  Finally, I believe that the science has been so

14  muddied by arguably both sides, but with respect

15  to your side particularly, that I'm now very

16  confused about what constitutes a healthy

17  cigarette.  Because of my addiction I will

18  continue to smoke light cigarettes, because,

19  frankly, at this point it's a crap shoot.

20      Q. Even though you think light cigarettes are

21  more dangerous than regular cigarettes.

22      A. I repeat that the link seems clear to me.

93

1      A. Of course.

2      Q. And we got a little waylaid.  What is it

3  that you think that Philip Morris should tell

4  consumers so as not to mislead them as to the

5  safety of light cigarettes?

6           MR. THRASH:  Object to form.

7           THE WITNESS:  Objection to what?

8      Q. He objected to form.

9      A. To the format of the question?

10     Q. Yes.  You can answer.

11     A. Okay.  There are a number of things.  A, I'm

12  not sure they should be called light.  It's

13  misleading.  It implies that they are safer,

14  healthier and easier to quit along with lower

15  levels of tar and nicotine that are ingested.  B,

16  I think it should be made absolutely clear that

17  these cigarettes are not safer, healthier, less

18  addictive, nor will they deliver less tar or

19  nicotine.  C, I think they should make clear and

20  not just assume or ask people to make assumptions

21  that these cigarettes are safer or not safer than

22  any other cigarettes.