# EXHIBIT C

to

# PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

CERTIFIED TRANSCRIPT

1

```
                UNITED STATES DISTRICT COURT

                     DISTRICT OF MAINE

------------------------------------------x

IN RE: LIGHT CIGARETTES MARKETING         : MDL

AND SALES PRACTICES LITIGATION            : DOCKET No.

------------------------------------------: 1-09-MD-2068

THIS DOCUMENT RELATES TO:                 :

AUBREY PARSONS,                           : Case No.

418 New Jersey Avenue, SE Washington,     : 1:09-cv-02288

District of Columbia, 20003,              : (RMU)

Individually, and on behalf of all        :

Others similarly Situated,                :

                    Plaintiffs,           :

     v.                                   :

PHILIP MORRIS USA, INC., a Virginia       :

corporation, and ALTRIA GROUP,            :

INC., a Virginia corporation              :

                    Defendants.           :

- - - - - - - - - - - - - - - - - - - - -x

     VIDEOTAPED DEPOSITION OF AUBREY PARSONS

               DECEMBER 18, 2009

               WASHINGTON, D.C.
```

1  how did you find the form?

2    A. No. Around that time I had read that light

3  cigarettes were not a healthier alternative. I

4  believe -- I had been reading that, and I believe

5  that at that time there was a Supreme Court case

6  which got me interested. And I'd been a light

7  smoker and -- you know, at that time, so I sort of

8  was doing research and I found this and I signed

9  up and I said sure, I'll sign on.

10   Q. Okay. Let me take this back at a half step.

11 You said that you were reading that lights were

12 not a healthier alternative. Is that correct?

13   A. Yes.

14   Q. When did you begin reading that lights were

15 not a healthier alternative?

16   A. I'd say around -- you know, it was about two

17 weeks around that period of time in late 2006 that

18 I'd been reading -- hearing news that light

19 cigarettes, that there was more of a cancerous

20 effect, there was chemicals in these cigarettes,

21 so -- and I became interested at that time.

22   Q. When you say you were hearing news, does

1  Q. And when you say more damaging, do you mean
2  more damaging to your health?
3  A. To my health, yes.
4  Q. And when you say more damaging to your
5  health, do you mean in terms of cancer?
6  A. Yes.
7  Q. A greater risk of cancer?
8  A. I would say a greater risk of cancer and
9  other harmful health effects.
10  Q. And after reading this did you -- well,
11  strike that. Around this same time that you were
12  looking on the Internet for this information, is
13  that when you found the Internet form that you
14  submitted?
15  A. It was, yeah.
16  Q. Did you find the Internet form because you
17  were looking for something related to lawsuits or
18  because you were looking for something related to
19  light cigarettes?
20  A. It came up on a search engine. When I typed
21  in "light cigarettes" -- I'm not sure why it came
22  up, but it did, and I clicked on it. I was

1  didn't focus on taste.  I focused just -- I kind
2  of had to have that cigarette.
3     Q. And when you say you kind of had to have
4  that cigarette, what do you mean?
5     A. You know, they were addictive.  After
6  bumming and building up this addiction through
7  bumming, it turned into a habit, so --
8     Q. At the time you were 18 and bought your
9  first pack of cigarettes, how many cigarettes a
10 day were you smoking?
11    A. At 18 I began smoking a pack a day.
12    Q. Do you recall whether you ramped up, or did
13 you just all of a sudden say, "I'm 18, I'm smoking
14 a pack of cigarettes a day?"
15    A. I think with being legally of age it became
16 easier for me which in turn fed the habit, but the
17 average around that time was about a pack a day.
18    Q. My question is:  Was there kind of an abrupt
19 switch to a pack a day?
20    A. There was, you know, going from being
21 controlled in school to being able to go out and
22 being an adult and make your choices, so there was

1   a ramping up.

2   Q. Did you continue to -- well, did you
3   continue to smoke only Camel regulars after the
4   age of 18 for a period of time?

5   A. I smoked Camel regulars for two years, stuck
6   to those, and about -- so in 2000 I started -- I
7   was fed up with being addicted to cigarettes, and
8   that's when I started chewing the gum. And at
9   that time I tried the nicotine inhaler in 2000
10  after trying the gum, and then I decided -- other
11  friends were smoking light cigarettes. I decided
12  to make the switch to Parliament Lights.

13  Q. Do you recall about when in 2000 you made
14  that switch?

15  A. Mid 2000.

16  Q. And you're sure it's 2000 that you made that
17  switch?

18  A. Yeah.

19  Q. And why are you sure it's 2000 that you made
20  that switch?

21  A. I'm sure because I remember at that time the
22  quitting aspect of it. I knew I was quitting at

1  that time, and quitting was proving tough, you

2  know, so I ended up deciding here's a safer

3  alternative, I can take an interim measure towards

4  quitting, and I was wrong.

5  Q. When was the first time prior to 2000 that

6  you tried to quit?

7  A. On and off I tried cessation, just cold

8  turkey, which was tough, and I quit for the

9  longest period of time was two days. And I didn't

10 feel right, so I got back on the cigarettes.

11 Q. How many times had you tried to quit cold

12 turkey before you switched to light cigarettes?

13 A. You know, I tried, and you go for a day and

14 you're like oh, I can do it, and you slip back,

15 so, you know, at least more than a handful of

16 times that I can count on my hand I wanted to

17 stop.

18 Q. Now, you said that other friends were

19 smoking light cigarettes and you decided to make a

20 switch because you thought it was a safer

21 alternative. Is that your testimony?

22 A. It was a double-pronged effect. It was that

1    A. Yeah, D.C. or going to New York on the way,
2    you know. They're just everywhere. It's hard to
3    recall.
4    Q. And what was it about the billboards that
5    jumped out at you?
6    A. That in light cigarette billboards just the
7    words like "light," "lower," "less tar," pictures
8    of young people having a good time. You know, it
9    seemed -- it seemed like it would be a better
10   alternative to a regular cigarette.
11   Q. Why did the word "light" seem to you to
12   indicate a better alternative to a regular
13   cigarette?
14   A. When I think "light" I think safe. You
15   know, it's hard to remember in detail because, you
16   know, I'd see flashes of these signs, but I'm
17   trying to recall exactly what was on them. But
18   these light cigarette ads seemed to me to indicate
19   that the product was safe or safer than a regular
20   cigarette.
21   Q. Well, let's make sure I understand your
22   testimony. Are you saying that it indicated that

1  A. I guess, you know, you think half, you think
2  maybe these are just better, they have less tar,
3  less nicotine and they're a safer alternative, so
4  I'm going to say half.
5  Q. But half of what is what I'm asking.
6  A. Yeah, relative to what. Half -- I guess
7  half as harmful as the effects of a regular
8  cigarette.
9  Q. And you also said that the words "lower tar
10 and nicotine" on the ads were something else that
11 affected you.
12 A. They did.
13 Q. And why is that?
14 A. I was led to believe that I would be getting
15 a safer, healthier product by switching to this,
16 to a light cigarette.
17 Q. What was it about the words "lower tar and
18 nicotine" that led you to believe that?
19 A. Well, like I said, you know, moving to a
20 light cigarette I wanted to quit, and I felt this
21 would be an interim measure. So when you think
22 when you're getting lower tar and lower nicotine

1   you're getting something that would be a good

2   step, a good way to quit, at least a healthier

3   step in that direction, which is where I wanted to

4   go anyway.

5       Q. Did you have an understanding of what tar

6   was?

7       A. I mean, I know what tar looks like. It's a

8   black gooey substance, so that was my -- and

9   anything where there's less of that that would be

10  a better alternative to putting in your body.

11      Q. And how about nicotine? Did you have an

12  understanding of what that was?

13      A. I know it's an addictive substance.

14      Q. Did you have an understanding at the time

15  that it was an addictive substance?

16      A. I did.

17      Q. And did you have an understanding as to how

18  much lower in tar and nicotine light cigarettes

19  were than full-flavor cigarettes?

20      A. I'm trying to think. I knew it was a

21  substantial number. I think it was -- I'm trying

22  to think of exact numbering, you know, but I think

1   lights.
2   A. Yeah, but you think light and you're like
3   well, maybe this is a safer alternative anyway,
4   what's wrong with this, this is a good cigarette,
5   this is what I, you know, what I smoke, and, you
6   know, I thought that I was getting a safer
7   alternative at that point just getting the
8   Parliament Lights themselves.
9   Q. Well, why not go for something even safer?
10  A. I don't know.  I figured these were safer
11  than what I was getting and it was a good step on
12  the road to quitting.
13  Q. And when you say this was a good cigarette,
14  what did you mean by that?
15          MR. THRASH:  I'll object to form.  I
16  don't think he said that.
17          MR. ROSENBERG:  I can have it read back
18  if you want.
19  A. I didn't mean good like that.  I just meant
20  I thought it was a safer cigarette.  I guess back
21  then I mean safer, less addictive and healthier
22  than the regular Camels I was smoking.

1   the cigarettes, so I was stuck with those.

2       Q. In 2002 when you went back on the gum, did
3   you stop smoking for any period of time?

4       A. I probably did.

5       Q. And after that attempt in 2002 was there
6   another attempt to stop quitting -- to quit
7   smoking?

8       A. Yeah. There were multiple attempts growing
9   up. I mean, there were -- like I said, I would
10  come and it would be a year later and I'd buy the
11  gum again and say this is it, I can just buy this
12  gum and stick to this. But the gum I'd buy would
13  be the four milligram piece of gum, the highest
14  rated piece of gum you could get, because I was
15  thinking that would help me quit. So I'd get the
16  gum and it didn't work. I really craved the
17  cigarettes.

18      Q. So fairly early on when you were smoking
19  Parliament Lights you realized it wasn't helping
20  you quit.

21      A. I thought it was. I thought it was just
22  safer than regular cigarettes, so I thought I can

1  just do this and it won't -- you know, I can do
2  this quitting and it will take me a while, but I
3  really did think they were a safer alternative, to
4  be honest.
5      Q. But they weren't helping you quit.
6      A. I guess at that point I mean I figured they
7  were.  I figured I could slow down on them, but I
8  didn't.  I tried.
9      Q. So you realized that you weren't able to
10 slow down is my point.
11         MR. THRASH:  I want to object to the
12 form of the question.  Asked and answered.
13     Q. Go ahead.
14     A. Well, like I said, I was trying to quit, and
15 I don't know.  I thought they were safer.  I
16 thought -- it really was an interim measure to
17 quitting the whole time, but being this addicted,
18 it was not a great interim measure for sure.
19     Q. During the time between 2002 and 2006 what
20 was the longest you were able to quit?
21     A. The longest?  About two days, you know.
22     Q. Did you ever try to quit cold turkey during

1   A. No, I just said I smoked cigarettes.  He

2   asked, "Do you smoke cigarettes," I said yes, and

3   he said, "You need to quit."

4   Q. Why didn't you say, "But I'm smoking a safer

5   cigarette?"

6   A. I don't know.  It didn't dawn on me at the

7   time.

8   Q. What's your understanding of the claims

9   you're making in the complaint?

10  A. The claims?  Well, I know that the claims

11  don't include medical monitoring, health -- it's

12  not a health issue, this case.  It's mainly trying

13  to get the class members that I represent their

14  money back for the product they were misled into

15  purchasing, a light cigarette, with claims of

16  being healthier than a regular cigarette.

17  Q. Are you claiming that consumers should have

18  been given other information by Philip Morris?

19  A. I'm claiming that --

20          MR. THRASH:  I'll object to the form of

21  the question.  The complaint speaks for itself,

22  and there's no foundation and it would be

1  speculation.

2        MR. ROSENBERG: I'm asking for his

3  understanding.

4    Q. Go ahead.

5    A. Can you repeat it, please?

6    Q. In your understanding, are you claiming that

7  Philip Morris should have given information other

8  than what they gave about low tar and light

9  cigarettes?

10       MR. THRASH: Same objection.

11   A. I don't know. I'm claiming that they should

12 never have marketed or even put on the market a

13 light cigarette that I know isn't any better. It

14 has no more health benefits or is safer.

15   Q. Is there anything that Philip Morris could

16 have told you that would have given you the

17 information that you say you got from the Internet

18 in 2006?

19       MR. THRASH: Object to the form of the

20 question.

21   A. No. They should never have marketed the

22 product.

1   A. I don't know. I didn't think about it.

2   Q. Do you know for a fact that you do not get
3   lower tar and nicotine from a Parliament Light
4   than when you were smoking Camel regulars from
5   each individual cigarette?

6        MR. THRASH: Let me object to the form
7   of the question. It would be speculation and no
8   foundation.

9   A. I'm not sure.

10  Q. If in fact you have been getting less tar
11  and nicotine from a Parliament Light cigarette
12  than from a Camel cigarette, do you think you
13  still have a claim against Philip Morris?

14       MR. THRASH: Object to the form.
15  Incomplete hypothetical.

16  A. Yeah, there's a claim.

17  Q. And what's that claim?

18  A. That this is not -- the advertising -- the
19  whole reason for me switching was thinking that I
20  was getting a healthier, safer product. And
21  there's definitely a claim in that, you know, you
22  guys -- I'm sorry -- your client did not market a

1   Q. And did you read the -- you're aware there's
2   an amended complaint?
3   A. I am.
4   Q. Did you read that before it was filed?
5   A. Yes.
6   Q. Do you know why the complaint was amended?
7   Do you have an understanding?
8   A. I do. And I believe it was narrowed down
9   and -- yeah.
10  Q. And what was narrowed down?
11  A. I think the causes of action might have been
12  narrowed down.
13  Q. Do you have an understanding of -- you know
14  you're a class representative.
15  A. Yes.
16  Q. And do you have an understanding of what
17  your responsibilities, if any, are as a class
18  representative?
19  A. I do.
20  Q. And what's that?
21  A. To represent the interests of this party, of
22  other members of this lawsuit, and do my best to

1  give truthful answers on, you know, us buying a
2  product with misleading advertising and to do my
3  best to represent their interests in that
4  capacity.
5      Q. Do you know how the class is defined?
6      A. Its members are smokers who bought light
7  cigarettes in the District of Columbia since the
8  year 2000.
9      Q. Have you ever heard anyone, any smokers,
10 tell you about how cigarettes taste differently
11 from other cigarettes?
12     A. I've never really -- I've never been around
13 that discussion, if there was a discussion about
14 that. I haven't heard anything.
15     Q. So you never heard anyone say, "Hey, this
16 cigarette really tastes great, you might want to
17 try it?"
18     A. No. I've been bummed a cigarette, but an
19 issue of taste never arose.
20     Q. Did you ever taste a cigarette that you
21 really didn't like?
22     A. Honestly, taste wasn't really -- if there is