# EXHIBIT D

**to**

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

IN RE: LIGHT CIGARETTES )
MARKETING AND SALES PRACTICES) MDL Docket No.
LITIGATION ) 1-09-MD-2068

---

THIS DOCUMENT RELATES TO: )
LEONARDO BIUNDO, )
on behalf of himself and all )
others similarly situated, )
Plaintiff, ) Case No.
vs. ) 09-cv-118
PHILIP MORRIS USA, INC., a )
Virginia corporation, ALTRIA )
GROUP, INC., a Virginia )
corporation, )
Defendants. )

The videotaped deposition of LEONARDO BIUNDO, called as a witness for examination, taken pursuant to the Federal Rules of Civil Procedure of the United States District Courts pertaining to the taking of depositions, taken before ANDREA L. CARTER, a Certified Shorthand Reporter of said state, CSR No. 84-3722, at the 44th Floor, 35 West Wacker Drive, Chicago, Illinois, on the 8th day of December, A.D. 2009, at 1:07 p.m.

Vincenzo live today?
A. Chicago.
Q. And how about your brother, is it Antonio or --
A. Antonio --
Q. Okay.
A. -- Antonio.
Q. Okay.
A. He is living in Bensenville.
Q. And what about your brother Michele?
A. He lives with Vincenzo in Chicago.
Q. When you were growing up, did your father, Joseph, smoke?
A. Yes.
Q. Did he smoke in the house?
A. Yes.
Q. Do you recall what brand of cigarettes he smoked?
A. Winston.
Q. Does he still smoke?
A. He does.
Q. Does he still smoke Winstons?
A. Yes.
Q. When you were growing up, did your

mother smoke?
A. No.
Q. Has she ever smoked to your knowledge?
A. No.
Q. How about your brother Vincenzo; does he smoke?
A. Nope, none of them do.
Q. None of your brothers do?
A. No.
Q. Do any of your brothers smoke to your knowledge?
A. No.
Q. Do you currently smoke?
A. On and off, yes.
Q. Do you have a regular brand that you smoke?
A. Not really. Whatever comes around. Mostly -- mostly Winston because I snag them from my dad every once in a while, but I am currently trying to quit.
Q. Have you had -- when was the last time you had a cigarette?
A. This morning.
Q. How many cigarettes have you smoked

today?
A. Just one.
Q. What brand cigarette was that?
A. Winston.
Q. Where did you get that Winston?
A. From my father.
Q. When did you get that cigarette from your father?
A. Last night.
Q. When did you -- you said you are trying to quit smoking; is that right?
A. Yes.
Q. When did you start with this current quit attempt?
A. Since the beginning of the year.
Q. The beginning of 2009?
A. Of 2009, yes.
Q. Before you -- before this quit attempt at the beginning of 2009, what was your regular brand of cigarettes?
A. Marlboro, Marlboro Light.
Q. Why did you decide to quit smoking at the beginning of 2009?
A. Because we found -- I found out that

Marlboro Lights weren't good for you, weren't healthy for you, and that's when I began to -- trying to quit smoking.
Q. Was the beginning of 2009 the first time that you found out that Marlboro Lights were not good for you?
A. Yes.
Q. How long had you been smoking Marlboro Lights before then?
A. Since I think '05.
Q. When you say you are smoking on and off now, do you smoke a cigarette every day?
A. I try not to, but every other day maybe.
Q. Okay. And you mentioned that you get cigarettes from your father.
Where else do you get cigarettes now?
A. Friends.
Q. Any particular friend?
A. Not really.
Q. Do you ever buy cigarettes anymore?
A. I do on occasion.
Q. How often would you say you have bought cigarettes in 2009?

18

A. Maybe a pack a week.
Q. When you buy cigarettes, what brand do you buy?
A. Whichever, Winston mostly.
Q. Do you ever buy Marlboro Lights?
A. No, I haven't.
Q. Okay. Why do you buy Winstons instead of Marlboro Lights?
A. Because if I don't smoke them all, I give them to my father.
Q. Do you know whether or not Winstons are good for you?
A. That I don't know.
Q. Before this current quit attempt that started at the beginning of 2009, about how many cigarettes did you smoke in a day?
A. About a pack.
Q. And that was a pack a day of Marlboro Lights; is that right?
A. Uh-huh.
Q. That's a yes?
A. Yes. I am sorry, yes.
Q. That's okay.
And had you been smoking about that

19

same number of Marlboro Lights since you started smoking Marlboro Lights --
A. Yes.
Q. -- in 2005?
Before you became a regular smoker of Marlboro Lights, was there another brand that you regularly smoked?
A. Yeah, Marlboro Reds regular.
Q. How long were you a regular smoker of Marlboro Reds?
A. Ever since '92.
Q. And before you started regularly smoking Marlboro Reds in 1992, did you have another regular brand?
A. No. No, that's when I started smoking.
Q. When did you -- where did you attend high school?
A. I started off at Gordon Tech in Chicago, and then we moved my -- the beginning of my sophomore year to Franklin Park, and that's when I attended East Leyden High School.
Q. And did you graduate from East Leyden High School?

20

A. Yes.
Q. What year did you graduate from East Leyden High School?
A. '92.
Q. Did you go on to college after you graduated from East Leyden?
A. I did go to Triton College, Triton Community College.
Q. In River Grove?
A. Yes.
Q. And did you get a degree from Triton?
A. No.
Q. What years did you attend college at Triton?
A. Well, from '92 to probably '94. That's when I left.
Q. And was there a particular course of study that you did at --
A. Computer sciences.
Q. Computer sciences.
Why did you leave college?
A. Because in my mind I decided working would be better than going to college.
Q. Since you left Triton College in 1994,

21

have you gone back and taken any other courses?
A. Well, with my -- with my job, they send me to school periodically on different printers and computers they have to train me on, but that's all.
Q. Okay. So you haven't enrolled in any other college --
A. No.
Q. -- courses, for example?
A. No.
Q. You mentioned that you are currently married; is that right?
A. Yes.
Q. And can you tell me what your wife's maiden name was?
A. Hails, H-a-i-l-s.
Q. And what is her first name?
A. Crystal with a C.
Q. C-r-y-s-t-a-l; is that right?
A. Correct, yeah.
Q. And when did you get married?
A. In '05.
Q. Do you know what date in '05?
A. Of course. It was May 29th.

your first cigarette?
A. I coughed for about a half hour.
Q. Anything else?
A. Got a head rush.
Q. Anything else?
A. That was it.
Q. Okay. Did it affect your eyes at all, make your eyes water or anything?
A. Oh, yeah, yeah. Well, the coughing, yeah, made your eyes water.
Q. Did you enjoy that first cigarette?
A. No, not at all.
Q. Did you like the taste of your first cigarette?
A. Didn't really have a taste.
Q. How soon after your first cigarette did you have your second cigarette?
A. Probably the next day.
Q. Why did you have a second cigarette if you didn't enjoy your first cigarette?
A. Because I wanted to be part of the group. Everybody else was smoking.
Q. How soon after your first couple of cigarettes did you become a regular smoker?

A. Probably the week after that.
Q. And you smoked Marlboro at that time when you became a regular smoker?
A. Uh-huh.
Q. Is that a yes?
A. Yes, sorry.
Q. Do you know what the -- are you familiar with the FTC's tar and nicotine numbers for cigarettes?
A. No clue.
Q. Have you heard that phrase before today?
A. FTC I have heard of but...
Q. Tell me what the FTC is.
A. They are some federal company that tests these things out. That's what I have heard.
Q. Are you aware that the Federal Trade Commission has a method by which cigarettes need to measure and report their tar and nicotine yields?
A. No.
Q. Never heard that before. Do you know when you -- when you first started -- strike

that.
When you were a regular smoker of Marlboro, how many cigarettes per day did you smoke?
A. About a pack a day.
Q. And was that consistent from the time you started smoking Marlboros regularly in 1992 up to the time that you switched to Marlboro Lights?
A. Yeah, pretty much.
Q. Do you know how much tar you got from one of the Marlboro cigarettes that you smoked between 1992 and to the time you switched to lights in 2005?
A. That I have no clue.
Q. Do you know how much nicotine you got from a Marlboro --
A. Nope.
Q. That's a no?
A. That's a no.
Q. Did you like the taste of Marlboro Reds when you started regularly smoking them in 1992?
A. Like I said, they really didn't have a

taste to me.
Q. When -- I apologize if I asked you this earlier, but tell me again when you switched from Marlboro Reds -- you switched from Marlboro Reds --
A. It was in '05.
Q. -- to Marlboro Lights --
A. Right.
Q. -- is that right --
A. Correct.
Q. -- in 2005?
Do you recall when in 2005?
A. It was the beginning of the year.
Q. And why did you switch to Marlboro Lights?
A. Because I thought Marlboro Lights were a healthier cigarette, and it would eventually help me quit smoking. I said my wife quit.
So she was pushing me towards quitting. So that's why I decided to go with a light cigarette that was healthier for you.
Q. When you first made the switch from Marlboro Reds to Marlboro Lights, did you notice any difference in taste between the Reds and the

lights?
A. No, no taste. Tastes the same to me. There was no -- no flavor, you know. It was smoke.
Q. When you switched from Marlboro Reds to Marlboro Lights, did the number of cigarettes that you smoked per day change?
A. Not really I don't think.
Q. Were you still smoking about a pack --
A. About a pack a day, yeah, on the average.
Q. In 2005 when you switched to Marlboro Lights, did you know anyone else who was smoking Marlboro Lights at the time?
A. There were a few of my friends that were, yes.
Q. Which friends of yours were smoking Marlboro Lights?
A. Mark Kelly that I told you previously. He was smoking lights, and I believe he still does.
Q. Anybody else that you recall?
A. Offhand, no. I know he was pretty regular with those.

Q. Okay. So Mark -- do I take it then that Mark Kelly also made the switch from Marlboro Reds to Marlboro Lights at some point?
A. Yes.
Q. Do you know when he made that switch?
A. That I don't know.
Q. Okay. Did he make that switch before you did to your knowledge?
A. I believe he made that before me, yes.
Q. Where does Mark Kelly live?
A. Currently I have no clue. I don't know.
Q. Does he live somewhere in Illinois?
A. I wouldn't even know that. I know he has been moving states, and I don't know where he is at currently.
Q. When was the last time you talked to him?
A. About a year ago when he was down in Kentucky.
Q. You mentioned that one of the reasons that you switched from Marlboro Reds to Marlboro Lights is because you thought Marlboro Lights was healthier; is that right?

A. Correct.
Q. Where did you get the information that suggested to you that Marlboro Lights was healthier?
A. All the ads I saw in magazines they all said that Marlboro Lights had less tar and less nicotine.
Q. Tell me what magazines that you read back in 2005 that had those ads in?
A. That I can't recall exact magazines.
Q. What magazines -- were they magazines that you subscribed to or bought off the news stand?
A. Just bought off the news stand.
Q. What magazines would you buy off the news stand --
A. Well, then I was reading like Rolling Stone and People Magazine and Playboy, but I don't recall which one they were in.
Q. Okay. And were these ads for Marlboro Lights in particular or --
A. Yes.
Q. And to the best of your recollection, what did the ads say about light cigarettes?

A. That they had less tar and less nicotine. That's what stands out in my mind.
Q. Okay. Anything else that you recall from those ads?
A. No.
Q. Do you recall seeing any numbers in those ads about the levels of tar and nicotine that they delivered?
A. I believe there was something at the bottom, but I never read through it. It was just an ad in a magazine flipping through.
Q. Over what period of time did you see these magazine ads that indicated to you that Marlboro Lights were lower in tar and nicotine?
A. Exact time I don't know. I'm not sure.
Q. Can you --
A. It was before I was smoking light cigarettes, though.
Q. Okay. Can you help me pin down how long before you were smoking light cigarettes you saw these ads?
A. I have no clue. I don't know. I'm sorry.

50

Q. Do you smoke on your way to work?
A. Yes.
Q. In the car?
A. Yes.
Q. Do you smoke in the car on the way home from work?
A. Yes.
Q. Do you smoke in the evenings after you got home from work?
A. Yes.
Q. What time would you have your last cigarette of the day?
A. Probably 10:30, 11:00.
Q. How about on the weekends; again, during the time period between 2005 and 2009, were your smoking patterns different on the weekend when you weren't working?
A. Not really, same. It all depended what he were doing that weekend. If we were going to a place that I could smoke, I would. If we were at the movies or the park or -- that I couldn't smoke at, I couldn't smoke.
Q. Okay. And was your smoking pattern in terms of when during the day you would have a

51

cigarette, was there any difference in that pattern from the time you were smoking Marlboro Reds to the time that you switched to Marlboro Lights?
A. No, it was pretty much the same.
Q. You told me a couple minutes ago that when you switched to Marlboro Lights in 2005 it was because of the ads that you saw; is that right?
A. Uh-huh.
Q. And we talked a little bit about magazine ads; is that right?
A. Correct.
Q. Okay. Were there any other sources of information that told you that Marlboro Lights was a healthier cigarette?
A. I am sure there were other ads out there, but I just can't recall what they were.
Q. Okay. Apart from magazine ads though --
A. Yes.
Q. -- was there any -- any other source of information that you had that Marlboro Lights would be healthier?

52

A. That I don't recall. I don't recall the -- where they were coming from --
Q. Okay.
A. -- but I do remember the magazine ads.
Q. Okay. And I think one of the things you also testified to was that you -- when you switched, you thought Marlboro Lights would help you quit; is that right?
A. Yes.
Q. And where did you get the idea that Marlboro Lights would help you quit?
Where did that information come from?
A. I thought it would help me quit because it was the less nicotine and less tar that they were advertising. I thought it would be easier to wean me off of regular cigarettes and cigarettes in general.
Q. And where did you get the idea that a cigarette with less nicotine and less tar would be easier to quit?
A. In my own head. I mean, Marlboro was saying that -- that Marlboro Lights were healthier for you. So that's where I went.
Q. Well, when you say that Marlboro

53

Lights was saying that Marlboro Lights was healthier for you, where did you see Marlboro Lights saying that that cigarette was healthier for you?
A. In the magazines. I mean less tar, less nicotine means healthier to me.
Q. Okay. But you never saw an ad, did you, that said --
A. That say that it was healthier --
Q. -- that said that Marlboro Lights was healthier?
A. I don't recall.
Q. Did you ever see an ad in which Philip Morris made the statement that Marlboro Lights was healthier?
A. Well, the Marlboro ads are Philip Morris so.
Q. Do you recall whether the ads used the word "healthier" in them?
A. I believe so, yeah.
MS. BAUER: I have been handed a note that our videographer needs to change the tape. So why don't we take a break.
THE VIDEOGRAPHER: We are off the video

86

Q. When you decided to try to quit smoking earlier this year, did you talk to a doctor about assistance in quitting smoking?
A. No, I haven't.
Q. When did you try the nicotine gum?
A. Beginning of this year.
Q. How long did you try it?
A. It was about two weeks.
Q. And when was the period of time that you were using the nicotine gum?
A. I still use the nicotine gum on and off. It helps but...
Q. When you say "it helps," what do you mean by that?
A. It helps with the craving; helps with the headaches.
Q. How about the patch; when did you try using that?
A. The patch was -- I believe it was like June, April, somewhere around there --
Q. How long did you --
A. -- first half of the year.
Q. How long did you wear the patch?
A. A week, and like I said, that left a

87

nasty rash on my arm that was worse than smoking.
Q. When you say it was worse than smoking, what do you mean by that?
A. Just the itchiness, the rash, just the scratching because it left a whole big rash on my arm, and it was worse than the urges of smoking.
Q. Was that the only time you tried the patch?
A. Yes.
Q. Did you see a doctor for the rash on your arm?
A. No.
Q. Was it easier or harder or just as hard to quite smoking this year as when you -- when you tried earlier back when you were smoking --
A. Same.
Q. Do you believe that smoking is hard to quit?
A. I know that.
Q. Okay. When did you first believe that smoking was hard to quit?
A. When I was smoking regulars, and I tried to quit.

88

Q. Do you believe that smoking light cigarettes is hard to quit?
A. Same thing.
Q. Okay. When did you first believe that smoking light cigarettes was hard to quit?
A. When I tried to quit earlier this year.
Q. Until you tried to quit earlier this year, did you believe that it was easier to quit light cigarettes than it would be to quit regular or full-flavored cigarettes?
A. Yes.
Q. And what was that belief based on?
A. The healthier aspect of the Marlboro Light.
Q. And what do you mean by "the healthier aspect of Marlboro Light"?
A. Like I said before, Philip Morris said that the Marlboro Lights was healthier. It was right there on the box.
Q. Okay. Where on the box did Philip Morris say that lights were healthier?
A. Well, I don't believe they said it was healthier, but it was lower in nicotine and lower

89

in tar, and it did say light real big right in front of it, and light usually stands for being better for you.
Q. Okay. What other products -- light products are better for you?
A. Light butter. You can go through the grocery store, half of the products say light on them.
Q. Where did you form the belief that cigarette -- that products that say light on them are better for you?
A. At the grocery store because everything that says light is better for you. It's healthier for you, and that's what it said on the cigarettes is light.
Q. I want to go back to your belief that quitting light cigarettes would be easier than getting full-flavored cigarettes.
We talked about the language on the pack; is that right?
A. Uh-huh.
Q. And we have talked both about the language -- you mentioned the language that it was it lower in tar, lower in nicotine, and the

Q. Okay. How long -- I'm looking down actually in the first paragraph there where it's a little easier to read is --
A. Okay.
Q. -- where I'm reading. Okay.
And how long have you known Jason?
A. Since probably '05.
Q. Okay. How did you meet Jason?
A. Through a different friend.
Q. Okay. And who is Michelle Ciszewski with the same last name? Do you know her?
A. That's Jason's wife.
Q. Okay. And so you knew all three of them before the time that you --
A. Yes.
Q. -- filed this lawsuit; is that right?
A. Yes.
Q. Did you introduce them to Mr. Rowe?
A. Did I introduce them, no.
MR. DRURY: Objection. Objection, relevancy.
BY MS. BAUER:
Q. When did you become aware that WeightWatchers' point system was incorrect?

A. There was an article about it.
Q. Okay. Where did you see the article about it?
A. It was on the internet somewhere.
Q. How did that article come to your attention?
A. Just scrolling through the internet, I found it. It might have been on like an MSN or Google or something. I don't remember exactly, but it was specifically dealing with Applebee's.
Q. Okay. What were you looking for on the internet when you came across this article?
A. Don't know.
Q. Okay. And I think you told me you don't know what the status of the lawsuit is; is that right?
A. I do not.
Q. Did you review the class action complaint that's in front of you as Blundo Deposition Exhibit 2 before it was filed?
A. Yes, I did.
Q. Do you know anything about the status of the lawsuit since the time it was filed?
A. No.

MS. BAUER: Mark this as the next one.
(WHEREUPON, certain documents were marked Blundo Deposition Exhibit Nos. 3, 4, for identification, as of 12/8/09.)
BY MS. BAUER:
Q. Mr. Blundo, the court reporter has handed what she has marked as Blundo Deposition Exhibit No. 3 which is a document called: "Amended Class Action Complaint in the Case of Leonardo Blundo versus Philip Morris USA, Inc., and Altria Group, Inc."
Do you see that?
A. On three, yes.
Q. Yes. And do you recognize this document before, sir -- do you recognize this document as something you have seen before I should say?
A. Yes.
Q. Okay. And when did you first see the Amended Class Action Complaint that's in front of you marked as Deposition Exhibit No. 3?
A. Three would have been the beginning of the year.

Q. And do you recognize -- take a look also at the exhibit marked as Deposition Exhibit No. 4 which is the Second Amended Class Action Complaint.
Do you also have that in front of you?
A. Yes.
Q. Do you recognize this document, sir?
A. Yes.
Q. Have you seen it before today?
A. Yes.
Q. When did you see the Second Amended Class Action Complaint?
A. I think this one was the recent one from this weekend.
Q. Okay. And when you say "from this weekend," did you take a look at it over the weekend?
A. Yes.
Q. Was that the first time that you saw the document?
A. Yes.
Q. If you would take a look at page 3 of the Second Amended Class Action Complaint, and I am looking at the end of paragraph 7 which

A. Uh-huh.
Q. Did you review this complaint before it was filed?
A. Yes.
Q. Did you have any role in drafting this complaint?
A. Just talked it over with my counsel.
Q. Okay. Did you review any prior complaints that were filed in this case?
A. No.
Q. Okay. Do you know a woman by the name of Vicky Goins, G-o-i-n-s?
A. No.
Q. What is the -- what's the lawsuit about in your words? What are you complaining about?
A. That I was basically defrauded. I was sold a product that wasn't what it was supposed to be.
Q. And why was it not what it was supposed to be?
A. Because light cigarettes were supposed to be healthier for you, less nicotine and tar, and healthier in general, and they weren't.

According to The Truth About Light Cigarettes, they are worse than regulars.
Q. And you are referring there to the article that we were talking about before we took a break; is that right?
A. Yes.
Q. What are you -- strike that.
If you had read the article The Truth About Light Cigarettes back in 2005, what would you have done?
A. I would have tried to quit. I wouldn't have gone to lights.
Q. And have you ever read any publications by the National Cancer Institute other than that The Truth About Light Cigarettes that's referred to in your complaint?
A. No.
Q. Have you ever gone looking for any information about smoking and health on the internet?
A. Not really, no, no.
Q. No, you haven't?
A. No, I have not.
Q. What are you asking for in this

lawsuit?
A. A refund.
Q. A --
A. -- of my light cigarettes.
Q. Okay. Are you seeking a refund of the price of any cigarettes other than the Marlboro Lights that you smoked?
A. No, just the light cigarettes.
Q. Okay. And when you refer to light cigarettes, the only light brand that you purchased was Marlboro Lights; is that right?
A. Correct.
Q. Did you smoke the Marlboro Lights that you are seeking a refund for?
A. Did I smoke them, yes.
Q. Okay. Did the lights brands that you purchased between 2005 and 2009, do you know whether they cost the same amount as Marlboro Reds cost during that time period?
A. They did.
Q. Okay. Do you know whether they cost the same amount as Marlboro Ultra Lights cost during that time period?
A. They did.

Q. You are -- as I understand it, you are not claiming that light -- that Marlboro Light cigarettes have made you sick; is that right?
A. Correct.
Q. If there were no light cigarettes, what would you be smoking?
A. Nothing now.
Q. Okay. Well, you are smoking Winstons now; is that right?
A. Right -- well, on and off, yes.
Q. Okay. When you say "on and off," how often are you smoking Winstons?
A. Like I said, a few cigarettes a week.
Q. Are you claiming that your at an increased risk of disease because you smoked Marlboro Lights --
A. No.
Q. -- from 2005 to 2009?
Are you making any type of a claim for medical monitoring?
A. No.
Q. Do you believe that you have any claims against Philip Morris USA apart from the claims that are set forth in the Amended Class

174

A. Offered as in what?
Q. Well, do you understand that if a class is certified and that you are accepted, you will be the representative of the class --
A. Yes, yes.
Q. -- of the class that you described?
A. Yes.
Q. Okay. Tell me what do you understand your duties to be if you are approved as a class representative?
A. My duties are is to keep up with my lawyer and make sure I understand everything that's gone on, and that's pretty much it. Keep up with my counsel.
Q. Okay. And that's all the duties --
A. And then I do the deposition and whatever else they need me to do.
Q. Okay. How many people are in the class that you are seeking to represent?
A. That I don't.
Q. Do you know -- you know other people that have smoked Marlboro Light cigarettes; is that right?
A. Yes.

175

Q. And you know other people that have been residents of Illinois and have smoked Marlboro Light cigarettes since 2005; is that --
A. Yes.
Q. -- right?
How many people do you know that would fall in that description, do you think?
A. Two or three.
Q. Okay. And what are their names?
A. One is my wife, Crystal Biundo, and Mark Kelly, John Callahan. That's all.
Q. Okay. We talked about -- was Mark Kelly the gentlemen you mentioned earlier who --
A. Yes.
Q. -- was in Kentucky the last time you heard --
A. Yes, the last time I heard he was in Kentucky, but --
Q. Okay. And when you are saying he was in Kentucky, you mean he lived in Kentucky?
A. Yes --
Q. Okay.
A. -- yes, his family was from Kentucky so.

176

Q. Okay. And what about John Callahan; where does he live?
A. I believe he's out in Rockford or that area.
Q. When did you last talk to him?
A. About a year ago.
Q. Since you have brought the lawsuit that we've -- that we've been talking about which is the amended class action complaint which is Deposition Exhibit No. 3, have you talked to either Mr. Kelly or Mr. Callahan about the lawsuit?
A. No.
Q. Have you talked to anybody else who would be a member of this class about the lawsuit?
A. No, I have not.
Q. Why not?
A. I just haven't.
Q. Since you learned about low-tar cigarettes and light cigarettes earlier in 2009, have you talked to anybody else about what you learned about light cigarettes?
A. Yeah, I let them know what the website

177

was.
Q. Okay. Who did you tell that to?
A. I told -- well, I told my wife.
Q. Okay.
A. And I think actually that's pretty much it. I just told my wife because I wasn't able to get ahold of anybody else.
Q. Okay. Who did you try to get ahold of to tell --
A. John and Mark.
Q. And what were you going to tell John and Mark --
A. Just let them know what -- because they both smoked lights. To let them know what was going on with the light cigarette. They are my friends. I don't want them to get harmed.
Q. Are they -- to the best of your knowledge, does Mark Kelly still smoke?
A. As far as I know, yes.
Q. Okay. Do you know what he smokes?
A. At this moment, no. The last time I remember he was smoking lights.
Q. Okay. How about John Callahan; do you know whether --