# EXHIBIT F

to

# PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

# CERTIFIED TRANSCRIPT

1

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

---

IN RE: LIGHT CIGARETTES MARKETING ) MDL DOCKET NO.
AND SALES PRACTICES LITIGATION ) 1-09-MD-2068
)
)
THIS DOCUMENT RELATES TO: ) Case No.:
) 05-00127-B-W
STEPHANIE GOOD, LORI A. SPELLMAN, and )
ALLAIN L. THIBODEAU, individually )
and on behalf of all others )
similarly situated, )
           Plaintiff, )
)
    vs. )
)
PHILIP MORRIS USA, INC., a Virginia )
Corporation, and ALTRIA GROUP, INC., )
a Virginia Corporation, )
           Defendants. )

---

DEPOSITION of LORI A. SPELLMAN, taken pursuant to notice before Christine Fraga Thornton, a Notary Public in and for the State of Maine, at the offices of Lanham Blackwell, Bangor, Maine, on Wednesday, December 9, 2009, beginning at 9:02 a.m.

Appearances:

For the Plaintiffs:     Samuel W. Lanham, Jr., Esq.
                        LANHAM BLACKWELL, P.A.
                        470 Evergreen Woods
                        Bangor, ME 04401

For the Defendants:     Judith Bernstein-Gaeta, Esq.
                        ARNOLD & PORTER
                        555 Twelfth Street, N.W.
                        Washington, D.C. 20004

Also present:           Cindy Spencer, videographer

                Christine Fraga Thornton
                Registered Diplomate Reporter

```
 1    A.   Yes.
 2    Q.   Did you talk to them about the allegations of the
 3         complaint?
 4    A.   No.
 5    Q.   Did they ask you any questions?
 6    A.   No.
 7    Q.   Who at your employers did you speak with?
 8    A.   Marvin Glazier.
 9    Q.   Is he your direct boss?
10    A.   One of.
11    Q.   Did you speak with anyone else?
12    A.   My office manager.
13    Q.   And what's your office manager's name?
14    A.   Kelly Haskell.
15    Q.   Do either Marvin Glazier or Kelly Haskell smoke?
16    A.   Kelly Haskell.
17    Q.   And what brand of cigarettes, if you know, does Kelly
18         smoke?
19    A.   I don't know.
20    Q.   Have you ever gone outside -- well, we'll get to it.  I
21         do not want you to tell me anything you spoke about
22         with Mr. "Lanahan" -- Lanham, but I do want you to tell
23         me how many times you spoke to him about your
24         deposition.
25    A.   Once.
```

1  Q.    So, does your answer mean you know you have spoken to
2        people about this lawsuit, you just don't remember
3        their names?
4              MR. LANHAM:   Objection to form.
5              MS. BERNSTEIN-GAETA:   You can answer.
6  A.    Yes.
7  BY MS. BERNSTEIN-GAETA:
8  Q.    When you've spoken to folks outside your family about
9        this lawsuit, has it been a long time ago or recently?
10 A.    A long time ago.
11 Q.    In preparing for your deposition today, did you look at
12       any -- in your deposition that's taking place today,
13       but in preparation for the deposition at any time, did
14       you look at any documents?
15 A.    I looked at the Complaint and the Second Amended
16       Complaint.
17 Q.    Did you look at the First Amended Complaint?
18 A.    I think I glanced at it.
19 Q.    Now the Second Amended Complaint was officially filed
20       yesterday, but I received a copy of it a few days ago.
21       Did you look at it before it was filed?
22             MR. LANHAM:   Just for the record, Judy, a
23       draft was provided previously, but it was actually
24       filed this morning.
25             MS. BERNSTEIN-GAETA:   Appreciate that.  And I

1    need to just ask you, is the draft that was filed what
2    was filed officially this morning, or has it changed?
3           MR. LANHAM: It has. The only thing that has
4    changed is the caption was changed a bit. Other than
5    that, nothing substantively.
6           MS. BERNSTEIN-GAETA: I brought copies of the
7    draft that was filed. Is it possible during a break
8    for me to get copies of what was actually filed if I
9    want to use them as an exhibit?
10          MR. LANHAM: Yes.
11          MS. BERNSTEIN-GAETA: Thank you very much.
12   BY MS. BERNSTEIN-GAETA:
13   Q.   And now I've forgotten your answer. Did you look at
14        the Second Amended Complaint before it was actually
15        filed today?
16   A.   Yes.
17   Q.   Did you look at the draft that was prepared a few days
18        ago?
19   A.   I don't know which draft I looked at.
20   Q.   Did you look -- before today, had you looked at the
21        Second Amended Complaint?
22   A.   Yes.
23   Q.   And when was that?
24   A.   Yesterday.
25   Q.   Any time prior to that?

1   A.   No.

2   Q.   Did you have any -- provide any information that was

3        included in the Second Amended Complaint?

4   A.   No.

5   Q.   Thank you. All right. So you looked at the Complaint.

6        Were you shown any cigarette packages in preparing

7        for your deposition?

8   A.   No.

9   Q.   Did you look at any cigarette advertisements?

10  A.   No.

11  Q.   Did you look at any newspaper articles or stories?

12  A.   No.

13  Q.   Did you look at any tobacco company documents?

14  A.   No.

15  Q.   Do you currently smoke?

16  A.   Yes.

17  Q.   What brand do you smoke?

18  A.   Marlboro Lights.

19  Q.   When did you have your last cigarette?

20  A.   Forty minutes ago.

21  Q.   Did you have to go outside to smoke that cigarette?

22  A.   No.

23  Q.   Were you at your house?

24  A.   I was in my car.

25  Q.   Was that your first cigarette of the day?

1      cigarette, or do you leave your fingers on the
2      cigarette as you take the puff?
3  A.  Usually, I leave them on.
4  Q.  And are they on in the manner that you previously
5      demonstrated, on either side of the rod?
6  A.  Yes.
7  Q.  Do you ever -- could you pick up that prop cigarette
8      again?  Do you ever cup your hand around the filter of
9      the cigarette when you're holding it?
10 A.  No.
11 Q.  Do you ever hold it any differently than you're holding
12     it right there?
13 A.  I don't think so.
14 Q.  Now you say to me you don't recall when you chose
15     Marlboro Lights as your cigarette, but do you recall
16     why you chose Marlboro Lights as your cigarette back
17     when you first started smoking them?
18 A.  I thought it was less unhealthy than regular
19     cigarettes.
20 Q.  And you remember thinking that back when you first
21     chose the cigarettes?
22 A.  I remember thinking that as I continued to smoke
23     Marlboro Lights.
24 Q.  But you don't recall if that's what you were thinking
25     when you first chose Marlboro Lights?

1  BY MS. BERNSTEIN-GAETA:
2  Q.  I've asked you why did you choose Marlboro Lights. Can
3      you tell me again your answer?
4          MR. LANHAM: Objection, asked and answered.
5          Go ahead.
6  A.  I said I continually smoked Marlboro Lights because I
7      thought it was less unhealthy than smoking regular
8      cigarettes.
9  BY MS. BERNSTEIN-GAETA:
10 Q.  When did you first form that belief?
11 A.  I don't remember.
12 Q.  Had you been smoking for a while before you formed that
13     belief?
14 A.  I don't remember.
15 Q.  But you know it wasn't when you started?
16 A.  I don't remember.
17 Q.  When you use the word "regular" cigarettes, what do you
18     mean?
19 A.  Not lights or ultralights.
20 Q.  Is another word for that "full flavor" cigarette? Is
21     that a word you're familiar with?
22 A.  Yes.
23 Q.  When you think less unhealthy, did you think you were
24     at less risk of getting disease from smoking Marlboro
25     Lights as opposed to a regular cigarette?

1         MS. BERNSTEIN-GAETA: Drat.
2         MR. LANHAM: Sorry.
3  A.   Could you repeat that?
4         MR. LANHAM: I'm sorry. I apologize.
5         MS. BERNSTEIN-GAETA: Can we go off the
6  record?
7         (Colloquy off the record. The deposition recessed
8  from 11:02 to 11:13 a.m.)
9  BY MS. BERNSTEIN-GAETA:
10 Q.   We're back on the record, Ms. Spellman. Did you speak
11      with your counsel about this deposition during the
12      break that we just had?
13 A.   Yes.
14 Q.   Can you tell me what you spoke about?
15        MR. LANHAM: Objection.
16        MS. BERNSTEIN-GAETA: You can answer unless
17 your --
18        MR. LANHAM: I'm instructing her not to
19 answer.
20        MS. BERNSTEIN-GAETA: Okay.
21 BY MS. BERNSTEIN-GAETA:
22 Q.   Why did you think that Marlboro Lights were less
23      unhealthy than regular cigarettes?
24 A.   Because they say lights, and they're lower tar and
25      nicotine.

Case 1:09-md-02068-JAW  Document 186-6  Filed 03/29/10  Page 10 of 13

142

1  A. I don't know.

2  Q. What are you asking for in this lawsuit?

3  A. To be paid back for being lied to.

4  Q. And when you say paid back -- well, I don't want to

5     trick you in any kind of way.

6        Let's go to the Second Amended Complaint, exhibit

7     number, I do not remember, but Sam is getting it.

8        MR. LANHAM: It's No. 6.

9        MS. BERNSTEIN-GAETA: Exhibit No. 6.

10       VIDEOGRAPHER: We're going to need to change

11    tapes in the next couple minutes.

12       MS. BERNSTEIN-GAETA: Okay. Why don't we

13    just take a break right now.

14       (The deposition recessed from 12:13 to 12:17 p.m.)

15 BY MS. BERNSTEIN-GAETA:

16 Q. Welcome back, Mrs. Spellman. I'm going to ask you to

17    turn to page 8 of the Second Amended Complaint,

18    paragraph 39, and I will read the class definition and

19    let me know if I read it correctly.

20       The Class is defined as: All persons residing in

21    the State of Maine who purchased for personal use

22    defendants' cigarettes labeled as "Light" or

23    "Ultralight" during the class period through the

24    present. Excluded from the class are Defendants, their

25    subsidiaries and affiliates. Also excluded is any

VERITEXT REPORTING COMPANY
(212) 279-9424        www.veritext.com        (212) 490-3430

```
 1                  MS. BERNSTEIN-GAETA:  That's fine.
 2   BY MS. BERNSTEIN-GAETA:
 3   Q.   Do you understand that you've given up in this
 4        complaint the right to get refunded for the purchase of
 5        cigarettes you've purchased prior to six years before
 6        August of 2005?
 7   A.   Yes.
 8   Q.   That's okay?
 9                  MR. LANHAM:  Objection to the form.
10                  MS. BERNSTEIN-GAETA:  You can answer.
11   A.   Yes.
12   BY MS. BERNSTEIN-GAETA:
13   Q.   Did you smoke the cigarettes for which you seek a
14        refund?
15   A.   Yes.
16   Q.   If you get the money back or a refund, that means you
17        will have smoked the Marlboro Lights since six years
18        before 2005 to the present for free; is that correct?
19   A.   Yes.
20   Q.   You can't return the cigarettes that you smoked; right?
21   A.   Right.
22   Q.   Since filing the complaint in August 12th, 2005, do you
23        think you should be refunded for your purchase of
24        Marlboro Lights from August 12th, 2005, forward?
25   A.   Yes.
```

1  Q. What do you understand a class action to be?
2  A. Many people suing the company based on the same facts.
3  Q. Do you understand that you're named as a class
4  representative in this lawsuit?
5  A. Yes.
6  Q. What do you understand a class representative's jobs to
7  be or "duties" is a better word?
8  A. I need to be familiar with the case. I need to work
9  with Sam and the other attorneys, and represent any
10 other plaintiffs.
11 Q. And not just plaintiffs, but people who would be
12 members of the class; correct?
13 A. Yes.
14 Q. If there's someone in Maine who smokes a Philip Morris
15 brand light or low-tar cigarette, but smokes them only
16 because they enjoy the taste of the cigarettes, are
17 they a member of your class?
18         MR. LANHAM: Object to form and foundation,
19 and calls for a potential legal opinion.
20         MS. BERNSTEIN-GAETA: You can answer to the
21 best of your ability.
22 A. I don't know.
23 BY MS. BERNSTEIN-GAETA:
24 Q. You don't know if they're in the class?
25 A. I don't know.

VERITEXT REPORTING COMPANY
(212) 279-9424      www.veritext.com      (212) 490-3430

```
 1   Q.   Okay.  Do you think people who smoke Marlboro Lights
 2        only for taste have been deceived?
 3              MR. LANHAM:  Same objection, form and
 4        foundation.
 5   A.   I don't know.
 6   BY MS. BERNSTEIN-GAETA:
 7   Q.   Do you know if there are people who smoke Marlboro
 8        Lights for reasons other than reduced -- because they
 9        are less hazardous than full-flavor cigarettes?
10   A.   I don't know.
11   Q.   Do you believe there may be?
12              MR. LANHAM:  Objection to form.
13   A.   I don't know.
14   BY MS. BERNSTEIN-GAETA:
15   Q.   Do you think you're a good class representative?
16   A.   Yes.
17   Q.   Why?
18   A.   Because I've been lied to just as any other potential
19        class members.
20   Q.   And why do you think that makes you a good class
21        representative?
22   A.   Because I experienced it.  I know what they might think
23        or want.
24   Q.   Do you think your inability to remember some details of
25        questions I've asked you today, such as how you smoke,
```