# EXHIBIT G

to

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

**CERTIFIED TRANSCRIPT**

1

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

IN RE: LIGHT CIGARETTES MARKETING )
AND SALES PRACTICES LITIGATION    ) MDL DOCKET NO.
_____)    ) 1-09-MD-2068
THIS DOCUMENT RELATES TO:         )
                                  )
STEPHANIE GOOD, LORI A. SPELLMAN, ) Case No.:
and ALLAIN L. THIBODEAU,          ) 05-00127-B-W
individually and on behalf of all )
others similarly situated,        )
                       Plaintiff, )
v.                                )
                                  )
PHILIP MORRIS USA INC., a         )
Virginia corporation, and         )
ALTRIA GROUP, INC., a Virginia    )
corporation,                      )
                                  )
                      Defendants. )

       The Videotaped Deposition of ALLAIN L. THIBODEAU, taken by the attorney for the Defendant Philip Morris commencing at 9 a.m. on the 10th day of December, 2009, at, Aylstock, Witkin, Kreis & Overholtz, 803 N. Palafox Street, Pensacola, Florida, before Gina Hawkins, Registered Professional Reporter and Notary Public in and for the State of Florida.

1   Q   And someplace around 2005 she first talked to you
2   about this suit?
3   A   Yes.
4   Q   And do you recall what she said to you?
5   A   Not exactly, no, other than Marlboro Lights
6   weren't the cigarette we thought they were.
7   Q   And did you ask her what she meant by that?
8   A   I'm sure I did.
9   Q   Do you recall what she said?
10  A   Paraphrasing, something to the effect of they
11  weren't as safe or as less addictive as you think they are.
12  Q   Do you recall what you said when she said that?
13  A   No, I don't.
14  Q   Did you ask her basis for her belief?
15  A   I don't -- I mean, I don't recall.  I'm sure I
16  did, but I don't know what that would have been.
17  Q   Did you express surprise at what she said?
18  A   Yes, I do remember that.
19  Q   And why were you surprised?  What were you
20  surprised about?  Let me start with that.
21  A   The fact that the cigarettes were a low-tar,
22  low-nicotine, and she was kind of contradicting that -- that
23  fact.
24  Q   And is that because up until when she spoke to
25  you, you thought that those cigarettes were low-tar,

1   low-nicotine?

2       A    Yes.

3       Q    What did you understand low-tar and low-nicotine
4   to mean in your mind?

5       A    At the time, a safer, less-addictive cigarette.

6       Q    And what -- when you say "safer," what do you
7   mean?  Safer compared to what?  Let me start with that.

8       A    A regular cigarette.

9       Q    And when you say "a regular cigarette," what do
10  you mean?

11      A    A regular Marlboro.

12      Q    Like a Marlboro Red, is that --

13      A    Yep.  Yep.

14      Q    And when you say "safer," how much safer?

15      A    I don't know how -- I guess I don't understand
16  the question.

17      Q    Well, when you're comparing it to a Marlboro, did
18  you have an idea of how much safer it was than a Marlboro?
19  Let me -- that's a lousy question, so let me strike that and
20  try to start again.

21          Did you have an understanding, at the time you
22  spoke with Ms. Good, that cigarettes cause cancer?

23      A    Yes.

24      Q    And did you have an understanding that all
25  cigarettes can cause cancer, both cigarettes like Marlboro

1    Reds and cigarettes like Marlboro Lights?
2        A    Yes.
3        Q    And what was that understanding based on?
4        A    Fact, just knowledge, I guess, knowledge of
5    people that smoke get cancer.
6        Q    And how -- how long did you have that knowledge?
7        A    I couldn't --
8        Q    We'll get back to that in a few minutes. I'm
9    just trying to get some context for your discussion with
10   Ms. Good.
11            So if you had an understanding that all
12   cigarettes could cause cancer, that's the context for what
13   I'm saying. How much safer did you think a Marlboro Light
14   was than a Marlboro Red in terms -- knowing that it still
15   could cause cancer?
16            Did you have an understanding of the -- of how
17   much less likely it would be?
18       A    The fact that it was a lower-tar, lower-nicotine
19   cigarette led me to believe that it was a safer -- safer
20   cigarette. It had lower tar, lower nicotine.
21       Q    Were you aware of cigarettes called UltraLights?
22       A    At the time, I don't think so.
23       Q    At the time you spoke with Ms. Good, you were not
24   aware of a cigarette called UltraLights?
25       A    I don't recall, I guess.

1  A   With me.
2  Q   And what did you tell Ms. Levasseur?
3  A   Just that I was involved in this case, you know,
4  having to come give a deposition today.
5  Q   Is she a smoker?
6  A   No.
7  Q   Before the lawsuit was filed, did you do any
8  research into any of the issues, look on the websites,
9  review any documents, anything like that?
10 A   I don't believe so.
11 Q   What made you decide to join this suit?
12 A   The fact that Philip Morris was lying to the
13 consumer of Light cigarettes.
14 Q   Based on what you were told?
15 A   Correct.
16 Q   Are you a current smoker?
17 A   Yes. Trying to quit all the time.
18 Q   What do you smoke -- what brand cigarette?
19 A   The last pack I bought was probably a Marlboro
20 Light.
21 Q   When did you first start to smoke?
22 A   When I was 15 or 16.
23 Q   And just, I want to clear up one thing. You said
24 the last pack you bought was probably a Marlboro Light.
25 When did you buy that?

1    Q    Do you recall if you smoked Kool Mild cigarettes
2  more intensely?
3    A    I don't recall.
4    Q    Do you recall whether you took more puffs from a
5  Kool Milds than from a Marlboro Red?
6    A    No.
7    Q    Do you recall whether you smoked Kool Mild down
8  farther towards the filter than you did Marlboro Reds?
9    A    No. I didn't smoke them long enough to --
10   Q    And same question as to Vantage as compared to
11 when you were smoking Marlboro Reds. Do you recall any
12 differences in the way you were smoking Vantages as opposed
13 to Marlboro Reds?
14   A    No.
15   Q    After smoking Vantages for about a year -- so now
16 we're in your mid-20s, right?
17   A    Yep.
18   Q    And that means we're around 1982, '83,
19 thereabouts, am I right? '92, '93?
20   A    Would have been '87, '88, something like that.
21   Q    Okay, '87, '88. That's right. You were born in
22 '65. Did you switch to a different brand of cigarette?
23   A    Yes, sir.
24   Q    And what was that?
25   A    Marlboro Lights.

1  Q   So this was around what year?
2  A   Mid-80s, mid to later '80s.
3  Q   And why did you switch to Marlboro Lights?
4  A   I remember seeing a low-tar, low-nicotine on the
5  pack or on an advertising.
6  Q   Why did that influence your choice?
7  A   Lower tar and lower nicotine made me think it was
8  a safer, less-addictive cigarette.
9  Q   And where did you get that understanding from?
10 A   I don't recall. Just the perception of low-tar,
11 low-nicotine. Everyone knows that tar and nicotine are the
12 bad portions of a cigarette or the addictive portions of a
13 cigarette.
14 Q   When you say "everyone knows," what's your basis
15 for saying "everyone knows"?
16 A   It wasn't the right word to use.
17 Q   Have you ever seen any announcement from the
18 American Cancer Society or American Heart Association,
19 organizations like that, dealing with tar and nicotine?
20 A   I don't recall, no.
21 Q   Did you ever see any announcements from any
22 government agencies dealing with tar and nicotine?
23 A   I don't recall, no.
24 Q   When you switched to Marlboro Lights, did you
25 continue to smoke about a pack a day, or did you change how

1   A   No.  I thought a light was a light.

2   Q   What does that mean?

3   A   A safer, healthier cigarette, less addictive.

4   Q   Than what?

5   A   Than a regular cigarette.

6   Q   Than all regular cigarettes?  Than all regular
7   cigarettes?

8   A   Yes.

9   Q   Than -- safer than an unfiltered cigarette?

10  A   Is that a regular cigarette?

11  Q   I --

12  A   I'd -- I'd have to say yes.

13  Q   Ever smoke an unfiltered cigarette?

14  A   I'm sure I have, Lucky Strike, probably, Pall
15  Mall, something like that back when we were kids.

16  Q   Do you recall how that tasted?

17  A   Pretty sure I got light-headed, dizzy.

18  Q   Do you recall if the taste was harsher than a
19  filtered cigarette?

20  A   No, I -- no.

21  Q   No, it wasn't?

22  A   No, I don't recall.

23  Q   Are you aware of anything called the FTC?

24  A   Federal Trade Commission?

25  Q   Very good.  So you are?