# EXHIBIT H

## to

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| IN RE: LIGHT CIGARETTES MARKETING AND SALES PRACTICES LITIGATION | MDL DOCKET NO. 1-09-MD-2068 ALL CASES |

**EXPERT REPORT OF JEFFREY E. HARRIS, M.D. Ph.D.**

December 6, 2009

## Qualifications

1. I am a Professor of Economics at the Massachusetts Institute of Technology. I have held the rank of tenured full professor since 1998. In my capacity as a faculty member at MIT, I have regularly taught courses in health economics, microeconomics and a freshman seminar on AIDS, and from time to time I have offered courses in industrial organization, government regulation, and probability and statistics. In my courses, I have taught students about the economics of the tobacco industry, the health consequences of smoking, and the economic effects of the health consequences of smoking [1]. (Numbers in brackets refer to end notes.)

2. From 1977 through April 2006, I practiced medicine as a primary care physician at the Massachusetts General Hospital in Boston, Massachusetts. In that capacity, I had thousands of encounters with patients who smoked cigarettes, as well as patients who suffered from smoking-related diseases. In February 2006, I began work as a consulting physician to the Providence Community Health Centers in Providence, Rhode Island. Since February 2008, I have been serving as a practicing internist at Blackstone Valley Community Health Care in Pawtucket, Rhode Island, where I continue to care for patients who smoke cigarettes and suffer from smoking-induced pathology. Many of these patients are economically disadvantaged patients and have no health insurance coverage. Like my patients at the Massachusetts General Hospital, virtually all of them want to quit smoking.

3. In my capacity as an economist and physician, I have written scholarly articles in peer-reviewed journals, advised numerous government agencies, given invited testimony before U.S. Congressional committees, and served as an invited member of

committees of the National Academy of Sciences. In particular, I served as consulting

scientific editor, contributor and senior reviewer of the U.S. Surgeon General's reports of

1979–1983, 1986, 1988, 1989, and 1996.  During 2004-2007, I was an invited member of

the Institute of Medicine's Committee on Reducing Tobacco Use [2].  A complete listing

is given in my Curriculum Vitae, which is attached to this report as Appendix A.

4.  My peer-reviewed articles include: "Taxing Tar and Nicotine," *American

Economic Review* (1980); "Cigarette Smoking Among Successive Birth Cohorts of Men

and Women in the United States During 1900-80," *Journal of the National Cancer

Institute* (1983); "Cigarette Smoking Before and After an Excise-Tax Increase and

Anti-Smoking Campaign – Massachusetts, 1990–1996," *Morbidity and Mortality Weekly

Report* (1996); "U.S. Cigarette Manufacturers' Ability to Pay Damages:  Overview and a

Rough Calculation," *Tobacco Control* (1996); "The Continuum of Addiction:  Cigarette

Smoking in Relation to Price Among Americans Aged 15–29," *Health Economics*

(1999); "Smoke Yields of Tobacco-Specific Nitrosamines in Relation to FTC Tar Level

and Cigarette Manufacturer: Analysis of the Massachusetts Benchmark Study," *Public

Health Reports* (2001); "Cigarette Tar Yields in Relation to Mortality from Lung Cancer

in the Cancer Prevention Study II Prospective Cohort, 1982–8," *British Medical Journal*

(2004); "Incomplete Compensation Does Not Imply Reduced Harm: Yields of 40 Smoke

Toxicants per Milligram Nicotine in Regular Filter versus Low Tar Cigarettes in the 1999

Massachusetts Benchmark Study," *Nicotine and Tobacco Research* (2004); and

"Asymmetric Social Interaction in Economics: Cigarette Smoking among Young People

in the United States, 1992–1999," *Journal of Health Economics* (2008).

Harris, J.E., Expert Report        *In Re: Light Cigarettes, MDL No. 2068*                December 6, 2009

5.  As further noted in my Curriculum Vitae, I have served a number of times as an expert witness in litigation concerning the economics and health consequences of cigarette smoking.  In 1988, I gave expert testimony in <u>Cipollone v. Liggett Group, et al.</u> In 2003, I testified as an expert witness at trial in <u>Price v. Philip Morris</u> (originally captioned <u>Miles v. Philip Morris</u>), a class-action lawsuit concerning "light" cigarettes in the state of Illinois.  In 2004, I testified as an expert witness on behalf of the U.S. Department of Justice in <u>United States v. Philip Morris et al</u>.  In 2006, I gave deposition testimony in <u>Schwab et al. v. Philip Morris USA</u>, a nationwide class action concerning light cigarettes.  In 2007, I submitted an expert report in <u>Craft et al. v. Philip Morris Companies, Inc. and Philip Morris Inc.</u>, a class action concerning light cigarettes in the state of Missouri.  Most recently, in 2009, I submitted an expert report in <u>City of St. Louis et al. v. American Tobacco Co. et al.</u>, a lawsuit brought by hospitals to recover the health-care costs.

## Hourly Rate

6.  My hourly rate is $600 for both preparation and testimony.

## Assumptions; Questions Addressed

7.  Counsel for Plaintiffs has asked me to make the following assumptions:

a.   The *relevant market* consists of the State of California and the District of Columbia.

b.   The *cigarette lights brands* are Marlboro Lights and Marlboro Ultra Lights.

c.   The *class period* runs from 2005 through 2009.

4

Harris, J.E., Expert Report          *In Re: Light Cigarettes, MDL No. 2068*          December 6, 2009

8. Given the foregoing assumptions, Counsel for Plaintiffs has asked me to address the following questions:

    a.  How many packs of cigarette lights brands were sold in the relevant market during class period?

    b.  What was the total consumer expenditure, inclusive of excise and sales taxes, on cigarette lights brands in the relevant market during the class period?

    c.  What was the cumulative before-tax profit realized by Defendants Philip Morris and Altria Group on the sale of cigarette lights brands in the relevant market during the class period?

9. Thus far, Counsel for Plaintiffs has not asked me to make any interest calculations.

**Methodology Described; Supplementary Report Anticipated**

10. In this initial Report, I explain the methodology that I propose to use in order to answer the foregoing questions.

11. Some of the information required to carry out the calculations described in this Report is not publicly available. If and when I receive the necessary information during pretrial discovery, I will issue a supplementary report that delineates the results of my calculations.

**Cigarette Lights Brands Sold During the Class Period**

12. My computation of cigarette lights brands sold during the class period adheres essentially to the same methodology that I used in my expert reports in <u>Price v. Philip Morris</u> [3], which I append to this report as Appendix B.

5

Harris, J.E., Expert Report        *In Re: Light Cigarettes, MDL No. 2068*        December 6, 2009

13.   To illustrate my computation of cigarette lights brands sold during the class

period, I focus on the computation for the brand Marlboro Lights (ML) in the state of

California (CA) during the year 2005.  My computation begins with the following

equation:

| Quantity of ML Cigarettes Sold in CA in 2005 | = | Total Number of Cigarettes Taxed in CA in 2005 | × | Market Share of ML Cigarettes in CA in 2005 | [Equation 1] |
|---|---|---|---|---|---|

14.   The first term on the right-hand side of Equation 1 is the total number of

cigarettes taxed in California in 2005.  The most widely employed source of data on

cigarettes taxed by state and year is the *Tax Burden on Tobacco*, an annual volume

formerly issued by the Tobacco Institute and now issued by the firm of Orzechowski and

Walker [4].  Table 10 of that source shows that in the state of California, 1,187.2 million

packs of cigarettes were taxed in the fiscal year ending June 30, 2005, while 1,190.0

million packs were taxed in the fiscal year ending June 30, 2006.  The average of these

two values, that is, 1,188.6 million packs, represents an estimate of the total number of

cigarettes taxed in California in calendar year 2005.

15.   Data on the number of cigarettes taxed within a state include cigarettes

purchased by non-residents of that state.  In the event that I am instructed to exclude non-

resident purchases, I can rely upon recent calculations by Lovenheim [5].  In particular,

Table 8 of Lovenheim [5] shows that cigarette sales in California had increased by 0.36

percent as a consequence of cross-border traffic.  In the present illustrative calculation,

excluding non-resident purchases would result in an estimate of

$$1,188.6 \times (100\% - 0.36\%) = 1,184.3 \text{ million packs for the year 2005.}$$

Harris, J.E., Expert Report     *In Re: Light Cigarettes, MDL No. 2068*           December 6, 2009

16. The second term in foregoing equation is the market share of Marlboro Lights cigarettes in California in 2005. To compute this quantity, I formulate the following equation:

$$\text{Market Share of ML Cigarettes in CA in 2005} = \text{ML Share of PM Shipments to CA in 2005} \times \text{PM National Market Share in 2005} \quad [\text{Equation 2}]$$

17. The first term on the right-hand side of Equation 2 is the Marlboro Lights share of all cigarette shipments by Philip Morris USA to its direct purchasers located within California. Such information is not in the public domain, but it is likely to be available from Defendant Philip Morris USA. Defendant Philip Morris provided similar data for other jurisdictions in other years during pre-trial discovery in both Price [3] and Craft [6].

18. The second term on the right-hand side is Philip Morris USA's share of the national market in 2005. This information is publicly available from the Altria Group Annual Reports. For the year 2005, for example, the national market share was 50.0 percent [7].

19. In order to get an idea of the magnitudes involved, I assume here that the ML share of Philip Morris direct shipments to California was 40 percent in 2005. (In 2003, the corresponding share in Missouri was 38 percent and the trend had been upward [6].) This implies that the market share of Marlboro Lights in California would be $40\% \times 50\% = 20\%$. Multiplying this share by the total number of cigarettes taxed in California during 2005 gives $20\% \times 1,188.6 = 237.7$ million packs of Marlboro Lights in 2005.

7

Harris, J.E., Expert Report        *In Re: Light Cigarettes, MDL No. 2068*        December 6, 2009

**Total Expenditure on Cigarette Lights Brands Sold During the Class Period**

20.  My computation of total expenditure on cigarette lights brands sold during the class period likewise follows the same methodology that I used in my expert report in Price v. Philip Morris [3].

21.  To compute total expenditure, I multiply the number of packs of cigarettes sold by the average price per pack inclusive of local, state and federal excise taxes as well as applicable sales tax. For this purpose, data on average cigarette retail prices in each state and each year are also available from the *Tax Burden on Tobacco* [4]. Table 13A of that source indicates that on November 1, 2004, the average price of a premium-brand cigarette (such as Marlboro) in California, including excise taxes, was 411.9 cents; on November 1, 2005, the corresponding average price was 425.0 cents. Prorated to mid-2005, the average price would be $411.9 \times \left(\dfrac{2}{12}\right) + 425.0 \times \left(\dfrac{10}{12}\right) = 422.8$ cents per pack. Table 15 of the same source indicates that in 2005, California imposed a 7.25-percent sales tax on cigarettes, with excise taxes included in the sales tax base [4]. This gives an average retail price, inclusive of all taxes, of $422.8 \times 107.25\% = 453.5$ cents per pack.

22.  Continuing with the illustrative calculation, total expenditures on Marlboro Lights in California in 2005 would equal $\$4.535 \times 237.7 = \$1,078.0$ million.

**Profit Realized on Cigarette Lights Brands Sold During the Class Period**

23.  To compute before-tax profit realized on cigarette lights brands sold during the class period, I make use of the following equation:

| Before-Tax Profit on ML Cigarettes in CA in 2005 | = | Quantity of ML Cigarettes Sold in CA in 2005 | × | PM Pre-Tax Profit per Unit Sales of Cigarettes | [Equation 3] |
|---|---|---|---|---|---|

8

Harris, J.E., Expert Report       *In Re: Light Cigarettes, MDL No. 2068*                December 6, 2009

24.  To compute Defendant Philip Morris USA's before-tax profit on each pack of

ML cigarettes, I rely on publicly available data from Altria Group annual reports.  For the

year 2005, the domestic tobacco business segment, that is, Philip Morris USA, had an

operating income of $4.581 billion before allocation of corporate-wide expenses.  In that

year, all operating companies' income was $17.390 billion, while corporate-wide

expenses were $798 million.  (See "Consolidated Operating Results" at p. 21 in [7].)

Hence, corporate-wide expenses allocated to Philip Morris USA would amount to

$\frac{4.581}{17.390} \times 0.798 = \$0.200$  billion.  This gives an operating income net of corporate-wide

expenses equal to $4.581 - 0.200 = \$4.381$ billion.  Philip Morris USA's domestic

shipment volume in 2005 was 185.5 billion units, or $\frac{185.5}{20} = 9.275$  billion packs.  (See

"Operating Results: Domestic Tobacco" at p. 27 in [7].)  Hence, the pre-tax profit per

pack in 2005 was $\frac{4.381}{9.275} = \$0.47$ per pack.

25.  The foregoing calculation represents the average pre-tax profit per pack of

cigarettes.  While Philip Morris USA's principal products are full-priced premium brand

cigarettes, approximately 10 percent of the company's sales are discount brands.  Hence,

the average pre-tax profit per pack, as calculated above, tends to understate the actual

profit per pack of premium brand cigarettes such as Marlboro Lights.

26.  Continuing my illustrative calculation, the pre-tax profits on Marlboro Lights

in California in 2005, based on Equation 3, would be $237.7 \times \$0.47 = \$111.7$  million.

Harris, J.E., Expert Report          *In Re: Light Cigarettes, MDL No. 2068*          December 6, 2009

**Summary of Illustrative Calculations**

27.  Table 1 below summarizes all of illustrative calculations made in this report.

**Comment**

28.  Although Counsel for Plaintiffs has informed me that the relevant markets are the State of California and the District of Columbia, I can extend my calculations using the same methodology to other markets.

29.  Although Counsel for Plaintiffs has asked me to restrict the class period to 2005–2009, I can extend the class period backward at least to the 1970s.  Extending the class period forward to include future projections would require additional modeling of future price, quantity, and costs.

30.  Although Counsel for Plaintiffs has asked me to restrict the set of cigarette lights brands to Marlboro Lights and Marlboro Ultra Lights, I can extend my calculations using the same methodology to other cigarette brands.

31.  In the foregoing illustrative calculation, I included all federal and state excise taxes and statewide sales taxes in the computations of average retail price.  However, if required, I can exclude any and all applicable taxes.

32.  In the foregoing calculation, I included all pre-tax profits.  However, if required, I can exclude income taxes from the calculation.

33.  In the foregoing calculation, I have made no interest calculations, but can do so if required.

10

Harris, J.E., Expert Report     *In Re: Light Cigarettes, MDL No. 2068*     December 6, 2009

**TABLE 1.  Summary of Illustrative Calculations for Marlboro Lights in the**

**State of California, 2005**

| Step in Calculation | Source | Value |
|---|---|---|
| (A)  Cigarettes taxed in California during fiscal year ending June 30, 2005 (millions of packs) | Table 10 of [4] | 1,187.2 |
| (B)  Cigarettes taxed in California during fiscal year ending June 30, 2005 (millions of packs) | Table 10 of [4] | 1,190.0 |
| (C)  Estimated cigarettes taxed in California during calendar year 2005 (millions of packs) | $\dfrac{A+B}{2}$ | 1,188.6 |
| (D)  Philip Morris USA's share of national market in 2005 | Page 27 in [7] | 50.0% |
| (E)  Marlboro Lights share of Philip Morris USA's shipments to direct purchasers located in California in 2005 | See text ¶19. | 40% |
| (F)  Estimated market share of Marlboro Lights cigarettes in California in 2005 | $D \times E$ | 20% |
| (G)  Estimated purchases of Marlboro Lights cigarettes in California in 2005 (millions of packs) | $C \times F$ | 237.7 |
| (H)  Average price of premium-brand cigarettes in California (exclusive of sales taxes) as of November 1, 2004 (cents per pack) | Table 13A of [4] | 411.9 |
| (I)  Average price of premium-brand cigarettes in California (exclusive of sales taxes) as of November 1, 2005 (cents per pack) | Table 13A of [4] | 425.0 |
| (J)  Estimated average price of premium-brand cigarettes in California (exclusive of sales taxes) in mid-2005 (cents per pack) | $\dfrac{2}{12} \times H + \dfrac{10}{12} \times I$ | 422.8 |
| (K)  Sales tax rate prevailing in California in 2005 | Table 15 of [4] | 7.25% |
| (L)  Estimated average price of premium-brand cigarettes in California (inclusive of sales taxes) in mid-2005 (cents per pack) | $J \times (100\% + K)$ | 453.5 |
| (M)  Estimated total expenditures on Marlboro Lights cigarettes in California in 2005 ($millions) | $G \times L/100$ | 1,078.0 |
| (N)  Operating profit, Philip Morris USA, 2005 ($billions) | Page 21 in [7] | 4.581 |
| (O)  Altria Group corporate-wide expenses, 2005 ($billions) | Page 21 in [7] | 0.798 |

11

Harris, J.E., Expert Report     *In Re: Light Cigarettes, MDL No. 2068*     December 6, 2009

| Step in Calculation | Source | Value |
|---|---|---|
| (P) Combined operating profit, Altria Group, all operating divisions, 2005 ($billions) | Page 21 in [7] | 17.390 |
| (Q) Altria Group corporate-wide expenses allocated to Philip Morris USA, 2005 ($billions) | $\frac{N}{P} \times O$ | 0.200 |
| (R) Operating profit net of allocated corporate-wide expenses, Philip Morris USA, 2005 ($billions) | $N - Q$ | 4.381 |
| (S) Philip Morris USA's domestic shipment volume in 2005 (billions of cigarettes) | Page 27 in [7] | 185.5 |
| (T) Philip Morris USA's domestic shipment volume in 2005 (billions of packs) | $T/20$ | 9.275 |
| (U) Philip Morris USA's estimated pre-tax profit per pack of cigarettes sold in 2005 ($ per pack) | $R/T$ | 0.47 |
| (V) Philip Morris USA's estimated pre-tax profits on Marlboro Lights in California in 2005 ($millions) | $U \times G$ | 111.7 |

Harris, J.E., Expert Report    *In Re: Light Cigarettes, MDL No. 2068*              December 6, 2009

**Signature Page**

_____

Jeffrey E. Harris

Harris, J.E., Expert Report        *In Re: Light Cigarettes, MDL No. 2068*        December 6, 2009

**End Notes and References**

1.      The opinions expressed in this report are the author's sole responsibility, and do not necessarily represent those of the Massachusetts Institute of Technology or any other organizatiion.

2.      Bonnie, R.J., K. Stratton, and R.B. Wallace, eds. *Ending the Tobacco Problem: A Blueprint for the Nation.* 2007, National Academies Press: Washington DC.

3.      Harris, J.E., *Retail Consumer Expenditures in the State of Illinois on Marlboro Lights Cigarettes, 1971–2001, and Cambridge Lights Cigarettes, 1986–2001,* in *Susan Miles and Linda J. McHatton et al. v. Philip Morris.* 2002, Cause No. 00-L-112, June 17: Circuit Court, Third Judicial Circuit, Madison County, Illinois.

4.      Orzechowski, W. and R. Walker, *The Tax Burden on Tobacco.  Historical Compilation, Volume 43.* 2008, Arlington VA: Orzechowski & Walker.

5.      Lovenheim, M., *How Far to the Border?: The Extent and Impact of Cross-Border Casual Cigarette Smuggling.* National Tax Journal, 2008. **61**: p. 7-33.

6.      Harris, J.E., *Expert Report in Craft et al. v. Philip Morris Companies, Inc. and Philip Morris Incorporated.* 2007: Missouri Circuit Court, Twenty-Second Judicial Circuit (City of St. Louis), Cause No. 002-00406-02, December 3.

7.      Altria Group, I., *2005 Annual Report.* 2006: http://www.altria.com/annualreport/ar2005/2005ar_11_0100.aspx.

Harris, J.E., Expert Report          *In Re: Light Cigarettes, MDL No. 2068*

December 6, 2009

**Signature Page**

Jeffrey E. Harris          12/6/2009

# Appendix A

November 20, 2009

# JEFFREY E. HARRIS
## Curriculum Vitae

- **Residence:** 56 John Street
  Providence, Rhode Island 02906-2034

- **MIT Office:** Department of Economics E52-252F,
  Massachusetts Institute of Technology,
  Cambridge MA 02139
  Voice 617-253-2677; Fax 617-253-6915
  Email *jeffrey@mit.edu*

## Current Employment

Professor, Department of Economics, Massachusetts Institute of Technology,
  since July 1, 1998.

## Education

- Ph.D. in Economics, 1975, University of Pennsylvania.
- M.D., 1974, University of Pennsylvania.
- A.B. (*summa cum laude*), 1969, Harvard University.
- Resident & Clinical Fellow, Medical Services, Massachusetts General Hospital, 1974–1977.

## Past and Present Medical Practice

Primary Care Physician, Internal Medicine Associates, Massachusetts General Hospital, Boston, Massachusetts, 1977–2006.

Internist, Blackstone Valley Community Health Care, Pawtucket, Rhode Island, 2008–.

Consulting Physician, Providence Community Health Centers, Providence, Rhode Island, 2006–.

Currently active medical licenses:  Massachusetts #38219; Rhode Island #MD11997.

November 20, 2009

**Academic and Professional Experience; Public Service**

Elected to Phi Beta Kappa, 1969.

Medical Scientist Training Program, National Institutes of Health, 1969–1974.

Elected to Alpha Omega Alpha Honor Medical Society, 1974.

Assistant Professor, Department of Economics, Massachusetts Institute of Technology, and Harvard University–M.I.T. Division of Health Sciences and Technology, 1976–1980.

Associate Professor, Department of Economics, Massachusetts Institute of Technology, and Harvard University–M.I.T. Division of Health Sciences and Technology, 1980–1998 (tenure since 1982).

Professor, Harvard University–M.I.T. Division of Health Sciences and Technology, 1998–2008.

Physician Member, Massachusetts Board of Registration and Discipline in Medicine, 1978–1980.

Consultant, Office on Smoking and Health, Office of the Assistant Secretary for Health, U.S. Department of Health, Education, and Welfare, 1978–1980.

Consulting Scientific Editor, Contributor, and Senior Reviewer, U.S. Surgeon General's Reports on Smoking and Health, 1979–1983, 1986, 1988, 1989, 1996.

Consultant, National Cancer Institute, U.S. Dept. of Health, Education, and Welfare, 1979.

Consultant, Health Care Financing Administration, U.S. Department of Health, Education, and Welfare, 1978–1980.

Editor, Health and Public Policy Series, M.I.T. Press, 1978–1993.

Health Sciences Fund, Research Grant Award, 1979.

Research Career Development Award, U.S. Public Health Service, 1980–1985.

Member, Diesel Impacts Study Committee, Analytic Panel, National Academy of Sciences, 1980–1981.

National Institute on Drug Abuse, Research Grant Award, 1980–1985.

November 20, 2009

Elected to New York Academy of Sciences, 1980.

Associate Editor, Journal of Health Economics, 1981–1989.
Consultant, Office of Research and Development, U.S. Environmental Protection Agency, 1981.

Consultant and Visiting Scientist, Inhalation Toxicology Research Institute, 1981.

Consultant, Office of Health and Environmental Research, U.S. Department of Energy, 1981.

Member, National Hospice Advisory Committee, 1981–1984.

Consultant, American Lung Association, 1981.

Consultant, Food and Nutrition Service, National WIC Evaluation, U.S. Dept. of Agriculture, 1981–1984.

Research Associate, National Bureau of Economic Research, 1981–present.

Consultant, Cooperative Trial of Percutaneous Transluminal Angioplasty, U.S. Veterans Administration, 1981–1982.

Consultant, Health Effects Institute, 1981–1983.

Consultant, Committee to Plan a Comprehensive Review of Medical Education, Institute of Medicine, National Academy of Sciences, 1982.

Member, Committee to Study the Prevention of Low Birthweight, Institute of Medicine, National Academy of Sciences, 1983–1985.

Consultant, Committee on Complex Mixtures, Board on Toxicology and Environmental Health Hazards, National Academy of Sciences, 1985.

Member, Committee on National Strategies toward Acquired Immunodeficiency Syndrome (AIDS), National Academy of Sciences, Institute of Medicine, 1986.

Advisory/Finance Committee Member, Town of Brookline, Mass., 1986–1990.

Town Meeting Member, Town of Brookline, Mass. Elected 1986; re-elected for three terms, 1987–1992.

American Cancer Society, Research Grant Award, 1985–1987.

November 20, 2009

Scientific Advisory Committee, American Foundation for AIDS Research, 1987–1994.

Consultant, Attorney General and Department of Health and Welfare, Canada, 1988–1995.

Robert Wood Johnson Foundation, Research Grant Award, 1988–1989.

Consultant, New York City Department of Health, 1988.

Advisor to the Director, U.S. Centers for Disease Control, National Household HIV Seroprevalence Survey, 1989.

Visiting Associate Professor, Dept. of Biostatistics, Harvard School of Public Health, 1988–1989.

Member, Medical Consumer Advisory Council, M.I.T. Health Plan, 1989–1992.

Member, Local Organizing Committee, VIII International Conference on AIDS, 1990–1991.

Member, National Advisory Research Resources Council, National Institutes of Health, 1991–1994.

*Who's Who in Science and Engineering*, First Edition, 1991.

Member, Expert Panel on Controlling Health Care Costs, U.S. Congressional Budget Office, 1991.

Consultant and Expert Panel Member, Toxicity Testing of Ignition-Resistant Cigarettes, U.S. Consumer Product Safety Commission, 1992–1993.

Consultant, American Cancer Society, 1992–1994, 1997.

Member, Committee on Risk Characterization, National Academy of Sciences, 1994–1996.

Consultant, U.S. Federal Trade Commission, Bureau of Advertising Practices, 1994.

Consultant, National Cancer Institute, Ad Hoc Panel on FTC Cigarette Test Method, 1994.

Consultant, Massachusetts Department of Public Health, 1994–2003.

Consultant, Office on Smoking and Health, Centers for Disease Control, 1996.

November 20, 2009

Consultant, Robert Wood Johnson Foundation, 1996.

Consultant, Attorney General of Minnesota, 1997.

Consultant, U.S. Department of Veterans Affairs, 1997–1998.

Consultant, New Hampshire Association of Counties, 1999.

Consultant, U.S. Department of Justice, 2001–2005.

Consultant, Australian Competition and Consumer Safety Commission, 2004.

Member, Institute of Medicine Committee on Reducing Tobacco Use, 2004–2007.

Visiting Professor, Universidad Francisco Marroquin, Guatemala City, Guatemala, 2005.

Consultant and Visiting Faculty, Instituto Nacional de Salud Pública, Cuernvaca, Mexico, 2006.

Consultant, Providence Community Health Centers, Providence, Rhode Island, 2006–.

Consultant, Internal Revenue Service, 2006.

Visiting Lecturer, Universidad Tecnológica de Santiago, School of Medicine, Santiago, Dominican Republic, 2006.

Visiting Lecturer, Pontificia Universidad Católica Madre y Maestra, Internal Medicine Residency Program, Santiago, Dominican Republic, 2006.

Visiting Lecturer, 7º Diplomado sobre VIH/SIDA: Diagnóstico y respuesta estrátegia, Instituto Nacional de Salud Pública, Cuernvaca, Mexico, 2006.

Visiting Professor, Department of Quantitative Methods for Economics and Management, University of Las Palmas de Gran Canaria, Spain, January 2007.

Visiting Lecturer, Segundo Diplomado en Evaluación Económica de Intervenciones en Salud, Instituto Nacional de Salud Pública, Cuernvaca, Mexico, 2007.

Visiting Professor, Department of Economics, University of Costa Rica, January 2008.

Keynote Speaker, XXVIII Meeting of the Spanish Health Economics Association, Salamanca, Spain, May 2008.

5

November 20, 2009

Huésped Distinguido (Distinguished Guest and Honorary Citizen), City of Salamanca, Spain, May 2008.

Consultant and Visiting Scholar, Instituto Nacional de Salud Pública, Cuernavaca, Mexico, August 2008.

Visiting Professor, Department of Quantitative Methods for Economics and Management, University of Las Palmas de Gran Canaria, Spain, May-June 2009.

Associate Editor, Revista Costarricense de Salud Pública, June 2009–.

Keynote Speaker, 10th Anniversary of Revista de Gestión y Clínica Sanitaria, Madrid, November 2009.


**Publications:  Online Links**

Links to some of the publications listed below are posted at
http://web.mit.edu/jeffrey/harris/

**Articles, Comments, Reviews and Letters in Scholarly Journals**

Jeffrey E. Harris and Martin Morad, "The Effect of Ca-K Interaction on the Plateau of the Cardiac Action Potential," *Physiologist* 14 (1974): 150.

Oliver Williamson, Michael Wachter, and Jeffrey E. Harris, "Understanding the Employment Relation: The Analysis of Idiosyncratic Exchange," *Bell Journal of Economics* 6 (1975): 250-78 [Reprinted in: O. Williamson, *Markets and Hierarchies: Analysis and Antitrust Implications* (Free Press, 1976); and L. Putterham, ed., *The Economic Nature of the Firm:  A Reader* (Cambridge University Press, 1986).]

Jeffrey E. Harris, "Fuchs' Who Shall Live? Health, Economics, and Social Choice" (book review), *Bell Journal of Economics* 7 (1976): 340-43.

Jeffrey E. Harris, "The Internal Organization of Hospitals: Some Economic Implications," *Bell Journal of Economics* 8 (1977): 467-82.  [Reprinted in R.D. Luke and J.C. Bauer, eds., *Issues in Health Economics* (Aspen Systems Press, 1982); and A.R. Kovner and D. Neuhauser, eds., *Health Services Management:  Readings and Commentary*, 3rd edition (Health Administration Press, 1987).]

Jeffrey E. Harris, "Pricing Rules for Hospitals," *Bell Journal of Economics* 10 (1978): 224-43.

November 20, 2009

D.J. Greenblatt, P.J. Gross, J. Harris, et al., "Fatal Hyperthermia Following Haloperidol Therapy of Sedative-Hypnotic Withdrawal," *Journal of Clinical Psychiatry* 39 (1978): 673-75.

Jeffrey E. Harris, "Regulation and Internal Control in Hospitals," *Bulletin of the New York Academy of Medicine* 55 (1979): 88-103.

Jeffrey E. Harris, "Taxing Tar and Nicotine," *American Economic Review* 70 (1980): 300-11.

Jeffrey E. Harris and William H. DuMouchel, "Nonsmoking Wives of Heavy Smokers Have a Higher Risk of Lung Cancer" (letter), *British Medical Journal* 283 (1981): 915.

Jeffrey E. Harris, "Increasing the Federal Excise Tax on Cigarettes," *Journal of Health Economics* 1 (1982): 117-20.

William H. DuMouchel and Jeffrey E. Harris, "Bayes Methods for Combining the Results of Cancer Studies in Humans and Other Species," (with Comment and Rejoinder) *Journal of the American Statistical Association* 78 (1983): 293-308, 313-15.

Jeffrey E. Harris, "Cigarette Smoking Among Successive Birth Cohorts of Men and Women in the United States During 1900-80," *Journal of the National Cancer Institute* 71 (1983): 473-79.

Jeffrey E. Harris, "Diesel Emissions and Lung Cancer" (with Comment and Reply), *Risk Analysis* 3: (1983): 83-100, 139-46.

Jeffrey E. Harris, Starr's "Social transformation of American medicine" (book review), *Social Science and Medicine* 17 (1983): 1927-28.

Jeffrey E. Harris, "Aaron and Schwartz's *Painful Prescription: Rationing Hospital Care*" (book review), *Journal of Economic Literature* 23 (1985): 52-54.

Jeffrey E. Harris, "How Many Doctors are Enough?" *Health Affairs* 5 (1986): 73-83.

Jeffrey E. Harris, "Defensive Medicine:  It Costs, But Does It Work?" (editorial), *Journal of the American Medical Association* 257 (1987): 2801-2.

Jeffrey E. Harris, "Improved Short-Term Survival of AIDS Patients Initially Diagnosed with Pneumocystis carinii Pneumonia, 1984 through 1987," *Journal of the American Medical Association* 263 (1990): 397-402.

Jeffrey E. Harris, "Reporting Delays and the Incidence of AIDS," *Journal of the American Statistical Association* 85 (1990): 915-24.

November 20, 2009

Jeffrey E. Harris, Gregory N. Connolly, Daniel Brooks, et al., "Cigarette Smoking Before and After an Excise-Tax Increase and Anti-Smoking Campaign – Massachusetts, 1990–1996," *Morbidity and Mortality Weekly Report*, 45 (1996): 966–70.

Jeffrey E. Harris, "U.S. Cigarette Manufacturers' Ability to Pay Damages:  Overview and a Rough Calculation," *Tobacco Control*, 5 (1996): 292-294.

William H. DuMouchel and Jeffrey E. Harris, "Comments on 'Publication Bias in Meta-Analysis,' by Givens, Smith and Tweedie," *Statistical Science* 1997; 12:244-5.

Gregory N. Connolly and Jeffrey E. Harris, "Evaluating Antismoking Advertising Campaigns" (letter), *Journal of the American Medical Association* 1998; 280 (September 16): 964-5.

Jeffrey E. Harris and Sandra W. Chan, "The Continuum of Addiction:  Cigarette Smoking in Relation to Price Among Americans Aged 15–29," *Health Economics Letters* 1998; 2:3–12.  Reprinted in *Health Economics*, 1999; 8: 81–86.

Lois Biener, Jeffrey E. Harris, and William Hamilton, "Impact of the Massachusetts Tobacco Control Programme: Population Based Trend Analysis. *British Medical Journal* 2000 (August 5); 321: 351–354.

Jeffrey E. Harris, "Re: Comparison of three management strategies for patients with atypical squamous cells of undetermined significance: baseline results from a randomized trial" (letter) *Journal of the National Cancer Institute* 2001 (June 20); 93:50.

Jeffrey E. Harris, "Smoke Yields of Tobacco-Specific Nitrosamines in Relation to FTC Tar Level and Cigarette Manufacturer: Analysis of the Massachusetts Benchmark Study," *Public Health Reports* 2001 (July-Aug); 116: 336-343.

Jeffrey E. Harris, Michael J. Thun, Alison M. Mondul, and Eugenia E. Calle, "Cigarette Tar Yields in Relation to Mortality from Lung Cancer in the Cancer Prevention Study II Prospective Cohort, 1982–8," *British Medical Journal* 2004 (Jan. 10); 328: 72–76. Unabridged at: http://bmj.com/cgi/content/full/328/7431/72.

Jeffrey E. Harris, "Incomplete Compensation Does Not Imply Reduced Harm: Yields of 40 Smoke Toxicants per Milligram Nicotine in Regular Filter versus Low Tar Cigarettes in the 1999 Massachusetts Benchmark Study," *Nicotine and Tobacco Research* 2004 (October); 6(5): 797-807.

Jeffrey E. Harris and Beatriz González López-Valcárcel, "Asymmetric Social Interaction in Economics: Cigarette Smoking among Young People in the United States, 1992 – 1999." *Journal of Health Economics* 2008; 27: 249-264 (published online 3-Dec-2007).

8

November 20, 2009

Sergio Bautista-Arredondo, Paola Gadsden, Jeffrey E. Harris, and Stefano M. Bertozzi, "Optimizing Resource Allocation for HIV/AIDS Prevention Programs: An Analytical Framework." *AIDS* 2008; 22(suppl 2):S1-S8.

Sandra G. Sosa-Rubí, Omar Galárraga, and Jeffrey E. Harris, "Heterogeneous Impact of the 'Seguro Popular' Program on the Utilization of Obstetric Services in Mexico, 2001–2006: A Multinomial Probit Model with a Discrete Endogenous Variable." *Journal of Health Economics* 2009; 28:20-34 (published online 28-Aug-2008).

Harris, Jeffrey E. "Why We Don't Have an HIV Vaccine and How We Can Develop One." *Health Affairs* 2009; 28:1642-54.

**Commissioned Contributions to Surgeon General's Reports; Commissioned Reports to Other Governmental Agencies**

Jeffrey E. Harris, "Cigarette Smoking in the United States, 1950-1978," in *Smoking and Health, A Report of the Surgeon General* (Washington, D.C.: U.S. Department of Health, Education, and Welfare, 1979): A1-A29.

Jeffrey E. Harris, "Patterns of Cigarette Smoking," in *The Health Consequences of Smoking for Women, A Report of the Surgeon General* (Washington, D.C.: U.S. Department of Health and Human Services, 1980): 15-42.

Jeffrey E. Harris, "Overview and Major Considerations in the Toxicity Testing of Low Ignition-Potential Cigarettes," Chapter B in: *Toxicity Testing Plan for Low Ignition-Potential Cigarettes. Vol. 5 of Final Report: Fire Safe Cigarette Act of 1990* (Washington D.C.: U.S. Consumer Product Safety Commission, August 1993).

Jeffrey E. Harris, "Trends in Smoking-Attributable Mortality," Chapter 3 in: *Reducing the Health Consequences of Smoking, 25 Years of Progress: A Report of the Surgeon General* (Washington, D.C.: U.S. Department of Health and Human Services, 1989): 117-169.

Jeffrey E. Harris, "Cigarette Smoke Components and Disease: Cigarette Smoke is Far More Than a Triad of 'Tar,' Nicotine, and Carbon Monoxide," Chapter 5 in *The FTC Cigarette Test Method for Determining Tar, Nicotine, and Carbon Monoxide Yields of U.S. Cigarettes: Report of the NCI Expert Committee.* Smoking and Tobacco Control Monograph No. 7, Bethesda, MD: National Cancer Institute, 1996, pp. 59–70.

Jeffrey E. Harris, *Cigarette Smoking Practices, Smoking-Related Diseases, and the Costs of Tobacco-Related Disability Among Currently Living U.S. Veterans.*, Report

9

November 20, 2009

Commissioned by the Department of Veterans Affairs Assistant Secretary for Policy and Planning, Revised September 15, 1997.

Jeffrey E. Harris, *Draft Status Report on the Massachusetts Tobacco Control Campaign, With a Preliminary Calculation of the Impact of the Campaign on Total Health Care Spending in Massachusetts*, October 11, 1999.

**Invited Testimony and Reports before U.S. Congress and Other Legislative Bodies**

Jeffrey E. Harris, *The Health-Care Costs of Cigarette Smoking*. Testimony Before the Committee on Ways and Means, U.S. House of Representatives, Washington, D.C., November 18, 1993.

Jeffrey E. Harris, *Testimony Before the Mass. Dept. of Public Health Concerning Proposed Regulations to Implement Massachusetts General Laws chapt. 94, section 307A (Cigarette Ingredient Disclosure)*, January 30, 1997.

Jeffrey E. Harris, *Written Testimony Before the Senate Judiciary Committee Hearings on the "Proposed Global Tobacco Settlement: Who Benefits."* Washington, DC, July 30, 1997.

Jeffrey E. Harris, *Written Testimony Before the Senate Committee on Agriculture, Nutrition, and Forestry Hearings on the Tobacco Settlement and the Future of the Tobacco Industry*, Washington DC, September 11, 1997.

Jeffrey E. Harris, *Prepared Statement Before the Senate Democratic Task Force on Tobacco, Sen. Kent Conrad (D-ND), Chairman.* Washington DC, October 21, 1997.

Jeffrey E. Harris, *Written Testimony Before the Subcommittee on Courts and Intellectual Property, Committee of the Judiciary, U.S. House of Representatives. Oversight Hearing on "Attorneys Fees and the Proposed Global Tobacco Settlement."* Washington, DC, December 10, 1997.

Jeffrey E. Harris, *Economic Analysis of Proposed Legislation*, Prepared at the request of the Staff of Sen. Kent Conrad, January 31, 1998.

Jeffrey E. Harris, *Prepared Statement Before the Senate Democratic Task Force on Tobacco, Sen. Kent Conrad (D-ND), Chairman.* Washington DC, May 13, 1998.

Jeffrey E. Harris, *Effect of a Proposed Amendment to Section 405 of the National Tobacco Policy and Youth Smoking Act (S.1415MGR.3, Managers' Amended Version) to Make Tobacco Manufacturers' Payments Non-Tax-Deductible*. Prepared at the Request of the Staff of Sen. Edward M. Kennedy, June 6, 1998.

November 20, 2009

Testimony Before the Massachusetts Public Health Council on the Effectiveness of the Massachusetts Tobacco Control Program , November 16 1999.

**Books, Monographs, Book Chapters, Other Reports**

Jeffrey E. Harris, "Les adultes fumant des cigarettes aux États-Unis avaient été sensibles aux messages concernant les effets du tabagisme sur la santé." in: *Colloque Bernard Gregory: "Science et Decision."* Paris: CNRS, 1978; pp. 17-18.

Jeffrey E. Harris, "Cigarette Smoking and the Decline in Coronary Heart Disease Mortality," in Richard Havlik and Manning Feinleib, eds., *Proceedings of the Conference on the Decline in Coronary Heart Disease Mortality* (Washington, D.C.: National Institutes of Health, 1979): 212-14.

Jeffrey E. Harris, "Public Policy Issues in the Promotion of Less Hazardous Cigarettes," in Gio Gori and Fred Bock, eds., *A Safe Cigarette?* Banbury Report 3 (Cold Spring Harbor, N.Y.: Cold Spring Harbor Laboratory, 1980): 333-40.

Jeffrey E. Harris , "Commentary," in Mark Pauly, ed., *National Health Insurance: What Now, What Later, What Never?* (Washington, D.C.: American Enterprise Institute, 1980): 264-69.

Jeffrey E. Harris, *Potential Risk of Lung Cancer from Diesel Engine Emissions* (Washington, D.C.: National Academy of Sciences, 1981): 78 pages.

Jeffrey E. Harris, "Prenatal Medical Care and Infant Mortality," in Victor Fuchs ed., *Economic Aspects of Health* (Chicago: University of Chicago Press, 1982): 15-52.

Jeffrey E. Harris, "More Data on Tax Policy," in: Dean R. Gerstein, ed., *Toward the Prevention of Alcohol Problems* (Washington, D.C.: National Academy Press, 1984): 33-38.

Jeffrey E. Harris, "Macro-Experiments Versus Micro-Experiments for Health Policy," in: Jerry Hausman and David Wise, eds., *Social Experimentation* (Chicago: University of Chicago Press, 1985): 145-85.

Jeffrey E. Harris and Sam Shapiro, "Trends in Low Birthweight," in: Institute of Medicine, Committee to Study the Prevention of Low Birthweight, *Preventing Low Birthweight,* (Washington, D.C.: National Academy Press, 1985): 94-112, 252-265.

11

November 20, 2009

Jeffrey E. Harris, "Competition Among Doctors:  Comment on Satterthwaite," in Robert Inman, ed., *Managing the Service Economy* (New York:  Cambridge University Press, 1985): 268-72.

Jeffrey E. Harris, "On the Fairness of Cigarette Excise Taxation," in *The Cigarette Excise Tax* (Cambridge, Mass.:  Harvard University, 1985): 106-111.

Jeffrey E. Harris, "Biomedical Research and Development:  Measuring the Returns on Investment," Commissioned paper, National Academy of Sciences, Committee on Science, Engineering and Public Policy.  (Washington, D.C.:  National Academy of Sciences, 1986).

Jeffrey E. Harris, "The 1983 Increase in the Federal Excise Tax on Cigarettes," in Larry Summers, ed., *Tax Policy and the Economy* 1 (1987): 87-111.

Jeffrey E. Harris, "Social and Economic Causes of Cancer," in: John Bunker, Deana S. Gomby, and Barbara H. Kehrer, eds., *Pathways to Health:  The Role of Social Factors* (Menlo Park, Cal.:  Henry J. Kaiser Family Foundation, 1989): 165-216.

Jeffrey E. Harris, "The Incubation Period for Human Immunodeficiency Virus (HIV-1)," in: Ruth Kulstad, ed., *AIDS 1988:  AAAS Symposia Papers* (Washington, D.C.: American Association for the Advancement of Science, 1989): 67-74.

Jeffrey E. Harris, "Environmental Policy Making:  Act Now or Wait for More Information?" in: P. Brett Hammond  and Rob Coppock , eds., *Valuing Health Risks, Costs, and Benefits for Environmental Decision Making*  (Washington, D.C.:  National Academy Press, 1990): 107-33.

Jeffrey E. Harris, "The AIDS Epidemic:  Recent Trends and Future Prospects," in Vivian Fransen , ed., *Proceedings: AIDS Prevention and Services Workshop*  (Princeton, N.J.: Robert Wood Johnson Foundation, 1990): 22-28.

Stefano Bertozzi  and Jeffrey Harris, "When is HIV Screening of Blood for Transfusion Cost-Effective? Two Models for Use in Africa" (abstract), *VIII International Meeting on AIDS*  (Florence, Italy, June, 1991).

Jeffrey E. Harris, *Deadly Choices: Coping with Health Risks in Everyday Life* (New York:  Basic Books, 1993): 269pp.  ISBN 0-465-02889-6.

Jeffrey E. Harris, "A Working Model for Predicting the Consumption and Revenue Impacts of Large Increases in the U.S. Federal Cigarette Excise Tax," Working Paper No. 4803, National Bureau of Economic Research, Cambridge, MA., July, 1994.

12

November 20, 2009

Jeffrey E. Harris, *Comments on: "Proposed Resolution: For Settlement Discussion Purposes Only. 6/20/97, 3:00 p.m. DRAFT." 68pp.* Commissioned by the American Cancer Society, June 26, 1997.

Jeffrey E. Harris, *Prepared Remarks at the American Cancer Society's Press Conference on the Proposed Tobacco Industry-Wide Resolution*, Washington DC, July 24, 1997.

Jeffrey E. Harris, *The Price of Cigarettes and the Profits of Cigarette Manufacturers, 1997–2006.* A Report to the American Cancer Society, May 11, 1998.

Jeffrey E. Harris and Beatriz González López-Valcárcel, "Asymmetric Social Interaction in Economics: Cigarette Smoking among Young People in the United States, 1992 – 1999." Cambridge MA:  National Bureau of Economic Research, Working Paper No. 10409, April 2004.

Sandra G. Sosa-Rubí, Omar Galárraga, and Jeffrey E. Harris, "Heterogeneous Impact of the 'Seguro Popular' Program on the Utilization of Obstetric Services in Mexico, 2001–2006: A Multinomial Probit Model with a Discrete Endogenous Variable." Cambridge MA:  National Bureau of Economic Research, Working Paper No. 13498, October 2007.

Jeffrey E. Harris and Sandra G. Sosa-Rubí, "Impact of 'Seguro Popular' on Prenatal Visits in Mexico, 2002-2005: Latent Class Model of Count Data with a Discrete Endogenous Variable." Cambridge MA:  National Bureau of Economic Research, Working Paper No. 14995, May 2009.

**Articles in Other Periodicals**

Jeffrey E. Harris, "The AIDS Epidemic: Looking into the 1990s," *Technology Review* 90 (1987): 58-62.

Jeffrey E. Harris, "Who Should Profit from Cigarettes?" (editorial), *New York Times*, Sunday Business Forum, March 15, 1987.

Jeffrey E. Harris, "Heterosexual AIDS:  What to Watch For," *FAS Public Interest Report (Journal of the Federation of American Scientists)* 41 (1988): 2-3.

Jeffrey E. Harris, "Research Versus Action" (editorial), National Research Council Op-Ed Service, June 26, 1990.  [*St. Louis Post-Dispatch, New Haven Register, Des Moines Register, Topeka Capital-Journal, San Antonio Express News, Ann Arbor News, Tulsa World,* and other newpapers].

Jeffrey E. Harris, "The New Economics of AIDS" (editorial), *U.S. News and World Report*, August 13, 1990: 56.

13

November 20, 2009

Jeffrey E. Harris, "Two Bucks Will Finance Health Care for 10 Million" (op-ed), *New York Times*, June 4, 1993.

Jeffrey E. Harris, "Cigarettes Can Take a Substantial Tax" (letter), *New York Times*, July 11, 1993.

Jeffrey E. Harris, "A Death on Court:  Lewis' Stress Tests May Hold Key" (feature), *Boston Globe*, August 1, 1993.

Jeffrey E. Harris, "La Reforma Sanitaria Americana Desde el Ojo de la Tormenta," ("American Health Reform from the Eye of the Storm"), *Economía y Salud* (Boletín de la Asociación de Economía de la Salud), No. 66, Sep. 2009. (Translation at http://blogs.mit.edu/cs/blogs/jeffrey/)

**Selected Recent Seminars and Presentations**

"Los sistemas de salud en los Estados Unidos y en Guatemala" ("Health Care Systems in the United States and Guatemala")  Hospital Universitario Esperanza, Post-Graduate Program in Internal Medicine, University Francisco Marroquin, Guatemala City, Guatemala, August 4, 2005.

"¿Por qué no hemos desarrollado una vacuna contra el SIDA?" ("Why Haven't We Developed a Vaccine against AIDS?")  Faculty of Economic Sciences, University Francisco Marroquin, Guatemala City, Guatemala, August 9, 2005.

"La discriminación de precios en los medicamentos para tratamiento del SIDA" ("Price Discrimination in Medications for Treating AIDS")  Faculty of Economic Sciences, University Francisco Marroquin, Guatemala City, Guatemala, August 11, 2005.

"Los interacciones sociales asimétricos:  El caso de los adolescentes que fuman" ("Asymmetric Social Interactions:  The Case of Adolescent Smokers") Faculty of Economic Sciences, University Francisco Marroquin, Guatemala City, Guatemala, August 12, 2005.

"Los sistemas de salud en los Estados Unidos y en Guatemala" ("Health Care Systems in the United States and Guatemala") Centro de Salud Bárbara, University Francisco Marroquin School of Medicine, Program in Public Health and Community Service, San Juan Sacatapéquez, Guatemala, August 16, 2005.

"¿Qué es la diabetes?" ("What is Diabetes?") Radio Show, FLOR 91.9 FM, Aldea Cruz Blanca, Guatemala, August 18, 2005.

14

November 20, 2009

"Cost-Effectiveness Analysis Comes to the Dermatologist's Office (Without an Appointment)," Invited Address, American Dermatological Association, September 17, 2005.

"El rol de los impuestos en la estrategia de control del tabaquismo: Experiencia en países en desarrollo" ("The role of taxes in tobacco control strategy: The experience of developing countries"), Centro de Investigación en Sistemas de Salud, Instituto Nacional de Salud Pública (Center for Research on Health Systems, National Institute of Public Health), Cuernavaca, México, January 25, 2006.

"Las interacciones sociales asimétricas: El caso de los adolescentes que fuman" ("Asymmetric social interaction: The case of teenage smoking"), Centro de Investigación en Salud Poblacional, Instituto Nacional de Salud Pública (Center for Research on Population Health, National Institute of Public Health), Cuernavaca, México, January 26, 2006.

"Por qué no hemos desarrollado una vacuna contra el SIDA?" ("Why haven't we developed a vaccine against AIDS?"), Centro de Investigación en Sistemas de Salud, Instituto Nacional de Salud Pública (Center for Research on Health Systems, National Institute of Public Health), Cuernavaca, México, January 30, 2006.

"Análisis de costo-efectividad de la estrategia de tamizaje del cáncer cervico-uterino: Prueba de VPH versus Papanicoulau" ("Cost-effectiveness of screening strategies for cervical cancer: HPV testing versus the Pap smear"), Centro de Investigación en Salud Poblacional, Instituto Nacional de Salud Pública (Center for Research on Population Health, National Institute of Public Health), Cuernavaca, México, January 31, 2006.

"La discriminación de precios en los medicamentos para tratamiento del SIDA" ("Price discrimination in medications for treating AIDS"), Centro de Investigación en Sistemas de Salud, Instituto Nacional de Salud Pública (Center for Research on Health Systems, National Institute of Public Health), Cuernavaca, México, February 2, 2006.

"Qué ventaja tiene la carga viral sobre el recuento de células CD4 en el manejo de VIH? Vale el costo adicional en los entornos con recursos limitados?" ("What advantages does the viral load have over the CD4 count in the management of HIV? Are these advantages worth the additional cost in settings with limited resources?") Residency Program in Internal Medicine, Pontificia Universidad Católica Madre y Maestra, Hospital Cabral y Báez, Santiago, Dominican Republic, June 21, 2006.

"Qué ventaja tiene la carga viral sobre el recuento de células CD4 en el manejo de VIH? Vale el costo adicional en los entornos con recursos limitados?" School of Medicine, Universidad Tecnológica de Santiago Santiago, Dominican Republic, June 21, 2006.

15

November 20, 2009

"Análisis de Costo-Efectividad" ("Cost-effectiveness Analysis"), 7º Diplomado sobre VIH/SIDA: Diagnóstico y respuesta estratégia, Instituto Nacional de Salud Pública, Cuernvaca, México, July 10, 2006

"Evaluación del Impacto de Intervenciones" ("Evaluation of the Impact of Interventions"), 7º Diplomado sobre VIH/SIDA: Diagnóstico y respuesta estratégia, Instituto Nacional de Salud Pública, Cuernvaca, México, July 13, 2006

"Análisis econométrico de tabaquismo entre los alumnos de escuelas secundarias en México, 2005" ("Econometric Analysis of Tobacco Use among Secondary School Students in Mexico, 2005"), University of Las Palmas de Gran Canaria, Gran Canaria, Spain, Department of Quantitative Methods for Economics and Management, January 23, 2007

"El SIDA y la Economía de la Salud: Dos Preguntas, Miles de Respuestas" ("AIDS and Health Economics: Two Questions, Thousands of Answers"), Masters Program in Health Economics and Health Care Management, University of La Laguna, Tenerife, Spain, January 25, 2007

"Los Modelos Económicos de la Relación Médico-Paciente: ¿Pueden Explicar el Desequilibrio en El Mercado para Médicos en España?" ("Economic Models of the Doctor-Patient Relationship: Can They Explain the Disequilibrium in the Market for Physicians in Spain?"), University of Las Palmas de Gran Canaria, Gran Canaria, Spain, Department of Quantitative Methods for Economics and Management, January 29, 2007

"El Papel del Economista en la Formación de la Política Sanitaria" ("The Role of the Economist in the Formation of Health Policy"), College of Physicians, Gran Canaria, Spain, January 30, 2007.

"Análisis Econométrico de la Asignación de Residentes Médicos en España, 2003-2005" ("Econometric Análisis of the Allocation of Medical Residents in Spain, 2003-2005"), Centro de Investigación en Economía y Encuestas, Instituto Nacional de Salud Pública (Center for Research in Economics and Surveys, National Institute of Public Health), Cuernavaca, México, July 25, 2007.

"Por qué no hemos desarrollado una vacuna contra el SIDA?" ("Why haven't we developed a vaccine against AIDS?"), Instituto Costarricense de Investigación y Enseñanza en Nutrición y Salud (INCIENSA) (Costa Rican Institute for Research and Education on Nutrition and Health), Tres Ríos, Costa Rica, January 29, 2008.

"Evaluación del Impacto del 'Seguro Popular' sobre la Utilización de Servicios Obstétricos en México" ("Evaluation of the Impact of 'Seguro Popular' on the Utilization of Obstretric Services in Mexico"), Círculo de Economistas, Academia de Centroamérica

16

November 20, 2009

(Circle of Economists, Academy of Central America), San José, Costa Rica, January 29, 2008.

"El Estancamiento de la Mortalidad Materna en México: ¿El nuevo programa de seguro médico ha tenido algún impacto?" ("The stagnation of maternal mortality in Mexico: Has the new program of medical coverage had an impact?"), Centro Centroamericano de Población (Central American Population Center), University of Costa Rica, San José, Costa Rica, January 30, 2008.

"La Conducta de Alto Riesgo como una Enfermedad Transmisible" ("High-Risk Behavior as a Transmisible Disease"), Sesión Plenaria, XXVIII Jornadas de Economía de la Salud (Plenary Session, XXVIII Conference of the Association of Health Economics), Salamanca, May 28, 2008.

"Tres Problemas que Conlleva la Reforma Sanitaria del Gobierno de Obama" ("Three Problems with the Obama Health Reform"), University of Las Palmas de Gran Canaria, Gran Canaria, Spain, June 2, 2009.

"Experimento versus Observación en la Evaluación de la Política Sanitaria:  El Caso del Seguro Popular de México" ("Experiment versus Observation in Health Policy Evaluation: The Case of Mexico's Seguro Popular"), University of Las Palmas de Gran Canaria, Gran Canaria, Spain, June 5, 2009.

"¿Por qué no tenemos una vacuna contra el VIH? Y como podemos desarrollarla"  ("Why Don't We Have an HIV Vaccine, and How We Can Develop One"), Madrid, 10° Aniversario de la Revista Gestión Clínica y Sanitaria, November 30, 2009.


**Courses Taught at MIT**

- AIDS in the 21st Century (undergraduate freshman seminar)
- Health Economics (undergraduate course and graduate seminar)
- Introductory and Intermediate Microeconomics (undergraduate)
- Teaching Undergraduate Microeconomics (graduate)
- Mathematics for Economists (graduate)
- Law and Economics (graduate seminar)
- Probability, Statistics and Econometrics (undergraduate)
- Current Regulatory Problems in Toxicology (graduate)
- Industrial Organization (undergraduate and graduate)
- MIT Undergraduate Economics Association Teaching Award, 2001, 2006

17

November 20, 2009

**Expert Testimony**

(A complete listing is available upon request.)

Commonwealth of Massachusetts, Department of Environmental Quality Engineering, *In the Matter of Medical Area Total Energy Plant (MATEP)*, 1983. (Cancer risk assessment, environmental litigation.)

U.S. Federal Trade Commission, *In the Matter of Hospital Corporation of America*, 1984. (Hospital merger litigation, anti-trust litigation.)

*Norma Anthony et al. vs. Abbott Laboratories, et al.*, U.S. District Court for the District of Rhode Island, 1985 (Deposition only. DES products liability litigation; market share liability).

*Cipollone v. Liggett Group, et al.*, 1985–1988. (State-of-the-art analysis, products liability litigation against cigarette manufacturers.)

*RJR-MacDonald Inc. v. Attorney General of Canada, Imperial Tobacco Limited v. Attorney General of Canada*, Superior Court, Province of Québec, District of Montréal, Canada, 1990. (Smoking trends in Canada; effect of advertising restrictions; constitutional law.)

*Glaxo, Inc. v. Genpharm Pharmaceuticals*, U.S. District Court for the District of Maryland, 1994 (Deposition only. Pharmaceutical patent litigation).

*State of Florida v. American Tobacco Company, et al.*, 1997  (Deposition only.  State Attorney General action versus cigarette industry.)

*Blue Cross and Blue Shield of New Jersey v. Philip Morris Incorporated, et al.*, 1999-2001 (Litigation by health plans against cigarette industry.)

*Falise, et al. v. American Tobacco Co., et al.*, 2000-2001  (Litigation by asbestos trust against cigarette industry.)

*Sharon Price and Michael Fruth et al. v. Philip Morris Incorporated*, 2002-2003 (Class action based on state consumer fraud statute.)

*United States v. Philip Morris Inc. et al.*, 2001-2004 (Federal RICO action versus cigarette industry.)

November 20, 2009

*Deanna L. Neubauer et al., v. Intel Corporation, Hewlett-Packard Company and HP Direct, Inc.*, 2004 (Deposition only.  Class action based on state consumer fraud statute; computer processor industry.)

*Barbara Schwab et al. v. Philip Morris USA, Inc. et al.*, 2006 (Deposition only.  Class action based on Federal RICO statute.)

*Craft et al. v. Philip Morris Companies, Inc. and Philip Morris Incorporated*, 2007 (Expert reports only. Class action based on state consumer protection statute.)

*Barbara A. Izzarelli v. R.J. Reynolds Tobacco Company*, 2008 (Deposition only. Individual smoker case.)

*David F. Ertman and Jane E. Ertman v. R.J. Reynolds Tobacco Company*, 2008 (Deposition only. Individual smoker case.)

*UFCW Local 1776 et al. v. Eli Lilly & Company.  In Re Zyprexa Litigation*, 2008 (Testimony at class certification hearing.  Class action based on Federal RICO statute.)

*State of South Carolina v. Eli Lilly & Company*, 2009 (Deposition in attorney general action.)

*City of St. Louis et al. v. American Tobacco Co. et al.*, 2009 (Expert report only. Litigation by hospitals against cigarette industry.)

## Personal

- Born, May 12, 1948, in Philadelphia, Pennsylvania.  Married.  Two children, ages 24 & 27.

## Foreign Languages

- Spanish.  I have given numerous lectures entirely in Spanish in Guatemala, the Dominican Republic, Costa Rica, Mexico, and Spain.  (See *supra*, Selected Recent Seminars and Presentations.)  I have given a live radio broadcast in Spanish in Guatemala, and I have been interviewed in Spanish by the press in Spain.  At Blackstone Community Health Care, approximately two-thirds of my patients prefer to speak Spanish.  I interview, examine and give written instructions to these Spanish-speaking patients without an interpreter.

19

# Appendix B

# Retail Consumer Expenditures in the State of Illinois

# on Marlboro Lights Cigarettes, 1971–2001,

# and Cambridge Lights Cigarettes, 1986–2001

Jeffrey E. Harris MD PhD[1]

Expert's Report in

*Susan Miles and Linda J. McHatton et al. v. Philip Morris*

Circuit Court, Third Judicial Circuit, Madison County, Illinois

Cause No. 00-L-112

June 17, 2002

---

[1] The contents of this report are the author's sole responsibility, and do not necessarily reflect the

opinions of the Massachusetts Institute of Technology or the Massachusetts General Hospital.

Jeffrey E. Harris                    June 17, 2002                    Page 2

## Introduction

1.  I am a tenured Professor of Economics at the Massachusetts Institute of Technology.  During 25 years at MIT, I have taught courses to undergraduate and graduate students in health economics, microeconomics, industrial organization, antitrust economics, mathematical economics, statistics, law and economics, and toxicology and public policy.

2.  I have also served as a primary-care physician on the medical staff of the Massachusetts General Hospital continuously since 1977.  I currently see adult patients in my office two days each week.  I estimate that since 1974, when I began my internship at the MGH, I have had more than 10,000 individual encounters with patients, a great many of whom smoked cigarettes and had smoking-related diseases.

3.  After joining the MIT faculty in 1976 and completing my medical training in 1977, I became interested in the economics and health consequences of cigarette smoking.  As a result of my research interests, I became a consultant to the Office on Smoking and Health in the Department of Health, Education, and Welfare.  In 1979, I contributed a chapter to the fifteenth-anniversary Surgeon General's Report, in which I delineated trends in cigarette consumption, smoking rates, changes in the type of cigarettes smoked, and the responses of consumers

Jeffrey E. Harris                          June 17, 2002                          Page 3

to information about the risks of smoking.[2]

    4. Since 1979, I have been a contributing scientific editor, contributor, or senior reviewer to several other Surgeon General's Reports. For the 1980 Surgeon General's Report, in particular, I wrote a review of trends in smoking in the U.S. throughout the twentieth century.[3] For the 1989 Surgeon General's Report, I provided a detailed analysis of the concept of "attributable risk," that is, the number of cases of a disease that can be attributed to a specific environmental factor such as cigarette smoking.[4]

    5. Since 1979, I have served as a consultant to a number of governmental agencies in connection with the health consequences and economic impact of cigarette smoking. For example, I advised the Consumer Product Safety Commission on toxicological testing of alternative cigarette designs. I advised the National Cancer Institute on the design and interpretation of surveys of

---

[2] J.E. Harris, "Cigarette Smoking in the United States, 1950-1978," in *Smoking and Health, A Report of the Surgeon General*. Washington DC: U.S. Department of Health, Education, and Welfare, 1979: A1-A29.

[3] J.E. Harris, "Patterns of Cigarette Smoking," in *The Health Consequences of Smoking for Women, A Report of the Surgeon General*. Washington DC: U.S. Department of Health and Human Services, 1980: 15-42.

[4] J.E. Harris, "Trends in Smoking-Attributable Mortality," Chapter 3 in: *Reducing the Health Consequences of Smoking, 25 Years of Progress: A Report of the Surgeon General*. Washington DC: U.S. Department of Health and Human Services, 1989: 117-169.

cigarette smoking. I advised the Federal Trade Commission on the impact of advertising on cigarette consumption. I reported to the Department of Veterans Affairs on the economic costs of cigarette smoking among veterans. I helped the Massachusetts Department of Public Health evaluate the effect of its anti-smoking campaign.

6. I have received grants and have published articles concerning my research on both the health consequences and economics of cigarette smoking. I have given invited testimony concerning the health consequences of smoking, the economics of proposed tobacco-industry settlements, and the impact of proposed legislation before: the U.S. House Ways and Means Committee; the Joint Committee on Health Care, Massachusetts Senate & House of Representatives; the Massachusetts Department of Public Health; the U.S. Senate Judiciary Committee; the U.S. Senate Agriculture Committee; the U.S. House Judiciary Committee; and the U.S. Senate Democratic Task Force on Tobacco.

7. I have served on invited panels of the National Academy of Sciences and on a Council of the National Institutes of Health. I have given expert trial testimony in a products liability case concerning cigarettes (*Cipollone v. Liggett, et al.*); in a constitutional challenge to the Canadian statute banning cigarette advertising (*RJR-MacDonald Inc. v. Attorney General of Canada, Imperial Tobacco Limited v. Attorney General of Canada*).

Jeffrey E. Harris                    June 17, 2002                           Page 5

8.  Within the past five years, I have given expert deposition and trial

testimony and have written expert reports in a number of different cases brought

by state attorneys general, by the U.S. Department of Justice, and by private

health insurers, insurance funds, and trusts against the tobacco industry.  In

particular, in June 2000, I testified as an expert on the damages arising from

tobacco industry misconduct in a *Daubert* hearing in the Federal District Court

for the Eastern District of New York in *Falise, et al. v. American Tobacco Co., et al.*

9.  Appendix A contains my current Curriculum Vitae.  Appendix B lists

all of my expert reports, affidavits, deposition testimony, trial testimony, and

public testimony in tobacco-related matters since 1997.

10.  Appendix C lists documents that I considered in connection with the

formulation of my opinion in the present case.

11.  I understand that fact discovery is ongoing in the present litigation.  I

may supplement this report as necessary in the event that I receive any

additional information.

Jeffrey E. Harris                    June 17, 2002                    Page 6

## Questions Addressed

12. Counsel for plaintiffs have asked me to address the following

questions:

    a.  What quantity of Marlboro Lights cigarettes was sold at retail to

        customers within the State of Illinois during each year from 1971 to

        2000, and during the year 2001 up to the date of class certification[5] on

        February 1, 2001?  Similarly, what quantity of Cambridge Lights

        cigarettes was sold at retail to customers within the State of Illinois

        during each year from 1986 to 2000, and during the year 2001 up to the

        date of class certification on February 1, 2001?

    b.  What was the total consumer expenditure at retail on Marlboro Lights

        cigarettes within the State of Illinois during each year from 1971 to

        2000, and during the year 2001 up to the date of class certification on

        February 1, 2001?  Similarly, what was the total consumer expenditure

        at retail on Cambridge Lights cigarettes within the State of Illinois

        during each year from 1986 to 2000, and during the year 2001 up to the

        date of class certification on February 1, 2001?

    c.  What was the consumer expenditure exclusive of all applicable taxes

        on Marlboro Lights cigarettes within the State of Illinois during each

--------

[5] See Byron NG (Circuit Judge), Order on class certification, February 1, 2001.

year from 1971 to 2000, and during the year 2001 up to the date of class

certification on February 1, 2001?  Similarly, what was the consumer

expenditure exclusive of all applicable taxes on Cambridge Lights

cigarettes within the State of Illinois during each year from 1986 to

2000, and during the year 2001 up to the date of class certification on

February 1, 2001?

d.  Based upon a non-compounded interest rate of 5 percent per year,

what is the accumulated interest through the end of 2002 on all

consumer expenditures at retail on Marlboro Lights, within the State of

Illinois, from 1971 through February 1, 2001?  Based upon the same

non-compounded interest rate, what is the accumulated interest

through the end of 2002 on all consumer expenditure on Marlboro

Lights, exclusive of all applicable taxes, within the State of Illinois,

from 1971 through February 1, 2001?  Similarly, what is the

accumulated interest on consumer expenditures at retail on Cambridge

Lights, within the State of Illinois, from 1986 through February 1, 2001?

What is the accumulated interest on consumer expenditures on

Cambridge Lights, exclusive of all applicable taxes, within the State of

Illinois, from 1986 through February 1, 2001?

Jeffrey E. Harris                    June 17, 2002                         Page 8

**Definitions**

13.  For the purposes of this expert report, I define the "quantity of cigarettes sold at retail" as the number of packs purchased by final customers from retail outlets located in Illinois.  "Final customers" include smokers and family members or others who bought cigarettes on the smokers' behalf.  "Retail outlets" include food stores, convenience stores, mass merchandisers, pharmacies, tobacconists, vending machines, and any other source of cigarettes sold directly to end users either as individual packs, multiple-pack retail promotional offers, or 10-pack cartons.

14.  Under my definition, the "quantity of cigarettes sold at retail" includes cigarettes purchased by underage customers at retail outlets in Illinois, even if such underage purchases violated state law or local ordinances.  The definition further includes Internet sales so long as the order is placed in Illinois and bound for Illinois.   The definition includes cigarettes purchased in retail stores inside Illinois even they were ultimately intended for use outside the state.  Conversely, the definition excludes cigarettes purchased in retail stores outside Illinois, even if they were ultimately intended for use within the state.

15.  Under my definition, "the quantity of cigarettes sold at retail" includes so-called bootlegged cigarettes so long as they were purchased at retail outlets in Illinois.  That is, the definition includes cigarettes that were placed into the stream of commerce by Philip Morris Incorporated, bought by bootleggers in

another state with a lower excise tax rate, smuggled into Illinois to evade

payment of the state's excise taxes, and ultimately sold to consumers at Illinois

retail outlets.[6]

16.  I define the "total consumer expenditure at retail" as the number of

packs sold at retail multiplied by the "retail price" per pack.  The "retail price"

includes all applicable federal, state and local excise and sales taxes.  It also

reflects any promotional price discounts on cigarettes, but excludes promotional

discounts on non-cigarette merchandise, such as "Marlboro Gear."

17.  I define the "consumer expenditure exclusive of all applicable taxes"

as the quantity sold multiplied by the pre-tax price.  The "pre-tax price" equals

the retail price less all applicable taxes, including sales taxes and federal, state,

and local cigarette taxes.

18.  Cigarettes are sold in multiple forms, including individual pack and

carton sales.  Both forms may have different retail prices.  Moreover, retail prices

vary by location and vendor.  Some but not all cities and counties within Illinois

impose local cigarette excise taxes.  As a result, no single, uniform retail price of

cigarettes prevails for a particular brand in the State of Illinois for a particular

year.  Accordingly, for the purposes of this report, I define the "retail price" as

the statewide average retail price prevailing in Illinois for a particular brand in a

------------------------

[6] Advisory Committee on Intergovernmental Relations (ACIR), *Cigarette Tax Evasion: A Second Look*, Washington DC, March 1985.

Jeffrey E. Harris                    June 17, 2002                    Page 10

particular year.  Similarly, I define the "pre-tax price" as the statewide average

retail price less statewide average sales and excise taxes for a particular brand in

a particular year.

　　　19.  At an annual interest rate of 5 percent, the non-compounded interest,

accumulated through the end of 2002, on consumer expenditures on Marlboro

Lights (ML) during the year 1971 equals

$$5\% \quad \times \quad \begin{array}{c} \text{Total Consumer} \\ \text{Expenditure on ML} \\ \text{in 1971} \end{array} \quad \times \quad (2002 - 1971),$$

that is, 5 percent of the dollar spending at retail by consumers during 1971,

multiplied by the number of years from 1971 to 2002.  This formula assumes that

interest on consumer spending at any time during 1971 does not begin to

accumulate until 1972.  An analogous definition applies to the non-compounded

interest on consumer expenditures on ML during each successive year from 1972

through 2001.  For example, the non-compounded interest, accumulated through

the end of 2002, on consumer expenditures on Marlboro Lights (ML) during the

year 2000 equals

$$5\% \quad \times \quad \begin{array}{c} \text{Total Consumer} \\ \text{Expenditure on ML} \\ \text{in 2000} \end{array} \quad \times \quad (2002 - 2000),$$

Jeffrey E. Harris                          June 17, 2002                                Page 11

The accumulated interest, through the end of 2002, on all consumer expenditures on ML in all years is the sum of the accumulated interest for each year.

20. For purposes of this expert report, I define the "present value" of consumer expenditures on ML as the sum of consumer expenditures in each year from 1971 to 2001 plus accumulated interest. Similar definitions apply to the accumulated interest and the present value of consumer expenditures on Cambridge Lights from 1986 to 2001.

Jeffrey E. Harris                    June 17, 2002                    Page 12

## Data and Methods

*Quantity Sold at Retail*

21.  I consider two alternative methods to compute the quantity of each brand of cigarettes sold at retail in a particular year.  I term these two methods, respectively, the "Philip Morris direct buyers method," and the "taxable cigarettes method."  The underlying data for the former method were taken directly from defendant Philip Morris' responses to plaintiffs' interrogatories.[7]  I developed the latter method in connection with my assignment in the present litigation.

22.  Under the "Philip Morris direct buyers method," the quantity of ML cigarettes sold at retail in Illinois in a particular year, such as 1971, is the number of ML cigarettes shipped by Philip Morris in 1971 to "its direct customers that are physically located within the State of Illinois."[8]  These "direct customers" or

_____

[7] Philip Morris Inc., Second Amended and Supplemental Response of Defendant Philip Morris Incorporated to Plaintiffs' First Set of Interrogatories and First Supplemental Set of Interrogatories Directed to Defendant Philip Morris Inc., August 31, 2001.

[8] *Ibid* at page 2.  A list of Philip Morris' current direct buying customers physically located in the State of Illinois is attached to correspondence from defendants' counsel, dated January 25, 2002, regarding plaintiffs' Fourth Supplemental Set of Interrogatories and Third Supplemental Requests for Production.  Data on buyer-specific shipments for 1999 and 2000 are given in Philip Morris Incorporated's Responses to Plaintiffs' Third Supplemental Request for Production,

"direct buying customers" are not final customers.  Instead, they are
intermediaries who distribute such PM cigarettes to retail outlets, which in turn
offer cigarettes for sale to final customers.

23.  The data for the PM direct buyers method, derived from Philip
Morris' discovery responses,[9] are shown in Table 1 at the back of this report.[10]
For ease of interpretation, I have converted the shipment data from units of
thousands of individual cigarettes to units of millions of packs.

24.  If the data supplied by defendant are accurate, then the PM direct
buyers method captures all cigarettes placed directly in the stream of commerce
by Philip Morris.  However, it is possible that some cigarettes shipped to Philip

---

including electronic spreadsheets 1999SA~1.XLS (1999 Sales Data) and 2000SA~1.XLS (2000 Sales
Data), February 28, 2002.

[9] Philip Morris Inc., Second Amended and Supplemental Response of Defendant Philip Morris
Incorporated to Plaintiffs' First Set of Interrogatories and First Supplemental Set of
Interrogatories Directed to Defendant Philip Morris Inc., August 31, 2001, at Exhibits A, B, and C.
The data for CL and for ML from 1974 – 2000 were derived from Philip Morris corporate records.
(See Certain Source Documents that Formed the Basis for Philip Morris Incorporated's Third
Amended and Supplemental Responses to Plaintiffs' First Supplemental Set of Interrogatories,
under cover letter dated September 7, 2001.) Philip Morris relied on trends in nationwide sales of
ML to estimate the ML shipments to direct buying customers from 1971 – 1973.  (Ibid, Bates Nos.
2069701500–501.)

[10] The underlying data for Table 1 are contained in the electronic spreadsheet Harris Table 1.xls.

Jeffrey E. Harris                    June 17, 2002                         Page 14

Morris' direct buyers in Illinois are ultimately sold at retail outlets located outside Illinois. (That is, they are "exported.") Conversely, it is possible that some cigarettes shipped by PM to its direct buying customers located outside Illinois might ultimately be distributed to retail outlets within Illinois. (That is, they are "imported.") Both importing and exporting could be present in any given year, and the extent of such importing or exporting could vary from one year to the next.

25. In addition, it is uncertain whether all cigarettes shipped to PM's direct buying customers are ultimately sold at retail. Although PM's data on shipments are net of returns by its direct customers, it is still possible that some inventoried cigarettes are neither distributed to retail outlets nor returned. Moreover, because cigarettes have a limited shelf life, some cigarettes distributed to retail outlets may not be sold.

26. Under the "taxable cigarettes method," the quantity of Marlboro Lights cigarettes sold at retail in Illinois in a given year, such as 1971, is estimated as the total number of cigarettes taxed by the Illinois Department of Revenue multiplied by the market share of ML in Illinois. That is,

| Quantity of ML Cigarettes Sold in Illinois in 1971 | = | Total Number of Cigarettes Taxed in Illinois in 1971 | × | Market Share of ML Cigarettes in Illinois in 1971 |
|---|---|---|---|---|

27. There are two alternative sources of data on the total number of cigarettes taxed in Illinois. First, the Tobacco Institute – and subsequently the

Jeffrey E. Harris                          June 17, 2002                               Page 15

firm of Orzechowski and Walker after the dissolution of the Tobacco Institute –
have published data on tax-paid cigarette sales in each state annually in a
volume entitled *The Tax Burden on Tobacco*.[11]  These data are shown for the State
of Illinois in Table 2 below.[12]  Second, the Illinois Department of Revenue (DOR)
has published data on dollar cigarette tax receipts and cigarette tax rates,[13] from
which one might estimate the quantity of cigarettes taxed.  These data are shown
in Table 3 below.[14]

    28.  If I relied upon the Illinois DOR-based data in Table 3 for the purposes
of this report, then I would have to make difficult-to-verify assumptions about
the distribution of tax receipts within a given year.  For example, the Illinois
cigarette tax was increased from 12 to 20 cents per pack on December 1, 1985.
The date of tax increase was 154 days into the fiscal year that started on July 1,
1985 and ended on June 30, 1986.  If I assume that state cigarette taxes are
collected uniformly throughout the year, then the average excise tax during the

fiscal year equals: $\dfrac{154 \text{ days}}{365 \text{ days}} \times 12\text{¢ per pack} + \dfrac{211 \text{ days}}{365 \text{ days}} \times 20\text{¢ per pack} = 15.4\text{¢}$

---

[11] Orzechowski and Walker, *The Tax Burden on Tobacco: Historical Compilation*, Volume 36, 2001.
Arlington VA, 2002.

[12] See also the attached electronic spreadsheet Harris Table 2.xls.

[13] Illinois Department of Revenue, "2000 Annual Report, Excise and Utility Taxes: Cigarette and
Cigarette Use Taxes," www.revenue.state.il.us/publications/AnnualReport/2000/cig.htm.

[14] See also the attached electronic spreadsheet Harris Table 3.xls.

Jeffrey E. Harris                June 17, 2002                        Page 16

per pack.  The results of this "average excise tax rate" computation are shown in

Table 3 for fiscal year 1986.  When I use this tax rate to compute the number of

state-taxed packs in fiscal year 1986, I obtain an estimate that is about 15% below

that derived from *The Tax Burden on Tobacco*.  The discrepancy suggests that,

during a year in which the excise tax increases, one cannot assume a uniform

distribution of tax collections.  It is more likely instead that distributors ship a

disproportionate number of cigarettes to retailers right before the effective date

of tax increase in order to beat the deadline.  Accordingly, in my analysis of the

quantity of cigarette sold at retail in Illinois, I rely upon the data in Table 2,

which were derived from *The Tax Burden on Tobacco*.[15]

     29.  I have thus far located no direct measurements of the retail market

shares of Marlboro Lights or Cambridge Lights cigarettes in the State of Illinois.

In the absence of such direct measurements, I have considered using the national

market shares of these brands of cigarettes as an alternative indicator of market

---

[15] For fiscal years in which the state cigarette excise tax remained unchanged, the estimates

derived from *The Tax Burden on Tobacco* still fall short of Illinois DOR collections by an average of

2 percent.  Since the TBT-based data are generally derived from distributors' tax records, the

discrepancy suggests that the Illinois Department of Revenue may fail to collect all taxes due on

cigarettes subject to state excise taxes.

share.[16]  One officer of Philip Morris could not specify any unique attributes of

Marlboro Lights cigarette purchasers in Illinois.[17]  Nonetheless, since brand

preferences vary by age, sex, and ethnic group, it is possible that the Illinois

market shares of these brands differ from nationwide averages.

30.  Accordingly, for the purposes of this report, I estimate the Illinois

retail market shares of ML cigarettes in a particular year, such as 1971, according

to the following equation:

$$\text{Market Share of ML Cigarettes in Illinois in 1971} = \text{ML Share of PM Shipments to Illinois in 1971} \times \text{PM National Market Share in 1971}$$

That is, I compute the Illinois market share of Marlboro Lights as the product of

two numbers:  Marlboro Lights shipments to direct buyers in Illinois as a

percentage of all PM shipments to direct buyers in Illinois; and Philip Morris

shipments to direct buyers nationwide as a percentage of all manufacturers

---

[16] National market shares of sub-brands, such as Marlboro Lights and Cambridge Lights, can be
computed from the Maxwell Reports, but only through the year 1990.  See *2000 Maxwell Tobacco
Fact Book*, Appendix I, Table 8, "Summary of U.S. Cigarette Sales, 1988–1998."

[17] "Q.  You told me you have no knowledge, no information that tells you that consumers, retail
purchasers of your Marlboro Lights in the State of Illinois purchase in different ways than
purchasers in other states, correct? A.  That's correct." Lines 17-23 at page 102 in transcript of
Deposition of Donna Oramas, October 9, 2001.

Jeffrey E. Harris                    June 17, 2002                         Page 18

shipments to direct buyers nationwide.  Data on the former number are available

from defendant's discovery responses.  Data on the latter are available from

published Maxwell Reports and defendant's annual reports to shareholders.

Data on both quantities are given in Table 4 below.[18]  Computations of the

Illinois retail market shares of Cambridge Lights during 1986 – 2001 follow the

same procedures.

     31.  Because state tax stamps are attached to cigarette packs during the

process of retail distribution, the taxable sales method is based upon the total

number of cigarettes that are actually distributed to retail outlets in Illinois.

Because my estimates of the retail market shares of Marlboro Lights and

Cambridge Lights rely in part on the shares of PM shipments to Illinois, they are

likely to be more accurate measures of Philip Morris' brand mix than the

corresponding nationwide data.  However, it is still possible that my estimates of

retail market share are inaccurate if Philip Morris' overall market share in Illinois

differs significantly from its corresponding nationwide share.

     32.  Neither the taxable sales method nor the PM direct buyer method

adequately captures cigarettes that were subject to excise taxes in another lower-

tax state, but then smuggled by bootleggers into Illinois to evade Illinois' higher

excise taxes.

-------------------

[18] See also the attached electronic spreadsheet <u>Harris Table 4.xls</u>.

Jeffrey E. Harris                    June 17, 2002                    Page 19

*Retail Prices*

33.  The computation of consumer expenditures requires data on the average retail price of cigarettes in Illinois.  For Marlboro Lights, I need to estimate the average retail price for each year from 1971 to 2001.  For Cambridge Lights, I need to estimate the average retail price for each year from 1986 to 2001.

34.  Since the early 1980's, domestically produced cigarettes have been sold in different price tiers.  "Premium" cigarettes, such as Marlboro Lights, have constituted the highest price tier.  "Branded discount" cigarettes, such as Cambridge Lights have fallen in a lower priced tier.  Still other varieties, which have been variously termed "deep discount" or "sub-generic" cigarettes, have fallen in the lowest price tier.[19]

35.  The major U.S. manufacturers, including Philip Morris, have charged their customers higher prices for premium brands than for branded discount cigarettes.  For example, in its *Price List* dated January 26, 1998,[20] Philip Morris charged its direct buyers $66.70 per 1,000 cigarettes (equivalent to 133.4 cents per pack) for Marlboro Lights; and $53.20 per 1,000 cigarettes (equivalent to 106.4 cents per pack) for Cambridge Lights.[21]  Manufacturers' list prices for deep

---

[19] United States Department of Agriculture, Economic Research Service, *Tobacco Situation and Outlook Report*. Sept. 2001; TBS-250: Tables 5 and 6 at pp. 7-8.

[20] Philip Morris USA, *Price List*, January 26, 1998, Bates Nos. 2061814975–80.

[21] Direct buyers received a 3¼ percent discount for payment within 12 days of invoice.

discount cigarettes have been even lower.  Thus, in January 1998, the USDA's

Economic Research Service reports the manufacturers' list price for deep

discount cigarettes to be $50.70 per 1,000 (equivalent to 101.4 cents per pack).[22]

36.  The documented differences in manufacturers' list prices have been

passed through to final customers at the retail level.  Thus, the average retail

price of Marlboro Lights in Illinois in a particular year is expected to exceed the

corresponding average retail price of Cambridge Lights.

37.  To determine the retail prices of these two brands, I have relied upon

data regularly published in *The Tax Burden on Tobacco*.[23]  The primary data for my

analysis are shown in Table 5.[24]

38.  For each year through 2001, *The Tax Burden on Tobacco* (or *TBT*) has

reported data the average retail price of cigarettes at a single point in time,

---

22 See USDA, *Tobacco Situation and Outlook Report, op. cit.*, September 2001, at Table 6.  Before the

1993 "price war," U.S. manufacturers listed different prices for 85mm and 100m varieties of

premium cigarettes.  With this exception, the major U.S. manufacturers have charged direct

buyers virtually identical list prices for all their premium brands.  List prices for discount and

deep-discount cigarettes have not been so uniform.  For example, for January 1998, the USDA

reports the list price of discount cigarettes as ranging from $57.20 to $58.45 per 1,000, whereas

Philip Morris charged its direct buyers $53.20 per 1,000.

23 Orzechowski and Walker, *op. cit.*  As previously noted, this annual volume was issued by the

Tobacco Institute before its dissolution.

24 See also the attached electronic spreadsheet Harris Table 5.xls.

typically November 1.[25]  The format for reporting such average retail prices

changed, however, in the year 1990.  Therefore, I used different methods and

assumptions to estimate retail prices from 1971-1989 and 1990-2001, respectively,

as described below.

39.   Price Calculations, 1971-1989.  Before 1990, *TBT* reported only the

average price of all cigarettes, that is, the average for premium, branded

discount, and deep discount cigarettes combined.  In accordance with this

reporting format, the second column from the left in Table 5 shows only the

average retail price of all cigarettes in Illinois from 1970 – 1989.

40.   Prior to 1982, when the market penetration of discount cigarettes was

negligible, I assumed that the average retail price of ML equaled the average

retail price of all brands, as given in the second column of Table 5.  From 1982 –

1989, when discount cigarettes gradually penetrated the market, I computed the

average retail price of ML from the following equation:

$$\begin{array}{ccccccc}
\text{Average} & & \text{Average} & & \text{Market} & & \text{Retail Price} \\
\text{Price of} & = & \text{Price of} & + & \text{Share of} & \times & \text{Differential of} \\
\text{Premium} & & \text{All} & & \text{Discount} & & \text{Premium and} \\
\text{Cigarettes} & & \text{Cigarettes} & & \text{Cigarettes} & & \text{Discount Cigarettes}
\end{array}$$

In the above equation, I assumed a retail price differential of 36.0 cents per pack.

The latter valued equaled the price differential that I computed for 1990, as

_____

[25] The exception is 1991, when prices were sampled on November 20.

Jeffrey E. Harris                    June 17, 2002                    Page 22

described in the subsection <u>Price Calculations, 1990-2001</u> below.[26]  Data on the market shares of discount cigarettes were taken from various annual *Maxwell Reports*.  From 1986 – 1989, I then computed the average retail price of Cambridge Lights to be the average price of ML less the computed price differential of 36.0 cents per pack.

41.  Before 1990, the *TBT*-reported retail prices included federal and state excise taxes, as well as statewide sales taxes, but excluded local cigarette taxes imposed by some Illinois cities and counties.  Accordingly, to compute the full average retail price of cigarettes prior to 1990, I added local excise taxes to the computed average retail prices for ML and CL.  Moreover, to compute the average pre-tax retail price of cigarettes, I subtracted federal and state excise taxes, as well as applicable state sales taxes, from the computed average retail prices.[27]

---

[26] The retail price differential for 1990 is computed in cell named "Differential" in the attached electronic spreadsheet <u>Harris Table 6.xls</u>.

[27] To compute pre-tax premium and discount prices, I used the 1990 pre-tax price differential of 33.9 cents per pack, which is computed in the cell named "PreTax" in the electronic spreadsheet <u>Harris Table 6.xls</u>.  I also make a correction for the fact that TBT-reported prices are sampled in November of each year.  For example, I computed the average price of premium cigarettes in calendar 1971 as equal to $\frac{5}{12} \times$ the average premium price in November 1970 $+ \frac{7}{12} \times$ the average premium price in November 1971.

Jeffrey E. Harris                         June 17, 2002                         Page 23

42. Price Calculations, 1990-2001. Since 1990, *TBT* has reported two different average retail prices. First, as shown in the third column of Table 5, the average price of premium brand cigarettes has been reported separately.[28] Second, as shown in the fourth column, the overall average price of all cigarettes (including premium, branded discount and deep discount cigarettes combined) continues to be reported.[29]

43. For the years 1990 – 2001, I base my calculation of the average retail price of ML in Illinois on the *TBT*-reported average price of premium brands in the third column of Table 5. Although the latter datum represents the average retail price of all premium cigarettes, it is likely to be an accurate indicator of the price of premium Marlboro Lights in particular.[30]

─────────────────────────

[28] In the source table (Table 13A) from which these data are derived, TBT states, "Generic brands not included in average calculation."

[29] In the source table (Table 13B) from which these data are derived, TBT states, "Generic brands included in average calculation."

[30] As previously noted, manufacturers have charged virtually identical list prices for all premium brands. (For a discussion of manufacturers' coordination of wholesale premium prices in the 1980's, see J.E. Harris, "The 1983 Increase in the Federal Excise Tax on Cigarettes," in Larry Summers, ed., *Tax Policy and the Economy* 1 (1987): 87-111.) In premium-brand "price war" that began in April 1993, Philip Morris took the lead in cutting the price of Marlboro cigarettes. Since R.J. Reynolds soon matched PM's price cut, it is unlikely that the overall average retail price for all premium brands, as reported in Table 5, differs markedly from the average price of Marlboro

Jeffrey E. Harris                          June 17, 2002                          Page 24

44. The *TBT*-reported average price for all brands, as given in the fourth column of Table 5, is in fact a weighted-average price, where the weights are the respective market shares of discount and premium cigarettes. That is,

$$
\begin{array}{c}
\text{Weighted} \\
\text{Average} \\
\text{Price of All} \\
\text{Cigarettes}
\end{array}
=
\begin{array}{c}
\text{Market} \\
\text{Share of} \\
\text{Discount} \\
\text{Cigarettes}
\end{array}
\times
\begin{array}{c}
\text{Average} \\
\text{Price of} \\
\text{Discount} \\
\text{Cigarettes}
\end{array}
+
\begin{array}{c}
\text{Market} \\
\text{Share of} \\
\text{Premium} \\
\text{Cigarettes}
\end{array}
\times
\begin{array}{c}
\text{Average} \\
\text{Price of} \\
\text{Premium} \\
\text{Cigarettes}
\end{array}
$$

where "Discount Cigarettes" includes both branded discount and deep discount varieties. This equation can be rearranged algebraically as:

$$
\begin{array}{c}
\text{Average} \\
\text{Price of} \\
\text{Discount} \\
\text{Cigarettes}
\end{array}
=
\frac{
\begin{array}{c}
\text{Weighted} \\
\text{Average Price} \\
\text{of All} \\
\text{Cigarettes}
\end{array}
-
\begin{array}{c}
\text{Market} \\
\text{Share of} \\
\text{Premium} \\
\text{Cigarettes}
\end{array}
\times
\begin{array}{c}
\text{Average} \\
\text{Price of} \\
\text{Premium} \\
\text{Cigarettes}
\end{array}
}{
\text{Market Share of Discount Cigarettes}
}
$$

I take the average price of discount cigarettes, defined in the above equation, as the basis for computing the average retail price of Cambridge Lights during 1990 – 2001.

---

Lights. If Marlboro's national market share in 1993 was 20%, and if the 40-cent-per-pack price cut in April 1993 was matched by most competitors in May of that year, then the 1993 average price of Marlboro cigarettes would fall short of the all-premium average by $\frac{1}{12} \times 80\% \times 40$ cents = 2.7 cents.

45.  The average price of discount cigarettes, as computed according to the above equation, is an overall average of branded discount and deep discount varieties.  To the extent that Cambridge Lights falls into the mid-priced, branded discount category, its actual price will exceed the overall average discount price computed above.

46.  During 1990 – 2001, the *TBT*-reported retail prices have included federal and state excise taxes, but have excluded both statewide sales taxes and local cigarette taxes imposed by some Illinois cities and counties.  Accordingly, to compute the full average retail price of cigarettes from 1990 onward, I added both state sales taxes and local excise taxes to the average retail prices shown in the third and fourth columns of Table 5.  Moreover, to compute the average pre-tax retail price of cigarettes, I subtracted federal and state excise taxes from the average retail prices shown in the third and fourth columns of the table.

47.  Table 6 shows the results of my computations of average retail price and average pre-tax price, along with the raw data on the market share of discount cigarettes.[31]

48.  Thus far, I have been unable to identify a complete source of data on retail cigarette prices in Illinois that would serve as an alternative to the *TBT* data

---

[31] See also the attached electronic spreadsheet Harris Table 6.xls.

that I have relied upon here.  At best, I have been able to make only partial or indirect comparisons with other sources.

49.  One such comparison is shown in Table 7 below.[32]  The table compares the estimated retail prices for 1989 – 1995 with annual average prices of premium and discount cigarettes sold by the carton in large food stores in the metropolitan Chicago area.  The comparison data were originally obtained from Information Resources, Inc. (IRI).[33]  I had used such IRI data in connection with my prior published research on the economics of the cigarette industry.[34]

50.  At retail, a ten-pack carton of cigarettes generally costs less than 10 individual packs.  Accordingly, the prices of cartons, as shown in second through fifth columns of the table, cannot be compared precisely to equivalent prices of 10 individual packs of ML and CL.  Moreover, the IRI-based data reflect transactions recorded only in large food stores, and do not include convenience stores, pharmacies, gas stations, mass merchandisers and vending machine sales.

---

[32] See also the attached electronic spreadsheet Harris Table 7.xls.

[33] Information Resources, Inc. *InfoScan: Market and Regional profiles, 1993 – Current Markets*. Darien, Connecticut: Information Resources, Inc., 1993.

[34] See: Jeffrey E. Harris, Gregory N. Connolly, Daniel Brooks, et al., "Cigarette Smoking Before and After an Excise-Tax Increase and Anti-Smoking Campaign - Massachusetts, 1990-1996," *Morbidity and Mortality Weekly Report*, 45 (1996): 966-70; and Jeffrey E. Harris and Sandra W. Chan, "The Continuum of Addiction: Cigarette Smoking in Relation to Price Among Americans Aged 15-29," *Health Economics* 1999; 8: 81-86.

Jeffrey E. Harris                    June 17, 2002                    Page 27

Finally, the IRI-based Chicago-area data are being compared to TBT-based

statewide estimates.  Nonetheless, the estimates of the price of 10 packs of

Marlboro Lights are reasonably close to the retail cost of a carton of premium

cigarettes.  The estimates of the price 10 packs of Cambridge Lights are likewise

reasonably close to the retail cost of a carton of discount cigarettes.  Additional

data from IRI, if they become available, would permit a more systematic

comparison with the *TBT*-reported data that I have relied upon here.

    51.  In addition to the above comparison with IRI-based data, I have

attempted to compare the estimates in Table 6 with data from Philip Morris'

internal *State Tax and Pricing Reports*.  Although PM's public document archive

gives the cover memos to a number of these reports,[35] the only complete

document is the *State Tax and Pricing Report* for 1972.[36]  In that report, Illinois

retail prices of single packs are given as: 40-41 cents in chain grocery stores; 43-45

cents in independent grocers; 40-42 cents in mass merchandisers; 41-44 cents in

chain drug stores; 41-45 cents in independent drug stores; 41-48 in

"miscellaneous" retailers; and 50-55 cents in vending machines.  The pro-rated

prices of cigarettes sold in cartons are generally about 10-15% lower.  These data

---

[35] See Bates Nos. 2043409872–9875, 2043427506–7507, 2045259165–9166, 2504000022, 2045259201,

2045259218, 2045259219, 2045259164, 2045207413, 2043427505, 2045243793, 2045207319,

2045259182, 2045259183, and 2045259200.

[36] Bates Nos. 2045243794-3807.

accord reasonably with the *TBT*-based estimate of 42.5 cents for ML in 1972, as shown in Table 6.  Additional data from Philip Morris' *State Tax and Pricing Reports*, if they become available, would permit a more systematic comparison with the *TBT*-reported data that I have relied upon here.

52.  As one more check on the TBT-based data, I attempted to compare the retail price differentials between Marlboro Lights and Cambridge Lights, derived from Table 6, with the analogous differentials in Philip Morris' list prices to direct buyers.  In general, the retail price differential was significantly larger than the comparable list price differential.  For example, Table 6 shows the difference in average retail price between ML and CL in 1998 to be 42.3 cents per pack.  The comparable list price differential during 1998 was 27 cents per pack.[37]  Since wholesale distributors and retailers add percentage markups to their prices, I would expect to observe the retail price differential that exceeds PM's list price differential.[38]

---

[37] See Bates Nos. 2061814977-8, 2061814966-7, 2061814960-1, and 2064836210-1.

[38] Data from ACCRA (www.accra.org), which have been used in recent economic research on the cigarette market, give the retail price of Winston premium-brand cigarettes in various metropolitan areas throughout the U.S., including Illinois.  However, ACCRA appears to have no data on the prices of discount cigarettes, such as Cambridge Lights.  At this writing, it is unclear whether ACCRA historical price data, prior to the 1990s, would be available.

Jeffrey E. Harris                          June 17, 2002                          Page 29

## Results and Conclusions

*Quantity Sold at Retail*

53.  Table 8 below shows my calculations of the quantities of ML and CL

sold at retail according to the two previously described methods: the "Philip

Morris direct buyers" method; and the "taxable cigarettes" method.[39]

54.  From 1971 through 1981, the estimates of the quantity of Marlboro

Lights derived from the "taxable cigarettes" method are an average of 8 percent

higher than the corresponding estimates based on the "PM direct buyers"

method.  From 1982 to 1992, the estimates of the quantity of ML derived from the

"taxable cigarettes" method are an average of 2 percent higher.  For Cambridge

Lights during 1986 to 1992, the estimates based on the "taxable cigarettes"

method are on average only 0.4% higher than the corresponding estimates based

on the "PM direct buyers" method.

55.  Between 1993 and 1994, however, the Marlboro Lights series based

upon the PM "direct buyers" method takes a discrete jump upward.  Thereafter,

the estimates of the quantity of ML based on the PM "direct buyers method"

exceed the taxable cigarettes-based estimates by over 20 percent.  Further

investigation of the reasons for the discrete jump in the PM direct buyers series is

warranted.  Comparisons of the data in Table 8 with other estimates of the

--------------------------------------------

[39] See also the attached electronic spreadsheet <u>Harris Table 8.xls</u>.

quantities of ML and CL sold at retail in Illinois, such as those potentially

available from Philip Morris' "Marlboro Leadership Program" (MLP),

Information Resources Inc./InfoScan (IRI), Management Sciences Associates

(MSA), Marketrak, or Nielsen,[40] is also warranted.


*Consumer Spending, Pre-Tax Spending, and Accumulated Interest*

   56.  Tables 9 through 12 show my calculations of total consumer

expenditure at retail, consumer expenditure exclusive of all applicable taxes, and

accumulated interest for each brand (ML and CL) by each method.  Tables 9 and

10 show the respective calculations for Marlboro Lights and Cambridge Lights,

based upon the taxable sales method.[41]  Tables 11 and 12 show the respective

calculations for Marlboro Lights and Cambridge Lights based upon the PM

direct buyers method.[42]

   57.  In each of the Tables 9 through 12, a single row of data corresponds to

a single calendar year.  Thus, in Table 9, total consumer expenditure on Marlboro

Lights in Illinois in the year 1990 was  $219.9 million.  The accumulated, non-

---

[40] For references to these sources of data in Philip Morris internal documents, see the numerous

"State of the Business Reports," e.g.., Bates Nos. 2045764006-4061, 2062425746-5770, and

2061905035-5084.

[41] See also the attached electronic spreadsheet Harris Tables 9-10.xls.

[42] See also the attached electronic spreadsheet Harris Tables 11-12.xls.

compounded interest on such consumer spending was $132.0 million. Similarly, consumer spending on Marlboro Lights, exclusive of all applicable taxes, in Illinois in 1990 was $142.1 million. The accumulated, non-compound interest on such pre-tax spending was $85.3 million.

58. In each of the Tables 9 through 12, the bottom row represents the cumulative total. Thus, in Table 9, total consumer expenditure on Marlboro Lights in Illinois, from 1971 through February 1, 2001, was $5,166.0 million. Total accumulated non-compound interest on such spending was $2,186.9 million. Adding these two amounts, I compute the present value to be $7,352.9 million. Similarly, in Table 9, total consumer expenditures on Marlboro Lights exclusive of all applicable taxes, from 1971 through February 1, 2001, was $3,288.4 million. Total accumulated non-compound interest on such pre-tax spending was $1,379.4 million. Adding the latter two amounts, I compute the present value to be $4,667.8 million.

59. For convenience, Table 13 summarizes the total consumer expenditures, total pre-tax expenditures, total accumulated non-compounded interest, and present values for each brand and both brands, and for each method of calculation.

Table 1.  Philip Morris (PM) Direct Shipments of Marlboro Lights and
Cambridge Lights Cigarettes to Direct Buying Customers in the State of
Illinois, 1971 – 2000

| Year | PM Direct Shipments of Marlboro Lights to Illinois (thousands of units) | PM Direct Shipments of Marlboro Lights to Illinois (millions of packs) | PM Direct Shipments of Cambridge Lights to Illinois (thousands of units) | PM Direct Shipments of Cambridge Lights to Illinois (millions of packs) |
|---|---|---|---|---|
| 1971 | 12,162 | 0.61 | | |
| 1972 | 85,136 | 4.26 | | |
| 1973 | 113,515 | 5.68 | | |
| 1974 | 179,516 | 8.98 | | |
| 1975 | 236,085 | 11.80 | | |
| 1976 | 317,661 | 15.88 | | |
| 1977 | 420,795 | 21.04 | | |
| 1978 | 585,347 | 29.27 | | |
| 1979 | 815,040 | 40.75 | | |
| 1980 | 1,134,161 | 56.71 | | |
| 1981 | 1,374,923 | 68.75 | | |
| 1982 | 1,614,147 | 80.71 | | |
| 1983 | 1,741,944 | 87.10 | | |
| 1984 | 1,916,236 | 95.81 | | |
| 1985 | 2,138,974 | 106.95 | | |
| 1986 | 2,073,652 | 103.68 | 123,845 | 6.19 |
| 1987 | 2,295,288 | 114.76 | 187,722 | 9.39 |
| 1988 | 2,435,567 | 121.78 | 256,398 | 12.82 |
| 1989 | 2,259,232 | 112.96 | 265,116 | 13.26 |
| 1990 | 2,638,001 | 131.90 | 330,207 | 16.51 |
| 1991 | 2,653,310 | 132.67 | 355,926 | 17.80 |
| 1992 | 2,640,638 | 132.03 | 286,488 | 14.32 |
| 1993 | 2,407,968 | 120.40 | 260,238 | 13.01 |
| 1994 | 3,698,033 | 184.90 | 296,466 | 14.82 |
| 1995 | 3,911,399 | 195.57 | 258,283 | 12.91 |
| 1996 | 4,141,846 | 207.09 | 221,202 | 11.06 |
| 1997 | 4,658,501 | 232.93 | 189,570 | 9.48 |
| 1998 | 4,148,254 | 207.41 | 160,215 | 8.01 |
| 1999 | 4,183,923 | 209.20 | 93,734 | 4.69 |
| 2000 | 4,107,876 | 205.39 | 69,300 | 3.47 |

Source: Philip Morris Inc., Second Amended and Supplemental Response of Defendant
Philip Morris Incorporated to Plaintiffs' First Set of Interrogatories and First Supplemental
Set of Interrogatories Directed to Defendant Philip Morris Inc., August 31, 2001.

Jeffrey E. Harris                 June 17, 2002                        Page 33

Table 2: State Tax-Paid Cigarette Sales, Illinois, 1971 – 2001, Based upon
Data Reported in *The Tax Burden on Tobacco*

| Fiscal Year (ending June 30) | State Tax-Paid Cigarette Sales (millions of packs) | Calendar Year¶ (ending Dec. 31) | State Tax-Paid Cigarette Sales (millions of packs) |
|---|---|---|---|
| 1971 | 1,399.3 | 1971 | 1,408.5 |
| 1972 | 1,417.6 | 1972 | 1,408.4 |
| 1973 | 1,399.1 | 1973 | 1,440.7 |
| 1974 | 1,482.3 | 1974 | 1,474.9 |
| 1975 | 1,467.5 | 1975 | 1,482.6 |
| 1976 | 1,497.6 | 1976 | 1,501.1 |
| 1977 | 1,504.5 | 1977 | 1,521.0 |
| 1978 | 1,537.4 | 1978 | 1,529.1 |
| 1979 | 1,520.7 | 1979 | 1,519.3 |
| 1980 | 1,517.8 | 1980 | 1,518.2 |
| 1981 | 1,518.5 | 1981 | 1,508.2 |
| 1982 | 1,497.8 | 1982 | 1,480.9 |
| 1983 | 1,463.9 | 1983 | 1,445.6 |
| 1984 | 1,427.2 | 1984 | 1,416.0 |
| 1985 | 1,404.7 | 1985 | 1,383.3 |
| 1986 | 1,361.9 | 1986 | 1,318.6 |
| 1987 | 1,275.3 | 1987 | 1,264.8 |
| 1988 | 1,254.2 | 1988 | 1,237.4 |
| 1989 | 1,220.6 | 1989 | 1,159.8 |
| 1990 | 1,098.9 | 1990 | 1,099.4 |
| 1991 | 1,099.8 | 1991 | 1,092.6 |
| 1992 | 1,085.3 | 1992 | 1,084.4 |
| 1993 | 1,083.4 | 1993 | 1,035.2 |
| 1994 | 986.9 | 1994 | 988.3 |
| 1995 | 989.6 | 1995 | 976.6 |
| 1996 | 963.6 | 1996 | 953.1 |
| 1997 | 942.6 | 1997 | 947.1 |
| 1998 | 951.6 | 1998 | 905.2 |
| 1999 | 858.8 | 1999 | 850.9 |
| 2000 | 843.0 | 2000 | 838.5 |
| 2001 | 833.9 | 2001§ | 833.9 |

Source of Fiscal Year Data: Orzechowski and Walker (2002), Table 10, pages 27-29.

¶ Calendar year sales for 1971 computed as average of sales in fiscal years 1971 and 1972;
calendar year sales for 1972 computed as average of sales in fiscal years 1972 and 1973, etc.
§ Calendar year sales for 2001 equal fiscal year sales.

Table 3.  Estimated State-Taxed Cigarette Sales, Illinois, 1971 - 2001, Based upon Tax Revenues Reported by the Illinois Department of Revenue

| Fiscal Year | Illinois Dept of Revenue Cigarette Tax Collections§ | Average Excise Tax Rate (cents per pack)¶ | Estimated Packs Taxed (millions of packs)* | TBT Tax-Paid Cigarette Sales (millions of packs)† | Percentage Variance‡ |
|---|---|---|---|---|---|
| 1970 | 157,611,353 | 12.0 | 1,313 | 1,378.2 | 4.9% |
| 1971 | 165,205,944 | 12.0 | 1,377 | 1,399.3 | 1.6% |
| 1972 | 165,020,232 | 12.0 | 1,375 | 1,417.6 | 3.1% |
| 1973 | 166,311,137 | 12.0 | 1,386 | 1,399.1 | 1.0% |
| 1974 | 173,154,108 | 12.0 | 1,443 | 1,482.3 | 2.7% |
| 1975 | 172,769,187 | 12.0 | 1,440 | 1,467.5 | 1.9% |
| 1976 | 176,909,198 | 12.0 | 1,474 | 1,497.6 | 1.6% |
| 1977 | 178,608,241 | 12.0 | 1,488 | 1,504.5 | 1.1% |
| 1978 | 181,686,957 | 12.0 | 1,514 | 1,537.4 | 1.5% |
| 1979 | 180,335,773 | 12.0 | 1,503 | 1,520.7 | 1.2% |
| 1980 | 178,401,418 | 12.0 | 1,487 | 1,517.8 | 2.1% |
| 1981 | 179,185,280 | 12.0 | 1,493 | 1,518.5 | 1.7% |
| 1982 | 174,462,891 | 12.0 | 1,454 | 1,497.8 | 3.0% |
| 1983 | 173,871,366 | 12.0 | 1,449 | 1,463.9 | 1.0% |
| 1984 | 166,670,585 | 12.0 | 1,389 | 1,427.2 | 2.8% |
| 1985 | 165,654,841 | 12.0 | 1,380 | 1,404.7 | 1.8% |
| 1986 | 196,001,977 | 16.6 | 1,179 | 1,361.9 | 15.5% |
| 1987 | 246,340,907 | 20.0 | 1,232 | 1,275.3 | 3.5% |
| 1988 | 246,866,564 | 20.0 | 1,234 | 1,254.2 | 1.6% |
| 1989 | 244,119,542 | 20.0 | 1,221 | 1,220.6 | 0.0% |
| 1990 | 315,738,598 | 30.0 | 1,052 | 1,098.9 | 4.4% |
| 1991 | 318,380,761 | 30.0 | 1,061 | 1,099.8 | 3.6% |
| 1992 | 318,652,376 | 30.0 | 1,062 | 1,085.3 | 2.2% |
| 1993 | 309,944,641 | 30.0 | 1,033 | 1,083.4 | 4.9% |
| 1994 | 410,137,724 | 43.5 | 944 | 986.9 | 4.6% |
| 1995 | 423,850,723 | 44.0 | 963 | 989.6 | 2.7% |
| 1996 | 415,503,997 | 44.0 | 944 | 963.6 | 2.0% |
| 1997 | 408,350,633 | 44.0 | 928 | 942.6 | 1.6% |
| 1998 | 458,400,882 | 51.6 | 889 | 951.6 | 7.0% |
| 1999 | 485,823,852 | 58.0 | 838 | 858.8 | 2.5% |
| 2000 | 477,900,000 | 58.0 | 824 | 843.0 | 2.3% |
| 2001 | 472,615,237 | 58.0 | 815 | 833.9 | 2.3% |

§ Source: Illinois Department of Revenue
¶ Tax rate increased to 20¢ on 12/1/85; 44¢ on 7/14/93; and 58¢ on 12/15/97.  Average tax rate computation assumes uniform distribution of tax collections during the fiscal year.
* Tax Collections divided by Average Tax Rate.
† Source: Table 2.  TBT = Tax Burden on Tobacco
‡ TBT Tax-Paid Cigarette Sales minus Estimated Packs Taxed as a percent of Estimated Packs Taxed.

Table 4.  Marlboro Lights Shares (1971-2002) and Cambridge Lights Shares (1986-2000) of Philip Morris Shipments to Illinois; Philip Morris National Market Shares (1971-2001)

| Year | Marlboro Lights Share of PM Direct Shipments to Illinois ¶ (%) | Cambridge Lights Share of PM Direct Shipments to Illinois (%) ¶ | Philip Morris National Market Share (%) § |
|------|------|------|------|
| 1971 | 0.28% | | 18.1% |
| 1972 | 1.72% | | 20.0% |
| 1973 | 2.03% | | 21.3% |
| 1974 | 2.94% | | 22.5% |
| 1975 | 3.63% | | 23.6% |
| 1976 | 4.56% | | 25.4% |
| 1977 | 5.75% | | 26.5% |
| 1978 | 7.60% | | 27.8% |
| 1979 | 10.07% | | 28.9% |
| 1980 | 12.65% | | 30.9% |
| 1981 | 14.82% | | 31.8% |
| 1982 | 16.98% | | 32.8% |
| 1983 | 17.98% | | 34.4% |
| 1984 | 19.27% | | 35.3% |
| 1985 | 21.43% | | 35.9% |
| 1986 | 22.42% | 1.34% | 36.8% |
| 1987 | 23.60% | 1.93% | 37.8% |
| 1988 | 25.47% | 2.68% | 39.3% |
| 1989 | 26.40% | 3.10% | 41.9% |
| 1990 | 26.71% | 3.34% | 42.3% |
| 1991 | 26.92% | 3.61% | 43.3% |
| 1992 | 26.95% | 2.92% | 44.8% |
| 1993 | 26.35% | 2.85% | 43.4% |
| 1994 | 31.33% | 2.51% | 42.6% |
| 1995 | 34.19% | 2.26% | 46.1% |
| 1996 | 37.01% | 1.98% | 47.8% |
| 1997 | 39.27% | 1.60% | 48.7% |
| 1998 | 36.38% | 1.41% | 49.4% |
| 1999 | 37.40% | 0.84% | 49.6% |
| 2000 | 38.58% | 0.65% | 50.5% |
| 2001 | | | 51.0% |

¶ Computed from: Philip Morris Inc., Second Amended and Supplemental Response of Defendant Philip Morris Incorporated to Plaintiffs' First Set of Interrogatories and First Supplemental Set of Interrogatories Directed to Defendant Philip Morris Inc., August 31, 2001.
§ Source:  Maxwell Reports (1971-1998); Philip Morris Annual Reports (1999-2001)

Table 5.  Data from *The Tax Burden on Tobacco* on the Average Retail Price of Cigarettes in Illinois, 1970 – 2001

| Year | Average Price per Pack, All Brands, as of November (cents) (Table 13) | Average Price per Pack, Premium Brands, as of November (cents) (Table 13A) | Average Price per Pack, All Brands, as of November (cents) (Table 13B) | Sales Tax Rate (% of pre-tax price) (Table 15) ¶ | Additional Local Taxes per Pack § (cents) (FY ending June 30) (Tables 10,16) | Federal and State Cigarette Taxes per Pack (cents) (Tables 13 and 13A) † |
|---|---|---|---|---|---|---|
| 1970 | 41.4 | | | 5.00% | | 20 |
| 1971 | 41.9 | | | 5.00% | | 20 |
| 1972 | 41.0 | | | 5.00% | 1.0 | 20 |
| 1973 | 41.9 | | | 5.00% | 1.3 | 20 |
| 1974 | 45.2 | | | 5.00% | 1.3 | 20 |
| 1975 | 48.4 | | | 5.00% | 1.2 | 20 |
| 1976 | 49.4 | | | 5.00% | 1.2 | 20 |
| 1977 | 54.6 | | | 5.00% | 1.2 | 20 |
| 1978 | 56.8 | | | 5.00% | 1.1 | 20 |
| 1979 | 60.0 | | | 5.00% | 1.1 | 20 |
| 1980 | 63.1 | | | 5.00% | 1.3 | 20 |
| 1981 | 69.9 | | | 5.00% | 3.3 | 20 |
| 1982 | 80.8 | | | 5.00% | 4.0 | 20 |
| 1983 | 89.6 | | | 5.00% | 4.0 | 28 |
| 1984 | 96.7 | | | 6.00% | 4.4 | 28 |
| 1985 | 108.4 | | | 6.00% | 5.5 | 28 |
| 1986 | 116.2 | | | 6.00% | 6.0 | 36 |
| 1987 | 124.1 | | | 6.00% | 6.0 | 36 |
| 1988 | 132.7 | | | 6.00% | 5.9 | 36 |
| 1989 | 147.3 | | | 6.00% | 6.1 | 46 |
| 1990 | | 160.5 | 154.0 | 6.25% | 6.8 | 46 |
| 1991 | | 191.1 | 179.8 | 6.25% | 6.6 | 50 |
| 1992 | | 204.4 | 187.5 | 6.25% | 6.4 | 50 |
| 1993 | | 189.5 | 182.1 | 6.25% | 6.0 | 68 |
| 1994 | | 196.5 | 185.2 | 6.25% | 6.1 | 68 |
| 1995 | | 198.8 | 188.7 | 6.25% | 5.9 | 68 |
| 1996 | | 209.6 | 198.7 | 6.25% | 6.0 | 68 |
| 1997 | | 213.7 | 202.3 | 6.25% | 5.9 | 68 |
| 1998 | | 250.8 | 240.5 | 6.25% | 7.7 | 82 |
| 1999 | | 325.1 | 312.7 | 6.25% | 8.0 | 82 |
| 2000 | | 335.7 | 323.8 | 6.25% | 7.9 | 92 |
| 2001 | | 365.9 | 349.1 | 6.25% | 7.9 | 92 |

¶ Sales tax base excluded state excise taxes in 1970–1985.
§ "Gross County and City Tobacco Taxes" on cigarettes (Table 16) divided by tax-paid sales (Table 10).
† Federal excise tax per pack increased from 8 to 16 cents on 1/1/83, to 20 cents on 1/1/91, 24 cents on 1/1/93, and 34 cents on 1/1/00.

Jeffrey E. Harris                    June 17, 2002                              Page 37

Table 6.  Average Retail Price and Pre-Tax Price of Marlboro Lights, 1971-2001,
and Cambridge Lights, 1986-2001, in Illinois; and National Market Share of
Discount Brands, 1982-2001*

| Calendar Year | Marlboro Lights | | Cambridge Lights | | Market Share of Discount Brands¶ (%) |
| | Average Retail Price (cents per pack) | Pre-Tax Retail Price (cents per pack) | Average Retail Price (cents per pack) | Pre-Tax Retail Price (cents per pack) | |
|---|---|---|---|---|---|
| 1971 | 42.2 | 20.3 | | | |
| 1972 | 42.5 | 20.0 | | | |
| 1973 | 42.8 | 20.1 | | | |
| 1974 | 45.1 | 22.3 | | | |
| 1975 | 48.3 | 25.4 | | | |
| 1976 | 50.2 | 27.2 | | | |
| 1977 | 53.6 | 30.5 | | | |
| 1978 | 57.0 | 33.8 | | | |
| 1979 | 59.9 | 36.4 | | | |
| 1980 | 64.1 | 39.4 | | | |
| 1981 | 70.7 | 44.4 | | | |
| 1982 | 81.3 | 49.5 | | | 2.9% |
| 1983 | 91.4 | 55.6 | | | 3.5% |
| 1984 | 100.7 | 63.3 | | | 5.5% |
| 1985 | 111.9 | 72.8 | | | 7.2% |
| 1986 | 122.2 | 77.2 | 86.2 | 43.4 | 9.0% |
| 1987 | 130.4 | 81.4 | 94.4 | 47.5 | 10.1% |
| 1988 | 139.1 | 89.6 | 103.1 | 55.7 | 11.1% |
| 1989 | 153.0 | 96.4 | 117.0 | 62.6 | 14.9% |
| 1990 | 177.2 | 114.5 | 141.2 | 80.6 | 19.2% |
| 1991 | 196.0 | 130.0 | 156.4 | 92.8 | 25.0% |
| 1992 | 217.4 | 148.9 | 166.2 | 100.6 | 30.2% |
| 1993 | 214.0 | 135.2 | 181.2 | 104.3 | 36.8% |
| 1994 | 211.6 | 125.6 | 180.0 | 95.8 | 32.5% |
| 1995 | 216.1 | 129.8 | 178.6 | 94.5 | 30.0% |
| 1996 | 223.8 | 137.1 | 184.7 | 100.3 | 28.7% |
| 1997 | 232.0 | 144.0 | 189.1 | 103.6 | 27.7% |
| 1998 | 257.9 | 159.2 | 215.6 | 119.3 | 27.0% |
| 1999 | 320.5 | 212.1 | 274.5 | 168.8 | 26.6% |
| 2000 | 359.9 | 243.5 | 311.3 | 197.8 | 26.5% |
| 2001 | 383.3 | 261.3 | 323.2 | 204.8 | 26.1% |

*Source:  Computed in Harris Table 6.xls, based on TBT data in Table 5 and "Market Share of
Discount Brands"
¶ Derived from annual *Maxwell Reports* and Philip Morris annual reports to shareholders.

Table 7. Comparison of Estimated Average Retail Prices of Marlboro Lights and
Cambridge Lights in Illinois with Average Prices of Premium, Discount, and
Deep Discount Cigarettes Sold by the Carton in Large Food Stores in the Chicago
Area, 1989 – 1995*

| Year | Annual Average Price per Carton in Large Food Stores in Chicago Market Area¶ ($ per carton of 10 packs) | | | | Average Retail Price per Pack in Illinois (Table 6) ($ per pack) | |
|---|---|---|---|---|---|---|
| | Premium | Branded Discount | Deep Discount | All Discount | Marlboro Lights | Cambridge Lights |
| 1989 | 14.88 | 11.12 | 9.06 | | 1.53 | 1.17 |
| 1990 | 16.85 | 12.48 | 10.45 | | 1.77 | 1.41 |
| 1991 | 18.89 | 14.34 | 12.08 | | 1.96 | 1.56 |
| 1992 | 20.83 | 16.08 | 11.03 | | 2.17 | 1.66 |
| 1993 | 22.15 | 17.26 | 14.35 | | 2.14 | 1.81 |
| 1994 | 22.18 | 17.33 | 16.15 | | 2.12 | 1.80 |
| 1995 | 21.92 | | | 16.47 | 2.16 | 1.79 |

* Source:  Harris Table 7.xls.
¶ Based on data from Information Resources Inc. for the Chicago metropolitan area.

Table 8. Estimated Quantity of Cigarettes Sold at Retail, Marlboro Lights
(1971-2001) and Cambridge Lights (1986-2001) in the State of Illinois:
Taxable Cigarettes Method and Philip Morris' Direct Buyers Method

| Year | Marlboro Lights | | Cambridge Lights | |
|---|---|---|---|---|
| | Taxable Cigarettes Method (millions of packs) | PM Direct Buyers Method (millions of packs) | Taxable Cigarettes Method (millions of packs) | PM Direct Buyers Method (millions of packs) |
| 1971 | 0.72 | 0.61 | | |
| 1972 | 4.82 | 4.26 | | |
| 1973 | 6.24 | 5.68 | | |
| 1974 | 9.77 | 8.98 | | |
| 1975 | 12.70 | 11.80 | | |
| 1976 | 17.36 | 15.88 | | |
| 1977 | 23.16 | 21.04 | | |
| 1978 | 32.38 | 29.27 | | |
| 1979 | 44.23 | 40.75 | | |
| 1980 | 59.34 | 56.71 | | |
| 1981 | 71.01 | 68.75 | | |
| 1982 | 82.39 | 80.71 | | |
| 1983 | 89.37 | 87.10 | | |
| 1984 | 96.23 | 95.81 | | |
| 1985 | 106.39 | 106.95 | | |
| 1986 | 108.85 | 103.68 | 6.50 | 6.19 |
| 1987 | 112.80 | 114.76 | 9.23 | 9.39 |
| 1988 | 123.92 | 121.78 | 13.05 | 12.82 |
| 1989 | 128.29 | 112.96 | 15.05 | 13.26 |
| 1990 | 124.12 | 131.90 | 15.54 | 16.51 |
| 1991 | 127.25 | 132.67 | 17.07 | 17.80 |
| 1992 | 130.91 | 132.03 | 14.20 | 14.32 |
| 1993 | 118.47 | 120.40 | 12.80 | 13.01 |
| 1994 | 131.85 | 184.90 | 10.57 | 14.82 |
| 1995 | 153.93 | 195.57 | 10.16 | 12.91 |
| 1996 | 168.64 | 207.09 | 9.01 | 11.06 |
| 1997 | 181.23 | 232.93 | 7.37 | 9.48 |
| 1998 | 162.64 | 207.41 | 6.28 | 8.01 |
| 1999 | 157.97 | 209.20 | 3.54 | 4.69 |
| 2000 | 163.28 | 205.39 | 2.75 | 3.47 |
| 2001¶ | 13.67 | | 0.23 | |

Source: Computed from data in Tables 2 and 4.  See Harris Table 8.xls.
¶ Based upon one only month in 2001 (prior to class certification on February 1, 2001).

Table 9. Total Consumer Expenditure at Retail, Consumer Expenditure Exclusive
of All Applicable Taxes, and Non-Compounded Interest.  Marlboro Lights,
Illinois, 1971-2001.  Taxable Sales Method

| Year | Retail Consumer Expenditure on Marlboro Lights in Illinois ($millions) | Interest on Retail Consumer Expenditure on Marlboro Lights in Illinois ($millions) | Pre-Tax Retail Consumer Expenditure on Marlboro Lights in Illinois ($millions) | Interest on Pre-Tax Retail Consumer Expenditure on Marlboro Lights in Illinois ($millions) |
|------|------|------|------|------|
| 1971 | 0.3 | 0.5 | 0.1 | 0.2 |
| 1972 | 2.0 | 3.1 | 1.0 | 1.4 |
| 1973 | 2.7 | 3.9 | 1.3 | 1.8 |
| 1974 | 4.4 | 6.2 | 2.2 | 3.1 |
| 1975 | 6.1 | 8.3 | 3.2 | 4.4 |
| 1976 | 8.7 | 11.3 | 4.7 | 6.1 |
| 1977 | 12.4 | 15.5 | 7.1 | 8.8 |
| 1978 | 18.5 | 22.2 | 10.9 | 13.1 |
| 1979 | 26.5 | 30.5 | 16.1 | 18.5 |
| 1980 | 38.0 | 41.8 | 23.4 | 25.7 |
| 1981 | 50.2 | 52.7 | 31.6 | 33.1 |
| 1982 | 67.0 | 67.0 | 40.8 | 40.8 |
| 1983 | 81.7 | 77.6 | 49.7 | 47.2 |
| 1984 | 96.9 | 87.2 | 60.9 | 54.8 |
| 1985 | 119.0 | 101.2 | 77.4 | 65.8 |
| 1986 | 133.0 | 106.4 | 84.1 | 67.2 |
| 1987 | 147.1 | 110.3 | 91.8 | 68.9 |
| 1988 | 172.4 | 120.7 | 111.0 | 77.7 |
| 1989 | 196.3 | 127.6 | 123.7 | 80.4 |
| 1990 | 219.9 | 132.0 | 142.1 | 85.3 |
| 1991 | 249.4 | 137.1 | 165.4 | 91.0 |
| 1992 | 284.6 | 142.3 | 194.9 | 97.4 |
| 1993 | 253.5 | 114.1 | 160.2 | 72.1 |
| 1994 | 279.1 | 111.6 | 165.6 | 66.2 |
| 1995 | 332.7 | 116.4 | 199.9 | 70.0 |
| 1996 | 377.5 | 113.2 | 231.2 | 69.4 |
| 1997 | 420.5 | 105.1 | 261.0 | 65.2 |
| 1998 | 419.4 | 83.9 | 258.9 | 51.8 |
| 1999 | 506.3 | 75.9 | 335.1 | 50.3 |
| 2000 | 587.6 | 58.8 | 397.5 | 39.8 |
| 2001 | 52.4 | 2.6 | 35.7 | 1.8 |
| Total | 5,166.0 | 2,186.9 | 3,288.4 | 1,379.4 |

Source: Based on data in Tables 6 and 8.  See Harris Tables 9-10.xls.

Table 10. Total Consumer Expenditure at Retail, Consumer Expenditure Exclusive of All Applicable Taxes, and Non-Compounded Interest.  Cambridge Lights, Illinois, 1986-2001.  Taxable Sales Method

| Year | Retail Consumer Expenditure on Cambridge Lights in Illinois ($millions) | Interest on Retail Consumer Expenditure on Cambridge Lights in Illinois ($millions) | Pre-Tax Retail Consumer Expenditure on Cambridge Lights in Illinois ($millions) | Interest on Pre-Tax Retail Consumer Expenditure on Cambridge Lights in Illinois ($millions) |
|---|---|---|---|---|
| 1986 | 5.6 | 4.5 | 2.8 | 2.3 |
| 1987 | 8.7 | 6.5 | 4.4 | 3.3 |
| 1988 | 13.5 | 9.4 | 7.3 | 5.1 |
| 1989 | 17.6 | 11.5 | 9.4 | 6.1 |
| 1990 | 21.9 | 13.2 | 12.5 | 7.5 |
| 1991 | 26.7 | 14.7 | 15.8 | 8.7 |
| 1992 | 23.6 | 11.8 | 14.3 | 7.1 |
| 1993 | 23.2 | 10.4 | 13.4 | 6.0 |
| 1994 | 19.0 | 7.6 | 10.1 | 4.1 |
| 1995 | 18.2 | 6.4 | 9.6 | 3.4 |
| 1996 | 16.6 | 5.0 | 9.0 | 2.7 |
| 1997 | 13.9 | 3.5 | 7.6 | 1.9 |
| 1998 | 13.5 | 2.7 | 7.5 | 1.5 |
| 1999 | 9.7 | 1.5 | 6.0 | 0.9 |
| 2000 | 8.6 | 0.9 | 5.4 | 0.5 |
| 2001 | 0.7 | 0.0 | 0.5 | 0.0 |
| Total | 241.2 | 109.5 | 135.7 | 61.1 |

Source: Based on data in Tables 6 and 8.  See Harris Tables 9-10.xls.

Jeffrey E. Harris                    June 17, 2002                    Page 42

Table 11. Total Consumer Expenditure at Retail, Consumer Expenditure
Exclusive of All Applicable Taxes, and Non-Compounded Interest.  Marlboro
Lights, Illinois, 1971-2001.  PM Direct Buyers Method

| Year | Retail Consumer Expenditure on Marlboro Lights in Illinois ($millions) | Interest on Retail Consumer Expenditure on Marlboro Lights in Illinois ($millions) | Pre-Tax Retail Consumer Expenditure on Marlboro Lights in Illinois ($millions) | Interest on Pre-Tax Retail Consumer Expenditure on Marlboro Lights in Illinois ($millions) |
|---|---|---|---|---|
| 1971 | 0.3 | 0.4 | 0.1 | 0.2 |
| 1972 | 1.8 | 2.7 | 0.9 | 1.3 |
| 1973 | 2.4 | 3.5 | 1.1 | 1.7 |
| 1974 | 4.0 | 5.7 | 2.0 | 2.8 |
| 1975 | 5.7 | 7.7 | 3.0 | 4.0 |
| 1976 | 8.0 | 10.4 | 4.3 | 5.6 |
| 1977 | 11.3 | 14.1 | 6.4 | 8.0 |
| 1978 | 16.7 | 20.0 | 9.9 | 11.9 |
| 1979 | 24.4 | 28.1 | 14.9 | 17.1 |
| 1980 | 36.4 | 40.0 | 22.4 | 24.6 |
| 1981 | 48.6 | 51.0 | 30.6 | 32.1 |
| 1982 | 65.6 | 65.6 | 40.0 | 40.0 |
| 1983 | 79.6 | 75.6 | 48.4 | 46.0 |
| 1984 | 96.5 | 86.8 | 60.6 | 54.6 |
| 1985 | 119.6 | 101.7 | 77.8 | 66.2 |
| 1986 | 126.7 | 101.3 | 80.1 | 64.1 |
| 1987 | 149.6 | 112.2 | 93.4 | 70.1 |
| 1988 | 169.4 | 118.6 | 109.1 | 76.4 |
| 1989 | 172.8 | 112.3 | 108.9 | 70.8 |
| 1990 | 233.7 | 140.2 | 151.0 | 90.6 |
| 1991 | 260.0 | 143.0 | 172.5 | 94.9 |
| 1992 | 287.1 | 143.5 | 196.5 | 98.3 |
| 1993 | 257.6 | 115.9 | 162.8 | 73.3 |
| 1994 | 391.3 | 156.5 | 232.2 | 92.9 |
| 1995 | 422.7 | 147.9 | 253.9 | 88.9 |
| 1996 | 463.5 | 139.1 | 283.9 | 85.2 |
| 1997 | 540.4 | 135.1 | 335.4 | 83.8 |
| 1998 | 534.9 | 107.0 | 330.1 | 66.0 |
| 1999 | 670.5 | 100.6 | 443.8 | 66.6 |
| 2000 | 739.2 | 73.9 | 500.0 | 50.0 |
| 2001 | 65.6 | 3.3 | 44.7 | 2.2 |
| Total | 6,005.9 | 2,363.9 | 3,820.8 | 1,489.8 |

Source: Based on data in Tables 6 and 8.  See Harris Tables 11-12.xls.

Jeffrey E. Harris                    June 17, 2002                         Page 43

| Table 12. Total Consumer Expenditure at Retail, Consumer Expenditure Exclusive of All Applicable Taxes, and Non-Compounded Interest. Cambridge Lights, Illinois, 1986-2001. PM Direct Buyers Method | | | | |
|---|---|---|---|---|
| Year | Retail Consumer Expenditure on Cambridge Lights in Illinois ($millions) | Interest on Retail Consumer Expenditure on Cambridge Lights in Illinois ($millions) | Pre-Tax Retail Consumer Expenditure on Cambridge Lights in Illinois ($millions) | Interest on Pre-Tax Retail Consumer Expenditure on Cambridge Lights in Illinois ($millions) |
| 1986 | 5.3 | 4.3 | 2.7 | 2.1 |
| 1987 | 8.9 | 6.6 | 4.5 | 3.3 |
| 1988 | 13.2 | 9.3 | 7.1 | 5.0 |
| 1989 | 15.5 | 10.1 | 8.3 | 5.4 |
| 1990 | 23.3 | 14.0 | 13.3 | 8.0 |
| 1991 | 27.8 | 15.3 | 16.5 | 9.1 |
| 1992 | 23.8 | 11.9 | 14.4 | 7.2 |
| 1993 | 23.6 | 10.6 | 13.6 | 6.1 |
| 1994 | 26.7 | 10.7 | 14.2 | 5.7 |
| 1995 | 23.1 | 8.1 | 12.2 | 4.3 |
| 1996 | 20.4 | 6.1 | 11.1 | 3.3 |
| 1997 | 17.9 | 4.5 | 9.8 | 2.5 |
| 1998 | 17.3 | 3.5 | 9.6 | 1.9 |
| 1999 | 12.9 | 1.9 | 7.9 | 1.2 |
| 2000 | 10.8 | 1.1 | 6.9 | 0.7 |
| 2001 | 0.9 | 0.0 | 0.6 | 0.0 |
| Total | 271.4 | 117.9 | 152.6 | 65.8 |

Source: Based on data in Tables 6 and 8.  See Harris Tables 11-12.xls.

Jeffrey E. Harris                    June 17, 2002                    Page 44

Table 13.  Summary of Total Consumer Spending, Accumulated Non-Compounded
Interest, and Present Value for Each Brand (in $millions)

|  | Taxable Sales Method | | | PM Direct Buyers Method | | |
|---|---|---|---|---|---|---|
|  | Marlboro Lights | Cambridge Lights | Both Brands | Marlboro Lights | Cambridge Lights | Both Brands |
| Consumer Spending | 5,166.0 | 241.2 | 5,407.2 | 6,005.9 | 271.4 | 6,277.3 |
| Interest | 2,186.9 | 109.5 | 2,296.4 | 2,363.9 | 117.9 | 2,481.8 |
| Present Value | 7,352.9 | 350.6 | 7,703.6 | 8,369.8 | 389.3 | 8,759.2 |
|  |  |  |  |  |  |  |
| Pre-Tax Spending | 3,288.4 | 135.7 | 3,424.1 | 3,820.8 | 152.6 | 3,973.5 |
| Interest | 1,379.4 | 61.1 | 1,440.5 | 1,489.8 | 65.8 | 1,555.6 |
| Present Value | 4,667.8 | 196.9 | 4,864.6 | 5,310.7 | 218.5 | 5,529.1 |

Source:  Tables 9 through 12.  See Harris Table 13.xls.