# EXHIBIT A


EXHIBIT
McCormick
3
3/12/10  CB

# Low Tar Onsert/Outsert
## Nov. 2002

| Date | Program |
|---|---|
| Nov. 2002 | Low Tar Onsert/Outsert |
| **Stick Qty.** | **Pack Qty.** |
| 2,624,890,000 | 131,244,500 |
| **Packings** | **Classes** |
| 175 packings | A,B,C & D Brands |

**Volumes**

1 weeks worth of average weekly sales volume per SKU
(quantities for some low volume products were adjusted to facilitate national distribution)

| Included Packings | | Excluded Low Tar Packings | |
|---|---|---|---|
| **Product Code** | **Product Description** | **Product Code** | **Product Description** |
| C0095000000 | Alpine LT 100 MF SP-USA | C0008000000 | STGA FF REG 120 HP USA |
| C0095600000 | Alpine LT 100 MF SP-USA 6M | C0008600000 | STGA FF REG 120 HP 6M USA |
| C0111000000 | B&H DLX UL 100 Men FT-USA | C0013000000 | STGA FF MEN 120 HP USA |
| C0111600000 | B&H DLX UL 100 Men FT-USA 6M | C0013600000 | STGA FF MEN 120 HP 6M USA |
| C0110000000 | B&H DLX UL 100 Reg FT-USA | C0039600000 | B&H MLTIFLTR REG KS SP 6M USA |
| C0110600000 | B&H DLX UL 100 Reg FT-USA 6M | C0072000000 | MERT MEN KS SP USA |
| C0091000000 | B&H LT 100 Men FT-USA | C0088000000 | CAMB FF REG 100 SP USA |
| C0091600000 | B&H LT 100 Men FT-USA 6M | C0088600000 | CAMB FF REG 100 SP 6M USA |
| C0052000000 | B&H LT 100 Men SP-USA | C0210000000 | VASL SS REG 100 HP USA |
| C0052600000 | B&H LT 100 Men SP-USA 6M | C0210600000 | VASL SS REG 100 HP 6M USA |
| C0090000000 | B&H LT 100 Reg FT-USA | C0211000000 | VASL SS MEN 100 HP USA |
| C0090600000 | B&H LT 100 Reg FT-USA 6M | C0211600000 | VASL SS MEN 100 HP 6M USA |
| C0051000000 | B&H LT 100 Reg SP-USA | C0464600000 | ACRD REG ULO AO HP |
| C0051600000 | B&H LT 100 Reg SP-USA 6M | C0469600000 | ACRD MEN ULO AO HP |
| C0628000000 | Basic LT 100 Men Foil SP-USA | C0512600000 | LARK FF REG KS SP CHAR 6M USA |
| C0635000000 | BASIC LT 100 REG FT-USA | C0514600000 | LARK FF REG 100 SP CHAR 6M USA |
| C0627000000 | Basic LT 100 Reg SP-USA | C0515600000 | L&M FF REG KS SP 6M USA |
| C0626000000 | Basic LT KS Men SP-USA | C0521600000 | L&M FF REG 100 SP 6M USA |
| C0624000000 | BASIC LT KS REG FT-USA | C0605000000 | A A V LT REG KS SP USA |
| C0625000000 | Basic LT KS Reg SP-USA | | |
| C0435000000 | BASIC UL 100 FT - USA | | |
| C0630000000 | BASIC UL 100 MEN FTB-USA | More to follow..... | |
| C0631000000 | Basic UL 100 Reg SP-USA | | |
| C0433000000 | BASIC UL KS FT - USA | | |
| C0629000000 | Basic UL KS Reg SP-USA | | |
| C0434000000 | BASIC UL MF KS FT - USA | | |
| C0BAK100000 | Best Buy LT 100 Men SP-USA | | |
| C0BA7100000 | BEST BUY LT 100 REG FT - USA | | |
| C0BAJ100000 | Best Buy LT 100 Reg SP-USA | | |
| C0BAH100000 | Best Buy LT KS Men SP-USA | | |
| C0BA6100000 | BEST BUY LT KS REG FT - USA | | |
| C0BAF100000 | Best Buy LT KS Reg SP-USA | | |
| C0BAP100000 | Best Buy UL 100 Reg SP-USA | | |
| C0BAM100000 | Best Buy UL KS Reg SP-USA | | |

A. Wilson
Final/Confidential
6.6.06 Revised 6/9/06

PM USA CR Communications
Low Tar Onpack Messaging
Production Data

PM3007287724

3007287724

| | | | |
|---|---|---|---|
| C0225000000 | Bristol LT 100 Men SP-USA | | |
| C0225600000 | Bristol LT 100 Men SP-USA 6M | | |
| C0224000000 | Bristol LT 100 Reg SP-USA | | |
| C0224600000 | Bristol LT 100 Reg SP-USA | | |
| C0222000000 | Bristol LT KS Reg SP-USA | | |
| C0222600000 | Bristol LT KS Reg SP-USA 6M | | |
| C0668000000 | Bronson LT 100 Men SP-USA | | |
| C0667000000 | Bronson LT 100 Reg SP-USA | | |
| C0666000000 | Bronson LT KS Men SP-USA | | |
| C0683000000 | BRONSON LT KS REG FT-USA 12M | | |
| C0665000000 | Bronson LT KS Reg SP-USA | | |
| C0670000000 | Bronson UL 100 Reg SP-USA | | |
| C0669000000 | Bronson UL KS Reg SP-USA | | |
| C0126000000 | Bucks LT KS Reg SP-USA | | |
| C0126600000 | Bucks LT KS Reg SP-USA | | |
| C0145000000 | Camb LT 100 Men SP-USA | | |
| C0145600000 | Camb LT 100 Men SP-USA 6M | | |
| C0390000000 | CAMB LT 100 REG FT - USA | | |
| C0144000000 | Camb LT 100 Reg SP-USA | | |
| C0144600000 | Camb LT 100 Reg SP-USA 6M | | |
| C0143000000 | Camb LT KS Men SP-USA | | |
| C0143600000 | Camb LT KS Men SP-USA 6M | | |
| C0389000000 | CAMB LT KS REG FT - USA | | |
| C0142000000 | Camb LT KS Reg SP-USA | | |
| C0142600000 | Camb LT KS Reg SP-USA 6M | | |
| C0395000000 | CAMB UL 100 REG FT - USA | | |
| C0037000000 | Camb UL 100 Reg SP-USA | | |
| C0037600000 | Camb UL 100 Reg SP-USA 6M | | |
| C0315000000 | Dave's LT KS Reg FT-USA | | |
| C0AAK100000 | Genco LT 100 Men SP-USA | | |
| C0AAJ100000 | Genco LT 100 Reg SP-USA | | |
| C0AAH100000 | Genco LT KS Men SP-USA | | |
| C0AA1100000 | GENCO LT KS REG FT-USA | | |
| C0AAF100000 | Genco LT KS Reg SP-USA | | |
| C0AAP100000 | Genco UL 100 Reg SP-USA | | |
| C0AAM100000 | Genco UL KS Reg SP-USA | | |
| C0696000000 | Generals LT 100 Men SP-USA | | |
| C0695000000 | Generals LT 100 Reg SP-USA | | |
| C0694000000 | Generals LT KS Men SP-USA | | |
| C0688000000 | GENERALS LT KS REG FTB-USA | | |
| C0693000000 | Generals LT KS Reg SP-USA | | |
| C0698000000 | Generals UL 100 Reg SP-USA | | |
| C0697000000 | Generals UL KS Reg SP-USA | | |
| C0500600000 | LARK LT 100 REG CHAR SP-USA | | |
| C0470600000 | LARK LT KS REG CHAR SP-USA | | |
| C0156000000U | Marl LT 100 MF FT-USA C/S TMK | | |
| C0156600000U | Marl LT 100 MF FT-USA C/S TMK | | |
| C0157600000U | MARL LT 100 MF SP-USA U TMK 6M | | |
| C0019000000U | Marl LT 100 Reg FT-USA C/S TMK | | |
| C0019600000U | Marl LT 100 Reg FT-USA C/S TMK | | |
| C0018000000U | Marl LT 100 Reg SP-USA C/S TMK | | |
| C0018600000U | Marl LT 100 Reg SP-USA C/S TMK 6M | | |

A. Wilson
Final/Confidential
6.6.06 Revised 6/9/06

PM USA CR Communications
Low Tar Onpack Messaging
Production Data

PM3007287725

3007287725

| Code | Description | | |
|---|---|---|---|
| C0159000000U | Marl LT KS MF FT-USA C/S TMK | | |
| C0159600000U | MARL LT KS MF FT-USA U TMK 6M | | |
| C0158600000U | MARL LT KS MF SP-USA U TMK 6M | | |
| C0366600000U | MARL LT KS REG 25S FT-USA 6M | | |
| C0366100000U | MARL LT KS REG 25S FT-USA C/S | | |
| C0069000000U | Marl LT KS Reg FT-USA U TMK | | |
| C0069600000U | Marl LT KS Reg FT-USA U TMK 6M | | |
| C0066000000U | Marl LT KS Reg SP-USA | | |
| C0066600000U | Marl LT KS Reg SP-USA 6M | | |
| C0274000000U | Marl MED 100 Reg FT-USA U TMK | | |
| C0274600000U | MARL MED 100 REG FT-USA U TMK 6M | | |
| C0275000000U | MARL MED 100 REG SP-USA U TMK | | |
| C0275600000U | MARL MED 100 REG SP-USA U TMK 6M | | |
| C0270000000U | Marl MED KS Reg FT-USA U TMK | | |
| C0270600000U | Marl MED KS Reg FT-USA U TMK 6M | | |
| C0271600000U | MARL MED KS REG SP-USA C/S TMK | | |
| C0271000000U | Marl MED KS Reg SP-USA U TMK | | |
| C0410000000 | MARL MILDS 100 MEN FOIL FT-USA | | |
| C0343000000 | MARL MILDS KS MF FT-USA | | |
| C0342000000 | MARL UL 100 MF FT-USA | | |
| C0179000000U | Marl UL 100 Reg FT-USA U TMK | | |
| C0179600000 | MARL UL 100 REG FT-USA U TMK 6M | | |
| C0341000000 | MARL UL KS MF FT-USA | | |
| C0178000000U | Marl UL KS Reg FT-USA U TMK | | |
| C0178600000U | MARL UL KS REG FT-USA U TMK 6M | | |
| C0077000000 | Merit LT 100 Men SP-USA | | |
| C0077600000 | Merit LT 100 Men SP-USA 6M | | |
| C0076000000 | Merit LT 100 Reg SP-USA | | |
| C0076600000 | Merit LT 100 Reg SP-USA 6M | | |
| C0120000000 | Merit LT KS Reg RCB-USA | | |
| C0120600000 | Merit LT KS Reg RCB-USA 6M | | |
| C0104000000 | Merit UL 100 Men SP-USA | | |
| C0104600000 | Merit UL 100 Men SP-USA 6M | | |
| C0183000000 | Merit UL 100 Reg RCB-USA | | |
| C0183600000 | Merit UL 100 Reg RCB-USA 6M | | |
| C0103000000 | Merit UL 100 Reg SP-USA | | |
| C0103600000 | Merit UL 100 Reg SP-USA 6M | | |
| C0102000000 | Merit UL KS Men SP-USA | | |
| C0102600000 | Merit UL KS Men SP-USA 6M | | |
| C0180000000 | Merit UL KS Reg RCB-USA | | |
| C0180600000 | Merit UL KS Reg RCB-USA 6M | | |
| C0101000000 | Merit UL KS Reg SP-USA | | |
| C0101600000 | Merit UL KS Reg SP-USA 6M | | |
| C0288000000 | Merit ULTM 100 Reg RCB-USA | | |
| C0288600000 | Merit ULTM 100 Reg RCB-USA 6M | | |
| C0289000000 | Merit ULTM 100 Reg SP-USA | | |
| C0289600000 | Merit ULTM 100 Reg SP-USA 6M | | |
| C0286000000U | Merit ULTM KS Reg RCB-USA | | |
| C0286600000 | Merit ULTM KS Reg RCB-USA 6M | | |
| C0287000000 | Merit ULTM KS Reg SP-USA | | |
| C0287600000 | Merit ULTM KS Reg SP-USA 6M | | |

A. Wilson
Final/Confidential
6.6.06 Revised 6/9/06

PM USA CR Communications
Low Tar Onpack Messaging
Production Data

PM3007287726

3007287726

| | | | |
|---|---|---|---|
| C0NAJ100000 | No Frills LT 100 Reg SP-USA | | |
| C0NAH100000 | No Frills LT KS Men SP-USA | | |
| C0NAP100000 | No Frills UL 100 Reg SP-USA | | |
| C0317600000 | PARL LT 100 MF RCB-USA 6M | | |
| C0318000000 | PARL LT 100 REG CHAR RCB-USA | | |
| C0050000000 | Parl LT 100 Reg Char SP-USA | | |
| C0050600000 | Parl LT 100 Reg Char SP-USA 6M | | |
| C0004000000 | Parl LT KS Reg SP-USA | | |
| C0004600000 | Parl LT KS Reg SP-USA 6M | | |
| C0316000000 | PARL LT LS MF FT-USA 12M | | |
| C0316600000 | PARL LT LS MF FT-USA 6M | | |
| C0005000000 | Parl LT LS Reg FT-USA | | |
| C0005600000 | Parl LT LS Reg FT-USA 6M | | |
| C0119600000 | Players FF 100 Men FT-USA 6M | | |
| C0117600000 | Players FF 100 Reg FT-USA 6M | | |
| C0118600000 | Players FF KS Men FT-USA 6M | | |
| C0409600000 | PLAYERS LT 100 MEN SP-USA 6M | | |
| C0408600000 | PLAYERS LT 100 REG SP-USA 6M | | |
| C0407600000 | PLAYERS LT KS MEN SP-USA 6M | | |
| C0116600000 | Players LT KS Reg FT-USA 6M | | |
| C0406600000 | PLAYERS LT KS REG SP-USA 6M | | |
| C0PAK100000 | Premium Buy LT 100 Men SP-USA | | |
| C0PAD100000 | Premium Buy LT 100 Reg FT-USA | | |
| C0PAJ100000 | Premium Buy LT 100 Reg SP-USA | | |
| C0PAF100000 | Premium Buy LT KS Reg SP-USA | | |
| C0PAP100000 | Premium Buy UL 100 Reg SP-USA | | |
| C0065000000 | VASL LT 100 Men FT-USA | | |
| C0065600000 | VASL LT 100 Men FT-USA 6M | | |
| C0064000000 | VASL LT 100 Reg FT-USA | | |
| C0064600000 | VASL LT 100 Reg FT-USA 6M | | |
| C0162000000 | VASL LX LT 120 Men FT-USA | | |
| C0162600000 | VASL LX LT 120 Men FT-USA 6M | | |
| C0161000000 | VASL LX LT 120 Reg FT-USA | | |
| C0161600000 | VASL LX LT 120 Reg FT-USA 6M | | |
| C0163000000 | VASL UL 100 Men 5SB-USA | | |
| C0163600000 | VASL UL 100 Men 5SB-USA 6M | | |
| C0160000000 | VASL UL 100 Reg 5SB-USA | | |
| C0160600000 | VASL UL 100 Reg 5SB-USA 6M | | |
| | | | |
| Source: "Nov. 2002 Volumes Onsert - Outserts -Full Document." 2002. Stored by CS&M. (Refer to Case Quantities Worksheet.) | | | |
| Source: "2002 domestic product sales." 2002. Provided to CR Communications by CS&M. | | | |

A. Wilson
Final/Confidential
6.6.06 Revised 6/9/06

PM USA CR Communications
Low Tar Onpack Messaging
Production Data

**PM3007287727**

3007287727