# EXHIBIT B



# Low Tar Onsert/Outsert
## Q4 2003

| Date | Program |
|---|---|
| Q4 2003 | Low Tar Onsert/Outsert |
| **Stick Qty.** | **Pack Qty.** |
| 2,234,000,000 | 111,700,000 |
| **Packings** | **Classes** |
| 45 non-full-flavor packings | A&B packings only due to factory onserting capability |

**Volumes**

1 weeks worth of average weekly sales volume per SKU

| Included Packings | | Excluded Low Tar Packings* | |
|---|---|---|---|
| Product Code | Product Description | Product Code | Product Description |
| 0111000000 | B&H DLX UL 100 Men FT-USA | C0605000000 | A A V LT REG KS SP USA |
| 0110000000 | B&H DLX UL 100 Reg FT-USA | C0469600000 | ACRD MEN ULO AO HP |
| 0052000000 | B&H LT 100 Men SP-USA | C0464600000 | ACRD REG ULO AO HP |
| 0628000000 | Basic LT 100 Men Foil SP-USA | C0091600000 | B&H LT MEN 100 HP 6M USA |
| 0635000000 | BASIC LT 100 REG FT-USA | C0091000000 | B&H LT MEN 100 HP USA |
| 0627000000 | Basic LT 100 Reg SP-USA | C0052600000 | B&H LT MEN 100 SP 6M USA |
| 0626000000 | Basic LT KS Men SP-USA | C0090600000 | B&H LT REG 100 HP 6M USA |
| 0624000000 | BASIC LT KS REG FT-USA | C0090000000 | B&H LT REG 100 HP USA |
| 0625000000 | Basic LT KS Reg SP-USA | C0051600000 | B&H LT REG 100 SP 6M USA |
| 0435000000 | BASIC UL 100 BOX | C0051000000 | B&H LT REG 100 SP USA |
| 0630000000 | BASIC UL 100 MEN FTB-USA | C0039800000 | B&H MLTIFLTR REG KS SP 6M USA |
| 0631000000 | Basic UL 100 Reg SP-USA | C0111600000 | B&H UL MEN 100 HP DLX 6M USA |
| 0433000000 | BASIC UL KS BOX | | |
| 0629000000 | Basic UL KS Reg SP-USA | C0110600000 | B&H UL REG 100 HP DLX 6M USA |
| 0156000000 | Marl LT 100 MF FT-USA C/S TMK | | |
| 0019000000 | Marl LT 100 Reg FT-USA C/S TMK | E0434600000 | BASIC UL KS MF FT-USA 6M |
| 0018000000 | Marl LT 100 Reg SP-USA C/S TMK | E0433600000 | BASIC UL KS REG FT-USA 6M |
| 0159000000 | Marl LT KS MF FT-USA C/S TMK | C0668000000 | BRON LT MEN 100 SP USA |
| 0069000000 | Marl LT KS Reg FT-USA U TMK | C0666000000 | BRON LT MEN KS SP USA |
| 0066000000 | Marl LT KS Reg SP-USA | C0667000000 | BRON LT REG 100 SP USA |
| 0274000000 | Marl MED 100 Reg FT-USA U TMK | C0683000000 | BRON LT REG KS HP USA |
| 0270000000 | Marl MED KS Reg FT-USA U TMK | C0665000000 | BRON LT REG KS SP USA |
| 0271000000 | Marl MED KS Reg SP-USA U TMK | C0670000000 | BRON UL REG 100 SP USA |
| 0410000000 | MARL MILDS 100 MEN FOIL FT-USA | C0669000000 | BRON UL REG KS SP USA |
| 0343000000 | MARL MILDS KS MF FT-USA | C0434000000 | BSIC UL MEN KS HP |
| 0342000000 | MARL UL 100 MF FT-USA | C0088600000 | CAMB FF REG 100 SP 6M USA |
| 0179000000 | Marl UL 100 Reg FT-USA U TMK | C0088000000 | CAMB FF REG 100 SP USA |
| 0341000000 | MARL UL KS MF FT-USA | C0145600000 | CAMB LT MEN 100 SP 6M USA |
| 0178000000 | Marl UL KS Reg FT-USA U TMK | C0145000000 | CAMB LT MEN 100 SP USA |
| 0078000000 | Merit LT 100 Reg SP-USA | C0143600000 | CAMB LT MEN KS SP 6M USA |
| 0120000000 | Merit LT KS Reg RCB-USA | C0143000000 | CAMB LT MEN KS SP USA |
| 0183000000 | Merit UL 100 Reg RCB-USA | C0390000000 | CAMB LT REG 100 HP USA |
| 0180000000 | Merit UL KS Reg RCB-USA | C0144600000 | CAMB LT REG 100 SP 6M USA |
| 0318000000 | PARL LT 100 REG CHAR RCB-USA | C0144000000 | CAMB LT REG 100 SP USA |
| 0050000000 | Parl LT 100 Reg Char SP-USA | C0142600000 | CAMB LT REG KS SP 6M USA |
| 0316000000 | PARL LT LS MF FT-USA 12M | C0142000000 | CAMB LT REG KS SP USA |
| 0005000000 | Parl LT LS Reg FT-USA | C0395000000 | CAMB UL REG 100 HP USA |
| 0268600000 | PARLIAMENT ULTRA LTS LS BOX | C0037600000 | CAMB UL REG 100 SP 6M USA |
| 0269600000 | PARLIAMENT ULTRA LTS MEN LS BOX | C0037000000 | CAMB UL REG 100 SP USA |
| 0065000000 | VASL LT 100 Men FT-USA | C0315000000 | DAVS LT REG KS HP USA |
| 0064000000 | VASL LT 100 Reg FT-USA | C0AAK100000 | GNCO LT MEN 100 SP USA |
| 0162000000 | VASL LX LT 120 Men FT-USA | C0AAH100000 | GNCO LT MEN KS SP USA |

A. Wilson
Final/Confidential
6.6.06 Revised 6/9/06

PM USA CR Communications
Low Tar Onpack Messaging
Production Data

5002612333

| | | | |
|---|---|---|---|
| 0181000000 | VASL LX LT 120 Reg FT-USA | C0AAJ100000 | GNCO LT REG 100 SP USA |
| 0183000000 | VASL UL 100 Men 5SB-USA | C0AA1100000 | GNCO LT REG KS HP USA |
| 0180000000 | VASL UL 100 Reg 5SB-USA | C0AAF100000 | GNCO LT REG KS SP USA |
| | | C0AAP100000 | GNCO UL REG 100 SP USA |
| | | C0AAM100000 | GNCO UL REG KS SP USA |
| | | C0696000000 | GNRL LT MEN 100 SP USA |
| | | C0694000000 | GNRL LT MEN KS SP USA |
| | | C0695000000 | GNRL LT REG 100 SP USA |
| | | C0688000000 | GNRL LT REG KS HP USA |
| | | C0698000000 | GNRL UL REG 100 SP USA |
| | | C0521600000 | L&M FF REG 100 SP 6M USA |
| | | C0515600000 | L&M FF REG KS SP 6M USA |
| | | C0514600000 | LARK FF REG 100 SP CHAR 6M USA |
| | | C0512600000 | LARK FF REG KS SP CHAR 6M USA |
| | | C0500600000 | LARK LT REG 100 SP CHAR 6M USA |
| | | C0470600000 | LARK LT REG KS SP CHAR 6M USA |
| | | E0410600000 | MARL MILDS 100 MF FT-USA 6M |
| | | ~~C0071000000~~ | ~~Mert KS Reg SP USA~~ |
| | | C0077600000 | MERT LT MEN 100 SP 6M USA |
| | | ~~C0077000000~~ | ~~MERT LT MEN 100 SP USA~~ |
| | | C0076600000 | MERT LT REG 100 SP 6M USA |
| | | C0120600000 | MERT LT REG KS RC 6M USA |
| | | ~~C0072000000~~ | ~~MERT MEN KS SP USA~~ |
| | | C0104600000 | MERT UL MEN 100 SP 6M USA |
| | | ~~C0104000000~~ | ~~MERT UL MEN 100 SP USA~~ |
| | | C0102600000 | MERT UL MEN KS SP 6M USA |
| | | ~~C0102000000~~ | ~~MERT UL MEN KS SP USA~~ |
| | | C0183600000 | MERT UL REG 100 RC 6M USA |
| | | C0103600000 | MERT UL REG 100 SP 6M USA |
| | | ~~C0103000000~~ | ~~MERT UL REG 100 SP USA~~ |
| | | C0180600000 | MERT UL REG KS RC 6M USA |
| | | C0101600000 | MERT UL REG KS SP 6M USA |
| | | ~~C0101000000~~ | ~~MERT UL REG KS SP USA~~ |
| | | C0288600000 | MERT ULT REG 100 RC 6M USA |
| | | ~~C0288000000~~ | ~~MERT ULT REG 100 RC USA~~ |
| | | C0289600000 | MERT ULT REG 100 SP 6M USA |
| | | ~~C0289000000~~ | ~~MERT ULT REG 100 SP USA~~ |
| | | C0286600000 | MERT ULT REG KS RC 6M USA |
| | | ~~C0286000000~~ | ~~MERT ULT REG KS RC USA~~ |
| | | C0287600000 | MERT ULT REG KS SP 6M USA |
| | | ~~C0287000000~~ | ~~MERT ULT REG KS SP USA~~ |
| | | C0317600000 | PARL LT MEN 100 RC 6M USA |
| | | C0316600000 | PARL LT MEN LS HP 6M USA |
| | | C0050600000 | PARL LT REG 100 SP CHAR 6M USA |
| | | C0004600000 | PARL LT REG KS SP 6M USA |
| | | ~~C0004000000~~ | ~~PARL LT REG KS SP USA~~ |
| | | C0005600000 | PARL LT REG LS HP 6M USA |
| | | C0119600000 | PLYR FF MEN 100 HP 6M USA |
| | | C0118600000 | PLYR FF MEN KS HP 6M USA |
| | | C0117600000 | PLYR FF REG 100 HP 6M USA |
| | | C0116600000 | PLYR LT REG KS HP 6M USA |
| | | C0013600000 | STGA FF MEN 120 HP 6M USA |
| | | ~~C0013000000~~ | ~~STGA FF MEN 120 HP USA~~ |
| | | C0008600000 | STGA FF REG 120 HP 6M USA |
| | | ~~C0008000000~~ | ~~STGA FF REG 120 HP USA~~ |
| | | C0065600000 | VASL LT MEN 100 HP 6M USA |
| | | C0162600000 | VASL LT MEN 120 HP LUX 6M USA |
| | | ~~C0064600000~~ | ~~VASL LT REG 100 HP 6M USA~~ |
| | | C0161600000 | VASL LT REG 120 HP LUX 6M USA |

A. Wilson
Final/Confidential
6.6.06 Revised 6/9/06

PM USA CR Communications
Low Tar Onpack Messaging
Production Data

5002612334
5002612334

| | | |
|---|---|---|
| | C0211600000 | VASL SS MEN 100 HP 6M USA |
| | ~~C0311000000~~ | ~~VASL SS MEN 100 HP USA~~ |
| | C0210600000 | VASL SS REG 100 HP 6M USA |
| | ~~C0210000000~~ | ~~VASL SS REG 100 HP USA~~ |
| | C0163600000 | VASL UL MEN 100 HP 6M USA |
| | C0160600000 | VASL UL REG 100 HP 6M USA |
| | More to follow..... | |

Source: "Lights Onsert Priorities 08-21-03." Author Unknown. Provided to CR Communications by G. Sink, Operations - Procurement & Svcs Purchasing - Materials

Source: "2003 4th qtr Lights Communication 9-29-03." Cathy Kidd. Provided to CR Communications by Z. Gibbs, Marketing- New Products Marketing

Source: "FW Lights Packing Priority." April 17, 2003. 5:32 PM. Wrisberg, Chad D. (See revised attachment)

Source: "Doc_335_Discntd_Brands_Trade_Announcement 11.12.03." Author Unknown.

Source: "Doc_372-12m_to_6m_conversion___FSF." December 10, 2003. Author Unknown.

Notes:

A. Wilson
Final/Confidential
6.6.06 Revised 6/9/06

PM USA CR Communications
Low Tar Onpack Messaging
Production Data

5002612335
5002612335