# EXHIBIT  C

# CONFIDENTIAL
## Subject to  Protective Order in Schwab Tobacco Litigation