# EXHIBIT E

# CONFIDENTIAL
Subject to Protective Order in Schwab Tobacco Litigation