# EXHIBIT F

# CONFIDENTIAL
**Subject to Protective Order in Light Cigarettes Litigation**