# EXHIBIT G

Draft/Confidential
Prepared for: D. Coleman
Philip Morris USA - YSP and CR
Author:  Leo Burnett USA, Inc
10/31/2005
Page 1 of 1

Corporate Responsibility Television, Print, and Radio
June 2003 - November 13, 2005

| | Code | Title | In Market Date | Markets | A18+ TRPs | A18+ Reach | Frequency |
|---|---|---|---|---|---|---|---|
| **TELEVISON** | | | | | | | |
| 1 | ZLBA5053 | Addiction, Causation and Quitting :30 | June 23 to July 20, 2003 | National TV | 323 | 66% | 5.0 |
| 2 | ZLBA5063 | Parent Resource Center :30 | July 21 to August 17, 2003 | California Spot TV | 395 | 81% | 4.9 |
| | | | | National TV | 334 | 64% | 5.2 |
| 3 | ZLBA5073 | Actions Omnibus | Aug. 25 to Sept. 28, 2003 | California Spot TV | 395 | 81% | 4.9 |
| | | | | National TV | 133 | 28% | 5.3 |
| 4 | ZLBA5203 | No Safe/ACQ with General Links :30 | Oct. 6 to Nov. 9, 2003 | California Spot TV | 575 | 76% | 7.6 |
| | | | | National TV | 604 | 82% | 7.4 |
| 5 | ZLBA5283 | No Safe/Low Tar :30 | Nov. 17 to Dec. 21, 2003 | California Spot TV | 150 | 62% | 2.4 |
| | | | | National TV | 624 | 82% | 7.6 |
| 6 | ZLBA5343 | Pregnancy/No Safe :30 | Feb. 2 to Mar. 7, 2004 | California Spot TV | 150 | 62% | 2.4 |
| 7 | ZLBA5423 | No Safe/ACQ/ w/ General Links Rev Nav Bar :30 | Feb. 2 to Mar. 7, 2004 | National TV | 446 | 78% | 5.7 |
| 8 | ZLBA5483 | PRC/Raising | May 10 to June 13, 2004 | National TV | 297 | 64% | 4.6 |
| | | | | National TV | 588 | 80% | 7.4 |
| 9 | ZLBA5543 | No Safe/ACQ/ w/ General Links Rev #2 Nav Bar :30 | June 14 to July 4, 2004 | California Spot TV | 200 | 69% | 2.9 |
| | | | July 5 to Aug. 8, 2004 | National TV | 500 | 80% | 6.3 |
| 10 | ZLBA5673 | PRC/Peer Pressure | Aug. 2 to Aug. 22, 2004 | California Spot TV | 200 | 69% | 2.9 |
| 11 | ZLBA5663 | No Safe/Low Tar/Rev :30 | Sept. 6 to Oct. 10, 2004 | National TV | 750 | 83% | 9.0 |
| 12 | ZLBA5586 | Access Prevention :60 | Oct. 25 to Nov. 28, 2004 | National TV | 750 | 83% | 9.0 |
| 13 | ZLBA5706 | Access Prevention Revised | Oct. 25 to Nov. 28, 2004 | California Spot TV | 400 | 81% | 4.9 |
| 14 | ZLBA5693 | Three Points | Jan. 3 to Jan. 11, 2005 | National TV | 130 | 52% | 2.5 |
| 15 | ZLBA5736 | Access Prevention Rev 2 | Never Ran | National TV | 200 | NA | NA |
| 16 | ZLBA5723 | Three Points Revised | Jan. 12 to Jan. 23, 2005 | National TV | 170 | 58% | 2.9 |
| 17 | ZLBA5713 | No Safe/ACQ/General Links/2005 | Jan. 24 to Feb. 6, 2005 | National TV | 200 | 62% | 3.3 |
| 18 | ZLBA5773 | No Safe Pregnancy 2005 | Feb. 7 to Mar. 6, 2005 | California Spot TV | 400 | 81% | 4.9 |
| 21 | ZBLA5813 | WTI/Health Effects | Apr. 18 to May 22, 2005 | National TV | 500 | 79% | 6.4 |
| | | | Oct. 10 to Nov. 13, 2005 | National TV | 600 | 81% | 7.4 |
| **PRINT** | | | | | Of TRPs | | |
| 1 | | Local Newspaper (No Safe Print) | July 7 to July 20, 2003 | California | 40 | NA | NA |
| 2 | | National Newspaper (No Safe Print) | July 7 to July 13, 2003 | National | 12 | NA | NA |
| 3 | | Local Newspaper (No Safe Print) | July 7 to July 13, 2003 | Of Markets | 40 | NA | NA |
| 4 | | Weeklies & Monthlies (Serious Health Effects & Youth Smoking Prevention) | Nov., 2004 to Jan., 2005 | National | 213 | 59% | 3.6 |
| 5 | | Weeklies & Monthlies (Serious Health Effects) | Jan. to Feb., 2005 | | | | |
| 6 | | Weeklies & Monthlies (Serious Health Effects & Youth Smoking Prevention) | May to Jun., 2005 | National | 233 | 75% | 3.1 |
| 7 | | | | National | 238 | 73% | 3.3 |
| **RADIO** | | | | | | | |
| 1 | 7003ZLBA | No Safe/ACQ/General Links | Oct. 27 to Nov. 16, 2003 | National Radio | 197 | 43% | 4.6 |
| 2 | 7013ZLBA | No Safe/Low Tar | Dec. 1 to Dec. 21, 2003 | National Radio | 192 | 43% | 4.5 |
| 3 | 6983ZLBA | Addiction, Causation, and Quitting | July 7 to July 27, 2003 | CA/FL Spot Radio | 180 | 43% | 4.2 |
| 4 | 6993ZLBA | Parent Resource Center | July 28 to Aug. 17, 2003 | CA/FL Spot Radio | 180 | 43% | 4.2 |
| 5 | 7213ZLBA | PRC/Raising | May 31 to June 20, 2004 | National Radio | 180 | 43% | 4.2 |
| 6 | 7003ZLBA | No Safe/ACQ/General Links | July 12 to Aug. 8, 2004 | National Radio | 400 | 45% | 8.9 |
| 7 | 7213ZLBA | PRC/Raising | Sep. 20 to Oct. 10, 2004 | National Radio | 180 | 43% | 4.2 |
| 8 | 7333ZLBA | No Safe/Low Tar/Rev | Nov. 8 to Nov. 28, 2004 | National Radio | 180 | 43% | 4.2 |
| 9 | 7346ZLBA | Access Prevention | Oct. 25 to Nov. 14, 2004 | California Spot Radio | 180 | 43% | 4.2 |
| 10 | 7346ZLBA | Access Prevention | Nov. 29 to Dec. 19, 2004 | California Spot Radio | 180 | 43% | 4.2 |

*LT Onset ran from October through December 2004*

*NS/LT Vehicle Awareness Study*
*Field Dates:  2/18/05 - 2/25/05*



EXHIBIT
McCormick
18
3/12/10  Cg

PM3034014029

Draft/Confidential
Prepared By: K. Rosenthal
Philip Morris USA - CR Communications
HISTORICAL CR PAID ADVERTISING SUMMARY
11/22/2006
Page 1 of 1

Corporate Responsibility Television, Print, and Radio
June 2003 -December 3, 2006

| | Code | Title | In Market Date | Markets | AT&T TRPs |
|---|---|---|---|---|---|
| **TELEVISION** | | | | | |
| 1 | ZLBA5053 | Addiction, Causation and Quitting :30 | June 23 to July 20, 2003 | National TV | 323 |
| | | | | California Spot TV | 395 |
| 2 | ZLBA5083 | Parent Resource Center :30 | July 21 to August 17, 2003 | National TV | 334 |
| | | | | California Spot TV | 395 |
| 3 | ZLBA5073 | Actions Omnibus | Aug. 25 to Sept. 28, 2003 | National TV | 433 |
| | | | | California Spot TV | 575 |
| 4 | ZLBA5203 | No Safe/ACQ with General Links :30 | Oct. 6 to Nov. 9, 2003 | National TV | 604 |
| | | | | California Spot TV | 150 |
| 5 | ZLBA5283 | No Safe/Low Tar :30 | Nov. 17 to Dec. 21, 2003 | National TV | 624 |
| | | | | California Spot TV | 150 |
| 6 | ZLBA5343 | Pregnancy/No Safe :30 | Feb. 2 to Mar. 7, 2004 | National TV | 446 |
| 7 | ZLBA5423 | No Safe/ACQ/ w/ General Links Rev Nav Bar :30 | Feb. 2 to Mar. 7, 2004 | National TV | 297 |
| 8 | ZLBA5483 | PRC/Raising | May 10 to June 13, 2004 | National TV | 588 |
| | | | June 14 to July 4, 2004 | California Spot TV | 200 |
| 9 | ZLBA5543 | No Safe/ACQ/ w/ General Links Rev #2 Nav Bar :30 | July 5 to Aug. 8, 2004 | National TV | 500 |
| | | | Aug. 2 to Aug. 22, 2004 | California Spot TV | 200 |
| 10 | ZLBA5673 | PRC/Peer Pressure | Sept. 6 to Oct. 10, 2004 | National TV | 750 |
| 11 | ZLBA5663 | No Safe/Low Tar/Rev :30 | Oct. 25 to Nov. 28, 2004 | National TV | 750 |
| 12 | ZLBA5586 | Access Prevention :60 | Oct. 25 to Nov. 28, 2004 | California Spot TV | 400 |
| 13 | ZLBA5708 | Access Prevention Revised | Jan. 3 to Jan. 10, 2005 | National TV | 130 |
| 14 | ZLBA5693 | Three Points | Never Ran | National TV | |
| 15 | ZLBA5736 | Access Prevention Rev 2 | Jan. 12 to Jan. 23, 2005 | National TV | 200 |
| 16 | ZLBA5723 | Three Points Revised | Jan. 24 to Feb. 6, 2005 | National TV | 170 |
| 17 | ZLBA5713 | No Safe/ACQ/General Links/2005 | Feb. 7 to Mar. 6, 2005 | National TV | 200 |
| 18 | ZLBA5773 | No Safe Pregnancy 2005 | Apr. 18 to May 22, 2005 | California Spot TV | 400 |
| 21 | ZBLA5813 | WTI/Health Effects | Oct. 10 to Nov. 13, 2005 | National TV | 500 |
| 22 | ZLBA5803 | Quit | Feb. 6 to Feb. 26, 2006 | National TV | 800 |
| 23 | ZLBA5813 | Health Effects 2006 | Mar. 27 to Apr. 16, 2006 | National TV | 375 |
| 24 | ZLBA6493 | PRC 2006 | Aug. 21 to Sep. 10, 2006 | National TV | 375 |
| 25 | ZLBA6563 | PRC/Hispanic | Aug. 21 to Sep. 10, 2006 | Hispanic National TV | 516 |

| | Code | Title | In Market Date | Markets | OI TRPs |
|---|---|---|---|---|---|
| **PRINT** | | | | | |
| 1 | | Local Newspaper (No Safe Print) | July 7 to July 20, 2003 | California | 40 |
| 2 | | National Newspaper (No Safe Print) | July 7 to July 13, 2003 | National | 12 |
| 3 | | Local Newspaper (No Safe Print) | July 7 to July 13, 2003 | OI Markets | 40 |
| 4 | | Weeklies & Monthlies (Serious Health Effects & Youth Smoking Prevention) | Nov., 2004 to Jan., 2005 | National | 213 |
| 5 | | Weeklies & Monthlies (Serious Health Effects) | Jan. to Feb., 2005 | National | 333 |
| 6 | | Weeklies & Monthlies (Serious Health Effects & Youth Smoking Prevention) | May to Jun., 2005 | National | 238 |

| | Code | Title | In Market Date | Markets | |
|---|---|---|---|---|---|
| **RADIO** | | | | | |
| 1 | 7903ZLBA | No Safe/ACQ/General Links | Oct. 27 to Nov. 16, 2003 | National Radio | 197 |
| 2 | 7013ZLBA | No Safe/Low Tar | Dec. 1 to Dec. 21, 2003 | National Radio | 192 |
| 3 | 5983ZLBA | Addiction, Causation, and Quitting | July 7 to July 27, 2003 | CA/FL Spot Radio | 180 |
| 4 | 6993ZLBA | Parent Resource Center | July 28 to Aug. 17, 2003 | CA/FL Spot Radio | 180 |
| 5 | 7213ZLBA | PRC/Raising | May 31 to June 20, 2004 | National Radio | 180 |
| 6 | 7003ZLBA | No Safe/ACQ/General Links | July 12 to Aug. 8, 2004 | National Radio | 400 |
| 7 | 7213ZLBA | PRC/Raising | Sep. 20 to Oct. 10, 2004 | National Radio | 180 |
| 8 | 7333ZLBA | No Safe/Low Tar/Rev | Nov. 8 to Nov. 28, 2004 | National Radio | 180 |
| 9 | 7346ZLBA | Access Prevention | Oct. 25 to Nov. 14, 2004 | California Spot Radio | 180 |
| 10 | 7346ZLBA | Access Prevention | Nov. 29 to Dec. 19, 2004 | California Spot Radio | 180 |
| 11 | 7058ZLBA | Alison | Feb. 20 to Mar. 12, 2006 | National Radio | 450 |
| 12 | 7443ZLBA | Sarah | May 29 to July 19, 2006 | National Radio | 425 |
| 13 | 7453ZLBA | Brian | Oct. 23 to Dec. 3, 2006 | National Radio | 450 |