# EXHIBIT I

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PHILIP MORRIS USA INC. (f/k/a PHILIP MORRIS INCORPORATED), et al.,<br><br>Defendants. | ) | Civil Action No. 99-CV-2496 (GK)<br><br>Next Court Appearance:<br>Trial (Ongoing) |

WRITTEN DIRECT TESTIMONY

OF

MICHAEL E. SZYMANCZYK

Submitted by Joint Defendants Pursuant to Order #471

## I. INTRODUCTION/BACKGROUND

### A. PERSONAL BACKGROUND

**Q: Could you please state your name?**

A: Michael Szymanczyk.

**Q: Where do you work?**

A: Philip Morris USA, Inc.

**Q: Is that otherwise known as Philip Morris USA?**

A: Yes.

**Q: What is the business of Philip Morris USA?**

A: Philip Morris USA is in the business of developing, manufacturing, marketing and selling cigarettes.

**Q: In what country does Philip Morris USA manufacture and sell cigarettes?**

A: The United States and its possessions.

**Q: What is your current position and title at Philip Morris USA?**

A: Chairman and Chief Executive Officer.

**Q: What is your primary responsibility?**

A: Seeing that we achieve the Mission of the Company.

**Q: Before we discuss the Mission of the Company in more detail, are you compensated for achieving the Mission of the Company?**

A: Yes, I am compensated based on the progress we make toward our Mission.

**Q: What are your forms of compensation and how much did you receive last year?**

A: My compensation is a matter of public record that is filed with the SEC and published annually to Altria shareholders. In the last SEC filing, my 2004 compensation was reported. I

**Q: When did you publish the insert?**

A: The insert was placed in newspapers from November 13, 2002 to November 17, 2002.

**Q: In which newspapers did the insert appear?**

A: The insert appeared in approximately 30 newspapers, including major newspapers such as the New York Times, the Washington Post, and U.S.A. Today.

**Q: Showing you JD-052969, is this a copy of the insert?**

A: Yes.

**Q: Turning to the page marked with Bates number 3000155621, could you please identify the subjects listed?**

A: Cigarette smoking and disease, addiction, quitting smoking, low-tar cigarettes, ingredients in cigarettes, secondhand smoke, youth smoking prevention and resources.

**Q: Turning to the page marked with Bates number 3000155262, could you please describe the information contained on this page?**

A: This is a partial image of our website page on smoking and disease.

**Q: Does it accurately reflect Philip Morris USA's website page?**

A: Yes.

**Q: Does the insert provide similar information regarding all of the subjects you referenced on page 3000155621?**

A: Yes it does.

**Q: You also mentioned a package onsert, what is a package onsert?**

A: An onsert is a small booklet or brochure that is located on the cigarette package underneath a cellophane wrapper.

**Q: Showing you JD-052904. Can you explain for the judge what this is?**

A. This onsert was distributed by Philip Morris USA in the first quarter of 2004. It informs adult smokers that they can find more information about tobacco issues on Philip Morris USA's website, and directs consumers to the website, or to a 1-800 number to call to get more information.

**Q: Why does Philip Morris USA provide a 1-800 number?**

A: For the same reason we do on our commercials. We want people to be able to access the information in our website if they do not have Internet access.

**Q: What are the issues highlighted on this onsert?**

A: The issues highlighted on this onsert include: Serious health effects of smoking; Quitting smoking; Ingredients in Philip Morris USA brand cigarettes; and Tools and Tips for talking to kids about not smoking.

**Q: How was this onsert distributed?**

A. This onsert was placed on a week's volume of cigarette packs for Philip Morris USA's major brands, which means we would have covered approximately 90 percent of Philip Morris USA's volume.

**Q: How are you estimating that number?**

A: Most smokers purchase at least one pack per week. We put the onserts on all of the major brands, which represent 90 percent of Philip Morris USA's volume. The onserts were run for a week. So if you figure that most smokers of our major brands purchase one pack a week, they would have received the onsert.

**Q: Why did Philip Morris USA put this information on an onsert?**

A. For the same reasons we have television advertising directing consumers to our website. This is just another communication vehicle, which we feel directly reaches consumers who would be interested in this information.

**Q: Is this the first time Philip Morris USA has used an onsert to communicate with the public?**

A: No. We originally communicated information regarding low-tar cigarettes on package onserts in 2002 and 2003.

**C. PHILIP MORRIS USA IS RESPONSIBLY COMMUNICATING WITH THE PUBLIC REGARDING LOW TAR PRODUCTS**

**Q: Let's turn to that. Could you recap the different ways Philip Morris USA has communicated with the public regarding low-tar cigarettes?**

A: Yes. Philip Morris USA obviously communicates through our website regarding low-tar issues and has since 1999. The original free-standing insert referenced the low-tar page of our website. We have used onserts and television advertising to communicate with the public regarding low-tar issues. We have placed additional statements on our advertising and removed certain phrases from our packaging.

**Q: Showing you JDEM-040294, does this reflect the communication media that Philip Morris USA has used to communicate with the public regarding low-tar products?**

A: Yes, it does.

A: No. It appeared in every ad that contained a "tar" and nicotine disclosure, regardless of the "tar" level of the advertised brand.

**Q: Where does the language appear?**

A: In close proximity to the "tar" and nicotine disclosure, in the same size type.

**Q: Why did Philip Morris USA begin including this statement in its advertisements?**

A: Because the subject was under review by the FTC, and we thought this statement provided additional clarity that was consistent with prior FTC statements.

**Q: You testified that Philip Morris USA has made changes to its packaging. How has the packaging changed?**

A: In 2003, Philip Morris USA began removing phrases such as "lowered tar and nicotine," "lower tar and nicotine" and "low tar and nicotine" from our packages.

**Q: Did you remove these phrases from all packages in which they appeared?**

A: Yes.

**Q: Why did Philip Morris USA remove these phrases?**

A: In 2001, the Government published NCI Monograph 13. Monograph 13 concluded that lower tar cigarettes are not less hazardous than other cigarettes. Given the release of Monograph 13, we removed the lower tar and nicotine designations on our packages and we communicated via package onserts, free standing inserts, and television advertising that descriptors such as lights and ultra lights are not describing less hazardous cigarettes, but rather the taste and flavor of the product, and the machine-measured levels of tar and nicotine.

**Q: How did Philip Morris USA use package onserts to communicate with the public regarding low-tar issues?**

A: In November of 2002, Philip Morris USA distributed a package onsert to consumers that communicated some of the findings in Monograph 13. We followed this with distributions of onserts in 2003 and 2004.

**Q: Showing you JD-041096, what is this?**

A: This is a copy of the onsert we distributed in 2002.

**Q: Is the information contained on this onsert the same information that one would find on Philip Morris USA's website?**

A: Yes.

**Q: Why did Philip Morris USA provide this information?**

A: It was a means of communicating this change in the Government's position regarding low-tar to consumers. Communicating this information to consumers is consistent with our Mission.

**Q: Directing you to the bottom of page two of the onsert, what are you providing there?**

A: We provided consumers with our website address and our 1-800 number.

**Q: How long did Philip Morris USA run the onsert?**

A: The onsert was included with a week's supply of all of Philip Morris USA's light and low-tar brands -- approximately 130 million packs.

**Q: Did the information in the package onsert accurately reflect the position of the public health community at that time with respect to low tar cigarettes?**

A: Yes.

**Q: Did Philip Morris USA communicate with the FTC about the package onsert before it appeared?**

A: Yes, we told the FTC in the fall of 2002 that we were planning to run the onsert.

**Q: You mentioned onserts that were run in 2003 and 2004. What did Philip Morris USA circulate in 2003?**

A: We circulated an onsert similar to the one in 2002.

**Q: Showing you JD-052910, what is this document?**

A: This is the onsert that we distributed in 2003.

**Q: What was the distribution on this onsert?**

A: The same as the onsert for 2002 - a week's volume of cigarette packs for "light," "ultra-light," "medium," and "mild" cigarette brands. Philip Morris USA estimates that it distributed 109,552,200 packs with the onsert affixed to the package.

**Q: Did you run onserts in 2004?**

A: Yes. We did the same thing in 2004 that we did in 2002 and 2003. Philip Morris USA estimates that it distributed 118,539,600 packs, that contained a low-tar onsert, in 2004.

**Q: Let me show you JD-055042. What is this document?**

A: This is the onsert we rain in 2004.

**Q: Is Philip Morris USA planning on running a low-tar onsert in 2005?**

A: Yes.

**Q: When Philip Morris USA runs these onserts does it run any other forms of communication?**

A: Yes. We have run television commercials that contain the onsert information regarding low-tar cigarettes.

**Q: Showing you JD-053158, are you familiar with this?**

A: Yes, this is a CD containing the advertisements we are running on our website.