# EXHIBIT J

# CONFIDENTIAL
Subject to Protective Order in Light Cigarettes Litigation