# EXHIBIT L

# CONFIDENTIAL

Subject to Protective Order in Schwab Tobacco Litigation