# EXHIBIT M

# PMUSA No Safe/Low Tar Communication Vehicle Awareness Study

## Conducted by MarketView Research
## February 2005

Prepared in connection with PMUSA's CR efforts
Author: Yen Chang
Date: 3/2/2005
Status of Record: DRAFT
Confidential
Page 1 of 6

# PMUSA No Safe/Low Tar Communication Vehicle Awareness Study

## Background/Objectives

- To measure general awareness of PM USA's "no safe/low tar" communication vehicles (onsert, television, and radio) among adult smokers of PM USA "low tar" brands, as measured by standard FTC testing methodology

## Methodology

- Mall intercept interviews conducted across 50 geographically disperse markets
- 400 interviews
- Quotas for gender and age:
  - ½ male, ½ female
  - ½ legal age-40, ½ 40+
- Field dates: February 18-25, 2005

Prepared in connection with PMUSA's CR efforts
Author: Yen Chang
Date: 3/2/2005
Status of Record: DRAFT
Confidential

PMUSA No Safe/Low Tar Communication
Vehicle Awareness
Onsert
39
Television
36
Radio
27
0
100

Prepared in connection with PMUSA's CR efforts
Author: Yen Chang
Date: 3/2/2005
Status of Record: DRAFT
Confidential
Page 3 of 6

PM3002997415

3002997415



# PMUSA No Safe/Low Tar Communication Vehicle Awareness

Aware at Least One Vehicle
63
Aware All Three Vehicles
11
Aware Two Vehicles Only
18
Aware One Vehicle Only
35
0
100

Prepared in connection with PMUSA s CR efforts
Author: Yen Chang
Date: 3/2/2005
Status of Record: DRAFT
Confidential
Page 4 of 6



# PMUSA No Safe/Low Tar Communication Vehicle Awareness

Aware One Vehicle Only
35
Onsert Only
17
Television Only
11
Radio Only
7
0
100

Prepared in connection with PMUSA's CR efforts
Author: Yen Chang
Date: 3/2/2005
Status of Record: DRAFT
Confidential
Page 5 of 6

# PMUSA No Safe/Low Tar Communication Vehicle Awareness - Sample Composition -

| Gender | |
|---|---|
| Male | 49% |
| Female | 51% |

| Regular Brand | |
|---|---|
| Marlboro | 73% |
| Basic | 9% |
| Virginia Slims | 6% |
| Parliament | 5% |
| All Other PM Brands | 7% |

| Age | |
|---|---|
| Legal Age – 40 | 53% |
| 41+ | 47% |

| Tar Descriptor | |
|---|---|
| Light | 70% |
| Mild | 12% |
| Ultra Light | 9% |
| Medium | 8% |

Prepared in connection with PMUSA's CR efforts
Author: Yen Chang
Date: 3/2/2005
Status of Record: DRAFT
Confidential
Page 6 of 6