# EXHIBIT N



# PMUSA Ad Test (Phase II): Focus Group Results

Prepared By:

Lombardo Consulting Group

2 April 2003

PM3000181427

Subject to Protective Order in None

# Research Objectives

- Test developed advertising concepts to qualitatively explore:

  – Message breakthrough (does the ad communicate that PMUSA is addressing tobacco issues?)

  – Overall campaign strength (sustainability) and structure (which messages are most important to communicate?)

PM3000181428

Subject to Protective Order in None

# Methodology

- Conduct 10 mini focus groups and 2 traditional size focus groups in two markets (San Francisco and Los Angeles) with Opinion Leaders and General Public

Subject to Protective Order in None

PM3000181429

# Methodology (Cont)

|  | General Public (Mini) | Opinion Leader (Mini) | General Public (Traditional) |
|---|---|---|---|
| San Francisco | 3 groups | 2 groups | 1 group |
| Los Angeles | 3 groups | 2 groups | 1 group |

PM3000181430

Subject to Protective Order in None

# Research Design

- Groups were first exposed to campaign rollout ads ("No Safe," "ACQ" and "Non MSA Omnibus"). Respondents were then shown and discussed multiple developed concepts.

  – Ads Tested: "No Safe/Low Tar Print," "Print Omnibus", "Parent Resource Center" (2 versions), "Raising Kids Who Don't Smoke," "ETS: (Kids)", "ETS (Guided by conclusions)", "Tar and Nicotine/No Safe", "Tar and Nicotine/Onset," "We Card", "No Safe/MSA" and a "No Safe" radio spot

PM3000181431

Subject to Protective Order in None

# Executive Summary

- Some of the developed ads work well as "next message" communications.

- There is almost universal desire for PMUSA to communicate these messages to the public.

Subject to Protective Order in None

PM3000181432

# Executive Summary: Overall Campaign

- People want to know "why" Philip Morris USA is communicating what are perceived as counter intuitive messages

  – Some respondents received the message "don't smoke" from the concepts, which leads to discussions of "hypocrisy".

- Without context for the communications, many are skeptical and cynical

PM3000181433

Subject to Protective Order in None

# Executive Summary: Overall Campaign

- There is a difference between communicating important messages and communicating actions on important issues

  – Communicating important messages ("there is no safe cigarette") provides credibility to address issues (youth smoking prevention, marketing and advertising)

PM3000181434

Subject to Protective Order in None

# Executive Summary: Overall Campaign

- While the messages are perceived as important, the prominence of the corporate brand (mentions of "philipmorrisusa.com") clouds receptivity.

  – The focus on the website is seen as advertising the company name rather than advertising the company's positions.

**PM3000181435**

Subject to Protective Order in None

# Concept Test Results

Subject to Protective Order in None

PM3000181436

# Print Ads: "No Safe/Low Tar" and "Omnibus"

- "Omnibus" ad provides important information, but headline distracts message breakthrough (too PMUSA focused).

- "No Safe/Low Tar" viewed as effective and important. Reiterates and reinforces message (from television ad).

PM3000181437

Subject to Protective Order in None

# "Parent Resource" & "Raising Kids Who Don't Smoke"

- Largely favorable reaction
  - Message is relevant and important
  - While many [parents] state that they "wouldn't go to PM to get tips on keeping my kid from smoking", they feel this is a resource you should provide
  - Brochure ads credibility as a "hands on tool"
  - Brochure ad has stronger start with emphasis on statistical fact communicating parent's role in YSP, more visual (images of parents and children are positive)

**PM3000181438**

Subject to Protective Order in None

## "Parent Resource" & "Raising Kids Who Don't Smoke"

- These ads communicate that the company understands there is a problem with youth smoking and are providing help and tools to solve the problem.

  – However, some feel that this is not an appropriate message for a tobacco company to communicate as there wouldn't be a youth smoking problem if the company did not manufacture the product.

PM3000181439

Subject to Protective Order in None

# "ETS (Kids)" & "ETS (Guided by Conclusions)"

- Almost universally considered important and appropriate for PMUSA to communicate
- Should focus on the effects of secondhand smoke for all individuals (not just kids)
- Cite specific effects
- Preferred closing focuses on communicating to smokers where they "should and should not" smoke

PM3000181440

Subject to Protective Order in None

# "ETS (Kids)" & "ETS (Guided by Conclusions)"

- While considered an important and appropriate message for PMUSA to communicate, many had issues with language and tone of execution.

  – Respondents take issue with phrases like "Guided by" and citing non specific "Public health authorities" ...language seen as "legalese" and "beauracratic"

**PM3000181441**

Subject to Protective Order in None

# "Tar & Nicotine (No Safe)"

- Not seen as a general public message (unlike "Parent Resource" and "ETS")

- Important information for smokers to know

**PM3000181442**

Subject to Protective Order in None

# "Tar and Nicotine (Onsert)"

- The "Tar and Nicotine" ad that included information on the onsert fell out of the mix.

- The onsert does not provide the proof point credibility expected.

  – While people rationally understand the importance of communicating ingredients on packaging, it is not relevant or a stand out statement.

**PM3000181443**

Subject to Protective Order in None

# "We Card"

- Polarizing concept (some people love it, some people hate it)

  - Not substantial enough as a stand-alone concept, serves better as an omnibus proof point

  - Some do not get the message of what the program is or does; feel the ad just communicates compliance with the law

  - Lacks "real world credibility" – people think kids have easy access to cigarettes

PM3000181444

Subject to Protective Order in None

# "No Safe/MSA"

- Current version tries to accomplish too much in :30

  – Too many messages, "jumps around"

  – As we have seen before, inclusion of MSA adds credibility to skeptics

    • However, this is because some people think these ads are a result of (mandated by) the MSA

PM3000181445

Subject to Protective Order in None

# "No Safe (Radio)"

- Current version of radio ad tests well as supplement to overall campaign

- Reinforces important message

PM3000181446

Subject to Protective Order in None



PM3000181447

Subject to Protective Order in None

# Strategic Implications & Recommendations

- While some of the concepts tested are strong and well received, there is a definite need to communicate (heavy) top three messages ("No Safe", "ACQ", "Non MSA Omnibus") prior to the next phase of messages being rolled out.

- Some of the current executions have crossed the line of acceptability on communicating corporate brand.

PM3000181448

Subject to Protective Order in None

# Strategic Implications & Recommendations

- Ads are too web focused, not focused enough on the message.
  - If focusing on the web, need as many prominent examples of third party links as possible.
- If possible, limit use "PMUSA" (stated in voiceover) in ads.
- Credibility deficit creates need to be precise and strong.
  - Chryon MUST match voice over.
  - Strengthen "should" statements.

PM3000181449

Subject to Protective Order in None