# EXHIBIT  O

# CONFIDENTIAL
**Subject to  Protective Order in Light Cigarettes Litigation**