# EXHIBIT P



# PM USA HE/LT Communications Vehicle Awareness Research
## - January 2006 -

- DRAFT Report -

January, 2006

MARKETVIEW RESEARCH

DRAFT

3035122091



## Background/Objectives

In February 2005, a study was conducted to measure overall awareness of PM USA's "No Safe/Low Tar" communications among adult smokers of PM USA Low Tar brands.

A similar study was conducted in January 2006 to gauge awareness of PM USA's "Health Effects/Low Tar" communications.

» "PM USA Low Tar (LT)" Onsert (found on PM USA non-full flavor cigarette packs only)

» "Health Effects (HE)" TV Commercial

1

3035122092



## Methodology/Sample Composition

One-on-one interviews were conducted in 50 geographically-dispensed markets among adult smokers of low tar‡ PM brands from January 13 - January 22, 2006.

Interviews were conducted employing Computer Assisted Personal Interviewing (CAPI); a trained interviewer administered the interview and recorded all answers given by respondents.

A total of 407 interviews were completed in the following proportions:

|  | GENDER | | AGE | |
|---|---|---|---|---|
| Total | Male | Female | LA‡ - 40 | 41+ |
| 407 | 202 | 205 | 204 | 203 |

*Legal age is 18 years of age except in Alabama, Alaska, Suffolk County, New York and Utah where it is 19 years old, and Needham, Massachusetts where it is 21 years old.
‡Low Tar = Any type that is not Full Flavor (i.e. Medium, Milds, Lights and Ultra Lights).

2

# Awareness Of PM USA Low Tar Onset



PMUSA HEALT
Communications Vehicle
Awareness Research
Prepared For R. Taylor
By MarketView Research
1/25/05 Draft

|  | Total | GENDER | | AGE | |
|---|---|---|---|---|---|
|  |  | Male | Female | LA‡ - 40 | 41+ |
| N = | 407 | 202 | 205 | 204 | 203 |
|  | % | % A | % B | % C | % D |
| Saw NS/LT Leaflet before | 44 | 48 | 41 | 54 D | 35 |
| Have not seen NS/LT Leaflet before | 53 | 50 | 56 | 44 | 62 C |
| Don't know/no answer | 3 | 2 | 3 | 2 | 3 |

A/B, C/D = Significantly higher than column indicated at the 95% confidence level.
‡Legal age is 18 years of age except in Alabama, Alaska, Suffolk County, New York and Utah where it is 19 years old, and Needham, Massachusetts where it is 21 years old.

3

3035122093

3035122094

# Awareness Of "Health Effects" TV Commercial


PM USA HE/LT
Communications Vehicle
Awareness Research
Prepared For: B. Taylor
By: MarketView Research
1/25/08 Draft

|  | Total | GENDER | | AGE | |
|---|---|---|---|---|---|
|  |  | Male | Female | LA‡ - 40 | 41+ |
| N = | 407 | 202 | 205 | 204 | 203 |
|  | % | %<br>A | %<br>B | %<br>C | %<br>D |
| Saw HE commercial before | 24 | 29 B | 19 | 25 | 23 |
| Have not seen HE commercial before | 70 | 68 | 71 | 72 | 68 |
| Don't know/no answer | 6 | 3 | 10 A | 3 | 9 C |

A/B, C/D = Significantly higher than column indicated at the 95% confidence level.
‡Legal age is 18 years of age except in Alabama, Alaska, Suffolk County, New York and Utah where it is 19 years old, and Needham, Massachusetts where it is 21 years old.

4

3035122095

## Awareness Summary



PM USA HEALT
Communications Vehicle
Awareness Research
Prepared For B. Taylor
By MarketView Research
1/25/00 Draft

|  |  | GENDER | | AGE | |
|---|---|---|---|---|---|
|  | Total | Male | Female | LA†-40 | 41+ |
| N = | 407 | 202 | 205 | 204 | 203 |
|  | % | % A | % B | % C | % D |
| Aware Of Only One Communication Vehicle (Net) | <u>34</u> | <u>34</u> | <u>34</u> | <u>37</u> | <u>31</u> |
| Leaflet only | 27 | 26 | 28 | 33 D | 22 |
| TV only | 7 | 8 | 6 | 4 | 9 C |
| Aware Of Both Communication Vehicles | 17 | 21 B | 13 | 21 D | 13 |
| Not aware of any | 49 | 45 | 52 | 42 | 56 C |

A/B, C/D = Significantly higher than column indicated at the 95% confidence level.
†Legal age is 18 years of age except in Alabama, Alaska, Suffolk County, New York and Utah where it is 19 years old, and Needham, Massachusetts where it is 21 years old.

5