# EXHIBIT R

# CONFIDENTIAL

Subject to Protective Order in Light Cigarettes Litigation