# EXHIBIT S

# Marketing Perceptions, Inc.

## DAVE'S FOCUS GROUPS: DENVER
## SUMMARY FINDINGS

### - A QUALITATIVE RESEARCH STUDY -

CONDUCTED FOR
PHILIP MORRIS

JUNE, 1995
JOB #95-5-3341

Renaissance Office Center • 15 Engle Street, Englewood, New Jersey 07631 • (201) 569-6088
FAX (201) 569-8154

2040130163

Subject to Protective Order in None

## OBJECTIVES

Qualitative research was conducted in Denver to explore consumer response to various new advertising and promotion concepts, including:

- Pack Outserts
- Outdoor Advertising
- Print Advertising
- Special Event Price Promotions
- Buy 2: Retail Promotions (Bungie Cords; Tape Measure)
- Direct Mail Concepts (Dave's Paper; Address Book)

Further, two examples of coupons (magazine and FSI) were available as stimulus, to examine consumer awareness of and response to Dave's couponing. Also, current attitudes and behaviors relating to Dave's were explored.

1

*Marketing Perceptions, Inc.*

Subject to Protective Order in None

2040130164

## RESEARCH DESIGN

Five (5) mini-groups were conducted in Denver, among the following sampling of consumers:

(1) Females, 21-28, Marlboro Red and Camel Full Flavor smokers (price sensitive)
(1) Males, 21-24, Marlboro Red/Medium smokers (price sensitive)
(1) Males, 21-28, Camel smokers (price sensitive)
(1) Males, 21-24, Marlboro Lights smokers (price sensitive)
(1) Males, 21-34, Discount Brands smokers

All participants were further qualified as at least aware of Dave's, most in each group noting that they had either tried or purchased Dave's. Additionally, all expressed interest in buying Dave's in the future.

2

*Marketing Perceptions, Inc.*

Subject to Protective Order in None

2040130165

## KEY FINDINGS

### Response To New Advertising, Outserts, Direct Mail, And Promotion Concepts

#### Overview

Many of these consumers seem to have a clear image and brand personality in mind for Dave's, allowing them to easily identify those new ad or promotion concepts they felt were consistent with this imagery.

They expect a somewhat "warped" or "off the wall" sense of humor from Dave's, prompting most of these young adults to associate Dave's with their age group.

Most seem to enjoy the unusual visual style, and say they now associate Dave's with blue sky, an old barn, farm-like settings and outdoors, "laid back" visuals, appealing as for more "blue collar people," and, some feel, a more male-oriented appeal.

Response to the new concepts seemed to be assessed against these expectations.

Only a few advertising ideas were rejected as inconsistent with Dave's positioning and imagery:

"The Night Watchman" (Owl) print ad
"After Dinner, Dave's" print ad

2040130166

3

A few other ad concepts were felt to be consistent with Dave's imagery, but not as "clever" as is now expected from Dave's:

- "Bingo" outdoor ad
- (For some) "Waiting for Spring" outdoor ad
- Some felt that the tool in the new "Fat Leaves Packed Tight" outdoor ad was not as immediately recognizable as tools used in earlier ads

The on-pack promotion concepts (Bungie Cords; Tape Measure), the special price-off promotions, and both Direct Mail concepts received positive responses, including some spontaneous laughter that people explain is part of Dave's appeal.

All the new outsert prototypes were seen as consistent with Dave's image. Among these consumers, however, there were mixed opinions as to the value or impact effectiveness of the outsert device in general.

While consumers express interest in coupons, many admit that they are unlikely to use them. Thus, response to the various coupons shown was positive as relates to consistency with brand imagery, but few felt these would strongly impact personal purchasing behaviors.

2040130167

4

*Marketing Perceptions, Inc.*

Subject to Protective Order in None

## Detailed Comments

### Outdoor Advertising

Six new outdoor advertising concepts were displayed:

- Dave's 4 X 4
- 2 – Back – O
- Bingo
- Waiting For Spring
- Dave's Power Plant
- Fat Leaves Packed Tight

"Dave's 4 x 4" prompted some laughs, and was considered a continuation of Dave's imagery.

Some enjoyed the "2-Back-O" ad and imagined this on the back of Dave's truck. A few of the men inferred that it might be too "classy" for Dave's, and some Camel smokers said they could associate this more with "Joe."

For some consumers, the "Bingo" ad was felt to lack the now expected unusual or "twisted" sense of humor associated with Dave's. Some felt it was typical of Dave's – straight forward.

"Waiting For Spring" was appealing to some, but described by others as, "Okay, but not as good as some of his other ads."

"Dave's Power Plant" prompted some positive response, and most people agreed that the visual is the expected Dave's style. A few people seemed to not "get it."

"Fat Leaves Packed Tight" prompted comments about prior ads with this copy, some people feeling that the tool used in this new ad is not as familiar and not as likely to be remembered as the hammer. However, many talk of this copy line as highly appealing and the best example of Dave's "strange sense of humor."

Marketing Perceptions, Inc.

2040130168

Subject to Protective Order in None

Print Ads

Five new ideas were shown:

- Night Watchman (tipped in Audio magazine)
- After Dinner, Dave's
- Good With Coffee
- Thanksgiving: Fat Leaves Packed Tight
- St. Patrick's Day Newspaper concept: O'Dave's

The "Night Watchman" magazine ad was not appealing to quite a few people. Consumers explained that the color of the ad is not what they now expect from Dave's, and they offered that they missed the open air, farm scene type visual. The owl, they felt, is not a farm symbol, and is too strong, direct, or assertive to fit with Dave's style of advertising. Some also seemed to not understand the copy line intent.

The "After Dinner, Dave's" print ad also lacked appeal. People said the visual of the turkey made them think of Holiday dinner, with mothers and large family gatherings in mind. Some said it brought to mind "eating and smoking," suggesting that it might be more appropriate and higher humor to show just the turkey bones.

"Good With Coffee" prompted some spontaneous laughter among those who enjoy coffee. They felt that this copy was "so typical of Dave's" -- "just, 'good with coffee' and none of that fancy stuff or pretty girls everyone else uses." Those who do not drink coffee were less interested in this ad. Among coffee drinkers, some suggested that the visual of the beans lacked excitement, or looked like a coffee bean ad. There seemed to be more interest in a visual referencing the personal experience of drinking coffee.

The two special holiday ads were acceptable, O'Dave's more likely to prompt some spontaneous laughter than the Thanksgiving ad.

6

Marketing Perceptions, Inc.

2040130169

Special Price-Off Promotions

These consumers seemed to enjoy the general idea of unusual special price-off promotions, and agreed that these approaches were both "clever" and "typical of Dave's."

There were no volunteered impressions that these price-off events would lower Dave's image or prompt thinking that Dave's was moving to a low price-tier. When directly asked if this could suggest any intent to routinely sell Dave's at a lower price, consumers said, no, and that an occasional price-off incentive is appreciated as a special deal.

The Night Owl Discount and Sunrise Savings were appealing, each consumer picturing which they would most likely be able to take advantage of. Some offered that if they knew about the price-off times, they would make a point of getting to that store during price-off hours ("I'd get up a little earlier to get to my store before 7:00."). When asked if they would be annoyed if they saw the promotion poster at times other than the price-off times, these people said, no, for 20¢ they would not argue with the retailer.

The "Got a joke, save on smokes" concept was enjoyed, and many said they would participate. They seemed to expect others would participate as well, as they were humorously envisioning standing in line while "some guy is up there holding up the line while he tells his long joke."

The "License To Save" idea was acceptable to most of the men, and the "weird" list of licenses prompted some laughter. Most of the men agreed that, "For 20¢ off, sure, I'd show my license." Some of the young adult were less positive to the idea of having one more occasion of having to show their license, associating this more with "being carded" than enjoying participating in a special price-off event.

7

*Marketing Perceptions, Inc.*

Subject to Protective Order in None

2040130170

Direct Mail

Two Direct Mail concepts were shown:

- Dave's Paper
- Address Book Included Mailer

Most of the consumers found both concepts appealing.

Many felt they would at least glance through Dave's Paper, attracted especially by the "Fishing Do's and Don'ts" (which some of the women felt would be jokes retold to friends and co-workers), and also to the suggested "local scene" section. Some did not immediately see the coupon, but appreciated it once seen.

The Address Book Mailer was also of interest. Most said they would like to have this small address book, noting that it is a perfect size to fit in wallets. Dave's address and phone number preprinted in the Address Book prompted some laughs. The second item in this Mailing, the "share with a friend" piece, seemed confusing to some. They were not certain if they were to give this to a friend, or send a friend's name in on the card.

Buy 2 + Premium Concepts

Two ideas were shown:

- Buy 2 packs, get Dave's Bungie Cords
- Buy 2 packs, get Dave's Tape Measure

Both ideas were appealing to most of these consumers, and most said they would buy the 2 packs to get these premiums.

Both premiums seemed consistent with Dave's sense of humor, and also with what consumers feel is Dave's appeal to "average working people who use things like this."

8

Marketing Perceptions, Inc.

Subject to Protective Order in None

Direct Mail

Two Direct Mail concepts were shown:

- Dave's Paper
- Address Book Included Mailer

Most of the consumers found both concepts appealing.

Many felt they would at least glance through Dave's Paper, attracted especially by the "Fishing Do's and Don'ts" (which some of the women felt would be jokes retold to friends and co-workers), and also to the suggested "local scene" section. Some did not immediately see the coupon, but appreciated it once seen.

The Address Book Mailer was also of Interest. Most said they would like to have this small address book, noting that it is a perfect size to fit in wallets. Dave's address and phone number preprinted in the Address Book prompted some laughs. The second item in this Mailing, the "share with a friend" piece, seemed confusing to some. They were not certain if they were to give this to a friend, or send a friend's name in on the card.

Buy 2 + Premium Concepts

Two ideas were shown:

- Buy 2 packs, get Dave's Bungie Cords
- Buy 2 packs, get Dave's Tape Measure

Both ideas were appealing to most of these consumers, and most said they would buy the 2 packs to get these premiums.

Both premiums seemed consistent with Dave's sense of humor, and also with what consumers feel is Dave's appeal to "average working people who use things like this."

8

*Marketing Perceptions, Inc.*

Subject to Protective Order in None

2040130172

## Outserts

Across this sampling of consumers there were mixed opinions about the outserts.

During the first part of the group discussion some people said they had seen and read the outserts and enjoyed the humorous stories about Dave's. A few men recalled the "I'll eat um" guarantee, and others summarized Dave's story or recalled favorite visuals.

Other people said they saw the outsert but paid no further attention to it, figuring it was "just some advertising" or "something like the Camel Cash."

Some said they read the outsert on the first pack purchased, but felt no need to read outserts on other packs purchased, just assuming they were all the same.

A few said they did not recall even seeing an outsert on their pack.
A few recalled that the outsert ripped when they opened their pack, so they "tossed it."

When shown several of the new outsert prototypes, some people said that the ones with Dave's stories were too long to bother to read. Those who had already expressed enjoying reading earlier outserts said they might read these.

Those who like the idea of the outserts suggested to make it more obvious that there are new ones. A few of the women offered that they would look forward to new ones, and might even be prompted to buy a pack of Dave's if they knew this was a new outsert, "just to see what's next."

Some people asked why these are on the packs — "just as an ad?" And then they offered, "They should have a coupon here."

2040130173

Marketing Perceptions, Inc.

Subject to Protective Order in None

When the mail-in section was pointed out, while some enjoyed the copy, most said they would never mail this in because, "I'd have to pay for the envelope and postage."

- Some people suggested that they might have more incentive to open the outserts if the front said something other than "Pull." "Now, if it said, 'Free' there, I'd be more likely to open it." Otherwise, as a few pointed out, "I've already bought off on the idea of this brand, because I'm buying the pack, so why do I need to read more. Tell them to save their money and do more coupons or something."

## Coupons

The magazine and FSI coupons were shown, and very few people had any recollection of having seen these or any coupons for Dave's.

Many of the men noted that they do not usually look through FSI's. Some said they do not routinely get a newspaper. Some men and women said that while they look at coupons for grocery items, they rarely remember to carry coupons for cigarette purchases.

Some said if they had a coupon, they have no inhibitions using that at a convenience store, but others seem to infer that they are unlikely to think of coupons when buying cigarettes.

*Marketing Perceptions, Inc.*

Subject to Protective Order in None

2040130174

### Attitudes And Behaviors

Nearly all these consumers conveyed positive attitudes about Dave's, complimented the advertising/imagery, expressed satisfaction with the product, and see the brand as an attractive price-value.

- Most purchasers, among both Premium and Discount brands smokers, were attracted to Dave's by the appeal of the brand's image via advertising, and the price. Some purchased the brand based on trial from a friend's pack.

- Some initial purchasing was attributed to promotions: B1G1, B2G1, or the Lighter promotion. However, there were no indications that these consumers would limit future purchasing to price promotions occasions. Only a few vaguely recalled seeing coupons, but rarely was trial or subsequent purchase prompted by a coupon.

- Many of the Premium Brands smokers position Dave's as their most likely back-up brand on "short cash days," noting that it has a more appealing image and is a better quality smoking experience compared with other Discount Brands.

11

*Marketing Perceptions, Inc.*

Subject to Protective Order in None

2040130175

- A few of the Discount Brands smokers already consider Dave's their regular brand, noting some frustration that the stores they shop are occasionally out of stock or that not all stores carry Dave's. Other Discount Brands smokers who have tried Dave's agree that it a better quality brand than most Discount Brands (perceiving that it burns more slowly, and has a quality tobacco taste often compared with former Premium Brands smoked), and an appealing brand personality. Some continue to buy other Discount Brands, however, based on "lowest price."

The general consumer perception is that Dave's is likely to gain popularity, and become an established brand competing with mid-tier Discount Brands such as Cambridge, GPC's, etc.

- Consumers feel that the Outdoor advertising is highly visible and impactful (most could playback at least one Outdoor ad line verbatim).

- They complimented the style and humor of the advertising, and feel drawn to the brand's personality (easy-going, laid-back, appealing sense of humor, "for the everyday kind of person").

- Most say they now see the brand in many stores.

- Some noted that they are seeing the brand smoked among their friends or co-workers. Others say they are not seeing many people smoking Dave's, but were most likely to explain that related to it being a "new brand."

2040130176

12

*Marketing Perceptions, Inc.*

Subject to Protective Order in None

"Who makes Dave's" did not seem to be an issue among these consumers, either in accepting the imagery or as might impact purchase.

— The issue emerged in only 2 of the 5 groups.

In one group, one of the men recalled the content of an article he had read in The Wall Street Journal, and was surprised to see "Philip Morris" on the side of the pack displayed during the group session. Others in this same group responded that they just assumed, from the amount of outdoor advertising and scope of retail distribution that "one of the big companies was behind this." The displayed packs with "A Division of Philip Morris" on the side panel seemed to confirm their opinions without prompting any additional conversation to this issue.

One of the Discount smokers who regularly buys Dave's noticed the change in the side panel from the pack he had in his pocket and commented about it, but neither he nor his group cohorts pursued the topic further.

The topic was not even raised by respondents in the other 3 groups even though packs with the new side panel were available throughout the group sessions, and "Philip Morris" was identified on various stimulus material shown during the group.

