# EXHIBIT T

## Corporate Responsibility Communications
## 2004 Budget Breakdown

As of 12/14/04

| | | Q1 | Q2 | Q3 | Q4 | |
|---|---|---|---|---|---|---|
| **Production** | | | | | | |
| CR advertising | | $500,000.00 | $500,000.00 | $500,000.00 | $425,000.00 | |
| Onserts | | $30,000.00 | $30,000.00 | $15,000.00 | | |
| | subtotal | $530,000.00 | $530,000.00 | $515,000.00 | $425,000.00 | $2,000,000.00 |
| **Media** | | $11,500,000.00 | $16,500,000.00 | $20,000,000.00 | $22,000,000.00 | $70,000,000.00 |
| | subtotal | $12,030,000.00 | $17,030,000.00 | $20,515,000.00 | $22,425,000.00 | $72,000,000.00 |
| **Planning** | | $100,000.00 | $100,000.00 | $200,000.00 | $200,000.00 | $600,000.00 |
| | Total | $12,130,000.00 | $17,130,000.00 | $20,715,000.00 | $22,625,000.00 | $72,600,000.00 |

Draft -- For Discussion Only

*Includes $2.1MM rebate (total spending will equal $75MM, what will actual hit will be $72.9MM)
**Rebate breaks out into $1MM in planning (exploratory) and $1.1MM in production (CA specific)
***4/19 receive incremental $16.5MM
****2RF gave back .2 from media, .9 from planning, and 9M from LB credit -- total = 2MM

5012622838

Subject to Protective Order in None

5012622838

## CR Comm Budget Overview

As of 12/14/04

| | Current Budget | Committed (Spent) | Actual (Spent) | Remaining |
|---|---|---|---|---|
| Production | $2,000,000.00 | $2,570,483.33 | $504,416.70 | -$1,074,900.03 |
| Media | $70,000,000.00 | $30,175,276.00 | $38,583,187.00 | $1,241,537.00 |
| Planning | $600,000.00 | $595,036.80 | $518,005.37 | $4,963.20 |
| Total | $72,600,000.00 | $33,340,796.13 | $39,605,609.07 | -$346,405.20 |

Subject to Protective Order in None

5012622839

5012622839

Subject to Protective Order in None

5012622840

Contract #: 8500008856

Peter Harris

Total Budget: $312,000.00
**amended up 312,000 in Sept
*original budget 272,000

Remaining Budget: -$1,121.90

| Invoice Date | Invoice # | Fees | Overtime | Expenses | Total Invoice | Status | Notes |
|---|---|---|---|---|---|---|---|
| January | | $15,000.00 | $0.00 | $0.00 | $0.00 | | submitted |
| February | | $15,000.00 | $0.00 | $0.00 | $0.00 | | submitted |
| March | | $15,000.00 | $26,500.00 | $3,947.65 | $75,447.65 | | submitted all Q1 |
| April | | $15,000.00 | $21,800.00 | $0.00 | $36,800.00 | | submitted May 12 |
| May | | $15,000.00 | $20,400.00 | $0.00 | $35,400.00 | | submitted June 14 |
| June | | $15,000.00 | $11,300.00 | $0.00 | $26,300.00 | | submitted July 24 |
| July | | $0.00 | $12,000.00 | $0.00 | $12,000.00 | | unbilled 30 additional hours for June 2004 |
| August | | $15,000.00 | $0.00 | $9,174.44 | $24,174.44 | | submitted Aug 18 |
| September | | $15,000.00 | $23,000.00 | $4,999.81 | $42,999.81 | | submitted 10/14/04 |
| October | | $15,000.00 | $0.00 | $0.00 | $15,000.00 | | submitted 10/14/04 |
| November | | $15,000.00 | $0.00 | $0.00 | $15,000.00 | | submitted 11/04 |
| December | | $15,000.00 | $0.00 | $0.00 | $15,000.00 | | submitted 12/04 |
| | | | | | | | submitted 12/04 |

Sub Total: $180,000.00   $115,000.00   $18,121.90

Total Spent: $313,121.90

Subject to Protective Order in None

5012622841

5012622841

| Contract # | 8500008940 | Lombardo Consulting | | | | |
|---|---|---|---|---|---|---|
| Total Budget: | $160,000.00 | | Remaining Budget: | $58,006.86 | | |
| Invoice Date | Invoice # | Fees | Overtime | Expenses | Total Invoice | Status Notes |
| March | | $10,000.00 | $0.00 | $0.00 | $10,000.00 | submitted |
| April | | $10,000.00 | $0.00 | $582.94 | $10,582.94 | submitted 5/20 |
| May | | $10,000.00 | $0.00 | $159.46 | $10,172.45 | submitted 6/10 |
| June | | $10,000.00 | $0.00 | $159.46 | $10,000.00 | submitted 6/16/04 |
| July | | $10,000.00 | $0.00 | $74.85 | $10,074.85 | submitted 7/19/04 |
| August | | $10,000.00 | $0.00 | $0.00 | $10,000.00 | Submitted 8/18/04 |
| September | | $10,000.00 | $0.00 | $912.63 | $10,912.63 | submitted 10/12/04 |
| October | | $10,000.00 | $0.00 | $103.80 | $10,103.80 | submitted 11/19/04 |
| November | | $10,000.00 | $0.00 | $0.00 | $0.00 | No submitted invoice yet |
| December | | $10,000.00 | $0.00 | $0.00 | $0.00 | No submitted invoice yet |
| Sub Total | | $100,000.00 | $0.00 | $1,993.14 | | |
| Total Spent | | | | | $81,846.67 | |

Subject to Protective Order in None

5012622842

5012622842

## Misc. Planning

| Contract # | | | | | | |
|---|---|---|---|---|---|---|
| Total Budget: | $128,000.00 | | Remaining Budget | $127,576.50 | | |
| Date | Invoice # | Fees | Expenses | Total Invoice | Status | Notes |
| 2/28/2004 | 30-220-0158263 | $0.00 | $423.50 | $423.50 | AP | VMS CR tape (planning meeting) |
| 6/3/2004 | 087928/ACQ Gen | | | $118,412.32 | AP | Apco Tracking for ACQ Gen Links |
| 6/23/2004 | | | | $4,200.88 | AP | |
| Sub Total | | | $423.50 | | | |
| Total Spent | | | | $123,036.80 | | |

5012622843

Subject to Protective Order in None

5012622843

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total per Vehicle |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PRODUCTION** | | | | | | | | | | | | | |
| Television | $10,700 | $8,400 | $65,400 | $10,700 | $0 | $48,600 | $10,700 | $0 | $48,500 | $10,700 | $0 | $131,000 | $335,000 |
| Radio | $5,000 | | | $5,500 | | | $5,000 | | $4,500 | | | | $4,500 |
| Agency Expenses | | | | | | | | | | $5,000 | | | $78,000 |
| **INSERTS** | | | | | | | | | | | | | |
| Low Tar programs | | | $300,000 | $240,000 | $50,000 | | $300,000 | $240,000 | $58,000 | | | | $1,200,000 |
| **AGENCY FEES** | | | | | | | | | | | | | |
| Leo Burnett | $6,046.42 | $6,046.42 | $6,046.42 | $6,046.42 | $6,046.42 | $6,046.42 | $6,046.42 | $6,046.42 | $6,046.42 | $6,046.42 | $6,046.42 | $6,046.42 | $72,557 |
| **MEDIA** | | | | | | | | | | | | | |
| YSP Portion | $301,000 | | | | | $197,000 | | $92,000 | $61,000 | | | | $368,000 |
| C3 Portion | | | | | $95,000 | | | | | | | | $801,900 |
| **TOTAL SPENDING** | $322,746 | $14,446 | $361,446 | $261,746 | $151,846 | $252,846 | $321,746 | $338,046 | $181,146 | $121,746 | $6,046 | $128,046 | $2,788,857 |

5012622844

Subject to Protective Order in None

5012622844