# EXHIBIT U

From:     Herndon, Colleen B.
Sent:     Friday, March 19, 2004 5:27 PM
To:       Gibbs, Zane P.; Furtney, Craig R.; McCormick, Ellen C
Cc:       Skarie, Laura M.; Cruise, Mark R.; Margolis, Gerald P.; Coleman, Dana; Golisch, Jennifer L; Mathe, Greg
Subject:  RE: May LOOK- Onserts

DSS:

Zane, this Q&A is terrific. I've adjusted the details of the CR onsert in May (bolded) and I've also enclosed our media messages for the website onsert. If you need any more information, please let us know.
Thanks.
Colleen


-----Original Message-----
From: Gibbs, Zane P.
Sent: Friday, March 19, 2004 6:05 PM
To: Furtney, Craig R.; McCormick, Ellen C
Cc: Skarie, Laura M.; Cruise, Mark R.; Margolis, Gerald P.; Herndon, Colleen B.; Coleman, Dana
Subject: RE: May LOOK- Onserts

Craig/Ellen,
    In addition to Craig's comments below, let me provide a somewhat lengthy discussion of onserts, that the
two of you can edit for communication to retail. Please coordinate with Colleen Herndon and Dana Coleman
for any additional information about Corporate Responsibility onserts. Both Colleen and Dana (in our
corporate communications group) have responsibility for communications regarding our Corporate Responsibility
onserts.

  Q. What are onserts?
  A. Onserts are small "brochures" that are attached to the back face of a pack of cigarettes. They
     are affixed directly on the pack and then overwrapped with our cellophane film wrap.

  Q. What is the purpose of using onserts?
  A. Onserts are a new communication tool that allows us to provide both branded and non-branded information
     directly to adult smokers. The onserts add another element to each brand's promotion
     mix, and also provide an additional dimension to our Corporate Responsibility communications mix.

  Q. What is the advantage of using onserts to communicate branded messages?
  A. For the brand groups, they provide a much broader reach than direct mail because adult smokers who
     are not currently on our database can receive the communications. In addition, these messages are
     also available to competitive adult smokers who may be considering one of our brands.

     Onserts are also more cost effective than other promotional communications like direct mail.

  Q. How big are the onserts?
  A. The onsert is a single piece of paper that is about 2.5" tall by 7.75" long when unfolded completely.
     As the onsert is produced, it is folded in such a way that only one "panel" measuring approximately
2.5" tall by

2" long is visible on the pack at retail.

Q. Why is there a more extensive use of onserts by PMUSA this year vs. previous years?
A. Thanks to a great deal of work by our colleagues in PMUSA Operations, we have developed and installed
equipment that has significant technological and cost advantages compared to previous onsert methodologies.
These advances have provided PMUSA with the ability to communicate with adult smokers on a more broad
basis, while at the same time managing cost.

Q. How is PMUSA using this new onsert capability to communicate to adult smokers?
A. There are two distinct and different types of communication to adult smokers with the onsert vehicle. The first
is PMUSA Corporate Responsibility messages. The Corporate Responsibility onserts provide adult smokers
with *non-branded* information on a range of CR topics including, highlighting the resources available on our
website, information and resources related to our Youth Smoking Prevention efforts, and information about Low
Tar cigarettes.

The second type of communication to adult smokers using onserts is *branded* Marketing communications.
The Marketing communications appear on our "Focus on Four" brands plus Chesterfield. In 2004, the brands
will be using to messages in a variety of ways including, pure equity (primarily visuals) messages, contests/,
sweepstakes, bounce back offers to sign-up on our direct mail database, and communications about catalog
items or other special offers.

Q. How often will onserts appear on packs at retail?
A. The timing of both the Corporate Responsibility and Marketing onsert programs is somewhat complicated,
however, the current plan is to have onserts appear on about 20% of our forecasted domestic volume throughout the year.
In 2004, there are currently four CR messages (one per quarter) in the plan that would appear
at retail for about 1 week on a variety of SKU's. For Marketing communications by each brand, typical retail
durations of each onsert message are 1-4 weeks, however, some messages may appear for as long as 8 weeks.
One brand, Chesterfield, is unique in that nearly all of its volume will be onserted each month in 2004.

Q. What programs are planned for retail in May?
A. **In May, there will be a youth smoking prevention onsert that provides information about the resources available to help parents talk to their kids about not smoking at philipmorrisusa.com and through the 800 number.**

Also in May, there will also be equity onserts from Marlboro and Virginia Slims, and both equity and contest onserts
from Chesterfield.

I hope this satisfies your needs. Also note, that I have some electronic examples of onserts if you would like them.
If you have any further questions, please feel free to call me at the number below.

Zane

**Dr. Zane Gibbs**
**New Products Marketing**
**Philip Morris USA**
**(917) 663-2941 phone**
**(917) 663-6322 fax**
**(804) 306-7583 cell**
<u>zane.p.gibbs@pmusa.com</u>

-----Original Message-----
**From:** Furtney, Craig R.
**Sent:** Friday, March 19, 2004 3:13 PM
**To:** Gibbs, Zane P.; McCormick, Ellen C
**Cc:** Skarie, Laura M.
**Subject:** FW: May LOOK- Onserts

Hi Ellen,

I know you were looking for a definition of Onserts and availability dates in the field. Below is my attempt to define an Onsert.

Zane, I know we have been playing phone tag so I was hoping you could add your editorial comments via e-mail. Here's specifically what were trying to communicate to the field:

Define Onserts:
(You can see my attempt below)

Purpose (Objective)
(You can see my attempt below)

Availability dates

Thanks,

Craig
-----Original Message-----
**From:** Furtney, Craig R.
**Sent:** Thursday, March 18, 2004 11:00 AM
**To:** Skarie, Laura M.
**Cc:** Gibbs, Zane P.; Howard, Dominic J.C.; Mandelbaum, Daniel; Glaser, Abbey E.; McCormick, Ellen C
**Subject:** May LOOK- Onserts

Laura,

I'd like to use 1 page of the May LOOK to share information, with the field, about our onsert program. I've talkd to TPN and their going to get the art for Marlboro, Basic & Chesterfield.

Here's a rough idea on the copy:

Title of page: Onserts

What are they? New vehicle to communicate with adults who choose to smoke
Purpose?    Build Equity
            Create News and Awareness
            Create excitement

6/9/2032
Subject to Protective Order in None

3011394050

I've left a voice mail with Zane to work out the language we should use on this page.

thanks,

Craig