# EXHIBIT V

# CONFIDENTIAL
Subject to Protective Order in Light Cigarettes Litigation