# EXHIBIT W

# Corporate Responsibility 2005 – 2006 Onsert Plan







FINAL//Confidential – 2005-06 Onsert Plan - Prepared by: K. Rosenthal - PM USA CR Communications – 1.31.06

5012622794

Subject to Protective Order in None

5012622794

# Corporate Responsibility Onpack Messaging Plan

- Background
- Historical Overview
- Guiding Principles
- Recommended 2006 Onsent Plan
- Process Enhancements
- Appendix
  - Historical Onsent Examples

2

FINAL/Confidental – 2005-06 Onsent Plan – Prepared by: K. Rosenthal – PM USA  CR Communications – 1.31.06

5012622795

# Background

Philip Morris USA's (PM USA) mission is to be the most responsible, effective and respected developer, manufacturer and marketer of consumer products, especially products intended for adults.

To reach our goal, we actively engage in a variety of activities to address societal concerns that are relevant to our business, including:

o helping to reduce youth smoking

o providing cessation information, including QuitAssist™, an information resource to help connect adult smokers who have decided to quit with expert quitting information

o supporting reasonable regulation

o ongoing communications about the serious health effects of our products

o marketing and retailing our products responsibly

o meeting or exceeding the legal and regulatory requirements that govern our products and business

3

FINAL/Confidential – 2005-06 Onsert Plan - Prepared by: K. Rosenthal - PM USA CR Communications – 1.31.06

5012622796

# • | **Background continued**

PM USA communicates through several channels, including public speeches, our website, media interviews, advertising and onpack messaging (also known as onserts).

The purpose of this document is to address onserts, a key component of an integrated 2005 and 2006 Corporate Responsibility (CR) and Cessation Support (CS) communications plan.

## Definition

Onpack messages are defined as miniature brochures that are located either beneath ("onsert") or outside ("outsert") the cellophane on individual cigarette packs. Please note that the term "onsert" and "onpack" messaging will be used interchangeably throughout the remainder of this document.

## Role

Onserts are one component of the CR Communications Plan.

Onserts are specifically intended to reach adult smokers purchasing PM USA products.

4

FINAL/Confidential – 2005-06 Onsert Plan - Prepared by: K. Rosenthal - PM USA CR Communications – 1.31.06

Subject to Protective Order in None



# Historical Overview
## CR Onserts – 2002 - 2003

### 2002 – 2003 Messaging

In November 2002, PM USA distributed a Corporate Responsibility (CR) onsert to consumers of our non-full flavor brands. This message reminded smokers about the limitations of tar and nicotine yield numbers and the purpose of brand descriptors, in light of Monograph 13 and the findings of public health regarding low tar cigarettes. The message points included:

• Smokers should not assume that lower tar cigarettes are less hazardous than full-flavor cigarettes or that smoking such cigarette brands will help them quit smoking.

• If smokers are concerned about the health effects of smoking, they should quit.

This message was repeated during the fourth quarter of 2003, as an onsert.

5

FINAL/iConfidential – 2005-06 Onset Plan – Prepared by: K. Rosenthal - PM USA CR Communications – 1.31.06

5012622798

Subject to Protective Order in None

5012622798

# Historical Overview
# 2004 CR Onsert Timeline

Starting in the first quarter of 2004, additional CR messages appeared on cigarette packs. Messaging expanded beyond the low tar message and highlighted topics that include the Philip Morris USA web-site, youth smoking prevention, and QuitAssist (See appendix for samples). Examples of CR onserts can also be found on the PM USA website, www.philipmorrisusa.com.

## Q304 QuitAssist Integrated Launch



### 2004 CR ONSERT TIMELINE

| Approximate In-Market Dates | Onsert Message |
|---|---|
| Q104 | Web Site |
| Q204 | Youth Smoking Prevention |
| Q304 | QuitAssist™ |
| Q404 | Low Tar |

6

FINAL/Confidential – 2005-06 Onsert Plan - Prepared by: K. Rosenthal - PM USA CR Communications – 1.31.06

5012622799

Subject to Protective Order in None

5012622799

# Historical Overview
# 2005 CR Onsert Timeline

The 2005 onsert strategy was designed to support the overall CR Communications Plan (including TV Advertising, Print, Online, Website and Onserts) and convey messages that are relevant to the target audience (adult smokers of PM USA brands). As such, the 2005 onsert schedule focused on two primary topics: QuitAssist® and the Low Tar message.

## 2005 CR ONSERT TIMELINE

| Approximate In-Market Dates | Onset Message |
|---|---|
| Q105 | QuitAssist™ |
| Q205 | Low Tar |
| Q305 | QuitAssist™ |
| Q405 | Low Tar |

7

FINAL//Confidential – 2005-06 Onsert Plan - Prepared by: K. Rosenthal - PM USA CR Communications – 1.31.06

5012622800

Subject to Protective Order in None

5012622800



# 2005 CR Media Plan

FINAL//Confidential – 2005-06 Onsert Plan - Prepared by: K. Rosenthal – PM USA CR Communications – 1.31.06

* Note: Operations Executed "Flow-Thru" Program from Q2 – Q4

5012622801

Subject to Protective Order in None

5012622801

# 2005 Onsert Plan in Action

**Q1 QuitAssist**
Adjusted distribution to increase retail presence during March TV launch

**Q2 Low Tar**
Operations executed "flow-thru" program

**Onsert Messaging Update**

**Q3 QuitAssist**
Operations executed "flow-thru" program

**Q4 Low Tar**
Working with Operations to execute "flow-thru" program

9

FINAL//Confidential – 2005-06 Onsert Plan - Prepared by: K. Rosenthal - PM USA CR Communications – 1.31.06

5012622802

Subject to Protective Order in None

5012622802

# CR Onset Plan
# Consumer & Business Insights

Consumer research suggests that adult smokers may be more likely to look at, engage with and look forward to seeing packs with onserts when*:

- a wider **variety** of onserts is present with "breaks" between messaging (to avoid wear out and "seen one, seen them all" impressions)
- the **cover** is captivating, intriguing or **piqués curiosity** (for example a call to action or teaser)
- they **provide something of value**, extending from monetary to intrinsic value, including conversation value
- they are considered **"interesting"**

These consumer insights, plus insights into the onserting process and our current CR communications approach, led to the development of a core set of guiding principles and infrastructure (refer to pages 11-14 for guiding principles).

10

*Source: Qualitative research – Marlboro Lights Onserts Adult Smokers Focus Groups 10/04.   Based on 10 focus groups involving adult smokers 21 years of age and older in 3 markets.   Qualitative research designed to provide insight into adult smokers' perspectives.   Results are not intended to be and may not be reflective of the larger adult smoker population or the adult smoker population in any particular market.

FINAL/Confidential – 2005-06 Onsert Plan - Prepared by: K. Rosenthal - PM USA CR Communications – 1.31.06

5012622803

# CR Onset Plan
# Guiding Principles

1. **Target Audience:  Adult Smokers of PM USA Brands**

   • Our goal is to develop messages that are relevant to the target audience (of adult smokers of PM USA brands).

2. **Total   Combined   Annual   Onset   Production (combined CR + Brand onserts) Not to Exceed 25% of Total PM USA Production**

   • Maintaining this balance achieves two primary objectives:

     1. Preserves packaging brand identity and integrity
     2. Allows for breaks between onserts and effective implementation of both CR and Brand onsert plans.

   11

FINAL/Confidential – 2005-06 Onsert Plan - Prepared by: K. Rosenthal - PM USA  CR Communications – 1.31.06

5012622804

# CR Onsert Plan
# Guiding Principles

## 3. Flow-Through Distribution

- Optimal method for enhancing production and distribution flexibility; alleviates system back-ups; does not tie-up capacity by building inventories and allows for immediate SKU deployment upon completed production.

## 4. Production Volumes to Facilitate National Presence of All SKUs

- High Volume SKUs = 1 Week Supply (A & B Brands)
- Low Volume SKUs = 2 Week Supply (C & D Brands)

12

FINAL//Confidential – 2005-06 Onsert Plan - Prepared by: K. Rosenthal - PM USA CR Communications – 1.31.06

5012622805

Subject to Protective Order in None

# CR Onset Plan
# Guiding Principles

5. **Onsert Protocol for Launch/New and Test Products**

- **Non-Full Flavor Products (NFF)**

  - Receive the "No Safe Low Tar" onsert at introduction

  - If NFF introduction occurs during the regularly scheduled QuitAssist rotation, the QuitAssist message is applied in the quarter following the introduction

    - Depending on the introduction quarter, the NFF packing potentially receives the QuitAssist message for 2 consecutive quarters (see examples on pages 14-17) and then follows the quarterly CR onset rotation schedule thereafter.

- **Full-Flavor Products (FF)**

  - No onsert at introduction

  - "No Safe Low Tar" messages are not applied based on subject relevance

  - Receives a QuitAssist onsert in the quarter immediately following the launch

    - Depending on the introduction quarter, the FF packing potentially receives the QuitAssist message for 2 consecutive quarters (see examples on pages 14-17) and then follows the quarterly CR onset rotation schedule thereafter.

FINAL//Confidential – 2005-06 Onsert Plan - Prepared by: K. Rosenthal - PM USA  CR Communications – 1.31.06

5012622806

# Guiding Principles – Examples
# New/Test Product Messaging

## Example Scenarios – Q1 Introductions – FF and NFF Products:



### 2006 Scheduled Onset Rotation

| Q1 QuitAssist | Q2 Low Tar | Q3 QuitAssist | Q4 Low Tar |

### New NON FULL FLAVOR (NFF) Onset Rotation

Q1 New NFF → Q1 Low Tar → Q2 QuitAssist → Q3 QuitAssist → Q4 Low Tar

### New FULL FLAVOR (FF) Onset Rotation

Q1 New FF → Q1 No Onset at Launch → Q2 QuitAssist → Rolls Into 2006 Scheduled Rotation → Q3 QuitAssist → Q4 No Message Low Tar Onset Is Not Applicable

FINAL/Confidential – 2005-06 Onset Plan - Prepared by: K. Rosenthal – PM USA CR Communications – 1.31.06

14

5012622807

The image covers essentially the entire page as a rotated presentation slide.



Subject to Protective Order in None

5012622808

# Guiding Principles
## Examples Continued

### 2006 Scheduled Onset Rotation

| Q1 QuitAssist | Q2 Low Tar | Q3 QuitAssist | Q4 Low Tar |
|---|---|---|---|

### Example Scenarios – Q3 Introductions – FF and NFF Products:

**New NON FULL FLAVOR (NFF) Onset Rotation**



Q3 New NFF → Q3 Low Tar → Q4 QuitAssist → Q107* TBD

Rolls Into 2007* (*TBD) Scheduled Rotation

**New FULL FLAVOR (FF) Onset Rotation**

Q3 New FF → Q3 No Onset at Launch → Q4 QuitAssist → Q107* TBD

FINAL//Confidential – 2005-06 Onset Plan - Prepared by: K. Rosenthal - PM USA CR Communications – 1.31.06

16

5012622809

Subject to Protective Order in None

5012622809



# Guiding Principles
## Examples Continued

### 2006 Scheduled Onset Rotation

| Q1 QuitAssist | Q2 Low Tar | Q3 QuitAssist | Q4 Low Tar |
|---|---|---|---|

Example Scenarios – Q4 Introductions – FF and NFF Products:

New NON FULL FLAVOR (NFF) Onset Rotation

Q4 New NFF → Q4 Low Tar → Q107* TBD

Rolls Into 2007* (*TBD) Scheduled Rotation

New FULL FLAVOR (FF) Onset Rotation

Q4 New FF → Q4 No Onset at Launch → Q107* TBD

17

FINAL/Confidential – 2005-06 Onset Plan – Prepared by: K. Rosenthal – PM USA CR Communications – 1.31.06

5012622810

5012622810

# 2006 Onsert Plan Recommendations

In 2006, onserts are expected to remain a key component of an integrated CR communications strategy. Recommendations include:

- Follow the 2005 CR onsert plan.
  - Remain focused on topics with high relevance to adult smokers, including QuitAssist and Low Tar messaging.
- Updates to onserts are as follows:
  - **QuitAssist** - Updates determined by operating environment and specific business needs
  - **Low Tar** – Refresh cover annually.

## 2006 CR ONSERT TIMELINE

| In-Market Dates | Message | Update(s) |
|---|---|---|
| Q1 | QuitAssist™ | Cover Update; Inside Panel Update (picture of brochure and quitting tips) |
| Q2 | Low Tar | Cover Redesign |
| Q3 | QuitAssist™ | TBD |
| Q4 | Low Tar | No Change |

18

FINAL/Confidential – 2005-06 Onsert Plan - Prepared by: K. Rosenthal - PM USA CR Communications – 1.31.06

1182292109

Subject to Protective Order In None

5012622811



# 2006 CR Media Plan

Subject to Protective Order in None

5012622812

5012622812



# 2006 Onsert Plan in Action

**Q2**
**Updated**
**Low Tar**

Flow thru
program
(Cover Update)

**Q1**
**QuitAssist**

Flow thru
program
(Message Update
Complete)

**Onsert**
**Messaging**
**Update**

**Q3**
**QuitAssist**

Flow thru
program
(Update tbd)

**Q4**
**(No change) Low Tar**

Flow thru
program

20

FINAL/Confidential – 2005-06 Onsert Plan - Prepared by: K. Rosenthal - PM USA CR Communications – 1.31.06

5012622813

Subject to Protective Order in None

5012622813

# 2005 CR Onset Plan
# Infrastructure In Action

# PROCESS
# ENHANCEMENTS

21

FINAL/Confidential – 2005-06 Onset Plan - Prepared by: K. Rosenthal - PM USA  CR Communications – 1.31.06

5012622814

Subject to Protective Order in None

5012622814

# Infrastructure in Action

## Opportunity Area: PRODUCTION

| Issues/Implications | Resulting Infrastructure |
|---|---|
| o Communication gaps resulted in last-minute changes in execution | o CR attending bi-monthly cross functional status meetings to proactively resolve issues and increase flexibility in messaging |
| o Onserts designed without PM USA's Creative Services resulting in designs that were costly, created production issues and requiring re-work | o Creative Services involved in all stages of design from concept to launch |
| o PM USA onserts inadvertently applied to non-PM and import brands (manufacturing for 3rd party) | o Non-PM USA brands removed from onsert production schedule |

22

FINAL//Confidential – 2005-06 Onsert Plan - Prepared by: K. Rosenthal - PM USA CR Communications – 1.31.06

5012622815

Subject to Protective Order in None

5012622815

# Infrastructure in Action

## Opportunity Area: PRODUCTION & DISTRIBUTION

| Issues/Implications | Resulting Infrastructure |
|---|---|
| ○ Equipment limitations excluded certain packings from onserting; onserts not being applied to all PM USA SKUs | ○ Production now placing OUTserts on effected SKUs, including princess packs |
| ○ CS&M unable to accurately report number of onserted packs distributed to wholesale | ○ CS&M tracking and reporting actuals on a quarterly basis |

23

FINAL//Confidential – 2005-06 Onsert Plan - Prepared by: K. Rosenthal - PM USA CR Communications – 1.31.06

5012622816

Subject to Protective Order in None

5012622816

# CR Onset Plan
# Potential Future Concepts

Relevant and Topical Communications

- As stated in our guiding principles, CR onsert messaging is intended to reach the broadest audience of adult smokers of PM USA brands. Subject matter with relevancy for this group includes information that is found on the PM USA website, as well as information from public health. As such, listed below are current and potential topics for use in 2007 and beyond:

| Current Topics | Potential Future Topics |
|---|---|
| **Health** - to address Low Tar cigarettes | **Environmental** – to address issues like Cigarette Butt Litter and Environmental Tobacco Smoke (ETS) (tips, considerations/awareness when smoking around others) |
| **Quitting** — to connect smokers who have decided to quit to a wealth of expert quitting information from public health authorities and others. | **Website** – Updated message highlighting relevant information and resources |

24

FINAL/Confidential – 2005-06 Onsert Plan - Prepared by: K. Rosenthal - PM USA CR Communications – 1.31.06

5012622817

Subject to Protective Order in None

5012622817

# CR Onsert Plan
# Next Steps

- Finalize 2006 Onsert Plan

- Present to Onsert Leadership and Cross-Functional Teams

- Implement Plan Throughout 2006

- Finalize 2007 Plan by Q3 2006



25

FINAL/Confidential – 2005-06 Onsert Plan - Prepared by: K. Rosenthal - PM USA  CR Communications – 1.31.06

5012622818

# CR Onsert Plan

# Historical Samples

FINAL/Confidential – 2005-06 Onsert Plan - Prepared by: K. Rosenthal - PM USA  CR Communications - 1.31.06

26

5012622819

Subject to Protective Order in None

5012622819

# Historical Onsets
# Lights Sample – Q402 (Outsert)



Philip Morris USA

Information
for Smokers

27

FINAL//Confidential – 2005-06 Onset Plan – Prepared by: K. Rosenthal - PM USA  CR Communications – 1.31.06

Subject to Protective Order in None

5012622820

# Historical Onserts
# Lights Sample – Q403 (Onsert)

Information
for Smokers

There is no such thing as a safe cigarette.

The terms "Ultra Light," "Light," "Medium" and "Mild" are used as descriptions of the strength of taste and flavor. These terms also serve as a relative indication of the average tar and nicotine yield per cigarette, as measured by a standard government test method.

The tar and nicotine yield numbers are not meant to

communicate the amount of tar or nicotine actually inhaled by any smoker, as individuals do not smoke like the machine used in the governmental test method. The amount of tar and nicotine you inhale will be higher than the stated tar and nicotine yield numbers if, for example, you block ventilation holes, inhale more deeply, take more puffs or smoke more cigarettes.

Similarly, if you smoke brands with descriptions such as "Ultra Light," "Light," "Medium" or "Mild" you may not inhale less tar and nicotine than you would from other brands. It depends on how you smoke.

You should not assume that cigarette brands using descriptions like "Ultra Light," "Medium" or "Mild" are less harmful than full-flavor cigarette brands or that

smoking such cigarette brands will help you quit smoking if you are concerned about the health effects of smoking, you should quit. For more information about the numbers listed on equipment or quitting smoking, please go to www.pm.com or call 1-800-232-0073

© Philip Morris USA Inc. 2005      XXXXX

28

5012622821

Subject to Protective Order in None

5012622821

# Historical Onserts
# Web Site – Q104





Subject to Protective Order In None

5012622822

5012622822

# Historical Onserts
# PRC – Q204

**Research shows:**
*Kids whose parents smoke are twice as likely to smoke as kids whose parents don't smoke.*

Get the brochure
"Raising kids who don't smoke."

Call 1-800-PMUSA-YSP
or visit philipmorrisusa.com

**Research also shows:**
*Kids whose parents talk to them regularly about not smoking are less likely to smoke – even if their parents smoke.*

30

FINAL/Confidential – 2005-06 Onsert Plan - Prepared by: K. Rosenthal – PM USA CR Communications – 1.31.06

5012622823

Subject to Protective Order in None

5012622823

# Historical Onsets
# QuitAssist – Q304

**Did you know?**

According to the National Cancer Institute, the use of medications such as nicotine replacement products can double your chances of successfully quitting?

**What is QuitAssist?**

QuitAssist is an information resource from Philip Morris USA that connects smokers who have decided to quit to expert quitting information and tools.

**How can QuitAssist help?**

There is no one way that works for everyone. The more you know about how to quit, the better your chances for success. QuitAssist provides easy access to information from public health authorities that can help you find your own path to success.

To find out more, log onto QuitAssist at www.philipmorrisusa.com or call 1-888-784-7848

**QuitAssist**
Information Resource
Philip Morris USA

**If you decide to quit smoking...**

**5 keys for quitting** (as recommended by):

- Get ready
- Get support and encouragement
- Learn new skills and behaviors
- Get medication and use it correctly
- Be prepared for relapse or difficult situations

31

FINAL/Confidential – 2005-06 Onset Plan - Prepared by: K. Rosenthal - PM USA CR Communications – 1.31.06

5012622824

Subject to Protective Order in None

5012622824

# Historical Onserts
# Lights Sample – Q404

## Information for Smokers.

There is no such thing as a safe cigarette

If you are concerned about
the length of time you're smoking,
you should quit.

For more information about the
numbers brand descriptors or
quitting smoking, please go
to www.philipmorrisusa.com
or call 1-800-343-0975.

There is no such thing
as a safe cigarette.

The terms "Ultra Light," "Light,"
"Medium" and "Mild" are used as
descriptors of the strength of taste
and flavor. These terms also serve
as a relative indication of the
average tar and nicotine yield per
cigarette, as measured by a
standard government test method.

The tar and nicotine yield numbers
are not meant to communicate the
amount of tar or nicotine you actually
inhale. Any smoker, as individuals
do not smoke. Yet the machines used
in the government test method.
The amount of tar and nicotine you
inhale will be higher than the stated
tar and nicotine yield numbers if, for
example you block ventilation holes,
inhale more deeply, take more puffs
or smoke more cigarettes.

Similarly if you smoke brands
with descriptions such as "Ultra
Light," "Light," "Medium"
or "Mild," you may not inhale
less tar and nicotine than you
would from other brands.
It depends on how you smoke.

You should not assume that
cigarette brands using
descriptions are "Ultra Light,"
"Light," "Medium" or "Mild"
are less harmful than full-flavor
cigarette brands, or that smoking
such cigarette brands will help
you quit smoking.

See other side

FINAL/C Confidential – 2005-06 Onsert Plan - Prepared by: K. Rosenthal – PM USA CR Communications – 1.31.06

5012622825

Subject to Protective Order in None

5012622825

# Historical Onserts
## QuitAssist – Q105

**Did you know?**

According to the National Cancer Institute, the use of medication such as nicotine replacement products can double your chances of successfully quitting.

**What is QuitAssist?**

QuitAssist is an information resource from Philip Morris USA that connects smokers who have decided to quit to expert quitting information and tools.

If you decide to quit smoking:

**How can QuitAssist help?**

There is no one way that works for everyone. The more you know about how to quit, the better your chances for success. QuitAssist provides easy access to information from public health authorities that can help you find your own path to success.

To find out more, log onto QuitAssist at:
www.philipmorrisusa.com or call 1-888-784-7848



**Quit Assist**
Information Resource
Philip Morris USA

**5 Keys for Quitting**

1. Get ready
2. Get support and encouragement
3. Learn new skills and behaviors
4. Get medication and use it correctly
5. Be prepared for relapse or difficult situations

FINAL/Confidential – 2005-06 Onset Plan – Prepared by: K. Rosenthal – PM USA CR Communications – 1.31.06

33

5012622826

Subject to Protective Order in None

5012622826

# Historical Onserts
# Lights Sample – Q205/Q405

## Information for Smokers.

Philip Morris USA

The price and the red numbers are no mean to communicate the amount of tar or nicotine actually inhaled by any smoker as individuals do not smoke like the machine used in the government test method. The amount of tar and nicotine that any individual smoker inhales for and receives may be more or for example, you block vents, take more puffs, inhale more deeply, take more puffs or smoke more cigarettes.

Similarly, if you smoke brands in descriptors such as Ultra Light," "Light," "Medium" or "Mild," you may not inhale less tar and nicotine than you would from other brands. It depends on how you smoke one.

If you are concerned about the health effects of smoking, you should quit.

For more information about the numbers, brand descriptors or quitting smoking, please go to www.philipmorrisusa.com or call 1-800-343-0975.

You should not assume that cigarette brands using descriptors like "Ultra Light," "Light," "Medium" or "Mild" are less harmful than cigarette brands or that smoking such cigarette brands will help you stop smoking.

There is no such thing as a safe cigarette, including this one.

There is no such thing as a safe cigarette, including this one. The terms "Ultra Light," "Light," "Medium" and "Mild" are used in descriptors of the strength of taste and flavor. These terms are also used as a relative indication of the average tar and nicotine yield per cigarette as measured by a standard government test method.

See panel 6

34

FINAL/Confidential – 2005-06 Onsert Plan - Prepared by: K. Rosenthal - PM USA CR Communications – 1.31.06

5012622827

Subject to Protective Order In None

5012622827

# Historical Onserts
# QuitAssist – Q305

**Did you know?**

The National Cancer Institute says that the use of medication such as nicotine-replacement products can double your chances of quitting for good.[1]

**QuitAssist ...**

It's your link to quitting websites, quitting guides, telephone quitlines, what's worked for others, and much more... To get a free copy visit QuitAssist Online at www.philipmorrisusa.com or call 1-888-784-7848

References

USDHHS, April 2002. Clearing the air. Our smoking guide. NIH Publication No. 03-1647. Bethesda, MD: National Cancer Institute.

The more you know about how to quit, the better your chances for success.

Quitting smoking is a very personal experience. There's no one way that works for everyone. QuitAssist is an information resource that provides easy access to expert information from public health authorities and others to help you find your own path to success. Online at philipmorrisusa.com or call 1-888-784-7848.

35

Also available in Spanish

**QuitAssist™**
Information Resource
Philip Morris USA

623035PhilipMorris USA     REV

FINAL/Confidential – 2005-06 Onsert Plan - Prepared by: K. Rosenthal - PM USA  CR Communications – 1.31.06

5012622828

Subject to Protective Order in None

5012622828