# EXHIBIT X

# Update: New Competitive Tobacco-Related Technologies

- **RJR – Eclipse Cigarettes**
  - Heats rather than burns tobacco; 80% less ETS; "less risky" product
  - Distribution expanded 01/01 to 1,700 retail outlets in Dallas/Fort Worth area
  - Available via mail order in 38 states

- **Star Scientific – Advance Cigarettes and other innovations**
  - Advance
    - ~ Very low TSNA cigarette
    - ~ Available in test retail markets of Richmond and Lexington, Ky.
  - Low TSNA snuff – scheduled for market launch June 2001
  - Low TSNA "hard tobacco lozenge" presently in development

- **Vector Tobacco – As Yet-Unnamed cigarette brand**
  - "Virtually nicotine free"; very low TSNA due to absence of nicotine
  - Genetically modified; nicotine stays in roots, does not travel to leaves
  - To be marketed as smoking cessation device early 2002 with FDA approval

- **UST – Range of new products aimed at smokers**
  - Snuff in tea bag-like pouches in various flavors and sizes; "spit-less" snuff

Sources: RJR, Star Scientific & Vector press releases; News & Observer & Wall Street Journal (01/16/01); WSJ (01/22/01)

Subject to Protective Order in None.

2067184459

# R.J. Reynolds Stands by Eclipse

- RJR defended its claim that Eclipse may be less risky to smokers after the Mass. Dept. of Health on 10/04 asked federal regulators to investigate.
  - Dept. of Health said tests it requested found Eclipse contains higher levels of cancer-causing chemicals than "ultralight" brands Now and Carlton.

- On 10/05, Reynolds stood by its claims that Eclipse may reduce the risk of cancer, chronic bronchitis and possibly emphysema.

- EVP of R&D Gary Burger said: "Compared to other cigarettes, Eclipse may present smokers with less risk of certain smoking-related diseases."

- RJR said independent studies confirmed the company's findings that smoke from Eclipse contains 80% lower levels of many carcinogens than traditional cigarettes.

Source: CSNews Online (10/06/00); Bloomberg and Wall Street Journal (10/04/00)

Subject to Protective Order in None

2067184460
0944460

# Star Scientific Launches Low-TSNA Cigarette "Advance"

- Star on 10/02/00 test-launched a **Light Kings** packing of its premium low-TSNA cigarette **Advance** (prototype name—GoldSmoke) in Virginia (25 Richmond-area tobacco & c-stores by end of first week) and Kentucky.

    -- Brown & Williamson is manufacturing Advance for Star.

- Advance has an activated "dalmation-type charcoal/acetate filter" ("which reduces several additional toxic constituents"), and contains tobacco specially cured to reduce levels of nitrosamines (patented StarCure™ process).

    -- Star CEO says StarCure "does not affect color, taste or nicotine content."
    -- Star acknowledges "there is no scientific evidence that cutting down on nitrosamines will reduce the health risks of smoking."

- Packs are gray, blue and white with futuristic graphics, and include rotating package "onserts" providing further information about smoking's health risks.

    -- Entire back of pack to display health and content messages.

- Star will not advertise Advance during initial launch, but will rely upon word of mouth and counter displays bearing the slogan, "Know what you smoke."

Sources: Wall Street Journal (10/02/00); Richmond Times-Dispatch (10/02/00); Star Press Release (10/02/00)

Subject to Protective Order in None

2067184461

# New Product UPDATE: Star Scientific's ADVANCE

- **Advance Tobacco Blend to Change**
  - Advance cigarettes on market now are made from StarCure™ barns processing Virginia tobacco.
  - Next batch will be made from Kentucky burley, "which should further lower nitrosamine level, perhaps to 1/10th that of a regular cigarette" (Perito)
    - ~ Star says it is committed to using Kentucky burley.
    - ~ Advance will have largest percentage of U.S. tobacco of any cigarette.
- **B&W has contracted to buy at least 15 million pounds of Star tobacco to use in regular B&W products.**
- B&W has long-term agreement that could allow it to license the Advance product or others Star develops.

Source: Lexington Herald-Leader (10/03/00) via Knight Ridder/Tribune Business News

Subject to Protective Order In Nono

2067184462

# Star Scientific's ADVANCE Product Promotion



B1G1F in Lexington, KY and Richmond, VA Test Markets.

Source: FSF observation in the marketplace; product currently available at retail in test markets.

Subject to Protective Order in None

2067184463

# New Product: Star Scientific's ADVANCE



**ADVANCE**

- There is NO such thing as a safe cigarette.
- Star's processing methods greatly reduce SOME cancer causing chemicals (nitrosamines), and a special filter reduces SOME toxic gases in cigarette smoke. Nicotine levels are NOT changed.
- There is NOT enough available information to know if Star's methods will actually lower your health RISKS.
- Smoking related diseases can kill you. It is much safer for you to QUIT than to switch or smoke.

For full details, log onto: www.starscientific.com

**Back of Pack**

**ADVANCE**
Charcoal Filter

Lights
Premium Taste

**Front of Pack**

2067184464

Source: Product purchased at retail.

Subject to Protective Order in None

# New Product: Star Scientific's ADVANCE (Cont.)



Carton

Source: Product purchased at retail.

2067184465

Subject to Protective Order in None

# New Product: Star Scientific's ADVANCE (Cont.)

**ADVANCE**

STAR is providing this series of information strips so adult consumers have a sound basis for making informed choices.

Star wants you to KNOW:

**THERE IS NO SUCH THING AS A "SAFE" CIGARETTE**

There are more than 4,000 different chemicals in cigarette smoke. About 40 of these are thought to be carcinogens (cancer-causing chemicals). Some of the non-carcinogens may play a role in causing heart disease. Since most of the carcinogens are found in the "tar" part of the smoke, one approach to reducing the health hazards of smoking has been to lower tar.

For many years, tar levels have been measured by smoking machines (on a standard machine, tar settings on the machine, the size and number of puffs, etc.) were specified by the Federal Trade Commission and cigarettes were smoked in the same manner.

By adding filters and putting ventilation holes in the filter, cigarette makers developed many brands which tested as having reduced tar and nicotine even though the tobacco itself was relatively unchanged.

Because many smokers seem to get nicotine, they tend to smoke more intensely when smoking "lights" or "ultra-lights".

This "compensation" is achieved by taking bigger, deeper, or more frequent puffs, or by having more cigarettes. As a result their exposure to toxins may not be really reduced. This is why "lights" and "ultra-lights" are NOT NOW viewed by health scientists as reliably less hazardous.

Using a different approach, STAR has actually reduced some toxins in the tobacco itself.

ADVANCE cigarettes use tobacco cured in special STAR-CURE™ tobacco barns to prevent or reduce the formation of tobacco-specific nitrosamines (TSNAs), a group of potent cancer-causing chemicals in tobacco and tobacco smoke.

Total TSNA levels in ADVANCE are more than 70% lower than levels found in the leading "light" brands.

ADVANCE also uses a special charcoal filter to reduce SOME toxic gases in cigarette smoke.

**ALL SMOKED TOBACCO PRODUCTS ARE ADDICTIVE AND POSE SERIOUS HEALTH HAZARDS.**

It is not yet known if reducing TSNAs and other toxins will lower YOUR health risks.

**IT IS STILL BETTER TO QUIT THAN TO SWITCH OR SMOKE.**

For more information, go to our website at: www.starscientific.com and read the other information strips in this series.

PACK ONSERT                    15-078JA

## Pack "onsert" (one of seven that will rotate)

2067184466

Source: Product purchased at retail.

Subject to Protective Order In None

## Update: Vector Tobacco – "Omni" and "Omni Free"

- Vector will introduce <u>two</u> new brands, one this summer, the other in 2002

- **Omni**, made of tobacco treated to block formation of polycyclic aromatic hydrocarbons (PAHs), "a known carcinogen*," to be retailed this summer.

- **Omni Free**, in addition to being PAH-blocked, will be genetically engineered to be nicotine-free and nitrosasmine-free.

  -- To be marketed in 2002 as smoking-cessation tool; can be used with a <u>nicotine patch.</u> Potential slogan: "Omni. A better choice for smokers."

  -- Le Bow claims this is "not a safe cigarette, but it's a safer cigarette."

- Vector is seeking to buy Crown Crafts' 174,000 sq.ft. textile plant in Roxboro, N.C. to produce Omni; could employ 400 there, according to LeBow.

* citation from <u>Baltimore Sun</u> article, quoting Bennett LeBow.

Sources: Baltimore Sun (02/18/01); AP (02/16/01); Reuters (02/19/01); Wall Street Journal (02/12/01)

2067184467

Subject to Protective Order in None