# EXHIBIT Y

# CONFIDENTIAL
## Subject to Protective Order in Schwab Tobacco Litigation