# EXHIBIT  Z

# CONFIDENTIAL
## Subject to  Protective Order in Schwab Tobacco Litigation