UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| IN RE: LIGHT CIGARETTES MARKETING AND SALES PRACTICES LITIGATION | MDL DOCKET NO. 1-09-MD-2068 ALL CASES |

### AFFIDAVIT OF JEFFREY E. HARRIS, M.D. Ph.D.

I, Jeffrey E. Harris, being duly sworn on oath, state the following:

1. Counsel for Plaintiffs have retained me as an expert in the above-captioned matter. In that capacity, I have submitted an expert report dated December 6, 2009 [1], given deposition testimony on January 20, 2010 [2], and submitted an affidavit on March 29, 2010 [3]. (Numbers in brackets refer to end notes.)

2. Counsel for Plaintiffs have asked me to examine data on Philip Morris USA ("PM USA") onserts that were transmitted by Counsel for Defendant in two separate deliveries:

   a. A set of three Excel Workbooks [4-6] transmitted via email to Plaintiff's Counsel under cover letter by Judith Bernstein-Gaeta, dated March 11, 2010 [7]; and

   b. A single Excel Workbook [8] transmitted via email from Judith Bernstein-Gaeta to Plaintiff's counsel dated March 25, 2010 [9]. In the accompanying email [9], Ms. Bernstein-Gaeta described the document

as "a replacement Excel spreadsheet that updates the 4-state information previously provided to Plaintiffs with estimates for all eleven states."

3. As part of my evaluation, Counsel for Plaintiff have specifically asked me to determine, for each state and year, the proportion of PM USA light or ultra-light cigarette packs that contained an accompanying onsert.

4. I identified significant inconsistencies and errors in the 11-state replacement Excel Workbook that was transmitted on March 25, 2010 [8]. First, the summary worksheet (entitled *Summary*), as well as the accompanying detailed worksheets, contained data on the state of Michigan, whereas the previously delivered spreadsheet on annual sales volume in each of the 11 states referred to the state of Mississippi [5]. A copy of the data from this worksheet is appended as Figure 1. Second, each of the detailed worksheets named *4Q04 Detail, 2Q05 Detail, 4Q05 Detail, 2Q06 Detail*, and *2Q07 Detail* contained invalid data, as indicated by the entry #REF!. A screenshot of a portion of the sheet *4Q04 Detail* is appended as Figure 2. Comparing the 11-state version with the earlier 4-state version [6], I concluded that the invalid data resulted from the deletion of all information on the numbers of onserts for individual brands in the 11-state version. The data on individual brands were present in the earlier 4-state version [6].

5. Based on the remaining data on all PM USA low-tar brands for 10 states, I computed the ratio of the number of onserts to the total number of packs sold for each year from 2002 through 2008. I then expressed each ratio as a percentage of total sales for each state and each year. My computations are shown in Table 1, which is attached. The percentages are larger for 2005 because onserts were shipped in two quarters during that year, rather than one quarter.

2

Harris, J.E., Affidavit        *In Re: Light Cigarettes, MDL No. 2068*        March 30, 2010

| Table 1. Onserts as a Percentage of Total Cigarette Sales: PM USA Light/Ultra Light Brands, 10 States, 2002–2008* ||||||||
|---|---|---|---|---|---|---|---|
| **State** | **2002** | **2003** | **2004** | **2005** | **2006** | **2007** | **2008** |
| AR | 2.12 % | 1.79 % | 1.46 % | 3.45 % | 2.19 % | 1.91 % | 2.45 % |
| CA | 2.09 % | 1.73 % | 1.49 % | 3.23 % | 1.74 % | 1.64 % | 2.17 % |
| DC | 2.08 % | 1.72 % | 2.46 % | 3.21 % | 1.92 % | 2.05 % | 1.44 % |
| IL | 2.06 % | 1.73 % | 1.83 % | 3.44 % | 2.10 % | 1.77 % | 2.44 % |
| ME | 2.10 % | 1.75 % | 1.52 % | 4.62 % | 1.88 % | 2.42 % | 1.43 % |
| NM | 2.12 % | 1.74 % | 0.88 % | 3.27 % | 2.06 % | 1.65 % | 2.33 % |
| NY | 2.11 % | 1.75 % | 1.80 % | 4.26 % | 2.05 % | 2.42 % | 2.06 % |
| PA | 2.05 % | 1.72 % | 2.03 % | 4.71 % | 1.94 % | 2.42 % | 2.03 % |
| TN | 2.08 % | 1.75 % | 1.88 % | 3.79 % | 1.99 % | 2.19 % | 2.33 % |
| WI | 2.10 % | 1.70 % | 1.91 % | 4.48 % | 2.42 % | 1.85 % | 2.36 % |

*Includes all brand packings that, at any point during 2002–2008, contained a descriptor such as "lights" or "ultralights," contained the logo "low/lowered/lowest tar" or were distributed at any time with a "low tar" onsert. See [7].
Source: Computed from [4-6, 8].

**Figure 1. Printout of the *Summary* Worksheet of "PM3052209557 - CONFIDENTIAL - Low Tar Onsert Programs Summary 03222010"**

Harris, J.E., Affidavit  *In Re. Light Cigarettes, MDL No. 2068*  March 30, 2010

**Figure 2. Screenshot of a Portion of the 4Q04 Detail Worksheet of "PM3052209557 - CONFIDENTIAL - Low Tar Onsert Programs Summary 03222010"**

6

**End Notes and References**

1. Harris, J.E., *Expert Report*, in *In Re: Light Cigarettes Marketing and Sales Practices Litigation*. 2009, MDL Docket No. 1-09-MD-2068, All Cases: United States District Court, District of Maine, December 6.

2. Harris, J.E., *Deposition Testimony*, in *In Re: Light Cigarettes Marketing and Sales Practices Litigation*. 2010, MDL Docket No. 1-09-MD-2068, All Cases: United States District Court, District of Maine, January 20.

3. Harris, J.E., *Affidavit*, in *In Re: Light Cigarettes Marketing and Sales Practices Litigation*. 2010, MDL Docket No. 1-09-MD-2068, All Cases: United States District Court, District of Maine, March 29.

4. Philip Morris USA, *PM3052209556 - CONFIDENTIAL - Estimated Packs with Onserts by State and Packing Code 2002 & 2003.xlsx (Excel workbook)*. 2010, March 11.

5. Philip Morris USA, *PM3052209555 - CONFIDENTIAL - Annual Totals of Select Packing Codes.xls (Excel Workbook)*. 2010, March 11.

6. Philip Morris USA, *PM3052209554 - CONFIDENTIAL - Low Tar Onset Programs Summary HASH4cc6c4b24b53743e218ac21956e1543a.xls (Excel workbook)*. 2010: March 11.

7. Bernstein-Gaeta, J., *Correspondence to Don Barrett, Joe R. Whatley Jr, and Samuel Lanham. Re: In re Light Cigarettes Marketing Sales Practices Litigation, MDL Docket No. 1-09-MD-2068 (D. Me.)*. 2010, Washington DC: Arnold & Porter LLP, March 11.

Harris, J.E., Affidavit          *In Re: Light Cigarettes, MDL No. 2068*          March 30, 2010

8.  Philip Morris USA, *PM3052209557 - CONFIDENTIAL - Low Tar Onsert Programs Summary 03222010.xls (Excel workbook)*. 2010, March 25.

9.  Bernstein-Gaeta, J., *Email correspondence to Joe R. Whatley Jr, Don Barrett, and Samuel Lanham. Subject: MDL Litigation: Production of Onset Pack Distribution Estimates*. 2010, March 25.

Case 1:09-md-02068-JAW   Document 191   Filed 04/01/10   Page 8 of 8

Harris. J.E.. Affidavit            *In Re: Light Cigarettes, MDL No. 2068*            March ~~31~~ 30, 2010

Dated 3/30/2010

Providence. Rhode Island

*[signature]*
Jeffrey E. Harris

Subscribed and sworn to before me this  30  day of  March , 2010.

My Commission Expires _____

ROSE-MARIE BENNETT
NOTARY PUBLIC
STATE OF RHODE ISLAND
MY COMMISSION EXPIRES MAY 6, 2013
ID# 41120

*[signature: Rose Marie Bennett]*

3