UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

|  |  |
|---|---|
| IN RE:  LIGHT CIGARETTES MARKETING SALES PRACTICES LITIGATION | ) ) ) ) ) MDL Docket No. 1:09-MD-2068 ALL CASES |

### PHILIP MORRIS USA'S UNOPPOSED MOTION FOR LEAVE TO SUBMIT REPLY MEMORANDUM EXCEEDING SEVEN PAGES

Pursuant to Local Rule 7(e), defendant Philip Morris USA Inc. ("PM USA") respectfully seeks leave to submit a Reply Memorandum in support of its Motion for Summary Judgment on Plaintiffs' Claims For Purchases After December 1, 2002, not to exceed ten (10) pages. These additional pages (a total of three) are necessary to respond adequately to plaintiffs' brief and other supporting materials. Plaintiffs have been consulted and do not oppose PM USA's request.

PM USA's motion to exceed page limitations is timely filed more than three days before PM USA's Reply Memorandum is due. *See* Local Rule 7(e).

For the foregoing reasons, PM USA respectfully requests leave to submit a Reply Memorandum in support of its Motion for Summary Judgment on Plaintiffs' Claims For Purchases After December 1, 2002, not to exceed ten (10) pages.

DATED this 9th day of April, 2010.

Respectfully submitted,

/s/ H. Peter Del Bianco, Jr.
H. Peter Del Bianco, Jr.
LAMBERT COFFIN
P.O. Box 15215
477 Congress Street
Portland, Maine  04112-5215
(207) 874-4000

Philip H. Curtis
Nancy G. Milburn
ARNOLD & PORTER LLP

399 Park Avenue
New York, NY 10022
(212) 715-1000

Judith Bernstein-Gaeta
James M. Rosenthal
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
(202) 942-5000

John H. Beisner
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP & ASSOCIATES
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 9, 2010, I electronically filed the foregoing Unopposed Motion for Leave to Submit Reply Memorandum Exceeding Seven Pages with the Clerk of the Court using the EM/ECF system which will send notification of such filing to all counsel of record registered with the ECF system.

              /s/ H. Peter Del Bianco, Jr.
              H. Peter Del Bianco, Jr.
              LAMBERT COFFIN
              P.O. Box 15215
              477 Congress Street
              Portland, Maine 04101
              Telephone: (207) 874-4000
              pdelbianco@lambertcoffin.com