# Exhibit 10





## Morbidity and Mortality Weekly Report

Weekly      May 28, 2004 / Vol. 53 / No. 20

## World No Tobacco Day — May 31, 2004

"Up in Smoke: Tobacco's Cost to the Family" is the U.S. theme of this year's World No Tobacco Day, May 31. Tobacco use is responsible for nearly one in 10 adult deaths worldwide and five million deaths each year (*1*).

In the United States, on average, men and women who smoke have their lives cut short by 13.2 and 14.5 years, respectively (*2*). Each year, secondhand smoke is associated with thousands of new cases of asthma, bronchitis, and pneumonia among children and an increased risk for sudden infant death syndrome (*2*). The economic toll for smoking exceeds $150 billion (i.e., $3,400 per smoker) per year (*3*). In 1994, smoking-related Social Security Survivors Insurance payments cost the nation about $1.4 billion (*4*). The poorest socioeconomic groups suffer the consequences of tobacco use the most (*5*), because of adverse health effects and having less money to spend on basic items such as food, education, and health care (*6*). Additional information is available at http://www.who.int/tobacco/en.

### References
1. World Bank. Curbing the epidemic: governments and the economics of tobacco control, 1999. Available at http://www1.worldbank.org/tobacco/reports.htm.
2. U.S. Department of Health and Human Services. The health consequences of smoking: a report of the Surgeon General. Atlanta, Georgia: U.S. Department of Health and Human Services, CDC, 2004.
3. CDC. Annual smoking-attributable mortality, years of potential life lost, and economic costs—United States, 1995–1999. MMWR 2002;51:300–3.
4. Leistikow BN, Martin DC, Milano CE. Estimates of smoking-attributable deaths at ages 15–54, motherless or fatherless youths, and resulting social security costs in the United States in 1994. Prev Med 2000;30:353–60.
5. Jha P, Chaloupka F. Tobacco control in developing countries. Oxford, England: Oxford University Press, 2000.
6. Bo Rowe L, Lindsey C, Xueli A. Poverty and tobacco. Tob Control 2001;10:210–1.

## Cigarette Smoking Among Adults — United States, 2002

One of the national health objectives for 2010 is to reduce the prevalence of cigarette smoking among adults to $\leq 12\%$ (objective 27.1a) (*1*). To assess progress toward this objective, CDC analyzed self-reported data from the 2002 National Health Interview Survey (NHIS) sample adult core questionnaire. This report summarizes the results of that analysis, which indicated that, in 2002, approximately 22.5% of adults were current smokers. Although this prevalence is slightly lower than the 22.8% prevalence among U.S. adults in 2001 and substantially lower than the 24.1% prevalence in 1998, the rate of decline has not been at a sufficient pace to achieve the 2010 national health objective. During 1983–2002, adults with household incomes below the poverty level and those with less than some college education consistently had higher smoking prevalence. A comprehensive approach to smoking cessation that comprises educational, economic, clinical, and regulatory strategies and emphasizes reducing disparities is required to reduce further the prevalence of smoking (*2*).

The 2002 NHIS adult core questionnaire was administered by personal interview to a nationally representative sample (n = 31,044) of the U.S. civilian, noninstitutionalized population aged $\geq 18$ years; the overall survey response rate was 74.3%. Respondents were asked, "Have you smoked at least 100 cigarettes in your entire life?" and "Do you now smoke cigarettes every day, some days, or not at all?" Ever smokers were defined as those who reported having smoked $\geq 100$ cigarettes during their lifetimes. Current smokers were defined as

**INSIDE**
431 Immunization Registry Progress — United States, January–December 2002
433 Wild Poliovirus Importations — West and Central Africa, January 2003–March 2004
435 Notices to Readers

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR DISEASE CONTROL AND PREVENTION

The *MMWR* series of publications is published by the Epidemiology Program Office, Centers for Disease Control and Prevention (CDC), U.S. Department of Health and Human Services, Atlanta, GA 30333.

**SUGGESTED CITATION**
Centers for Disease Control and Prevention. [Article Title]. MMWR 2004;53:[inclusive page numbers].

**Centers for Disease Control and Prevention**
Julie L. Gerberding, M.D., M.P.H.
*Director*

Dixie E. Snider, M.D., M.P.H.
*(Acting) Deputy Director for Public Health Science*

Tanja Popovic, M.D., Ph.D.
*(Acting) Associate Director for Science*

**Epidemiology Program Office**
Stephen B. Thacker, M.D., M.Sc.
*Director*

**Office of Scientific and Health Communications**
John W. Ward, M.D.
*Director*
*Editor, MMWR Series*

Suzanne M. Hewitt, M.P.A.
*Managing Editor, MMWR Series*

Douglas W. Weatherwax
*(Acting) Lead Technical Writer/Editor*

Jude C. Rutledge
Teresa F. Rutledge
*Writers/Editors*

Lynda G. Cupell
Malbea A. LaPete
*Visual Information Specialists*

Kim L. Bright, M.B.A.
Quang M. Doan, M.B.A.
Erica R. Shaver
*Information Technology Specialists*

**Division of Public Health Surveillance and Informatics**
Notifiable Disease Morbidity and 122 Cities Mortality Data
Robert F. Fagan
Deborah A. Adams
Felicia J. Connor
Lateka Dammond
Rosaline Dhara
Donna Edwards
Patsy A. Hall
Pearl C. Sharp

those who reported both having smoked ≥100 cigarettes during their lifetimes and currently smoking every day or some days. Former smokers were defined as ever smokers who currently did not smoke. Data were adjusted for nonresponses and weighted to provide national estimates of cigarette smoking prevalence. Confidence intervals (CIs) were calculated by using SUDAAN to account for the multistage probability sample.

In 2002, an estimated 45.8 million adults (22.5%; 95% CI = ±0.6) were current smokers; of these, an estimated 37.5 million (81.8%) smoked every day, and 8.3 million (18.2%) smoked some days. Among those who smoked every day, an estimated 15.4 million (41.2%; 95% CI = ±1.5) reported that they had stopped smoking for ≥1 day during the preceding 12 months because they were trying to quit. In 2002, an estimated 46.0 million adults were former smokers, representing 50.1% (95% CI = ±1.1) of adults who had ever smoked; 2002 was the first year that more than half of ever smokers were former smokers.

Cigarette smoking prevalence rates varied substantially across population subgroups (Table). The prevalence of smoking was higher among men (25.2%) than women (20.0%) and inversely related to age, from 28.5% for those aged 18–24 years to 9.3% for those aged ≥65 years. Among racial/ethnic groups, Asians (13.3%) and Hispanics (16.7%) had the lowest prevalence, and American Indians/Alaska Natives had the highest (40.8%). Current smoking prevalence also was higher among adults living below the poverty level* (32.9%) than among those at or above the poverty level (22.2%). During 1983–2002, the gap in smoking prevalence between those living below the poverty line and those living at or above it increased from 8.7 percentage points to 10.7 percentage points (Figure 1). In addition, the percentage of ever smokers who had quit was higher for persons at or above the poverty level than for those below the poverty line. As with current smoking prevalence, this gap was larger in 2002 than in 1983 (20.0 percentage points versus 18.7 percentage points).

Educational attainment has been associated consistently with adult smoking prevalence since 1983 (Figure 2). By education level, smoking prevalence was highest among adults who had earned a General Educational Development diploma (42.3%) and lowest among those with graduate degrees (7.2%). Women with undergraduate (10.5%) or graduate degrees (6.4%) and men with graduate degrees (7.8%) also had smoking prevalence rates below the overall U.S. 2010 objective. During 1983–2002, the largest decreases in smoking prevalence occurred among adults with a college degree

---

* Published 2000 poverty thresholds from the U.S. Bureau of the Census were used in these calculations.

Vol. 53 / No. 20    MMWR    429

TABLE. Percentage of persons aged ≥18 years who were current smokers*, by selected characteristics — National Health Interview Survey, United States, 2002

| Characteristic | Men (n = 13,332) % | (95% CI†) | Women (n = 17,374) % | (95% CI) | Total (n = 30,706) % | (95% CI) |
|---|---|---|---|---|---|---|
| **Race/Ethnicity§** | | | | | | |
| White, non-Hispanic | 25.5 | (±1.1) | 21.8 | (±1.0) | 23.6 | (±0.8) |
| Black, non-Hispanic | 27.1 | (±2.4) | 18.7 | (±1.8) | 22.4 | (±1.6) |
| Hispanic | 22.7 | (±2.2) | 10.8 | (±1.3) | 16.7 | (±1.2) |
| American Indian/Alaska Native¶ | 40.5 | (±13.9) | 40.9 | (±12.8) | 40.8 | (±9.8) |
| Asian** | 19.0 | (±4.0) | 6.5 | (±2.2) | 13.3 | (±2.4) |
| **Education††** | | | | | | |
| 0–12 yrs (no diploma) | 32.0 | (±2.2) | 23.8 | (±1.8) | 27.6 | (±1.4) |
| *<8 yrs* | *25.4* | *(±3.2)* | *13.5* | *(±2.2)* | *19.3* | *(±2.0)* |
| *9–11 yrs* | *38.1* | *(±3.7)* | *30.9* | *(±2.9)* | *34.1* | *(±2.1)* |
| *12 yrs (no diploma)* | *32.3* | *(±6.8)* | *29.7* | *(±6.1)* | *31.0* | *(±4.4)* |
| GED (diploma)§§ | 47.4 | (±5.6) | 37.2 | (±5.0) | 42.3 | (±3.7) |
| 12 yrs (diploma) | 29.8 | (±2.0) | 22.1 | (±1.5) | 25.6 | (±1.3) |
| Associate degree | 24.1 | (±2.9) | 19.6 | (±2.2) | 21.5 | (±1.7) |
| Some college (no degree) | 24.8 | (±2.2) | 21.6 | (±1.6) | 23.1 | (±1.4) |
| Undergraduate degree | 13.6 | (±1.7) | 10.5 | (±1.4) | 12.1 | (±1.1) |
| Graduate degree | 7.8 | (±1.6) | 6.4 | (±1.5) | 7.2 | (±1.1) |
| **Age group (yrs)** | | | | | | |
| 18–24 | 32.4 | (±2.8) | 24.6 | (±2.5) | 28.5 | (±2.0) |
| 25–44 | 28.7 | (±1.4) | 22.8 | (±1.3) | 25.7 | (±1.0) |
| 45–64 | 24.5 | (±1.4) | 21.1 | (±1.2) | 22.7 | (±0.9) |
| ≥65 | 10.1 | (±1.4) | 8.6 | (±1.1) | 9.3 | (±0.8) |
| **Poverty level¶¶** | | | | | | |
| At or above | 24.8 | (±1.1) | 19.7 | (±0.9) | 22.2 | (±0.7) |
| Below | 36.9 | (±3.3) | 30.1 | (±2.8) | 32.9 | (±2.3) |
| Unknown | 23.0 | (±1.8) | 16.9 | (±1.3) | 19.7 | (±1.1) |
| **Total** | **25.2** | **(±0.9)** | **20.0** | **(±0.8)** | **22.5** | **(±0.6)** |

* Persons who reported smoking ≥100 cigarettes during their lifetimes and who reported at the time of interview smoking every day or some days. Excludes 338 respondents whose smoking status was unknown.
† Confidence interval.
§ Excludes 343 respondents of unknown, multiple, and other racial/ethnic categories.
¶ Wide variances among estimates reflect small sample sizes.
** Does not include native Hawaiians or other Pacific Islanders.
†† Persons aged ≥25 years. Excludes 369 persons with unknown years of education.
§§ General Educational Development.
¶¶ Published 2000 poverty thresholds from the U.S. Bureau of the Census were used in these calculations.

(10.0 percentage points) and those with some college education (9.3 percentage points); those with a high school diploma (6.6 percentage points) and those with less than a high school education (5.8 percentage points) showed the smallest decreases. During this period, the gap in smoking prevalence between adults who had graduated from college and those with less than a high school education increased from 14.0 percentage points in 1983 to 18.2 percentage points in 2002 (Figure 2). Similar patterns occurred in the percentage of ever smokers who had quit among different educational groups. The percentage of ever smokers who had quit was highest for those with college degrees, followed by persons with some college education. High school graduates and those with less than high school education had the lowest percentage of ever smokers who had quit. The gap between adults with a college degree and those with less than a high school education increased from 19.0 percentage points in 1983 to 25.9 percentage points in 2002.

**Reported by:** *C Husten, MD, K Jackson, MSPH, Office on Smoking and Health, National Center for Chronic Disease Prevention and Health Promotion; C Lee, PhD, EIS Officer, CDC.*

**Editorial Note:** The findings in this report indicate that 1) the socioeconomic status of U.S. adults is inversely related to their likelihood of smoking and 2) during 1983–2002, the gap in smoking prevalence by socioeconomic status did not narrow and might have widened. These findings underscore the need for targeted interventions that can better reach persons of lower socioeconomic status.

Persons of low socioeconomic status have less access to health care than those of high socioeconomic status (*3*). Specific efforts to reduce socioeconomic disparities in smoking prevalence could include 1) offering comprehensive smoking



FIGURE 1. Trends in the percentage of current cigarette smoking among persons aged ≥18 years, by poverty level* and year — National Health Interview Survey, United States, 1983–2002

* Published 2000 poverty thresholds from the U.S. Bureau of the Census were used in these calculations.



FIGURE 2. Trends in the percentage of current cigarette smoking among persons aged ≥18 years, by education and year — National Health Interview Survey, United States, 1983–2002

cessation assistance through Medicaid and Medicare; 2) offering smoking cessation advice and counseling through clinics that care for the uninsured; 3) increasing support for smoking cessation at work places, particularly for low-income and blue-collar workers; 4) implementing telephone quitlines in all states; and 5) employing more media-based cessation campaigns (2,4,5). Expanding the scope of cessation coverage through Medicaid, Medicare, and private insurance and ensuring that persons without health insurance can obtain medical assistance to quit smoking is a key strategy to help low-income smokers quit (4). The lower rates of quitting among blue-collar workers can be partially explained by the lack of social support for quitting in their work environments (5). Encouraging all employers to implement programs and policies supporting smoking cessation can help reduce consistently observed disparities in smoking prevalence between blue- and white-collar workers (6). In addition, because tobacco use prevalence is associated with failing or dropping out of high school (7), school-based antismoking programs and policies should target younger students before they leave school (8,9). The U.S. Department of Health and Human Services recently announced a new initiative to increase access to telephone quitlines. Quitlines provide free counseling and have been shown to be effective in reaching low-income populations (10). Media campaigns also have been shown to reach low-income smokers and increase cessation (4,10).

The findings in this report are subject to at least two limitations. First, both the wording of NHIS cigarette smoking questions and NHIS data-collection procedures have changed since 1993. Because of these changes, trend analyses or comparisons of data from before 1993 with data collected since 1993 should be interpreted with caution. Second, because NHIS data for some population subgroups (e.g., American Indians/Alaska Natives) are small, data for a single year might be unreliable. Combining data for several years can produce more accurate estimates for these subpopulations.

National health objectives for 2010 focus on eliminating health disparities among population subgroups (1). Closing the gap in smoking prevalence among persons of different socioeconomic strata will require comprehensive tobacco-control programs that discourage smoking initiation and promote smoking cessation among members of populations at high risk. Comprehensive tobacco-control programs at local, state, and national levels must ensure that their intervention efforts reach persons with inadequate resources and limited access to health care. Such efforts should address the needs of the uninsured (e.g., providing treatment through telephone quitlines and in community health centers), increase coverage for tobacco-use treatment under both public and private insurance, and improve workplace and social environments to better support smoking cessation, particularly for low-income and blue-collar workers.

**References**

1. U.S. Department of Health and Human Services. Healthy People 2010, 2nd ed. With Understanding and Improving Health and Objectives for Improving Health (2 vols.). Washington, DC: U.S. Department of Health and Human Services, 2000.
2. U.S. Department of Health and Human Services. Reducing tobacco use: a report of the Surgeon General. Atlanta, Georgia: U.S. Department of Health and Human Services, CDC, 2000.
3. Adler NE, Boyce WT, Chesney MA, Folkman S, Syme LS. Socioeconomic inequalities in health: no easy solution. JAMA 1993;269:3140–5.
4. CDC. Strategies for reducing exposure to environmental tobacco smoke, increasing tobacco-use cessation, and reducing initiation in communities and health-care systems: a report of recommendations of the Task Force on Community Preventive Services. MMWR 2000;49(No. RR-12).
5. Sorensen G, Barbeau E, Hunt MK, Emmons K. Reducing social disparities in tobacco use: a social-contextual model for reducing tobacco use among blue-collar workers. Am J Public Health 2004;94:230–9.
6. Nelson DE, Emont SL, Brackbill RM, et al. Cigarette smoking prevalence by occupation in the United States: a comparison between 1978 to 1980 and 1987 to 1990. J Occup Med 1994;36:516–25.

7. CDC. Youth risk behavior surveillance—National Alternative High School Youth Risk Behavior Survey, United States, 1998. In: CDC Surveillance Summaries (October 29). MMWR 1999;48(No. SS-7).
8. CDC. Best practices for comprehensive tobacco control programs. Atlanta, Georgia: U.S. Department of Health and Human Services, CDC, 1999.
9. National Association of County and City Health Officials. Program and funding guidelines for comprehensive local tobacco control programs. Washington, DC: National Association of County and City Health Officials, 2000.
10. Haviland L, Thornton AH, Carothers S, et al. Giving infants a Great Start: launching a national smoking cessation program for pregnant women. Nicotine and Tobacco Research 2004;6:S181–8.

# Immunization Registry Progress — United States, January–December 2002

Immunization registries are confidential, computerized information systems that collect vaccination data within a geographic area (*1*). By consolidating vaccination records from multiple health-care providers, generating reminder and recall notifications, and assessing clinic and vaccination coverage, registries serve as key tools to increase and sustain high vaccination coverage (*2*). One of the national health objectives for 2010 is to increase to 95% the proportion of children aged <6 years who participate (i.e., have two or more vaccinations recorded) in fully operational, population-based immunization registries (objective 14.26) (*3*). This report summarizes data from CDC's 2002 Immunization Registry Annual Report (2002 IRAR), a survey of registry activity among immunization programs in the 50 states and the District of Columbia (DC) that receive grant funding under section 317b of the Public Health Service Act. These data indicate that approximately 43% of children aged <6 years are enrolled in a registry; achieving the national health objective will require increased implementation of functional standards to improve data quality.

The 2002 IRAR, a self-administered questionnaire, was distributed to immunization program managers as part of the annual reporting requirement. Respondents were asked about the number of children aged <6 years with two or more vaccinations recorded in an immunization registry and progress toward implementing the 12 functional standards considered essential for immunization registry operation (*4*).

A total of 37 (72%) states* reported operating registries that target their entire geographic areas. Seven (14%) other states (California, Georgia, Indiana, Massachusetts, Maryland, Minnesota, and New York) reported operating registries that target only regions or counties within their geographic areas, and the remaining seven (14%) states (Colorado, Kansas, Kentucky, Nebraska, New Mexico, Vermont, and Wyoming) reported no regional registry activity but were planning or piloting a statewide system. Nationwide, approximately 43% of U.S. children aged <6 years had two or more vaccinations recorded in a grantee registry[†]. Four (8%) states (Arizona, Mississippi, North Dakota, and South Dakota) reported that ≥95% of children aged <6 years participated in an immunization registry (Figure). In the 44 states that operate registries regionally or statewide, an average of 75% of public vaccination providers and 31% of private providers submitted data to a registry during the last 6 months of 2002. Seven (16%) states (Arkansas, Connecticut, DC, Mississippi, North Dakota, Oregon, and South Dakota) reported that >75% of private vaccination providers submitted data to a registry.

All 51 immunization programs reported efforts to implement key elements of the 12 functional standards established for immunization registries (Table). Four (8%) states (Ohio, West Virginia, Wisconsin, and Wyoming) reported implementing all elements of the 12 functional standards. Seven (14%) other states (Alaska, Arkansas, Delaware, Idaho, Indiana, Louisiana, and Minnesota) implemented all elements of the functional standards except for exchanging data using the Health Level 7 (HL7) standard or establishing an immunization registry record within 6 weeks of birth.

**Reported by:** *DL Bartlett, MPH, Immunization Svcs Div, National Immunization Program, CDC.*

---

* For this report, DC is considered a state when summary data are presented.

[†] Estimates of the number of children aged <6 years in the 50 states and DC are based on 2002 U.S. Census birth estimates.



FIGURE. Percentage of children aged <6 years with two or more vaccinations recorded in a Public Health Service Act § 317b immunization registry — United States, 2002

☐ 0%–33%
▨ 34%–66%
▩ 67%–94%
■ 95%–100%