# Exhibit 11

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| IN RE: LIGHT CIGARETTES MARKETING AND SALES PRACTICES LITIGATION | MDL DOCKET NO. 1-09-MD-2068 ALL CASES |

# EXPERT REPORT OF JEFFREY E. HARRIS, M.D. Ph.D.

December 6, 2009

Harris, J.E., Expert Report     *In Re: Light Cigarettes, MDL No. 2068*      December 6, 2009

### Qualifications

1. I am a Professor of Economics at the Massachusetts Institute of Technology. I have held the rank of tenured full professor since 1998. In my capacity as a faculty member at MIT, I have regularly taught courses in health economics, microeconomics and a freshman seminar on AIDS, and from time to time I have offered courses in industrial organization, government regulation, and probability and statistics. In my courses, I have taught students about the economics of the tobacco industry, the health consequences of smoking, and the economic effects of the health consequences of smoking [1]. (Numbers in brackets refer to end notes.)

2. From 1977 through April 2006, I practiced medicine as a primary care physician at the Massachusetts General Hospital in Boston, Massachusetts. In that capacity, I had thousands of encounters with patients who smoked cigarettes, as well as patients who suffered from smoking-related diseases. In February 2006, I began work as a consulting physician to the Providence Community Health Centers in Providence, Rhode Island. Since February 2008, I have been serving as a practicing internist at Blackstone Valley Community Health Care in Pawtucket, Rhode Island, where I continue to care for patients who smoke cigarettes and suffer from smoking-induced pathology. Many of these patients are economically disadvantaged patients and have no health insurance coverage. Like my patients at the Massachusetts General Hospital, virtually all of them want to quit smoking.

3. In my capacity as an economist and physician, I have written scholarly articles in peer-reviewed journals, advised numerous government agencies, given invited testimony before U.S. Congressional committees, and served as an invited member of

2

Harris, J.E., Expert Report      *In Re: Light Cigarettes, MDL No. 2068*           December 6, 2009

committees of the National Academy of Sciences. In particular, I served as consulting scientific editor, contributor and senior reviewer of the U.S. Surgeon General's reports of 1979–1983, 1986, 1988, 1989, and 1996. During 2004-2007, I was an invited member of the Institute of Medicine's Committee on Reducing Tobacco Use [2]. A complete listing is given in my Curriculum Vitae, which is attached to this report as Appendix A.

    4. My peer-reviewed articles include: "Taxing Tar and Nicotine," *American Economic Review* (1980); "Cigarette Smoking Among Successive Birth Cohorts of Men and Women in the United States During 1900-80," *Journal of the National Cancer Institute* (1983); "Cigarette Smoking Before and After an Excise-Tax Increase and Anti-Smoking Campaign – Massachusetts, 1990–1996," *Morbidity and Mortality Weekly Report* (1996); "U.S. Cigarette Manufacturers' Ability to Pay Damages: Overview and a Rough Calculation," *Tobacco Control* (1996); "The Continuum of Addiction: Cigarette Smoking in Relation to Price Among Americans Aged 15–29," *Health Economics* (1999); "Smoke Yields of Tobacco-Specific Nitrosamines in Relation to FTC Tar Level and Cigarette Manufacturer: Analysis of the Massachusetts Benchmark Study," *Public Health Reports* (2001); "Cigarette Tar Yields in Relation to Mortality from Lung Cancer in the Cancer Prevention Study II Prospective Cohort, 1982–8," *British Medical Journal* (2004); "Incomplete Compensation Does Not Imply Reduced Harm: Yields of 40 Smoke Toxicants per Milligram Nicotine in Regular Filter versus Low Tar Cigarettes in the 1999 Massachusetts Benchmark Study," *Nicotine and Tobacco Research* (2004); and "Asymmetric Social Interaction in Economics: Cigarette Smoking among Young People in the United States, 1992–1999," *Journal of Health Economics* (2008).

3

Harris, J.E., Expert Report     *In Re: Light Cigarettes, MDL No. 2068*     December 6, 2009

5. As further noted in my Curriculum Vitae, I have served a number of times as an expert witness in litigation concerning the economics and health consequences of cigarette smoking. In 1988, I gave expert testimony in <u>Cipollone v. Liggett Group, et al</u>. In 2003, I testified as an expert witness at trial in <u>Price v. Philip Morris</u> (originally captioned <u>Miles v. Philip Morris</u>), a class-action lawsuit concerning "light" cigarettes in the state of Illinois. In 2004, I testified as an expert witness on behalf of the U.S. Department of Justice in <u>United States v. Philip Morris et al</u>. In 2006, I gave deposition testimony in <u>Schwab et al. v. Philip Morris USA</u>, a nationwide class action concerning light cigarettes. In 2007, I submitted an expert report in <u>Craft et al. v. Philip Morris Companies, Inc. and Philip Morris Inc.</u>, a class action concerning light cigarettes in the state of Missouri. Most recently, in 2009, I submitted an expert report in <u>City of St. Louis et al. v. American Tobacco Co. et al.</u>, a lawsuit brought by hospitals to recover the health-care costs.

**Hourly Rate**

6. My hourly rate is $600 for both preparation and testimony.

**Assumptions; Questions Addressed**

7. Counsel for Plaintiffs has asked me to make the following assumptions:

a. The *relevant market* consists of the State of California and the District of Columbia.

b. The *cigarette lights brands* are Marlboro Lights and Marlboro Ultra Lights.

c. The *class period* runs from 2005 through 2009.

4

Harris, J.E., Expert Report     *In Re: Light Cigarettes, MDL No. 2068*         December 6, 2009

8. Given the foregoing assumptions, Counsel for Plaintiffs has asked me to address the following questions:

  a. How many packs of cigarette lights brands were sold in the relevant market during class period?

  b. What was the total consumer expenditure, inclusive of excise and sales taxes, on cigarette lights brands in the relevant market during the class period?

  c. What was the cumulative before-tax profit realized by Defendants Philip Morris and Altria Group on the sale of cigarette lights brands in the relevant market during the class period?

9. Thus far, Counsel for Plaintiffs has not asked me to make any interest calculations.

**Methodology Described; Supplementary Report Anticipated**

10. In this initial Report, I explain the methodology that I propose to use in order to answer the foregoing questions.

11. Some of the information required to carry out the calculations described in this Report is not publicly available. If and when I receive the necessary information during pretrial discovery, I will issue a supplementary report that delineates the results of my calculations.

**Cigarette Lights Brands Sold During the Class Period**

12. My computation of cigarette lights brands sold during the class period adheres essentially to the same methodology that I used in my expert reports in Price v. Philip Morris [3], which I append to this report as Appendix B.

5

Harris, J.E., Expert Report    *In Re: Light Cigarettes, MDL No. 2068*    December 6, 2009

13. To illustrate my computation of cigarette lights brands sold during the class period, I focus on the computation for the brand Marlboro Lights (ML) in the state of California (CA) during the year 2005. My computation begins with the following equation:

$$\text{Quantity of ML Cigarettes Sold in CA in 2005} = \text{Total Number of Cigarettes Taxed in CA in 2005} \times \text{Market Share of ML Cigarettes in CA in 2005} \quad \text{[Equation 1]}$$

14. The first term on the right-hand side of Equation 1 is the total number of cigarettes taxed in California in 2005. The most widely employed source of data on cigarettes taxed by state and year is the *Tax Burden on Tobacco*, an annual volume formerly issued by the Tobacco Institute and now issued by the firm of Orzechowski and Walker [4]. Table 10 of that source shows that in the state of California, 1,187.2 million packs of cigarettes were taxed in the fiscal year ending June 30, 2005, while 1,190.0 million packs were taxed in the fiscal year ending June 30, 2006. The average of these two values, that is, 1,188.6 million packs, represents an estimate of the total number of cigarettes taxed in California in calendar year 2005.

15. Data on the number of cigarettes taxed within a state include cigarettes purchased by non-residents of that state. In the event that I am instructed to exclude non-resident purchases, I can rely upon recent calculations by Lovenheim [5]. In particular, Table 8 of Lovenheim [5] shows that cigarette sales in California had increased by 0.36 percent as a consequence of cross-border traffic. In the present illustrative calculation, excluding non-resident purchases would result in an estimate of

$1,188.6 \times (100\% - 0.36\%) = 1,184.3$ million packs for the year 2005.

6

Harris, J.E., Expert Report     *In Re: Light Cigarettes, MDL No. 2068*     December 6, 2009

16. The second term in foregoing equation is the market share of Marlboro Lights cigarettes in California in 2005. To compute this quantity, I formulate the following equation:

$$\text{Market Share of ML Cigarettes in CA in 2005} = \text{ML Share of PM Shipments to CA in 2005} \times \text{PM National Market Share in 2005} \quad \text{[Equation 2]}$$

17. The first term on the right-hand side of Equation 2 is the Marlboro Lights share of all cigarette shipments by Philip Morris USA to its direct purchasers located within California. Such information is not in the public domain, but it is likely to be available from Defendant Philip Morris USA. Defendant Philip Morris provided similar data for other jurisdictions in other years during pre-trial discovery in both Price [3] and Craft [6].

18. The second term on the right-hand side is Philip Morris USA's share of the national market in 2005. This information is publicly available from the Altria Group Annual Reports. For the year 2005, for example, the national market share was 50.0 percent [7].

19. In order to get an idea of the magnitudes involved, I assume here that the ML share of Philip Morris direct shipments to California was 40 percent in 2005. (In 2003, the corresponding share in Missouri was 38 percent and the trend had been upward [6].) This implies that the market share of Marlboro Lights in California would be $40\% \times 50\% = 20\%$. Multiplying this share by the total number of cigarettes taxed in California during 2005 gives $20\% \times 1{,}188.6 = 237.7$ million packs of Marlboro Lights in 2005.

7

Harris, J.E., Expert Report   *In Re: Light Cigarettes, MDL No. 2068*   December 6, 2009

### Total Expenditure on Cigarette Lights Brands Sold During the Class Period

20. My computation of total expenditure on cigarette lights brands sold during the class period likewise follows the same methodology that I used in my expert report in Price v. Philip Morris [3].

21. To compute total expenditure, I multiply the number of packs of cigarettes sold by the average price per pack inclusive of local, state and federal excise taxes as well as applicable sales tax. For this purpose, data on average cigarette retail prices in each state and each year are also available from the *Tax Burden on Tobacco* [4]. Table 13A of that source indicates that on November 1, 2004, the average price of a premium-brand cigarette (such as Marlboro) in California, including excise taxes, was 411.9 cents; on November 1, 2005, the corresponding average price was 425.0 cents. Prorated to mid-2005, the average price would be $411.9 \times \left(\frac{2}{12}\right) + 425.0 \times \left(\frac{10}{12}\right) = 422.8$ cents per pack. Table 15 of the same source indicates that in 2005, California imposed a 7.25-percent sales tax on cigarettes, with excise taxes included in the sales tax base [4]. This gives an average retail price, inclusive of all taxes, of $422.8 \times 107.25\% = 453.5$ cents per pack.

22. Continuing with the illustrative calculation, total expenditures on Marlboro Lights in California in 2005 would equal $\$4.535 \times 237.7 = \$1,078.0$ million.

### Profit Realized on Cigarette Lights Brands Sold During the Class Period

23. To compute before-tax profit realized on cigarette lights brands sold during the class period, I make use of the following equation:

Before-Tax Profit on ML Cigarettes in CA in 2005 = Quantity of ML Cigarettes Sold in CA in 2005 × PM Pre-Tax Profit per Unit Sales of Cigarettes   [Equation 3]

8

Harris, J.E., Expert Report     *In Re: Light Cigarettes, MDL No. 2068*          December 6, 2009

24. To compute Defendant Philip Morris USA's before-tax profit on each pack of ML cigarettes, I rely on publicly available data from Altria Group annual reports. For the year 2005, the domestic tobacco business segment, that is, Philip Morris USA, had an operating income of $4.581 billion before allocation of corporate-wide expenses. In that year, all operating companies' income was $17.390 billion, while corporate-wide expenses were $798 million. (See "Consolidated Operating Results" at p. 21 in [7].) Hence, corporate-wide expenses allocated to Philip Morris USA would amount to $\frac{4.581}{17.390} \times 0.798 = \$0.200$ billion. This gives an operating income net of corporate-wide expenses equal to $4.581 - 0.200 = \$4.381$ billion. Philip Morris USA's domestic shipment volume in 2005 was 185.5 billion units, or $\frac{185.5}{20} = 9.275$ billion packs. (See "Operating Results: Domestic Tobacco" at p. 27 in [7].) Hence, the pre-tax profit per pack in 2005 was $\frac{4.381}{9.275} = \$0.47$ per pack.

25. The foregoing calculation represents the average pre-tax profit per pack of cigarettes. While Philip Morris USA's principal products are full-priced premium brand cigarettes, approximately 10 percent of the company's sales are discount brands. Hence, the average pre-tax profit per pack, as calculated above, tends to understate the actual profit per pack of premium brand cigarettes such as Marlboro Lights.

26. Continuing my illustrative calculation, the pre-tax profits on Marlboro Lights in California in 2005, based on Equation 3, would be $237.7 \times \$0.47 = \$111.7$ million.

9

Harris, J.E., Expert Report        *In Re: Light Cigarettes, MDL No. 2068*        December 6, 2009

**Summary of Illustrative Calculations**

27. Table 1 below summarizes all of illustrative calculations made in this report.

**Comment**

28. Although Counsel for Plaintiffs has informed me that the relevant markets are the State of California and the District of Columbia, I can extend my calculations using the same methodology to other markets.

29. Although Counsel for Plaintiffs has asked me to restrict the class period to 2005–2009, I can extend the class period backward at least to the 1970s. Extending the class period forward to include future projections would require additional modeling of future price, quantity, and costs.

30. Although Counsel for Plaintiffs has asked me to restrict the set of cigarette lights brands to Marlboro Lights and Marlboro Ultra Lights, I can extend my calculations using the same methodology to other cigarette brands.

31. In the foregoing illustrative calculation, I included all federal and state excise taxes and statewide sales taxes in the computations of average retail price. However, if required, I can exclude any and all applicable taxes.

32. In the foregoing calculation, I included all pre-tax profits. However, if required, I can exclude income taxes from the calculation.

33. In the foregoing calculation, I have made no interest calculations, but can do so if required.

Harris, J.E., Expert Report     *In Re: Light Cigarettes, MDL No. 2068*     December 6, 2009

### TABLE 1. Summary of Illustrative Calculations for Marlboro Lights in the State of California, 2005

| Step in Calculation | Source | Value |
|---|---|---|
| (A) Cigarettes taxed in California during fiscal year ending June 30, 2005 (millions of packs) | Table 10 of [4] | 1,187.2 |
| (B) Cigarettes taxed in California during fiscal year ending June 30, 2005 (millions of packs) | Table 10 of [4] | 1,190.0 |
| (C) Estimated cigarettes taxed in California during calendar year 2005 (millions of packs) | $\frac{A+B}{2}$ | 1,188.6 |
| (D) Philip Morris USA's share of national market in 2005 | Page 27 in [7] | 50.0% |
| (E) Marlboro Lights share of Philip Morris USA's shipments to direct purchasers located in California in 2005 | See text ¶19. | 40% |
| (F) Estimated market share of Marlboro Lights cigarettes in California in 2005 | $D \times E$ | 20% |
| (G) Estimated purchases of Marlboro Lights cigarettes in California in 2005 (millions of packs) | $C \times F$ | 237.7 |
| (H) Average price of premium-brand cigarettes in California (exclusive of sales taxes) as of November 1, 2004 (cents per pack) | Table 13A of [4] | 411.9 |
| (I) Average price of premium-brand cigarettes in California (exclusive of sales taxes) as of November 1, 2005 (cents per pack) | Table 13A of [4] | 425.0 |
| (J) Estimated average price of premium-brand cigarettes in California (exclusive of sales taxes) in mid-2005 (cents per pack) | $\frac{2}{12} \times H + \frac{10}{12} \times I$ | 422.8 |
| (K) Sales tax rate prevailing in California in 2005 | Table 15 of [4] | 7.25% |
| (L) Estimated average price of premium-brand cigarettes in California (inclusive of sales taxes) in mid-2005 (cents per pack) | $J \times (100\% + K)$ | 453.5 |
| (M) Estimated total expenditures on Marlboro Lights cigarettes in California in 2005 ($millions) | $G \times L / 100$ | 1,078.0 |
| (N) Operating profit, Philip Morris USA, 2005 ($billions) | Page 21 in [7] | 4.581 |
| (O) Altria Group corporate-wide expenses, 2005 ($billions) | Page 21 in [7] | 0.798 |

11

Harris, J.E., Expert Report     *In Re: Light Cigarettes, MDL No. 2068*     December 6, 2009

| Step in Calculation | Source | Value |
|---|---|---|
| (P) Combined operating profit, Altria Group, all operating divisions, 2005 ($billions) | Page 21 in [7] | 17.390 |
| (Q) Altria Group corporate-wide expenses allocated to Philip Morris USA, 2005 ($billions) | $\frac{N}{P} \times O$ | 0.200 |
| (R) Operating profit net of allocated corporate-wide expenses, Philip Morris USA, 2005 ($billions) | $N - Q$ | 4.381 |
| (S) Philip Morris USA's domestic shipment volume in 2005 (billions of cigarettes) | Page 27 in [7] | 185.5 |
| (T) Philip Morris USA's domestic shipment volume in 2005 (billions of packs) | $T/20$ | 9.275 |
| (U) Philip Morris USA's estimated pre-tax profit per pack of cigarettes sold in 2005 ($ per pack) | $R/T$ | 0.47 |
| (V) Philip Morris USA's estimated pre-tax profits on Marlboro Lights in California in 2005 ($millions) | $U \times G$ | 111.7 |

Harris, J.E., Expert Report    *In Re: Light Cigarettes, MDL No. 2068*    December 6, 2009

**Signature Page**

_____

Jeffrey E. Harris

13

Harris, J.E., Expert Report        *In Re: Light Cigarettes, MDL No. 2068*        December 6, 2009

**End Notes and References**

1.  The opinions expressed in this report are the author's sole responsibility, and do not necessarily represent those of the Massachusetts Institute of Technology or any other organizatiion.

2.  Bonnie, R.J., K. Stratton, and R.B. Wallace, eds. *Ending the Tobacco Problem: A Blueprint for the Nation*. 2007, National Academies Press: Washington DC.

3.  Harris, J.E., *Retail Consumer Expenditures in the State of Illinois on Marlboro Lights Cigarettes, 1971–2001, and Cambridge Lights Cigarettes, 1986–2001*, in *Susan Miles and Linda J. McHatton et al. v. Philip Morris*. 2002, Cause No. 00-L-112, June 17: Circuit Court, Third Judicial Circuit, Madison County, Illinois.

4.  Orzechowski, W. and R. Walker, *The Tax Burden on Tobacco. Historical Compilation, Volume 43*. 2008, Arlington VA: Orzechowski & Walker.

5.  Lovenheim, M., *How Far to the Border?: The Extent and Impact of Cross-Border Casual Cigarette Smuggling*. National Tax Journal, 2008. **61**: p. 7-33.

6.  Harris, J.E., *Expert Report in Craft et al. v. Philip Morris Companies, Inc. and Philip Morris Incorporated*. 2007: Missouri Circuit Court, Twenty-Second Judicial Circuit (City of St. Louis), Cause No. 002-00406-02, December 3.

7.  Altria Group, I., *2005 Annual Report*. 2006: http://www.altria.com/annualreport/ar2005/2005ar_11_0100.aspx.

14

Harris, J.E., Expert Report          *In Re: Light Cigarettes, MDL No. 2068*          December 6, 2009

**Signature Page**

_[signed]_ Jeffrey E. Harris      12/6/2009