UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| IN RE: LIGHT CIGARETTES MARKETING SALES PRACTICES LITIGATION | ) <br> ) MDL Docket No. 1:09-MD-2068 <br> )         A L L   C A S E S <br> ) |

**PLAINTIFFS' RESPONSE TO DEFENDANT PHILIP MORRIS USA INC.'S REQUESTS TO STRIKE IN ITS REPLY TO PLAINTIFFS' STATEMENT OF ADDITIONAL MATERIAL FACTS**

Pursuant to Rule 56(e) of the Rules of the United States District Curt for the District of Maine, Plaintiffs hereby respond to certain requests to strike made by Philip Morris, USA, Inc. ("PM USA") in its Reply to Plaintiffs' Statement of Additional Material Facts [D.E. #195]:

58.     PM USA requests that Table 1 in the Affidavit of Jeffrey E. Harris, M.D., Ph.D. (attached as Exhibit A to Plaintiffs' Response in Opposition to Philip Morris USA Inc.'s Motion for Summary Judgment on Plaintiffs' Claims for Purchases After December 1, 2002) be stricken. Table 1 should not be stricken because it represents Dr. Harris' analysis of the data produced by PM USA, as described and explained by Dr. Harris in Paragraphs 2, 3, 4 and 5 of his Affidavit.

82.     PM USA requests that Paragraph 82 be stricken in its entirety. The paragraph should not be stricken because it states accurately what is described in Depo. Ex. 11 to the Deposition of McCormick. Further, PM USA admits to the accuracy of the quoted language.

101.     PM USA requests that the first and third sentences of Paragraph 101 be stricken. These sentences should not be stricken because they contain information taken directly from the referenced document. Further, the language in the third sentence is a direct quote from the cited document, with the emphasis in the original. Notably, PM USA does not request that the second

sentence, quoted from the same document, be stricken, and it admits to the accuracy of the quoted language in the third sentence.

Dated: April 26, 2010                                              Respectfully submitted,

                                                                   /s/ Samuel W. Lanham, Jr.
                                                                  Samuel W. Lanham, Jr.
                                                                  **LANHAM BLACKWELL, P.A.**
                                                                  470 Evergreen Woods
                                                                  Bangor, ME 04401

                                                                  Ben Barnow
                                                                  **BARNOW AND ASSOCIATES, P.C.**
                                                                  One North LaSalle Street, Suite 4600
                                                                  Chicago, IL  60602

                                                                  Don Barrett
                                                                  **BARRETT LAW OFFICE, P.A.**
                                                                  404 Court Square
                                                                  Lexington, MS  39095-0987

                                                                  Kent Caperton
                                                                  **BEN BARNES GROUP**
                                                                  1215 19th Street, NW
                                                                  Washington, DC  20036

                                                                  Marian S. Rosen
                                                                  **MARIAN S. ROSEN & ASSOCIATES**
                                                                  5065 Westheimer, Suite 840
                                                                  Houston, TX  77056

                                                                  Howard Rubinstein
                                                                  **LAW OFFICE OF
                                                                  HOWARD WEIL RUBINSTEIN**
                                                                  P. O. Box 4869
                                                                  Aspen, CO  81611

                                                                  Walter Umphrey
                                                                  **PROVOST UMPHREY
                                                                  LAW FIRM, LLP**
                                                                  P.O. Box 4905
                                                                  Beaumont, TX  77704-4905

        Joe R. Whatley, Jr.
        **WHATLEY, DRAKE & KALLAS**
        1540 Broadway, 37th Floor
        New York, NY 10036

        John Eddie Williams
        **WILLIAMS, KHERKER, HART, BOUNDAS, LLP**
        8441 Gulf Freeway, Suite 600
        Houston, TX 77017

        *Plaintiffs' Executive Committee*

## CERTIFICATE OF SERVICE

Service of Plaintiffs' Response to Defendant Philip Morris USA Inc.'s Requests to Strike in its Reply to Plaintiffs' Statement of Additional Material Fact has been made through the Court's ECF system on all those registered to receive ECF service.

Date: April 26, 2010                    */s/ Samuel W. Lanham, Jr.*
                                                 Samuel W. Lanham, Jr.
                                                 **LANHAM BLACKWELL, P.A.**
                                                 470 Evergreen Woods
                                                 Bangor, ME 04401