# Exhibit 4

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| IN RE: LIGHT CIGARETTES<br>MARKETING AND SALES<br>PRACTICES LITIGATION | MDL DOCKET NO. 1-09-MD-2068<br>ALL CASES |

**EXPERT REPORT OF JEFFREY E. HARRIS, M.D. Ph.D.**

December 6, 2009

Harris, J.E., Expert Report     *In Re: Light Cigarettes, MDL No. 2068*     December 6, 2009

**Qualifications**

1.  I am a Professor of Economics at the Massachusetts Institute of Technology.  I
have held the rank of tenured full professor since 1998.  In my capacity as a faculty
member at MIT, I have regularly taught courses in health economics, microeconomics
and a freshman seminar on AIDS, and from time to time I have offered courses in
industrial organization, government regulation, and probability and statistics.  In my
courses, I have taught students about the economics of the tobacco industry, the health
consequences of smoking, and the economic effects of the health consequences of
smoking [1].  (Numbers in brackets refer to end notes.)

2.  From 1977 through April 2006, I practiced medicine as a primary care
physician at the Massachusetts General Hospital in Boston, Massachusetts.  In that
capacity, I had thousands of encounters with patients who smoked cigarettes, as well as
patients who suffered from smoking-related diseases.  In February 2006, I began work as
a consulting physician to the Providence Community Health Centers in Providence,
Rhode Island.  Since February 2008, I have been serving as a practicing internist at
Blackstone Valley Community Health Care in Pawtucket, Rhode Island, where I continue
to care for patients who smoke cigarettes and suffer from smoking-induced pathology.
Many of these patients are economically disadvantaged patients and have no health
insurance coverage.  Like my patients at the Massachusetts General Hospital, virtually all
of them want to quit smoking.

3.  In my capacity as an economist and physician, I have written scholarly articles
in peer-reviewed journals, advised numerous government agencies, given invited
testimony before U.S. Congressional committees, and served as an invited member of

2

committees of the National Academy of Sciences. In particular, I served as consulting

scientific editor, contributor and senior reviewer of the U.S. Surgeon General's reports of

1979–1983, 1986, 1988, 1989, and 1996. During 2004-2007, I was an invited member of

the Institute of Medicine's Committee on Reducing Tobacco Use [2]. A complete listing

is given in my Curriculum Vitae, which is attached to this report as Appendix A.

    4. My peer-reviewed articles include: "Taxing Tar and Nicotine," *American*

*Economic Review* (1980); "Cigarette Smoking Among Successive Birth Cohorts of Men

and Women in the United States During 1900-80," *Journal of the National Cancer*

*Institute* (1983); "Cigarette Smoking Before and After an Excise-Tax Increase and

Anti-Smoking Campaign – Massachusetts, 1990–1996," *Morbidity and Mortality Weekly*

*Report* (1996); "U.S. Cigarette Manufacturers' Ability to Pay Damages:  Overview and a

Rough Calculation," *Tobacco Control* (1996); "The Continuum of Addiction:  Cigarette

Smoking in Relation to Price Among Americans Aged 15–29," *Health Economics*

(1999); "Smoke Yields of Tobacco-Specific Nitrosamines in Relation to FTC Tar Level

and Cigarette Manufacturer: Analysis of the Massachusetts Benchmark Study," *Public*

*Health Reports* (2001); "Cigarette Tar Yields in Relation to Mortality from Lung Cancer

in the Cancer Prevention Study II Prospective Cohort, 1982–8," *British Medical Journal*

(2004); "Incomplete Compensation Does Not Imply Reduced Harm: Yields of 40 Smoke

Toxicants per Milligram Nicotine in Regular Filter versus Low Tar Cigarettes in the 1999

Massachusetts Benchmark Study," *Nicotine and Tobacco Research* (2004); and

"Asymmetric Social Interaction in Economics: Cigarette Smoking among Young People

in the United States, 1992–1999," *Journal of Health Economics* (2008).

3

Harris, J.E., Expert Report     *In Re: Light Cigarettes, MDL No. 2068*     December 6, 2009

5. As further noted in my Curriculum Vitae, I have served a number of times as an expert witness in litigation concerning the economics and health consequences of cigarette smoking.  In 1988, I gave expert testimony in Cipollone v. Liggett Group, et al. In 2003, I testified as an expert witness at trial in Price v. Philip Morris (originally captioned Miles v. Philip Morris), a class-action lawsuit concerning "light" cigarettes in the state of Illinois.  In 2004, I testified as an expert witness on behalf of the U.S. Department of Justice in United States v. Philip Morris et al.  In 2006, I gave deposition testimony in Schwab et al. v. Philip Morris USA, a nationwide class action concerning light cigarettes.  In 2007, I submitted an expert report in Craft et al. v. Philip Morris Companies, Inc. and Philip Morris Inc., a class action concerning light cigarettes in the state of Missouri.  Most recently, in 2009, I submitted an expert report in City of St. Louis et al. v. American Tobacco Co. et al., a lawsuit brought by hospitals to recover the health-care costs.

**Hourly Rate**

6. My hourly rate is $600 for both preparation and testimony.

**Assumptions; Questions Addressed**

7. Counsel for Plaintiffs has asked me to make the following assumptions:

a. The *relevant market* consists of the State of California and the District of Columbia.

b. The *cigarette lights brands* are Marlboro Lights and Marlboro Ultra Lights.

c. The *class period* runs from 2005 through 2009.

8. Given the foregoing assumptions, Counsel for Plaintiffs has asked me to address the following questions:

    a. How many packs of cigarette lights brands were sold in the relevant market during class period?

    b. What was the total consumer expenditure, inclusive of excise and sales taxes, on cigarette lights brands in the relevant market during the class period?

    c. What was the cumulative before-tax profit realized by Defendants Philip Morris and Altria Group on the sale of cigarette lights brands in the relevant market during the class period?

9. Thus far, Counsel for Plaintiffs has not asked me to make any interest calculations.

## Methodology Described; Supplementary Report Anticipated

10. In this initial Report, I explain the methodology that I propose to use in order to answer the foregoing questions.

11. Some of the information required to carry out the calculations described in this Report is not publicly available.  If and when I receive the necessary information during pretrial discovery, I will issue a supplementary report that delineates the results of my calculations.

## Cigarette Lights Brands Sold During the Class Period

12. My computation of cigarette lights brands sold during the class period adheres essentially to the same methodology that I used in my expert reports in Price v. Philip Morris [3], which I append to this report as Appendix B.

13.  To illustrate my computation of cigarette lights brands sold during the class period, I focus on the computation for the brand Marlboro Lights (ML) in the state of California (CA) during the year 2005.  My computation begins with the following equation:

$$\text{Quantity of ML Cigarettes Sold in CA in 2005} = \text{Total Number of Cigarettes Taxed in CA in 2005} \times \text{Market Share of ML Cigarettes in CA in 2005} \qquad [\text{Equation 1}]$$

14.  The first term on the right-hand side of Equation 1 is the total number of cigarettes taxed in California in 2005.  The most widely employed source of data on cigarettes taxed by state and year is the *Tax Burden on Tobacco*, an annual volume formerly issued by the Tobacco Institute and now issued by the firm of Orzechowski and Walker [4].  Table 10 of that source shows that in the state of California, 1,187.2 million packs of cigarettes were taxed in the fiscal year ending June 30, 2005, while 1,190.0 million packs were taxed in the fiscal year ending June 30, 2006.  The average of these two values, that is, 1,188.6 million packs, represents an estimate of the total number of cigarettes taxed in California in calendar year 2005.

15.  Data on the number of cigarettes taxed within a state include cigarettes purchased by non-residents of that state.  In the event that I am instructed to exclude non-resident purchases, I can rely upon recent calculations by Lovenheim [5].  In particular, Table 8 of Lovenheim [5] shows that cigarette sales in California had increased by 0.36 percent as a consequence of cross-border traffic.  In the present illustrative calculation, excluding non-resident purchases would result in an estimate of

$1,188.6 \times (100\% - 0.36\%) = 1,184.3$ million packs for the year 2005.

16.   The second term in foregoing equation is the market share of Marlboro Lights cigarettes in California in 2005.  To compute this quantity, I formulate the following equation:

$$\begin{array}{ccccc} \text{Market Share of} & & \text{ML Share of PM} & & \text{PM National Market} \\ \text{ML Cigarettes in} & = & \text{Shipments to CA in} & \times & \text{Share in 2005} \\ \text{CA in 2005} & & 2005 & & \end{array} \qquad \text{[Equation 2]}$$

17.   The first term on the right-hand side of Equation 2 is the Marlboro Lights share of all cigarette shipments by Philip Morris USA to its direct purchasers located within California.  Such information is not in the public domain, but it is likely to be available from Defendant Philip Morris USA.  Defendant Philip Morris provided similar data for other jurisdictions in other years during pre-trial discovery in both Price [3] and Craft [6].

18.   The second term on the right-hand side is Philip Morris USA's share of the national market in 2005.  This information is publicly available from the Altria Group Annual Reports.  For the year 2005, for example, the national market share was 50.0 percent [7].

19.   In order to get an idea of the magnitudes involved, I assume here that the ML share of Philip Morris direct shipments to California was 40 percent in 2005.  (In 2003, the corresponding share in Missouri was 38 percent and the trend had been upward [6].) This implies that the market share of Marlboro Lights in California would be $40\% \times 50\% = 20\%$.  Multiplying this share by the total number of cigarettes taxed in California during 2005 gives $20\% \times 1{,}188.6 = 237.7$ million packs of Marlboro Lights in 2005.

Harris, J.E., Expert Report     *In Re: Light Cigarettes, MDL No. 2068*          December 6, 2009

**Total Expenditure on Cigarette Lights Brands Sold During the Class Period**

20.  My computation of total expenditure on cigarette lights brands sold during the class period likewise follows the same methodology that I used in my expert report in Price v. Philip Morris [3].

21.  To compute total expenditure, I multiply the number of packs of cigarettes sold by the average price per pack inclusive of local, state and federal excise taxes as well as applicable sales tax.  For this purpose, data on average cigarette retail prices in each state and each year are also available from the *Tax Burden on Tobacco* [4].  Table 13A of that source indicates that on November 1, 2004, the average price of a premium-brand cigarette (such as Marlboro) in California, including excise taxes, was 411.9 cents; on November 1, 2005, the corresponding average price was 425.0 cents.  Prorated to mid-2005, the average price would be $411.9 \times \left(\dfrac{2}{12}\right) + 425.0 \times \left(\dfrac{10}{12}\right) = 422.8$ cents per pack.

Table 15 of the same source indicates that in 2005, California imposed a 7.25-percent sales tax on cigarettes, with excise taxes included in the sales tax base [4].  This gives an average retail price, inclusive of all taxes, of $422.8 \times 107.25\% = 453.5$ cents per pack.

22.  Continuing with the illustrative calculation, total expenditures on Marlboro Lights in California in 2005 would equal $\$4.535 \times 237.7 = \$1,078.0$ million.

**Profit Realized on Cigarette Lights Brands Sold During the Class Period**

23.  To compute before-tax profit realized on cigarette lights brands sold during the class period, I make use of the following equation:

| Before-Tax Profit on ML Cigarettes in CA in 2005 | = | Quantity of ML Cigarettes Sold in CA in 2005 | × | PM Pre-Tax Profit per Unit Sales of Cigarettes | [Equation 3] |
|---|---|---|---|---|---|

24. To compute Defendant Philip Morris USA's before-tax profit on each pack of ML cigarettes, I rely on publicly available data from Altria Group annual reports. For the year 2005, the domestic tobacco business segment, that is, Philip Morris USA, had an operating income of $4.581 billion before allocation of corporate-wide expenses. In that year, all operating companies' income was $17.390 billion, while corporate-wide expenses were $798 million. (See "Consolidated Operating Results" at p. 21 in [7].) Hence, corporate-wide expenses allocated to Philip Morris USA would amount to $\frac{4.581}{17.390} \times 0.798 = \$0.200$ billion. This gives an operating income net of corporate-wide expenses equal to $4.581 - 0.200 = \$4.381$ billion. Philip Morris USA's domestic shipment volume in 2005 was 185.5 billion units, or $\frac{185.5}{20} = 9.275$ billion packs. (See "Operating Results: Domestic Tobacco" at p. 27 in [7].) Hence, the pre-tax profit per pack in 2005 was $\frac{4.381}{9.275} = \$0.47$ per pack.

25. The foregoing calculation represents the average pre-tax profit per pack of cigarettes. While Philip Morris USA's principal products are full-priced premium brand cigarettes, approximately 10 percent of the company's sales are discount brands. Hence, the average pre-tax profit per pack, as calculated above, tends to understate the actual profit per pack of premium brand cigarettes such as Marlboro Lights.

26. Continuing my illustrative calculation, the pre-tax profits on Marlboro Lights in California in 2005, based on Equation 3, would be $237.7 \times \$0.47 = \$111.7$ million.

Harris, J.E., Expert Report        *In Re: Light Cigarettes, MDL No. 2068*        December 6, 2009

**Summary of Illustrative Calculations**

27.  Table 1 below summarizes all of illustrative calculations made in this report.

**Comment**

28.  Although Counsel for Plaintiffs has informed me that the relevant markets are the State of California and the District of Columbia, I can extend my calculations using the same methodology to other markets.

29.  Although Counsel for Plaintiffs has asked me to restrict the class period to 2005–2009, I can extend the class period backward at least to the 1970s.  Extending the class period forward to include future projections would require additional modeling of future price, quantity, and costs.

30.  Although Counsel for Plaintiffs has asked me to restrict the set of cigarette lights brands to Marlboro Lights and Marlboro Ultra Lights, I can extend my calculations using the same methodology to other cigarette brands.

31.  In the foregoing illustrative calculation, I included all federal and state excise taxes and statewide sales taxes in the computations of average retail price.  However, if required, I can exclude any and all applicable taxes.

32.  In the foregoing calculation, I included all pre-tax profits.  However, if required, I can exclude income taxes from the calculation.

33.  In the foregoing calculation, I have made no interest calculations, but can do so if required.

Harris, J.E., Expert Report        *In Re: Light Cigarettes, MDL No. 2068*        December 6, 2009

**TABLE 1.  Summary of Illustrative Calculations for Marlboro Lights in the**

**State of California, 2005**

| Step in Calculation | Source | Value |
|---|---|---|
| (*A*)  Cigarettes taxed in California during fiscal year ending June 30, 2005 (millions of packs) | Table 10 of [4] | 1,187.2 |
| (*B*)  Cigarettes taxed in California during fiscal year ending June 30, 2005 (millions of packs) | Table 10 of [4] | 1,190.0 |
| (*C*)  Estimated cigarettes taxed in California during calendar year 2005 (millions of packs) | $\dfrac{A+B}{2}$ | 1,188.6 |
| (*D*)  Philip Morris USA's share of national market in 2005 | Page 27 in [7] | 50.0% |
| (*E*)  Marlboro Lights share of Philip Morris USA's shipments to direct purchasers located in California in 2005 | See text ¶19. | 40% |
| (*F*)  Estimated market share of Marlboro Lights cigarettes in California in 2005 | $D \times E$ | 20% |
| (*G*)  Estimated purchases of Marlboro Lights cigarettes in California in 2005 (millions of packs) | $C \times F$ | 237.7 |
| (*H*)  Average price of premium-brand cigarettes in California (exclusive of sales taxes) as of November 1, 2004 (cents per pack) | Table 13A of [4] | 411.9 |
| (*I*)  Average price of premium-brand cigarettes in California (exclusive of sales taxes) as of November 1, 2005 (cents per pack) | Table 13A of [4] | 425.0 |
| (*J*)  Estimated average price of premium-brand cigarettes in California (exclusive of sales taxes) in mid-2005 (cents per pack) | $\dfrac{2}{12} \times H + \dfrac{10}{12} \times I$ | 422.8 |
| (*K*)  Sales tax rate prevailing in California in 2005 | Table 15 of [4] | 7.25% |
| (*L*)  Estimated average price of premium-brand cigarettes in California (inclusive of sales taxes) in mid-2005 (cents per pack) | $J \times (100\% + K)$ | 453.5 |
| (*M*)  Estimated total expenditures on Marlboro Lights cigarettes in California in 2005 ($millions) | $G \times L / 100$ | 1,078.0 |
| (*N*)  Operating profit, Philip Morris USA, 2005 ($billions) | Page 21 in [7] | 4.581 |
| (*O*)  Altria Group corporate-wide expenses, 2005 ($billions) | Page 21 in [7] | 0.798 |

Harris, J.E., Expert Report          *In Re: Light Cigarettes, MDL No. 2068*          December 6, 2009

| Step in Calculation | Source | Value |
|---|---|---|
| ($P$)  Combined operating profit, Altria Group, all operating divisions, 2005 ($billions) | Page 21 in [7] | 17.390 |
| ($Q$)  Altria Group corporate-wide expenses allocated to Philip Morris USA, 2005 ($billions) | $\dfrac{N}{P} \times O$ | 0.200 |
| ($R$)  Operating profit net of allocated corporate-wide expenses, Philip Morris USA, 2005 ($billions) | $N - Q$ | 4.381 |
| ($S$)  Philip Morris USA's domestic shipment volume in 2005 (billions of cigarettes) | Page 27 in [7] | 185.5 |
| ($T$)  Philip Morris USA's domestic shipment volume in 2005 (billions of packs) | $T/20$ | 9.275 |
| ($U$)  Philip Morris USA's estimated pre-tax profit per pack of cigarettes sold in 2005 ($ per pack) | $R/T$ | 0.47 |
| ($V$)  Philip Morris USA's estimated pre-tax profits on Marlboro Lights in California in 2005 ($millions) | $U \times G$ | 111.7 |

Harris, J.E., Expert Report        *In Re: Light Cigarettes, MDL No. 2068*                December 6, 2009

**Signature Page**

_____

Jeffrey E. Harris

Harris, J.E., Expert Report        *In Re: Light Cigarettes, MDL No. 2068*        December 6, 2009

## End Notes and References

1.    The opinions expressed in this report are the author's sole responsibility, and do not necessarily represent those of the Massachusetts Institute of Technology or any other organizatiion.

2.    Bonnie, R.J., K. Stratton, and R.B. Wallace, eds. *Ending the Tobacco Problem: A Blueprint for the Nation*. 2007, National Academies Press: Washington DC.

3.    Harris, J.E., *Retail Consumer Expenditures in the State of Illinois on Marlboro Lights Cigarettes, 1971–2001, and Cambridge Lights Cigarettes, 1986–2001*, in *Susan Miles and Linda J. McHatton et al. v. Philip Morris*. 2002, Cause No. 00-L-112, June 17: Circuit Court, Third Judicial Circuit, Madison County, Illinois.

4.    Orzechowski, W. and R. Walker, *The Tax Burden on Tobacco. Historical Compilation, Volume 43*. 2008, Arlington VA: Orzechowski & Walker.

5.    Lovenheim, M., *How Far to the Border?: The Extent and Impact of Cross-Border Casual Cigarette Smuggling*. National Tax Journal, 2008. **61**: p. 7-33.

6.    Harris, J.E., *Expert Report in Craft et al. v. Philip Morris Companies, Inc. and Philip Morris Incorporated*. 2007: Missouri Circuit Court, Twenty-Second Judicial Circuit (City of St. Louis), Cause No. 002-00406-02, December 3.

7.    Altria Group, I., *2005 Annual Report*. 2006: http://www.altria.com/annualreport/ar2005/2005ar_11_0100.aspx.

Harris, J.E., Expert Report          *In Re: Light Cigarettes, MDL No. 2068*

December 6, 2009

**Signature Page**

_Jeffrey E. Harris_          12/6/2009

Jeffrey E. Harris

13

# Appendix A

November 20, 2009

# JEFFREY E. HARRIS
## Curriculum Vitae

- Residence:  56 John Street
  Providence, Rhode Island 02906-2034

- MIT Office:  Department of Economics E52-252F,
  Massachusetts Institute of Technology,
  Cambridge MA 02139
  Voice 617-253-2677; Fax 617-253-6915
  Email *jeffrey@mit.edu*

## Current Employment

Professor, Department of Economics, Massachusetts Institute of Technology,
    since July 1, 1998.

## Education

- Ph.D. in Economics, 1975, University of Pennsylvania.
- M.D., 1974, University of Pennsylvania.
- A.B. (*summa cum laude*), 1969, Harvard University.
- Resident & Clinical Fellow, Medical Services, Massachusetts General Hospital, 1974–1977.

## Past and Present Medical Practice

Primary Care Physician, Internal Medicine Associates, Massachusetts General Hospital,
Boston, Massachusetts, 1977–2006.

Internist, Blackstone Valley Community Health Care, Pawtucket, Rhode Island, 2008–.

Consulting Physician, Providence Community Health Centers, Providence, Rhode Island,
2006–.

Currently active medical licenses:  Massachusetts #38219; Rhode Island #MD11997.

November 20, 2009

**Academic and Professional Experience; Public Service**

Elected to Phi Beta Kappa, 1969.

Medical Scientist Training Program, National Institutes of Health, 1969–1974.

Elected to Alpha Omega Alpha Honor Medical Society, 1974.

Assistant Professor, Department of Economics, Massachusetts Institute of Technology, and Harvard University–M.I.T. Division of Health Sciences and Technology, 1976–1980.

Associate Professor, Department of Economics, Massachusetts Institute of Technology, and Harvard University–M.I.T. Division of Health Sciences and Technology, 1980–1998 (tenure since 1982).

Professor, Harvard University–M.I.T. Division of Health Sciences and Technology, 1998–2008.

Physician Member, Massachusetts Board of Registration and Discipline in Medicine, 1978–1980.

Consultant, Office on Smoking and Health, Office of the Assistant Secretary for Health, U.S. Department of Health, Education, and Welfare, 1978–1980.

Consulting Scientific Editor, Contributor, and Senior Reviewer, U.S. Surgeon General's Reports on Smoking and Health, 1979–1983, 1986, 1988, 1989, 1996.

Consultant, National Cancer Institute, U.S. Dept. of Health, Education, and Welfare, 1979.

Consultant, Health Care Financing Administration, U.S. Department of Health, Education, and Welfare, 1978–1980.

Editor, Health and Public Policy Series, M.I.T. Press, 1978–1993.

Health Sciences Fund, Research Grant Award, 1979.

Research Career Development Award, U.S. Public Health Service, 1980–1985.

Member, Diesel Impacts Study Committee, Analytic Panel, National Academy of Sciences, 1980–1981.

National Institute on Drug Abuse, Research Grant Award, 1980–1985.

November 20, 2009

Elected to New York Academy of Sciences, 1980.

Associate Editor, Journal of Health Economics, 1981–1989.
Consultant, Office of Research and Development, U.S. Environmental Protection
Agency, 1981.

Consultant and Visiting Scientist, Inhalation Toxicology Research Institute, 1981.

Consultant, Office of Health and Environmental Research, U.S. Department of Energy,
1981.

Member, National Hospice Advisory Committee, 1981–1984.

Consultant, American Lung Association, 1981.

Consultant, Food and Nutrition Service, National WIC Evaluation, U.S. Dept. of
Agriculture, 1981–1984.

Research Associate, National Bureau of Economic Research, 1981–present.

Consultant, Cooperative Trial of Percutaneous Transluminal Angioplasty, U.S. Veterans
Administration, 1981–1982.

Consultant, Health Effects Institute, 1981–1983.

Consultant, Committee to Plan a Comprehensive Review of Medical Education, Institute
of Medicine, National Academy of Sciences, 1982.

Member, Committee to Study the Prevention of Low Birthweight, Institute of Medicine,
National Academy of Sciences, 1983–1985.

Consultant, Committee on Complex Mixtures, Board on Toxicology and Environmental
Health Hazards, National Academy of Sciences, 1985.

Member, Committee on National Strategies toward Acquired Immunodeficiency
Syndrome (AIDS), National Academy of Sciences, Institute of Medicine, 1986.

Advisory/Finance Committee Member, Town of Brookline, Mass., 1986–1990.

Town Meeting Member, Town of Brookline, Mass.  Elected 1986; re-elected for three
terms, 1987–1992.

American Cancer Society, Research Grant Award, 1985–1987.

3

November 20, 2009

Scientific Advisory Committee, American Foundation for AIDS Research, 1987–1994.

Consultant, Attorney General and Department of Health and Welfare, Canada, 1988–1995.

Robert Wood Johnson Foundation, Research Grant Award, 1988–1989.

Consultant, New York City Department of Health, 1988.

Advisor to the Director, U.S. Centers for Disease Control, National Household HIV Seroprevalence Survey, 1989.

Visiting Associate Professor, Dept. of Biostatistics, Harvard School of Public Health, 1988–1989.

Member, Medical Consumer Advisory Council, M.I.T. Health Plan, 1989–1992.

Member, Local Organizing Committee, VIII International Conference on AIDS, 1990–1991.

Member, National Advisory Research Resources Council, National Institutes of Health, 1991–1994.

*Who's Who in Science and Engineering*, First Edition, 1991.

Member, Expert Panel on Controlling Health Care Costs, U.S. Congressional Budget Office, 1991.

Consultant and Expert Panel Member, Toxicity Testing of Ignition-Resistant Cigarettes, U.S. Consumer Product Safety Commission, 1992–1993.

Consultant, American Cancer Society, 1992–1994, 1997.

Member, Committee on Risk Characterization, National Academy of Sciences, 1994–1996.

Consultant, U.S. Federal Trade Commission, Bureau of Advertising Practices, 1994.

Consultant, National Cancer Institute, Ad Hoc Panel on FTC Cigarette Test Method, 1994.

Consultant, Massachusetts Department of Public Health, 1994–2003.

Consultant, Office on Smoking and Health, Centers for Disease Control, 1996.

November 20, 2009

Consultant, Robert Wood Johnson Foundation, 1996.

Consultant, Attorney General of Minnesota, 1997.

Consultant, U.S. Department of Veterans Affairs, 1997–1998.

Consultant, New Hampshire Association of Counties, 1999.

Consultant, U.S. Department of Justice, 2001–2005.

Consultant, Australian Competition and Consumer Safety Commission, 2004.

Member, Institute of Medicine Committee on Reducing Tobacco Use, 2004–2007.

Visiting Professor, Universidad Francisco Marroquin, Guatemala City, Guatemala, 2005.

Consultant and Visiting Faculty, Instituto Nacional de Salud Pública, Cuernvaca, Mexico, 2006.

Consultant, Providence Community Health Centers, Providence, Rhode Island, 2006–.

Consultant, Internal Revenue Service, 2006.

Visiting Lecturer, Universidad Tecnológica de Santiago, School of Medicine, Santiago, Dominican Republic, 2006.

Visiting Lecturer, Pontificia Universidad Católica Madre y Maestra, Internal Medicine Residency Program, Santiago, Dominican Republic, 2006.

Visiting Lecturer, 7º Diplomado sobre VIH/SIDA: Diagnóstico y respuesta estrátegia, Instituto Nacional de Salud Pública, Cuernvaca, Mexico, 2006.

Visiting Professor, Department of Quantitative Methods for Economics and Management, University of Las Palmas de Gran Canaria, Spain, January 2007.

Visiting Lecturer, Segundo Diplomado en Evaluación Económica de Intervenciones en Salud, Instituto Nacional de Salud Pública, Cuernvaca, Mexico, 2007.

Visiting Professor, Department of Economics, University of Costa Rica, January 2008.

Keynote Speaker, XXVIII Meeting of the Spanish Health Economics Association, Salamanca, Spain, May 2008.

November 20, 2009

Huésped Distinguido (Distinguished Guest and Honorary Citizen), City of Salamanca, Spain, May 2008.

Consultant and Visiting Scholar, Instituto Nacional de Salud Pública, Cuernavaca, Mexico, August 2008.

Visiting Professor, Department of Quantitative Methods for Economics and Management, University of Las Palmas de Gran Canaria, Spain, May-June 2009.

Associate Editor, Revista Costarricense de Salud Pública, June 2009–.

Keynote Speaker, 10th Anniversary of Revista de Gestión y Clínica Sanitaria, Madrid, November 2009.

### Publications:  Online Links

Links to some of the publications listed below are posted at
http://web.mit.edu/jeffrey/harris/

### Articles, Comments, Reviews and Letters in Scholarly Journals

Jeffrey E. Harris and Martin Morad, "The Effect of Ca-K Interaction on the Plateau of the Cardiac Action Potential," *Physiologist* 14 (1974): 150.

Oliver Williamson, Michael Wachter, and Jeffrey E. Harris, "Understanding the Employment Relation: The Analysis of Idiosyncratic Exchange," *Bell Journal of Economics* 6 (1975): 250-78 [Reprinted in: O. Williamson, *Markets and Hierarchies: Analysis and Antitrust Implications* (Free Press, 1976); and L. Putterham, ed., *The Economic Nature of the Firm:  A Reader* (Cambridge University Press, 1986).]

Jeffrey E. Harris, "Fuchs' Who Shall Live?  Health, Economics, and Social Choice" (book review), *Bell Journal of Economics* 7 (1976): 340-43.

Jeffrey E. Harris, "The Internal Organization of Hospitals: Some Economic Implications," *Bell Journal of Economics* 8 (1977): 467-82.  [Reprinted in R.D. Luke and J.C. Bauer, eds.,  *Issues in Health Economics* (Aspen Systems Press, 1982); and A.R. Kovner and D. Neuhauser, eds., *Health Services Management:  Readings and Commentary,* 3rd edition (Health Administration Press, 1987).]

Jeffrey E. Harris, "Pricing Rules for Hospitals," *Bell Journal of Economics* 10 (1978): 224-43.

6

November 20, 2009

D.J. Greenblatt, P.J. Gross, J. Harris, et al., "Fatal Hyperthermia Following Haloperidol Therapy of Sedative-Hypnotic Withdrawal," *Journal of Clinical Psychiatry* 39 (1978): 673-75.

Jeffrey E. Harris, "Regulation and Internal Control in Hospitals," *Bulletin of the New York Academy of Medicine* 55 (1979): 88-103.

Jeffrey E. Harris, "Taxing Tar and Nicotine," *American Economic Review* 70 (1980): 300-11.

Jeffrey E. Harris and William H. DuMouchel, "Nonsmoking Wives of Heavy Smokers Have a Higher Risk of Lung Cancer" (letter), *British Medical Journal* 283 (1981): 915.

Jeffrey E. Harris, "Increasing the Federal Excise Tax on Cigarettes," *Journal of Health Economics* 1 (1982): 117-20.

William H. DuMouchel and Jeffrey E. Harris, "Bayes Methods for Combining the Results of Cancer Studies in Humans and Other Species," (with Comment and Rejoinder) *Journal of the American Statistical Association* 78 (1983): 293-308, 313-15.

Jeffrey E. Harris, "Cigarette Smoking Among Successive Birth Cohorts of Men and Women in the United States During 1900-80," *Journal of the National Cancer Institute* 71 (1983): 473-79.

Jeffrey E. Harris, "Diesel Emissions and Lung Cancer" (with Comment and Reply), *Risk Analysis* 3: (1983): 83-100, 139-46.

Jeffrey E. Harris, Starr's "Social transformation of American medicine" (book review), *Social Science and Medicine* 17 (1983): 1927-28.

Jeffrey E. Harris, "Aaron and Schwartz's *Painful Prescription: Rationing Hospital Care*" (book review), *Journal of Economic Literature* 23 (1985): 52-54.

Jeffrey E. Harris, "How Many Doctors are Enough?" *Health Affairs* 5 (1986): 73-83.

Jeffrey E. Harris, "Defensive Medicine: It Costs, But Does It Work?" (editorial), *Journal of the American Medical Association* 257 (1987): 2801-2.

Jeffrey E. Harris, "Improved Short-Term Survival of AIDS Patients Initially Diagnosed with Pneumocystis carinii Pneumonia, 1984 through 1987," *Journal of the American Medical Association* 263 (1990): 397-402.

Jeffrey E. Harris, "Reporting Delays and the Incidence of AIDS," *Journal of the American Statistical Association* 85 (1990): 915-24.

November 20, 2009

Jeffrey E. Harris, Gregory N. Connolly, Daniel Brooks, et al., "Cigarette Smoking Before and After an Excise-Tax Increase and Anti-Smoking Campaign – Massachusetts, 1990–1996," *Morbidity and Mortality Weekly Report*, *45* (1996): 966–70.

Jeffrey E. Harris, "U.S. Cigarette Manufacturers' Ability to Pay Damages:  Overview and a Rough Calculation," *Tobacco Control*, *5* (1996): 292-294.

William H. DuMouchel and Jeffrey E. Harris, "Comments on 'Publication Bias in Meta-Analysis,' by Givens, Smith and Tweedie," *Statistical Science* 1997; 12:244-5.

Gregory N. Connolly and Jeffrey E. Harris, "Evaluating Antismoking Advertising Campaigns" (letter), *Journal of the American Medical Association* 1998; 280 (September 16): 964-5.

Jeffrey E. Harris and Sandra W. Chan, "The Continuum of Addiction:  Cigarette Smoking in Relation to Price Among Americans Aged 15–29," *Health Economics Letters* 1998; 2:3–12.  Reprinted in *Health Economics*, 1999; 8: 81–86.

Lois Biener, Jeffrey E. Harris, and William Hamilton, "Impact of the Massachusetts Tobacco Control Programme: Population Based Trend Analysis. *British Medical Journal* 2000 (August 5); 321: 351–354.

Jeffrey E. Harris, "Re: Comparison of three management strategies for patients with atypical squamous cells of undetermined significance: baseline results from a randomized trial" (letter) *Journal of the National Cancer Institute* 2001 (June 20); 93:50.

Jeffrey E. Harris, "Smoke Yields of Tobacco-Specific Nitrosamines in Relation to FTC Tar Level and Cigarette Manufacturer: Analysis of the Massachusetts Benchmark Study," *Public Health Reports* 2001 (July-Aug); 116: 336-343.

Jeffrey E. Harris, Michael J. Thun, Alison M. Mondul, and Eugenia E. Calle, "Cigarette Tar Yields in Relation to Mortality from Lung Cancer in the Cancer Prevention Study II Prospective Cohort, 1982–8," *British Medical Journal* 2004 (Jan. 10); 328: 72–76. Unabridged at: http://bmj.com/cgi/content/full/328/7431/72.

Jeffrey E. Harris, "Incomplete Compensation Does Not Imply Reduced Harm: Yields of 40 Smoke Toxicants per Milligram Nicotine in Regular Filter versus Low Tar Cigarettes in the 1999 Massachusetts Benchmark Study," *Nicotine and Tobacco Research* 2004 (October); 6(5): 797-807.

Jeffrey E. Harris and Beatriz González López-Valcárcel, "Asymmetric Social Interaction in Economics: Cigarette Smoking among Young People in the United States, 1992 – 1999." *Journal of Health Economics* 2008; 27: 249-264 (published online 3-Dec-2007).

November 20, 2009

Sergio Bautista-Arredondo, Paola Gadsden, Jeffrey E. Harris, and Stefano M. Bertozzi, "Optimizing Resource Allocation for HIV/AIDS Prevention Programs: An Analytical Framework." *AIDS* 2008; 22(suppl 2):S1-S8.

Sandra G. Sosa-Rubí, Omar Galárraga, and Jeffrey E. Harris, "Heterogeneous Impact of the 'Seguro Popular' Program on the Utilization of Obstetric Services in Mexico, 2001–2006: A Multinomial Probit Model with a Discrete Endogenous Variable." *Journal of Health Economics* 2009; 28:20-34 (published online 28-Aug-2008).

Harris, Jeffrey E. "Why We Don't Have an HIV Vaccine and How We Can Develop One." *Health Affairs* 2009; 28:1642-54.

**Commissioned Contributions to Surgeon General's Reports; Commissioned Reports to Other Governmental Agencies**

Jeffrey E. Harris, "Cigarette Smoking in the United States, 1950-1978," in *Smoking and Health, A Report of the Surgeon General* (Washington, D.C.: U.S. Department of Health, Education, and Welfare, 1979): A1-A29.

Jeffrey E. Harris, "Patterns of Cigarette Smoking," in *The Health Consequences of Smoking for Women, A Report of the Surgeon General* (Washington, D.C.: U.S. Department of Health and Human Services, 1980): 15-42.

Jeffrey E. Harris, "Overview and Major Considerations in the Toxicity Testing of Low Ignition-Potential Cigarettes," Chapter B in: *Toxicity Testing Plan for Low Ignition-Potential Cigarettes. Vol. 5 of Final Report: Fire Safe Cigarette Act of 1990* (Washington D.C.: U.S. Consumer Product Safety Commission, August 1993).

Jeffrey E. Harris, "Trends in Smoking-Attributable Mortality," Chapter 3 in: *Reducing the Health Consequences of Smoking, 25 Years of Progress: A Report of the Surgeon General* (Washington, D.C.: U.S. Department of Health and Human Services, 1989): 117-169.

Jeffrey E. Harris, "Cigarette Smoke Components and Disease: Cigarette Smoke is Far More Than a Triad of 'Tar,' Nicotine, and Carbon Monoxide," Chapter 5 in *The FTC Cigarette Test Method for Determining Tar, Nicotine, and Carbon Monoxide Yields of U.S. Cigarettes: Report of the NCI Expert Committee*. Smoking and Tobacco Control Monograph No. 7, Bethesda, MD: National Cancer Institute, 1996, pp. 59–70.

Jeffrey E. Harris, *Cigarette Smoking Practices, Smoking-Related Diseases, and the Costs of Tobacco-Related Disability Among Currently Living U.S. Veterans.*, Report

9

November 20, 2009

Commissioned by the Department of Veterans Affairs Assistant Secretary for Policy and Planning, Revised September 15, 1997.

Jeffrey E. Harris, *Draft Status Report on the Massachusetts Tobacco Control Campaign, With a Preliminary Calculation of the Impact of the Campaign on Total Health Care Spending in Massachusetts*, October 11, 1999.

**Invited Testimony and Reports before U.S. Congress and Other Legislative Bodies**

Jeffrey E. Harris, *The Health-Care Costs of Cigarette Smoking*. Testimony Before the Committee on Ways and Means, U.S. House of Representatives, Washington, D.C., November 18, 1993.

Jeffrey E. Harris, *Testimony Before the Mass. Dept. of Public Health Concerning Proposed Regulations to Implement Massachusetts General Laws chapt. 94, section 307A (Cigarette Ingredient Disclosure)*, January 30, 1997.

Jeffrey E. Harris, *Written Testimony Before the Senate Judiciary Committee Hearings on the "Proposed Global Tobacco Settlement: Who Benefits."* Washington, DC, July 30, 1997.

Jeffrey E. Harris, *Written Testimony Before the Senate Committee on Agriculture, Nutrition, and Forestry Hearings on the Tobacco Settlement and the Future of the Tobacco Industry*, Washington DC, September 11, 1997.

Jeffrey E. Harris, *Prepared Statement Before the Senate Democratic Task Force on Tobacco, Sen. Kent Conrad (D-ND), Chairman.* Washington DC, October 21, 1997.

Jeffrey E. Harris, *Written Testimony Before the Subcommittee on Courts and Intellectual Property, Committee of the Judiciary, U.S. House of Representatives. Oversight Hearing on "Attorneys Fees and the Proposed Global Tobacco Settlement."* Washington, DC, December 10, 1997.

Jeffrey E. Harris, *Economic Analysis of Proposed Legislation*, Prepared at the request of the Staff of Sen. Kent Conrad, January 31, 1998.

Jeffrey E. Harris, *Prepared Statement Before the Senate Democratic Task Force on Tobacco, Sen. Kent Conrad (D-ND), Chairman.* Washington DC, May 13, 1998.

Jeffrey E. Harris, *Effect of a Proposed Amendment to Section 405 of the National Tobacco Policy and Youth Smoking Act (S.1415MGR.3, Managers' Amended Version) to Make Tobacco Manufacturers' Payments Non-Tax-Deductible*. Prepared at the Request of the Staff of Sen. Edward M. Kennedy, June 6, 1998.

November 20, 2009

Testimony Before the Massachusetts Public Health Council on the Effectiveness of the Massachusetts Tobacco Control Program , November 16 1999.

**Books, Monographs, Book Chapters, Other Reports**

Jeffrey E. Harris, "Les adultes fumant des cigarettes aux États-Unis avaient été sensibles aux messages concernant les effets du tabagisme sur la santé." in: *Colloque Bernard Gregory: "Science et Decision."* Paris: CNRS, 1978; pp. 17-18.

Jeffrey E. Harris, "Cigarette Smoking and the Decline in Coronary Heart Disease Mortality," in Richard Havlik and Manning Feinleib, eds., *Proceedings of the Conference on the Decline in Coronary Heart Disease Mortality* (Washington, D.C.: National Institutes of Health, 1979): 212-14.

Jeffrey E. Harris, "Public Policy Issues in the Promotion of Less Hazardous Cigarettes," in Gio Gori and Fred Bock, eds., *A Safe Cigarette?* Banbury Report 3 (Cold Spring Harbor, N.Y.: Cold Spring Harbor Laboratory, 1980): 333-40.

Jeffrey E. Harris , "Commentary," in Mark Pauly, ed., *National Health Insurance: What Now, What Later, What Never?* (Washington, D.C.: American Enterprise Institute, 1980): 264-69.

Jeffrey E. Harris, *Potential Risk of Lung Cancer from Diesel Engine Emissions* (Washington, D.C.: National Academy of Sciences, 1981): 78 pages.

Jeffrey E. Harris, "Prenatal Medical Care and Infant Mortality," in Victor Fuchs ed., *Economic Aspects of Health* (Chicago: University of Chicago Press, 1982): 15-52.

Jeffrey E. Harris, "More Data on Tax Policy," in: Dean R. Gerstein, ed., *Toward the Prevention of Alcohol Problems* (Washington, D.C.: National Academy Press, 1984): 33-38.

Jeffrey E. Harris, "Macro-Experiments Versus Micro-Experiments for Health Policy," in: Jerry Hausman and David Wise, eds., *Social Experimentation* (Chicago: University of Chicago Press, 1985): 145-85.

Jeffrey E. Harris and Sam Shapiro, "Trends in Low Birthweight," in: Institute of Medicine, Committee to Study the Prevention of Low Birthweight, *Preventing Low Birthweight,* (Washington, D.C.: National Academy Press, 1985): 94-112, 252-265.

11

November 20, 2009

Jeffrey E. Harris, "Competition Among Doctors:  Comment on Satterthwaite," in Robert Inman, ed., *Managing the Service Economy* (New York:  Cambridge University Press, 1985): 268-72.

Jeffrey E. Harris, "On the Fairness of Cigarette Excise Taxation," in *The Cigarette Excise Tax* (Cambridge, Mass.:  Harvard University, 1985): 106-111.

Jeffrey E. Harris, "Biomedical Research and Development:  Measuring the Returns on Investment," Commissioned paper, National Academy of Sciences, Committee on Science, Engineering and Public Policy.  (Washington, D.C.:  National Academy of Sciences, 1986).

Jeffrey E. Harris, "The 1983 Increase in the Federal Excise Tax on Cigarettes," in Larry Summers, ed., *Tax Policy and the Economy* 1 (1987): 87-111.

Jeffrey E. Harris, "Social and Economic Causes of Cancer," in: John Bunker, Deana S. Gomby, and Barbara H. Kehrer, eds., *Pathways to Health:  The Role of Social Factors* (Menlo Park, Cal.: Henry J. Kaiser Family Foundation, 1989): 165-216.

Jeffrey E. Harris, "The Incubation Period for Human Immunodeficiency Virus (HIV-1)," in: Ruth Kulstad, ed., *AIDS 1988:  AAAS Symposia Papers* (Washington, D.C.: American Association for the Advancement of Science, 1989): 67-74.

Jeffrey E. Harris, "Environmental Policy Making:  Act Now or Wait for More Information?" in: P. Brett Hammond  and Rob Coppock , eds., *Valuing Health Risks, Costs, and Benefits for Environmental Decision Making* (Washington, D.C.:  National Academy Press, 1990): 107-33.

Jeffrey E. Harris, "The AIDS Epidemic:  Recent Trends and Future Prospects," in Vivian Fransen , ed., *Proceedings: AIDS Prevention and Services Workshop* (Princeton, N.J.: Robert Wood Johnson Foundation, 1990): 22-28.

Stefano Bertozzi  and Jeffrey Harris, "When is HIV Screening of Blood for Transfusion Cost-Effective? Two Models for Use in Africa" (abstract), *VIII International Meeting on AIDS* (Florence, Italy, June, 1991).

Jeffrey E. Harris, *Deadly Choices: Coping with Health Risks in Everyday Life* (New York:  Basic Books, 1993): 269pp.  ISBN 0-465-02889-6.

Jeffrey E. Harris, "A Working Model for Predicting the Consumption and Revenue Impacts of Large Increases in the U.S. Federal Cigarette Excise Tax," Working Paper No. 4803, National Bureau of Economic Research, Cambridge, MA., July, 1994.

November 20, 2009

Jeffrey E. Harris, *Comments on: "Proposed Resolution: For Settlement Discussion Purposes Only. 6/20/97, 3:00 p.m. DRAFT." 68pp.* Commissioned by the American Cancer Society, June 26, 1997.

Jeffrey E. Harris, *Prepared Remarks at the American Cancer Society's Press Conference on the Proposed Tobacco Industry-Wide Resolution*, Washington DC, July 24, 1997.

Jeffrey E. Harris, *The Price of Cigarettes and the Profits of Cigarette Manufacturers, 1997–2006.* A Report to the American Cancer Society, May 11, 1998.

Jeffrey E. Harris and Beatriz González López-Valcárcel, "Asymmetric Social Interaction in Economics: Cigarette Smoking among Young People in the United States, 1992 – 1999." Cambridge MA:  National Bureau of Economic Research, Working Paper No. 10409, April 2004.

Sandra G. Sosa-Rubí, Omar Galárraga, and Jeffrey E. Harris, "Heterogeneous Impact of the 'Seguro Popular' Program on the Utilization of Obstetric Services in Mexico, 2001–2006: A Multinomial Probit Model with a Discrete Endogenous Variable." Cambridge MA:  National Bureau of Economic Research, Working Paper No. 13498, October 2007.

Jeffrey E. Harris and Sandra G. Sosa-Rubí, "Impact of 'Seguro Popular' on Prenatal Visits in Mexico, 2002-2005: Latent Class Model of Count Data with a Discrete Endogenous Variable." Cambridge MA:  National Bureau of Economic Research, Working Paper No. 14995, May 2009.

**Articles in Other Periodicals**

Jeffrey E. Harris, "The AIDS Epidemic: Looking into the 1990s," *Technology Review* 90 (1987): 58-62.

Jeffrey E. Harris, "Who Should Profit from Cigarettes?" (editorial), *New York Times*, Sunday Business Forum, March 15, 1987.

Jeffrey E. Harris, "Heterosexual AIDS:  What to Watch For," *FAS Public Interest Report (Journal of the Federation of American Scientists)* 41 (1988): 2-3.

Jeffrey E. Harris, "Research Versus Action" (editorial), National Research Council Op-Ed Service, June 26, 1990.  [*St. Louis Post-Dispatch, New Haven Register, Des Moines Register, Topeka Capital-Journal, San Antonio Express News, Ann Arbor News, Tulsa World*, and other newpapers].

Jeffrey E. Harris, "The New Economics of AIDS" (editorial), *U.S. News and World Report*, August 13, 1990: 56.

13

November 20, 2009

Jeffrey E. Harris, "Two Bucks Will Finance Health Care for 10 Million" (op-ed), *New York Times*, June 4, 1993.

Jeffrey E. Harris, "Cigarettes Can Take a Substantial Tax" (letter), *New York Times*, July 11, 1993.

Jeffrey E. Harris, "A Death on Court:  Lewis' Stress Tests May Hold Key" (feature), *Boston Globe*, August 1, 1993.

Jeffrey E. Harris, "La Reforma Sanitaria Americana Desde el Ojo de la Tormenta," ("American Health Reform from the Eye of the Storm"), *Economía y Salud* (Boletín de la Asociación de Economía de la Salud), No. 66, Sep. 2009. (Translation at http://blogs.mit.edu/cs/blogs/jeffrey/)

**Selected Recent Seminars and Presentations**

"Los sistemas de salud en los Estados Unidos y en Guatemala" ("Health Care Systems in the United States and Guatemala")  Hospital Universitario Esperanza, Post-Graduate Program in Internal Medicine, University Francisco Marroquin, Guatemala City, Guatemala, August 4, 2005.

"¿Por qué no hemos desarrollado una vacuna contra el SIDA?" ("Why Haven't We Developed a Vaccine against AIDS?")  Faculty of Economic Sciences, University Francisco Marroquin, Guatemala City, Guatemala, August 9, 2005.

"La discriminación de precios en los medicamentos para tratamiento del SIDA" ("Price Discrimination in Medications for Treating AIDS")  Faculty of Economic Sciences, University Francisco Marroquin, Guatemala City, Guatemala, August 11, 2005.

"Los interacciones sociales asimétricos:  El caso de los adolescentes que fuman" ("Asymmetric Social Interactions:  The Case of Adolescent Smokers") Faculty of Economic Sciences, University Francisco Marroquin, Guatemala City, Guatemala, August 12, 2005.

"Los sistemas de salud en los Estados Unidos y en Guatemala" ("Health Care Systems in the United States and Guatemala") Centro de Salud Bárbara, University Francisco Marroquin School of Medicine, Program in Public Health and Community Service, San Juan Sacatapéquez, Guatemala, August 16, 2005.

"¿Qué es la diabetes?" ("What is Diabetes?") Radio Show, FLOR 91.9 FM, Aldea Cruz Blanca, Guatemala, August 18, 2005.

14

November 20, 2009

"Cost-Effectiveness Analysis Comes to the Dermatologist's Office (Without an Appointment)," Invited Address, American Dermatological Association, September 17, 2005.

"El rol de los impuestos en la estrategia de control del tabaquismo: Experiencia en países en desarrollo" ("The role of taxes in tobacco control strategy: The experience of developing countries"), Centro de Investigación en Sistemas de Salud, Instituto Nacional de Salud Pública (Center for Research on Health Systems, National Institute of Public Health), Cuernavaca, México, January 25, 2006.

"Las interacciones sociales asimétricas: El caso de los adolescentes que fuman" ("Asymmetric social interaction: The case of teenage smoking"), Centro de Investigación en Salud Poblacional, Instituto Nacional de Salud Pública (Center for Research on Population Health, National Institute of Public Health), Cuernavaca, México, January 26, 2006.

"Por qué no hemos desarrollado una vacuna contra el SIDA?" ("Why haven't we developed a vaccine against AIDS?"), Centro de Investigación en Sistemas de Salud, Instituto Nacional de Salud Pública (Center for Research on Health Systems, National Institute of Public Health), Cuernavaca, México, January 30, 2006.

"Análisis de costo-efectividad de la estrategia de tamizaje del cáncer cervico-uterino: Prueba de VPH versus Papanicoulau" ("Cost-effectiveness of screening strategies for cervical cancer: HPV testing versus the Pap smear"), Centro de Investigación en Salud Poblacional, Instituto Nacional de Salud Pública (Center for Research on Population Health, National Institute of Public Health), Cuernavaca, México, January 31, 2006.

"La discriminación de precios en los medicamentos para tratamiento del SIDA" ("Price discrimination in medications for treating AIDS"), Centro de Investigación en Sistemas de Salud, Instituto Nacional de Salud Pública (Center for Research on Health Systems, National Institute of Public Health), Cuernavaca, México, February 2, 2006.

"Qué ventaja tiene la carga viral sobre el recuento de células CD4 en el manejo de VIH? Vale el costo adicional en los entornos con recursos limitados?" ("What advantages does the viral load have over the CD4 count in the management of HIV?  Are these advantages worth the additional cost in settings with limited resources?") Residency Program in Internal Medicine, Pontificia Universidad Católica Madre y Maestra, Hospital Cabral y Báez, Santiago, Dominican Republic, June 21, 2006.

"Qué ventaja tiene la carga viral sobre el recuento de células CD4 en el manejo de VIH? Vale el costo adicional en los entornos con recursos limitados?" School of Medicine, Universidad Tecnológica de Santiago Santiago, Dominican Republic, June 21, 2006.

15

November 20, 2009

"Análisis de Costo-Efectividad" ("Cost-effectiveness Analysis"), 7º Diplomado sobre VIH/SIDA: Diagnóstico y respuesta estrátegia, Instituto Nacional de Salud Pública, Cuernvaca, México, July 10, 2006

"Evaluación del Impacto de Intervenciones" ("Evaluation of the Impact of Interventions"), 7º Diplomado sobre VIH/SIDA: Diagnóstico y respuesta estrátegia, Instituto Nacional de Salud Pública, Cuernvaca, México, July 13, 2006

"Análisis econométrico de tabaquismo entre los alumnos de escuelas secundarias en México, 2005" ("Econometric Analysis of Tobacco Use among Secondary School Students in Mexico, 2005"), University of Las Palmas de Gran Canaria, Gran Canaria, Spain, Department of Quantitative Methods for Economics and Management, January 23, 2007

"El SIDA y la Economía de la Salud: Dos Preguntas, Miles de Respuestas" ("AIDS and Health Economics: Two Questions, Thousands of Answers"), Masters Program in Health Economics and Health Care Management, University of La Laguna, Tenerife, Spain, January 25, 2007

"Los Modeles Económicos de la Relación Médico-Paciente:  ¿Pueden Explicar el Desequilibrio en El Mercado para Médicos en España?"  ("Economic Models of the Doctor-Patient Relationship: Can They Explain the Disequilibrium in the Market for Physicians in Spain?"), University of Las Palmas de Gran Canaria, Gran Canaria, Spain, Department of Quantitative Methods for Economics and Management, January 29, 2007

"El Papel del Economista en la Formación de la Política Sanitaria" ("The Role of the Economist in the Formation of Health Policy"), College of Physicians, Gran Canaria, Spain, January 30, 2007.

"Análisis Econométrico de la Asignación de Residentes Médicos en España, 2003-2005" ("Econometric Análisis of the Allocation of Medical Residents in Spain, 2003-2005"), Centro de Investigación en Economía y Encuestas, Instituto Nacional de Salud Pública (Center for Research in Economics and Surveys, National Institute of Public Health), Cuernavaca, México, July 25, 2007.

"Por qué no hemos desarrollado una vacuna contra el SIDA?" ("Why haven't we developed a vaccine against AIDS?"), Instituto Costarricense de Investigación y Enseñanza en Nutrición y Salud (INCIENSA) (Costa Rican Institute for Research and Education on Nutrition and Health), Tres Ríos, Costa Rica, January 29, 2008.

"Evaluación del Impacto del 'Seguro Popular' sobre la Utilización de Servicios Obstétricos en México" ("Evaluation of the Impact of 'Seguro Popular' on the Utilization of Obstretric Services in Mexico"), Círculo de Economistas, Academia de Centroamérica

16

November 20, 2009

(Circle of Economists, Academy of Central America), San José, Costa Rica, January 29, 2008.

"El Estancamiento de la Mortalidad Materna en México: ¿El nuevo programa de seguro médico ha tenido algún impacto?" ("The stagnation of maternal mortality in Mexico: Has the new program of medical coverage had an impact?"), Centro Centroamericano de Población (Central American Population Center), University of Costa Rica, San José, Costa Rica, January 30, 2008.

"La Conducta de Alto Riesgo como una Enfermedad Transmisible" ("High-Risk Behavior as a Transmisible Disease"), Sesión Plenaria, XXVIII Jornadas de Economía de la Salud (Plenary Session, XXVIII Conference of the Association of Health Economics), Salamanca, May 28, 2008.

"Tres Problemas que Conlleva la Reforma Sanitaria del Gobierno de Obama" ("Three Problems with the Obama Health Reform"), University of Las Palmas de Gran Canaria, Gran Canaria, Spain, June 2, 2009.

"Experimento versus Observación en la Evaluación de la Política Sanitaria: El Caso del Seguro Popular de México" ("Experiment versus Observation in Health Policy Evaluation: The Case of Mexico's Seguro Popular"), University of Las Palmas de Gran Canaria, Gran Canaria, Spain, June 5, 2009.

"¿Por qué no tenemos una vacuna contra el VIH? Y como podemos desarrollarla" ("Why Don't We Have an HIV Vaccine, and How We Can Develop One"), Madrid, 10° Aniversario de la Revista Gestión Clínica y Sanitaria, November 30, 2009.


**Courses Taught at MIT**

- AIDS in the 21st Century (undergraduate freshman seminar)
- Health Economics (undergraduate course and graduate seminar)
- Introductory and Intermediate Microeconomics (undergraduate)
- Teaching Undergraduate Microeconomics (graduate)
- Mathematics for Economists (graduate)
- Law and Economics (graduate seminar)
- Probability, Statistics and Econometrics (undergraduate)
- Current Regulatory Problems in Toxicology (graduate)
- Industrial Organization (undergraduate and graduate)
- MIT Undergraduate Economics Association Teaching Award, 2001, 2006

17

November 20, 2009

## Expert Testimony

(A complete listing is available upon request.)

Commonwealth of Massachusetts, Department of Environmental Quality Engineering, *In the Matter of Medical Area Total Energy Plant (MATEP)*, 1983. (Cancer risk assessment, environmental litigation.)

U.S. Federal Trade Commission, *In the Matter of Hospital Corporation of America*, 1984. (Hospital merger litigation, anti-trust litigation.)

*Norma Anthony et al. vs. Abbott Laboratories, et al.*, U.S. District Court for the District of Rhode Island, 1985 (Deposition only. DES products liability litigation; market share liability).

*Cipollone v. Liggett Group, et al.,* 1985–1988. (State-of-the-art analysis, products liability litigation against cigarette manufacturers.)

*RJR-MacDonald Inc. v. Attorney General of Canada, Imperial Tobacco Limited v. Attorney General of Canada,* Superior Court, Province of Québec, District of Montréal, Canada, 1990. (Smoking trends in Canada; effect of advertising restrictions; constitutional law.)

*Glaxo, Inc. v. Genpharm Pharmaceuticals*, U.S. District Court for the District of Maryland, 1994 (Deposition only. Pharmaceutical patent litigation).

*State of Florida v. American Tobacco Company, et al.*, 1997 (Deposition only. State Attorney General action versus cigarette industry.)

*Blue Cross and Blue Shield of New Jersey v. Philip Morris Incorporated, et al.*, 1999-2001 (Litigation by health plans against cigarette industry.)

*Falise, et al. v. American Tobacco Co., et al.*, 2000-2001 (Litigation by asbestos trust against cigarette industry.)

*Sharon Price and Michael Fruth et al. v. Philip Morris Incorporated*, 2002-2003 (Class action based on state consumer fraud statute.)

*United States v. Philip Morris Inc. et al.*, 2001-2004 (Federal RICO action versus cigarette industry.)

November 20, 2009

*Deanna L. Neubauer et al., v. Intel Corporation, Hewlett-Packard Company and HP Direct, Inc.*, 2004 (Deposition only. Class action based on state consumer fraud statute; computer processor industry.)

*Barbara Schwab et al. v. Philip Morris USA, Inc. et al.*, 2006 (Deposition only. Class action based on Federal RICO statute.)

*Craft et al. v. Philip Morris Companies, Inc. and Philip Morris Incorporated*, 2007 (Expert reports only. Class action based on state consumer protection statute.)

*Barbara A. Izzarelli v. R.J. Reynolds Tobacco Company*, 2008 (Deposition only. Individual smoker case.)

*David F. Ertman and Jane E. Ertman v. R.J. Reynolds Tobacco Company*, 2008 (Deposition only. Individual smoker case.)

*UFCW Local 1776 et al. v. Eli Lilly & Company. In Re Zyprexa Litigation*, 2008 (Testimony at class certification hearing. Class action based on Federal RICO statute.)

*State of South Carolina v. Eli Lilly & Company*, 2009 (Deposition in attorney general action.)

*City of St. Louis et al. v. American Tobacco Co. et al., 2009* (Expert report only. Litigation by hospitals against cigarette industry.)

**Personal**

- Born, May 12, 1948, in Philadelphia, Pennsylvania. Married. Two children, ages 24 & 27.

**Foreign Languages**

- Spanish. I have given numerous lectures entirely in Spanish in Guatemala, the Dominican Republic, Costa Rica, Mexico, and Spain. (See *supra*, Selected Recent Seminars and Presentations.) I have given a live radio broadcast in Spanish in Guatemala, and I have been interviewed in Spanish by the press in Spain. At Blackstone Community Health Care, approximately two-thirds of my patients prefer to speak Spanish. I interview, examine and give written instructions to these Spanish-speaking patients without an interpreter.

# Appendix B



# Retail Consumer Expenditures in the State of Illinois

## on Marlboro Lights Cigarettes, 1971–2001,

## and Cambridge Lights Cigarettes, 1986–2001

Jeffrey E. Harris MD PhD[1]

Expert's Report in

*Susan Miles and Linda J. McHatton et al. v. Philip Morris*

Circuit Court, Third Judicial Circuit, Madison County, Illinois

Cause No. 00-L-112

June 17, 2002

---

[1] The contents of this report are the author's sole responsibility, and do not necessarily reflect the opinions of the Massachusetts Institute of Technology or the Massachusetts General Hospital.

Jeffrey E. Harris                    June 17, 2002                    Page 2

**Introduction**

1. I am a tenured Professor of Economics at the Massachusetts Institute of Technology.  During 25 years at MIT, I have taught courses to undergraduate and graduate students in health economics, microeconomics, industrial organization, antitrust economics, mathematical economics, statistics, law and economics, and toxicology and public policy.

2. I have also served as a primary-care physician on the medical staff of the Massachusetts General Hospital continuously since 1977.  I currently see adult patients in my office two days each week.  I estimate that since 1974, when I began my internship at the MGH, I have had more than 10,000 individual encounters with patients, a great many of whom smoked cigarettes and had smoking-related diseases.

3. After joining the MIT faculty in 1976 and completing my medical training in 1977, I became interested in the economics and health consequences of cigarette smoking.  As a result of my research interests, I became a consultant to the Office on Smoking and Health in the Department of Health, Education, and Welfare.  In 1979, I contributed a chapter to the fifteenth-anniversary Surgeon General's Report, in which I delineated trends in cigarette consumption, smoking rates, changes in the type of cigarettes smoked, and the responses of consumers

Jeffrey E. Harris                    June 17, 2002                    Page 3

to information about the risks of smoking.[2]

    4.  Since 1979, I have been a contributing scientific editor, contributor, or senior reviewer to several other Surgeon General's Reports.  For the 1980 Surgeon General's Report, in particular, I wrote a review of trends in smoking in the U.S. throughout the twentieth century.[3]  For the 1989 Surgeon General's Report, I provided a detailed analysis of the concept of "attributable risk," that is, the number of cases of a disease that can be attributed to a specific environmental factor such as cigarette smoking.[4]

    5.  Since 1979, I have served as a consultant to a number of governmental agencies in connection with the health consequences and economic impact of cigarette smoking.  For example, I advised the Consumer Product Safety Commission on toxicological testing of alternative cigarette designs.  I advised the National Cancer Institute on the design and interpretation of surveys of

---

[2] J.E. Harris, "Cigarette Smoking in the United States, 1950-1978," in *Smoking and Health, A Report of the Surgeon General.*  Washington DC: U.S. Department of Health, Education, and Welfare, 1979: A1-A29.

[3] J.E. Harris, "Patterns of Cigarette Smoking," in *The Health Consequences of Smoking for Women, A Report of the Surgeon General.*  Washington DC:  U.S. Department of Health and Human Services, 1980: 15-42.

[4] J.E. Harris, "Trends in Smoking-Attributable Mortality," Chapter 3 in: *Reducing the Health Consequences of Smoking, 25 Years of Progress:  A Report of the Surgeon General.*  Washington DC: U.S. Department of Health and Human Services, 1989: 117-169.