cigarette smoking.  I advised the Federal Trade Commission on the impact of

advertising on cigarette consumption.  I reported to the Department of Veterans

Affairs on the economic costs of cigarette smoking among veterans.  I helped the

Massachusetts Department of Public Health evaluate the effect of its anti-

smoking campaign.

6.  I have received grants and have published articles concerning my

research on both the health consequences and economics of cigarette smoking.  I

have given invited testimony concerning the health consequences of smoking,

the economics of proposed tobacco-industry settlements, and the impact of

proposed legislation before:  the U.S. House Ways and Means Committee; the

Joint Committee on Health Care, Massachusetts Senate & House of

Representatives; the Massachusetts Department of Public Health; the U.S. Senate

Judiciary Committee; the U.S. Senate Agriculture Committee; the U.S. House

Judiciary Committee; and the U.S. Senate Democratic Task Force on Tobacco.

7.  I have served on invited panels of the National Academy of Sciences

and on a Council of the National Institutes of Health.  I have given expert trial

testimony in a products liability case concerning cigarettes (*Cipollone v. Liggett, et

al.*); in a constitutional challenge to the Canadian statute banning cigarette

advertising (*RJR-MacDonald Inc. v. Attorney General of Canada, Imperial Tobacco

Limited v. Attorney General of Canada*).

8.  Within the past five years, I have given expert deposition and trial testimony and have written expert reports in a number of different cases brought by state attorneys general, by the U.S. Department of Justice, and by private health insurers, insurance funds, and trusts against the tobacco industry.  In particular, in June 2000, I testified as an expert on the damages arising from tobacco industry misconduct in a *Daubert* hearing in the Federal District Court for the Eastern District of New York in *Falise, et al. v. American Tobacco Co., et al.*

9.  Appendix A contains my current Curriculum Vitae.  Appendix B lists all of my expert reports, affidavits, deposition testimony, trial testimony, and public testimony in tobacco-related matters since 1997.

10.  Appendix C lists documents that I considered in connection with the formulation of my opinion in the present case.

11.  I understand that fact discovery is ongoing in the present litigation.  I may supplement this report as necessary in the event that I receive any additional information.

Jeffrey E. Harris                          June 17, 2002                          Page 6

**Questions Addressed**

12.   Counsel for plaintiffs have asked me to address the following
questions:

a.   What quantity of Marlboro Lights cigarettes was sold at retail to
customers within the State of Illinois during each year from 1971 to
2000, and during the year 2001 up to the date of class certification[5] on
February 1, 2001?  Similarly, what quantity of Cambridge Lights
cigarettes was sold at retail to customers within the State of Illinois
during each year from 1986 to 2000, and during the year 2001 up to the
date of class certification on February 1, 2001?

b.   What was the total consumer expenditure at retail on Marlboro Lights
cigarettes within the State of Illinois during each year from 1971 to
2000, and during the year 2001 up to the date of class certification on
February 1, 2001?  Similarly, what was the total consumer expenditure
at retail on Cambridge Lights cigarettes within the State of Illinois
during each year from 1986 to 2000, and during the year 2001 up to the
date of class certification on February 1, 2001?

c.   What was the consumer expenditure exclusive of all applicable taxes
on Marlboro Lights cigarettes within the State of Illinois during each

_____

[5] See Byron NG (Circuit Judge), Order on class certification, February 1, 2001.

year from 1971 to 2000, and during the year 2001 up to the date of class

certification on February 1, 2001?  Similarly, what was the consumer

expenditure exclusive of all applicable taxes on Cambridge Lights

cigarettes within the State of Illinois during each year from 1986 to

2000, and during the year 2001 up to the date of class certification on

February 1, 2001?

d.   Based upon a non-compounded interest rate of 5 percent per year,

what is the accumulated interest through the end of 2002 on all

consumer expenditures at retail on Marlboro Lights, within the State of

Illinois, from 1971 through February 1, 2001?  Based upon the same

non-compounded interest rate, what is the accumulated interest

through the end of 2002 on all consumer expenditure on Marlboro

Lights, exclusive of all applicable taxes, within the State of Illinois,

from 1971 through February 1, 2001?  Similarly, what is the

accumulated interest on consumer expenditures at retail on Cambridge

Lights, within the State of Illinois, from 1986 through February 1, 2001?

What is the accumulated interest on consumer expenditures on

Cambridge Lights, exclusive of all applicable taxes, within the State of

Illinois, from 1986 through February 1, 2001?

## Definitions

13. For the purposes of this expert report, I define the "quantity of cigarettes sold at retail" as the number of packs purchased by final customers from retail outlets located in Illinois. "Final customers" include smokers and family members or others who bought cigarettes on the smokers' behalf. "Retail outlets" include food stores, convenience stores, mass merchandisers, pharmacies, tobacconists, vending machines, and any other source of cigarettes sold directly to end users either as individual packs, multiple-pack retail promotional offers, or 10-pack cartons.

14. Under my definition, the "quantity of cigarettes sold at retail" includes cigarettes purchased by underage customers at retail outlets in Illinois, even if such underage purchases violated state law or local ordinances. The definition further includes Internet sales so long as the order is placed in Illinois and bound for Illinois. The definition includes cigarettes purchased in retail stores inside Illinois even they were ultimately intended for use outside the state. Conversely, the definition excludes cigarettes purchased in retail stores outside Illinois, even if they were ultimately intended for use within the state.

15. Under my definition, "the quantity of cigarettes sold at retail" includes so-called bootlegged cigarettes so long as they were purchased at retail outlets in Illinois. That is, the definition includes cigarettes that were placed into the stream of commerce by Philip Morris Incorporated, bought by bootleggers in

another state with a lower excise tax rate, smuggled into Illinois to evade payment of the state's excise taxes, and ultimately sold to consumers at Illinois retail outlets.[6]

16.  I define the "total consumer expenditure at retail" as the number of packs sold at retail multiplied by the "retail price" per pack.  The "retail price" includes all applicable federal, state and local excise and sales taxes.  It also reflects any promotional price discounts on cigarettes, but excludes promotional discounts on non-cigarette merchandise, such as "Marlboro Gear."

17.  I define the "consumer expenditure exclusive of all applicable taxes" as the quantity sold multiplied by the pre-tax price.  The "pre-tax price" equals the retail price less all applicable taxes, including sales taxes and federal, state, and local cigarette taxes.

18.  Cigarettes are sold in multiple forms, including individual pack and carton sales.  Both forms may have different retail prices.  Moreover, retail prices vary by location and vendor.  Some but not all cities and counties within Illinois impose local cigarette excise taxes.  As a result, no single, uniform retail price of cigarettes prevails for a particular brand in the State of Illinois for a particular year.  Accordingly, for the purposes of this report, I define the "retail price" as the statewide average retail price prevailing in Illinois for a particular brand in a

-------------------------

[6] Advisory Committee on Intergovernmental Relations (ACIR), *Cigarette Tax Evasion: A Second Look*, Washington DC, March 1985.

particular year.  Similarly, I define the "pre-tax price" as the statewide average

retail price less statewide average sales and excise taxes for a particular brand in

a particular year.

    19.  At an annual interest rate of 5 percent, the non-compounded interest,

accumulated through the end of 2002, on consumer expenditures on Marlboro

Lights (ML) during the year 1971 equals

$$5\% \quad \times \quad \begin{array}{c} \text{Total Consumer} \\ \text{Expenditure on ML} \\ \text{in 1971} \end{array} \quad \times \quad (2002 - 1971),$$

that is, 5 percent of the dollar spending at retail by consumers during 1971,

multiplied by the number of years from 1971 to 2002.  This formula assumes that

interest on consumer spending at any time during 1971 does not begin to

accumulate until 1972.  An analogous definition applies to the non-compounded

interest on consumer expenditures on ML during each successive year from 1972

through 2001.  For example, the non-compounded interest, accumulated through

the end of 2002, on consumer expenditures on Marlboro Lights (ML) during the

year 2000 equals

$$5\% \quad \times \quad \begin{array}{c} \text{Total Consumer} \\ \text{Expenditure on ML} \\ \text{in 2000} \end{array} \quad \times \quad (2002 - 2000),$$

Jeffrey E. Harris                         June 17, 2002                         Page 11

The accumulated interest, through the end of 2002, on all consumer expenditures on ML in all years is the sum of the accumulated interest for each year.

20.  For purposes of this expert report, I define the "present value" of consumer expenditures on ML as the sum of consumer expenditures in each year from 1971 to 2001 plus accumulated interest.  Similar definitions apply to the accumulated interest and the present value of consumer expenditures on Cambridge Lights from 1986 to 2001.

Jeffrey E. Harris                    June 17, 2002                    Page 12

## Data and Methods

*Quantity Sold at Retail*

21.  I consider two alternative methods to compute the quantity of each

brand of cigarettes sold at retail in a particular year.  I term these two methods,

respectively, the "Philip Morris direct buyers method," and the "taxable

cigarettes method."  The underlying data for the former method were taken

directly from defendant Philip Morris' responses to plaintiffs' interrogatories.[7]  I

developed the latter method in connection with my assignment in the present

litigation.

22.  Under the "Philip Morris direct buyers method," the quantity of ML

cigarettes sold at retail in Illinois in a particular year, such as 1971, is the number

of ML cigarettes shipped by Philip Morris in 1971 to "its direct customers that are

physically located within the State of Illinois."[8]  These "direct customers" or

_____

[7] Philip Morris Inc., Second Amended and Supplemental Response of Defendant Philip Morris

Incorporated to Plaintiffs' First Set of Interrogatories and First Supplemental Set of

Interrogatories Directed to Defendant Philip Morris Inc., August 31, 2001.

[8] *Ibid* at page 2.  A list of Philip Morris' current direct buying customers physically located in the

State of Illinois is attached to correspondence from defendants' counsel, dated January 25, 2002,

regarding plaintiffs' Fourth Supplemental Set of Interrogatories and Third Supplemental

Requests for Production.  Data on buyer-specific shipments for 1999 and 2000 are given in Philip

Morris Incorporated's Responses to Plaintiffs' Third Supplemental Request for Production,

Jeffrey E. Harris                    June 17, 2002                    Page 13

"direct buying customers" are not final customers.  Instead, they are

intermediaries who distribute such PM cigarettes to retail outlets, which in turn

offer cigarettes for sale to final customers.

      23.  The data for the PM direct buyers method, derived from Philip

Morris' discovery responses,[9] are shown in Table 1 at the back of this report.[10]

For ease of interpretation, I have converted the shipment data from units of

thousands of individual cigarettes to units of millions of packs.

      24.  If the data supplied by defendant are accurate, then the PM direct

buyers method captures all cigarettes placed directly in the stream of commerce

by Philip Morris.  However, it is possible that some cigarettes shipped to Philip

---

including electronic spreadsheets 1999SA~1.XLS (1999 Sales Data) and 2000SA~1.XLS (2000 Sales

Data), February 28, 2002.

[9] Philip Morris Inc., Second Amended and Supplemental Response of Defendant Philip Morris

Incorporated to Plaintiffs' First Set of Interrogatories and First Supplemental Set of

Interrogatories Directed to Defendant Philip Morris Inc., August 31, 2001, at Exhibits A, B, and C.

The data for CL and for ML from 1974 – 2000 were derived from Philip Morris corporate records.

(See Certain Source Documents that Formed the Basis for Philip Morris Incorporated's Third

Amended and Supplemental Responses to Plaintiffs' First Supplemental Set of Interrogatories,

under cover letter dated September 7, 2001.) Philip Morris relied on trends in nationwide sales of

ML to estimate the ML shipments to direct buying customers from 1971 – 1973.  (*Ibid*, Bates Nos.

2069701500–501.)

[10] The underlying data for Table 1 are contained in the electronic spreadsheet Harris Table 1.xls.

Morris' direct buyers in Illinois are ultimately sold at retail outlets located outside Illinois. (That is, they are "exported.") Conversely, it is possible that some cigarettes shipped by PM to its direct buying customers located outside Illinois might ultimately be distributed to retail outlets within Illinois. (That is, they are "imported.") Both importing and exporting could be present in any given year, and the extent of such importing or exporting could vary from one year to the next.

25.  In addition, it is uncertain whether all cigarettes shipped to PM's direct buying customers are ultimately sold at retail. Although PM's data on shipments are net of returns by its direct customers, it is still possible that some inventoried cigarettes are neither distributed to retail outlets nor returned. Moreover, because cigarettes have a limited shelf life, some cigarettes distributed to retail outlets may not be sold.

26.  Under the "taxable cigarettes method," the quantity of Marlboro Lights cigarettes sold at retail in Illinois in a given year, such as 1971, is estimated as the total number of cigarettes taxed by the Illinois Department of Revenue multiplied by the market share of ML in Illinois. That is,

$$\begin{array}{ccccc} \text{Quantity of ML} & & \text{Total Number of} & & \text{Market Share of ML} \\ \text{Cigarettes Sold} & = & \text{Cigarettes Taxed in} & \times & \text{Cigarettes in Illinois in} \\ \text{in Illinois in 1971} & & \text{Illinois in 1971} & & \text{1971} \end{array}$$

27.  There are two alternative sources of data on the total number of cigarettes taxed in Illinois. First, the Tobacco Institute – and subsequently the

firm of Orzechowski and Walker after the dissolution of the Tobacco Institute –
have published data on tax-paid cigarette sales in each state annually in a
volume entitled *The Tax Burden on Tobacco*.[11]  These data are shown for the State
of Illinois in Table 2 below.[12]  Second, the Illinois Department of Revenue (DOR)
has published data on dollar cigarette tax receipts and cigarette tax rates,[13] from
which one might estimate the quantity of cigarettes taxed.  These data are shown
in Table 3 below.[14]

28.  If I relied upon the Illinois DOR-based data in Table 3 for the purposes
of this report, then I would have to make difficult-to-verify assumptions about
the distribution of tax receipts within a given year.  For example, the Illinois
cigarette tax was increased from 12 to 20 cents per pack on December 1, 1985.
The date of tax increase was 154 days into the fiscal year that started on July 1,
1985 and ended on June 30, 1986.  If I assume that state cigarette taxes are
collected uniformly throughout the year, then the average excise tax during the

fiscal year equals: $\dfrac{154 \text{ days}}{365 \text{ days}} \times 12¢ \text{ per pack} + \dfrac{211 \text{ days}}{365 \text{ days}} \times 20¢ \text{ per pack} = 15.4¢$

---

[11] Orzechowski and Walker, *The Tax Burden on Tobacco: Historical Compilation*, Volume 36, 2001.
Arlington VA, 2002.

[12] See also the attached electronic spreadsheet Harris Table 2.xls.

[13] Illinois Department of Revenue, "2000 Annual Report, Excise and Utility Taxes: Cigarette and
Cigarette Use Taxes," www.revenue.state.il.us/publications/AnnualReport/2000/cig.htm.

[14] See also the attached electronic spreadsheet Harris Table 3.xls.

Case 1:09-md-02068-JAW   Document 204-8   Filed 05/03/10   Page 13 of 41

Jeffrey E. Harris                    June 17, 2002                         Page 16

per pack.  The results of this "average excise tax rate" computation are shown in

Table 3 for fiscal year 1986.  When I use this tax rate to compute the number of

state-taxed packs in fiscal year 1986, I obtain an estimate that is about 15% below

that derived from *The Tax Burden on Tobacco*.  The discrepancy suggests that,

during a year in which the excise tax increases, one cannot assume a uniform

distribution of tax collections.  It is more likely instead that distributors ship a

disproportionate number of cigarettes to retailers right before the effective date

of tax increase in order to beat the deadline.  Accordingly, in my analysis of the

quantity of cigarette sold at retail in Illinois, I rely upon the data in Table 2,

which were derived from *The Tax Burden on Tobacco*.[15]

     29.  I have thus far located no direct measurements of the retail market

shares of Marlboro Lights or Cambridge Lights cigarettes in the State of Illinois.

In the absence of such direct measurements, I have considered using the national

market shares of these brands of cigarettes as an alternative indicator of market

---

[15] For fiscal years in which the state cigarette excise tax remained unchanged, the estimates

derived from *The Tax Burden on Tobacco* still fall short of Illinois DOR collections by an average of

2 percent.  Since the TBT-based data are generally derived from distributors' tax records, the

discrepancy suggests that the Illinois Department of Revenue may fail to collect all taxes due on

cigarettes subject to state excise taxes.

share.[16]  One officer of Philip Morris could not specify any unique attributes of

Marlboro Lights cigarette purchasers in Illinois.[17]  Nonetheless, since brand

preferences vary by age, sex, and ethnic group, it is possible that the Illinois

market shares of these brands differ from nationwide averages.

30.  Accordingly, for the purposes of this report, I estimate the Illinois

retail market shares of ML cigarettes in a particular year, such as 1971, according

to the following equation:

$$
\begin{array}{ccccc}
\text{Market Share of} & & \text{ML Share of PM} & & \text{PM National} \\
\text{ML Cigarettes in} & = & \text{Shipments to Illinois} & \times & \text{Market Share in} \\
\text{Illinois in 1971} & & \text{in 1971} & & 1971
\end{array}
$$

That is, I compute the Illinois market share of Marlboro Lights as the product of

two numbers:  Marlboro Lights shipments to direct buyers in Illinois as a

percentage of all PM shipments to direct buyers in Illinois; and Philip Morris

shipments to direct buyers nationwide as a percentage of all manufacturers

---

[16] National market shares of sub-brands, such as Marlboro Lights and Cambridge Lights, can be

computed from the Maxwell Reports, but only through the year 1990.  See *2000 Maxwell Tobacco*

*Fact Book*, Appendix I, Table 8, "Summary of U.S. Cigarette Sales, 1988–1998."

[17] "Q. You told me you have no knowledge, no information that tells you that consumers, retail

purchasers of your Marlboro Lights in the State of Illinois purchase in different ways than

purchasers in other states, correct? A.  That's correct." Lines 17-23 at page 102 in transcript of

Deposition of Donna Oramas, October 9, 2001.

shipments to direct buyers nationwide.  Data on the former number are available

from defendant's discovery responses.  Data on the latter are available from

published Maxwell Reports and defendant's annual reports to shareholders.

Data on both quantities are given in Table 4 below.[18]  Computations of the

Illinois retail market shares of Cambridge Lights during 1986 – 2001 follow the

same procedures.

31.  Because state tax stamps are attached to cigarette packs during the

process of retail distribution, the taxable sales method is based upon the total

number of cigarettes that are actually distributed to retail outlets in Illinois.

Because my estimates of the retail market shares of Marlboro Lights and

Cambridge Lights rely in part on the shares of PM shipments to Illinois, they are

likely to be more accurate measures of Philip Morris' brand mix than the

corresponding nationwide data.  However, it is still possible that my estimates of

retail market share are inaccurate if Philip Morris' overall market share in Illinois

differs significantly from its corresponding nationwide share.

32.  Neither the taxable sales method nor the PM direct buyer method

adequately captures cigarettes that were subject to excise taxes in another lower-

tax state, but then smuggled by bootleggers into Illinois to evade Illinois' higher

excise taxes.

———————————————

[18] See also the attached electronic spreadsheet Harris Table 4.xls.

Jeffrey E. Harris                          June 17, 2002                          Page 19

*Retail Prices*

33.  The computation of consumer expenditures requires data on the average retail price of cigarettes in Illinois.   For Marlboro Lights, I need to estimate the average retail price for each year from 1971 to 2001.  For Cambridge Lights, I need to estimate the average retail price for each year from 1986 to 2001.

34.  Since the early 1980's, domestically produced cigarettes have been sold in different price tiers.  "Premium" cigarettes, such as Marlboro Lights, have constituted the highest price tier.   "Branded discount" cigarettes, such as Cambridge Lights have fallen in a lower priced tier.  Still other varieties, which have been variously termed "deep discount" or "sub-generic" cigarettes, have fallen in the lowest price tier.[19]

35.  The major U.S. manufacturers, including Philip Morris, have charged their customers higher prices for premium brands than for branded discount cigarettes.  For example, in its *Price List* dated January 26, 1998,[20] Philip Morris charged its direct buyers $66.70 per 1,000 cigarettes (equivalent to 133.4 cents per pack) for Marlboro Lights; and $53.20 per 1,000 cigarettes (equivalent to 106.4 cents per pack) for Cambridge Lights.[21]  Manufacturers' list prices for deep

_____

[19] United States Department of Agriculture, Economic Research Service, *Tobacco Situation and Outlook Report*.  Sept. 2001; TBS-250: Tables 5 and 6 at pp. 7-8.

[20] Philip Morris USA, *Price List*, January 26, 1998, Bates Nos. 2061814975–80.

[21] Direct buyers received a 3¼ percent discount for payment within 12 days of invoice.

discount cigarettes have been even lower.  Thus, in January 1998, the USDA's

Economic Research Service reports the manufacturers' list price for deep

discount cigarettes to be $50.70 per 1,000 (equivalent to 101.4 cents per pack).[22]

36.  The documented differences in manufacturers' list prices have been

passed through to final customers at the retail level.  Thus, the average retail

price of Marlboro Lights in Illinois in a particular year is expected to exceed the

corresponding average retail price of Cambridge Lights.

37.  To determine the retail prices of these two brands, I have relied upon

data regularly published in *The Tax Burden on Tobacco*.[23]  The primary data for my

analysis are shown in Table 5.[24]

38.  For each year through 2001, *The Tax Burden on Tobacco* (or *TBT*) has

reported data the average retail price of cigarettes at a single point in time,

---

[22] See USDA, *Tobacco Situation and Outlook Report, op. cit.,* September 2001, at Table 6.  Before the

1993 "price war," U.S. manufacturers listed different prices for 85mm and 100m varieties of

premium cigarettes.  With this exception, the major U.S. manufacturers have charged direct

buyers virtually identical list prices for all their premium brands.  List prices for discount and

deep-discount cigarettes have not been so uniform.  For example, for January 1998, the USDA

reports the list price of discount cigarettes as ranging from $57.20 to $58.45 per 1,000, whereas

Philip Morris charged its direct buyers $53.20 per 1,000.

[23] Orzechowski and Walker, *op. cit.*  As previously noted, this annual volume was issued by the

Tobacco Institute before its dissolution.

[24] See also the attached electronic spreadsheet Harris Table 5.xls.

typically November 1.[25]  The format for reporting such average retail prices

changed, however, in the year 1990.  Therefore, I used different methods and

assumptions to estimate retail prices from 1971-1989 and 1990-2001, respectively,

as described below.

39.  <u>Price Calculations, 1971-1989.</u>  Before 1990, *TBT* reported only the

average price of all cigarettes, that is, the average for premium, branded

discount, and deep discount cigarettes combined.  In accordance with this

reporting format, the second column from the left in Table 5 shows only the

average retail price of all cigarettes in Illinois from 1970 – 1989.

40.  Prior to 1982, when the market penetration of discount cigarettes was

negligible, I assumed that the average retail price of ML equaled the average

retail price of all brands, as given in the second column of Table 5.  From 1982 –

1989,when discount cigarettes gradually penetrated the market, I computed the

average retail price of ML from the following equation:

| Average Price of Premium Cigarettes | = | Average Price of All Cigarettes | + | Market Share of Discount Cigarettes | × | Retail Price Differential of Premium and Discount Cigarettes |
|---|---|---|---|---|---|---|

In the above equation, I assumed a retail price differential of 36.0 cents per pack.

The latter valued equaled the price differential that I computed for 1990, as

---

[25] The exception is 1991, when prices were sampled on November 20.

described in the subsection <u>Price Calculations, 1990-2001</u> below.[26]  Data on the
market shares of discount cigarettes were taken from various annual *Maxwell
Reports*.  From 1986 – 1989, I then computed the average retail price of Cambridge
Lights to be the average price of ML less the computed price differential of 36.0
cents per pack.

    41.  Before 1990, the *TBT*-reported retail prices included federal and state
excise taxes, as well as statewide sales taxes, but excluded local cigarette taxes
imposed by some Illinois cities and counties.  Accordingly, to compute the full
average retail price of cigarettes prior to 1990, I added local excise taxes to the
computed average retail prices for ML and CL.  Moreover, to compute the
average pre-tax retail price of cigarettes, I subtracted federal and state excise
taxes, as well as applicable state sales taxes, from the computed average retail
prices.[27]

---

[26] The retail price differential for 1990 is computed in cell named "Differential" in the attached
electronic spreadsheet <u>Harris Table 6.xls</u>.

[27] To compute pre-tax premium and discount prices, I used the 1990 pre-tax price differential of
33.9 cents per pack, which is computed in the cell named "PreTax" in the electronic spreadsheet
<u>Harris Table 6.xls</u>.  I also make a correction for the fact that TBT-reported prices are sampled in
November of each year.  For example, I computed the average price of premium cigarettes in
calendar 1971 as equal to $\frac{5}{12} \times$ the average premium price in November 1970 + $\frac{7}{12} \times$ the average
premium price in November 1971.

42. <u>Price Calculations, 1990-2001.</u>  Since 1990, *TBT* has reported two

different average retail prices.  First, as shown in the third column of Table 5, the

average price of premium brand cigarettes has been reported separately.[28]

Second, as shown in the fourth column, the overall average price of all cigarettes

(including premium, branded discount and deep discount cigarettes combined)

continues to be reported.[29]

43.  For the years 1990 – 2001, I base my calculation of the average retail

price of ML in Illinois on the *TBT*-reported average price of premium brands in

the third column of Table 5.  Although the latter datum represents the average

retail price of all premium cigarettes, it is likely to be an accurate indicator of the

price of premium Marlboro Lights in particular.[30]

_____

[28] In the source table (Table 13A) from which these data are derived, TBT states, "Generic brands

not included in average calculation."

[29] In the source table (Table 13B) from which these data are derived, TBT states, "Generic brands

included in average calculation."

[30] As previously noted, manufacturers have charged virtually identical list prices for all premium

brands.  (For a discussion of manufacturers' coordination of wholesale premium prices in the

1980's, see J.E. Harris, "The 1983 Increase in the Federal Excise Tax on Cigarettes," in Larry

Summers, ed., *Tax Policy and the Economy* 1 (1987): 87-111.)  In premium-brand "price war" that

began in April 1993, Philip Morris took the lead in cutting the price of Marlboro cigarettes.  Since

R.J. Reynolds soon matched PM's price cut, it is unlikely that the overall average retail price for

all premium brands, as reported in Table 5, differs markedly from the average price of Marlboro

44. The *TBT*-reported average price for all brands, as given in the fourth column of Table 5, is in fact a weighted-average price, where the weights are the respective market shares of discount and premium cigarettes. That is,

| Weighted Average Price of All Cigarettes | = | Market Share of Discount Cigarettes | × | Average Price of Discount Cigarettes | + | Market Share of Premium Cigarettes | × | Average Price of Premium Cigarettes |
|---|---|---|---|---|---|---|---|---|

where "Discount Cigarettes" includes both branded discount and deep discount varieties. This equation can be rearranged algebraically as:

$$\text{Average Price of Discount Cigarettes} = \frac{\text{Weighted Average Price of All Cigarettes} - \text{Market Share of Premium Cigarettes} \times \text{Average Price of Premium Cigarettes}}{\text{Market Share of Discount Cigarettes}}$$

I take the average price of discount cigarettes, defined in the above equation, as the basis for computing the average retail price of Cambridge Lights during 1990 – 2001.

---

Lights. If Marlboro's national market share in 1993 was 20%, and if the 40-cent-per-pack price cut in April 1993 was matched by most competitors in May of that year, then the 1993 average price of Marlboro cigarettes would fall short of the all-premium average by $\frac{1}{12} \times 80\% \times 40$ cents = 2.7 cents.

45.  The average price of discount cigarettes, as computed according to the above equation, is an overall average of branded discount and deep discount varieties.  To the extent that Cambridge Lights falls into the mid-priced, branded discount category, its actual price will exceed the overall average discount price computed above.

46.  During 1990 – 2001, the *TBT*-reported retail prices have included federal and state excise taxes, but have excluded both statewide sales taxes and local cigarette taxes imposed by some Illinois cities and counties.  Accordingly, to compute the full average retail price of cigarettes from 1990 onward, I added both state sales taxes and local excise taxes to the average retail prices shown in the third and fourth columns of Table 5.  Moreover, to compute the average pre-tax retail price of cigarettes, I subtracted federal and state excise taxes from the average retail prices shown in the third and fourth columns of the table.

47.  Table 6 shows the results of my computations of average retail price and average pre-tax price, along with the raw data on the market share of discount cigarettes.[31]

48.  Thus far, I have been unable to identify a complete source of data on retail cigarette prices in Illinois that would serve as an alternative to the *TBT* data

_____

[31] See also the attached electronic spreadsheet Harris Table 6.xls.

that I have relied upon here.  At best, I have been able to make only partial or indirect comparisons with other sources.

49.  One such comparison is shown in Table 7 below.[32]  The table compares the estimated retail prices for 1989 – 1995 with annual average prices of premium and discount cigarettes sold by the carton in large food stores in the metropolitan Chicago area.  The comparison data were originally obtained from Information Resources, Inc. (IRI).[33] I had used such IRI data in connection with my prior published research on the economics of the cigarette industry.[34]

50.  At retail, a ten-pack carton of cigarettes generally costs less than 10 individual packs.  Accordingly, the prices of cartons, as shown in second through fifth columns of the table, cannot be compared precisely to equivalent prices of 10 individual packs of ML and CL.  Moreover, the IRI-based data reflect transactions recorded only in large food stores, and do not include convenience stores, pharmacies, gas stations, mass merchandisers and vending machine sales.

---

[32] See also the attached electronic spreadsheet Harris Table 7.xls.

[33] Information Resources, Inc. *InfoScan: Market and Regional profiles, 1993 – Current Markets*. Darien, Connecticut: Information Resources, Inc., 1993.

[34] See: Jeffrey E. Harris, Gregory N. Connolly, Daniel Brooks, et al., "Cigarette Smoking Before and After an Excise-Tax Increase and Anti-Smoking Campaign - Massachusetts, 1990-1996," *Morbidity and Mortality Weekly Report*, 45 (1996): 966-70; and Jeffrey E. Harris and Sandra W. Chan, "The Continuum of Addiction: Cigarette Smoking in Relation to Price Among Americans Aged 15-29," *Health Economics* 1999; 8: 81-86.

Finally, the IRI-based Chicago-area data are being compared to TBT-based statewide estimates. Nonetheless, the estimates of the price of 10 packs of Marlboro Lights are reasonably close to the retail cost of a carton of premium cigarettes. The estimates of the price 10 packs of Cambridge Lights are likewise reasonably close to the retail cost of a carton of discount cigarettes. Additional data from IRI, if they become available, would permit a more systematic comparison with the *TBT*-reported data that I have relied upon here.

51. In addition to the above comparison with IRI-based data, I have attempted to compare the estimates in Table 6 with data from Philip Morris' internal *State Tax and Pricing Reports*. Although PM's public document archive gives the cover memos to a number of these reports,[35] the only complete document is the *State Tax and Pricing Report* for 1972.[36] In that report, Illinois retail prices of single packs are given as: 40-41 cents in chain grocery stores; 43-45 cents in independent grocers; 40-42 cents in mass merchandisers; 41-44 cents in chain drug stores; 41-45 cents in independent drug stores; 41-48 in "miscellaneous" retailers; and 50-55 cents in vending machines. The pro-rated prices of cigarettes sold in cartons are generally about 10-15% lower. These data

---

[35] See Bates Nos. 2043409872–9875, 2043427506–7507, 2045259165–9166, 2504000022, 2045259201, 2045259218, 2045259219, 2045259164, 2045207413, 2043427505, 2045243793, 2045207319, 2045259182, 2045259183, and 2045259200.

[36] Bates Nos. 2045243794-3807.

accord reasonably with the *TBT*-based estimate of 42.5 cents for ML in 1972, as shown in Table 6.  Additional data from Philip Morris' *State Tax and Pricing Reports*, if they become available, would permit a more systematic comparison with the *TBT*-reported data that I have relied upon here.

52.  As one more check on the TBT-based data, I attempted to compare the retail price differentials between *Marlboro Lights* and *Cambridge Lights*, derived from Table 6, with the analogous differentials in Philip Morris' list prices to direct buyers.  In general, the retail price differential was significantly larger than the comparable list price differential.  For example, Table 6 shows the difference in average retail price between ML and CL in 1998 to be 42.3 cents per pack.  The comparable list price differential during 1998 was 27 cents per pack.[37]  Since wholesale distributors and retailers add percentage markups to their prices, I would expect to observe the retail price differential that exceeds PM's list price differential.[38]

---

[37] See Bates Nos. 2061814977-8, 2061814966-7, 2061814960-1, and 2064836210-1.

[38] Data from ACCRA (www.accra.org), which have been used in recent economic research on the cigarette market, give the retail price of Winston premium-brand cigarettes in various metropolitan areas throughout the U.S., including Illinois.  However, ACCRA appears to have no data on the prices of discount cigarettes, such as Cambridge Lights.  At this writing, it is unclear whether ACCRA historical price data, prior to the 1990s, would be available.

**Results and Conclusions**

*Quantity Sold at Retail*

53.  Table 8 below shows my calculations of the quantities of ML and CL sold at retail according to the two previously described methods: the "Philip Morris direct buyers" method; and the "taxable cigarettes" method.[39]

54.  From 1971 through 1981, the estimates of the quantity of Marlboro Lights derived from the "taxable cigarettes" method are an average of 8 percent higher than the corresponding estimates based on the "PM direct buyers" method.  From 1982 to 1992, the estimates of the quantity of ML derived from the "taxable cigarettes" method are an average of 2 percent higher.  For Cambridge Lights during 1986 to 1992, the estimates based on the "taxable cigarettes" method are on average only 0.4% higher than the corresponding estimates based on the "PM direct buyers" method.

55.  Between 1993 and 1994, however, the Marlboro Lights series based upon the PM "direct buyers" method takes a discrete jump upward.  Thereafter, the estimates of the quantity of ML based on the PM "direct buyers method" exceed the taxable cigarettes-based estimates by over 20 percent.  Further investigation of the reasons for the discrete jump in the PM direct buyers series is warranted.  Comparisons of the data in Table 8 with other estimates of the

———————————————————

[39] See also the attached electronic spreadsheet Harris Table 8.xls.

quantities of ML and CL sold at retail in Illinois, such as those potentially

available from Philip Morris' "Marlboro Leadership Program" (MLP),

Information Resources Inc./InfoScan (IRI), Management Sciences Associates

(MSA), Marketrak, or Nielsen,[40] is also warranted.

*Consumer Spending, Pre-Tax Spending, and Accumulated Interest*

56.  Tables 9 through 12 show my calculations of total consumer

expenditure at retail, consumer expenditure exclusive of all applicable taxes, and

accumulated interest for each brand (ML and CL) by each method.  Tables 9 and

10 show the respective calculations for Marlboro Lights and Cambridge Lights,

based upon the taxable sales method.[41]  Tables 11 and 12 show the respective

calculations for Marlboro Lights and Cambridge Lights based upon the PM

direct buyers method.[42]

57.  In each of the Tables 9 through 12, a single row of data corresponds to

a single calendar year.  Thus, in Table 9, total consumer expenditure on Marlboro

Lights in Illinois in the year 1990 was  $219.9 million.  The accumulated, non-

---

[40] For references to these sources of data in Philip Morris internal documents, see the numerous

"State of the Business Reports," e.g.., Bates Nos. 2045764006-4061, 2062425746-5770, and

2061905035-5084.

[41] See also the attached electronic spreadsheet <u>Harris Tables 9-10.xls</u>.

[42] See also the attached electronic spreadsheet <u>Harris Tables 11-12.xls</u>.

compounded interest on such consumer spending was $132.0 million.  Similarly, consumer spending on Marlboro Lights, exclusive of all applicable taxes, in Illinois in 1990 was $142.1 million.  The accumulated, non-compound interest on such pre-tax spending was $85.3 million.

58.  In each of the Tables 9 through 12, the bottom row represents the cumulative total.  Thus, in Table 9, total consumer expenditure on Marlboro Lights in Illinois, from 1971 through February 1, 2001, was $5,166.0 million.  Total accumulated non-compound interest on such spending was $2,186.9 million.  Adding these two amounts, I compute the present value to be $7,352.9 million.  Similarly, in Table 9, total consumer expenditures on Marlboro Lights exclusive of all applicable taxes, from 1971 through February 1, 2001, was $3,288.4 million.  Total accumulated non-compound interest on such pre-tax spending was $1,379.4 million.  Adding the latter two amounts, I compute the present value to be $4,667.8 million.

59.  For convenience, Table 13 summarizes the total consumer expenditures, total pre-tax expenditures, total accumulated non-compounded interest, and present values for each brand and both brands, and for each method of calculation.

Jeffrey E. Harris                    June 17, 2002                    Page 32

Table 1.  Philip Morris (PM) Direct Shipments of Marlboro Lights and Cambridge Lights Cigarettes to Direct Buying Customers in the State of Illinois, 1971 – 2000

| Year | PM Direct Shipments of Marlboro Lights to Illinois (thousands of units) | PM Direct Shipments of Marlboro Lights to Illinois (millions of packs) | PM Direct Shipments of Cambridge Lights to Illinois (thousands of units) | PM Direct Shipments of Cambridge Lights to Illinois (millions of packs) |
|---|---|---|---|---|
| 1971 | 12,162 | 0.61 | | |
| 1972 | 85,136 | 4.26 | | |
| 1973 | 113,515 | 5.68 | | |
| 1974 | 179,516 | 8.98 | | |
| 1975 | 236,085 | 11.80 | | |
| 1976 | 317,661 | 15.88 | | |
| 1977 | 420,795 | 21.04 | | |
| 1978 | 585,347 | 29.27 | | |
| 1979 | 815,040 | 40.75 | | |
| 1980 | 1,134,161 | 56.71 | | |
| 1981 | 1,374,923 | 68.75 | | |
| 1982 | 1,614,147 | 80.71 | | |
| 1983 | 1,741,944 | 87.10 | | |
| 1984 | 1,916,236 | 95.81 | | |
| 1985 | 2,138,974 | 106.95 | | |
| 1986 | 2,073,652 | 103.68 | 123,845 | 6.19 |
| 1987 | 2,295,288 | 114.76 | 187,722 | 9.39 |
| 1988 | 2,435,567 | 121.78 | 256,398 | 12.82 |
| 1989 | 2,259,232 | 112.96 | 265,116 | 13.26 |
| 1990 | 2,638,001 | 131.90 | 330,207 | 16.51 |
| 1991 | 2,653,310 | 132.67 | 355,926 | 17.80 |
| 1992 | 2,640,638 | 132.03 | 286,488 | 14.32 |
| 1993 | 2,407,968 | 120.40 | 260,238 | 13.01 |
| 1994 | 3,698,033 | 184.90 | 296,466 | 14.82 |
| 1995 | 3,911,399 | 195.57 | 258,283 | 12.91 |
| 1996 | 4,141,846 | 207.09 | 221,202 | 11.06 |
| 1997 | 4,658,501 | 232.93 | 189,570 | 9.48 |
| 1998 | 4,148,254 | 207.41 | 160,215 | 8.01 |
| 1999 | 4,183,923 | 209.20 | 93,734 | 4.69 |
| 2000 | 4,107,876 | 205.39 | 69,300 | 3.47 |

Source: Philip Morris Inc., Second Amended and Supplemental Response of Defendant Philip Morris Incorporated to Plaintiffs' First Set of Interrogatories and First Supplemental Set of Interrogatories Directed to Defendant Philip Morris Inc., August 31, 2001.

**Table 2: State Tax-Paid Cigarette Sales, Illinois, 1971 – 2001, Based upon Data Reported in *The Tax Burden on Tobacco***

| Fiscal Year | State Tax-Paid Cigarette Sales | Calendar Year¶ | State Tax-Paid Cigarette Sales |
|---|---|---|---|
| (ending June 30) | (millions of packs) | (ending Dec. 31) | (millions of packs) |
| 1971 | 1,399.3 | 1971 | 1,408.5 |
| 1972 | 1,417.6 | 1972 | 1,408.4 |
| 1973 | 1,399.1 | 1973 | 1,440.7 |
| 1974 | 1,482.3 | 1974 | 1,474.9 |
| 1975 | 1,467.5 | 1975 | 1,482.6 |
| 1976 | 1,497.6 | 1976 | 1,501.1 |
| 1977 | 1,504.5 | 1977 | 1,521.0 |
| 1978 | 1,537.4 | 1978 | 1,529.1 |
| 1979 | 1,520.7 | 1979 | 1,519.3 |
| 1980 | 1,517.8 | 1980 | 1,518.2 |
| 1981 | 1,518.5 | 1981 | 1,508.2 |
| 1982 | 1,497.8 | 1982 | 1,480.9 |
| 1983 | 1,463.9 | 1983 | 1,445.6 |
| 1984 | 1,427.2 | 1984 | 1,416.0 |
| 1985 | 1,404.7 | 1985 | 1,383.3 |
| 1986 | 1,361.9 | 1986 | 1,318.6 |
| 1987 | 1,275.3 | 1987 | 1,264.8 |
| 1988 | 1,254.2 | 1988 | 1,237.4 |
| 1989 | 1,220.6 | 1989 | 1,159.8 |
| 1990 | 1,098.9 | 1990 | 1,099.4 |
| 1991 | 1,099.8 | 1991 | 1,092.6 |
| 1992 | 1,085.3 | 1992 | 1,084.4 |
| 1993 | 1,083.4 | 1993 | 1,035.2 |
| 1994 | 986.9 | 1994 | 988.3 |
| 1995 | 989.6 | 1995 | 976.6 |
| 1996 | 963.6 | 1996 | 953.1 |
| 1997 | 942.6 | 1997 | 947.1 |
| 1998 | 951.6 | 1998 | 905.2 |
| 1999 | 858.8 | 1999 | 850.9 |
| 2000 | 843.0 | 2000 | 838.5 |
| 2001 | 833.9 | 2001§ | 833.9 |

Source of Fiscal Year Data: Orzechowski and Walker (2002), Table 10, pages 27-29.

¶ Calendar year sales for 1971 computed as average of sales in fiscal years 1971 and 1972; calendar year sales for 1972 computed as average of sales in fiscal years 1972 and 1973, etc.
§ Calendar year sales for 2001 equal fiscal year sales.

Table 3.  Estimated State-Taxed Cigarette Sales, Illinois, 1971 - 2001, Based upon Tax Revenues Reported by the Illinois Department of Revenue

| Fiscal Year | Illinois Dept of Revenue Cigarette Tax Collections§ | Average Excise Tax Rate (cents per pack)¶ | Estimated Packs Taxed (millions of packs)* | TBT Tax-Paid Cigarette Sales (millions of packs)† | Percentage Variance‡ |
|---|---|---|---|---|---|
| 1970 | 157,611,353 | 12.0 | 1,313 | 1,378.2 | 4.9% |
| 1971 | 165,205,944 | 12.0 | 1,377 | 1,399.3 | 1.6% |
| 1972 | 165,020,232 | 12.0 | 1,375 | 1,417.6 | 3.1% |
| 1973 | 166,311,137 | 12.0 | 1,386 | 1,399.1 | 1.0% |
| 1974 | 173,154,108 | 12.0 | 1,443 | 1,482.3 | 2.7% |
| 1975 | 172,769,187 | 12.0 | 1,440 | 1,467.5 | 1.9% |
| 1976 | 176,909,198 | 12.0 | 1,474 | 1,497.6 | 1.6% |
| 1977 | 178,608,241 | 12.0 | 1,488 | 1,504.5 | 1.1% |
| 1978 | 181,686,957 | 12.0 | 1,514 | 1,537.4 | 1.5% |
| 1979 | 180,335,773 | 12.0 | 1,503 | 1,520.7 | 1.2% |
| 1980 | 178,401,418 | 12.0 | 1,487 | 1,517.8 | 2.1% |
| 1981 | 179,185,280 | 12.0 | 1,493 | 1,518.5 | 1.7% |
| 1982 | 174,462,891 | 12.0 | 1,454 | 1,497.8 | 3.0% |
| 1983 | 173,871,366 | 12.0 | 1,449 | 1,463.9 | 1.0% |
| 1984 | 166,670,585 | 12.0 | 1,389 | 1,427.2 | 2.8% |
| 1985 | 165,654,841 | 12.0 | 1,380 | 1,404.7 | 1.8% |
| 1986 | 196,001,977 | 16.6 | 1,179 | 1,361.9 | 15.5% |
| 1987 | 246,340,907 | 20.0 | 1,232 | 1,275.3 | 3.5% |
| 1988 | 246,866,564 | 20.0 | 1,234 | 1,254.2 | 1.6% |
| 1989 | 244,119,542 | 20.0 | 1,221 | 1,220.6 | 0.0% |
| 1990 | 315,738,598 | 30.0 | 1,052 | 1,098.9 | 4.4% |
| 1991 | 318,380,761 | 30.0 | 1,061 | 1,099.8 | 3.6% |
| 1992 | 318,652,376 | 30.0 | 1,062 | 1,085.3 | 2.2% |
| 1993 | 309,944,641 | 30.0 | 1,033 | 1,083.4 | 4.9% |
| 1994 | 410,137,724 | 43.5 | 944 | 986.9 | 4.6% |
| 1995 | 423,850,723 | 44.0 | 963 | 989.6 | 2.7% |
| 1996 | 415,503,997 | 44.0 | 944 | 963.6 | 2.0% |
| 1997 | 408,350,633 | 44.0 | 928 | 942.6 | 1.6% |
| 1998 | 458,400,882 | 51.6 | 889 | 951.6 | 7.0% |
| 1999 | 485,823,852 | 58.0 | 838 | 858.8 | 2.5% |
| 2000 | 477,900,000 | 58.0 | 824 | 843.0 | 2.3% |
| 2001 | 472,615,237 | 58.0 | 815 | 833.9 | 2.3% |

§ Source:  Illinois Department of Revenue

¶ Tax rate increased to 20¢ on 12/1/85; 44¢ on 7/14/93; and 58¢ on 12/15/97.  Average tax rate computation assumes uniform distribution of tax collections during the fiscal year.

* Tax Collections divided by Average Tax Rate.

† Source: Table 2.  TBT = Tax Burden on Tobacco

‡ TBT Tax-Paid Cigarette Sales minus Estimated Packs Taxed as a percent of Estimated Packs Taxed.

Table 4.  Marlboro Lights Shares (1971-2002) and Cambridge Lights Shares (1986-2000) of Philip Morris Shipments to Illinois; Philip Morris National Market Shares (1971-2001)

| Year | Marlboro Lights Share of PM Direct Shipments to Illinois ¶ (%) | Cambridge Lights Share of PM Direct Shipments to Illinois (%) ¶ | Philip Morris National Market Share (%) § |
|---|---|---|---|
| 1971 | 0.28% | | 18.1% |
| 1972 | 1.72% | | 20.0% |
| 1973 | 2.03% | | 21.3% |
| 1974 | 2.94% | | 22.5% |
| 1975 | 3.63% | | 23.6% |
| 1976 | 4.56% | | 25.4% |
| 1977 | 5.75% | | 26.5% |
| 1978 | 7.60% | | 27.8% |
| 1979 | 10.07% | | 28.9% |
| 1980 | 12.65% | | 30.9% |
| 1981 | 14.82% | | 31.8% |
| 1982 | 16.98% | | 32.8% |
| 1983 | 17.98% | | 34.4% |
| 1984 | 19.27% | | 35.3% |
| 1985 | 21.43% | | 35.9% |
| 1986 | 22.42% | 1.34% | 36.8% |
| 1987 | 23.60% | 1.93% | 37.8% |
| 1988 | 25.47% | 2.68% | 39.3% |
| 1989 | 26.40% | 3.10% | 41.9% |
| 1990 | 26.71% | 3.34% | 42.3% |
| 1991 | 26.92% | 3.61% | 43.3% |
| 1992 | 26.95% | 2.92% | 44.8% |
| 1993 | 26.35% | 2.85% | 43.4% |
| 1994 | 31.33% | 2.51% | 42.6% |
| 1995 | 34.19% | 2.26% | 46.1% |
| 1996 | 37.01% | 1.98% | 47.8% |
| 1997 | 39.27% | 1.60% | 48.7% |
| 1998 | 36.38% | 1.41% | 49.4% |
| 1999 | 37.40% | 0.84% | 49.6% |
| 2000 | 38.58% | 0.65% | 50.5% |
| 2001 | | | 51.0% |

¶ Computed from: Philip Morris Inc., Second Amended and Supplemental Response of Defendant Philip Morris Incorporated to Plaintiffs' First Set of Interrogatories and First Supplemental Set of Interrogatories Directed to Defendant Philip Morris Inc., August 31, 2001.
§ Source:  Maxwell Reports (1971-1998); Philip Morris Annual Reports (1999-2001)

Jeffrey E. Harris                    June 17, 2002                        Page 36

Table 5.  Data from *The Tax Burden on Tobacco* on the Average Retail Price of
Cigarettes in Illinois, 1970 – 2001

| Year | Average Price per Pack, All Brands, as of November (cents) (Table 13) | Average Price per Pack, Premium Brands, as of November (cents) (Table 13A) | Average Price per Pack, All Brands, as of November (cents) (Table 13B) | Sales Tax Rate (% of pre-tax price) (Table 15) ¶ | Additional Local Taxes per Pack § (cents) (FY ending June 30) (Tables 10,16) | Federal and State Cigarette Taxes per Pack (cents) (Tables 13 and 13A) † |
|---|---|---|---|---|---|---|
| 1970 | 41.4 |  |  | 5.00% |  | 20 |
| 1971 | 41.9 |  |  | 5.00% |  | 20 |
| 1972 | 41.0 |  |  | 5.00% | 1.0 | 20 |
| 1973 | 41.9 |  |  | 5.00% | 1.3 | 20 |
| 1974 | 45.2 |  |  | 5.00% | 1.3 | 20 |
| 1975 | 48.4 |  |  | 5.00% | 1.2 | 20 |
| 1976 | 49.4 |  |  | 5.00% | 1.2 | 20 |
| 1977 | 54.6 |  |  | 5.00% | 1.2 | 20 |
| 1978 | 56.8 |  |  | 5.00% | 1.1 | 20 |
| 1979 | 60.0 |  |  | 5.00% | 1.1 | 20 |
| 1980 | 63.1 |  |  | 5.00% | 1.3 | 20 |
| 1981 | 69.9 |  |  | 5.00% | 3.3 | 20 |
| 1982 | 80.8 |  |  | 5.00% | 4.0 | 20 |
| 1983 | 89.6 |  |  | 5.00% | 4.0 | 28 |
| 1984 | 96.7 |  |  | 6.00% | 4.4 | 28 |
| 1985 | 108.4 |  |  | 6.00% | 5.5 | 28 |
| 1986 | 116.2 |  |  | 6.00% | 6.0 | 36 |
| 1987 | 124.1 |  |  | 6.00% | 6.0 | 36 |
| 1988 | 132.7 |  |  | 6.00% | 5.9 | 36 |
| 1989 | 147.3 |  |  | 6.00% | 6.1 | 46 |
| 1990 |  | 160.5 | 154.0 | 6.25% | 6.8 | 46 |
| 1991 |  | 191.1 | 179.8 | 6.25% | 6.6 | 50 |
| 1992 |  | 204.4 | 187.5 | 6.25% | 6.4 | 50 |
| 1993 |  | 189.5 | 182.1 | 6.25% | 6.0 | 68 |
| 1994 |  | 196.5 | 185.2 | 6.25% | 6.1 | 68 |
| 1995 |  | 198.8 | 188.7 | 6.25% | 5.9 | 68 |
| 1996 |  | 209.6 | 198.7 | 6.25% | 6.0 | 68 |
| 1997 |  | 213.7 | 202.3 | 6.25% | 5.9 | 68 |
| 1998 |  | 250.8 | 240.5 | 6.25% | 7.7 | 82 |
| 1999 |  | 325.1 | 312.7 | 6.25% | 8.0 | 82 |
| 2000 |  | 335.7 | 323.8 | 6.25% | 7.9 | 92 |
| 2001 |  | 365.9 | 349.1 | 6.25% | 7.9 | 92 |

¶ Sales tax base excluded state excise taxes in 1970–1985.
§ "Gross County and City Tobacco Taxes" on cigarettes (Table 16) divided by tax-paid sales (Table 10).
† Federal excise tax per pack increased from 8 to 16 cents on 1/1/83, to 20 cents on 1/1/91, 24 cents on 1/1/93, and 34 cents on 1/1/00.

Table 6.  Average Retail Price and Pre-Tax Price of Marlboro Lights, 1971-2001, and Cambridge Lights, 1986-2001, in Illinois; and National Market Share of Discount Brands, 1982-2001*

| Calendar Year | Marlboro Lights | | Cambridge Lights | | Market Share of Discount Brands¶ (%) |
|---|---|---|---|---|---|
| | Average Retail Price (cents per pack) | Pre-Tax Retail Price (cents per pack) | Average Retail Price (cents per pack) | Pre-Tax Retail Price (cents per pack) | |
| 1971 | 42.2 | 20.3 | | | |
| 1972 | 42.5 | 20.0 | | | |
| 1973 | 42.8 | 20.1 | | | |
| 1974 | 45.1 | 22.3 | | | |
| 1975 | 48.3 | 25.4 | | | |
| 1976 | 50.2 | 27.2 | | | |
| 1977 | 53.6 | 30.5 | | | |
| 1978 | 57.0 | 33.8 | | | |
| 1979 | 59.9 | 36.4 | | | |
| 1980 | 64.1 | 39.4 | | | |
| 1981 | 70.7 | 44.4 | | | |
| 1982 | 81.3 | 49.5 | | | 2.9% |
| 1983 | 91.4 | 55.6 | | | 3.5% |
| 1984 | 100.7 | 63.3 | | | 5.5% |
| 1985 | 111.9 | 72.8 | | | 7.2% |
| 1986 | 122.2 | 77.2 | 86.2 | 43.4 | 9.0% |
| 1987 | 130.4 | 81.4 | 94.4 | 47.5 | 10.1% |
| 1988 | 139.1 | 89.6 | 103.1 | 55.7 | 11.1% |
| 1989 | 153.0 | 96.4 | 117.0 | 62.6 | 14.9% |
| 1990 | 177.2 | 114.5 | 141.2 | 80.6 | 19.2% |
| 1991 | 196.0 | 130.0 | 156.4 | 92.8 | 25.0% |
| 1992 | 217.4 | 148.9 | 166.2 | 100.6 | 30.2% |
| 1993 | 214.0 | 135.2 | 181.2 | 104.3 | 36.8% |
| 1994 | 211.6 | 125.6 | 180.0 | 95.8 | 32.5% |
| 1995 | 216.1 | 129.8 | 178.6 | 94.5 | 30.0% |
| 1996 | 223.8 | 137.1 | 184.7 | 100.3 | 28.7% |
| 1997 | 232.0 | 144.0 | 189.1 | 103.6 | 27.7% |
| 1998 | 257.9 | 159.2 | 215.6 | 119.3 | 27.0% |
| 1999 | 320.5 | 212.1 | 274.5 | 168.8 | 26.6% |
| 2000 | 359.9 | 243.5 | 311.3 | 197.8 | 26.5% |
| 2001 | 383.3 | 261.3 | 323.2 | 204.8 | 26.1% |

*Source:  Computed in Harris Table 6.xls, based on TBT data in Table 5 and "Market Share of Discount Brands"
¶ Derived from annual *Maxwell Reports* and Philip Morris annual reports to shareholders.

Table 7. Comparison of Estimated Average Retail Prices of Marlboro Lights and Cambridge Lights in Illinois with Average Prices of Premium, Discount, and Deep Discount Cigarettes Sold by the Carton in Large Food Stores in the Chicago Area, 1989 – 1995*

| Year | Annual Average Price per Carton in Large Food Stores in Chicago Market Area¶ ($ per carton of 10 packs) | | | | Average Retail Price per Pack in Illinois (Table 6) ($ per pack) | |
|---|---|---|---|---|---|---|
| | Premium | Branded Discount | Deep Discount | All Discount | Marlboro Lights | Cambridge Lights |
| 1989 | 14.88 | 11.12 | 9.06 | | 1.53 | 1.17 |
| 1990 | 16.85 | 12.48 | 10.45 | | 1.77 | 1.41 |
| 1991 | 18.89 | 14.34 | 12.08 | | 1.96 | 1.56 |
| 1992 | 20.83 | 16.08 | 11.03 | | 2.17 | 1.66 |
| 1993 | 22.15 | 17.26 | 14.35 | | 2.14 | 1.81 |
| 1994 | 22.18 | 17.33 | 16.15 | | 2.12 | 1.80 |
| 1995 | 21.92 | | | 16.47 | 2.16 | 1.79 |

* Source:  Harris Table 7.xls.
¶ Based on data from Information Resources Inc. for the Chicago metropolitan area.

Table 8. Estimated Quantity of Cigarettes Sold at Retail, Marlboro Lights
(1971-2001) and Cambridge Lights (1986-2001) in the State of Illinois:
Taxable Cigarettes Method and Philip Morris' Direct Buyers Method

| Year | Marlboro Lights | | Cambridge Lights | |
|---|---|---|---|---|
| | Taxable Cigarettes Method (millions of packs) | PM Direct Buyers Method (millions of packs) | Taxable Cigarettes Method (millions of packs) | PM Direct Buyers Method (millions of packs) |
| 1971 | 0.72 | 0.61 | | |
| 1972 | 4.82 | 4.26 | | |
| 1973 | 6.24 | 5.68 | | |
| 1974 | 9.77 | 8.98 | | |
| 1975 | 12.70 | 11.80 | | |
| 1976 | 17.36 | 15.88 | | |
| 1977 | 23.16 | 21.04 | | |
| 1978 | 32.38 | 29.27 | | |
| 1979 | 44.23 | 40.75 | | |
| 1980 | 59.34 | 56.71 | | |
| 1981 | 71.01 | 68.75 | | |
| 1982 | 82.39 | 80.71 | | |
| 1983 | 89.37 | 87.10 | | |
| 1984 | 96.23 | 95.81 | | |
| 1985 | 106.39 | 106.95 | | |
| 1986 | 108.85 | 103.68 | 6.50 | 6.19 |
| 1987 | 112.80 | 114.76 | 9.23 | 9.39 |
| 1988 | 123.92 | 121.78 | 13.05 | 12.82 |
| 1989 | 128.29 | 112.96 | 15.05 | 13.26 |
| 1990 | 124.12 | 131.90 | 15.54 | 16.51 |
| 1991 | 127.25 | 132.67 | 17.07 | 17.80 |
| 1992 | 130.91 | 132.03 | 14.20 | 14.32 |
| 1993 | 118.47 | 120.40 | 12.80 | 13.01 |
| 1994 | 131.85 | 184.90 | 10.57 | 14.82 |
| 1995 | 153.93 | 195.57 | 10.16 | 12.91 |
| 1996 | 168.64 | 207.09 | 9.01 | 11.06 |
| 1997 | 181.23 | 232.93 | 7.37 | 9.48 |
| 1998 | 162.64 | 207.41 | 6.28 | 8.01 |
| 1999 | 157.97 | 209.20 | 3.54 | 4.69 |
| 2000 | 163.28 | 205.39 | 2.75 | 3.47 |
| 2001¶ | 13.67 | | 0.23 | |

Source:  Computed from data in Tables 2 and 4.  See Harris Table 8.xls.
¶ Based upon one only month in 2001 (prior to class certification on February 1, 2001).

Jeffrey E. Harris                         June 17, 2002                         Page 40

Table 9. Total Consumer Expenditure at Retail, Consumer Expenditure Exclusive
of All Applicable Taxes, and Non-Compounded Interest.  Marlboro Lights,
Illinois, 1971-2001.  Taxable Sales Method

| Year | Retail Consumer Expenditure on Marlboro Lights in Illinois ($millions) | Interest on Retail Consumer Expenditure on Marlboro Lights in Illinois ($millions) | Pre-Tax Retail Consumer Expenditure on Marlboro Lights in Illinois ($millions) | Interest on Pre-Tax Retail Consumer Expenditure on Marlboro Lights in Illinois ($millions) |
|---|---|---|---|---|
| 1971 | 0.3 | 0.5 | 0.1 | 0.2 |
| 1972 | 2.0 | 3.1 | 1.0 | 1.4 |
| 1973 | 2.7 | 3.9 | 1.3 | 1.8 |
| 1974 | 4.4 | 6.2 | 2.2 | 3.1 |
| 1975 | 6.1 | 8.3 | 3.2 | 4.4 |
| 1976 | 8.7 | 11.3 | 4.7 | 6.1 |
| 1977 | 12.4 | 15.5 | 7.1 | 8.8 |
| 1978 | 18.5 | 22.2 | 10.9 | 13.1 |
| 1979 | 26.5 | 30.5 | 16.1 | 18.5 |
| 1980 | 38.0 | 41.8 | 23.4 | 25.7 |
| 1981 | 50.2 | 52.7 | 31.6 | 33.1 |
| 1982 | 67.0 | 67.0 | 40.8 | 40.8 |
| 1983 | 81.7 | 77.6 | 49.7 | 47.2 |
| 1984 | 96.9 | 87.2 | 60.9 | 54.8 |
| 1985 | 119.0 | 101.2 | 77.4 | 65.8 |
| 1986 | 133.0 | 106.4 | 84.1 | 67.2 |
| 1987 | 147.1 | 110.3 | 91.8 | 68.9 |
| 1988 | 172.4 | 120.7 | 111.0 | 77.7 |
| 1989 | 196.3 | 127.6 | 123.7 | 80.4 |
| 1990 | 219.9 | 132.0 | 142.1 | 85.3 |
| 1991 | 249.4 | 137.1 | 165.4 | 91.0 |
| 1992 | 284.6 | 142.3 | 194.9 | 97.4 |
| 1993 | 253.5 | 114.1 | 160.2 | 72.1 |
| 1994 | 279.1 | 111.6 | 165.6 | 66.2 |
| 1995 | 332.7 | 116.4 | 199.9 | 70.0 |
| 1996 | 377.5 | 113.2 | 231.2 | 69.4 |
| 1997 | 420.5 | 105.1 | 261.0 | 65.2 |
| 1998 | 419.4 | 83.9 | 258.9 | 51.8 |
| 1999 | 506.3 | 75.9 | 335.1 | 50.3 |
| 2000 | 587.6 | 58.8 | 397.5 | 39.8 |
| 2001 | 52.4 | 2.6 | 35.7 | 1.8 |
| Total | 5,166.0 | 2,186.9 | 3,288.4 | 1,379.4 |

Source: Based on data in Tables 6 and 8.  See Harris Tables 9-10.xls.

Jeffrey E. Harris                    June 17, 2002                    Page 41

Table 10. Total Consumer Expenditure at Retail, Consumer Expenditure
Exclusive of All Applicable Taxes, and Non-Compounded Interest.  Cambridge
Lights, Illinois, 1986-2001.  Taxable Sales Method

| Year | Retail Consumer Expenditure on Cambridge Lights in Illinois ($millions) | Interest on Retail Consumer Expenditure on Cambridge Lights in Illinois ($millions) | Pre-Tax Retail Consumer Expenditure on Cambridge Lights in Illinois ($millions) | Interest on Pre-Tax Retail Consumer Expenditure on Cambridge Lights in Illinois ($millions) |
|---|---|---|---|---|
| 1986 | 5.6 | 4.5 | 2.8 | 2.3 |
| 1987 | 8.7 | 6.5 | 4.4 | 3.3 |
| 1988 | 13.5 | 9.4 | 7.3 | 5.1 |
| 1989 | 17.6 | 11.5 | 9.4 | 6.1 |
| 1990 | 21.9 | 13.2 | 12.5 | 7.5 |
| 1991 | 26.7 | 14.7 | 15.8 | 8.7 |
| 1992 | 23.6 | 11.8 | 14.3 | 7.1 |
| 1993 | 23.2 | 10.4 | 13.4 | 6.0 |
| 1994 | 19.0 | 7.6 | 10.1 | 4.1 |
| 1995 | 18.2 | 6.4 | 9.6 | 3.4 |
| 1996 | 16.6 | 5.0 | 9.0 | 2.7 |
| 1997 | 13.9 | 3.5 | 7.6 | 1.9 |
| 1998 | 13.5 | 2.7 | 7.5 | 1.5 |
| 1999 | 9.7 | 1.5 | 6.0 | 0.9 |
| 2000 | 8.6 | 0.9 | 5.4 | 0.5 |
| 2001 | 0.7 | 0.0 | 0.5 | 0.0 |
| Total | 241.2 | 109.5 | 135.7 | 61.1 |

Source: Based on data in Tables 6 and 8.  See Harris Tables 9-10.xls.

Table 11. Total Consumer Expenditure at Retail, Consumer Expenditure Exclusive of All Applicable Taxes, and Non-Compounded Interest.  Marlboro Lights, Illinois, 1971-2001.  PM Direct Buyers Method

| Year | Retail Consumer Expenditure on Marlboro Lights in Illinois ($millions) | Interest on Retail Consumer Expenditure on Marlboro Lights in Illinois ($millions) | Pre-Tax Retail Consumer Expenditure on Marlboro Lights in Illinois ($millions) | Interest on Pre-Tax Retail Consumer Expenditure on Marlboro Lights in Illinois ($millions) |
|---|---|---|---|---|
| 1971 | 0.3 | 0.4 | 0.1 | 0.2 |
| 1972 | 1.8 | 2.7 | 0.9 | 1.3 |
| 1973 | 2.4 | 3.5 | 1.1 | 1.7 |
| 1974 | 4.0 | 5.7 | 2.0 | 2.8 |
| 1975 | 5.7 | 7.7 | 3.0 | 4.0 |
| 1976 | 8.0 | 10.4 | 4.3 | 5.6 |
| 1977 | 11.3 | 14.1 | 6.4 | 8.0 |
| 1978 | 16.7 | 20.0 | 9.9 | 11.9 |
| 1979 | 24.4 | 28.1 | 14.9 | 17.1 |
| 1980 | 36.4 | 40.0 | 22.4 | 24.6 |
| 1981 | 48.6 | 51.0 | 30.6 | 32.1 |
| 1982 | 65.6 | 65.6 | 40.0 | 40.0 |
| 1983 | 79.6 | 75.6 | 48.4 | 46.0 |
| 1984 | 96.5 | 86.8 | 60.6 | 54.6 |
| 1985 | 119.6 | 101.7 | 77.8 | 66.2 |
| 1986 | 126.7 | 101.3 | 80.1 | 64.1 |
| 1987 | 149.6 | 112.2 | 93.4 | 70.1 |
| 1988 | 169.4 | 118.6 | 109.1 | 76.4 |
| 1989 | 172.8 | 112.3 | 108.9 | 70.8 |
| 1990 | 233.7 | 140.2 | 151.0 | 90.6 |
| 1991 | 260.0 | 143.0 | 172.5 | 94.9 |
| 1992 | 287.1 | 143.5 | 196.5 | 98.3 |
| 1993 | 257.6 | 115.9 | 162.8 | 73.3 |
| 1994 | 391.3 | 156.5 | 232.2 | 92.9 |
| 1995 | 422.7 | 147.9 | 253.9 | 88.9 |
| 1996 | 463.5 | 139.1 | 283.9 | 85.2 |
| 1997 | 540.4 | 135.1 | 335.4 | 83.8 |
| 1998 | 534.9 | 107.0 | 330.1 | 66.0 |
| 1999 | 670.5 | 100.6 | 443.8 | 66.6 |
| 2000 | 739.2 | 73.9 | 500.0 | 50.0 |
| 2001 | 65.6 | 3.3 | 44.7 | 2.2 |
| Total | 6,005.9 | 2,363.9 | 3,820.8 | 1,489.8 |

Source: Based on data in Tables 6 and 8.  See Harris Tables 11-12.xls.

Jeffrey E. Harris                      June 17, 2002                      Page 43

| Table 12. Total Consumer Expenditure at Retail, Consumer Expenditure Exclusive of All Applicable Taxes, and Non-Compounded Interest.  Cambridge Lights, Illinois, 1986-2001.  PM Direct Buyers Method | | | | |
|---|---|---|---|---|
| Year | Retail Consumer Expenditure on Cambridge Lights in Illinois ($millions) | Interest on Retail Consumer Expenditure on Cambridge Lights in Illinois ($millions) | Pre-Tax Retail Consumer Expenditure on Cambridge Lights in Illinois ($millions) | Interest on Pre-Tax Retail Consumer Expenditure on Cambridge Lights in Illinois ($millions) |
| 1986 | 5.3 | 4.3 | 2.7 | 2.1 |
| 1987 | 8.9 | 6.6 | 4.5 | 3.3 |
| 1988 | 13.2 | 9.3 | 7.1 | 5.0 |
| 1989 | 15.5 | 10.1 | 8.3 | 5.4 |
| 1990 | 23.3 | 14.0 | 13.3 | 8.0 |
| 1991 | 27.8 | 15.3 | 16.5 | 9.1 |
| 1992 | 23.8 | 11.9 | 14.4 | 7.2 |
| 1993 | 23.6 | 10.6 | 13.6 | 6.1 |
| 1994 | 26.7 | 10.7 | 14.2 | 5.7 |
| 1995 | 23.1 | 8.1 | 12.2 | 4.3 |
| 1996 | 20.4 | 6.1 | 11.1 | 3.3 |
| 1997 | 17.9 | 4.5 | 9.8 | 2.5 |
| 1998 | 17.3 | 3.5 | 9.6 | 1.9 |
| 1999 | 12.9 | 1.9 | 7.9 | 1.2 |
| 2000 | 10.8 | 1.1 | 6.9 | 0.7 |
| 2001 | 0.9 | 0.0 | 0.6 | 0.0 |
| Total | 271.4 | 117.9 | 152.6 | 65.8 |

Source: Based on data in Tables 6 and 8.  See Harris Tables 11-12.xls.

Jeffrey E. Harris                    June 17, 2002                    Page 44

Table 13.  Summary of Total Consumer Spending, Accumulated Non-Compounded Interest, and Present Value for Each Brand (in $millions)

| | Taxable Sales Method | | | PM Direct Buyers Method | | |
|---|---|---|---|---|---|---|
| | Marlboro Lights | Cambridge Lights | Both Brands | Marlboro Lights | Cambridge Lights | Both Brands |
| Consumer Spending | 5,166.0 | 241.2 | 5,407.2 | 6,005.9 | 271.4 | 6,277.3 |
| Interest | 2,186.9 | 109.5 | 2,296.4 | 2,363.9 | 117.9 | 2,481.8 |
| Present Value | 7,352.9 | 350.6 | 7,703.6 | 8,369.8 | 389.3 | 8,759.2 |
| | | | | | | |
| Pre-Tax Spending | 3,288.4 | 135.7 | 3,424.1 | 3,820.8 | 152.6 | 3,973.5 |
| Interest | 1,379.4 | 61.1 | 1,440.5 | 1,489.8 | 65.8 | 1,555.6 |
| Present Value | 4,667.8 | 196.9 | 4,864.6 | 5,310.7 | 218.5 | 5,529.1 |

Source:  Tables 9 through 12.  See Harris Table 13.xls.