# Exhibit 5

# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| IN RE:  LIGHT CIGARETTES MARKETING SALES PRACTICES LITIGATION | )<br>)<br>)<br>)<br>) |

MDL Docket No. 1:09-MD-2068
ALL CASES

## DECLARATION AND EXPERT DISCLOSURE STATEMENT
## OF DR. PETER C. ENGLISH

I, Dr. Peter C. English, having been duly sworn and upon his oath deposes and states as follows:

1.        I am Peter C. English.  I am over eighteen years of age and am competent to testify to the matters contained herein.

2.        I am a medical historian and a board certified primary care pediatrician.

3.        I obtained both an MD and a PhD in history from Duke University in 1975.  After three years of residency in pediatrics, I joined the faculties of the departments of both history and medicine at Duke, where I have worked since.  I am currently both a Professor of History (Medical History, Public Health History) and a Professor of Pediatrics at Duke.  In addition, I had an active pediatric practice treating children until May 2005.

4.        I have published a number of peer-reviewed articles and books on topics relating to medical and public health history.  I have also served on the editorial board of the two major journals relating to medical history – the *Journal of History of Medicine and Allied Sciences* and the *Bulletin of the History of Medicine*.  My background and education are set forth in greater detail in my curriculum vitae, a copy of which is attached hereto as Exhibit 1.  I am compensated

at a rate of $350 per hour.  A list of prior testimony that I have provided in the last four years is also attached as Exhibit 2.

5.     I have extensively researched the history of the development of scientific knowledge regarding the relationship between smoking and serious disease and the public health community's response to the evidence linking smoking to fatal diseases such as lung cancer.  As part of that history, I have specifically examined the public health and scientific communities' consideration of reductions in tar and nicotine yields as a possible means of reducing the risks of cigarette smoking.

## I.     Conclusions

6.     In summary and as explained below, I have concluded that:

7.     Independent scientists from the public health community have endorsed low yield cigarettes (as measured by the FTC method) as a way to reduce the risk of lung cancer from the 1950s to the twenty-first century.  During this period, the public health community specifically advised smokers who would not quit to switch to cigarettes with lower tar and nicotine yields.

8.     A consensus that low yield cigarettes reduced the risk of lung cancer started with the Public Health Service "Technical Report" (1966) and was reaffirmed by the Surgeon General's Report of 1981.  In the late 1990s, some scientists questioned the wisdom of the consensus, and, in 2001, *NCI Monograph 13* concluded that "there is no convincing evidence that changes in cigarette design between 1950 and the mid 1980s have resulted in an important decrease in the disease burden caused by cigarette use either for smokers as a group or for the whole population."[1]

---

[1]     Burns, David M., et al. "Smoking Lower Yield Cigarettes and Disease Risk." *NCI Monograph 13: Risks Associated with Smoking Cigarettes with Low Machine-Measured Yields of Tar and Nicotine.* 2001, 146 (Ex. 102).

9.      Throughout the time that low yield cigarettes were recommended, the public health community was well aware that compensation might reduce the benefits of low yield cigarettes.  Even so, the public health community continued to recommend low yield cigarettes to smokers who chose not to quit.  These recommendations were based on epidemiologic studies – inherently considering any compensatory changes in how low yield cigarettes were smoked – that found smokers of low yield cigarettes had a lower risk of lung cancer as compared to smokers of high yield cigarettes.  However, at the same time, members of the public health community also warned smokers about the possibility of compensation and that, if smokers compensated, low yield cigarettes may not reduce the risk of smoking as compared to higher yield cigarettes.

10.     The Federal Trade Commission has tightly regulated how tar and nicotine were measured and how cigarette manufacturers could advertise low yield cigarettes.

11.     These conclusions are all based on my historical research and are held to a reasonable degree of certainty of an expert in my field (*i.e.*, medical history).  The bases for these conclusions are set forth in greater detail below.

## II.      Scientific Understanding of the Relationship Between Smoking and Serious Disease

12.     In understanding the history of low yield cigarettes, it is first useful to explain the development of scientific knowledge regarding the health risks of smoking.

13.     In 1950, Dr. Ernst Wynder and his colleague, Dr. Evarts Graham, (among other researchers in the United States and Britain), published the first hard evidence suggesting a possible link between smoking and lung cancer.[2]  Wynder and Graham conducted an

---

[2]     Wynder, E.L. and Evarts Graham, "Tobacco Smoking as a Possible Etiologic Factor in Bronchogenic Carcinoma: A Study of Six Hundred and Eighty-Four Proved Cases," *Journal of the American Medical Association* 143(4): 329-336 (1950) (Ex. 3).

epidemiologic study in which they compared hospital patients with lung cancer to hospital patients without lung cancer. They found a strong statistical association between cigarette smoking and lung cancer -- that is, the hospital patients with lung cancer were more likely to be smokers. In the 1950s, subsequent epidemiological studies confirmed this statistical association, a finding that supported the hypothesis that cigarette smoking might cause lung cancer.

14.      In 1953, Dr. Wynder published another groundbreaking study that also looked at the relationship between smoking and disease, but from a different perspective: the experimental biology laboratory.[3] In these experiments, Dr. Wynder painted the condensed tar of cigarette smoke onto the skin of laboratory animals. He found that, under certain conditions, he could produce benign tumors and occasionally cancers on the skin of the animals painted with tobacco tar. Other researchers also confirmed Wynder's findings.

15.      These research findings created a great deal of public health and scientific interest in the possibility that smoking might cause fatal diseases such as lung cancer. It also sparked additional lines of research by and considerable debate within the public health and scientific communities, which ultimately led to the publication of the landmark 1964 report of the Surgeon-General's Advisory Committee. In 1964, the Surgeon-General's Advisory Committee assessed this emerging evidence and concluded that "[c]igarette smoking is causally related to lung cancer in men" and that the "data for women" was "point[ing] in the same direction." In view of these conclusions, the Advisory Committee determined that "[c]igarette smoking is a

---

[3]  Wynder, E.L., "Experimental Production of Carcinoma with Cigarette Tar," *Cancer Research* 13: 855-864 (1953) (Ex. 4).

health hazard of sufficient importance in the United States to warrant appropriate remedial action."[4]

16.     The public health community responded to this call for "remedial action" in two general ways: (1) it intensified an already considerable public health campaign – begun in the 1950s – to inform the American public of the dangers of smoking and to discourage smoking, and (2) it explored ways to reduce the risks of smoking for those who would not quit, including reductions in tar and nicotine yields.

## III.     Early Considerations of Tar and Nicotine Reductions

17.     The public health and scientific communities' call for reductions in tar and nicotine began well before the publication of the 1964 Surgeon General's report.

18.     Leading these early efforts was Dr. Wynder.  Dr. Wynder continued his skin painting experiments and found a dose-response relationship – that is, he found that he could reduce the incidence of tumors on the animals' skin by reducing the amount of tobacco condensate applied to the skin.  Based on these findings, in 1957, Dr. Wynder recommended "more effective filtration," predicting that "if the average smoker were exposed to only one half the amount of tobacco tar to which the smoker of regular-sized cigarettes is now exposed, his cancer risk would be significantly reduced."[5]  Dr. Wynder's remarks were reflected in articles in the media, including a widely cited one in *Reader's Digest*.[6]  Articles also appeared in *Time*,[7,8]

---

[4]     Surgeon General's Advisory Committee on Smoking and Health: *Smoking and Health*, (Washington, D.C.: Public Health Service, Office of the Surgeon General, 1964) 31 (Ex. 5).

[5]     Wynder, Ernst L., Patricia Kopf, and Helen Ziegler, "A Study of Tobacco Carcinogenesis. II. Dose-Response Studies," *Cancer*. Vol. 10, 1957, 1199 (Ex. 6).

[6]     Miller, Lois Mattox and James Monahan, "Wanted-And Available-Filter-Tips That Really Filter," *Reader's Digest*. August, 1957, 44 (Ex. 7).

[7]     "Making Cigarettes Safe?" *Time*. April 22, 1957, 50 (Ex. 8).

[8]     "Filtered for Safety." *Time*. July 29, 1957, 28 (Ex. 9).

*U.S. News & World Report*,[9] and *Science News Letter*.[10,11] Dr. Wynder also made his call for reductions in tar levels in testimony before Congress: "in view of the dose response data established both for men and the laboratory animals, specific tar levels in the smoke of a given cigarette should be prescribed. These tar levels should be at least 40 percent lower than that of the average unfiltered regular-size cigarette."[12]

19.     At the same time that Dr. Wynder was making his recommendation in favor of tar reductions, however, he also expressed concern that any beneficial effect of tar reductions might be offset by changes in smoking behavior (a phenomenon that later became known as "compensation"):

> it is feasible to produce filter tips that will allow the cigarette a satisfactory pressure drop and satisfactory flavor and, at the same time, remove about 40 percent of the tar of the cigarette smoke. Such a filter incorporated into a regular-sized cigarette, which normally yields 30 mg of tar in its smoke, can reduce the tar exposure of an individual smoking this cigarette to about 18 mg. A reduction to such level, as both animal experiments and human statistical studies show, will be followed by a significant reduction in cancer risk, provided the number of cigarettes smoked is kept constant.
>
> The length to which a cigarette is smoked, therefore, is an important factor in determining the amount of tar to which the smoker is exposed.[13]

---

[9]    "What a U.S. Scientist Says About Making 'A Safer Cigarette' in the Future." *U.S. News & World Report*. July 26, 1957, 71 (Ex. 10).

[10]    "Law Regulating Filters Urged." *Science News Letter*. January 19, 1957, 41 (Ex. 11).

[11]    "Safer Cigarette Described." *Science News Letter*. July 6, 1957, 6 (Ex. 12).

[12]    Statement of Dr. Ernst L. Wynder, Sloan-Kettering Institute for Cancer Research, False and Misleading Advertising (Filter-tip Cigarettes), House of Representatives, Legal and Monetary Affairs Subcommittee of the Committee on Government Operations, Washington, D.C. (1957) 63, 97-108, at 106 (Ex. 13).

[13]    Wynder, Ernst L. and Jona Mann, "A Study of Tobacco Carcinogenesis. III. Filtered Cigarettes," *Cancer*. Vol. 10 (1957), at 1204 (Ex. 14).

20.     The U.S. government also shared Dr. Wynder's concern about the possibility of compensation.  When the Surgeon-General's Advisory Committee began preparing its report in 1962, it investigated lower tar, filtered cigarettes and specifically raised concerns about the potential for compensation.  The committee asked Daniel Horn, a scientist who had worked at the American Cancer Society before joining the federal government, for a report on whether smokers of filtered cigarettes increased the number of cigarettes smoked per day.[14]

21.     Ultimately, the 1964 Surgeon-General's report did not address the health consequences of lower tar, filtered cigarettes.  As Surgeon-General Luther Terry explained at the time, the report did not address filtered cigarettes because of the concern that "removing tar [and] nicotine . . . might also lead to different levels of cigarette consumption and different amounts of inhalation, and so forth."[15]

IV.     The Beginning of the Scientific Consensus In Favor Of Tar and Nicotine Reductions

22.     Although the 1964 Surgeon-General's Report had declined to address the issue of low yield cigarettes, the U.S. Public Health Service followed the issue with great interest.

23.     In June 1966, the Public Health Service hosted a conference of leading scientists and public health authorities at the National Institutes of Health.  The conference included some of the most prominent figures in smoking and health research, such as Dr. Wynder and Dr. E. Cuyler Hammond, an epidemiologist with the American Cancer Society.  At this meeting, these scientists and governmental officials reviewed the existing science regarding tar and nicotine reductions and concluded for the first time that "the preponderance of scientific evidence

---

[14]   "Report for Surgeon General's Advisory Committee on Smoking and Health." Letter from Daniel Horn, Ph.D., Assistant Chief for Research, to Peter Hamill, M.D., Medical Coordinator, Surgeon General's Advisory Committee on Smoking and Health. May 2, 1963, 1 (Ex. 15).

[15]   "Answers on Filters." *U.S. News & World Report*. January 27, 1964, 38 (Ex. 16).

strongly suggests that the lower the 'tar' and nicotine content of cigarette smoke, the less harmful would be the effect." This recommendation became the operative phrase in a 1967 U.S. Public Health Service "Technical Report on 'Tar' and Nicotine" submitted to Congress. Based on this conclusion, the authorities "recommend[ed] to the Surgeon General that action be encouraged which will result in the progressive reduction of the 'tar' and nicotine content of cigarette smoke."[16]

24.      The conclusions of the Public Health Service's "Technical Report" were extremely important. They marked the beginning of a public health and scientific consensus advocating for tar and nicotine reductions. They also marked the beginning of an aggressive program by the U.S. government itself (discussed below) to encourage smokers who would not quit to choose cigarettes with lower tar and nicotine yields.

## V.      The FTC's Adoption of the Standardized Testing Method for Measuring Tar and Nicotine Yields

25.      Against this backdrop of the public health community's early encouragement of tar and nicotine reductions, the FTC began not only to play a role in standardizing the measurement of tar and nicotine yields in cigarettes but also to dictate how manufacturers could communicate these yields to consumers. The public health community continued to play an active role in the FTC's regulatory efforts governing the measurement of tar and nicotine yields and the disclosure of those measurements.

26.      The FTC has been interested in issues relating to the tar and nicotine content in cigarettes since the 1940s. In 1955, the FTC issued guidelines prohibiting cigarette manufacturers from making unsubstantiated health claims. Among other things, the guidelines

---

[16]   Public Health Service Technical Report on "Tar" and Nicotine (1966) (Ex. 17).

8

stated that no cigarette manufacturer would be allowed to claim "that any brand of cigarette or the smoke therefrom is low in nicotine or tars, or contains less nicotine, tars, acids, resins or other substances . . . when it has not been established by competent scientific proof that the claim is true, and if true, that such difference or differences are significant."[17]

27.     In 1959, the FTC notified the tobacco industry that it would consider claims about tar and nicotine content to be health claims in violation of its 1955 guidelines, and it advised the industry to stop making such claims.[18] This resulted in an agreement banning all claims about tar and nicotine content in cigarette advertising.[19]

28.     The FTC's ban on tar and nicotine advertising increasingly came into conflict with the views of the public health community, which (as described below) by the mid-1960s was advocating reductions in tar and nicotine. For example, in an April, 1966 letter to the Chairman of the Senate Committee on Commerce, Paul Rand Dixon, the Chairman of the FTC, acknowledged that a number of public health authorities had urged that the FTC reverse its ban on tar and nicotine advertising. The American Cancer Society, for instance, believed that "the consumer must have information as to the tar and nicotine content of cigarettes in order to make an intelligent decision as to which brands to smoke," and the American Cancer Society requested that the FTC "remove its restrictions relative to providing information concerning the tar and nicotine content of cigarette smoke on cigarette packages and in cigarette advertising."[20]

---

[17]    "39,012: Cigarette Advertising Guides: FTC Release, September 22, 1955, Guides" *FTC Rules and Guides*. 1955 (Ex. 18).

[18]    Letter from William H. Brain to Addison Yeaman (Dec. 17, 1959) (Ex. 19).

[19]    *Annual Report* of the FTC For the Fiscal Year Ended June 30, 1960 at 82 (Ex. 20); April 11, 1966 Letter from Dixon to Magnuson at 2-3 (Ex. 21).

[20]    April 11, 1966 Letter from Dixon to Magnuson at 9-10 (Ex. 21).

29.     Based on the public health community's recommendations, in 1966, the FTC changed course and announced that statements of tar and nicotine content would be permissible so long as they were based on measurements conducted in accordance with a particular standardized method – the Cambridge Method.[21] As the FTC subsequently explained in its *Annual Report*, its decision to "augment information available to the public on the tar and nicotine content of cigarettes" was "[b]ased on the proposition that lower yield cigarettes present a lessened hazard to the American public."[22]

30.     The FTC announced that it would hold hearings on "what action, if any, should be taken in the public interest with respect to modifying or amplifying the Cambridge Filter Method."[23] The Cambridge Method uses a machine to smoke cigarettes according to standardized parameters and reports the amount of tar and nicotine that are yielded under these tightly prescribed conditions. As a result, the method does not measure how much tar and nicotine will be delivered to any individual smoker and cannot account for individual variations in human smoking behavior, including compensatory changes (such as deeper or more frequent puffs or ventilation hole blocking) that may occur when switching cigarette brands.

31.     These limitations of the Cambridge Method were well understood at the time. In fact, in the context of the FTC's hearings on its proposed method, the tobacco industry made a submission specifically warning that the machine-based method could not measure actual deliveries or account for variability in human smoking behavior:

---

[21]  "39,012: Cigarette Advertising Guides: FTC Release, September 22, 1955, Guides" *FTC Rules and Guides*. 1955, at 41,603 (Ex. 18).

[22]  Federal Trade Commission Report to Congress Pursuant to the Federal Cigarette Labeling and Advertising Act, June 30, 1968 at 17 (Ex. 22).

[23]  31 Fed. Reg. 14,278 (Nov. 4, 1966) (Ex. 23).

> the [Cambridge] Method does not measure the volume of smoke –
> or the PM or nicotine in the volume of smoke – that any human
> being will draw from smoking any particular cigarette. . . .

> no two human smokers smoke in the same way.  No individual
> smoker always smokes in the same fashion.  The speed at which
> one smokes varies both among smokers, and usually also varies
> with the same individual under different circumstances even within
> the same day.  Some take puffs (or draws); some take short puffs.
> That variation affects the tar and nicotine quantity generated.

> even with the same type of cigarette, individual smokers take a
> different number of puffs per cigarette depending on the
> circumstances.  When concentrating, or talking, the number of
> puffs is usually less.  When listening or required to listen to
> another person talking, the number of puffs per cigarette, as well as
> the duration of each puff, usually increases . . . .

> the [Cambridge] Method does not and cannot measure these many
> variations in human smoking habits.[24]

32.    The tobacco industry also suggested that, "at the very least," measurements

should be reported on a "per puff" basis, because "it is widely recognized that individual

smoking habits vary enormously both in the number of puffs per cigarette and the butt length to

which the cigarette is smoked."[25]

33.    Notwithstanding this warning, the FTC adopted the Cambridge Method for its

own laboratory, which has since become known as the "FTC Method."[26]  At the same time, the

FTC acknowledged the limitations of its method on a press release announcing the beginning of

its testing program, in which it quoted the industry's warnings almost verbatim:

> in determining the testing method, the Commission has not
> attempted to gauge the test to the amount of smoke, or tar and

---

[24]   Supplementary Observations Following November 30, 1966 Hearing (Ex. 24).

[25]   Methods to be Employed in Determining Tar and Nicotine Content, Additional Observations,
A Critique of the March 1967 Roswell Park Memorial Institute Report on Cigarette Testing, at
22-23 (Ex. 25).

[26]   32 Fed. Reg. 11,178 (Aug. 1, 1967) (Ex. 26).

> nicotine, which the "average" smoker will draw from any particular cigarette.

> no two human smokers smoke in the same way.  No individual smoker always smokes in the same fashion.  The speed at which one smokes varies both among smokers, and usually also varies with the same individual under different circumstances even within the same day.  Some take puffs (or draws); some take short puffs.  That variation affects the tar and nicotine quantity generated.

> even with the same type of cigarette, individual smokers take a different number of puffs per cigarette depending on the circumstances.  When concentrating, or talking, the number of puffs is usually less.  When listening or required to listen to another person talking, the number of puffs per cigarette, as well as the duration of each puff, usually increases . . . .

> the Cambridge Filter Method does not and cannot measure these many variations in human smoking habits.[27]

34.     Despite these limitations, the FTC explained that it had adopted the Cambridge Method because it provided a "reasonable standardized method" that was "capable of being presented to the public in a manner that is readily understandable."[28]

35.     The FTC also stressed that its method should be the only method used to measure tar and nicotine yields, explaining that "the public interest requires that all test results presented to the public be based on a uniform method" because "use of more than one testing method . . . would only serve to confuse or mislead the public."[29]  In another document around the same time, the FTC repeated that "statements or representations" of tar content "based on non-

---

[27]   Federal Trade Commission, News Release, "FTC to Begin Cigarette Testing," 1 August 1967, 2 (Ex. 27).

[28]   Federal Trade Commission, News Release, "FTC to Begin Cigarette Testing," 1 August 1967, 1 (Ex. 27).

[29]   Federal Trade Commission, News Release, "FTC to Begin Cigarette Testing," 1 August 1967, 2 (Ex. 27).

standardized tests having no official or governmental sanction would tend to confuse and mislead the public."[30]

36.     Over the decades, the FTC has repeatedly and publicly acknowledged the limitations of the FTC Method of measuring tar and nicotine, and it has warned time and again that the method could not account for compensatory smoking or accurately predict how much tar and nicotine any individual would take in.  For example, in its 1977 *Annual Report* to Congress, the FTC noted that the "implication" that cigarettes with lower tar yields may be beneficial is correct only "as long as the smoker does not smoke more cigarettes, smoke further down on the cigarettes smoked, inhale more deeply, or otherwise modify his or her smoking behavior."[31]  In its 1993 *Annual Report* to Congress, the FTC discussed particular advertising of low yield cigarettes, explaining that "consumers would not necessarily get less tar because the ratings shown in the ads were obtained by smoking machines that did not reflect actual smoking, partly because they did not account for 'compensatory smoking.'"[32]  More recently, in a 2000 "Consumer Alert," the FTC warned consumers that:  "The Federal Trade Commission wants you to know that cigarette tar and nicotine ratings can't predict the amount of tar and nicotine you get from any particular cigarette.  That's because how you smoke a cigarette can significantly affect the amount of tar, nicotine and carbon monoxide you get from your cigarette."[33]

---

[30]   Letter from Joseph W. Shea to Howard H. Bell at 3 (Oct. 25, 1967) (Ex. 28).

[31]   Federal Trade Commission Report to Congress Pursuant to the Public Health Cigarettes Smoking Act for the Year 1977, at 6, n. 6 (Ex. 29).

[32]   Federal Trade Commission Report to Congress Pursuant to the Federal Cigarette Labeling and Advertising Act for the Year 1993, at 2 (Ex. 30).

[33]   Federal Trade Commission Consumer Alert:  "Up In Smoke: The Truth About Tar and Nicotine Ratings," May, 2000 (Ex. 31).

## VI.   The Emerging Epidemiologic Evidence Finding A Reduction In Risk For Lower Yield Cigarettes

37.     While recommendations regarding lower yield cigarettes at first were based on animal tar/skin painting experiments indicating that reductions in tar yields reduce the risk of skin cancer in laboratory animals, in the late 1960s, scientists began to publish the results of epidemiologic studies that specifically studied the effects of smoking cigarettes with lower tar and nicotine yields (as measured by the FTC Method).  These studies consistently found that smokers of cigarettes with lower tar and nicotine yields had a lower risk of lung cancer as compared to smokers of cigarettes with higher tar and nicotine yields.

38.     The first epidemiologic study was published by the National Cancer Institute (NCI) in 1968.  This study, conducted by Dr. Irwin Bross of the Roswell Park Cancer Institute, compared the lung cancer rates of smokers of higher tar, non-filter cigarettes to smokers of lower tar, filtered cigarettes.  The study found that smokers of filtered cigarettes had a 40% reduced risk of lung cancer as compared to smokers of non-filtered cigarettes.  Based on this finding, Dr. Bross concluded that:

> These findings provide the first human evidence that redesign of the product can reduce health hazards.  They indicate that, if full advantage were taken of existing filter and other cigarette technology, a greater protection could be provided immediately.[34]

39.     Dr. Bross' finding received a great deal of interest, including coverage in leading newspapers such as *The New York Times.*[35]  The 1969 Surgeon General's Report explained that

---

[34]   Bross, Irwin D.J., "Effect of Filter Cigarettes on the Risk of Lung Cancer," in *Toward a Less Harmful Cigarette*, A Workshop Held at the World Conference on Smoking and Health, September 11-13, 1967, Conference Chairman and Editor: Ernst L. Wynder, National Cancer Institute Monograph No. 28, (Bethesda, Maryland: U.S. Department of Health, Education, and Welfare, Public Health Service, National Cancer Institute, June 1968), 35-40[38] (Ex. 32).

[35]   Lyons, Richard D. "State Report Finds Less Cancer Risk in Filter Cigarettes." *The New York Times*. August 23, 1968, 1 (Ex. 33).

Dr. Bross' finding was significant because it provided additional evidence that reductions in tar and nicotine yields should reduce the risk of lung cancer for those individuals who continued to smoke:

> Bross, et al. reported that the risk of developing lung cancer is lower among filter cigarette smokers than nonfilter cigarette smokers. . . . this study supports the inference that the tar content of cigarettes is a meaningful measure of exposure to risk.[36]

40.     Subsequent epidemiologic studies in the 1970s confirmed Bross' findings. For instance, Dr. Wynder published two epidemiologic studies comparing the risk of smoking higher tar, non-filtered cigarettes to smoking lower tar, filtered cigarettes, both of which supported the conclusion that the smokers of lower tar, filtered cigarettes had a lower risk of lung cancer.[37]

41.     In 1976, Dr. E. Cuyler Hammond provided critical scientific support for the low-tar consensus with his analysis of the American Cancer Society's Cancer Prevention Study (CPS-I).[38] In this unprecedented study, Hammond tracked over one million subjects for a twelve year period. He found that smokers of medium tar (as measured by the FTC Method) cigarettes had a reduced risk of lung cancer, heart disease, and total mortality as compared to smokers of high tar cigarettes (as measured by the FTC Method). Smokers of low tar cigarettes (as measured by the FTC Method) had an even greater reduction in risk. Based on these findings, Dr. Hammond concluded that "we think it fair to say that switching from 'high' T/N to 'low'

---

[36]   U.S. Department of Health and Human Services, *The Health Consequences of Smoking: 1969 Supplement to the 1967 Public Health Service Review,* 1969, at 57 (Ex. 34).

[37]   Wynder, E.L. "The Epidemiology of Lung Cancer: Recent Trends." *Journal of the American Medical Association* 213 (13): 2221-2228 (1970), (Ex. 35); Wynder, E.L. "Impact of Long-Term Filter Cigarette Usage on Lung and Larynx Cancer Risk (A Case-Control Study)." *Journal of the National Cancer Institute* 62(3): 471-477 (1979) (Ex. 36).

[38]   Hammond, E. Cuyler, Lawrence Garfinkel, Herbert Seidman, and Edward A. Lew, "'Tar' and Nicotine Content of Cigarette Smoke in Relation to Death Rates," *Environmental Research.* Vol. 12, 1976, 263-274 (Ex. 37).

T/N cigarettes was at least a small step in the right direction for those who continued to smoke cigarettes." The advocacy of low-tar cigarettes was covered by newspapers and media, such as *The New York Times*.[39]

42.     In the 1980s and 1990s, scientists conducted even more sophisticated epidemiologic studies examining the relationship between FTC-measured tar and nicotine yield and lung cancer risk, consistently confirming the early findings that smokers of lower yield cigarettes had a reduced risk of lung cancer as compared to higher yield cigarettes.[40]

43.     For example, in 1984, Dr. Jay Lubin, an NCI epidemiologist, published a study based on smokers in Europe finding that male smokers of lower tar filtered cigarettes had a 41% reduction in lung cancer risk as compared to smokers of higher tar non-filtered cigarettes and that female smokers of filtered cigarettes had a 51% reduced risk. Lubin concluded that "our findings indicate that lifetime filter smokers have a lower risk relative to lifetime nonfilter smokers than previously thought." Lubin believed that "smoking cessation must be the primary goal of efforts to prevent lung cancer, although changing to low tar (filter) cigarettes should help in reducing the risk."[41]

44.     In 1988, researchers at the American Cancer Society published the results of its CPS-II study (the follow-up to the CPS-I study), examining the relationship between cigarette tar yield (as measured by the FTC Method) and lung cancer risk. The researchers found that lung

---

[39]   Brody, Jane E. "Less Risk Found in Low-Tar Cigarettes." *The New York Times*. September 15, 1976, 24 (Ex. 38).

[40]   A collection of these studies can be found in Table 4-1 of NCI's *Monograph 13* (which is discussed in greater detail below) (Ex. 39).

[41]   Lubin, J.H., et al., "Patterns of Lung Cancer Risk According to Type of Cigarette Smoked," *International Journal of Cancer*. Vol. 33, 1984, 575 (Ex. 40).

cancer risk increased as cigarette tar yield increased: "in particular, doubling the tar yield would be equivalent to an increased risk of about 40%."[42]

45.     In 1995, researchers published an analysis of four British epidemiological studies in the *British Medical Journal*. They began with the proposition that "it is reasonably certain that lower tar yields are associated with reduced mortality from lung cancer." The findings of their own study were consistent with this proposition, and the researchers concluded that: "about a quarter of deaths from lung cancer, coronary heart disease, and possibly other smoking related diseases could be avoided by switching from higher tar cigarettes (30mg/cigarette) to lower tar ones (15mg/cigarette)."[43]

## VII.     The Public Health and Scientific Communities Considered The Possibility of Compensation

46.     As noted above, in the 1950s, the public health community expressed concern regarding the possibility that smokers might defeat any potential benefits of reductions in tar and nicotine if they compensated when smoking lower yield cigarettes. These concerns continued, and, by the early 1970s, scientists were conducting extensive research into compensatory smoking behavior.

47.     For example, in 1970, British researchers conducted a study of 34 smokers, finding that "under varying conditions smokers of low-nicotine cigarettes had a higher puff frequency and drew into their mouths nearly the same amount of nicotine as smokers of high-nicotine cigarettes." The researchers concluded that these findings "are thus consistent with the possibility that there exists an 'optimum' nicotine dose for a given activity and that smokers

---

[42]   L. Garfinkel & S. Stellman, "Smoking and Lung Cancer in Women:  Findings in a Prospective Study," *Cancer Research* 48:  6951-55 (1988) (Ex. 41).

[43]   J.L. Tang, et al., "Mortality in Relation to Tar Yield of Cigarettes: a Prospective Study of Four Cohorts," *British Medical Journal* 311: 1530-1533, 1533 (1995) (Ex. 42).

unconsciously modify their smoking patterns in an attempt to obtain this dose."[44]  Similarly,

noted smoking behavior expert, Dr. Michael Russell, stated in a 1975 letter to the editor of the

*British Medical Journal* that "most smokers smoke to obtain nicotine and modify their smoking

pattern to regulate their nicotine intake.  If the nicotine concentration of the mainstream smoke is

reduced the smoker compensates by taking more smoke into his lungs . . ."[45]

48.     Russell believed that smokers smoked for nicotine and even considered increasing

the nicotine level in low yield cigarettes, in an effort to reduce the possibility of compensation.[46]

Russell believed that this change in cigarette design made good public health sense, because it

lowered the tar that smokers received.  These recommendations were widely discussed in the

public health community, including the National Cancer Institute's Smoking and Health

Program[47][48][49] and the Institute of Medicine.[50]

49.     In light of the possibility that smokers would compensate, scientists considered

epidemiological studies to be critical evidence in assessing the health risks of tar and nicotine

yield reductions.  This is because epidemiological studies inherently consider all forms of

compensatory smoking behavior relating to the manner in which a cigarette is smoked (for

example, taking deeper or more frequent puffs, smoking the cigarette to a shorter butt length, or

---

[44]   Ashton, H. and D. Watson, "Puffing Frequency and Nicotine Intake in Cigarette Smokers," *British Medical Journal*. Vol. 3, 1970, 681 (Ex. 43).

[45]   Russell, M.A.H., "Safer Cigarettes," *British Medical Journal*, 3:42, July 5, 1975 (Ex. 44).

[46]   Russell, M.A.H. "Low-tar, Medium-Nicotine Cigarettes:  A New Approach to Safer Smoking," *British Medical Journal*. Vol. 1, 1976, 1430-33 (Ex. 45).

[47]   "The Less Hazardous Cigarette." *Smoking & Health:  Status Report-December* 1977, 29 (Ex. 46).

[48]   "Possible Use of Human Subjects to Provide Reference Point Data." *Tobacco Working Group Notes from September 8, 1976*, 1 (Ex. 47).

[49]   *Report on 20th Tobacco Working Group Meeting* (Mar. 16, 1977), 4 (Ex. 48).

[50]   "Issues About a 'Safe' Cigarette." *Institute of Medicine:  Health and Behavior:  A Research Agenda Interim Report No. 1:  Smoking and Behavior.* 1980, 55 (Ex. 49).

blocking ventilation holes).  Put another way, this type of study is based on actual human smoking behavior:  it compares the health risks of smokers of lower yield cigarettes to the health risks of smokers of higher yield cigarettes based on how each set of smokers actually smokes the cigarettes.  For instance, if a smoker of lower yield cigarettes is in fact more likely to take deeper puffs, the epidemiological study's comparison of the disease rates between the two groups would inherently reflect the effect of those deeper puffs.

50.     This point was expressed well by Dr. Jonathan Samet in a 1996 article prepared at the request of NCI and included in *NCI Monograph 7*.[51]  Samet explained:

> Epidemiologic research has had a central role in characterizing the consequences of the changing cigarette because it supplies direct information on the consequences of varying tar and nicotine yield products.  Thus, the findings inherently consider compensatory changes in inhalation patterns . . .[52]

Because the epidemiologic findings "inherently consider compensatory changes in inhalation patterns," Samet explained further that "only epidemiological studies can provide information on the modification of the risks of smoking as the cigarette has evolved, and only epidemiological data can measure the risks of cigarettes under the natural circumstances of use."[53]

51.     The public health and scientific communities recognized that there is only one form of compensatory smoking behavior that may not be inherently taken into account by the epidemiology:  increasing the number of cigarettes smoked per day.  Researchers studied this

---

[51]   J. Samet, "The Changing Cigarette and Disease Risk:  Current Status of the Evidence," *NCI Monograph 7:  The FTC Cigarette Test Method for Determining Tar, Nicotine and Carbon Monoxide Yields of U.S. Cigarettes*. 1996 (Ex. 50).

[52]   J. Samet, "The Changing Cigarette and Disease Risk:  Current Status of the Evidence," *NCI Monograph 7:  The FTC Cigarette Test Method for Determining Tar, Nicotine and Carbon Monoxide Yields of U.S. Cigarettes*. 1996, at 79 (Ex. 50).

[53]   J. Samet, "The Changing Cigarette and Disease Risk:  Current Status of the Evidence," *NCI Monograph 7:  The FTC Cigarette Test Method for Determining Tar, Nicotine and Carbon Monoxide Yields of U.S. Cigarettes*. 1996, at 77 (Ex. 50).

issue and generally concluded that switchers to lower yield cigarettes did not increase the number of cigarettes smoked.

52.    For example, in a 1980 study, Dr. Lawrence Garfinkel of the American Cancer Society – one of the co-authors of the analysis of CPS I showing that low yield cigarettes had a reduced risk of certain diseases – re-analyzed the CPS-I data set to see if smokers of low yield cigarettes smoked more cigarettes.  He found that "although nicotine dependence may have some effect in the short run, over a long period of time people tend to smoke the same number of cigarettes a day regardless of the tar and nicotine level."[54]  In 1984, the Surgeon-General's report concluded that "[m]ost studies agree that smokers rarely increase their daily cigarette consumption upon switching from higher to lower-yield brands."[55]  And the 1989 Surgeon-General's report, after examining trends in average daily cigarette consumption, concluded that:

> Because the sales-weighted average nicotine yield declined from 1974-83 (see Figure 14 in Chapter 2), one might expect to have observed an increase in average daily cigarette consumption. Compensatory changes in smoking behavior to maintain relatively constant nicotine intake have been shown to occur when smokers switch from high-yield to lower yield cigarettes (US DHHS 1988). Although daily cigarette consumption did not increase from 1974-85, other compensatory changes may have occurred . . .[56]

53.    Given these conclusions, the public health community generally thought that the epidemiologic findings of reduced risk of lung cancer for smokers of low yield cigarettes were reliable.  *NCI Monograph 13* provides some evidence to attempt to undercut the belief that the

---

[54]   Garfinkel, L.  "Changes in Number of Cigarettes Smoked Compared to Changes in Tar and Nicotine Content Over a 13-Year Period," *The Banbury Report*. 1980, 24 (Ex. 51).

[55]   U.S. Department of Health and Human Services, *The Health Consequences of Smoking: Chronic Obstructive Lung Disease, a Report of the Surgeon General*, 1984, 342 (Ex. 52).

[56]   U.S. Department of Health and Human Services, *The Health Consequences of Smoking: 25 Years of Progress, a Report of the Surgeon General*, Changes in Smoking Behavior and Knowledge About Determinants, 1989, 293 (Ex. 53).

epidemiological evidence was reliable.  Notably, in concluding that the epidemiology may be biased by adjusting for number of cigarettes smoked, *NCI Monograph 13* reports on new analyses of the CPS data set (in figures 4-6 and 4-7) that purport to find that daily cigarette consumption increases slightly as nicotine yield decreases.

## VIII.   The Public Health Community Encouraged The Development and Use of Lower Yield Cigarettes

54.     Supported by these epidemiological studies, the scientific and public health communities endorsed with confidence the consensus that low tar (as measured by the FTC method) cigarettes carried less risk for lung cancer, a stance which continued until the end of the century.

55.     For example, in 1974, the National Cancer Advisory Board (NCAB) was asked by President Ford to provide information relating to tar and nicotine yields.  According to the minutes of the subcommittee of the NCAB that was charged with preparing the report, Dr. Wynder specifically recommended the use of descriptors to reflect tar and nicotine yields: "The labeling of cigarettes with a precise tar and nicotine content may not be specifically clear to the consumer, and a qualitative label of 'light' may be allowed for all cigarettes below 12 milligrams of tar and 0.8 milligrams of nicotine, hoping that the consumer would find a more immediate signal for his choice."[57]  The *New York Times* covered the NCAB's recommendation, reporting that the Board asked President Gerald Ford to make a "personal public appeal to tobacco companies to market more low tar and nicotine cigarettes."[58]  The article noted that the

---

[57]   Minutes, NCAB Subcommittee Meeting (Nov. 1, 1974) (Ex. 54).

[58]   "Ford Urged to Ask Companies to Push Low-Tar Cigarettes." *The New York Times,* Nov. 21, 1974, 20:4-5 (Ex. 55).  The NCAB's specific recommendations are attached as Exhibit 56.

Board also recommended that the President encourage tobacco companies to engage in efforts "towards preferential marketing of low-tar and low-nicotine cigarettes."

56.     In fact, beginning in late 1960s and continuing throughout most of the 1970s, the federal government was intimately involved in cigarette design issues, including the consideration of ways to reduce tar and nicotine yields.

57.     In 1968, the National Cancer Institute developed a Smoking and Health Program to "reduce the risks of disease in smokers." Its key policy and integrative centerpiece was the Tobacco Working Group (TWG). As early as 1966 and 1967, we can see the origins of the TWG in interviews with Kenneth Endicott, director of the National Cancer Institute,[59][60] congressional testimony of Surgeon General William Stewart,[61] and in a consensus of an NCI-sponsored conference, "Toward a Less Harmful Cigarette."[62] This conference heard the first epidemiological confirmation that smokers of low-yield cigarettes experienced less lung cancer.[63]

---

[59] Block, Victor: "The Search for a Cancerless Cigarette; Interview with Dr. Kenneth M. Endicott, Director of National Cancer Institute," *Science Digest* (1966); 18-22[22], November. (Ex. 57).

[60] "Lung Cancer Task Force Announcement: Dr. Endicott's Press Conference," August 17, 1967. [F HHS135 0168] (Ex. 58).

[61] "Statement of Dr. William Stewart, Surgeon General, Public Health Service, Department of Health, Education and Welfare," Hearings Before the Consumer Subcommittee of the Committee on Commerce, United States Senate, *Reviewing Progress Made Toward the Development and Marketing of a Less Hazardous Cigarette*, August 25, 1967, 151-166[152]. (Ex. 59).

[62] "Summary of Workshop," in *Toward a Less Harmful Cigarette*, A Workshop Held at the World Conference on Smoking and Health, September 11-13, 1967, Conference Chairman and Editor: Ernst L. Wynder, National Cancer Institute Monograph No. 28, (Bethesda, Maryland: U.S. Department of Health, Education, and Welfare, Public Health Service, National Cancer Institute, June 1968) 281-282[282]. (Ex. 60).

[63] Bross, Irwin D.J., "Effect of Filter Cigarettes on the Risk of Lung Cancer," in *Toward a Less Harmful Cigarette*, A Workshop Held at the World Conference on Smoking and Health, September 11-13, 1967, Conference Chairman and Editor: Ernst L. Wynder, National Cancer

58.     Membership of the TWG consisted of prominent members from government, private research groups, and industry.  The federal government's representation included:  Carl G. Baker (National Cancer Institute), Hans I. Falk (National Institute of Environmental Health), Gio Gori (National Cancer Institute), Paul Kotin (National Institute of Environmental Health), Gardner C. McMillan (National Heart, Lung, and Blood Institute), Ina A. Mitchell (Department of Health, Education, and Welfare), Thomas H. Owen (National Cancer Institute), Umberto Saffiotti (National Cancer Institute), Marvin A. Schneiderman (National Cancer Institute), Jesse I. Steinfeld (National Cancer Institute and later Surgeon General), and T.C. Tso, (Agricultural Research Service).  The mission of the TWG was:

> Identification of individuals at high risk to developing tobacco-related diseases;
>
> Development and evaluation of pharmacologic and behavioral intervention approaches toward smoking cessation; and
>
> Development of a less hazardous cigarette.

59.     Much of the TWG's work was necessarily quite technical in nature, for example, a model for inhalation carcinogenesis (Sam P. Battista), cilia toxicity (Sam P. Battista), carcinogenesis (Fred G. Bock, Umberto Saffiotti, and Benjamin L. van Duuren), agricultural engineering, (T.C. Tso), tobacco chemistry (Michael R. Guerin), epidemiology (Ian Higgins, Dietrich Hoffmann, Ernst Wynder, Thomas B. Owen, and Marvin A. Schneiderman), atherogenesis (Henry C. McGill and Gardner C. McMillan). dose-response (Paul Kotin), and policy (Marvin A. Schneiderman).

---

Institute Monograph No. 28, (Bethesda, Maryland: U.S. Department of Health, Education, and Welfare, Public Health Service, National Cancer Institute, June 1968), 35-40[38] (Ex. 32).

23

60.     Ultimately, the TWG was able to provide experimental evidence, including tumorigenic studies in experimental animals, supporting the use of high-porosity paper, reconstituted tobacco sheets, reduced tar content, and use of filters and smoke dilution devices (such as ventilation filters).[64]  The TWG recommended that these innovations, which had already been adopted in cigarette design, be continued in cigarette manufacture.

61.     In 1977, Secretary of Health, Education and Welfare Joseph A. Califano and Surgeon General Julius Richmond disbanded the TWG.  This action did not discourage the public health community, which remained undeterred in its efforts to encourage low-yield cigarettes for those smokers unwilling to quit.  For example, as part of the 1979 Banbury Conference on cigarette design, Dr. Hammond of the American Cancer Society expressed his belief that the evidence in favor of tar and nicotine reductions had only grown stronger since the original Public Health Service "Technical Report."  A flavor of the resolve of the public health community can be captured by Cuyler Hammond's statement:

> Sometime in the early 1960s the first committee meeting ever on the subject of the less harmful effects of low-tar, low-nicotine cigarettes was convened in Washington. At this meeting, Ernst Wynder and I drafted a resolution that was approved by the committee and was quoted in the *Congressional Record* and by the Surgeon General. It said, "The preponderance of scientific evidence strongly suggests that the lower the 'tar' and nicotine content in cigarettes, the less harmful would be the effects."
>
> This statement has been relevant ever since. Today I would change this wording. Instead of saying, "the preponderance of scientific evidence strongly suggests" I'd now say, "the preponderance of scientific evidence very strongly suggests" and I'd leave the rest of the wording the unchanged.[65]

---

[64]   Smoking and Health Program, *Status Report*, January, 1977, 24 (Ex. 61).

[65]   Hammond, E. Cuyler, "The Long-Term Benefits of Reducing Tar and Nicotine in Cigarettes." *The Banbury Report.* 1980, 13 (Ex. 62).

62.    After the demise of the TWG, Congress directed the Surgeon General to review

low-tar cigarettes, which resulted in *The Health Consequences of Smoking: The Changing*

*Cigarette, A Report of the Surgeon General* (1981), in essence reviewing the conclusions of the

1966 U.S. Public Health Service "Technical Report."  The report addressed at length both the

evidence of compensatory smoking behavior and the epidemiologic evidence.  Although the

report expressed concern about compensation, noting that "compensatory behavior may negate

any advantage of the lower yield product or even increase the health risk,"[66] it nevertheless

concluded that: "today's filter-tipped, lower 'tar' and nicotine cigarettes produce lower rates of

lung cancer than do their higher 'tar' and nicotine predecessors."[67]  Based on this intensive

review of scientific evidence, the Surgeon General concluded:

> In this 1981 Report, the Public Health Service has reviewed the
> question again and in far greater depth than before.  Overall, our
> judgment is unchanged from that of 1966 and 1979:  smokers who
> are unwilling or as yet unable to quit are well advised to switch to
> cigarettes yielding less "tar" and nicotine, provided they do not
> increase their smoking in other ways.[68]

63.    I am aware that in previous litigation against these tobacco company defendants,

some plaintiffs have alleged that had the tobacco company defendants disclosed their knowledge

about compensation in the 1970s, the conclusions of the 1981 Surgeon General's report would

have been different.  Based on my historical research, I do not believe that this allegation has any

merit.  First, as discussed above, the phenomenon of compensation was far from a secret in 1981.

To the contrary, the scientific literature was replete with evidence that smokers compensated

---

[66]    U.S. Department of Health and Human Services, *The Health Consequences of Smoking: The Changing Cigarette – A Report of the Surgeon General*, at vi (1981) (Ex. 63).

[67]    U.S. Department of Health and Human Services, *The Health Consequences of Smoking: The Changing Cigarette – A Report of the Surgeon General*, at 18 (1981) (Ex. 63).

[68]    U.S. Department of Health and Human Services, *The Health Consequences of Smoking: The Changing Cigarette – A Report of the Surgeon General*, at v (1981) (Ex. 63).

when switching to a lower yield cigarette (*see supra* at 17-18).  Indeed, the Surgeon General's 1981 report was clearly concerned about compensation, devoting a considerable portion of the report to the discussion of compensation.[69]  Second, as discussed above, any compensatory changes in how a cigarette is smoked are inherently considered by the epidemiology.  Thus, any information by the tobacco company defendants that smokers compensated by changing the way they smoked cigarettes would have been evaluated in the context of the epidemiology, which by 1981 consistently showed that smokers of low yield cigarettes (regardless of compensatory smoking behavior) had a lower risk of lung cancer than smokers of high yield cigarettes.  I have reviewed documents identified by plaintiffs in support of this allegation in previous litigation and am unaware of any defendant's internal study that reflects information not known to the public health community about compensation by increasing the number of cigarettes smoked per day – the one form of compensation not taken into account by the epidemiology.

64.     The public health community was also clearly aware of the design features used to produce low yield cigarettes.  As noted above, in the 1970s the TWG specifically recommended the design features used in low yield cigarettes.  Even earlier, in a 1968 article published in a NCI *Monograph*, Roswell Park scientists noted that "'tar' levels can be reduced with an effective filter, a long overwrap, preforations near the butt, and by restriction of the length of the cigarette."[70]  Indeed, *NCI Monograph 13* (discussed in greater detail below)

---

[69]   U.S. Department of Health and Human Services, *The Health Consequences of Smoking: The Changing Cigarette – A Report of the Surgeon General,* at 8, 48-55, 97-98, 180-82, 222-23 (1981) (Ex. 63).

[70]   Moore, George E. and Fred G. Bock, "'Tar' and Nicotine Levels of American Cigarettes," in *Toward a Less Harmful Cigarette,* A Workshop Held at the World Conference on Smoking and Health, September 11-13, 1967, Conference Chairman and Editor: Ernst L. Wynder, National Cancer Institute Monograph No. 28, (Bethesda, Maryland: U.S. Department of Health, Education, and Welfare, Public Health Service, National Cancer Institute, June 1968), 89-94. (Ex. 64).

concluded that the design features of low yield cigarettes "should not be considered 'secrets' of cigarette manufacture," observing that "[m]any of these design characteristics" were discussed in the published literature as early as 1967.[71]

65.     Based largely on the additional epidemiologic findings, public health authorities continued to recommend reductions in tar and nicotine yields.  For example, in 1985, the Fourth Scarborough Conference on Preventive Medicine considered whether the policy of promoting tar and nicotine reductions should be continued.  The conference included such public health officials and scientists as Neal Benowitz, Lawrence Garfinkel, Lynn Kozlowski, Michael Russell, and Ernst Wynder.  The conference concluded that the policy of encouraging tar and nicotine reductions "has been beneficial and that tar yields should be further reduced."[72]  In 1989, Dr. Benowitz recommended that "[p]ublic health policy should encourage smokers who have not yet quit to smoke cigarettes with the lowest possible yield."[73]

66.     These recommendations continued up through the turn of the century.  In 1991, Dr. Wynder reaffirmed once again that he believed "a strong social case is made for further developments in the low-yield cigarette."[74]  In his 1996 article in *NCI Monograph 7*, Dr. Samet analyzed the epidemiologic evidence since the publication of the 1981 Surgeon General's report and concluded that "[t]he more recent case-control evidence remains consistent" with the 1981

---

[71]   Kozlowski, Lynn, "Cigarette Design." *NCI Monograph 13: Risks Associated with Smoking Cigarettes with Low Machine-Measured Yields of Tar and Nicotine*. 2001, 15 (Ex. 65).

[72]   Participants of the Fourth Scarborough Conference on Preventive Medicine, "Is There a Future for Lower-Tar-Yield Cigarettes," *The Lancet*. Vol. II, 1985, 1111 (Ex. 66).

[73]   Benowitz, N. "Health and Public Policy Implications of the Low Yield Cigarette," *New England Journal of Medicine*.  Vol. 320(24), 1989, 1621 (Ex. 67).

[74]   Hoffmann, D., I. Hoffmann, and E.L. Wynder, "Lung Cancer and the Changing Cigarette," *Relevance to Human Cancer of N-Nitroso Compounds, Tobacco and Mycotoxins* (I.K. O'Neill, J. Chen, H. Bartsch, eds.,). 1991, 449 (Ex. 68).

Surgeon General's report's conclusion that "[t]oday's filter-tipped, lower 'tar' and nicotine cigarettes produce lower rates of lung cancer than do their higher 'tar' and nicotine predecessors."[75]  In 1998, the Health Departments of Northern Ireland, Scotland and Wales published a report recommending that "a policy of further tar reductions in manufactured cigarettes should be pursued without compromising the message of the importance of not smoking."[76] And as recently as 2000, the British House of Commons encouraged reductions in tar and nicotine yields, notwithstanding evidence regarding compensation:

> although the evidence about compensatory smoking is convincing,
> it is difficult to reconcile this with the fact that deaths from
> smoking have fallen faster than can otherwise be accounted for
> during the period in which the policy was enacted. This latter point
> leads us to support the further reductions in tar levels in the
> proposed EU Directive . . .[77]

67.     Based on these conclusions, public health authorities in the 1970s, 1980s, and 1990s explicitly advised smokers who would not quit to switch to a lower yield cigarette.  To be clear, the public health community's primary message to smokers always was:  "Do not smoke." For instance, since 1966, congressionally-mandated health warnings have been included on all cigarette packages (and since 1971, on all cigarette advertising).  Beginning in 1970, the warning for all cigarettes was:  "Warning:  The Surgeon General Has Determined that Cigarette Smoking is Dangerous to Your Health."  In 1985, Congress switched to a rotating set of warnings, including:  "SURGEON GENERAL'S WARNING:  Smoking Causes Lung Cancer, Heart

---

[75]   Samet, J. "The Changing Cigarette and Disease Risk: Current Status of the Evidence," *NCI Monograph 7: The FTC Cigarette Test Method for Determining Tar, Nicotine and Carbon Monoxide Yields of U.S. Cigarettes.* 1996, 77-92 (Ex. 50).

[76]   Poswillo. David.  "Report of the Scientific Committee on Tobacco and Health." Departments of Health for Northern Ireland, Scotland and Wales. 1998, 14 (Ex. 69).

[77]   House of Commons Health Committee, "Measures Against Smoking: The Low Tar Programme." *Second Report.* 2000, ¶ 137 (Ex. 70).

Disease, Emphysema, and May Complicate Pregnancy," and "SURGEON GENERAL'S WARNING: Quitting Smoking Now Greatly Reduces Serious Risks to Your Health." These warnings were included on all cigarette packages and advertising, regardless of tar and nicotine yields.

68.     Although the public health community's primary message was "Do not smoke," it generally also recommended to smokers that "but if you must smoke, at least smoke low tar." For example, the U.S. government played a leadership role in advising smokers to switch to lower yield cigarettes.  In the late 1960s and early 1970s, the U.S. government issued a pamphlet – for distribution in doctors' offices and in public health clinics – entitled "If You Must Smoke: Five Ways to Reduce the Risks of Smoking," which advised smokers who refused to quit to "[c]hoose a cigarette with less tar and nicotine."[78]  In addition, in the mid-1970s, the Department of Health Education and Welfare issued a health education poster providing the FTC-measured tar and nicotine yields of major U.S. cigarettes.  The poster told smokers who would not quit to switch to a lower yield brand:

> the Cigarette World is divided into the bad and the worse.  You can buy as much as 34 mgs. of tar in a cigarette, or as little as 2.  As much as 2.1 mgs. of nicotine, or as little as 0.2.  There's a Tar & Nicotine list below that tells you which is which.  Look them up. If you must smoke, at least bad is better than worse.[79]

---

[78]   Two versions of the pamphlet are attached:  January 1970 "If You Must Smoke, 5 Ways to Reduce the Risks of Smoking," Department of Health, Education, and Welfare, Public Health Service, Health Services and Mental Health Administration, National Clearinghouse for Smoking and Health (Ex. 71); and August 1968, "If You Must Smoke, 5 Ways to Reduce the Risks of Smoking," Department of Health, Education, and Welfare, Public Health Service, Health Services and Mental Health Administration, National Clearinghouse for Smoking and Health (Ex. 72).

[79]   "The Cigarette World is Divided Into the Bad and the Worse," *DHEW Publication No. (CDC) 74-8736* (1974) (Ex. 73).

69.     This message was also communicated in TV public service announcements

around the same time, including one narrated by the famous actor, James Earl Jones.

70.     The American Cancer Society played a similar role in advising smokers to switch

to lower yield cigarettes.  For example, immediately after the FTC began tar and nicotine testing

in 1967, the American Cancer Society issued an advertisement providing its own list of FTC-

measured tar and nicotine yields.  The American Cancer Society explained that:

> if you do smoke cigarettes, you should know the relative amounts
> of nicotine and tar in your cigarettes, as determined by the Federal
> Trade Commission.  The less tar and nicotine you inhale the
> better.[80]

71.     In a 1989 public education pamphlet for the general public, the American Cancer

Society explained that:

> research has shown that there is no such thing as a 'safe' cigarette,
> but that those who are not yet able to quit would be well advised to
> switch to brands with the lowest possible tar and nicotine (T/N)
> content.  Moreover, low T/N smokers find it easier to quit
> altogether than high T/N smokers.[81]

72.     Similarly, a 1992 pamphlet disseminated specifically for men by the American

Cancer Society advised:

> can't quit yet?  Smoke less, especially low tar and nicotine
> cigarettes.[82]

73.     These public health recommendations and the scientific evidence supporting the

recommendations in favor of low yield cigarettes were also heavily reported in the popular

media.

---

[80]   American Cancer Society Poster, "The Less Tar & Nicotine You Inhale the Better," 1967
(Ex. 74).

[81]   American Cancer Society, "Cancer Facts & Figures – 1989" at 21 (Ex. 75).

[82]   American Cancer Society, "Cancer Facts for Men:  What You Can Do to Protect Yourself
Against Cancer" (Ex. 76).

74.     For example, the *New York Times* covered the many calls by prominent scientists and members of the public health community for the production of lower yield cigarettes. For example, a 1968 article in the *New York Times* noted that the United States Public Health Service had issued an informative pamphlet entitled "If You Must Smoke."[83]  The article explained that the Public Health Service's pamphlet recommended five steps through which an individual could lower their intake of cigarette smoke, one of which was to smoke a cigarette with less tar and nicotine.

75.     Similarly, as discussed above, in 1974, the *New York Times* reported on the NCAB's recommendation to President Ford to make a "personal public appeal to tobacco companies to market more low tar and nicotine cigarettes."[84]

76.     The public health community was also careful to warn that compensation might lessen or eliminate the benefits of smoking low yield cigarettes.

77.     For example, a 1976 expose in *Consumer Reports* entitled "Less Tar, Less Nicotine:  Is That Good?," addressed the evidence that smokers of lower yield cigarettes might compensate.[85]  The article explained that:

> unfortunately, however, the amount of nicotine in the blood stream does not necessarily decline when there's less nicotine in the smoke.  Nicotine is an addicting agent for most smokers.  When cigarette smoke contains less nicotine than such smokers are accustomed to, their bodies simply contrive ways to get more smoke.

---

[83]  "'If You Must Smoke.'"  *The New York Times*, Sept. 26, 1968, 46:1-2 (Ex. 77).

[84]  "Ford Urged to Ask Companies to Push Low-Tar Cigarettes."  *The New York Times*, Nov. 21, 1974, 20:4-5 (Ex. 55).

[85]  "Less Tar, Less Nicotine: Is That Good?," *Consumer Reports* 41:274 (May 1976) (Ex. 78).

78.     Because of the role of nicotine, *Consumer Reports* further detailed that "human smokers are not smoking machines" and "do not necessarily smoke a low-nicotine cigarette in the same way they smoke a high-nicotine cigarette." In particular, the article reported on research that indicated that:

> "smokers often smoke a low-nicotine cigarette to a shorter butt."
>
> "some smokers also increase the size of each puff . . ."
>
> "some shorten the interval between puffs . . ."
>
> "there are also other ways to compensate for a drop in nicotine yield – by drawing the smoke deeper into the lungs, for example, or by holding it there longer before exhaling."

79.     In addition, the article expressed the concern that "[f]ew smokers are conscious of the changes in their smoking patterns" and thus these compensatory changes in smoking behavior "are made automatically and unconsciously."

80.     *Consumer Reports* addressed this subject again in 1983, in an article entitled "The Ultra-low-tar Gimmick:  How to Turn a Health Hazard Into a Marketing Success."[86]  The article specifically referred to a "phenomenon called 'compensation,'" and reported on research that:

> there is evidence that many smokers respond to switching to lower-yield brands, at least in the short term, by altering their smoking patterns.  They may increase their depth of inhalation, puff frequency, duration of holding smoke in the lungs, and/or number of cigarettes consumed.  These changes tend to offset to some degree the expected reductions in nicotine and tar delivered by the new brands; the changes may also be difficult for the smoker to detect.

81.     The article specifically addressed the limitations of the FTC testing method, referring to it as "outdated" and explaining that "[t]he FTC's cigarette machine, unlike human

---

[86]   "The Ultra-low-tar Gimmick:  How to Turn a Health Hazard Into a Marketing Success," *Consumer Reports.* 48:26 (Jan. 1983) (Ex. 79).

cigarette smokers, is not addicted to nicotine and seeks no satisfaction. It's programmed to smoke all cigarettes the same way, no matter what the tar and nicotine content may be." The article went so far as to offer smokers advice as to how to determine whether they were compensating:

> you can determine whether you're blocking ventilation holes by looking at the tip of the filter. If there's a brown tar stain in the center, surrounded by a ring of unstained filter, it means you're allowing the air to mix fully with the smoke. To whatever extent the outer ring is stained, the ventilation holes are being blocked. . . .
>
> secondly, monitor the darkness of that center stain. The darker the stain, the more tar and nicotine you're getting – and the more you're compensating in your smoking pattern to get your customary dose of nicotine.
>
> consider, too, the number of cigarettes you smoke. Switching to a lower-tar brand can increase cigarette consumption, which may defeat the hoped-for benefits. As a rule, the fewer cigarettes smoked, the better.

82.     Similarly, in 1983, *Newsweek* published an article, "Light Cigarettes Have Just as Much Nicotine," reporting on recent research which found that "smokers who switch to 'light' cigarettes absorb as much nicotine as before." The article explained that "a human smoker tends to get the same satisfying level of nicotine he would from a stronger cigarette by smoking more, inhaling more deeply or puffing more frequently." As a result, the article suggested that "[t]he widely touted notion that low-tar-and-nicotine cigarettes are safer than stronger brands is a pipe dream."[87]

83.     Student textbooks also addressed the potential for compensation at least as early as the 1970s. For example, the 1976 edition of *Modern Health*'s chapter on Tobacco advised

---

[87] "Light Cigarettes Have Just as Much Nicotine," *Newsweek* at 48 (Aug. 1, 1983) (Ex. 80).

that "the Federal Trade Commission reports the tar and nicotine levels of cigarettes, but it's likely that smokers of low-rated cigarettes compensate by smoking more."[88]  Similarly, the 1975 edition of *Making Health Decisions* explained that "[s]mokers who choose brand with the lowest tar and nicotine content can reduce their exposure to the harmful effects of smoking," but only "if they do not compensate by smoking more."[89]

## IX.     The FTC's Involvement in Tar and Nicotine Communications

84.     The public health community did not simply advise smokers who would not quit to switch to cigarettes with lower FTC-measured tar and nicotine yields.  In the late 1960s and early 1970s, it also encouraged the FTC to take measures to ensure that tar and nicotine measurements were readily available to the public so that smokers could identify and chose lower yield cigarettes.  The FTC responded by taking steps to influence what manufacturers should and could say about tar and nicotine yields in cigarettes.

85.     From the very beginning of its testing regime, the FTC indicated that it would not challenge "representations" about tar and nicotine yields so long as those statements were "substantiated" by FTC test method results.  In a 1967 letter, the FTC set forth its "enforcement policy":

> the Commission's current enforcement policy in regard to statements of, and representations relating to, tar and nicotine content of cigarettes may be formulated as follows:  As a general matter, the Commission will not challenge such statements or representations where they are shown to be accurate and fully substantiated by tests conducted in accordance with the standardized testing methods and procedures used by the Federal Trade Commission . . .[90]

---

[88]   *Modern Health* (Teacher's Edition) at 177 (J.J. Otto et al, ed.) (1976) (Ex. 81).

[89]   *Making Health Decisions* at 138 (2d ed. 1975) (Ex. 82).

[90]   Oct. 25, 1967 Letter from Secretary Joseph W. Shea to Howard H. Bell (Ex. 83).

The FTC repeated this "policy statement" in its June 30, 1968 report to Congress.[91]

86.     Shortly after the FTC started its testing program in 1967, public health authorities urged the FTC to go further and require manufacturers to disclose tar and nicotine measurements in advertising.  For example in 1969 the Surgeon-General  Dr. William Stewart  testified before Congress that "[w]e believe the consumer is entitled to know the tar and nicotine levels of his cigarette" and that the FTC tar and nicotine measurements were "useful information."[92]

87.     Accordingly, in 1970, the FTC proposed a trade regulation rule that would require listing of tar and nicotine measurements in all advertising.  The FTC explained that:

> responsible medical opinion indicates that the reduction of tar and
> nicotine content in cigarette smoke decreases the hazard to the
> health of that element of the population which persists in smoking
> cigarettes . . . to promote the public interest, advertisers should not
> be discouraged from promoting those varieties which rank low in
> tar and nicotine.[93]

88.     The FTC indicated that it wanted to encourage "competition among the cigarette companies to meet" the consumer's interest in lower yield cigarettes.[94]  The American Cancer Society submitted a letter to the FTC indicating that it supported the proposed rule.[95]

89.     Ultimately, the FTC pressured the industry into an agreement that mandated the disclosure of tar and nicotine yields in advertisements because the commission believed that it

---

[91]   Federal Trade Commission, "Report to Congress Pursuant to the Federal Cigarette Labeling and Advertising Act" at 18 (June 30, 1968) (Ex. 22).

[92]   Statement of Dr. William Stewart, Cigarette Labeling and Advertising Hearings, Committee on Interstate and Foreign Commerce, at 86 (April 16, 1969) (Ex. 84).

[93]   Federal Trade Commission Report to Congress Pursuant to the Public Health Cigarette Smoking Act, December 31, 1970, 14-15 (Ex. 85).

[94]   Federal Trade Commission Report to Congress Pursuant to the Public Health Cigarette Smoking Act, December 31, 1970, at 14 (Ex. 85).

[95]   Letter from E. Cuyler Hammond to Miles Kirkpatrick (Oct. 29, 1970) (Ex. 86).

served the low-yield public health message.[96]  Shortly after proposing the rule, the FTC sent a

letter to the industry indicating that it would like to explore "the possibility of reaching an

agreement with all of the cigarette manufacturers on the inclusion of a statement of tar and

nicotine contents in cigarette advertising," provided that the agreement would include an

"effective method of insuring compliance with the terms of any agreement."[97]  After working

with the FTC, the industry submitted a written plan that was acceptable to the FTC and that

agreed to include tar and nicotine disclosures in all advertising.  As a result, the FTC suspended

its proposed trade rule indefinitely.[98]  The FTC explained that reliance on the agreement would be

"in the public interest," and warned that it could always return to the proposed rule if required:

> it appears to be in the public interest to afford the tobacco industry
> an opportunity to implement the letter and spirit of the amended
> plan which it has proposed.  In taking this action, the Commission
> is retaining the unconditional right to reschedule the trade
> regulation rule proceedings and to take any other action relating to
> this subject at any time it deems such action to be necessary or
> desirable in the public interest.
>
> the Commission believes that if the amended plan operates
> satisfactorily, the Commission will be able to employ substantial
> manpower and funds which would otherwise have been devoted to
> hearings and court proceedings to dealing with the serious
> problems relating to cigarette advertising.[99]

      90.     The FTC also continued to make clear that its measurement method should be the

only one used in communications about tar and nicotine.  For instance, in a 1978 letter to

---

[96]   Federal Trade Commission Report to Congress Pursuant to the Public Health Cigarette
Smoking Act, December 31, 1970, at 18-19 (Ex. 85).

[97]   Letter from FTC to Horace R. Kornegay (Sep. 16, 1970) (Ex. 87).

[98]   Federal Trade Commission Report to Congress Pursuant to the Public Health Cigarette
Smoking Act, December 31, 1970, at 18-19 (Ex. 85); December 17, 1970 Letter from Horace R.
Kornegay to FTC (Ex. 88).

[99]   Federal Trade Commission Report to Congress Pursuant to the Public Health Cigarette
Smoking Act, December 31, 1970, at 19 (Ex. 85).

Lorillard, the FTC stated that "it would be deceptive to advertise a tar figure which is higher than the latest applicable FTC tar figure. If the headlined tar level differs from the tar figure disclosed in accordance with the cigarette industry's voluntary disclosure, consumer confusion might be generated."[100] The FTC explained further that, "in the Commission's opinion, tar values which are set forth in cigarette advertisements must be consistent with the latest applicable FTC tar number."

91.     In the 1970s, the FTC also continued to indicate that it would not challenge the use of descriptive terms based on FTC Method results. In 1969, the FTC brought a complaint against American Brands, which had advertised particular brands as "lower in tar" when, in fact, those brands had relatively high tar and nicotine yields as compared to other cigarettes. The FTC ultimately reached a consent decree with American Brands. In the consent decree, the FTC stated that it would not consider the use of "'low,' 'lower,' or 'reduced,' or like qualifying terms" to be a violation of the decree as long as these descriptors were accompanied by "the tar and nicotine content in milligrams in smoke produced by the advertised brand [as measured by the FTC method]."[101]

92.     The FTC reaffirmed this judgment in a 1994 consent decree with American Tobacco Company. In this case, the FTC had brought a complaint against American's advertisements for its Carlton brand, which the FTC believed made misleading claims comparing Carlton's tar and nicotine yields to those of other brands.[102] In the resulting consent decree,

---

[100]  Letter from Carol M. Thomas to Michael I. Gastman, September 26, 1978 (Ex. 89).

[101]  Federal Trade Commission, In the Matter of American Brands, Inc., August 20, 1971, 2 (Ex. 90).

[102]  Federal Trade Commission Report to Congress Pursuant to the Federal Cigarette Labeling and Advertising Act for the Year 1993, at 2 (Ex. 30).

American agreed to stop its comparative claims.  In the same agreement, however, the FTC

repeated that American could make the "representation" that its brand "is 'low,' 'lower,' or

'lowest' in tar."[103]

93.     The FTC also established the standards for defining a low tar cigarette.  In its

1968 report to Congress, the FTC defined "low tar" cigarettes, "for purposes of this report only,"

as those cigarettes "having 15 milligrams (mg.) of tar or less."[104]  The 15 mg dividing line used

in the 1968 report became the official standard.  By 1979, the FTC explained in a report to

Congress that it "defines" low tar cigarettes "as 15.0 mg. or less tar." [105]  The FTC repeated this

definition in 1980.[106]

## X.     The FTC's Repeated Reevaluations of Its Testing Program

94.     Even after mandating the disclosure of tar and nicotine yields, the FTC remained

concerned about the limitations of its testing method.  Specifically, the FTC worried that its

method could neither assess compensation nor the amount of tar and nicotine an actual smoker

received.  Thus, on several occasions, the FTC solicited public comment as to whether it should

change its testing regime.  On each occasion, however, the FTC ultimately decided to retain its

method.

95.     In 1978, the FTC solicited comments on whether it should change the depth of

insertion of cigarettes into its smoking machine to account for the placement of ventilation

---

[103]  59 Fed. Reg. 51,980, at 51,981 (Oct. 13, 1994) (Ex. 91).

[104]  Federal Trade Commission Report to Congress Pursuant to the Federal Cigarette Labeling and Advertising Act, June 30, 1968, at 18-19 (Ex. 22).

[105]  Federal Trade Commission Report to Congress Pursuant to the Federal Cigarette Labeling and Advertising Act for the Year 1979 at 11 (Ex. 92).

[106]  Federal Trade Commission Report to Congress Pursuant to the Federal Cigarette Labeling and Advertising Act for the Year 1980 at 18 (Ex. 93).

holes.[107] Ventilation holes are significant because they dilute the smoke from cigarettes, thereby reducing tar and nicotine yields as measured by the FTC Method. To the extent smokers block the ventilation holes (either with their lips or fingers), the smoke will not be diluted and the smokers will receive more tar and nicotine than would be indicated by the FTC Method measurement.

96.    Notwithstanding concerns about ventilation holes, the FTC decided not to make any changes to its testing method at that time. As the FTC explained, "a change in the insertion depth would cause a lack of continuity with previous test results." The FTC was unwilling to change its testing method "in the absence of information indicating that a new insertion depth would be more consistent with the manner in which smokers insert cigarettes in actual use."[108]

97.    In the early 1980s, the FTC became concerned that a particular brand of cigarettes manufactured by Brown & Williamson – Barclay – was designed with such a unique filter that the FTC Method could not possibly provide meaningful measurements for that particular brand. The FTC launched an extensive investigation into the Barclay cigarette, which ultimately resulted in the FTC prohibiting the use of the FTC Method measurements for this particular brand of cigarettes.[109]

98.    At the same time, the FTC revisited whether its measurement program made sense for brands of cigarettes that did not have the unique Barclay filter. The FTC sought public comment in 1983 on whether it should change its method in view of "compensatory smoking behavior":

---

[107] 43 Fed. Reg. 11,856 (Mar. 22, 1978) (Ex. 94).

[108] 43 Fed. Reg. 11,856 (Mar. 22, 1978) (Ex. 94).

[109] 48 Fed. Reg 15,953 (April 13, 1983) (Ex. 95).

> are there problems regarding compensatory smoking behavior
> which are significant enough to warrant further exploration of
> changes in the method . . .  What lines of inquiry would generate
> the most useful information if such an examination is undertaken?
> For example, should the Commission explore a system of
> categories or "bands" of "tar" content rather than specific
> numerical estimates?  Also, should consumers be advised that the
> cigarettes' actual "tar" delivery depends on how it is smoked?[110]

99.     Once again, the FTC decided not to make any changes to the method at the time.

As C. Lee Peeler later explained, speaking on behalf of the FTC's Bureau of Consumer

Protection, the decision to retain the existing method was based on the epidemiologic evidence

indicating that reductions in FTC-measured tar and nicotine yields were beneficial:

> in short, there was no clear consensus as to specific action the
> Commission could (or should) take to eliminate the limitations of
> the test method.  At the same time, abandoning the testing system
> without instituting another method of tar testing would have been
> premature because then-current epidemiological evidence
> suggested that there had been a reduction in lung cancer deaths that
> might be attributable to declines in average tar levels that had
> occurred since the 1950's.[111]

100.    In 1997, the FTC again solicited public comments regarding whether it should

change its testing method[112]  Specifically, the FTC proposed a system in which tar and nicotine

yields would be measured under two different conditions:  the parameters of the current FTC

measurement system and revised parameters reflecting more intensive smoking conditions.  The

resulting comments persuaded the FTC to await additional evaluation of the testing method

before adopting the proposed changes.  In part, this review led to *NCI Monograph 13*.  In a press

release following publication of *NCI Monograph 13*, the FTC reported that NCI intended to

---

[110]  48 Fed. Reg 15,953, at 15,955 (April 13, 1983) (Ex. 95).

[111]  Peeler, C. Lee, "Cigarette Testing and The Federal Trade Commission:  A Historical
Overview," in *NCI Monograph 7:  The FTC Cigarette Test Method for Determining Tar,
Nicotine, and Carbon Monoxide Yields of U.S. Cigarettes.* 1996, 7 (Ex. 96).

[112]  Federal Register, September 12, 1997, v 62, no. 177, 48,158-63 (Ex. 97).

"convene a working group to synthesize science on this issue and to determine what changes should be made to the testing method to correct the limitations identified in the monograph."[113]

101.    In light of concerns about compensation, in November 2008, the FTC finally changed its regulatory program with respect to tar and nicotine testing.   Concluding that "the current yields tend to be relatively poor predictors of tar and nicotine exposure," the FTC issued a formal rescission of its 1966 guidance that had permitted manufacturers to disclose FTC-measured tar and nicotine yields to the public.  At the same time, the FTC "decline[d]" to take any action to prohibit all descriptors. The FTC advised, however, that "companies must ensure that any continued use of descriptors does not convey an erroneous or unsubstantiated message."[114]

102.    Other governments have taken a different approach from the FTC.  The European Union, for example, has banned the use of descriptors such as "lights."  At the same time, however, the EU has continued to use a measurement method virtually identical to the FTC method.  In fact, the EU's currently operating directive imposes limits on tar and nicotine yields as measured by the machine -- requiring that yield of cigarettes "shall not be greater than 10 mg per cigarette for tar, 1 mg per cigarette for nicotine."  In addition, the EU requires that tar and nicotine yields be printed on all cigarette packets.[115]

---

[113]  Federal Trade Commission, "Statement of the Federal Trade Commission's Bureau of Consumer Protection on the National Cancer Institute's Report on Cigarette Testing Method," November 27, 2001 (Ex. 98).

[114]  73 Fed. Reg. 74,501, 74,504 n.38 (December 8, 2008) (Ex. 99).

[115]  Directive 2001/37/EC of the European Parliament and of the Council of 5 June 2001 (Ex. 100)

**XI.   Emerging Concerns about Reductions in Tar and Nicotine Yields**

103.   In the late 1990s, some members of the public health and scientific communities began to question the validity of the low-tar recommendation to America's persistent smokers.

104.   Some scientists examined lung cancer trends over time and concluded that, although tar and nicotine yields had been reduced dramatically over the last forty years, there did not appear to have been a corresponding reduction in lung cancer disease rates for certain populations. For example, in 1997, Dr. Michael Thun published an analysis finding that the risk of lung cancer had increased from CPS I (a study tracking smokers from 1959 through 1972) to CPS II (a study tracking smokers in the 1980s).[116] These analyses – considered with the evidence that smokers might compensate when switching to lower yield brands – caused some scientists to begin to question the existing policy of encouraging lower yield cigarettes.

105.   This concern ultimately resulted in the publication of *NCI Monograph 13, Risks Associated with Smoking Cigarettes with Low Machine-Measured Yields of Tar and Nicotine*, in November 2001. *NCI Monograph 13* reassessed the state of scientific evidence concerning the health effects of low yield cigarettes and concluded that "[t]here is no convincing evidence that changes in cigarette design between 1950 and the mid 1980s have resulted in an important decrease in the disease burden caused by cigarette use either for smokers as a group or for the whole population."[117] In so concluding, *NCI Monograph 13* reported on a number of new statistical analyses of various smoking and health data sets, including re-analyses of CPS I (the same data set analyzed by Dr. Hammond, as discussed above).

---

[116] Thun, M. and C. Heath, Jr., "Changes in Mortality from Smoking in Two American Cancer Society Prospective Studies since 1959," *Preventive Medicine.* Vol. 26, 1997, 422-426 (Ex. 101).

[117] Burns, David M., et al. "Smoking Lower Yield Cigarettes and Disease Risk." *NCI Monograph 13: Risks Associated with Smoking Cigarettes with Low Machine-Measured Yields of Tar and Nicotine.* 2001, 146 (Ex. 102).

106.    The authors of *NCI Monograph 13* reviewed the epidemiologic literature "taken a whole" and concluded that "the clear impression" is that "there is a lower risk of lung cancer among populations of smokers who use lower yield products."[118] However, unlike previous scientific studies, the authors of *NCI Monograph 13* asserted that the epidemiologic findings of reduced risk may be attributable to potential biases, including a bias that may be introduced when controlling or adjusting for number of cigarettes smoked in a epidemiologic study.

107.    Viewed from a historical perspective, *NCI Monograph 13* reflects an end to the previous public health and scientific consensus that reductions in tar and nicotine yields reduce the risk of lung cancer.

108.    *NCI Monograph 13*, however, was intended to address whether reductions in tar and nicotine yields made sense from a population-based, public health perspective. It did not address whether low yield cigarettes are safer on a per-cigarette basis. In fact, the very premise of *NCI Monograph 13* is that low yield cigarettes should not be encouraged because many smokers of low yield cigarettes may defeat the potential benefits of yield reductions by smoking more cigarettes: "a smoker of high-yield cigarettes may also increase the number of cigarettes smoked per day as part of the compensatory changes in smoking behavior when he or she switches to low-yield cigarettes."[119] The authors of *NCI Monograph 13* specifically acknowledged that because of their focus on the overall public health benefits of low yield

---

[118]  Burns, David M., et al. "Smoking Lower Yield Cigarettes and Disease Risk." *NCI Monograph 13: Risks Associated with Smoking Cigarettes with Low Machine-Measured Yields of Tar and Nicotine.* 2001, 81 (Ex. 102).

[119]  Burns, David M., et al. "Smoking Lower Yield Cigarettes and Disease Risk." *NCI Monograph 13: Risks Associated with Smoking Cigarettes with Low Machine-Measured Yields of Tar and Nicotine.* 2001, 80 (Ex. 102).

cigarettes, they were not addressing whether low yield cigarettes are safer on a per-cigarette

basis:

> While it is possible to argue the legitimacy of expressing risk on a
> per-cigarette basis by suggesting that smokers should be educated
> not to increase the number of cigarettes smoked per day when they
> change brands, a public health benefit from use of low-yield
> cigarettes can only accrue if there is a difference in disease risks
> across individuals as they actually use these low-yield cigarettes.
> [120]

109.    Since *NCI Monograph 13*, scientists have continued to research the health effects

of reductions in tar and nicotine yields.  The findings and conclusions of these most recent

studies have been mixed.

110.    A study of lung cancer rates in Australian women, for instance, found that

"increased smoking has not resulted in higher lung cancer mortality for Australian women born

in the 1950s and 1960s."  The authors concluded that "reductions in the tar yields of Australian-

made cigarettes, which would have affected primarily those born after the 1940s, may be

responsible."[121]

111.    Similarly, noted epidemiologist (and reviewer of *NCI Monograph 13*) Richard

Peto recently focused on lung cancer rates in Britain, "which is now experiencing the most rapid

decrease in the world in premature deaths from tobacco."  In discussing the reasons for this

---

[120]   Burns, David M., et al. "Smoking Lower Yield Cigarettes and Disease Risk." *NCI
Monograph 13: Risks Associated with Smoking Cigarettes with Low Machine-Measured Yields
of Tar and Nicotine*. 2001, 80 (Ex. 102).

[121]   Blizzard & Dwyer, "Declining Lung Cancer Mortality Of Young Australian Women Despite
Increased Smoking Is Linked To Reduced Cigarette 'Tar' Yields," *British Journal of Cancer*
84:392-96 (2001) (Ex. 103).

decrease, Peto noted that "there was a threefold reduction in the machine-measured tar deliver

per cigarette (and hence a moderate reduction in the hazard per smoker)."[122]

112.     Scientists also conducted another analysis of the relationship between cigarette tar

yields and lung cancer risk using the CPS II data set.[123]  Published in 2004, this study found that

smokers of higher tar, non-filtered cigarettes had a higher risk of lung cancer than smokers of

lower tar, filtered cigarettes.  The authors acknowledged that this finding "may reflect

unmeasured differences between smokers of non-filter and filter cigarettes" – that is, the

potential epidemiologic biases raised by *NCI Monograph 13* – but concluded that their study "is

nonetheless consistent with many other" epidemiologic studies.  Accordingly, the authors

recommended that "reducing the use of high tar non-filter cigarettes may thus provide limited

public health benefits in those countries where such products are commonly used."  The study,

however, found no statistically meaningful difference in lung cancer risk between smokers of

medium tar cigarettes (defined as between 15 mg and 22 mg), smokers of low tar cigarettes

(defined as between 8 and 14 mg), and smokers of very low tar cigarettes (defined as 7 mg and

under).

113.     In addition, since *NCI Monograph 13*, both the U.S. Surgeon General and the

World Health Organization's International Agency for Research on Cancer (IARC) have

addressed the current state of evidence regarding the relationship between tar and nicotine yield

reductions and disease risk.

---

[122]  Peto, Richard & Lopez, Alan D., "The Future Worldwide Health Effects Of Current Smoking
Patterns," *Tobacco and Public Health: Science and Public Policy*, edited by Peter Boyle, (2004),
281-86, 284 (Ex. 104).

[123]  Harris et al, "Cigarette Tar Yields In Relation To Mortality From Lung Cancer In The Cancer
Prevention Study II Prospective Cohort, 1982-8," *British Medical Journal* (2004) (Ex. 105).

114.    In 2004, the Surgeon General published *The Health Consequences of Smoking: A Report Of The Surgeon General*, to commemorate the fortieth anniversary of the first Surgeon General's report on smoking and health issues, published in 1964.[124]   The 2004 *Report* discussed the long history of "case-control" and "cohort" epidemiologic studies, which have examined the lung cancer risk to smokers of low-yield vs. high-yield cigarettes (discussed above at ¶¶ 35-43). The *Report* explained that "these studies have been one of the key sources of information because they provide direct evidence about the risks from cigarettes as people actually use them."[125]   The *Report* observed that the case-control studies have "generally" found that "filter-tipped or lower-yield products" provide "some reduction in lung cancer risks" as compared with high yield cigarettes.[126]   Similarly, cohort studies have found "that risks for lung cancer deaths increased with tar yield."[127]

115.    The 2004 *Report* also addressed another form of epidemiologic study – often known as "ecologic" – which examines trends of lung cancer rates in populations over time.  The reason for conducting this type of analysis is that "if there has been a decline" in lung cancer rates "greater than expected from changing prevalence, duration, and amount of smoking," it would "indicat[e] a possible effect of cigarette yield."[128]   That is, if lung cancer rates are declining in a population at a rate greater than can be explained by the amount of smoking, one

---

[124]  U.S. Department of Health and Human Services, *The Health Consequences of Smoking: A Report Of The Surgeon General*, 2004 (Ex. 106).

[125]  U.S. Department of Health and Human Services, *The Health Consequences of Smoking: A Report Of The Surgeon General*, 2004, 51 (Ex. 106).

[126]  U.S. Department of Health and Human Services, *The Health Consequences of Smoking: A Report Of The Surgeon General*, 2004, 51 (Ex. 106).

[127]  U.S. Department of Health and Human Services, *The Health Consequences of Smoking: A Report Of The Surgeon General*, 2004, 56 (Ex. 106).

[128]  U.S. Department of Health and Human Services, *The Health Consequences of Smoking: A Report Of The Surgeon General*, 2004, 57 (Ex. 106).

explanation is that the decline in lung cancer is at least partially attributable to a beneficial

impact of lower yield cigarettes.

116.    The 2004 *Report* noted that this body of ecologic evidence is strikingly different

in the United Kingdom and the United States. "A sharp decline in lung cancer mortality has

occurred across recent decades in the United Kingdom men under 50 years of age," which

"seems greater than anticipated from trends in prevalence and other aspects of smoking."[129]

Accordingly, these data from the U.K. "ha[ve] been interpreted as indicating a possible

reduction in lung cancer risk associated with changes in cigarettes."[130]  The *Report* notes that

these data are "consistent" with the epidemiologic findings that smokers of lower yield cigarettes

have a lower risk of lung cancer as compared to smokers of higher yield cigarettes.[131]  In

contrast, the *Report* acknowledged that "a similarly steep decline" in lung cancer rates "has not

taken place in the United States."[132]  The *Report* notes that "uncertainty remain[s] with regard"

to the "interpretation" of these data, and that there may be "alternative explanations" for these

findings.[133]

117.    The 2004 *Report* also examined the relationship between machine-measured tar

and nicotine yields and diseases other than lung cancer.  The *Report* noted that some

epidemiologic studies "have found that low-tar cigarettes appear to slightly lower the risks of

---

[129] U.S. Department of Health and Human Services, *The Health Consequences of Smoking:  A Report Of The Surgeon General,* 2004, 59 (Ex. 106).

[130] U.S. Department of Health and Human Services, *The Health Consequences of Smoking:  A Report Of The Surgeon General,* 2004, 59 (Ex. 106).

[131] U.S. Department of Health and Human Services, *The Health Consequences of Smoking:  A Report Of The Surgeon General,* 2004, 59 (Ex. 106).

[132] U.S. Department of Health and Human Services, *The Health Consequences of Smoking:  A Report Of The Surgeon General,* 2004, 59 (Ex. 106).

[133] U.S. Department of Health and Human Services, *The Health Consequences of Smoking:  A Report Of The Surgeon General,* 2004, 59 (Ex. 106).

CHD [coronary heart disease]."[134]   The *Report* concluded that "the evidence suggests only a weak relationship between the type of cigarette smoked and coronary heart disease risk."[135]

118.    The 2004 *Report* determined that "the characteristics of the cigarettes smoked, primarily indicated by the presence or absence of a filter and machine-measured tar and nicotine yields, have at most a small effect on risk."[136]   However, the *Report* explained that whether low yield cigarettes may have a small reduction in risk should not end the matter from a public health perspective, because "[t]he net consequence of products with lower yields may be a detriment to public health, if their availability unfavorably affects decisions to start or stop smoking."[137]

119.    The Senior Scientific Editor of the 2004 *Report* was Dr. Samet,[138] who was also one of the authors of the chapter in *NCI Monograph 13* addressing the disease risks of low yield cigarettes.  The 2004 *Report* explained that *NCI Monograph 13* should be read as reaching a similar judgment about the disease risks of low yield cigarettes:

> NCI Monograph 13 also judged the evidence on yield and lung cancer risk to be mixed and noted that lung cancer rates have increased steadily in older smokers.  (NCI 2001)  Monograph 13 also noted that consideration of the public health consequences of lower-yield products needs to go beyond risks to individual smokers to consider the impact of their availability on decisions to start smoking and to quit smoking. The availability of products that seemingly convey less risk may increase rates of smoking

---

[134]  U.S. Department of Health and Human Services, *The Health Consequences of Smoking:  A Report Of The Surgeon General,* 2004, 386 (Ex. 106).

[135]  U.S. Department of Health and Human Services, *The Health Consequences of Smoking:  A Report Of The Surgeon General,* 2004, 392 (Ex. 106).

[136]  U.S. Department of Health and Human Services, *The Health Consequences of Smoking:  A Report Of The Surgeon General,* 2004, 61 (Ex. 106).

[137]  U.S. Department of Health and Human Services, *The Health Consequences of Smoking:  A Report Of The Surgeon General,* 2004, 61 (Ex. 106).

[138]  U.S. Department of Health and Human Services, *The Health Consequences of Smoking:  A Report Of The Surgeon General,* 2004,  Acknowledgments, at v. (Ex. 106).

> initiation and possibly lead current smokers to switch rather than
> quit.[139]

The 2004 *Report* also noted that a 2002 monograph from IARC has reached a similar judgment:

> Finally, the 2002 IARC monograph reviewed the same body of
> evidence, reaching the conclusion that any reduction in lung cancer
> risk associated with changes in the cigarette had probably been
> small.[140]

120.    Based on this assessment of the conflicting evidence regarding the benefits of

smoking low yield cigarettes, the 2004 *Report* reached this as one of its "major conclusions":

"smoking cigarettes with lower machine-measured yields of tar and nicotine provides no clear

benefit to health."[141]

121.    Also in 2004, IARC addressed low yield cigarettes in its Monograph on "Tobacco

Smoke and Involuntary Smoking."[142]  The *IARC Monograph* reflected the "views and expert

opinions" of a Working Group of experts that met in 2002 – a group that included two of the

authors of *NCI Monograph 13* (Dr. Samet and Dr. Thun).[143]

122.    The *IARC Monograph* began by noting that epidemiologists have relied on a

variety of evidence "to examine the relationship between cigarette design and cancer risk" –

evidence that "has its strengths and limitations."[144]  After evaluating this evidence and its

---

[139] U.S. Department of Health and Human Services, *The Health Consequences of Smoking:  A Report Of The Surgeon General,* 2004, 59 (Ex. 106).

[140] U.S. Department of Health and Human Services, *The Health Consequences of Smoking:  A Report Of The Surgeon General,* 2004, 59 (Ex. 106).

[141] U.S. Department of Health and Human Services, *The Health Consequences of Smoking:  A Report Of The Surgeon General,* 2004, 25 (Ex. 106).

[142] IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 83, "Tobacco Smoke and Involuntary Smoking" (2004) (Ex. 107).

[143] IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 83, "Tobacco Smoke and Involuntary Smoking," at 4 (2004) (Ex. 107).

[144] IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 83, "Tobacco Smoke and Involuntary Smoking," at 168 (2004) (Ex. 107).

strengths and weaknesses, the *IARC Monograph* "concluded that changes in cigarettes since the 1950s have probably tended to reduce the risk for lung cancer associated with the smoking of particular numbers of cigarettes at particular ages."[145]  In particular, the *IARC Monograph* noted that "[s]upporting evidence for this conclusion came from the limited data" from the epidemiologic studies (discussed above at ¶¶ 35-43) and "from the patterns of declining mortality rates from lung cancer among men in the early middle age, particularly in the United Kingdom."[146]  Like the 2004 Surgeon General's Report, however, the *IARC Monograph* cautioned that the "introduction of cigarettes that can be misperceived as 'safe' may have adversely affected" smoking prevalence.[147]

123.   Since *NCI Monograph 13*, public health organizations have continued to provide information to smokers about low-tar cigarettes.  For example, the American Cancer Society's website provides the following message:

> **Is there a safe way to smoke?**
>
> **No.** All cigarettes can damage the human body. Any smoking is dangerous. Cigarettes are the only legal product whose advertised and intended use—smoking—is known to harm the body and cause cancer.
>
> Although some people try to make their smoking habit safer by smoking fewer cigarettes, most smokers find that hard to do… Some people think that switching from high-tar and high-nicotine cigarettes to those with low tar and nicotine makes smoking safer, but this is not true. When people switch to brands with lower tar and nicotine, they often end up smoking more cigarettes, or more of each cigarette, to get the same nicotine dose as before…

---

[145]  IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 83, "Tobacco Smoke and Involuntary Smoking," at 171 (2004) (Ex. 107).

[146]  IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 83, "Tobacco Smoke and Involuntary Smoking," at 171 (2004) (Ex. 107).

[147]  IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 83, "Tobacco Smoke and Involuntary Smoking," at 171 (2004) (Ex. 107).

A low-tar cigarette can be just as harmful as a high-tar cigarette because a person often takes deeper puffs, puffs more often, or smokes them to a shorter butt length. Studies have not found that the risk of lung cancer is any lower in smokers of "light" or low-tar cigarettes.[148]

## CONCLUSION

124.   The citations listed in this report are merely intended to be illustrative and should not be considered to be exhaustive. A list of other materials upon which I rely is attached as Exhibit 108.

125.   I am also told that I may be asked to offer opinions in rebuttal to the opinions of plaintiffs' experts in this case. In particular, I am told that I may be asked to assess any tobacco company documents relied upon by plaintiffs in light of my historical research and evaluate whether the documents contain any scientific knowledge not known by the public health community at that time or whether the documents would have changed the public health community's recommendations regarding reductions in tar and nicotine yields.

---

[148]  This Q&A is found at:
http://www.cancer.org/docroot/PED/content/PED_10_2x_Questions_About_Smoking_Tobacco_and_Health.asp?sitearea=PED and is reproduced as Exhibit 109.

I, Peter C. English, declare under the penalty of perjury that the foregoing is true and correct.

_Peter C. English_
Peter C. English

January 19, 2010

# Exhibits to Declaration and Expert Disclosure Statement of Dr. Peter C. English

(filed and served on all parties as an electronic DVD)