# Exhibit 6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| IN RE:  LIGHT CIGARETTES ) | **MDL Docket No. 1:09-MD-** |
| MARKETING ) | **2068 ALL CASES** |
| SALES PRACTICES LITIGATION ) | |

**DECLARATION AND EXPERT DISCLOSURE STATEMENT**
**OF PETER A. VALBERG, PH.D.**

Peter A. Valberg, having been duly sworn and upon his oath deposes and states as follows:

1.    I am over eighteen years of age and am competent to testify to the matters contained herein.

2.    I have personal knowledge of the matters contained herein.

**I.    Summary of Qualifications and Opinions**

3.    I am a public health professional specializing in health risk assessment, human toxicology (including inhalation toxicology), epidemiology, and biological modeling of human exposure to environmental chemicals, airborne gases, and airborne particles.  My Curriculum Vitae is presented as Exhibit 1, as is a list of cases in which I have testified at trial or by deposition within the preceding four years (Exhibit 2). Gradient charges a fee of $330/hour for my work in connection with this lawsuit.  My education, experience, and background are described in section II below.

4.    The conclusions in this declaration are stated to a reasonable degree of scientific certainty and are based on my knowledge, training, and expertise, as well as on my review of scientific publications and internal Philip Morris USA documents relating to human smoking patterns and smoke exposure – including but not limited to

compensation and titration.  My conclusions can be briefly summarized as follows:

- Different people smoke cigarettes differently, and even the same individual smokes cigarettes in different ways under different circumstances and at different times.  These differences in smoking patterns result in variations in tar and nicotine intake among different smokers and by the same smoker.

- The FTC test method (hereinafter, "FTC method") was created to be a standardized, machine-smoking method for measuring and reporting tar and nicotine yields of different brands of cigarettes.  It was not meant to determine the actual amount of tar and nicotine that any individual smoker – or even a hypothetical "average" smoker – would get from smoking a particular brand of cigarettes.

- Some, but not all, smokers may attempt to "compensate" (*i.e.*, change how they smoke) upon switching to a cigarette with a lower FTC tar and nicotine yield.  Compensation is normally attributed to nicotine addiction – that is,  a need to maintain a constant level of daily nicotine intake.

- In a population of smokers of low tar and ultra-low tar cigarettes, including Marlboro Lights and Marlboro Ultra Lights, there will be some smokers who compensate and some smokers who do not.  Smokers who do not compensate include those who have smoked only lower FTC-yield cigarettes and smokers who are not addicted, including "chippers," those smokers who do not smoke daily or do not smoke more than five cigarettes per day.  Chippers are a substantial segment of the smoking population – over 25% of the U.S. smoking population in 2008.

- Among individual smokers who compensate, methods of compensation are highly variable.  A smoker who switches to a lower FTC-yield cigarette may compensate partially or completely by smoking more cigarettes per day, by smoking individual cigarettes more intensely (*e.g.*, taking larger puffs, more frequents puffs, blocking ventilation holes, and/or smoking more of the cigarette rod), or by a combination of smoking more cigarettes and smoking individual cigarettes more intensely.  Whether or not any individual smoker compensates partially or completely by smoking more cigarettes per day, and whether or not that individual reduced his or her total tar and nicotine intakes, are questions unique to each individual.

- Individuals who compensate by smoking more lower FTC-yield cigarettes per day would on average get lower tar and nicotine per cigarette.

- Among individual smokers who compensate, the degree of compensation is highly variable. Virtually all studies of compensation have found that compensation is "incomplete" for the overwhelming majority of smokers, meaning that such smokers get lower tar and nicotine after switching to cigarettes with lower FTC yields. The available evidence – which includes some data specific to Marlboro Lights – demonstrates that compensation is incomplete for the overwhelming majority of smokers who smoke low tar and ultra-low tar cigarette brands (including Marlboro Lights and Marlboro Ultra Lights), meaning that individuals who smoke these brands are likely to get significantly lower tar and nicotine than those who smoke the full-flavored counterparts.

- The available scientific evidence contradicts the conclusion that compensation is universal, complete, or permanent for all lower FTC-yield cigarettes smokers. The scientific evidence demonstrates that, on average, smokers who smoke lower FTC-yield cigarettes, including Marlboro Lights and Marlboro Ultra Lights, get lower tar and nicotine than smokers who smoke higher tar cigarettes, such as Marlboro full flavor cigarettes.

- Whether, how much, how long, and in what ways an individual smoker compensates – and whether such an individual gets lower tar and nicotine from smoking Philip Morris low tar and ultra-low tar cigarettes – are specific to the unique circumstances of each individual and can only be determined based on information about the individual.

- I have seen no evidence that all smokers of lower FTC-yield cigarettes "titrate" – that is, modify their smoking patterns to maintain their own individually-specific levels of nicotine intake. Lower FTC-yield cigarettes smokers who are not addicted, including chippers, do not titrate for nicotine. In fact, many smokers who switch to a cigarette with a lower FTC yield do reduce their nicotine intake, contradicting the hypothesis that all smokers titrate.

- The results, designs, methodologies, and research tools associated with internal Philip Morris USA studies of human smoking exposure were consistent with and not materially different from what was contemporaneously known and available to the outside scientific community.

3

- A smoker's exposure to carcinogens in cigarette smoke will depend upon his or her overall intake of smoke, including tar. The amount of cigarette smoke that an individual smoker receives over a lifetime of smoking is determined by his or her individual brand choice, smoking history, and smoking patterns. To the extent these (and other) factors vary between individuals – and they do – the lung cancer risk of different individuals would be expected to vary as well, based on the principle of dose-response.

- The significant reductions in tar and nicotine intake associated with Philip Morris low tar and ultra-low tar cigarettes would be expected to result in a significant reduction in lung cancer risk for an individual over a lifetime, or across the population at large.

## II.   Education, Experience, and Background

5.    I was a faculty member for 23 years in the Department of Environmental Health at the Harvard School of Public Health in Boston, Massachusetts, rising to the position of Associate Professor of Physiology. Currently, I am a Principal and Senior Health Scientist at Gradient, an environmental-health consulting firm with offices in Cambridge, Massachusetts and Seattle, Washington.

6.    I received a BA degree (*summa cum laude*) from Taylor University in 1964, a Ph.D. degree in physics in 1970 from Harvard University (as a student of Nobel laureate Prof. Norman F. Ramsey), and an M.S. degree in human physiology in 1975 from Harvard University.

7.    I received additional postdoctoral training in Biomedical Physics and Biomaterials Science (Massachusetts Institute of Technology, 1974), Alveolar Macrophage Function (National Heart, Lung, and Blood Institute, 1977), Pulmonary Pathology (University of Vermont Lung Center, 1979), Analytical and Quantitative Light Microscopy (Woods Hole Marine Biological Laboratory, 1984), and Advanced Quantitative Risk Assessment (University of Cincinnati, 1991).

4

8.    I held the following academic research and training awards:  Atomic Energy Commission Fellow (1964-67); Cottrell Research Corporation Science Grant (1972-75); National Science Foundation Fellow (1974-75); National Institutes of Health (NIH) New Investigator Pulmonary Research Award (1976-78); and Andrew W. Mellon Foundation Faculty Award (1981-1983).

9.    I was a faculty member in the Physics Department of Amherst College from 1969-75.  I was then hired by Harvard University.  After spending two years as a Research Associate at the Harvard School of Public Health, I was appointed in 1977 to the faculty of the Department of Environmental Health at the Harvard School of Public Health.  I was promoted to Associate Professor of Physiology in 1985, and remained on the faculty in the Department of Environmental Health for fifteen years.  At the Harvard School of Public Health, I directed and participated in research programs funded by the NIH, the titles of which are listed on my attached Curriculum Vitae.

10.    For a number of years, I was a member of the Advisory Committee for the Harvard School of Public Health Program Project Grant *"Mechanisms of Morbidity/Mortality due to Air Particles."*

11.    As a faculty member in the Department of Environmental Health, I taught in part or in whole a wide variety of graduate and undergraduate courses on human physiology, airborne particles, and inhalation toxicology.  These courses were taught at the Harvard School of Public Health, Harvard College, Harvard Medical School, Massachusetts Institute of Technology, and Tufts University.  The course titles included:

- Risk Analysis in Environmental and Occupational Health;

- Principles of Environmental Health;

- Human Physiology;

- Respiratory Physiology;

- Normal and Abnormal Human Physiology;

- Principles of Toxicology;

- Methods in Cell Biology;

- Structure and Function of the Mammalian Respiratory System;

- Indoor Air Quality; and

- Aerosol Technology.

12.    While a full-time faculty member at Harvard, I was invited to be a visiting scientist at other institutions on two occasions.  In 1982, I was a Visiting Scientist at the Inhalation Toxicology Research Institute (ITRI) in Albuquerque, NM (the current name of this institute is the Lovelace Respiratory Research Institute).  At ITRI, I designed and coordinated animal research that tracked the fate of substances inhaled into the body.  In 1989, I was a Visiting Researcher at the Institute of Occupational Medicine in Helsinki, Finland.  There, I participated in research on human subjects that examined the condition of their lung cells, as recovered by a lung lavage procedure.  Throughout my research, teaching, and consulting career, I have been engaged in the study of the human health effects of chemical and physical agents in our environment.

13.    I have served in an advisory capacity to a wide variety of governmental organizations concerned with health.  These include the National Heart Lung and Blood Institute of NIH, the NIH Division of Research Grants, the Office of Health and Environmental Research (U.S. Department of Energy), the National Academy of Sciences, the U.S. Navy Office of Occupational Health and Preventive Medicine, the

U.S. Department of Transportation, the U.S. Environmental Protection Agency (US EPA), and the World Health Organization (WHO). I also have been an advisor to the Health Effects Institute, the Center for Indoor Air Research, and the American Conference of Governmental Industrial Hygienists. For the Town of Needham (Massachusetts), I serve on the Physical and Biological Sciences Study Committee, an environmental health assessment task force.

14.    I began doing human health risk assessment work with Gradient in 1990, while I was on the faculty at Harvard. Gradient is an environmental consulting company that provides health risk analyses to a variety of parties including government and industry. My work at Gradient involves the application of results from scientific research towards understanding the extent of human exposure to chemicals in the environment, as well as the potential effects of such exposures on health. As a Principal Scientist at Gradient, I provide expertise in risk assessment, human toxicology, and biological modeling of human exposure to environmental chemicals, airborne gases, and airborne particles. I have completed numerous projects evaluating exposure and health effects of combustion emissions, environmental chemicals, radioactive mining waste, air toxics, volatile organic compounds, and inhaled particles.

15.    I am the author of more than 90 articles in peer-reviewed journals, plus many additional reports and abstracts dealing with human physiology, lung biology, inhalation toxicology, risk assessment, and non-ionizing radiation. Examples of projects that I have completed on inhalation exposure, and which have been published, are listed on my Curriculum Vitae. These include:

      a)     An analysis of the levels at which inhalation exposure to the 189 Hazardous Air Pollutants (HAPs) identified in the 1990 Clean Air

Act Amendments leads to noncancer toxicity.  This report on the 189 HAPs was prepared for and published by the US EPA.[1]

b)   A review of models by which airborne concentrations of diesel-exhaust particulate can be related to increments in lung cancer risk. The report was entitled, "Analysis of Diesel-Exhaust Cancer Potency Estimates derived from Animal Bioassays."[2]

c)   An analysis of published studies of lung-cancer risk in workers exposed to elevated levels of airborne inert, insoluble particulate in occupational settings.  The analysis showed a lack of concordance of the human results with the excess lung cancer risk predicted from studies in laboratory rats exposed to "overloading" concentrations of inhaled, insoluble particles.[3]

d)   A meta-analysis of the lung-tumor response in rats inhaling airborne diesel exhaust particles over a wide range of concentrations.  This analysis revealed that the lung tumor response in rats exhibits a threshold level of exposure, below which lung tumors do not occur.[4]

e)   A National Research Council review of the risk assessment methodologies that underlie the US EPA's cost and benefit analyses for proposed air quality regulations.[5]

f)   A health risk assessment for inhalation of respirable particles (PM-10) in ambient air.  The assessment was based on chemical

---

[1] U.S. EPA, Office of Health Research, "Hazardous Air Pollutants:  Profiles of Noncancer Toxicity from Inhalation Exposures" (September, 1993) (Ex. 3).

[2] P.A. Valberg & A.Y. Watson, "Analysis of Diesel-Exhaust Unit-Risk Estimates Derived from Animal Bioassays." *Regul. Toxicol. Pharmacol.* 24:30-44 (1996) (Ex. 4).[3] P.A. Valberg & A.Y. Watson, "Lung Cancer Rates in Carbon-Black Workers Are Discordant With Predictions From Rat Bioassay Data." *Regul. Toxicol. Pharmacol.* 24:155-170 (1996) (Ex. 5).

[3] P.A. Valberg & A.Y. Watson, "Lung Cancer Rates in Carbon-Black Workers Are Discordant With Predictions From Rat Bioassay Data." *Regul. Toxicol. Pharmacol.* 24:155-170 (1996) (Ex. 5).

[4] P.A. Valberg & E.A.C. Crouch, "Meta-Analysis of Rat Lung Tumors From Lifetime Inhalation of Diesel Exhaust." *Environ. Health Perspect.* 107(9):693-699 (1999) (Ex. 6).

[5] National Research Council, Committee on Estimating the Health-Risk-Reduction Benefits of Proposed Air Pollution Regulations, "Estimating the Public Health Benefits of Proposed Air Pollution Regulations" (2002) (Ex. 7).

analyses of PM-10 constituents and on toxicity factors for individual chemicals as developed by the US EPA for its Integrated Risk Information System database.[6]

g) A review of epidemiology and laboratory studies from 1996 to 2006, focusing on new analyses of worker populations, on species differences in tumorigenicity of poorly soluble particles, and on the role of particle-bound organics in tumorigenicity.[7]

h) A critical review of human and animal toxicologic literature having to do with potential health effects of inhaled diesel exhaust.[8]

16.    I have been selected by journal editors as a peer reviewer for articles submitted to many different journals, including *American Industrial Hygiene Journal*, *American Journal of Respiratory Cell and Molecular Biology*, *American Review of Respiratory Disease*, *Biorheology*, *Cell Biophysics*, *Critical Reviews in Toxicology*, *Environmental Health Perspectives*, *Epidemiology*, *Experimental Lung Research*, *Fundamental and Applied Toxicology*, *Hepatology*, *Inhalation Toxicology*, *Journal of Aerosol Medicine*, *Journal of Applied Physiology*, *Journal of Applied Toxicology*, *Nature*, *Radiation Research*, *Risk Analysis*, *Science*, *Tissue & Cell*, and *Toxicological Sciences*.  I have also served on the editorial board of the *Journal of Aerosol Medicine*.

17.    I am a full member of the Society of Toxicology and also a Fellow of the Academy of Toxicological Sciences.

---

[6] P.A. Valberg, "Is PM More Toxic Than the Sum of Its Parts? Risk-Assessment Toxicity Factors *vs.* PM-Mortality 'Effect Functions.'" *Inhal. Toxicol.* 16(Suppl. 1):19-29 (2004) (Ex. 8).

[7] P.A. Valberg *et al.*, "Integrating Studies on Carcinogenic Risk of Carbon Black: Epidemiology, Animal Exposures, and Mechanism of Action."  *J. Occup. Environ. Med.* 48:1291-1307 (2006) (Ex. 9).

18.    During 2001 and 2002, I was invited by the National Research Council to serve on a National Academy of Sciences committee to analyze the risk-assessment basis of air quality regulations.  After a series of meetings, extensive deliberations, and external reviews, the report of this committee was published by the National Academies Press (as a monograph "*Estimating the Public Health Benefits of Proposed Air Pollution Regulations*").[9]

19.    My extensive training in quantitative scientific disciplines, my long career of teaching and research in environmental health and human physiology, and my hands-on understanding of lung function, respiratory mechanics, and particle deposition in the respiratory tract qualify me to analyze studies and provide expert opinions on human exposure to cigarette smoke – that is, the amount of smoke (*i.e.*, nicotine and tar) that individual smokers get from smoking cigarettes.  In examining exposure to cigarette smoke, I have analyzed the many components of that exposure, including but not limited to, human smoking patterns, compensation, and titration, as well as the significant inter- and intra-individual variability associated with these phenomena.  As summarized above, much of my scientific career – including my research and teaching at the Harvard School of Public Health – has focused on the behavior, deposition, absorption, and measurement of aerosols inhaled into the respiratory tract and on the physiological effects produced by such aerosols.  Because cigarette smoke is an aerosol, the principles that I have studied, taught, and applied throughout my scientific career are the same kinds of principles that

---

Footnote continued from previous page

[8] T.W. Hesterberg;  C.M. Long; W.B. Bunn; S.N. Sax; C.A. Lapin; P.A. Valberg, "Non-Cancer Health Effects of Diesel Exhaust: A critical assessment of recent human and animal toxicological literature," *Crit. Rev. in Toxicol.* 39(3):195 – 227 (2009) (Ex. 10).

are involved in assessing the issues I have been asked to address in this case.

20.   In forming my opinions for this declaration, I have collected and analyzed an extensive body of published scientific literature pertaining to human exposure to cigarette smoke, including but not limited to experimental studies that measured smokers' nicotine intake in response to their switching among cigarettes of a variety of different FTC nicotine yields and the studies on human exposure to cigarette smoke that were cited in Chapter 3 of the National Cancer Institute's Smoking and Tobacco Control Monograph #13, "Risks Associated with Smoking Cigarettes with Low Machine-Measured Yields of Tar and Nicotine" (hereinafter "NCI Monograph 13").  I have also examined the findings of various review articles and reports by public health organizations such as the Office of the Surgeon General and the International Agency for Research on Cancer, data collected for the NHANES survey, and other data collected by the CDC.

21.   I have, moreover, reviewed various internal Philip Morris USA documents that have been produced in various lawsuits, including documents introduced into evidence and/or relied upon by plaintiffs' and defense witnesses in the *Miles/Price* lawsuit in Illinois and the *Schwab* lawsuit in New York.  I have also reviewed depositions taken in various lawsuits.  I understand that I may be asked to review and comment on additional information that becomes available to the extent it relates to the conclusions stated in this declaration, and that I may be asked to comment on the opinions of plaintiffs' expert witnesses and on the scientific basis for those opinions, including any documents used to support those opinions, to the extent related to my areas of expertise.

---

Footnote continued from previous page
[9] National Research Council (2002) (Ex. 7).

III.   **The FTC Method**

22.   The "FTC Method" was developed by the U.S. Federal Trade Commission
(FTC).  It was implemented by the FTC in 1967 and used a smoking machine to measure
the amount of tar and nicotine that is delivered by different brands of cigarettes under
standardized smoking conditions.  The smoking machine smoked each cigarette in
exactly the same way – specifically, it took one puff per minute, with each puff lasting
for two seconds and having a volume of 35 milliliters.

23.    Unlike the FTC smoking machine, people do not smoke every cigarette in
the same way.  Different people smoke cigarettes differently, and even the same
individual smokes cigarettes in different ways under different circumstances and at
different times.  Smoking parameters such as puff frequency and number of puffs, puff
volume, the length of cigarette rod smoked, and how cigarettes are held can and do differ
from person to person, as well as for the same person at different times.  Because of these
differences in how individuals smoke, tar and nicotine intake from a cigarette brand will
vary from person to person, as well as for the same person when smoking under different
circumstances.  Unlike food and some other consumer products, which deliver a certain
amount of a component regardless of the manner in which the product is consumed, the
amount of tar and nicotine that will be delivered by a cigarette varies according to the
manner in which it is smoked by a consumer.

24.   This variability in tar and nicotine intake of and among individual smokers
was discussed by Philip Morris USA (along with other cigarette manufacturers) in a

paper submitted to the FTC in 1966, the year before the FTC Method was introduced.[10]
The FTC acknowledged this variability when it formally announced the beginning of its
tar and nicotine testing program in 1967 and issued a press release that copied Philip
Morris USA's statements almost verbatim.  In this press release, the FTC stated, among
other things, that:

> No test can precisely duplicate conditions of actual human
> smoking and, within fairly wide limits, no one method can
> be said to be either "right" or "wrong."  The Commission
> considers it most important that the test results be based on
> a reasonable standardized method and that they be capable
> of being presented to the public in a manner that is readily
> understandable.  Although minor variations may not make
> one testing method "better" than another, the public interest
> requires that all test results presented to the public be based
> on a uniform method used by all laboratories.  Use of more
> than one testing method would produce different results
> which would only serve to confuse or mislead the public.

> In determining the testing method, the Commission has not
> attempted to gauge the test to the amount of smoke, or tar
> and nicotine, which the "average" smoker will draw from
> any particular cigarette.

> No two human smokers smoke the same way.  No
> individual smoker always smokes in the same fashion.  The
> speed at which one smokes varies both among smokers,
> and usually also varies with the same individual under
> different circumstances even within the same day.  Some
> take long puffs (or draws); some take short puffs.  That
> variation affects the tar and nicotine quantity in the smoke
> generated.

> Even with the same type of cigarette, individual smokers
> take a different number of puffs per cigarette depending on
> the circumstances....

> The Cambridge Filter [FTC] Method does not and cannot

---

[10] *See* Philip Morris USA submission to FTC, "Supplementary observations following
November 30, 1966 hearing" (December 20, 1966) (Ex. 11).

measure these many variations in human smoking habits.  It
does not measure tar or nicotine in the smoke generated
while the cigarette is not being puffed.  It does not measure
all of the tar and nicotine in any cigarette, but only that in
the smoke drawn in the standardized machine smoking
according to the prescribed method.  Thus, the purpose of
the testing is not to determine the amount of tar and
nicotine inhaled by any human smoker, but rather to
determine the amount of tar and nicotine generated when a
cigarette is smoked by machine in accordance with the
prescribed method.

Accordingly, the testing method should not be considered
defective because it does not rely on "averages."  There are
too many variables as to both smokers and smoking
conditions for any average to be meaningful.  Test results
phrased in terms of an "average" smoker could be
misleading to the public, because a smoker has no way of
knowing how closely his smoking habits conform to those
of the purportedly "average" smoker.[11]

25.    The FTC was also informed, at hearings held in November 1966, that "by

lowering the nicotine content, the smoker may increase his consumption of cigarettes in

search of nicotine satisfaction."[12]

26.    As indicated by the foregoing, the FTC stated from the beginning that

neither the FTC method nor any other standardized test was capable of predicting the

actual amount of tar and nicotine that any particular smoker – or even some hypothetical

"average" smoker – would receive from smoking a particular brand of cigarettes.  The

FTC's intentions and understandings in adopting the FTC method were described by C.

Lee Peeler (then Associate Director of the FTC's Division of Advertising Practices) in an

---

[11] FTC News Release (August 1, 1967) (Ex. 12).

[12] Statement of James K. Sorenson, President, Continental Tobacco Company of South
Carolina, Inc in Official Transcript of Proceedings before the Federal Trade
Commission, In The Matter Of Methods to Be Employed in Determining Tar and
Nicotine Content of Cigarettes at 131 (November 30, 1966) (Ex. 13).

article about the history of the FTC method published by the National Cancer Institute in

a 1996 monograph (Monograph 7, hereinafter "NCI Monograph 7"):

> From the outset, the testing was intended to obtain uniform, standardized data about the tar and nicotine yield of mainstream cigarette smoke, not to replicate actual human smoking.  The Commission recognized that individual smoking behavior was just that – too individual to gauge what a hypothetical "average" smoker would get from any particular cigarette:  "No two human smokers smoke in the same way.  No individual smoker always smokes in the same fashion" (Federal Trade Commission, 1967).  The purpose of the testing was "not to determine the amount of 'tar' and nicotine inhaled by any human smoker, but rather to determine the amount of tar and nicotine generated when a cigarette is smoked by machine in accordance with the prescribed method" (Federal Trade Commission, 1967).  Indeed, the Cambridge Filter method did not attempt to duplicate an "average" smoker but was "an amalgam of many choices" (Federal Trade Commission, 1967).  Because no test could accurately duplicate human smoking, the Commission believed that the most important thing was to make certain the results presented to the public were based on a reasonable, standardized method and could be presented to consumers in an understandable manner.[13]

27.    In proceedings leading up to NCI Monograph 7, it was suggested to the

NCI Cancer Panel that the machine-smoking test results presented to the public on

cigarette labels also include a disclosure of additional tobacco smoke constituents of

potential health significance.  A "mock" cigarette label was presented by panel member

Dr. Jeffrey Harris that included basic cigarette facts such as the length, diameter, weight,

and tobacco weight of the cigarette; a range of delivery of potentially harmful

constituents

---

[13] C. Lee Peeler, "Cigarette Testing and the Federal Trade Commission:  A Historical Overview," in *The FTC Test Method for Determining Tar, Nicotine, and Carbon*

Footnote continued on next page

such as nicotine, carbon monoxide, carcinogenic PAHs, nitrosamine, and formaldehyde; and biological test results for the cigarette such as the Ames test, mammalian cell transformation, and skin carcinogenesis tests.  The panel decided, however, that to avoid confusing the public, tar, nicotine, and carbon monoxide yields under the FTC protocol should be the only information that is provided to smokers.

28.     In September, 1997, FTC solicited public comments on proposed revisions to the FTC method and a proposed format to disclose the results of the revised methodology in advertising.[14]  The proposed methodology would have produced tar and nicotine yields using parameters from both the FTC method and more intensive smoking conditions, producing a range of potential yields for each cigarette.  The disclosure formats would indicate the range of tar and nicotine yields, with a notation stating that actual tar and nicotine intakes will vary depending on how the consumer smokes the cigarette.  The cigarette companies argued in favor of retaining the existing FTC method, and public health agencies requested a postponement of the proposed modifications until a broader review of unresolved scientific issues could be addressed.  In response, FTC requested that the U.S. Dept. of Health and Human Services (U.S. DHHS) conduct a review of the FTC method, in order to address the limitations previously identified by the NCI and other public health officials.  The initial response provided by U.S. DHHS was in the form of NCI Monograph 13, which concluded that measurements of tar and nicotine by the FTC method do not offer meaningful information to consumers.  This

---

Footnote continued from previous page
*Monoxide Yields of U.S. Cigarettes: Report of the NCI Expert Committee Number 7*, at 2 (1996) (Ex. 14).

response did not recommend a change in cigarette labeling to include other cigarette constituents, however.

29.    In December, 2008, the FTC rescinded its 1966 guidance in which it permitted cigarette manufacturers to make factual statements of the tar and nicotine yields of the mainstream smoke of cigarettes on their packages, as long as these yields were supported by testing conducted pursuant to the FTC method.  As a result of this rescission, cigarette manufacturers can advertise tar and nicotine yields but must not (1) "convey the impression that the stated yields are the amounts of tar or nicotine a consumer is actually likely to inhale from cigarette smoke," (2) "convey an erroneous or unsubstantiated message that a relatively lower yield cigarette presents a reduced risk of harm," or (3) use terms such as "per FTC method" or other phrases that imply FTC endorsement of the machine-based test methods.[15]

## IV.    Compensation

### A.    Definition and Background

30.    Some smokers, upon switching to a cigarette with a different (higher or lower) FTC tar and nicotine yield, may attempt to change how they smoke.  This behavior is known as "compensation."  Smokers who switch to a cigarette with a lower FTC yield may compensate in different ways.  One way in which such a smoker might compensate is by smoking individual cigarettes more intensely – *e.g.*, by taking larger puffs, more frequent puffs, blocking ventilation holes with fingers or lips, and/or smoking

---

Footnote continued from previous page

[14] Cigarette Testing; Request for Public Comment, 62 Fed. Reg. 48158 (Sept. 12, 1997) (Ex. 15).

to shorter cigarette butt lengths.  Another way in which such a smoker might compensate is by smoking more cigarettes per day.  Conversely, a smoker who switches to a cigarette with a higher FTC yield cigarette might take smaller and/or less frequent puffs, refrain from blocking ventilation holes, smoke to longer cigarette butt lengths, and/or smoke fewer cigarettes.

31.    It is incorrect to assume that smokers who compensate do not get lower tar and nicotine from smoking a lower FTC yield brand.  To the contrary, smokers can significantly reduce their tar and nicotine intakes even if they compensate.  Although compensation may be "complete" for some smokers, for many smokers compensation is "incomplete."  A smoker who compensates to a degree such that he or she gets equivalent tar and nicotine relative to pre-switching intake is said to compensate "completely."  A smoker who compensates to some degree, but nonetheless receives less tar and nicotine (relative to pre-switching intake), is said to compensate "incompletely" (or "partially").

32.    Different smokers – and even the same smoker – compensate to varying degrees (or not at all) at different times and under different circumstances.  Whether, when, and how much a specific smoker compensates can only be determined based on information about the individual smoker.

33.    According to U.S. government reports, compensation has been "clearly recognized" for decades.[16]  The concept of compensation was reported in the scientific literature as early as 1945, when a team of scientists published results demonstrating that

---

Footnote continued from previous page

[15] Rescission of the FTC Guidance Concerning the Cambridge Filter Method, 73 Fed. Reg 74500 (Dec. 8, 2008) (Ex. 16).

[16] *See* Peeler (footnote 13) at 3 (1996) (Ex. 14).

modifying the nicotine content of a cigarette could affect the number of cigarettes per day that an individual smokes.[17]  In 1959, Consumer Reports described the testing of a device that punched tiny holes in cigarettes and stated that in actual use of this product, "many smokers will increase their draw to compensate for reduced flavor...."[18]  In 1964, three years before the FTC Method was adopted, U.S. News & World Report reported the U.S. Surgeon General's concerns that "removing tar [and] nicotine ... might also lead to different levels of cigarette consumption and different amounts of inhalation, and so forth."[19]  Studies that investigated smokers' tar and nicotine intakes from cigarettes, including studies of compensation, have been published for decades.  In my review of the scientific literature, I located more than 200 published scientific experiments and review articles that bear on this issue.

34.    Compensation has normally been attributed to nicotine addiction – that is, to a need to maintain a constant level of daily nicotine intake.  An example of this position can be found in NCI Monograph 13. [20]

35.    Since 1968, many published epidemiological studies in the U.S. and abroad have reported that cigarettes with lower FTC yields were associated with a reduction in risk for certain diseases, primarily lung cancer, as compared to cigarettes

---

[17] J.K. Finnegan *et al*., "The role of nicotine in the cigarette habit," *Science* 102:94-96 (1945) (Ex. 17).

[18] "So you want to do something about your smoking habit?" *Consumer Reports* 24:236-240, 443 (1959) (Ex. 18).

[19] Terry, LL [U.S. Surgeon General]. "Answers on filters," *U.S. News & World Report* at 38 (Jan. 27, 1964) (Ex. 19).

[20] *See, e.g.*, N. L. Benowitz, "Compensatory smoking of low-yield cigarettes," in *NCI Monograph 13. Risks Associated with Smoking Cigarettes with Low Machine-Measured Yields of Tar and Nicotine* (2001) at 39 (Ex. 20).

with higher FTC yields.[21]  Because epidemiological studies measured disease risks based

on how lower yield cigarettes were actually smoked in the "real world" over time, this

provided strong evidence that cigarettes with lower FTC yields, as actually smoked,

delivered lower tar and nicotine to smokers over time, suggesting that, if compensation

took place, it was not permanent and complete for all smokers.  Dr. Jonathan Samet, an

epidemiologist and a co-author of Chapter 4 of NCI Monograph 13, explained these

points in NCI Monograph 7, published in 1996:

> Only epidemiologic studies can provide information on
> modification of the risks of smoking as the cigarette has
> evolved, and only epidemiologic data can measure the risks
> of cigarettes under the "natural" circumstances of use.[22]
>
> Epidemiologic research has had a central role in
> characterizing the consequences of the changing cigarette
> because it supplies direct information on the consequences
> of varying tar and nicotine yield products.  Thus, the
> findings inherently consider compensatory changes in
> inhalation patterns or in numbers of cigarettes smoked and
> provide the evidence needed to answer the question of
> immediate public health relevance:  whether disease risk
> varies with cigarette tar and nicotine yield as determined by
> the FTC method.[23]

36.    Results from the Scottish Heart Health Study indicated that people who

smoke cigarettes with tar yields of less than 10 mg have a reduced risk of lung cancer

compared to those who smoke cigarettes with higher tar yields, although there were no

---

[21] *See, e.g.*, J.M. Samet, "The changing cigarette and disease risk: Current status of the evidence," in *The FTC Test Method for Determining Tar, Nicotine, and Carbon Monoxide Yields of U.S. Cigarettes: Report of the NCI Expert Committee Number 7,* at 80-87 (Ex. 21); NCI Monograph 13 at 96, 104 (Ex. 20); IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 83, "Tobacco smoke and involuntary smoking" at 167-71 (2004) (hereinafter "2004 IARC Monograph") (Ex. 23).

[22] *See* Samet (footnote 21) at 77-78 (1996) (Ex. 21).

[23] *Id.* at 79-80 (Ex. 21).

differences in lung cancer risks for smokers of brands with tar yields of 10 to 15 mg and smokers of brands with tar yields above 15 mg.[24]  Among the limitations of the study is that neither the prior smoking habits, nor the smoking habits during the follow-up period, were known.

37.    Harris *et al*. compared lung cancer risks among smokers of cigarettes with various tar yields using ACS CPS-II data.[25]  They found no differences in lung cancer risk among smokers of very low tar (< 7mg), low tar (8-14 mg), or medium tar (15-21 mg) brands, whereas risk was higher in smokers of high tar (> 22 mg) brands.  In addition to the limitations discussed for the Scottish Heart Health Study above, Harris *et al*. reported that smokers do not identify their brand of cigarette with sufficient accuracy and this may bias exposure levels (for example, 25 brands with similar names can have different tar yields).  Harris *et al*. also noted that tar yields were higher before entry into the study and in the earlier years of the subjects' smoking history.  Thus, death rates from smoking-related diseases may have been attributable to the range of tar yield on entry to the study, rather than to the narrower range during follow up.  The authors also noted: "Because the median age at entry was 53-54 years, most current smokers in the cohort could not have smoked low tar or very low tar brands exclusively over their lives. Accordingly, we could not evaluate the effect of the exclusive use of low and very low tar cigarettes from adolescence onward."

---

[24] Woodward, M. "Is compulsory restriction of tar yield of cigarettes a worthwhile public health policy?" *American Journal of Preventive Medicine* 21:284-290 (2001) (Ex. 24).

[25]  JE Harris *et al.*, "Cigarette tar yields in relation to mortality from lung cancer in the cancer prevention study II prospective cohort, 1982-8," *British Medical Journal* 328:72-79 (2004) (Ex. 25).

38.    One form of compensation is potentially not accounted for in the epidemiological results – that is, compensation by smoking more cigarettes per day.  The evidence has historically shown that smokers who switched to lower yield brands did not compensate on a population basis by smoking more cigarettes.  For instance, the first Cancer Prevention Study (CPS-1) conducted by the American Cancer Society tracked over one million subjects for a twelve-year period.  Based on data from CPS-1 coded for exact number of cigarettes smoked, American Cancer Society scientists reported in 1980 that "over a long period of time [13 years] people [72,592 continuing smokers studied] tend to smoke the same number of cigarettes a day regardless of the tar and nicotine level [more than half of the smokers had switched to a cigarette with a lower FTC yield]."[26] Similarly, the Surgeon General concluded in 1984 that "Most studies agree that smokers rarely increase their daily cigarette consumption upon switching from higher to lower-yield brands."[27]

39.    While some individual smokers might compensate partially or completely by smoking more cigarettes per day, whether or not a specific person compensates in that fashion, and whether or not such a person reduces his or her total tar and nicotine intake, are questions unique to each such person.  To the extent that an individual smoker compensates to a constant level of nicotine intake, and does so by smoking more

---

[26] L. Garfinkel, "Changes in number of cigarettes smoked compared to changes in tar and nicotine content over a 13-year period," in *Banbury Report 3. A Safe Cigarette?* (G.B. Gori and F.G. Bock, eds.) at 24 (1980) (Ex. 26).

[27] U.S. Department of Health and Human Services, *The Health Consequences of Smoking: Chronic Obstructive Lung Disease - A Report of the Surgeon General* at 342 (1984) (hereinafter "1984 Surgeon General's Report") (Ex. 27). The Surgeon General reaffirmed this conclusion in 1989.  *See* U.S. Department of Health and

Footnote continued on next page

cigarettes per day, that individual would be getting lower tar and nicotine per cigarette over the course of the day.  This is because such a smoker would need to compensate by smoking more cigarettes only if he or she was in fact getting lower tar and nicotine per cigarette.

40.   Scientific studies of smoking exposure, smoking patterns, and compensation continued to be published in the peer-reviewed literature and described in U.S. government reports throughout the 1970s, 1980s, 1990s and 2000s.  These studies have been interpreted by the scientists who conducted them, as well as by scientific and public health authorities, as demonstrating that smokers generally got less tar and nicotine from cigarettes with lower FTC yields, even if they compensated to some extent.[28]  For example, the 1984 Surgeon General's report concluded that:

> A reduction in blood and urinary nicotine levels or in
> plasma and urinary cotinine levels has generally been

---

Footnote continued from previous page
Human Services, *Reducing the Health Consequences of Smoking: 25 Years of Progress -A Report of the Surgeon General*" at 293 (1989) (Ex. 28).

[28] *See, e.g,* J.H. Jaffe *et al*., "Studies of switching to low tar and nicotine cigarettes," in: *Banbury Report 3. A Safe Cigarette?* (Gori, GB; Bock, FG, eds.) p. 311-23 (1980) (Ex. 29); IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans, Vol. 38, "Tobacco smoking" at 313 (1986) (Ex. 30); N.L. Benowitz, "Biomarkers of cigarette smoking," in NCI Monograph 7. The FTC Cigarette Test Method for Determining Tar, Nicotine, and Carbon Monoxide Yields of U.S. Cigarettes, p. 93 - 111 (1996) (Ex. 31); "Smoking behaviours in relation to cigarette design," in *Report of Canada's Expert Committee on Cigarette Modifications* at 56 (March 1-3, 1996) (Ex. 32); Mendes *et al.* (2008), "A Randomized, Controlled Exposure Study in Adult Smokers of Full Flavor Marlboro Cigarettes Switching to Marlboro Lights and Marlboro Ultra Lights Cigarettes."  (Ex. 54); Mendes *et al.* (2009), "The Relationship Between Smoking Machine Derived Tar Yields and Biomarkers of Exposure in Adult Cigarette Smokers in the US" (Ex. 22).

observed on switching to a cigarette with a lower nominal
nicotine yield.[29]

This body of evidence supported and was consistent with the view, based on the

epidemiology data, that compensation was not permanent and complete for all smokers.

### B.   Compensation Among Smokers of Low Tar and Ultra-Low Tar Cigarettes

41.   I have been asked to consider the hypothesis that compensation is complete

and permanent for all or virtually all smokers of low tar and ultra-low tar cigarettes,[30]

including Marlboro Lights and Marlboro Ultra Lights.  I am aware of no experimental

study or data, published or otherwise, that support such a broad and generalized

hypothesis, either for Marlboro Lights or Marlboro Ultra Lights smokers or for smokers

of other low tar and ultra-low tar cigarettes.

42.   The lack of support for that hypothesis in the published, peer-reviewed

scientific literature is particularly important because the process of peer-review by

disinterested scientists would increase the likelihood that unwarranted assumptions and

analytical flaws would be brought to light.  As discussed in detail below, the available

experimental studies and data (including those that investigated cigarettes with FTC

yields comparable to Marlboro, Marlboro Lights and Marlboro Ultra Lights) contradict

that hypothesis by showing that not all smokers compensate and that compensation is

---

[29] U.S. Department of Health and Human Services, (*see* footnote 27) at 346 (internal
citations omitted) (1984) (Ex. 27).

[30] Philip Morris low tar cigarettes include those with FTC tar yields between 7 and 14
mg; Philip Morris ultra-low tar cigarettes include those with FTC tar yields of 6 mg
or less.  As of the most recent FTC tar and nicotine report:  Philip Morris' leading brands
Marlboro Lights delivered 11 mg tar/ 0.8 mg nicotine.  Marlboro Ultra Lights delivered 6
mg tar/ 0.5 mg nicotine.  U.S. Federal Trade Commission, "*Tar, Nicotine, and Carbon*
Footnote continued on next page

24

incomplete for the overwhelming majority of smokers who do compensate.

## 1.   Prevalence of Compensation Among Smokers of Low Tar and Ultra Low Tar Cigarettes

43.    In a population of smokers, there will be some smokers who compensate and some smokers who do not.  The scientific evidence available to date does not demonstrate that all or virtually all smokers of Philip Morris low tar and ultra low tar cigarettes compensate.  As discussed below, smokers who have smoked only low tar and ultra-low tar cigarettes do not compensate.  Additional smokers who do not compensate for nicotine include those who do not smoke for nicotine and are not addicted to nicotine, such as "chippers," first-time smokers, and smokers who puff but do not inhale.

44.    "Compensation" is, by definition, a behavior that may occur when a smoker switches brands to a cigarette with a higher or lower FTC yield.  Thus, it is axiomatic that individual smokers who have smoked, for example, only Marlboro Lights or Marlboro Ultra Lights – rather than switching to Marlboro Lights or Marlboro Ultra Lights – are not compensating.  I am aware of no data establishing that all people who smoke lower FTC-yield cigarettes switched to that brand from a brand with a higher FTC yield.

45.    Compensation is, as described above, normally attributed to nicotine addiction.  However, not all smokers are addicted to nicotine, and smokers – including those who smoke Philip Morris low tar and ultra-low tar cigarettes – who are not addicted to nicotine would not compensate for nicotine.  For example, chippers do not compensate for nicotine.  Chippers are smokers who smoke on a regular basis but do not smoke daily

_____

Footnote continued from previous page
*Monoxide of the Smoke of 1294 Varieties of Domestic Cigarettes for the Year 1998*
(2000) (Ex. 33).

(*i.e.*, "some day" smokers) or who do not smoke more than five cigarettes per day.

Chippers do not smoke to maintain a constant blood level of nicotine upon smoking, are

not regarded as addicted to nicotine, and hence would not compensate for nicotine.[31]

Chippers comprise a significant percentage of the smoking population.  According to

U.S. government data, published by the Centers for Disease Control and Prevention

(CDC), 24.7% of current adult smokers in the U.S. population were "some day" smokers

as of 2001.[32]  More recent data available on the CDC website, indicate that 26.5% of the

current adult smokers in the U.S. population were "some day" smokers in 2008.[33]

46.    Scientists who have studied chippers report that a substantial fraction of

chippers engage in this behavior over the long-term.[34]  Based on these data, one would

expect there to be a substantial percentage of chippers in a population composed of

smokers who smoke lower FTC-yield cigarettes.  Whether a smoker is a chipper can only

be determined based on information about that smoker.

### 2.    Methods of Compensation Among Smokers of Philip Morris Low Tar and Ultra Low Tar Cigarettes

47.    The specific means by which any smoker compensates are specific to each

individual and can only be determined based on information about that individual.

---

[31] *See, e.g.,* N. L. Benowitz and J. E. Henningfield, "Establishing a Nicotine Threshold for Addiction," *New England Journal of Medicine* 331:123-25, 124 (1994) (Ex. 34).

[32] "Prevalence of current cigarette smoking among adults and changes in the prevalence of current and some day smoking -- United States, 1996-2001," *Centers for disease Control and Prevention, Morbidity and Mortality Weekly Report* (April 11, 2003) (Ex. 35).

[33] CDC, Behavioral Risk Factor Surveillance System, Prevalence and Trends Data, Tobacco Use - 2008, available at http://apps.nccd.cdc.gov/brfss/list.asp?cat =TU&yr=2008&qkey=4394&state=All (accessed on December 10, 2009) (Ex. 36).

Generally speaking, blocking ventilation holes is a "lesser to negligible" method of compensation and increasing puff volume is the "most common" method of compensation associated with Lights cigarettes.[35]  Some individual smokers of lower FTC-yield cigarettes may compensate partially or completely by smoking more cigarettes per day.  Whether or not a specific individual smoker compensated in that fashion, and whether or not that individual reduced his or her total tar and nicotine intake, are questions unique to each individual.  Individuals who compensate by smoking more cigarettes per day would on average get lower tar and nicotine per cigarette.

### 3.  Duration of Compensation Among Smokers of Low Tar and Ultra-Low Tar Cigarettes

48.   The scientific studies available to date do not demonstrate that compensation is permanent for all (or virtually all) low tar and ultra-low tar cigarette smokers.  In fact, I am not aware of a study that supports the hypothesis that compensation is permanent for all low tar and ultra-low tar cigarette smokers or smokers in general.  Studies of compensation have typically lasted for hours, days, a few weeks, or months at most.  Studies of such durations do not address whether or to what extent compensation may persist over periods of years or decades.  Some scientists have hypothesized that compensation (or complete compensation) may not be permanent.[36]

---

Footnote continued from previous page

[34] *See* K. M. Hassmiller *et al.*, "Nondaily Smokers: Who Are They?" *American Journal of Public Health* 93(8):1321-27 (Aug. 2003). (Ex. 37).

[35] *See, e.g.*, NCI Monograph 13 at 28, Table 2-3 (Ex. 20).

[36] *See* N. Benowitz and J. Henningfield (footnote 31) at 125 (Ex. 34).  During a deposition in the Schwab case in 2005, Dr. Henningfield testified that compensation can be temporary or can persist, varying from smoker to smoker, *see* Deposition of Jack A. Henningfield, Schwab v. Philip Morris USA Inc. *et al.*, May 13, 2005, at

Footnote continued on next page

4.      **Degree of Compensation among Smokers
of Philip Morris Low Tar and Ultra-Low Tar Cigarettes**

49.    The scientific evidence available to date does not demonstrate that compensation is complete, whether for smokers in general, or Philip Morris low tar and ultra-low tar cigarette smokers specifically.  In fact, as described below, the weight of evidence is inconsistent with that claim.

a.      **Brand-Switching Studies**

50.    The degree to which individual smokers may compensate has most frequently been tested by conducting a study in which smokers switch from one brand of cigarettes to a brand with a higher or lower FTC yield.  This type of study is called a "brand-switching" study.  Some brand-switching studies have measured compensation by using so-called "biomarkers" of cigarette smoke – that is, chemicals related to cigarette smoke that can be measured in smokers' body fluids such as blood, urine, and saliva, or in exhaled air.  Some biomarkers – nicotine, for example, are smoke constituents.  Other biomarkers, however, are not smoke constituents but instead are metabolites of smoke constituents that are formed when smoke constituents are broken down by enzymes within the body.  For example, cotinine is a primary metabolite of nicotine that is often used as a biomarker for nicotine intake, but is not itself a smoke constituent.

51.    There is no biomarker specific to tar, which is a complex mixture of thousands of different constituents.  Nicotine biomarkers (e.g., cotinine) are generally accepted as the best proxy for measuring tar intake, as noted by the World Health Organization's International Agency for Research on Cancer ("IARC"):

---

Footnote continued from previous page
204-05 (Ex. 39)

Footnote continued on next page

> A problem in the analysis of exposure to tobacco smoke is
> that there is no direct marker for tar uptake (exposure).  The
> biomarkers most frequently used for measuring the uptake
> of tobacco smoke (nicotine and cotinine) reflect the
> exposure to particulate-phase constituents. [37]

Thus, reductions in nicotine biomarkers like cotinine are regarded as reflecting a

corresponding reduction in tar intake.  This conclusion is consistent with and supported

by the results of smoking topography studies, discussed below, as well as by the strong

positive correlation between nicotine and tar yields in machine-smoking tests, including

the FTC method and more intensive smoking protocols developed by the Commonwealth

of Massachusetts and by Health Canada.

52.   The vast majority of brand-switching studies published to date provide

evidence that while compensation does occur in some smokers, it is highly variable and it

is generally not complete.  The overwhelming majority of smokers in these studies

reduced their tar and nicotine intakes after switching to cigarettes with lower FTC yields,

even though the magnitude of this reduction was often less than the difference between

FTC yields of the cigarettes smoked.

53.   I have performed my own analysis of 19 brand-switching studies in 21

reports that were published between 1975 and 2008, reporting results for over 1,000

separate trials in which a smoker switched from smoking a cigarette with a higher FTC

---

Footnote continued from previous page

[37] 2004 IARC Monograph (footnote 21) at 1065 (Ex. 23). IARC further observed that
"[b]ecause of its specificity and the availability of sensitive methods for reliable
page measurements, cotinine, regardless of the body fluid, is currently the most widely
used biomarker for measuring tobacco smoke uptake;" *Id.* at 1066-67 (Ex. 23).

nicotine yield.[38]  I selected these studies because they provided data for calculating the

---

[38] A.K. Armitage *et al.*, "Evaluation of a low to middle tar/medium nicotine cigarette designed to maintain nicotine delivery to the smoker," *Psychopharmacology (Berlin)* 96(4):447-53 (1988) (Ex. 40); H. Ashton *et al.*, "Self-titration by cigarette smokers," *British Medical Journal* 2(6186):357-60 (1979) (Ex. 41); N.L. Benowitz *et al.*, "Circadian blood nicotine concentrations during cigarette smoking," *Clinical Pharmacology & Therapeutics* 32:758-64 (1982) (Ex. 42); N.L. Benowitz *et al.*, "Daily intake of nicotine during cigarette smoking," *Clinical Pharmacology & Therapeutics* 35:499-504 (1984) (Ex. 43); N.L. Benowitz *et al.*, "Reduced tar, nicotine, and carbon monoxide exposure while smoking ultralow-but not low-yield cigarettes," *Journal of the American Medical Association* 256:241-6 (1986) (Ex. 44); N.L. Benowitz *et al.*, "Carcinogen Exposure during Short-term Switching from Regular to 'Light' Cigarettes," *Cancer Epidemiology, Biomarkers & Prevention* 14(6):1376-83 (2005) (Ex. 45); K.O. Fagerstrom, "Effects of a nicotine-enriched cigarette on nicotine titration, daily cigarette consumption, and levels of carbon monoxide, cotinine, and nicotine," *Psychopharmacology (Berlin)* 77(2):164-7 (1982) (Ex. 46); C. Frost *et al.*, "The tar reduction study: randomized trial of the effect of cigarette tar yield reduction on compensatory smoking," *Thorax*. 50(10):1038-43 (1995) (Ex. 47); T. Goldfarb *et al.*, "Reactions to cigarettes as a function of nicotine and 'tar'," *Clinical Pharmacology & Therapeutics* 19:767-72 (1976) (Ex. 48); G.B. Gori *et al.*, "Smoker intake from cigarettes in the 1-mg Federal Trade Commission tar class," *Regulatory Toxicology & Pharmacology* 3:110-20 (1983) (Ex. 49); A.R. Guyatt, "Long-term effects of switching to cigarettes with lower tar and nicotine yields," *Psychopharmacology (Berlin)* 99:80-6 (1989) (Ex. 50); N.J. Haley *et al.*, "Cigarette smoking as a risk for cardiovascular disease. Part VI.  Compensation with nicotine availability as a single variable," *Clinical Pharmacology & Therapeutics* 38(2):164-70 (1985) (Ex. 51); D. Hammond *et al.*, "Smoking Topography, Brand Switching, and Nicotine Delivery: Results from an In vivo Study," *Cancer Epidemiology, Biomarkers & Prevention* 14(6):1370-75 (2005) (Ex. 52); D Hammond *et al*., "Cigarette yields and human exposure: A comparison of alternative testing regimens." *Cancer Epidemiol. Biomarkers Prev.* 15:1495-1501 (2006) (Ex. 53); P. Mendes *et al*., "A randomized, controlled exposure study in adult smokers of full flavor Marlboro cigarettes switching to Marlboro Lights or Marlboro Ultra Lights cigarettes." *Regul. Toxicol. Pharmacol.* 51:295-305 (2008) (Ex. 54); J.C. Robinson *et al.*, "A comparative study of the amount of smoke absorbed from low yield ('less hazardous') cigarettes. Part 1: Non-invasive measures," *British Journal of Addiction* 77:383-97 (1982) (Ex. 55); J.C. Robinson *et al.*, "A comparative study of the amount of smoke absorbed from low yield ('less hazardous') cigarettes. Part 2: Invasive measures," *British Journal of Addiction* 78:79-87 (1983) (Ex. 56); Roethig, *et al*., "Short-term exposure evaluation of adult smokers switching from conventional to first-generation electrically heated cigarette smoking." *J. Clin. Pharmacol.* 45(2):133-145 (2005) (Ex. 57); M.A.H. Russell *et al.*, "Plasma nicotine levels after smoking cigarettes with high, medium, and low nicotine yields," *British Medical Journal* 2:414-6 (1975) (Ex. 58); M.A.H. Russell *et al.*, "Long-term switching to low-tar low-nicotine cigarettes," *British*

Footnote continued on next page

degree of compensation based on biomarkers for nicotine exposure.[39]  The period of time during which subjects smoked the different types of cigarettes varied among these studies, ranging from several hours to several months.  The FTC nicotine yields of the pre-switching cigarettes tested in these studies ranged from a minimum of 0.18 mg to a maximum of 1.70 mg, with an average of 1.11 mg and a trial-weighted average of 0.92 mg.  The FTC nicotine yields of the post-switching cigarettes tested in these studies ranged from a minimum of 0.06 mg to a maximum of 1.40 mg, with an average of 0.49 mg nicotine and a trial-weighted average of 0.51 mg.  These FTC nicotine yields include the range relevant to Marlboro (1.1 mg), Marlboro Lights (0.8 mg) cigarettes, and Marlboro Ultra Lights (0.5 mg).

   54. Three main conclusions emerged from my analyses of these studies:[40]

     (a) The degree of compensation exhibited by individual smokers is highly variable.[41]

---

Footnote continued from previous page
*Journal of Addiction* 77:145-58 (1982) (Ex. 59); J.P. Zacny *et al.*, "Cigarette brand-switching: effects on smoke exposure and smoking behavior," *Journal of Pharmacology & Experimental Therapeutics* 246:619-27 (1988) (Ex. 60).

[39] Either nicotine or cotinine (a proximate metabolite of nicotine) in blood was used as a biomarker of nicotine exposure in 13 studies (one of which also measured carboxyhaemoglobin in blood), nicotine in urine was used in 4 studies, salivary cotinine was used in one study, and exhaled carbon monoxide (CO) was used in one study.

[40] I calculated a Compensation Index (C.I.) from the percent change in the nicotine (N) biomarker as compared to the percent change in FTC nicotine: C.I. (%) = {1 − [ (% change in N biomarker) / (% change in FTC nicotine) ] } × 100.  A C.I. of 0% (no compensation) indicates that the percent decrease in the biomarker for nicotine exposure was equal to the percent decrease in FTC nicotine between the two compared cigarettes. A C.I. of 100% (complete compensation) indicates that no decrease was seen in the nicotine biomarker in response to the decrease in FTC nicotine between the two compared cigarettes.  Most of the studies provided only group data, but sometimes data were also available for individual subjects.  In some cases, smokers were studied through a variety of cigarettes, in weekly increments, where they rotated through smoking of cigarettes with different levels of FTC nicotine.

(b)   The overwhelming majority of smokers exhibited less than complete compensation:  97% of the results showed that compensation was less than 100%, and 95% of the results showed that compensation was less than 90%.

(c)   Nearly half (46%) of all the results showed less than 50% compensation.[42]

55.   Historically, experimental brand switching studies have tended to involve relatively small numbers of individual smokers and were not specific to particular cigarette brands.  However, Mendes *et al.* (2008), in their study, "A Randomized, Controlled Exposure Study in Adult Smokers of Full Flavor Marlboro Cigarettes Switching to Marlboro Lights and Marlboro Ultra Lights Cigarettes," report the results of a randomized, controlled, forced switching study in 225 adult smokers of Marlboro full flavor cigarettes.[43]  The results of this study are inconsistent with the theory that compensation is complete.

56.   In the Mendes *et al.*(2008) study, all 225 subjects smoked Marlboro full flavored cigarettes as their usual brands.[44]  At baseline, the researchers took measures of nicotine metabolites, as well as other biomarkers of exposure.  The smokers then were

---

Footnote continued from previous page

[41] Calculated values ranged from C.I. = −39% (*i.e.*, % decrease in nicotine biomarker greater than % decrease in FTC nicotine) to C.I. = +205% (*i.e.*, nicotine biomarker increases somewhat in spite of decrease in FTC nicotine).

[42]  I analyzed a data subset from these studies in which the FTC nicotine yield of the post-switching cigarette was in the range of 0.7-0.9 mg—that is, within a tenth of a milligram of the current FTC nicotine yield of Marlboro Lights (0.8 mg).  As in my analysis of the broader dataset, the degree of compensation exhibited by individual smokers was highly variable, and compensation was incomplete for the overwhelming majority of these smokers.  Indeed, 99% of the results exhibited less than 90% compensation, and 60% exhibited less than 70% compensation.

[43] P. Mendes *et al.* (2008) (Ex. 54).

[44] *Id.*

randomized into three groups, Marlboro full flavor, Marlboro Lights or Marlboro Ultra Lights cigarettes.  Study subjects resided at the clinic for 8 days, during which daily samples were taken to measure biomarkers of exposure.  The results for that portion of the study showed that switching from Marlboro full flavor to Marlboro Lights resulted in a 13% reduction in nicotine exposure, a result that was statistically significant.  Switching form Marlboro full flavor to Marlboro Ultra Lights resulted in a 27% reduction in exposure, again statistically significant.  The authors concluded that "switching smokers to lower FTC tar yield cigarettes, on average, reduces nicotine and other biomarkers considered surrogates of tar exposure."[45]  The results from the short term portion of the study appeared to continue into the long-term (24 week) follow-up phase of the study. The Mendes *et al.* 2008 study also showed that individual smokers differ widely from one another – up to ten-fold differences – with respect to the amount of nicotine they obtained from smoking cigarettes with the same or similar FTC yields.  The authors concluded that switching to lower FTC-yield cigarettes reduces, on average, the nicotine and other biomarkers to which smokers are exposed.

57.   Hammond *et al.*, (2005) examined salivary cotinine levels of 59 smokers who smoked their usual brands and then were asked to switch to a cigarette rated as lower tar and nicotine.[46]  They found that switchers to the low yield cigarettes experienced a 12% reduction in exposure, as measured by salivary cotinine levels.  Hammond *et al*., (2006) sought to extend the 2005 analysis by machine smoking the cigarettes brands used during the previously-reported study, after programming a smoking machine to mimic the

---

[45]  *Id*. at 305.

[46] Hammond *et al.* (2005) (Ex. 52)

human smoking patterns.[47]  This analysis showed a 25% reduction in nicotine intake per cigarette for the low yield cigarettes.

58.   Dr. Neal Benowitz, the author of the compensation chapter in NCI Monograph 13, published a study in which he found that smokers on average got lower amounts of nicotine, carbon monoxide, and various lung carcinogens on a per cigarette basis after switching to lower FTC-yield cigarettes, including Lights.[48]  Dr. Benowitz's data also underscore the fact that using averages tends to mask the wide variability among individual smokers with respect to the amount of nicotine and other smoke constituents obtained from Lights.  This study demonstrates:

- No two smokers compensated in the same way (*see* Figure 1 in the Benowitz *et al* article).  Of the 16 subjects in this study, 13 compensated to some extent by smoking more cigarettes per day.

- Compensation (as measured by cotinine levels) was incomplete and averaged 78% for the study population when factoring in both compensation by smoking more cigarettes and compensation by smoking individual cigarettes more intensely.  It is also possible to examine compensation on a per cigarette basis, although Dr. Benowitz did not do so in his published paper.  Given the fact that 13 of 16 smokers compensated by smoking more cigarettes, it is evident that on a per cigarette basis, compensation was on average less than 78%.

- The underlying data reveal that the degree of compensation and exposure to smoke constituents varied significantly among different smokers.

**b.    Cross-Sectional Studies**

59.   Smokers' exposures to tar and nicotine from cigarettes with varying FTC yields have been and continue to be studied using so-called "cross-sectional" study

---

[47] Hammond *et al.* "Cigarette yields and human exposure: A comparison of alternative testing regimens." *Cancer Epidemiol. Biomarkers Prev.* 15:1495-1501 (2006) (Ex. 53).

designs, which attempt to estimate nicotine and tar intakes of populations of smokers at the same point in time. It is important to recognize that no brand-switching stakes place in a cross sectional study. This means that cross-sectional studies do not measure whether, how much, or how any individual smoker compensates after switching to a cigarette with a lower FTC yield. Properly conducted and executed cross-sectional studies can, however, provide data on exposure trends at a population level. Data from large, nationally-representative cross sectional studies, discussed below, are inconsistent with the allegation that compensation is complete. Indeed, these data support my conclusion that lower FTC-yield cigarettes deliver significantly lower tar and nicotine to smokers on average than higher FTC yield cigarettes.

> **(i)   Data From The PM USA Total Exposure Study ("TES").**

60.   In October 2009, *Regulatory Toxicology and Pharmacology*, a highly-ranked peer-reviewed journal, published a study of comprehensive data on human exposure to smoke constituents from cigarettes of various machine measured tar yields. Mendes *et al.* (2009), "The Relationship Between Smoking Machine Derived Tar Yields and Biomarkers of Exposure in Adult Cigarette Smokers in the US."[49] To my knowledge, TES is the largest study of its kind ever reported in the peer-reviewed literature. The study authors enrolled 3,585 adult smokers from across the United States into four tar categories: $\leq 2.9$ mg (T1), 3.0-6.9 mg (T2), 7.0-12.9 mg (T3), and $\geq 13.0$ mg

---

Footnote continued from previous page
[48]  N.L. Benowitz *et al.*(2005) (Ex. 45).

[49]  P. Mendes *et al.* "The Relationship Between Smoking Machine Derived Tar Yields and Biomarkers of Exposure in Adult Cigarette Smokers in the US" *Regulatory Toxicol. And Pharmacol.* 55: 17-27 (2009) (Ex. 22).

(T4).  The study protocol employed a "stratified, cross-sectional, multi-center design" to measure biomarkers of exposure ("BOE") to cigarette smoke constituents and their relationship to FTC tar yield categories in adult smokers in the U.S.  BOE were selected to represent classes of smoke constituents of toxicological relevance.  BOE for particulate phase smoke constituents included "nicotine equivalents" (urine nicotine and five of its major metabolites or byproducts) and serum cotinine for nicotine exposure.[50]

61.    The TES data showed that mean values of nicotine equivalents were lower, both on a per day and a per cigarette basis, for lower tar yield categories (T4 to T1).[51] Serum cotinine levels also decreased with lower tar yield categories.  *See also id.* at 6-7 & Tables 4-5.[52]  These results contradict any theory that smokers compensate completely at the population level or titrate to maintain a specific level of nicotine.

62.    The TES data "showed a significant effect of machine measured tar yield on exposure for all biomarkers of the particulate phase" in cigarette smoke, "indicating that

---

[50] *Id*. at 25 ("NE practically covers all of the metabolic pathways and retention is essentially complete regardless of inhalation behavior.").

[51] *Id.* at 21-22.

[52] As of the most recent FTC tar and nicotine report:  Marlboro Regular (full-flavor) cigarettes delivered 15 mg tar/1.1 mg nicotine, Marlboro Lights delivered 11 mg tar/0.8 mg nicotine, and Marlboro Ultra Lights delivered 6 mg tar/0.5 mg nicotine.  U.S. Federal Trade Commission, "'Tar,' Nicotine, and Carbon Monoxide of the Smoke of 1294 Varieties of Domestic Cigarettes for the Year 1998" (2000).  Marlboro Lights smokers therefore would fit within category T3, while Marlboro full flavor smokers would fit within category T4.  The data show that, on average, low tar (T3) smokers received 0.883 nicotine equivalents per cig (mg/cig), whereas the higher tar (T4) smokers received 1.04 nicotine equivalents per cigarette (mg/cig).  These results actually are very close to the FTC nicotine yield ratings for Marlboro Lights and Marlboro full flavors (0.8 mg/cig and 1.1 mg/cig, respectively).  For nicotine equivalents per day, smokers in the T3 category excreted 13.2 mg/24 hours, whereas smokers in the T4 category excreted 14.5 mg/24 hours.  Similarly, serum cotinine levels dropped from 212 ng/mL in the T4 smokers to 180 ng/mL in the T3 smokers.

lower tar cigarettes are associated with lower exposure."

63.    Brand-specific TES data are available for the top 5% of brands smoked by individual study participants.  I have statistically analyzed these data to compare the biomarkers of exposure in smokers of Marlboro full-flavored cigarettes to smokers of Marlboro Lights and Marlboro Ultra Lights. [53]  A total of 169 smokers in the TES population were Marlboro full flavor smokers, 243 were Marlboro Lights smokers, and 199 were Marlboro Ultra Lights smokers.

64.    The results of my analysis show that the mean values of nicotine equivalents and serum cotinine were significantly lower, both on a per day and a per cigarette basis, for smokers of Marlboro Lights and Marlboro Ultra Lights, than for smokers of Marlboro full flavor cigarettes.  Specifically, the data show a statistically significant, 27% reduction in nicotine equivalents per cigarette and a 28% reduction per day for Marlboro Lights smokers as compared to Marlboro full flavor smokers.  Marlboro Lights smokers also had 33% less serum cotinine than Marlboro full flavor smokers.  Marlboro Ultra Lights smokers had, on average, approximately 33% less nicotine equivalents per day and per cigarette and 34% less serum cotinine than Marlboro full flavor smokers.

65.    Mean values of total NNAL per cigarette were also significantly lower on a per day and per cigarette basis for Marlboro Lights and Marlboro Ultra Lights smokers than for Marlboro full flavor smokers.  On average, the data show a statistically significant 23% reduction in NNAL per cigarette and 21% reduction per day for Marlboro Lights smokers as compared to Marlboro full flavored smokers.  Marlboro

[53] Data on age, gender, and BMI of smokers in the study were not available for my analyses.

Ultra Lights smokers had approximately 34% less NNAL per cigarette and 36% less NNAL per day than Marlboro full flavor smokers.

66.   Thus TES data demonstrate a statistically significant reduction in exposure, both per day and per cigarette, for all tobacco-specific, particulate-phase biomarkers – *i.e.* those particulate phase biomarkers that are uniquely associated with exposure to tobacco and tobacco smoke[54] – for Marlboro Lights and Marlboro Ultra Lights smokers as compared to Marlboro full flavor smokers.

**Figure 1: TES Analysis Nicotine Biomarkers and NNAL
Marlboro Full Flavor (Regular), Marlboro Light, Marlboro Ultra Light**



67.   The TES data also suggest a statistically significant reduction in mean

values of 1-OHP excretion for Marlboro Lights and Marlboro Ultra Lights smokers on a per-cigarette basis. 1-OHP is a marker for a class of compounds collectively known as polycyclic aromatic hydrocarbons (PAHs). Unlike nicotine equivalents, serum cotinine, and NNAL, however, levels of 1-OHP levels are substantially affected by non-tobacco sources of exposure, such as diet. Diet is a substantial source of PAH exposure for both smokers and non-smokers. In fact, the consumption of grilled foods by non-smokers can result in excretion levels of PAH biomarkers similar to those observed in smokers.

68. Mean values of carboxyhemoglobin (COHb), a biomarker of exposure for carbon monoxide (CO, a constituent of the gas-phase of cigarette smoke) were statistically significantly reduced for smokers of Marlboro Lights and Marlboro Ultra Lights smokers as compared to smokers of Marlboro full flavor cigarettes when considered on a per day basis. Reductions in COHb were not statistically significantly different on a per cigarette basis. COHb levels are substantially affected by non-tobacco sources of CO exposure.

69. It is possible that adjustment for gender, age, and other factors might reduce these differences somewhat, but it is unlikely to affect the statistical significance of these differences.

70. The TES Top 5% brands data also included information on so-called biomarkers of potential harm. I do not rely on these data in forming my opinions. To date, there are no valid biomarkers of potential harm that are capable of reliably predicting differences in risk or harm between different cigarette types.

---

Footnote continued from previous page

71.    In sum, the TES data demonstrate significant reductions in particulate phase exposure, both for lower FTC-yield cigarettes generally, and Marlboro Lights and Ultra Lights specifically.  These novel and newly-available data support my conclusion that lower FTC-yield cigarettes, including Marlboro Lights and Marlboro Ultra Lights, deliver lower tar and nicotine to smokers on average, per cigarette and per day.

(ii)    **Data From The National Health and Nutrition Examination Survey ("NHANES").**

72.    Data from the NHANES suggest significant reductions in nicotine (and therefore tar) delivery to smokers of lower tar and nicotine cigarettes.  NHANES is a premier, government-sponsored survey conducted by the National Center for Health Statistics (NCHS), the part of the Centers for Disease Control and Prevention (CDC) responsible for "producing vital and health statistics for the Nation."[55]  This ongoing study "examines a nationally representative sample of about 5,000 persons" from "across the country" each year in an effort to assess the health and nutritional status of adults and children in the United States, including with respect to smoking behavior and exposure.[56] "The survey is unique in that it combines interviews and physical examinations."[57] "Data from this survey will be used in epidemiological studies and health sciences research, which help develop sound public health policy, direct and design health programs and services, and expand the health knowledge for the Nation."[58]  Details on the methods

---

[55] National Center for Health Statistics, *National Health and Nutrition Examination Survey, available at* http://www.cdc.gov/nchs/nhanes.htm (accessed December 4, 2009) (Ex. 38).

[56]  *Id.*

[57]  *Id.*

[58]  *Id.*

40

used in the NHANES surveys are available from the National Center for Health Statistics.[59]

73.   The World Health Organization has praised the NHANES study, observing that the collection of "biomarkers of exposure (cotinine) . . . in conjunction with representative population surveys such as the National Health and Nutrition Examination Survey" permit the examination of "several important public policy questions," including the consistency of nicotine exposure in smokers of cigarettes with different machine measured yields.[60]

74.   Beginning in 1999, the NHANES protocol included collecting information identifying smokers' specific cigarette brands.  This makes it possible to examine the data for differences between the serum cotinine levels of smokers of higher tar and lower tar cigarettes generally.  From 1999-2008, NHANES included 3,285 everyday smokers who provided information relating to their smoking history and provided blood samples, from which serum cotinine concentrations were determined.[61]

75.   I obtained and examined the serum cotinine data for the smokers included in 1999-2008 NHANES.  The data show a statistically significant decrease in nicotine exposure, with lower serum cotinine levels in those smokers who report smoking lower

---

[59] *Id.*

[60] World  Health Organization, *WHO Technical Report Series 945*: *"The Scientific Basis of Tobacco Product Regulation,"* at 50, 65, 67 (2007) (Ex. 61).

[61] Serum cotinine has been recognized as a measure of nicotine intake.  *See, e.g.*, International Agency for Research on Cancer *Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 83,* "*Tobacco Smoke and Involuntary Smoking*" at 1065-67 (2004) ("[b]ecause of its specificity and the availability of sensitive methods for reliable measurements, cotinine, regardless of the body fluid, is currently the most widely used biomarker for measuring tobacco smoke uptake") (2004).

tar and nicotine brands.  More specifically, the NHANES data show that after adjusting

for the number of cigarettes smoked per day, smokers of "Lights" (those brands that have

an FTC tar rating of less than 15 mg tar per cigarette; n = 1,570) have a serum cotinine

level that is 11% less than smokers of "Regular" brands that have 15 mg or more tar per

cigarette under the FTC tar ratings (n = 1,401).  Smokers of "Ultra Lights" cigarettes

(those brands that have 6 mg or less tar per cigarette; n = 314) have a serum cotinine level

that is 18% less than smokers of brands that have 15 mg or more tar per cigarette.  These

results are statistically significant, and they were adjusted for cigarettes per day, sex, and

age.

Figure 2.  Average Serum Cotinine in Everyday Smokers
of Regular, Light, and Ultra Light Cigarettes Across all Cigarette
Brands from NHANES 1999-2008
Adjusted for Cigarettes Per Day, Sex, and Age



76.   The 1999-2008 NHANES data also permit a direct comparison of serum

cotinine in Marlboro smokers, as 1,179 smokers in the NHANES survey population

identified Marlboro as their brand.  Of the Marlboro smokers, 493 were Marlboro full

flavor smokers, 554 were Marlboro Lights smokers and 132 were Marlboro Ultra Lights

smokers.  The serum cotinine data for the 1999-2008 Marlboro smokers in NHANES

show that after adjusting for the number of cigarettes smoked per day, on average,

Marlboro Lights smokers had 11% less serum cotinine than Marlboro full flavor smokers,

and Marlboro Ultra Lights smokers had 17% less serum cotinine than Marlboro full

flavor smokers.  These results are statistically significant, and they were adjusted for

cigarettes per day, sex, and age.



**Figure 3.  Average Serum Cotinine in Everyday Smokers
of Regular, Light, and Ultra Light
Marlboro Brand Cigarettes from NHANES 1999-2008
Adjusted for Cigarettes Per Day, Sex, and Age**

77.    Other public health researchers have published analyses of NHANES data.

For example, O'Connor *et al.* (2006) examined data on more than 5,000 smokers and

analyzed changes in the number of cigarettes smoked per day and nicotine intake (based

on serum cotinine) across two time periods covered by NHANES surveys – 1988-1994,

and 1999-2002.[62]  Both cigarettes per day and nicotine intake were reduced significantly

---

[62]  R.J. O'Connor *et al.*, "Changes in Nicotine Intake and Cigarette Use Over Time in Two Nationally Representative Cross-Sectional Samples of Smokers" (2006) (Ex. 77).

and proportionately across these populations and time periods. On average, the number of cigarettes smoked per day decreased by 15.1% (2.8 cigarettes per day), and serum cotinine declined by 13.2%. This would not be the case if smokers have a "daily dose" of nicotine to which they will titrate constantly and precisely and/or compensate completely (if they have switched from a higher tar cigarette to a lower tar cigarette).

> The results from this study … suggest[] little compensation for the reduction in total cigarettes smoked, at least on a population level. The relation between cotinine and CPD has remained stable over time, suggesting no significant per-cigarette compensation for reduced consumption. Finally, the overall variance in CPD and cotinine level did not increase between the two surveys, which ought to have occurred if some smokers were compensating for the reduced number of CPD while others were not.[63]

As acknowledged by the authors, their findings are consistent with other studies demonstrating that compensation is incomplete on a per cigarette basis:

> Given that most investigators reporting on compensation report incomplete compensation on a per-cigarette basis, it is not surprising that smokers are not perfectly calibrating their nicotine intakes to account for reduced CPD.[64]

78.   TES and NHANES studies, while having different strengths and limitations, taken together provide compelling and convincing proof that lower FTC yield cigarettes, including Marlboro Lights and Marlboro Ultra Lights, on average, deliver lower tar and nicotine than higher FTC yield cigarettes like Marlboro full flavor.

**(iii)   Inter and Intra Individual Smoking Variability**

79.   Although properly designed and conducted cross-sectional studies can provide information about compensation on a population level, they do not provide a

---

[63] *Id.* at 756.

basis for drawing conclusions about compensation by a specific individual, since no brand-switching takes place in these studies.

80.   Moreover, in interpreting the data from these studies, it is essential to take into account the inter-individual variability in the uptake, metabolism, and clearance of the biomarkers that are used to estimate human exposure to cigarette smoke.  Nicotine and cotinine concentrations in body fluids are the biomarkers most commonly used to estimate nicotine intake.  Scientific studies published since the 1980s have reported that nicotine metabolism varies as much as four-fold between different individuals, while cotinine clearance varies nearly three-fold among different individuals.[65][66]  This variability is due, in large part, to genetic differences between different individuals, but is also affected by factors including, but not limited to, age, sex, diet, body mass, exercise, renal and hepatic function, and stress levels.[67]  Different sources of variability can compound to produce an increase in overall variability.

81.   Variability in biomarker measurements is also affected by the specific body fluid in which these biomarkers are measured.  Both nicotine and cotinine, for example, can be measured in plasma (the aqueous portion of blood, which doesn't include blood cells or clotting proteins), urine, or saliva.  The ability to excrete nicotine in

---

Footnote continued from previous page

[64] *Id*.

[65] *See* N.L. Benowitz and P.J. Jacob III, "Metabolism of nicotine to cotinine studied by a dual stable isotope method," *Clinical Pharmacology and Therapeutics* 56:483-93 (1994) (Ex. 62).

[66] *See* N.L. Benowitz, "The use of biologic fluid samples in assessing tobacco smoke consumption," *National Institute on Drug Abuse Research. Monograph 48* at 6-26, 14, 21 (1983) (Ex. 91).

the urine is inversely proportional to urinary pH (acidity/ alkalinity). The pH of urine between different people can vary widely as a result of factors such as diet, time of day, exercise, and stress. Smokers with low urinary pH (acidic urine) excrete significant amounts of nicotine through the urine; whereas smokers with high urinary pH (alkaline urine) do not. This means that if two different smokers take in the same amount of nicotine, a smoker with high urinary pH would appear to have a lower nicotine intake if nicotine is measured in the urine, whereas a smoker with lower urinary pH would appear to have a higher nicotine intake.[68]

82.   The substantial inter-individual variability in the uptake, metabolism, and clearance of nicotine and its metabolites has important implications for the interpretation of cross-sectional studies that rely on these biomarkers. For example, assume that a cross-sectional study relies upon these biomarkers to compare the relative nicotine intakes of a Marlboro smoker and a Marlboro Lights smoker. Assume also that in reality, the Marlboro smoker got more nicotine than the Marlboro Lights smoker. The biomarker data might reflect that reality. But then again, they might not. Because of the inter-individual variability described above, it is possible that the data would erroneously suggest that there was no difference in nicotine intake between these two smokers, or even that the Marlboro Lights smoker got more nicotine than the Marlboro smoker.

83.   In interpreting the data from cross-sectional studies, it is also important to

---

Footnote continued from previous page

[67] *See, e.g.,* J. Seaton and E.S. Vesell, "Variables affecting nicotine metabolism," *Pharmacology and Therapeutics* 60:461-500 (1993) (Ex. 63).

[68] *See, e.g.,* S. Schachter *et al.*, "Effects of urinary pH on cigarette smoking," Journal of Experimental Psychology 106:13-19 (1977) (Ex. 64); S. Matsukura *et al.*, "Effect of

Footnote continued on next page

consider other possible sources of biomarkers in the body fluids of the participants, such as exposure to environmental tobacco smoke.  The presence of biomarkers arising from other sources will tend to blunt the measured biomarker response to changing FTC nicotine levels in smoked cigarettes.

84.   Based on the foregoing, it is my opinion, to a reasonable degree of scientific certainty, that the majority of cross-sectional studies published to date that have relied on biomarkers cannot reliably be used to classify different individual smokers on the basis of their individual nicotine intakes – that is, whether one person got more, less, or the same amount of nicotine as another person who smoked a cigarette with the same or a different FTC yield.

85.   If one disregards the inter-individual variability described above, and instead takes data from cross-sectional studies at face value, these data support the proposition that nicotine intake varies widely between different individual smokers, even those smoking cigarettes with the same FTC yield.[69]  For example, the following diagram appeared in a cross-sectional study of 72 smokers (males only) published in 1998 by

---

Footnote continued from previous page
pH and urine flow on urinary nicotine excretion after smoking cigarettes," Clinical Pharmacology & Therepuetics 25:559-54 (1979) (Ex. 65).

[69] *See, e.g.*, W.S. Pritchard and J.H. Robinson, "Examining the relation between usual-brand nicotine yield, blood cotinine concentration and the nicotine-'compensation' hypothesis," *Psychopharmacology* (Berl) 124:282 (1996) (Ex. 66); M.J. Jarvis *et al.*, "Nicotine yield from machine-smoked cigarettes and nicotine intakes in smokers: Evidence from a representative population survey," *Journal of the National Cancer Institute* 93:134-38 at 137 (2001) (Ex. 67); A. Nakazawa *et al.*, "Smoking cigarettes of low nicotine yield does not reduce nicotine intake as expected: A study of nicotine dependency in Japanese males," *BMC Public Health* 4:28 (2004) (Ex. 68). G.D. Byrd *et al*., "A further study of FTC yield and nicotine absorption in smokers," Psychopharmacology 139:291-99 (1998) (Ex. 69).

scientists from the R.J. Reynolds' Tobacco Company (see copy of figure below).[70]



**Fig. 2** Plot of FTC nicotine yield (mg/cig) versus nicotine absorption (mg/cig) for individual subjects. The linear regression equation is: $Y = 0.214X + 0.576$, $r = 0.30869$, $P = 0.00833$. The *dotted line* indicates the line of unity response for FTC predicted absorption of nicotine

86.    If we disregard inter-individual variability in nicotine metabolism and excretion and assume the methodology used was flawless, the black square dots would correspond with the levels of nicotine (as measured by urinary biomarkers) theoretically obtained by the individual smokers who participated in this study.  Some of these dots fall above the 45° line (from the 0 axis), some fall on it, and some fall below it.  This observation is significant because that line corresponds to the level of nicotine that smokers would get if they smoked like the FTC machine.  The variability of individual nicotine intakes around this line confirms that there is wide variability in nicotine intake between smokers – some smokers get the amount predicted by the FTC yield, some get

---

[70] G.D. Byrd *et al.,* "A further study of FTC yield and nicotine absorption in smokers," *Psychopharmacology* 139:291-99 (1998) (Ex. 69).

less, and some get more.  I note that this variability was specifically observed at both 0.8 and 1.1 mg FTC nicotine, which are, respectively, the nicotine yields for Marlboro Lights and Marlboro full flavor cigarettes.  This variability was also observed at 0.5 mg FTC nicotine, which is comparable to the nicotine yield for Marlboro Ultra Lights.  Another cross-sectional study, which used a different biomarker (plasma cotinine) that is less sensitive to fluctuating urinary pH and urinary flow, and which used a larger number of smokers (125, both males and females), reported a more consistent linear relationship between morning serum cotinine and previous-day FTC-based nicotine uptake as a function of FTC nicotine and cigarettes per day (see copy of figure below).[71]



**Fig. 1.** Relationship between serum steady-state concentration of cotinine and daily available nicotine ($n = 125$, $y = 16.33 + 12.30x$, $r = 0.919$, $p < 0.0001$).

Based on these findings, the authors concluded that "smokers of low-tar cigarettes do not tend to compensate for lower yields of nicotine."  These results illustrate how the interpretation of cross-sectional studies with regard to "compensation" does not fit a

---

[71] M. Rosa *et al.*, "How the steady-state cotinine concentration in cigarette smokers is directly related to nicotine intake," *Clinical Pharmacology and Therapeutics* 52:324-9 (1992) (Ex. 70).

single paradigm.  Not only are cross-sectional samples of smokers subject to high levels of individual variability, but the conclusions drawn by different investigators can point in opposite directions, depending on factors such as study design and data presentation.

87.   A 2003 cross-sectional study published by Drs. Neal Benowitz and Peter Shields, among others, measured "nicotine boost" – a measure of nicotine intake per cigarette – in a sample of 190 "Regular" and "Light" cigarette smokers.[72]  The designation of a cigarette as "Regular" or "Light" was determined based on the labeling of each participant's cigarette pack.  Nicotine boost was measured by comparing blood nicotine levels before and after participants smoked one of their own cigarettes.  Pre-smoking ("baseline") blood cotinine levels, which are regarded as an indicator of nicotine intake for the preceding 24 hours, were measured as well.  Nicotine boost and blood cotinine levels varied widely among individual smokers of both cigarette types.  Nicotine boost was, on average, lower for Lights smokers, consistent with lower nicotine intake per cigarette for Lights smokers compared to Regular smokers.  Similarly, blood cotinine levels were lower for Lights smokers; this is consistent with lower daily nicotine intake for Lights smokers, as compared to Regular smokers.

88.   Some experimental studies have relied on biomarkers that are metabolites of smoke constituents other than nicotine – for example, metabolites reported to be associated with gases such as carbon monoxide, or with carcinogens such as NNK (a type of tobacco-specific nitrosamine) and PAHs (a class of compounds collectively known as polycyclic aromatic hydrocarbons).  I may testify about the designs, results,

interpretations, and conclusions of these studies.

89.   As with nicotine, the rate and extent to which these non-nicotine smoke constituents are absorbed, distributed, broken down within the body into metabolites used as biomarkers, and eliminated are known to vary considerably among different smokers.[73]  This variability, like the variability associated with the metabolism of nicotine and cotinine, has been attributed to a number of factors, including genetic differences, variations in enzyme levels, and diet.  It has been reported, for example, that the level of NNK metabolized into NNAL may vary considerably among individuals, ranging from 39-100%.[74]

90.   Moreover, certain foods have been shown to significantly inhibit the metabolism of NNK into NNAL. [75]  This means that uncontrolled dietary differences within and among individual smokers could significantly affect study results, either by indicating differences in NNK intake that did not occur or by obscuring differences in NNK intake that did occur.

Footnote continued from previous page

[72] F. Patterson, N.L. Benowitz, P. Shields, V. Kauftnann, C. Jepson, P. Wileyto, S. Kucharski, C. Lerman, "Individual differences in nicotine intake per cigarette," *Cancer Epidemiology, Biomarkers & Prevention* 12:468-471 (2003) (Ex. 71).

[73] *See, e.g.*, M. Buratti *et al.*, "Urinary excretion of 1-hydroxypyrene as a biomarker of exposure to polycyclic aromatic hydrocarbons from different sources," Biomarkers 5(5):368-81 (2000) (Ex. 72); D. Wiener *et al.*, "Correlation between *UDP-Glucuronosyltransferase* genotypes and [NNK] glucuronidation phenotype in human liver microsomes," *Cancer Research* 64:1190-96 (February 2004) (Ex. 73).

[74] Wiener (footnote 73) (Ex. 73).

[75] *See, e.g.,* S.S. Hecht et al., "Effects of cruciferous vegetable consumption on urinary metabolites of the tobacco-specific lung carcinogen 4-(methylnitrosoamino)-1-(3-pyridyl)-1-butanone in Singapore Chinese," *Cancer Epidemiology, Biomarkers & Prevention* 13(6) 997-1004 (June 2004) (Ex. 74).

91.     Uncontrolled dietary differences can similarly affect the results of studies that rely on PAH biomarkers (such as 1-HOP), because diet is also a substantial source of PAH exposure for both smokers and non-smokers.  For example, as explained above the consumption of grilled foods by non-smokers can result in excretion levels of PAH biomarkers similar to those observed in smokers.[76]

92.     Based on the foregoing, I conclude that the majority of cross-sectional studies published to date that have relied on non-nicotine biomarkers cannot reliably be used to classify different individual smokers on the basis of their individual intakes of the smoke constituents associated with those biomarkers – that is, whether one person got more, less, or the same amount of a particular smoke constituent as another person who smoked a cigarette with the same or a different FTC yield.  Variability and confounding factors obscure potential differences in intake among individual smokers in these studies.

93.     Because of the inter-individual variability in factors affecting biomarkers of exposure (e.g., particle deposition, lung distribution, chemical metabolism, excretion, and clearance), it is my opinion that biomarkers are better suited for comparing smoke intake over time within the same smoker (as in a brand-switching study) than for trying to compare smoke intake among different individual smokers at a single point in time (as in a cross-sectional study).  My opinion is based in part on the fact that in a brand-switching study, important sources of variability – age, gender, lifestyle, and genetic differences among different people – are eliminated because each participant in the study functions for comparative purposes as his or her own control.  My opinion is

---

[76] *See* Buratti (footnote 73) (Ex. 72).

consistent with the published views of other scientists, including Dr. Neal Benowitz, who has stated as follows:

> In view of this variability, the most straightforward and reliable use of cotinine determinations may be serial measurements in the same subject, a procedure well suited to the assessment of new tobacco products or harm reduction strategies.  Cotinine remains the best measure of smoking status, but comparisons across populations or medical conditions should consider the influence of differences in nicotine or cotinine metabolism when estimating nicotine exposure.  An important implication of these studies is that the same complexity and individual variability found with nicotine and cotinine pharmacokinetics may apply to other biomarkers and tobacco toxins.[77]

94.     It is, however, important to remember that biomarkers can also vary within the same smoker (intra-individual variability).  Intra-individual variability, while less than inter-individual variability, can also act to blur actual differences in tar and nicotine intake that occur over time.  The parameters that have been reported to affect the intra-individual variability of biomarkers include diet, exercise, metabolic status, and environmental factors, particularly to the extent those variables change over time.[78]  In biomarker studies that monitor exposure differences that occur within an individual over time, it is also important to consider other variables, such as differences in half-lives between biomarkers for different smoke constituents.

95.     The experimental design of any biomarker study depends, in part, on the specific biomarkers that it is intended to measure.  A study designed to measure differences in nicotine biomarkers may be inherently incapable of reliably measuring

---

[77] N.L. Benowitz, "Nicotine and tobacco alkaloids, nicotine and its metabolites," *Nicotine and Tobacco Research* 5:389 (2003) (Ex. 75).

differences in other biomarkers, even in a brand-switching study.  Studies intended to

measure PAH and NNK biomarkers, for example, require a larger study population than

studies intended to measure nicotine biomarkers.  In contrast to nicotine, PAHs and NNK

are present in much lower levels in cigarette smoke and, in consequence, the

concentrations of PAH and NNK biomarkers in smokers' urine are much lower – and

more difficult to measure reliably – than the concentrations of nicotine biomarkers.

Moreover, because nicotine is specific to tobacco but PAHs are not, the design of studies

intended to quantify differences in PAH biomarkers must control for alternative sources

of exposure to PAHs.  Studies intended to quantify differences in NNK biomarkers over

time (as would be the case in a brand-switching study) must be designed with a longer

study duration than studies intended to quantify differences in nicotine biomarkers, since

the elimination half-life for NNK biomarkers is substantially longer (40-45 days).[79]

### c.    Smoking Topography Studies

96.    "Smoking topography" is another method used by scientists to measure

smoke intake from cigarettes with different FTC yields and examine differences in

smoking patterns.  Smoking topography studies have examined both "puffing"

topography and "inhalation" topography. In general, the process of inhaling cigarette

smoke occurs in two stages – the puffing stage, followed by the inhalation stage.  During

the puffing phase, cigarette smoke is drawn into the mouth.  Then, there is a pause while

the smoke is held in the mouth and mixed with air.  This pause may last for several

---

Footnote continued from previous page

[78] *See, e.g.*, J. Seaton and E.S. Vesell (footnote 67) (Ex. 63).

seconds, after which the smoke is inhaled into the lungs. Puffing and inhalation

parameters vary widely from smoker to smoker.[80]

### (i)   Puffing Topography

97.     Puffing topography studies investigate how smokers puff cigarettes,

collecting data on variables such as number of puffs, puff volume, puff duration, and

flow rate. In some studies, the recorded puffing parameters of individual smokers have

been used to program machines to smoke each individual's cigarette type according to his

or her own puffing parameters. Using this technique, scientists have measured the levels

of specific smoke constituents delivered to the mouths of individual smokers by

cigarettes as actually smoked. Such "mouth-level" data represent the maximum potential

intake of smoke constituents under the associated puffing conditions, since smokers do

not typically inhale, or retain in the lungs, the full portion of smoke drawn into the mouth

when cigarettes are puffed.

98.     Both cross-sectional studies and brand-switching studies have used

puffing topography to estimate smoke intake from cigarettes with different FTC yields.

Topography studies provide a means of assessing the maximum potential tar intake of

individual smokers under actual smoking conditions, which is important because, as

noted above, there is no direct biomarker for tar. Cross-sectional topography studies are

particularly important because they are not impacted by the biomarker inter-individual

---

Footnote continued from previous page

[79] S. Hecht et al., "Quantitation of urinary metabolites of a tobacco-specific lung carcinogen after smoking cessation," *Cancer Research* 59:590-96 (February 1999) (Ex. 76).

variability, as discussed above.

99.     In 2000, scientists affiliated with the American Health Foundation published a cross-sectional study in the *Journal of the National Cancer Institute* that used smoking topography to quantify the amounts of tar, nicotine, carbon monoxide, benzo(a)pyrene, and NNK obtained by smokers of "low-yield" and "medium-yield" cigarettes.  Low-yield cigarettes were defined as delivering less than 0.8 mg FTC nicotine, and medium-yield cigarettes were defined as delivering 0.9-1.2 mg nicotine per cigarette.  The results showed that low-yield cigarette smokers obtained lower levels of each of these smoke constituents than medium-yield cigarette smokers:

> Smokers of medium-yield cigarettes compared with smokers of low-yield cigarettes received higher doses of all components.[81]

The authors also concluded that "the differences in delivered doses between these two groups must be related to the differences in the cigarettes themselves, such as tobacco blends or physical properties of materials used in manufacturing [e.g., cigarette paper porosity and filter ventilation]."[82]

100.  In a subsequent study published in 2007, some of the same scientists used both smoking topography and urinary biomarkers to measure smokers' exposure to nicotine, NNK, and benzo(a)pyrene from cigarettes with a range of FTC yields.  The

---

Footnote continued from previous page

[80] *See* 1984 Surgeon General's Report at 348-52 (discussing variation in patterns of cigarette smoke inhalation) (Ex. 27).

[81] M.V. Djordjevic et al., "Doses of nicotine and lung carcinogens delivered to cigarette smokers," *Journal of the National Cancer Institute* 92:106-11 at 106 (2000) (Ex. 80).

[82] *Id*. at 109 (Ex. 80).

results indicated that increased exposure to the parent smoke constituents (e.g., nicotine) reduced the rate and extent to which each of these compounds was broken down into metabolites used as biomarkers (e.g., cotinine). Put another way, the metabolism of smoke constituents into biomarkers is less efficient at higher levels of exposure to such constituents. In practical terms, this finding means that cross-sectional studies and switching studies that rely on a single biomarker for a smoke constituent to measure exposure to that constituent are likely to underestimate the magnitude of actual differences in exposure to that constituent when comparing cigarettes with different FTC yields.[83] This creates a potentially confounding condition that must be taken into account when interpreting the results of exposure studies that rely on biomarkers.

### (ii)    Inhalation Topography

101.    Topography studies have investigated whether smokers' patterns of inhalation are different between lower and higher yield cigarettes. For example, it has been proposed that people who smoke lower yield cigarettes may compensate by increasing their inhalation volume, inhaling smoke more deeply into their lungs, or holding smoke within their lungs for a longer period of time before exhaling. Research studies, however, have not supported that hypothesis. To the contrary, these studies have consistently reported that inhalation parameters (in contrast to puffing parameters)

---

[83] A. Melikian et al., "Effect of delivered dosage of cigarette smoke toxins on the levels of urinary biomarkers of exposure," *Cancer Epidemiology Biomarkers & Prevention* 16:1408-15 (2007) (Ex. 81). Previous studies have similarly suggested that the level of nicotine exposure affects the efficiency of nicotine metabolism. *See, e.g.*, N.L. Benowitz & P. Jacob, "Effects of cigarette smoking and carbon monoxide on nicotine and cotinine metabolism," *Clinical Pharmacology and Therapeutics* 67(6):653-659 (2000) (Ex. 82).

are not affected by the FTC tar and nicotine yield of the cigarette smoked.[84]  I conclude, therefore, that smokers do not generally compensate by changing how cigarette smoke is inhaled.  Whether a specific individual smoker compensated in that manner is a question unique to that individual.

### d.     Radiotracer Studies

102.     Several long-term brand-switching studies have used radiotracers (slightly radioactive isotopes) to study differences in tar intake between cigarettes with higher and lower tar and nicotine yields.[85]  By labeling cigarettes with these isotopes, researchers measured not only the amount of tar inhaled by smokers, but the location where that tar was deposited in the respiratory tract.  These studies reported that cigarettes with lower, machine-measured tar and nicotine yields delivered significantly

---

[84] *See, e.g,* M.J. Tobin & M.A. Sackner, "Monitoring smoking patterns of low and high tar cigarettes with inductive plethysmography," *American Review of Respiratory Disease* 126(2):258-64 (1982) (Ex. 83); R. Nil et al., "Effects of different cigarette smoke yields on puffing and inhalation: Is the measurement of inhalation volumes relevant for smoke absorption?" Ph*armacology, Biochemistry & Behavior* 24(3):587-95 (1986) (Ex. 84); F.K. St. Charles et al., "Inhalation volumes in smokers of different tar yield cigarettes," *Program Booklet and Abstracts volume 58, 58th Tobacco Science Research Conference,* # 67 (2004) (Ex. 85). *See also* J.P. Zacny et al., "Human cigarette smoking: Effects of puff and inhalation parameters on smoke exposure," *Journal of Pharmacology and Experimental Therapeutics* 240(2):554-64 (1987) (Ex. 86) (reporting that systematic variations in inhalation topography had no influence on nicotine or CO exposure levels within a range of inhalational parameters observed in normal smoking).

[85] J.N. Pritchard, A. Black, "An estimation of the tar particulate material depositing in the respiratory tracts of healthy male middle- and low-tar cigarette smokers," In *Aerosols. Science, Technology, and Industrial Applications of Airborne Particles* (C. Liu, D. Pui, and H. Fissan, eds.) at 989-92 (1984) (Ex. 87); J.N. Pritchard et al., "Changes in smoke retention with decreasing tar deliveries," *American Review of Respiratory Disease Supp.* 141(4), Pt. 2 141.4.2:A782 (1990) (Ex. 88). *See also* J.N. Pritchard et al., "A technique for radio-labelling tar particulate material in mainstream cigarette smoke," *Journal of Aerosol Science* 19:(6):715-24 (1988) (Ex. 89).

lower tar to smokers, and that smokers did not inhale the smoke of these cigarettes more deeply into their lungs.

103.    These radiotracer studies, while few in number, are interesting because they attempt to directly measure both the amount and site of tar deposited in the respiratory tracts of smokers.  These are important points of distinction between radiotracer studies on the one hand, and topography and biomarker studies on the other.  As discussed above, topography studies provide a measure of tar delivered to the mouth, but unlike radiotracer studies, they do not measure the amount of tar that smokers inhale into their lungs, or determine where that tar is deposited.  Biomarker studies, unlike radiotracer studies, measure tar intake indirectly by relating it to the intake of an individual constituent of tar – typically, nicotine, or its biomarker, cotinine.

e.    **Filter Analysis Studies**

104.    Other studies have used a filter-analysis method to measure the amount of tar and nicotine delivered to smokers, based on measurements of residual smoke components in the filters of cigarettes that have been smoked.  In a 2009 study published by St. Charles *et al.*,[86] for example, a filter analysis method was used to estimate mouth-level tar and nicotine exposure for 784 subjects and 17 brands representing a wide range of FTC yields and design styles.  This study organized brands into 4 tar bands: 1-3 mg, 4-6 mg, 7-12 mg,  and $\geq$13 mg and reported a statistically significant difference between each tar band, both on a per cigarette basis and a per day basis.[87]  Based on these results,

---

[86] F.K. St. Charles et al., "Estimating tar and nicotine exposure: Human smoking versus machine generated smoke yield," *Regulatory Toxicology and Pharmacology* xxx:xxx-xxx (2009) (Ex. 78).

[87] *Id*. at 4-5.

the authors concluded that FTC yields were "reasonable predictors of the median
[human smoked] cigarette yields of a group of cigarettes either on a tar band or
individual brand basis."

105.   The results of this study are consistent with an earlier study using the filter
analysis method.   In St. Charles *et al.* (2006), the authors compared the mouth-level tar
and nicotine exposure to the nicotine metabolites in body fluids and similarly found a
strong correlation between these two measures of nicotine uptake.[88]   There was a highly
significant correlation between nicotine metabolites in body fluids and FTC yield.   The
study showed that the urinary nicotine per cigarette was significantly lower for smokers
of cigarettes in the 9-12 mg (.96  mg/cigarette) than for smokers of cigarettes in the 13-19
mg category (1.20 mg/cigarette).

### f.   **Summary**

106.   In sum, I conclude, to a reasonable degree of scientific certainty based on
the available evidence that compensation is not in general complete – that is, that the
overwhelming majority of smokers who switch to lower yield cigarettes from higher
yield cigarettes get significantly less tar and nicotine.   Studies of compensation
published to date typically have not focused on specific brands, although some data are
available.   Based on the available evidence, which includes some data specific to Philip
Morris brands such as Marlboro Lights and Marlboro Ultra Lights, I conclude to a
reasonable degree of scientific certainty that: (i) compensation is incomplete for the
overwhelming majority of Philip Morris low tar and ultra-low tar cigarette smokers; and

(ii) an individual smoker is likely to get significantly lower tar and nicotine from Philip Morris low tar and ultra-low tar cigarettes than from brands that have higher FTC tar and nicotine yields, such as the Full-Flavor Marlboro brand or other higher yield brands, including non-filter cigarettes.  Whether a particular individual smoker did in fact get lower tar and nicotine from Marlboro Lights or any other Philip Morris low tar or ultra-low tar cigarette – and if so, how much – is an issue that is specific to the unique circumstances of that individual.

### 5.    Titration

107.    I have also been asked to comment specifically on a hypothesis sometimes referred to in the literature as "titration" or "regulation" (hereinafter "titration").  The titration hypothesis posits that all smokers constantly modify the way in which they smoke in order to maintain their own individually-specific level of nicotine across days over time, regardless of the FTC yield of the cigarette smoked.  Titration is similar to compensation, but different in that unlike compensation it is not limited to smokers who have switched to cigarette brands with different FTC yields.

108.    I have seen no evidence that the hypothesis that all smokers (or more narrowly, all or virtually all smokers of Philip Morris low tar and ultra-low tar cigarettes) titrate for nicotine has been tested and confirmed experimentally.  As discussed below, I conclude to a reasonable degree of scientific certainty that this hypothesis is not supported by the evidence and is, in fact, contradicted by it.

---

Footnote continued from previous page
[88] St. Charles *et al.*, A comparison of nicotine dose estimates in smokers between filter analysis, salivary cotinine, and urinary excretion of nicotine  excretion of nicotine metabolites, *Psychopharmacology* 189:345-354(2006) (Ex. 109).

109.    For example, chippers (*see supra* at ¶ 45) are people who smoke on a regular

basis but do not smoke to maintain a constant blood level of nicotine across days over time.  This means that chippers do not titrate (or compensate) for nicotine.  Other groups of smokers that are not titrating for nicotine include first-time smokers, smokers who puff but do not inhale, and smokers (besides chippers) who do not smoke for nicotine.

110.    Moreover, the data from brand-switching studies (*see supra* at ¶¶ 50-58) contradict the titration hypothesis.  If that hypothesis were correct, these studies would show no change in nicotine intake upon switching to a cigarette with a different FTC yield. However, the brand-switching studies show that the overwhelming majority of smokers who switched to lower yield cigarettes did in fact get less tar and nicotine, in direct contradiction to the titration hypothesis.

111.    The titration hypothesis implies that an individual who has smoked, for example, only Marlboro Lights or Marlboro Ultra Lights would continue to get the same amount of tar and nicotine if, hypothetically, that smoker switched to a cigarette brand with a different FTC yield.  That hypothesis is both speculative and not supported scientifically.  Evidence from studies in which smokers have in fact switched brands – *i.e.*, the brand-switching studies described above – suggests that the likely result in this hypothetical scenario is that a Marlboro Lights or Marlboro Ultra Lights smoker who switched to a brand with a different FTC tar and nicotine yield would get more tar and nicotine (if switching to a higher yield brand) or less tar and nicotine (if switching to a lower yield brand).

112.    Data from large, nationally-representative population studies – specifically,

the TES and NHANES studies (*see supra* at ¶¶ 60-78) – also contradict the hypothesis that all smokers compensate completely at the population level or titrate for nicotine constantly and precisely.

### 6.   Internal Philip Morris USA Documents

113.   I have also analyzed internal Philip Morris USA documents relating to human smoking patterns and smoke exposure – including but not limited to compensation and titration.  I have taken these documents into account in formulating my opinions in this case.  These documents, like the published scientific literature, do not support plaintiffs' claim that compensation is permanent and complete for all or virtually all Philip Morris low tar and ultra-low tar cigarette smokers.  Nor do they support the claim that all or virtually all Philip Morris low tar and ultra-low tar cigarette smokers titrate for nicotine.  To the contrary, I find that the experimental results and conclusions within these documents are consistent with and support my opinions as expressed herein.

114.   I was asked to comment specifically on a series of Philip Morris USA research studies involving a "Human Smoking Simulator" ("HSS").  From the mid-1970s and into the 1980s, scientists at Philip Morris USA used the HSS to test whether cigarettes with lower FTC yields – including but not limited to Marlboro Lights – delivered lower tar and nicotine to smokers than cigarettes with higher FTC yields.  The HSS had three primary components: 1) a cigarette holder, 2) a recording device that measured smoking topography data (e.g., number of puffs, puff volume, puff duration, flow rate) while people smoked individual cigarettes (a so-called "Puff Parameter Analyzer," or "PPA"), and 3) a variable smoking machine that could be

programmed to smoke cigarettes according to those topographical data.[89]  Based on

documents that I have reviewed, I conclude that Philip Morris USA not only disclosed to

the FTC its development and use of such a device for collecting smoking topography

data, but that Philip Morris USA also conducted a physical demonstration of this device

for FTC officials in August 1981.[90]  It is also clear, based on documents I have

reviewed, that the variable smoking machine associated with the HSS was patented by

Philip Morris USA.[91]

115.    One study, partially described in a memo by B. Goodman dated

September 17, 1975, reported complete compensation between Marlboro and Marlboro

Lights.[92]  I conclude that the study described therein cannot support generalizations

about the long-term smoking patterns of all Marlboro Lights smokers because it

involved too few smokers (five smokers who switched from Marlboro to Marlboro

Lights), studied post-switching smoking patterns for too few cigarettes (nine for each

smoker) over a relatively brief period of time (two weeks), and – importantly – averaged

---

[89] *See* Special Report by B. Goodman, "Summary of Human Smoke Simulator Program" (Bates Number 202482-6104/-6118) at 4 (Aug. 19, 1977) (Ex. 92).

[90] "Memorandum to the Federal Trade Commission from Philip Morris Incorporated Concerning Barclay Cigarettes and a Proposed Change in the Apparatus Used in the Commission's Laboratory for Testing 'Tar' Delivery" (Bates Number 100235-3906/-3936) at 11 (July 10, 1981) (Ex. 93); Letter by M. Meyers, Acting Deputy Assistant Director, Division of Advertising Practices, Federal Trade Commission (Bates Number 202157-6009/-6011) at 2 (July 20, 1981) (Ex. 94); "Memorandum of Philip Morris Incorporated to the Federal Trade Commission in Reply to Questions Raised by the Commission's Staff in Connection with the Investigation of the Barclay Filter" (Bates Number 250101-0593/-0633) at 7 (Feb. 16, 1982) (Ex. 95).

[91] W.E. Claflin and F.M. Watson, "Variable parameter smoking machine," United States Patent # 4,019,366 (April 26, 1977) (Ex. 96).

[92] *See* Memo from B. Goodman, "Marlboro-Marlboro Lights Study Delivery Data" (Bates Number 202154-4486/-4496) (Sept. 17, 1975) (Ex. 97).

the puffing parameters for all five smokers. Indeed, if one looks at the data for each individual smoker (instead of the averages for these smokers), it is clear that two of the five Marlboro smokers got less tar and nicotine after switching to Marlboro Lights.[93] Moreover, if one looks at the baseline data for Marlboro and Marlboro Lights smokers prior to switching – that is, while smoking their usual brands – it is evident that Marlboro smokers were getting more tar and nicotine than Marlboro Lights smokers. While this particular study is too limited to permit broad generalizations, it is – if anything – consistent with my overall conclusions that the degree of compensation is highly variable among smokers and that not all Marlboro Lights smokers compensate completely.

116. I have also analyzed a series of follow-up studies conducted by Philip Morris USA using the Human Smoking Simulator. I conclude, to a reasonable degree of scientific certainty, that the data from these studies showed that (1) cigarettes with lower FTC yields delivered less smoke to smokers than cigarettes with higher FTC yields, and that (2) Marlboro Lights (and experimental cigarettes similar to Marlboro Lights) delivered less smoke to smokers than Marlboro.[94] These results were – and are – consistent with published experimental measurements of smokers' puffing parameters

---

[93] *See* Memo from B. Goodman to L.F. Meyer, "Marlboro-Marlboro Lights Study" (Jan 3, 1975) (Bates Number 100073-5506/-5517) (Ex. 98).

[94] *See, e.g.,* Special Report by M.F. Kelley, "12 mg. full-flavored versus Marlboro 85 versus Vantage" (Bates Number 202377-9901/-9926) (Aug. 20, 1975) (Ex. 99); Special Report by B.L. Goodman, "Smoker parameters for R&D personnel" (Bates Number 100372-7277/-7298) (Sept. 23, 1976) (Ex. 100); Special Report by M.F. Kelley, "Reduced CO Marlboro 85 versus Marlboro 85" (Bates Number 100036-9743/-9759) (June 30, 1978) (Ex. 101); Special Report by M.F. Kelley, "P.M. Merit versus R.J. Reynolds's Now" (Bates Number 100036-0989/-1010) (March 23, 1976) (Ex. 102).

that have measured smoke intake from cigarettes with varying FTC yields.[95]

117.    My conclusions are consistent with and supported by an internal Philip

Morris USA document, which appears (based on internal references) to have been

written in the mid-1980s, that reviewed the results of both published and internal Philip

Morris USA research on smoking parameters, compensation and titration.  As stated in

the "Summary" section of this document:

> Despite the number and variety of experiments done, the
> question of whether or not people smoke for nicotine is still
> at issue.  The evidence accumulated so far indicates that
> smokers do obtain lower deliveries of tar and nicotine when
> they switch to lower delivery cigarettes.  Some
> compensation has been seen but the degree has been
> minimal.[96]

I have reviewed an "Expert Report and Declaration" by Barbro Goodman, a former

Philip Morris USA scientist who was personally involved in the HSS program.  Ms.

Goodman confirms that this document was prepared in the mid- to-late-1980s, after the

HSS program concluded, by another scientist then-employed by Philip Morris USA.

Ms. Goodman also states that this document "accurately characterizes the nature and

conclusions of the HSS program studies." [97]

118.    I conclude, to a reasonable degree of scientific certainty, that the results of

studies conducted by Philip Morris USA to investigate smokers' tar and nicotine intakes

from cigarettes, including studies of compensation, as reflected in the documents that I

have reviewed, are consistent with and not materially different from the results of

---

[95] *See, e.g.,* M.V. Djordjevic et al. (footnote 81) (Ex. 80).

[96] Untitled (Bates Number 2023778701/-8720) (Ex. 103).

[97] Expert Report and Declaration of Barbro Goodman, *Benedict v. Altria Group, Inc. et al.*, December 15, 2005, at IT 41-43 (Ex. 104).

studies published in the contemporaneous scientific literature.

119.    I also conclude, to a reasonable degree of scientific certainty, that the study designs, methodologies, and research tools used by Philip Morris USA scientists to study compensation and smoking patterns were consistent with and not materially different from what was available to scientists outside of the cigarette industry who were engaged in similar research.

### 7.    Dose-Response and Disease Risk

120.    A smoker's exposure to carcinogens in cigarette smoke will depend upon, among other things, his or her overall intake of smoke, including tar.  The amount of cigarette smoke that an individual smoker receives over a lifetime of smoking is determined by his or her individual brand choice, smoking history, and smoking patterns.  To the extent these (and other) factors vary among individuals – and they do  – the lung cancer risk of different individuals would be expected to vary as well, based on the principle of dose-response.

121.    A fundamental concept of toxicology is "dose determines response."  That is, the amount of the delivered dose (e.g., intake of tar or nicotine) is related to the nature, severity, and likelihood of the response (inflammation, cancer, etc.).  U.S. EPA takes the position that, for most carcinogenic chemicals, any dose above zero linearly increases the probability that individuals in a population will develop cancer and, as the dose becomes larger, so too does the risk.[98]  Conversely, as the dose of carcinogenic chemicals decreases, the probability of developing cancer decreases.

---

[98] U.S. EPA, "Guidelines for Carcinogen Risk Assessment (Final)," at A8-A10 (2005) (Ex. 105).

122.    Similarly, the Surgeon General has concluded that there is no safe level of exposure to mainstream cigarette smoke or environmental tobacco smoke.[99]  This means that even a small increase in exposure to smoke is sufficient to increase risk, both in individuals and at the population level.  Conversely, a small decrease in the intake of tar and other carcinogenic chemicals from cigarettes would be expected to result in proportionately fewer individuals with cancer in a population or a lower risk for each individual of developing cancer over his or her lifetime.

123.    U.S. EPA policy attempts to minimize risks by defining a de minimis level as one excess cancer in a million people over a lifetime or, in other words, with each person having a one-in-a-million chance of cancer.  Thus, an increase in cancer risk greater than 1-in-a-million is not considered to be de minimis.  The cumulative lifetime lung cancer mortality risk for smokers, absent death from another cause, has been estimated to be approximately 16%.[100]  By way of example, based on the linear-dose response relationship accepted by the U.S. EPA, smokers who reduce their exposure to cigarette smoke by 10% would reduce their lifetime lung cancer risk from 16% to 14.4%, on average – a reduction in risk of 1.6%, or 1.6-in-100, or 16,000 in 1,000,000.  A difference in risk of that magnitude is substantially greater than the difference in risk of 1-in-a-million determined by U.S. EPA to be de minimis.  Thus, a reduction in

---

[99] U.S. Department of Health and Human Services, The Health Consequences of Smoking - The Changing Cigarette -A Report of the Surgeon General at vi (1981) ("There is no safe cigarette and no safe level of consumption") (Ex. 106); U.S. Department of Health and Human Services, The Health Consequences of Involuntary Exposure to Cigarette Smoke - A Report of the Surgeon General at 11 (2006) ("The scientific evidence indicates that there is no risk-free level of exposure to secondhand smoke") (Ex. 107).

cigarette smoke exposure by 10% – or less – would be expected to translate into a significant reduction in lung cancer risk for an individual over a lifetime, or across the population at large.

124.     My analyses of biomarker data from the brand switching studies, TES, NHANES (*see supra* at ¶¶ 50-58, 60-78) are informative as to disease risk, specifically the risk of lung cancer, of low tar and ultra-low tar cigarettes.  In my analyses, smoking low tar and ultra-low tar cigarettes, including Marlboro Lights and Marlboro Ultra Lights, was associated with statistically significant reductions in nicotine intake, as measured by cotinine and other nicotine biomarkers, compared to full-flavored cigarettes.  Boffetta *et al*. analyzed serum cotinine in Norwegians enrolled in a prospective case-control study of 1,741 lung cancer cases and 1,741 matched controls. They found that lower serum cotinine levels are associated with lower lung cancer risk among smokers.[101]  The investigators stated that, compared with subjects with a serum cotinine level of $\leq$5 ng/mL, the odds ratio of lung cancer increased linearly, reaching 55.1 (95% CI: 35.7-85.0) among individuals with serum cotinine levels >378 ng/mL. There was no plateau in risk at high exposure levels.  These data support the findings of decades of epidemiological evidence that cigarettes with lower nicotine yields are likely to be associated with lower lung cancer risks than those associated with smoking cigarettes with higher nicotine yields.  *See also*, World Health Organization (2007), WHO Technical Report Series 945, "The Scientific Basis of Tobacco Product

---

Footnote continued from previous page
[100] U.S. Department of Health and Human Services, The Health Consequences of Smoking -A Report of the Surgeon General at 49 (2004) (Ex. 108).

Regulation" at 44, 50, 61-63 (citing *Boffetta*; "Cotinine levels predict lung cancer risk with a dose-response pattern, suggesting that it may be a more quantitatively precise proxy for intensity of tobacco use in epidemiological evaluations than cigarettes per day.")

125.     The TES data showed a statistically significant, 14% reduction in NNAL on a per cigarette basis for smokers of lower tar cigarettes (T3) as compared to smokers of higher tar cigarettes (T4).[102] My analysis of TES data similarly determined that total NNAL per cigarette was statistically significantly lower for Marlboro Lights and Marlboro Ultra Lights smokers than for Marlboro full flavor smokers, on a per day and per cigarette basis.  It has been reported that NNAL, which is a biomarker of the uptake of the tobacco-specific lung carcinogen, NNK, is significantly associated with lung cancer risk.  Church *et al.*, for example, conducted a nested case-control study of tobacco-specific carcinogens and the risk of lung cancer in smokers enrolled in the Prostate, Lung, Colorectal, and Ovarian Cancer Screening Trial.[103] These investigators found that NNAL was significantly associated with lung cancer risk, even after controlling for intensity and duration of smoking, which suggested that a smoker who inhales lower amounts of NNAL has a lower risk of lung cancer.

126.     Based on the basic conclusions of the U.S. EPA and the Surgeon General, as well as on my other findings herein, and my education, training, knowledge, and

---

Footnote continued from previous page
[101] P. Boffetta *et al.*, "Serum Cotinine Level as Predictor of Lung Cancer Risk." *Cancer Epidemiol. Biomarkers Prev.* 15:1184-1188 (2006) (Ex. 79).
[102] Mendes *et al.* at 6-7 & Tables 4-5 (2009) (Ex. 22).

expertise, I conclude to a reasonable degree of scientific certainty that the significant

reductions in tar and nicotine intake associated with Philip Morris low tar and ultra-low

tar cigarettes would be expected to result in a significant reduction in lung cancer risk

for an individual over a lifetime, or across the population at large.

---

Footnote continued from previous page

[103] T.R. Church *et al*., "A Prospectively Measured Serum Biomarker for a Tobacco-Specific Carcinogen and Lung Cancer in Smokers." *Cancer Epidemiol. Biomarkers Prev.* 18:260-266 (2009) (Ex. 90).

I, Peter A. Valberg, declare under the penalty of perjury that the foregoing is true and correct.

_____
Peter A. Valberg, Ph.D.

19th day of January, 2010

# Exhibits To Declaration And Expert Disclosure Statement Of Peter A. Valberg, Ph.D.

(filed and served on all parties as an electronic DVD)