# Exhibit 8

02068-JAW    Document 204-12    Filed 05/03/1

