# Exhibit 9

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| IN RE:  LIGHT CIGARETTES MARKETING SALES PRACTICES LITIGATION | ) ) ) ) ) |

MDL Docket No. 1:09-MD-2068 ALL CASES

DECLARATION AND EXPERT DISCLOSURE STATEMENT
OF JANETTE THOMAS GREENWOOD

## INTRODUCTION

### A.   Professional Expertise

1.     I am a professor of history at Clark University and first came to Clark in 1991 after completing my doctorate at the University of Virginia.  At Clark, I teach a variety of courses in nineteenth and twentieth century United States social history, most of which focus on the history of the American south and race and ethnic relations.  My research and teaching complement each other and my teaching has often led me into new areas of research and writing.  My second book, *First Fruits of Freedom: The Migration of Former Slaves and Their Search for Freedom in Worcester, Massachusetts, 1862-1900*, will be published by the University of North Carolina Press in January, 2010.  I am also completing a project as a co-author of an innovative U.S. history textbook to be published by Oxford University Press in late 2010.

2.     I have been awarded several prestigious fellowships to support my research and writing, most notably a summer fellowship from the National Endowment for the Humanities and a two-year fellowship at the Carter Woodson Institute at the University of Virginia.  I have given numerous invited lectures at colleges and universities in the United States, including Boston University, the University of Pittsburgh, Kenyon College, and Western Kentucky University.  I have also lectured at the University of Trier in Germany, where I was an exchange scholar. I have also served several times as a grants reviewer for the National Endowment for the Humanities.

3.     My experience as a historian, however, is not limited to academic history.  Before entering academia, I worked as a public historian for the Charlotte-Mecklenburg Historic Properties Commission in Charlotte, North Carolina, from 1981-86.  In addition, I have contributed my expertise in both public and academic history as a trustee of Old Sturbridge Village and a member of the Board of Directors of the Massachusetts Foundation for the Humanities.

4.     A copy of my curriculum vitae is attached hereto as Exhibit A.

### B.   Historical Method

1.     The historical method is the system that professional historians employ in understanding the past.  It generally follows the model of the "scientific method" and includes four steps.  First, the historian begins with a research question which guides initial inquiry.  Second, the historian searches out a wide variety of sources that provide evidence to help answer the questions as fully and with as much complexity as possible.  Sources fall into two categories:  primary and secondary. Primary sources are sources created at the time by participants in past events and therefore provide contemporaneous historical accounts.  Primary sources can include everything from newspaper stories and magazine articles to songs, cartoons, and more.  Secondary sources are interpretations of past events by

1

historians or other writers and provide context for the research topic. The third step of the historical method is to review and analyze the primary and secondary sources and develop a working hypothesis. Finally, based on the previous steps, the historian formulates a thesis, or argument—a conclusion based on the sources.

2.      As a professional historian, I regularly apply the historical method in my work. And as a professor, I teach the historical method to undergraduates, master's students, and doctoral students, as well as to public school teachers.

3.      To answer the questions posed, I applied the historical method.

**C.      Social History and Common Knowledge**

1.      I received my doctorate in social history and it is my area of expertise. Social history is a branch of historical inquiry that has often been described as "history from the bottom up," because it attempts to understand the experiences of every day men and women. Whereas "history from the top down," which dominated historical inquiry for centuries, focuses on elites as the key and often sole shapers of society, social history focuses on the common people and assesses their role and place in history.

2.      The concept of "common knowledge" is a familiar one to social historians. Common knowledge is most simply defined as knowledge readily available to anyone. It is the knowledge that is commonly shared within a community, as reflected in and reinforced by a number of sources that were widely disseminated in that community, including newspapers, magazines, and songs, and, since the twentieth century, other dimensions of popular culture, such as movies, television, and cartoons.

**D.      The Questions**

As a professional historian and expert witness in this case, I have been asked to focus my research on the following questions:

1.      What information was disseminated to the public regarding cigarettes described as "light," low tar, low-yield, and ultra-light (collectively, "low tar")?

2.      What was common knowledge, if any, about cigarettes described as low tar?

**E.      My Research**

1.      I approached my research on these questions in the same way that I would any other historical question. I began by gathering and reading secondary sources. There are many that discuss the history of tobacco, cigarette smoking, and smoking and health issues.

2.      I then turned to publicly available primary sources. I looked at both national sources and sources from a number of individual states. I conducted research at a number of libraries and archives, including the Library of Congress, Maine State Library, University of Massachusetts Medical Library, and Boston Public Library. I have also searched out relevant materials at state health centers, such as the Centers for Healthy Communities in Massachusetts and the Maine Office of Substance Abuse. I also conducted research at several university and government-sponsored archival websites. I examined national, regional, and local newspapers (*e.g.*, *The New York Times*, *The Wall Street Journal*, *USA Today*, *Los Angeles Times*, *St. Louis Post-Dispatch*, *Chicago Tribune*, *The Miami Herald*, and *The Dallas Morning News*), national magazines (*e.g.*, *Time*, *Newsweek*, *U.S. News & World Report*, *Reader's Digest*, *Consumer Reports*, *Good Housekeeping*, *Vogue*, *Life*, *McCall's*, and *Ebony*), reports from nationally televised network evening news broadcasts and special reports as well as National Public Radio ("NPR") broadcasts, and reports, pamphlets, and public service announcements from state and federal health agencies. I researched what students learned in school by examining health textbooks used nationally as well as educational films and filmstrips. And I examined common knowledge regarding light cigarettes as reflected and reinforced in popular culture, such as television shows and cartoons.

3.      In each step of my research, I followed the historical method as described above. I critically analyzed each of my sources within their context and assessed the accuracy and value of each source by seeking out corroborating evidence. Throughout this process, I formed and refined a hypothesis, and then reached my conclusion.

4.      A list of materials on which I have relied is attached hereto as Exhibit B.

## MY CONCLUSIONS

I offer the following opinions in this case, which I hold to a reasonable degree of certainty based on my professional expertise as an historian:

Having applied the historical method, I conclude that there was widespread dissemination of information regarding low tar cigarettes. As a result, it was common knowledge that:

1.      No cigarette is safe; the only "safe" cigarette is the one that remains unlit.

2.      The less tar the better. Health professionals advised smokers to quit smoking but advised those who would not or could not quit to smoke low tar cigarettes. This message was reiterated, re-enforced, and echoed through a variety of sources until 2001.

3.      Smokers of low tar cigarettes should not change their smoking behavior. Advice to smokers to "switch down" was usually accompanied by warnings about the limitations of low tar cigarettes. These warnings included the fact that smokers of low tar cigarettes often modified their smoking behavior, by smoking more

cigarettes, inhaling more deeply and/or frequently, and/or covering air holes in filters with their fingers. Warnings about smoking behavior also regularly noted that smokers often ingested more tar and nicotine than indicated by Federal Trade Commission ("FTC") tar and nicotine measurements. These warnings began in the 1960s and accelerated from the mid-1980s on. They emanated from a variety of sources and stressed that the way a smoker smoked a low tar cigarette could cancel any potential health benefits from "switching down."

4.   Low tar cigarettes may not be safer. Beginning in the early 1980s, the media reported on studies that questioned the health benefits of low tar cigarettes. Questions regarding the risk reduction of low tar cigarettes culminated in 2001, with the publication of the National Cancer Institute's ("NCI") Monograph 13. Monograph 13 concluded that smokers of low tar cigarettes "did not substantially alter their exposure to tar and nicotine and, correspondingly, did not lower their risk" of lung cancer, emphysema, and other ailments.[1]

## RESULTS OF MY RESEARCH

## I.   BACKGROUND:  BEFORE THE 1964 SURGEON GENERAL'S REPORT

1.   Long before the 1964 Surgeon General's report, the public was aware of the health risks of smoking. As early as 1604, King James I issued *A Counter-Blaste Against Tobacco* which condemned smoking as "A Custom lothsome to the eye, hatefull to the Nose, harmefull to the braine, dangerous to the Lungs . . . ."[2] Subsequently, common knowledge regarding tobacco's ill effects expanded over the centuries as tobacco usage grew.

2.   By the early 20th century, educators regularly spoke out against the ill health effects of smoking and school textbooks and parenting manuals warned that cigarettes stunted growth, injured the heart, caused shortness of breath, and created a host of other health problems. Popular magazines, such as *Reader's Digest*, regularly printed articles, beginning in the 1920s, pointing out the health risks of smoking. Even movies, cartoons, and popular songs frequently referenced smoking's ill effects and referred to cigarettes as "coffin nails."[3]

---

[1] *Monograph 13: Risks Associated with Smoking Cigarettes With Low-Machine Measured Yields of Tar and Nicotine*, U.S. Department of Health and Human Services, Public Health Service, National Institutes of Health, National Cancer Institute, November 2001, 3.

[2] James I, *A Counter-Blaste Against Tobacco*, ed. Edmund Goldsmid (Edinburgh: Privately printed, 1884; reprint in 1604 edition), 3, 8, 10 (spelling in some quoted words updated for comprehension).

[3] See for example, William A. McKeever, *Training the Boy* (New York: Macmillan Co.), 1913, 169. See, for example, "Does Tobacco Injure the Human Body?" *Reader's Digest*, November 1924, 435-36; "Nicotine Knockout, or the Slow Count," *Reader's Digest*, December 1941, 21-24; "Wholly Smoke," Porky Pig Cartoon (1938); "Healthy, Wealthy, and Dumb," Three Stooges (1938); "Double Wedding" (1937); "Thirty Seconds Over Tokyo," (1944); "Smoke! Smoke! Smoke! (that Cigarette)", performed by Tex Williams (released 1947).

3.      Scientific evidence in the 1950s, especially the mouse painting study and epidemiological studies, showed that smoking was dose-responsive; that is, the more tar a smoker ingested, the greater the risk of disease. This conclusion led researchers to explore the possibility of creating "safer" cigarettes, which the national press regularly reported. Scientists conducted numerous experiments to reduce the hazardous elements of tobacco smoke, to isolate the cancer-producing elements in tobacco, and to advocate for the development of filters to eliminate toxic elements in tobacco smoke. In 1954, Dr. Alton Ochsner contended that "there is a carcinogen that exists in tobaccos cured in certain ways" that might be eliminated.[4] In April 1957, Dr. Ernest Wynder of Sloan-Kettering, announced four steps to reduce the cancer risk in smoking, which included removal of a waxy coating on new tobacco as well as decreasing the tar content of cigarettes through better filters.[5]

4.      In July 1957, testifying before Congress, Dr. Wynder proposed that "safer" cigarettes be developed through the manufacture of better filters, recommending filters that reduced tar levels by 40 percent. However, he made clear, "I would never say that this cigarette would be safe." He continued, "I would say it would be safer." He also claimed, "If we can reduce tobacco tars by 50 percent, we can get rid of cancer."[6] In 1959, Dr. Wynder lauded the efforts of cigarette manufacturers for their "fine work in reducing tar-nicotine content of their products."[7]

5.      In a widely publicized report in November 1959, Surgeon General Leroy Burney pointed out that research showed "that the risk of developing cancers is related to the amount of exposure to tar" and insisted that neither filter-tip cigarettes nor various tobacco treatments are effective in reducing the health hazards of smoking. He concluded, "Unless the use of tobacco can be made safe, the individual person's risk of lung cancer can best be reduced by the elimination of smoking."[8]

---

[4] "Surgeons Told Future Smokers May Be Free of Cancer Threat," *The Boston Globe*, Nov. 18, 1954, 8.

[5] "Cancer Peril in Cigarettes May Be Cut," *The Washington Post and Times-Herald*, Apr. 13, 1957, A7. See also "Lung Cancer Laid To Tobacco Wax," *The New York Times*, Apr. 13, 1957, 21; "'Safer Cigarette' Seen Possible Cancer Curb," *Boston Herald,* Apr. 13, 1957, 2; "Waxy Tobacco Leaf Coating Linked to Cause of Cancer," *Portland (ME) Press-Herald*, Apr. 13, 1957, 1.

[6] "Inquiry Discusses Cigarette Filter," *The New York Times*, July 20, 1957, 13. See also "Expert Doubts Value of Filters on Cigarets," *Los Angeles Times,* July 20, 1957, 5-I; "Scientists Sift Filter 'Smokes,'" *The Washington Post and Times-Herald*, July 20, 1957, C13; "Safer Filter Cigaret Called Possible," *Minneapolis Star*, July 19, 1957, 6-B.

[7] "Gain in Search for Safe Smoke Told by Probers," *The Boston Globe*, Apr. 12, 1959, 12. See also, "Scientists Seek to Cut Cigarette Cancer Risk," *Los Angeles Times*, Apr. 12, 1959, 28.

[8] "U.S. Makes New Report on Lung Cancer Causes," *Los Angeles Times*, Nov. 27, 1959, 8-I; "Cigarette Filter Held Ineffective," *The New York Times*, Nov. 27, 1959, 31; "PHS Cancer Study Urges: Quit Smoking," *The Washington Post and Times-Herald*, Nov. 27, 1959, A1. See also,

6.      National magazines echoed the sentiment of cancer researchers that the less tar, the better. In January 1958, *Reader's Digest* asserted that "for normal smokers low-nicotine and good filter-holders do offer advantages."[9] In April 1961, *Consumer Reports* noted that while "there is no evidence for a safe level of smoking" and the best way to reduce health hazards was to quit, "if you can't or don't want to stop, you may want to follow some 'practical suggestions that should lead toward reducing risk' of lung cancer from cigarette smoking, put forward by Drs. Ernest L. Wynder and Dietrich Hoffman of the Sloan-Kettering Institute." Their suggestions included "using a low-tar brand, not smoking it to a short butt, and not inhaling deeply."[10]

7.      Through the 1950s and early 1960s, national magazines reported on the success of cigarette manufacturers in reducing tar and nicotine in cigarettes. In July 1958, in an article reprinted in many major newspapers, *Reader's Digest* claimed victory for consumers who "compelled the industry" to develop improved filters, fomenting a "filter-tip revolution."[11] In November 1959, the magazine reviewed the tobacco industry's "new crash program" which aimed "to produce better, and perhaps 'safer' cigarettes." If the effort paid off, "they may be the 'safer' (but not yet safe) cigarettes the public has been asking for."[12] Another article, published in 1961, cited both the American Cancer Society ("ACS") and scientists at Sloan-Kettering Institute who "while agreeing that abstinence from smoking is the best safeguard, believe that filtration is a partial safeguard that must be provided for those people who cannot or will not quit."[13]

8.      National magazines in the 1950s and early 1960s also reported on the limitations of "safer" smoking. In December 1953, *Reader's Digest* reported that filtered cigarettes "may do more harm than good by giving their users a false sense of security and encouraging them to smoke more than they might otherwise."[14] In 1955, *Consumer Reports* summarized, "There is no conclusive evidence that smoking low-nicotine, or filter, or king-size cigarettes offers substantial protection" for those with disorders aggravated by smoking.[15] In December 1958, *Consumer Reports* noted that although their tests showed reduced tar and nicotine levels in a number of leading cigarette brands, "there is no direct evidence" that switching to a filter cigarette reduced health risks as "the only real security heavy cigarette smokers now have against the possibility of lung cancer is to cut out or cut down on their smoking of cigarettes."[16] The magazine reiterated this advice in

"Government Again Tabs Tobacco As Cancer Culprit," *Portland (ME) Evening Express*, Nov. 27, 1959, 22; "Federal Unit Links Smoking, Cancer," *Duluth News-Tribune*, Nov. 27, 1959, 4.

[9] "Nicotine—The Smokers' Enigma," *Reader's Digest*, Jan. 1958, 25-29.

[10] "Cigarettes," *Consumer Reports*, Apr. 1961, 203-207.

[11] "The Cigarettes Industry Changes Its Mind," *Reader's Digest*, July 1958, 35-41.

[12] "The Search for 'Safer' Cigarettes," *Reader's Digest*, Nov. 1959, 37-45.

[13] "Facts We're Not Told About Filter-Tips," *Reader's Digest*, July 1961, 71-78.

[14] "Can the Poisons in Cigarettes Be Avoided?" *Reader's Digest*, Dec. 1953, 45-47.

[15] "Medical Aspects," *Consumer Reports*, Feb. 1955, 73.

[16] "Cigarettes," *Consumer Reports*, Dec. 1958, 628-636.

1960, in another report on cigarettes: "It has not been scientifically established that reducing tars and nicotine in cigarette smoke will provide a secure health safety factor."[17]

9.      Throughout the 1950s, *Consumer Reports* published articles on filters, filter-tip cigarettes, and tar-reducers that pointed out that smokers may compensate by puffing more and inhaling more deeply--a point made as early as 1938 by *Reader's Digest*: "the smoker's own habits affect the amount of nicotine and resins which enter his mouth," citing inhalation depth, puff frequency, and smoking the cigarette down to a butt.  In addition, some smokers found "that once they have discovered how to halve their consumption of noxious substances, they are likely to cancel the advantage by smoking twice as much as before."[18]

10.     In a widely publicized study in March 1961, Dr. Cuyler Hammond of the ACS offered statistical evidence that smokers using cigarettes lower in tar and nicotine, "suffer less from chronic coughs" than high-tar and nicotine smokers which, he believed, supported the possibility that low tar cigarettes may be "less dangerous" than other cigarettes.[19]  Dr. Hammond also asserted that "the lower—the better" should be the rule for nicotine content and called for tar and nicotine data to be printed on cigarette labels.[20]  At the same time, Dr. Hammond and the ACS reported that the ACS "is beginning to concentrate more effort on 'safer' cigarettes in its attempt to alert the public to the dangers of cigarette smoking." Dr. Hammond explained that the criterion for a safer cigarette is the amount of nicotine and tars that a smoker inhaled.  Hammond also suggested "that a safer cigarette is already on the market."[21]

## II.     THE LESS TAR THE BETTER

### A.     The Federal Government Initiates a Research Program to Develop a Safer Cigarette

1.      In the immediate aftermath of the Surgeon General's report in 1964, which concluded that "cigarette smoking is causally related to lung cancer in men," leading cancer researchers, national health organizations, the U.S. Public Health Service ("USPHS"), and Congress all supported federal scientific research to reduce the health risks of smoking.  Newspapers and magazines reported on these efforts.  Dr. Wynder, for example, claimed that "ultimate development of less

---

[17] "Cigarettes," *Consumer Reports*, Jan. 1960, 13-21.
[18] See, for example, "So You Want To Do Something About Your Cigarette Smoking?," *Consumer Reports*, May 1959, 238-239; "Cigarette Holders Put to the Test," *Reader's Digest*, Nov. 1938, 45-47.
[19] "Tar and Nicotine Linked to Cigarette Cough," *The New York Times*, March 23, 1961, 35; "Cancer Society Says Tobacco Industry Nearing Output of 'Less Harmful' Cigaret," *The Wall Street Journal*, March 23, 1961, 9.
[20] "Finds Divorcees, Widows Heaviest Women Smokers," *The Boston Globe*, March 23, 1961.
[21] "'Safer' Cigarette Termed Key Goal," *Los Angeles Times*, March 23, 1961, 2.

harmful cigarets is feasible" and called for the development of a safer cigarette, urging the government, the tobacco industry, and private researchers to "expand their studies with full speed to achieve that goal." Researchers, he suggested, should ask "how can we modify tobacco products and tobacco smoke so we can modify (their) harmful effects?" In addition, he noted, as the press reported that "'some elements of the tobacco industry have already made good progress' in producing a safer cigarette."[22] Likewise, Surgeon General Terry also called for the development of a "safer" cigarette and endorsed legislation "to set up a federal tobacco-research laboratory."[23]

2.    In February 1964, the NCI, a research arm of the USPHS, announced a joint research program with the Department of Agriculture that aimed to isolate harmful ingredients in cigarettes, a development widely publicized in the national press. Senator Maureen Neuberger, one of Congress's most active anti-smokers, stated that the government had an obligation to seek a safer cigarette through research and insisted that "the elimination of hazardous substances must form a part of any government program to bring the hazards of smoking under control." Representative Harold Cooley, a leading supporter of "a crash program" of government research for a safer cigarette, noted that since Americans will continue to smoke despite warnings, "The primary question before us then is how we may give maximum assurances of health to those who continue smoking."[24]

3.    In April 1964, the Agriculture Department's top researcher, Dr. B.T. Shaw explained that there is a good chance that scientific research can decrease the health hazards of smoking and that the department "feel[s] that it is very important then that we . . .do everything in our power to identify and remove the substances that are hazardous."[25]

---

[22] "Less Harmful Cigarets Seen," *Chicago Tribune,* Jan. 15, 1964, 1; "Researcher Advocates Safer Cigarette Drive," *The Washington Post and Times-Herald,* Jan. 14, 1964, A4.
[23] "U.S. Will Combat Smoking Hazards," *The New York Times,* Jan. 30, 1964, 13. See also, "Hearing Scheduled On Cigarette Safety," *The Washington Post and Times-Herald,* Jan. 23, 1964, A4; "U.S. Plans Antismoking Campaign," *Minneapolis Star,* Jan. 29, 1964, 20.
[24] "U.S. Teams To Seek Safe Cigarettes," *The New York Times,* Feb. 1,1964, 24; "Speed Cigaret Hazard Study, Industry Told," *Chicago Tribune,* Feb. 1, 1964, 6; "On Which Side Are The Angels?: A Tobacco Patch Swivet," *The Washington Post and Times-Herald,* Jan. 26, 1964, E1; "2 Groups Seek Safer Strain of Tobacco," *Boston Herald,* Feb. 1, 1964; "The 'Villain' in Smoke: A New View," *U.S. News & World Report,* Feb. 10, 1964, 61. See also, "Huffing and Puffing," *Newsweek,* Feb. 10, 1964; "Senator Neuberger Demands Federal Smoking Controls," *Portland (ME) Evening Express,* Jan. 11, 1964, 14; "'Safe' Cigarettes Sought," *The Miami Herald,* Feb. 6, 1964, 9-A; "'Safe Cigarette' Program Approved By House Panel," *Portland (ME) Press-Herald,* Feb. 6, 1964, 4.
[25] "Decrease in Smoking Hazard Called Possible," *St. Louis Globe-Democrat,* Apr. 28, 1964, 15A.

4.   In May 1967, Department of Health, Education, and Welfare ("DHEW") Secretary John W. Gardner, conceded that "there are a great many people who will never stop smoking," and thus argued that more research was needed for the development of a safer cigarette. Newspapers reported that USPHS spent $9 million a year on tobacco research and research on smoking and disease. In 1969, the FTC recommended additional appropriations "for development of a 'safe' cigarette."[26]

5.   National magazines also documented the federal government's efforts to develop a "safer" cigarette. In April 1964, for example, *The Saturday Evening Post* published an extensive article on the government's planned program, "New Hope for Cigarette Smokers: Crash Effort for a Safer Cigarette." In 1967, *Fortune* published a multi-page article, "The Search for Safer Cigarette," citing both the efforts of the ACS and the NCI to develop a safer cigarette.[27]

6.   In January 1972, in his annual report, Surgeon General Steinfeld endorsed the ongoing search for a "safer" cigarette, for those who would not or could not quit.[28]

7.   The federal government's efforts to develop a "safer" or "minimally dangerous" cigarette received extensive national television coverage. For example, in March 1974, NBC Nightly News reported on two government programs to produce a "safer cigarette" and reported that the government had spent $8 million in an attempt to develop one. That same month, on March 27, 1974, NBC Nightly News warned, "A cancer researcher said today that it's impossible to make a completely safe cigarette." That same day, CBS Evening News reported the researcher stating, "cigarettes never will be entirely safe." In April 1976, NBC Nightly News featured another in-depth report on NCI's efforts "to develop its own little-or-no-tar cigarette." Reporter Linda Ellerbee noted that the cooperation of the NCI and tobacco industry in this effort, pointing out that they were "not adversaries" but were "trying to save lives." Several months later, NBC News featured Dr. Daniel Horn who explained that reducing the "level of hazard" was the goal, to get tar and nicotine levels "down to a point where combined with the way people smoke it won't hurt many people." ABC Evening News also reported on the NCI program, noting that 50-60 million Americans continued to smoke— regardless of all of the warnings regarding health risks—and that the NCI and the cigarette industry hoped to develop a minimally dangerous cigarette." The report featured a cancer researcher who stressed that there will "always be a degree of

---

[26] "Safer Cigarette Is Sought," *Duluth News-Tribune*, May 13, 1967, 16; "Urges Cigaret Ads Be Banned on Radio, TV," *Chicago Tribune*, July 12, 1969, 7-1.

[27] "New Hope for Cigarette Smokers: Crash Effort for a Safer Cigarette," *The Saturday Evening Post*, Apr. 18, 1964; "The Search for a Safer Cigarette," *Fortune*, Nov. 1967.

[28] ABC Evening News, Jan. 10, 1972.; "Cigaret Tar Cut Is Urged," *The Miami Herald*, January 11, 1972, 1-A.

risk" for those who continued to smoke. In March 1977, "Today" featured an extensive interview with federal researchers seeking a "safer" cigarette "for the millions of Americans unable to quit or who say it's too late." The report noted, "The content of poisonous substances in such cigarettes is under half of what it was twenty years ago. But they are still there."[29]

8.    By the end of the 1970s the federal government began disbanding its research efforts to develop a "safer" cigarette, even as cancer researchers Drs. Wynder and Hoffman of the American Health Foundation continued to call for its development.[30] On July 14, 1980, ABC Evening News reported, "The government said today that it's done all it could to help develop a safer cigarette and will now turn its energies and money to a major campaign to eliminate smoking altogether."[31] In February 1981, nationally syndicated medical columnist Dr. Neil Solomon, responding to a query from a reader regarding the government's efforts to develop a "safe" cigarette, noted that the government program to do so had ended: "After spending more than $55 million on the project since 1969, the National Cancer Institute apparently has come to one conclusion: The only safe cigarette is the one you don't light."[32]

**B.    The Federal Government And Public Health Officials Encourage the Development of Low Tar and Nicotine Cigarettes**

1.    From 1964 forward, government and public health officials regularly reiterated the message to the public that the less tar, the better and took steps to encourage the development of low tar and nicotine cigarettes. In the immediate aftermath of the 1964 Surgeon General's report, Congressman Paul Fino introduced a bill to require cigarette makers to list the tar and nicotine content of their products.[33] Senator Neuberger called for the FTC to reverse the moratorium imposed in 1960 on manufacturers' claims regarding tar and nicotine in order "to start 'another tar derby' fight among companies," which "would keep before the smoker the health risk he takes every time he picks up a pack of cigarettes."[34]

2.    From 1964 forward, health organizations, legislators, and public health officials all called for listing tar and nicotine content on cigarette packs as a means of informing smokers of the relative "safety" of cigarettes. In March 1964, ACS

[29] NBC Nightly News, March 24, 1974; NBC Nightly News, March 27, 1974; CBS Evening News, March 27, 1974; NBC Nightly News, Apr. 22, 1976; NBC Nightly News, June 15, 1976; ABC Evening News, Nov. 5, 1976; "Today," March 31, 1977.

[30] "All-out smoking campaign is urged," *The Boston Globe*, Apr. 20, 1979, 37.

[31] ABC Evening News, July 14, 1980.

[32] "Forget about 'safe' smoking," *The Boston Globe*, Feb. 2, 1981, 3; "An unlit cigarette the only safe one," *Portland (ME) Press Herald*, Jan. 31, 1981, 11.

[33] 'Smoking Report Stirs Capitol Pleas for Action," *The Washington Post and Times-Herald*, Jan. 14, 1964, A6.

[34] "Sen. Neuberger Seeks U.S. Cigarette Controls," *Los Angeles Times*, Jan. 12, 1964, 2-A; "Curb Urged In Tobacco Advertising," *The Washington Post and Times-Herald*, Jan. 12, 1964, A19.

chief Wendell Scott called for tar and nicotine content to be included on cigarette packs "since they are the culprits in making smoking hazardous."[35]  In 1965, Senator Neuberger called for tar and nicotine content to be printed on cigarette packs, an idea endorsed by public health officials and health organizations through the 1960s, and referred to in the press as a "health label."[36]  In August 1966, Senator Warren Magnuson threatened an investigation of cigarette makers unless they disclosed the tar and nicotine content of their products.[37]  In January 1967, DHEW Secretary Gardner also recommended that cigarette makers report tar and nicotine levels on cigarette packaging.  Secretary Gardner based his recommendation on a USPHS report which said lower tar and nicotine levels in cigarette smoke would reduce the harmful effects of smoking.  Printing tar and nicotine levels on cigarette packs, he claimed, "would be an important first step and would result in the progressive reduction of 'tar' and nicotine levels because of public demand."[38]  In August 1967, Surgeon General William Stewart "suggested that it might be wise, to limit, by statute the amount of tar and nicotine in a cigaret," and also favored tar and nicotine levels to be listed on cigarette packs, for which he continued to advocate.[39]  The following year, in August 1968, ABC Evening News reported that the Surgeon General's Task Force on Smoking and Health asked the administration to require tar and nicotine listings on cigarette packs and ads.[40]

3.      In August 1967, Surgeon General Stewart reported that "the preponderance of scientific evidence strongly suggested that the lower the tar and nicotine content of the cigarette smoke the less harmful are the effects."  As a result, he proclaimed, "For those who cannot quit—and we must accept the fact that there are a great many who will never do so—we must lessen their risks by reducing the level of exposure to harmful ingredients."[41]

---

[35] "Cancer Leader Favors Warning on Cigarettes," *Los Angeles Times*, March 18, 1964, 8-I.
[36] "Health Label on Cigarette Packs," *Boston Herald*, March 23, 1965; "Warn Smokers, Terry Urges," *The Miami Herald*, March 23, 1965, 24-A.
[37] "Probe of Tar, Nicotine in Cigaret Urged," *Chicago Tribune*, Aug. 30, 1966, 18-20.
[38] "New Cigarette Proposal," *St. Louis Globe-Democrat*, Jan. 13, 1967, 2A; "Gardner Endorses Nicotine Label for Cigarettes," *The New York Times*, Jan. 13, 1967, 46; "U.S. Backs Nicotine, Tar Labels," *Los Angeles Times*, Jan. 13, 1967, 25; "Drive Is On To Tighten Cigarette-Label Laws," *The Washington Post and Times-Herald*, Jan. 13, 1967, A6.  See also, "HEW Urges New Earning on Cigarettes," *The Washington Post and Times-Herald*, Jan. 13, 1967, A1.
[39] "Rips Cigaret Firms' Making Them Longer," *Chicago Tribune*, Aug. 26, 1967, 12.  See also, "Smoking Called Greatest Threat," *Boston Herald*, July 14, 1969; "Surgeon General Urges Education For Smokers," *Portland (ME) Evening Express*, July 14, 1969, 22.
[40] ABC Evening News, Aug. 16, 1968.
[41] "Limit Asked for Cigaret Tar, Nicotine," *Los Angeles Times*, Aug. 26, 1967, 13-I.  See also "Super Size Smokes Pose Super Hazard," *The Boston Globe* Aug. 26, 1967, 3; "Rips Cigaret Firms' Making Them Longer," *Chicago Daily Tribune*, Aug. 26, 1967, 12; "Firms Urged To Quit Making Long Cigarette," *St. Louis Post-Dispatch*, Aug. 25, 1967, 15D; "2 Safer Smoking Measures Asked," *Minneapolis Star*, Aug. 25, 1967, 6A; "U.S. Rules On Smokes Advocated," *The Miami Herald*, Aug. 26, 1967, 9-A.; "Surgeon General Favors Federal Cigarette Code,"

4.      The next month, in September 1967, at the World Conference on Smoking and Health, Senator Robert F. Kennedy proposed a sliding tax scale on cigarettes, based on tar and nicotine content, a proposal publicized by newspapers across the country and national news magazines.[42]

5.      Echoing federal responses to make smoking "safer," New York City in 1971 adopted a budget that included a graduated tax on the tar and nicotine content in cigarettes to generate income for the city. A number of low tar cigarettes, including Marlboro Lights and Parliament, had no additional taxes imposed.[43]

6.      In 1972, Surgeon General Jesse Steinfeld called for a graduated federal tax on cigarettes based on tar and nicotine levels. That same year, DHEW announced its support for a bill limiting tar and nicotine content in cigarettes. At that time, a government health official noted, that "There are no safe levels of tar, nicotine, or other incriminating agents."[44] The following year, the chairman of the Consumer Products Safety Commission, ABC News reported, suggested that "those brands that exceed the limits [of tar and nicotine] would be taken off the market."[45] In June 1974, CBS Evening News reported that DHEW chief Weinberger asked Congress "for authority to regulate tar and other hazardous ingredients" in cigarettes.[46] In October 1974, NCI, in a widely publicized report, recommended banning cigarettes high in tar and nicotine, a proposal that President Ford passed on to Congress. The President noted, however, "the considerable dispute" about whether there were, in fact, any safe levels of tar and nicotine and what level might be considered dangerous.[47]

---

*Portland (ME) Press-Herald,* Aug. 26, 1967, 9; "PHS Blasts Sale of Long Cigarettes," *The Washington Post and Times-Herald,* Aug. 26, 1967, A1.

[42] "R.F.K. Asks Cigarette Ads Curb, *The Boston Evening Globe,* Sept. 12, 1967; "Kennedy Urges Cigarette Curbs," *The New York Times,* Sept. 12, 1967, 1; "Cigaret Tar, Nicotine Tax Penalty Proposed," *Los Angeles Times,* Sept. 12, 1967, 14-I; "RFK Aims 2 Bills at Cigarette Ads," *The Washington Post and Times-Herald,* Sept. 12, 1967, A7; "How to Stop Smoking," *Newsweek,* Sept. 25, 1967.

[43] "8.56-Billion City Budget is Adopted," *The New York Times,* June 23,1971, 1; "Tax Details Issued by City for Workers and Buyers," *The New York Times,* June 25, 1971, 1. See also "City Seeks to Clear Air on Cigarette Tax," *The New York Times,* Sept. 17, 1971; "City Taxes on Cigarettes To Be Listed Next to Prices," *The New York Times,* Dec. 24, 1971, 7. For a list of cigarettes and New York City taxes imposed, see "How much additional tax are you paying?," *The New York Times,* Sept. 17, 1971.

[44] "Graduated Federal Tax Proposed on Cigarettes," *The New York Times,* Jan. 12, 1972, 47; "Smoking Foes Ask Law to Limit Tar and Nicotine in Cigarettes," *The New York Times,* Feb. 2, 1972, 33; "Changes in Cigarette Makeup Urged," *The Washington Post and Times-Herald,* Jan. 11, 1972, A3.

[45] ABC Evening News, Aug. 23, 1973.

[46] CBS Evening News, June 28, 1974.

[47] "Cigarette Rules Urged By A Panel," *The New York Times,* Oct. 24, 1974, 37; "Ban on high-tar cigarets urged," *The Seattle Times,* Oct. 24, 1974, A8; "Congress Gets Report Urging Cigarette Ban," *St. Louis Post-Dispatch,* Oct. 24, 1974, 14A; "Cigarette rules don't win Ford," *Minneapolis*

7.      Similarly in 1975, newspapers and television news reported on new efforts to compel Congress to regulate the level of tar and nicotine in cigarettes. Evening news programs on ABC, CBS, and NBC all reported that DHEW recommended that the government ban high tar and nicotine cigarettes.[48] The president of the ACS echoed this proposal several months later when he urged the government, as CBS News reported, "to force the cigarette industry by law to produce only low tar and nicotine cigarettes" and institute a sliding scale on tar and nicotine content, a proposal backed by former Surgeon General Steinfeld.[49] In 1976, newspaper and television reports noted the Congressional testimony of cancer researcher and Nobel prize winner, Dr. Renato Dulbecco, who endorsed a "health tax" of 50 cents a pack on high tar and nicotine cigarettes.[50]

8.      In 1978, DHEW Secretary Joseph Califano, declaring cigarette smoking, "public health enemy No. 1," also proposed a graduated tax on cigarettes according to nicotine, tar, and carbon monoxide content. This was reported widely in newspapers as well as national television news shows. As NBC News explained, "the more tar and nicotine, the higher the tax." "Today" featured an extensive interview with Secretary Califano, who presented his graduated tax plan.[51]

## C.      The Federal Government and Health Organizations Encourage Smokers Who Could Not or Would Not Quit to Switch to Low Tar Cigarettes

1.      By 1966, public health agencies tried to convince smokers who would not quit to switch to cigarettes that measured lower in tar and nicotine. In June 1966, newspapers reported the conclusions and recommendations of USPHS, based on the findings of a panel of 14 experts. The panel recommended unanimously to the Surgeon General "that actions be encouraged which will result in the progressive reduction of the tar and nicotine content of cigarette smoke." Moreover, the panel concluded, in a phrase that would be repeated by USPHS in the future, "The

---

*Star*, Oct. 24, 1974, 14C; "Ban High-Tar Cigarettes, Panel Says," *The Washington Post*, Oct. 25, 1974, A3. See also CBS Evening News, Oct. 18, 1974.

[48] ABC Evening News, July 30, 1975; CBS Evening News, July 30, 1975; NBC  Nightly News, July 30, 1975.

[49] ABC Evening News, Nov. 5, 1975; "Tar-Nicotine Level Given for Cigarets," *Los Angeles Times*, Nov. 6, 1975, 1-I; "Cancer Society Chief Urges Tax to Curb Cigarettes Harm," *The New York Times*, Nov. 9, 1975, A25.

[50] CBS Evening News, Feb. 19, 1976; "Cigarette Tax," *The Boston Globe*, Feb. 20, 1976, 2.

[51] "Cigarets are Public Enemy No. 1—HEW," *Chicago Tribune*, Jan. 1978, 1-1; "Califano Quit Smoking At His Son's Request," *The New York Times*, Jan. 12, 1978, A14; "U.S. to Start Major Drive Against Tobacco Smoking," *Los Angeles Times*, Jan. 12, 1978, 1-I; "Califano Urges War on Habit," *Portland (ME) Evening Express*, Jan. 11, 1978, 1; "Califano to consider tax to cut cigarette smoking," *St. Louis Globe-Democrat*, Jan. 12, 1978, 7A; "U.S. stiffens bid to snuff out smoking," *Minneapolis Star*, Jan. 11, 1978, 1-A; "HEW Opens Campaign to Cut Smoking," *The Washington Post*, Jan. 12, 1978, A1; "New Califano drive hits tobacco habit," *Boston Morning Globe*, Jan. 11, 1978, 4; "Califano strikes up anti-cigarette drive," *Boston Morning Globe*, Jan. 12, 1978, 1; NBC Nightly News, Jan. 11, 1978; "Today," Jan. 11, 1978.

preponderance of scientific evidence strongly suggests that the lower the tar and nicotine content of cigarette smoke, the less harmful are the effects."[52]

2.  USPHS repeated this advice the following year in its 1967 publication, *Health Consequences of Smoking*. *U.S. News & World Report* noted that this publication stated that health risks increased with the number of cigarettes smoked and the amount inhaled.[53]  That same year, Dr. Ashbel Williams, head of the ACS, noted, in a highly-publicized statement, that while he was opposed to all smoking, "If you must smoke, you should be able to choose a cigarette low in tar and nicotine content," and called for that information to be made readily available to smokers.[54]

3.  In Congressional hearings in 1967, cancer researchers discussed techniques for "safer smoking," which included punching holes in filters to create vents, not smoking cigarettes the whole way down, and inhaling less.  Newspapers conveyed this message in headlines such as, "Cigaret habit: New habits can reduce peril," "Change in Cigarettes, Smoking Habit Urged," and "Last, Lingering Puffs Said Most Harmful to Smoker."[55]

4.  In March 1967, researchers at the Roswell Park Memorial Institute published the tar and nicotine content of 56 cigarettes and "advised smokers who would not break the habit to switch to brands that contain low quantities of these harmful substances."  *The New York Times* also cited the brief response of the Tobacco Institute:  "We know of no valid scientific evidence demonstrating that either tar or nicotine is responsible for any human illnesses.  We believe this emphasis on tar and nicotine can mislead and confuse the public."[56]

5.  In August 1967, the FTC implemented the first uniform method for testing the tar and nicotine yields of all cigarette brands.  As newspaper reports noted, the FTC made it clear that "no test can precisely duplicate conditions of actual human smoking" and did not intend to show the amount of tar and nicotine inhaled by a

---

[52] "New Rules Tough on Cigarette Packs," *The Boston Globe*, June 20, 1966; "Label Urged on Cigarette Tar Content," *The Washington Post*, June 23, 1966, E12.
[53] "New Warning for Cigarette Smokers," *U.S. News & World Report*, Sept. 4, 1967, 40.
[54] "Medics Shudder as Teen-Agers Rush to Smoke," *The Boston Globe*, Apr. 1, 1967.  See also, "Elders Drop Cigarette Smoking, Youth Continue," *St. Louis Globe-Democrat*, April 1, 1967, 1.
[55] "Cigaret habit: New habits can reduce peril," *The Newark Star-Ledger*, Aug. 24, 1967, 20; "Final Puffs Called Most Dangerous for Smokers," *Los Angeles Times*, Aug. 24, 1967, 4-I; "Change in Cigarettes, Smoking Habit Urged," *St. Louis Globe-Dispatch*, Aug. 24, 1967, 11A; "Last, Lingering Puffs Said Most Harmful to Smoker," *Duluth News-Tribune*, Aug. 24, 1967, 33; "Holes Help Cigarets, Probe Told," *The Miami Herald*, Aug. 24, 1967, 1-A ; "Smoking & Safety," *Time*, Sept. 1, 1967, 16-17; "New Warning for Cigarette Smokers," *U.S. News & World Report*, Sept. 4, 1967, 40.
[56] "Cigarette Brands Rated On Safety," *The New York Times*, March 15, 1967; "Cancer Researchers Find Wide Variations in 56 Cigaret Study," *The Wall Street Journal*, March 15, 1967, 21.  See also, "On Making It Safe to Smoke," *The New York Times*, March 18, 1967, 8, and "Cigaret Filters 'Inadequate,'" *The Miami Herald*, March 15, 1967, 11-A.

smoker" and instead aimed "to determine the amount generated under a prescribed procedure." The Tobacco Institute contended that the FTC method was unscientific and would produce inaccurate and deceptive results.[57]

6.   The FTC reiterated the same message regarding the purposes of its cigarette testing forty years later on November 13, 2007, when William E. Kovacic, FTC Commissioner, stated before a Congressional committee:

> From the outset, cigarette testing under the FTC Method was intended to produce uniform, standardized data about the tar and nicotine yields of mainstream cigarette smoke, *not* to replicate actual human smoking. Because no known test could accurately replicate human smoking, the FTC believed that the most important objective was to ensure that cigarette companies presented tar and nicotine information to the public based on a standardized method.[58]

NPR reported on Commissioner Kovacic's testimony, noting that "for some time the agency has known the [smoking] robot doesn't accurately reflect what people inhale when they puff on a cigarette," and presented a clip of Kovacic's testimony: "The current ratings tend to be relatively poor indicators of tar and nicotine exposure. Among other reasons, smokers of lower-rated cigarettes tend to take bigger, deeper or more frequent puffs, or otherwise alter their smoking behavior to obtain the dosage of nicotine they need."[59]

7.   In November 1967, the FTC published the first results for tar and nicotine yields, with results appearing in all major newspapers, with headlines such as "Survey by U.S. Rates Cigarette Hazard Order," (*St. Louis Globe-Democrat*) and "Name Your Poison: Here Are Ratings," (*Portland (ME) Press-Herald*). At that time, Senator Magnuson, a driving force behind the FTC tests, explained that the rankings "will enable a smoker who is unable or unwilling to give up smoking to select the least hazardous cigarettes on the market." As several major newspapers noted, "This reflects the views of the Public Health Service" that "the preponderance of scientific evidence strongly suggests that the lower the tar and nicotine content of the cigarette smoke, the less harmful are the effects." The Tobacco Institute rejected this view and released a statement that there was no scientifically established relationship between tar and nicotine levels and human

---

[57] "FTC Orders Formal Testing of Cigarettes for Tar Content," *St. Louis Post-Dispatch*, Aug. 2, 1967, 16A; "The Nation," *Los Angeles Times*, Aug. 2, 1967, 2; "Puffs and Millimeters," *St. Louis Post-Dispatch*, Aug. 13, 1967, 2C. See also, "F.T.C. Plans Test of Cigarette Tar," *The New York Times*, Aug. 2, 1967.
[58] William E. Kovacic, Statement of the Federal Trade Commission, Committee on Commerce, Science, and Transportation, United States Senate, Nov. 13, 2007, http://www.ftc.gov/os/testimony/P064508tobacco.pdf.
[59] "Smoking Robot Doesn't Register Nicotine Affect," National Public Radio, "Morning Edition," Nov. 14, 2007.

health.[60]  The *Chicago Tribune* reported that the president of the Tobacco Institute said "the public should not draw any health conclusions from them [the rankings]."[61]  *The New York Times* also noted that both Surgeon General Stewart and Dr. Daniel Horn of the National Clearinghouse for Smoking and Health "are known to believe that cigarettes high in tars and nicotine are more hazardous than those with low levels."[62]  An editorial in *The New York Times* several days later cited the FTC test as "an important guide" for smokers as the public had a right to know which cigarettes are "less harmful."[63]

8.      National magazines highlighted the FTC cigarette rankings and the message that the lower the tar and nicotine, the better.  In February 1968, *Consumer Reports* noted that whereas the only sure way to avoid health hazards associated with smoking was not to smoke at all, the magazine also asserted, "if the 'preponderance of scientific evidence' about tar and nicotine is correct, then regular, uniformly conducted tar-and-nicotine tests at least offer those who can't or won't stop smoking the better-than-nothing alternative of choosing the least harmful brand available."  In September 1968, the magazine repeated this advice but warned against a "false sense of security" for those who switched down.[64]  *Time* reported that the Tobacco Institute again stated that "no scientific evidence" showed that human health was affected by tar and nicotine.[65]

9.      Throughout the late 1960s, 1970s and 1980s, FTC reports on tar and nicotine content and annual rankings in newspapers regularly stressed that the lower the tar and nicotine, the better for the smoker.  In 1969, Senator Frank Moss commented on a recent FTC finding of a noticeable drop in the tar and nicotine content of cigarettes and asserted that that research and competition "will benefit those smokers who cannot stop."[66]  In 1973, *The Seattle Times* headlined the FTC rankings, "Government identifies 'healthiest' cigarettes."[67]  A 1978 article in *The Miami Herald* about FTC rankings explained, "Federal health authorities say that the more tar and nicotine a cigaret contains, the more dangerous it is to a smoker's

[60] "Survey by U.S. Rates Cigarette Hazard Order," *St. Louis Globe-Democrat*, Nov. 28, 1967, 2B; "Name Your Poison: Here Are Ratings," *Portland (ME) Press-Herald*, Nov. 28, 1967, 1; "US Report Ranks Cigs By Tar," *The New York Times*, Nov. 28, 1967, 1; "U.S. Rates Cigarette Brands," *The Boston Globe*, Nov. 28, 1967; "FTC Report Rates Cigarets," *Los Angeles Times*, Nov. 28, 1967, 1-I; "Tar, Nicotine Ranking of Cigarets Told," *Chicago Tribune*, Nov. 28, 1967, 6-2. See also, "Government Rates 59 Cigarettes," *Minneapolis Star*, Nov. 28, 1967, 3D; "FTC Rates Cigarette Tar, Nicotine," *The Washington Post*, Nov. 28, 1967, A1.
[61] "Tar, Nicotine Ranking of Cigarets Told," *Chicago Tribune*, Nov. 28, 1967, 6-2.
[62] "US Report Ranks Cigs By Tar, *The New York Times*, Nov. 28, 1967, 1.
[63] "The Tar Evidence," *The New York Times*, Dec. 2, 1967, 38.
[64] "Cigarette Controls: A Sick Joke So Far," *Consumer Reports*, Feb. 1968, 97-103; "Ban Cigarette Commercials? Yes, Says the FTC," *Consumer Reports*, Sept. 1968, 481-83.
[65] "Tar, Nicotine & Butts," *Time*, Dec. 8, 1967, 102. See also "Burning Questions," *Newsweek*, Dec. 11, 1967.
[66] "Tar, Nicotine Content of Some Cigarets Fell, Studies by FTC Show," *The Wall Street Journal* Aug. 8, 1969, 16.
[67] "Government identifies 'healthiest' cigarettes," *The Seattle Times*, March 3, 1973, A9.

health" but also reported, "The tobacco Industry insists that questions about the health hazards associated with cigaret smoking remain unanswered."[68] In 1981, the *Chicago Tribune*, headlined the FTC report, "3 cigarettes rated the 'safest.'"[69] In 1984, *The New York Times*, for example, reported, in its headline, "4 Cigarette Brands Rated Low in 3 Risk Categories," and pointed out that, "Federal officials say the more tar, nicotine, and carbon monoxide a cigarette has, the more dangerous it can be to health."[70]

10.    In 1968, USPHS, on behalf of its National Clearinghouse for Smoking and Health, issued the pamphlet "If You Must Smoke." The pamphlet, offered free to the public, contained five recommendations to help smokers who would not quit to "slow down the harmful effects of smoking." One of those suggestions was to "choose a cigarette with less tar and nicotine." The pamphlet also suggested not smoking cigarettes all the way down, taking fewer drags, and reducing inhalation. USPHS reprinted the pamphlet in 1969, 1970, and 1974, with the same suggestions.[71] DHEW touted the same advice in a free booklet, "Unless You Decide to Quit, Your Problem Isn't Going to Be Smoking; Your Problem's Going to Be Staying Alive" (1979). The *Los Angeles Times* publicized the booklet.[72]

11.    USPHS's message and recommendations for "safer" smoking received extensive coverage throughout the United States, in newspapers as well as television news. *The New York Times*, *Chicago Tribune*, *The Boston Globe*, *St. Louis Post-Dispatch*, *Portland (ME) Press Herald*, *The Washington Post*, and *The Miami Herald*, for example, all featured the government's five recommendations for reducing the risks of smoking cigarettes. On CBS Evening News, Walter Cronkite summarized the recommendations.[73]

---

[68] "U.S. Classifies 40% of Cigaret Brands as 'Low' in Tar and Nicotine Content," *The Miami Herald*, May 27, 1978, 4-A.

[69] "3 cigarettes rated the 'safest,'" *Chicago Tribune*, Dec. 16, 1981, 20-1.

[70] "4 Cigarette Brands Rated Low in 3 Risk Categories," *The New York Times*, March 4, 1984, 25-A.

[71] "If You Must Smoke. . . .:  5 ways to reduce the risks of smoking," U.S. Department of Health, Education, and Welfare, National Clearinghouse for Smoking and Health, 1968; reprinted with minor changes in 1969, 1970, and 1974.

[72] "If You Insist on Smoking Here Are Tips To Cut Risk," *Los Angeles Times*, Dec. 25, 1979, 12 XII.

[73] "Persistent Smoker Advised on Hazards," *The New York Times*, Sept. 17, 1968, 37; "If You Must Smoke," *The New York Times*, Sept. 26, 1968, 46; "U.S. Has Advice For Smokers Who Can't Quit," *Chicago Tribune*, Sept. 17, 1968, 10-1A; "If You Smoke, Cut Down, Urges U.S.," *The Boston Globe*, Sept. 17, 1968; "Government Offers Tips On How to Curb Smoking," *St. Louis Post-Dispatch*, Sept. 17, 1968; "If You Can't Lick It . . .Government Offers Smokers Guides," *Portland Press-Herald*, Sept. 17, 1968; "Try This---If You're Still Smoking," *The Washington Post and Times-Herald*, Sept. 17, 1968, A3; "If You've Just Got to Smoke. . ." *The Miami Herald*, Sept. 17, 1968, 1-A; CBS Evening News, Sept. 16, 1968.

12.     Beginning in October 1968, the ACS echoed the counsel of USPHS. Unveiling
        its new 9-point program to quit smoking, the ACS suggested that those who
        would not or could not quit smoking "should be encouraged to use low tar and
        low nicotine cigarettes or switch without inhaling, to pipes or standard cigars."
        The ACS continued for the next 20-plus years to counsel smokers who would not
        quit to "switch down."[74]   A 1977, ABC News report cited the ACS's position that
        smoking "lights" reduced the risk of lung cancer and heart disease by 20 percent
        and featured Dr. Hammond of the ACS: "Smoking low tar-nicotine cigarettes is
        not quite as harmful as smoking high tar-nicotine cigarettes," although he hoped
        smokers "would go in the direction of not smoking at all."[75]

13.     The advice of public health officials for smokers who could not or would not quit
        to "switch down" to low tar cigarettes was proffered in free pamphlets on
        smoking offered to the public through the 1970s and 1980s. In 1972, for
        example, DHEW distributed a pamphlet on quitting that included a section, "How
        To Take Some of the Danger Out of Smoking," which advised smokers, "Choose
        a cigarette with less tar and nicotine" and to inhale less, reduce drags, smoke
        fewer cigarettes, and not smoke cigarettes "the whole way down." This advice
        was reiterated in the reprinting of the pamphlet in 1977.[76]   A 1979 pamphlet
        produced by DHEW, while noting "there is no such thing as a safe cigarette,"
        stated that low tar and low-nicotine cigarettes "are better than high tar and
        nicotine, but that is the only good thing to be said about them."[77]

14.     Through the 1970s, 1980s, and early 1990s, health textbooks, used in high schools
        nationally, echoed the advice from public health officials and national health
        organizations to switch to low tar and nicotine cigarettes if smokers could not or
        would not quit. *Principles of Health Science* (1975) directly quoted USPHS's
        pamphlet, "If You Must Smoke,"[78] and its five recommendations. *Modern Health*
        (1976) also quoted USPHS' "If you must smoke" pamphlet in a section of the
        magazine called "Current Readings" and advised readers to "take a few of the
        dangers out of smoking."[79]   The 1980 edition of *Modern Health*, while noting

---

[74] "Cancer Society Plans New Attack on Smoking," *Los Angeles Times*, Nov. 28, 1968, 9-IA; "9-Part Plan Adopted on Smoking," *The Washington Post and Times-Herald*, Oct. 24, 1968, A17; "Cancer Society Will Wage New War Against Smoking," *The Miami Herald*, Oct. 24, 1968, 8-B; "Cigarette Smoking Fight Renewed," *Boston Herald*, Oct. 24, 1968, 2; "To Pursue Crusade Against Cigarettes," *The Kansas City Times,* Oct. 24, 1968, 15B; New War Mapped on Cigarets," *Cancer Facts and Figures*, American Cancer Society, 1989, 21.

[75] ABC Evening News, July 1, 1977.

[76] U.S. Department of Health, Education, and Welfare, 1972, reprint, 1977 ("unless you decide to quit, your problem isn't going to be smoking; your problem's going to be staying alive").

[77] "We Americans have seen the light. . .," U.S. Department of Health, Education, and Welfare, 1979.

[78] Kenneth Jones, Louis W. Shainberg, Curtis O. Byer, *Principles of Health* (New York: Harper & Row, 1975), 329-331. See also, Jones, Shainberg, and Byer *Dimensions: A Changing Concept of Health* (San Francisco: Canfield Press, 1972), 163-66, which advised "switching down."

[79] James Otto, Cloyd J. Julian, J. Edward Tether, and Myra E. Madnick, *Modern Health* (New York: Holt, Rinehart and Winston, 1976), 29.

"there is no such thing as a safe cigarette," claimed that low-yield cigarettes were better than regulars but not as safe as not smoking at all. *Focusing on Health* (1978) explained to students "the higher the nicotine and tar content, the greater the risk" while *Healthful Living for Today and Tomorrow* (1978) suggested, to those who could not or would not quit, "Switch to low-tar and low-nicotine brands of cigarettes," and to take fewer draws and inhale less.[80] *Tobacco: Facts for Decisions* (1983) stressed that while smoking was never safe, "if you try to find a safer cigarette you can" and suggested that students "[t]ry to find a brand that's low in tar and nicotine" and to smoke it "the way you smoked your old brand."[81] *Health* (1984) advised: "to people who refuse to quit, the ACS cautions that low-tar brands should be smoked."[82]  Similarly, *Health: The Science of Human Adaptation* (1986) noted that "Many health authorities approve of this switch away from high-tar and high-nicotine cigarettes" as switching down reduced the risk of lung cancer and "chance for longer life" while noting problems related to compensation.[83] *Exploring Health: Expanding the Boundaries of Wellness* (1992) explained that there was no such thing as a safe cigarette but low tar and low-nicotine cigarettes "reduce the risk of cancer slightly and may make it easier to quit in the future."[84]

15.    Similarly, some smoking education materials also advised those who could not or would not quit smoking to switch to low tar cigarettes. "What you should know about Smoking and Cancer", a pamphlet handed out by anti-smoking organizations (as late as 2006 in Massachusetts state community health resource centers) answered the question of whether low tar and nicotine cigarettes were "better," by stating: "For smokers who won't quit, they're a good halfway measure.  However, they're not risk-free."  The pamphlet warned that "each cigarette you smoke increases your risk of cancer," and that "risk depends on how long you've been smoking," as well as the strength of your cigarettes; how much you smoke; and how deeply you inhale.[85]

16.    The federal government reiterated this advice regarding "safer" smoking in a series of public service announcements, first broadcasted on television in the mid-1970s. "Halfway Measure," produced by DHEW, depicted cigarettes marked with a bright red line, and explained that "the most dangerous part of your cigarette is the last," and the source of the highest dose of tar and nicotine. "So if

[80] Jessie Helen Haag, *Focusing on Health* (Austin, Texas: Steck-Vaughn Company, 1978), 198; Edwin McClendon, Wanda H. Jubb, Robert G. Norred, and Gearldine Moore, *Healthful Living for Today and Tomorrow* (River Forest, IL: Laidlaw Brothers, Teacher's ed. 1978), 503.
[81] Nancy Raines Day, *Tobacco: Facts for Decisions* (Syracuse, NY: New Readers Press, 1983), 27-29.
[82] John La Place, *Health* (Englewood Cliffs, New Jersey: Prentice-Hall, Inc., 1984), 311.
[83] Charles Carroll and Dean Miller, *Health: The Science of Human Adaptation* (Dubuque, IA: Wm. C. Brown Publishers, 1986), 121.
[84] Jerrold S. Greenberg and George B. Dintiman, *Exploring Health: Expanding the Boundaries of Wellness*, (Englewood Cliffs, New Jersey: Prentice-Hall, 1992), 306.
[85] "What you should know about Smoking and Cancer," (A Scriptographic Booklet, 1988).

you haven't stopped smoking, at least stop smoking halfway." Similarly, "Alarm" told smokers to "stop halfway down if you can't quit." A USPHS public service announcement explained, "There is no such thing as a harmless cigarette. But a low tar and nicotine cigarette can save you—a little" and "that's better than nothing." Similarly, another USPHS clip explained, "The cigarette world is divided into bad and worse. This is bad [showing a low tar and nicotine cigarette] and this is worse [showing a cigarette with twice as much tar as the first cigarette]." The announcement offered a "free tar and nicotine list" from the USPHS to inform smokers of the less hazardous brands. "Smoke Watch," sponsored by the National Interagency Council on Smoking and Health also encouraged smokers to change to low tar and nicotine cigarettes if they insisted on smoking.[86]

17.    The Surgeon General repeated this advice throughout the 1970s and early 1980s and it would not be modified until 2001. In 1971, Surgeon General Jessie Steinfeld's report concluded that the risk of developing lung cancer was higher for those who "smoke high 'tar' cigarettes or smoke in such a manner as to produce higher levels of 'tar' in the inhaled smoke."[87] In November 1977, ABC Evening News reported that the Surgeon General wished everyone would quit smoking but "that we're 300 years too late for that and the government should help develop a safe cigarette." NBC Nightly News reported the same day, "the president's health advisor says people cannot be stopped from smoking and so the government ought to help develop a safe cigarette."[88] In 1979, newspapers publicized the Surgeon General's advice that "those who are unable or unwilling to stop ought to smoke brands lower in tar and nicotine, inhale less, smoke cigarettes only halfway down and reduce use."[89] The Surgeon General reiterated this advice later that year, in July 1979, when he issued the "First Surgeon General's Report on Health Promotion and Disease Prevention." On its front page, *The Miami Herald*, highlighted "Tips" from the Surgeon General, which included "Stop or reduce smoking. Smoke low-tar and low-nicotine brands if you must."[90] *The New York Times* editorial, "Those Killer Cigarettes," responded to the 1979 Surgeon

[86] "Halfway Measure," U.S. Department of Health, Education, and Welfare, mid-1970s; "Alarm," U.S. Department of Health, Education, and Welfare, mid-1970s; "Bad and Worse," U.S. Public Health Service, mid-1970s; "Smoke Watch," National Interagency Council on Smoking and Health, 1975.
[87] *The Health Consequences of Smoking: A Report of the Surgeon General: 1971*, (Washington: U.S. Government Printing Office), 11.
[88] ABC Evening News, Nov. 10, 1977; NBC Nightly News, Nov. 10, 1977.
[89] "Warning to Women Smokers," *Los Angeles Times*, Jan. 11, 1979, 1; "New U.S. Report on Smoking Reaffirms And Expands Previous Health Warnings," *The Wall Street Journal*, Jan. 12, 1979, 2; "Bad News for Smokers," *Minneapolis Star*, Jan. 11, 1979, 1A.
[90] "Surgeon General Gives Some Tips," *The Miami Herald*, July 29, 1979, 1-A. See also accompanying *The Miami Herald* article, "Our Lifestyle Is a Killer, U.S. Says," which quoted the Surgeon General's report "'Those who are unable or unwilling to stop ought to smoke brands low in tar and nicotine,' as well as inhaling less, smoking cigarets only half-way and gradually reducing their use."

General's report, noting "no one is sure what works best. Should physicians encourage a switch to low-nicotine, low tar cigarettes to reduce each puff's effect? Or should they encourage high-nicotine, low-tar cigarettes so that smokers can satisfy their carving for nicotine with fewer puffs?"[91] In 1981, Surgeon General Julius Richmond's report, "The Changing Cigarette," while pointing out the limitations of low-yield cigarettes, noted that smoking them slightly reduced the risk of lung cancer.[92] *The Boston Globe* headlined the story on its front page: "U.S.: If you must smoke . . ." (*The Boston Globe*, Jan. 12, 1981, 1). ABC Evening News reiterated that conclusion, noting that low tar cigarettes were "slightly less hazardous," while at the same time stressing, that there is "no such thing as a safe cigarette."[93] That same year, USPHS published, *Smoking, Tobacco & Health, A Fact Book* (1981), which continued to repeat the organization's 1966 statement: "the preponderance of scientific evidence strongly suggests that the lower the tar and nicotine content of a cigarette, the less harmful will be the effect." The booklet noted, "Smokers should understand, however, that in shifting to a less hazardous cigarette, they should be careful not to begin smoking more cigarettes or inhaling more deeply," and the best way to reduce all risk was to quit.[94]

18.     Popular national magazines summarized and echoed the findings of the Surgeon General's reports and the advice of public health authorities regarding low tar cigarettes. In 1971, for example, *Reader's Digest* summarized the 1971 report, as well as a recent report of the Royal College of Physicians, "Smoking and Health Now." The magazine advised readers that "the best thing is for all smokers to quit—cold turkey." For those who could not or would not quit, they "must be encouraged to smoke fewer cigarettes and less of each one. . ., to take the cigarette out of the mouth between puffs, not to relight half-smoked cigarettes, and to smoke brands with low nicotine and tar content."[95] In April 1975, an article on women smokers in *Good Housekeeping* quoted Dr. Daniel Horn, former director of the National Clearinghouse for Smoking and Health: "Dr. Horn's advice for women who have found it difficult to quit once and for all is to stop smoking as often as possible for as long as possible, to stretch the interval between cigarettes, and to smoke cigarettes containing less tar and nicotine."[96] In April 1980, *Good Housekeeping* published the latest listing of low tar cigarettes, based on the FTC test, and advised: "With lung cancer now the No. 2 cancer-killer of women, health experts are reemphasizing that women smokers should quit, cut down, or, at the very least, smoke low-tar cigarettes" as recent studies

---

[91] "Those Killer Cigarettes," *The New York Times*, Jan. 12, 1979.
[92] See, for example, "Switching to Low-Tar Cigarettes Is Endorsed," *The Washington Post*, Jan. 13, 1981, A4; "'No safe cigarettes,' surgeon general says," *St. Louis Globe-Democrat*, Jan. 13, 1981, 1A.
[93] ABC Evening News, Jan. 12, 1981.
[94] *Smoking, Tobacco & Health: A Fact Book*, U.S. Department of Health and Human Services, Public Health Service, Office on Smoking and Health (Washington, 1981), 18-19.
[95] "Still Dying for a Smoke?," *Reader's Digest*, July 1971, 49-52.
[96] "The growing risks that women smokers face," *Good Housekeeping*, Apr. 1975, 181-82.

showed that "smoking low-tar cigarettes slightly reduces a smoker's chances of getting lung cancer or a heart attack."[97]

19.    Beginning in 1971, cigarette manufacturers listed FTC method tar and nicotine yields in ads.  Newspapers reported that tar and nicotine content was "a factor the US surgeon general has determined crucial to links between smoking and disease."  Several newspapers noted, "The Surgeon General's office has long touted a switch to lower tar and nicotine cigarettes for smokers who can't or won't give up the habit . . . ."[98]

20.    In 1979, two broadly publicized ACS studies concluded that low-yield cigarettes reduced the risk of lung cancer.  At the same time, the researchers stressed that there was no such thing as a "safe" cigarette.  In February 1979, Drs. Auerbach and Hammond reported that precancerous lung changes occurred less often among those who smoked low-yield cigarettes, and newspaper headlines summarized their findings.[99]  In November 1979, the ACS reported the findings of a 20-year study, the "largest human biological study ever undertaken of life and death," reported in national newspapers and national television news.  According to the study's author, Dr. Hammond, "the greatest significance from the study is the powerful evidence of lethal hazards in cigarettes, and the finding that a switch to low-tar, low-nicotine brands can reduce the chances of heart disease and lung cancer."[100]  ABC Evening News also reported that the study showed that "low-tar cigarettes are not as dangerous as high tar brands."[101]

21.    In September 1982, national newspapers and national television news publicized an ACS study, conducted over twelve years with one million people, that concluded that switching to low tar and low-nicotine cigarettes sharply reduced a smoker's risk of lung cancer, heart disease, and other smoking-related ailments.  Notably, researcher Lawrence Garfinkel emphasized that low tar cigarette smokers remained at a "much higher risk than people who do not smoke" and

---

[97] "The latest on low-tar cigarettes," *Good Housekeeping*, Apr. 1980, 295.

[98] "Cigaret Ads To List Tar, Nicotine Amounts," *Chicago Tribune*, Feb. 6, 1971, 11-1; "Cigarette Ads To Start Listing Tar and Nicotine," *Portland (ME) Evening Express*, Feb. 5, 1971, 8; "More Data on Cigarettes," *Worcester (MA) Evening Gazette*, Feb. 5, 1971, 4.  See also, "Cigarette Concerns Will Present Data on Tar and Nicotine," *The New York Times*, Feb. 6, 1971, 38; "Most cigarettes soon to list tar, nicotine contents," *Minneapolis Star*, Feb. 5, 1971, 7B; FTC Asks Congress to Require Stiff Warnings in Cigarette Ads and on Packs," *The New York Times*, Feb. 4, 1971, 19.

[99] "Less Hazard Seen in Mild Cigarettes," *The Washington Post*, Feb. 22, 1979, A1.  See also, "Lower Tar, Nic in Cigarets May Be Cutting Cancer Risk," *The Wall Street Journal*, Feb. 23,1979, 18; "Lung-Cancer Death Toll May Dip Due to Cleaner Cigarets, MDs Say," *The Miami Herald*, Feb. 23, 1979, 12-A; "Safer cigarettes cut cancer risk," *St. Louis Globe-Democrat*, Feb. 23, 1979, 13A; "Today's 'mild' cigarettes are less of a risk," *Minneapolis Star*, Feb. 22, 1979, 8-D.

[100] "The Greatest Threat to Health," *Los Angeles Times*, Nov. 9, 1979, 8IV.

[101] ABC Evening News, Nov. 8, 1979.

"[t]he best thing is not to smoke." Many headlines stressed that low-yield cigarettes were "safer."[102]

22.    National network news programs also reported on the ACS study. ABC Evening News stated that switching to low tar and low-nicotine cigarettes "sharply reduces the chances of getting lung cancer, heart disease, or other smoking-related diseases," while NBC Nightly News stated that switching would "greatly reduce" health risks but pointed out that low-yield cigarette smokers still were at a higher risk than nonsmokers.[103]

23.    A nationally-publicized study in July 1986, concluded that ultra-low tar cigarettes, although not completely tar-free, "will significantly reduce a smoker's exposure to the toxic chemicals in tobacco smoke," but warned that smoking these cigarettes is "still dangerous, but their use may minimize the risks of cigarette smoking in people unable to quit altogether." Again, headlines stressed that these cigarettes were "safer."[104]

## III.    WARNINGS ABOUT THE LIMITATION OF LOW TAR CIGARETTES

1.    The public consistently received the message, from public health officials, national health organizations, and cancer researchers— that no cigarette is safe. As early as 1964, the Surgeon General warned smokers not to put all of their faith in low tar and nicotine cigarettes. *Consumer Reports* noted that the Surgeon General's report "scrupulously avoids any suggestion that some cigarettes may be safer than others." Surgeon General Terry noted in the article that the evidence was inconclusive whether some cigarettes were safer than others and since "we do not yet know all the substances in tobacco smoke that have adverse heath effects, a given filter might permit the selective passage of hazardous substances, as well as selectively removing others." The next month, in April 1964, on a CBS News program on cigarettes, Surgeon General Terry sounded even more skeptical: "Actually, I do not believe that there is any scientific evidence today to lead us to believe that a safe cigarette will be developed in the immediate future."[105] An article on college smoking in *Mademoiselle* in August 1964 cited the search for a safe cigarette but noted, "The Surgeon General doubts one is possible."[106]

---

[102] "Low-tar cigarettes safer, study finds," *St. Louis Globe-Democrat*, Sept. 11-12, 1982, 27C; "Low-Tar Smokers Have Less Risk of Fatal Lung Cancer, Expert Says," *The Miami Herald*, Sept. 11, 1982, 19A; "Study: low tar cigarettes cut cancer risk," *The Boston Globe*, Sept. 11, 1982, 3; "Low-tar cigarettes are safer, study says," *Minneapolis Star*, Sept. 11, 1982, 3A.
[103] ABC Evening News, Sept. 10, 1982; NBC Nightly News, Sept. 10, 1982.
[104] "'Tar-Free' Cigarettes," *The New York Times*, July 15, 1986, C8. See also, "Low-Tar Cigarettes Said Safer," *The Washington Post*, July 11, 1986, A5.
[105] "Smoking," *Consumer Reports*, March 1964, 112-115; CBS Reports: Cigarettes—A Collision of Interests," broadcasted on April 15, 1964.
[106] "College Smoking—How Come Nobody's Stopped?" *Mademoiselle*, Aug. 1964, 268.