2.      In January 1964, Dr. Wendell G. Scott, National President on the ACS asserted that research might lead to the production of a "safer" cigarette, although, he warned that, "It will never be safe to smoke."[107]

3.      Leading cancer researchers, while encouraging the development of safer cigarettes, insisted that smoking would never be "safe." In March 1964, for example, as he urged both the tobacco industry and the federal government to make cigarettes less hazardous, and praised significant reductions in tar and nicotine content in the last 15 years, Dr. Wynder insisted in testimony before the Federal Trade Commission in 1964, "There is no safe cigarette. Probably there never will be a safe cigarette. But there are cigarettes that are less harmful than others."[108]  Similarly, the next month, in April 1964, Dr. Wynder told a group of cancer researchers that although cigarettes had been made "'less hazardous'—he would not say 'safer'—in the last few years," but that cigarettes would probably never be made entirely safe. The only way to avoid the risks of lung cancer from smoking, he pointed out, was not to smoke."[109]

4.      In November 1966, *Reader's Digest* listed tar and nicotine ratings for 30 of the most popular brands of filter tips, and pointed out that "the amount of tar and nicotine derived from a cigarette depends upon how much tobacco the cigarette contains and how much is smoked, whether by laboratory device or human smoker."[110]

5.      A 1966 study showed that smokers of some filter-tip cigarettes actually inhaled more tar and nicotine that those who smoked filtered brands. Researchers concluded, as *The Miami Herald* noted on its front page, that no filter "fully protects the smoker from cancer, and other diseases attributable to smoking." The following year, in July 1967, Surgeon General William H. Stewart asserted that no cigarette filter can give complete protection and the "only complete answer to the hazard of cigarette smoking is to give up the habit or never acquire it in the first place."[111]

6.      In hearings before a Congressional committee regarding cigarette filters, in August 1967, Dr. Ernest Wynder stated that "the public was being deluded if it thought 'a safe cigarette is just around the corner.'" Dr. Kenneth Endicott,

---

[107] "Smokers' Deaths From Lung Cancer Put at 1 Daily Here," *St. Louis Globe-Democrat*, Jan. 16, 1964, 3A.
[108] "Urges Research On Cigarettes To Make Them Less Harmful," *St. Louis Post-Dispatch*, March 19, 1964, 2A.
[109] "Less Hazardous," *Time*, Apr. 17, 1964, 60. See also, "Filters Remove Some of Cigarets' Hazard, Two Researchers Say," *The Wall Street Journal*, Apr. 13, 1964.
[110] "To the Cigarette Makers: Just the Facts, Please," *Reader's Digest*, Nov. 1966, 61-67.
[111] "Tests Show Filter Fails the Smoker," *The Miami Herald,* August 30, 1966, 1-A; "Surgeon General Warns on Filters," *The New York Times*, July 14, 1967, 20.

director of the NCI, also stated that same month, "'I don't think we'll ever get a safe cigarette,' but hoped that a less hazardous one could be developed."[112]

7.     In 1967, the FTC instituted a method to measure tar and nicotine content in cigarettes.  From the beginning, widespread warnings regarding the FTC method's limitations appeared in newspapers, magazines, and television reports. In August 1967, newspapers reported the Tobacco Institute's contention that the FTC method was unscientific and would produce inaccurate and deceptive results.[113]  When the FTC published its first rankings of tar and nicotine levels, newspapers reported the Tobacco Institute's warning to smokers not to draw any health conclusions based on these rankings.[114]

8.     In 1968, *Consumer Reports*, using the first FTC tar and nicotine ratings, argued that filters alone did not cut back on tar and nicotine and that the only reliable way to avoid the hazards of smoking is to quit, adding that "no threshold of danger for these agents [tar and nicotine] has been established," and warned against a "false sense of security" for those who smoked these cigarettes.[115]

9.     In August 1968, in a widely publicized study, researchers at the Roswell Park Memorial Institute concluded that smokers who switched to filter cigarettes reduced their chances of getting lung cancer by about 40 percent but that filter cigarettes "cannot be called safe" and that switching to filters "is not as good as stopping completely."[116]  Newspaper headlines stressed the findings that filtered cigarettes were "safer." Such headlines included:  "U.S. Smoking Less; Filters Termed Safer" (*The Evening Boston Globe*, Aug. 23, 1968, 13), "State Report Finds Less Cancer Risk in Filter Cigarettes" (*The New York Times*, Aug. 23, 1968,1), and "Switch Cuts Cancer Risk In Smoking" (*St. Louis Globe-Democrat*, Aug. 23, 1968, 11A).

10.    In February 1970, an ACS study received wide publicity when beagles, inhaling cigarette smoke without filters, developed lung cancer while those who inhaled smoke through filters suffered some damage to their lungs but no cancer.  *The New York Times* quoted the ACS warning that filtered cigarette smokers should not be "lulled into a feeling of false security by the report" and *The Washington Post* reported, "The Cancer Society cautioned, however, that filter cigarettes are

---

[112] "Cigarette Filter To Get New Tests," *The New York Times*, Aug. 24, 1967, 1; "Lung Cancer Outlook Grim," *Boston Herald*, Aug. 18, 1967, 1.  See also, "Cancer Institute Head Kicks Cigarette Habit of 30 Years," *The Washington Post and Times-Herald*, Aug. 18, 1967, A7.
[113] "FTC Orders Formal Testing of Cigarettes for Tar Content," *St. Louis Post-Dispatch*, Aug. 2, 1967, 16A; "F.T.C. Plans Test of Cigarette Tar," *The New York Times*, Aug. 2, 1967; "The Nation," *Los Angeles Times*, Aug. 2, 1967, 2.  See also, "Puffs and Millimeters," *St. Louis Post-Dispatch*, Aug. 13, 1967, 2C.
[114] See, for example, "Tar, Nicotine Ranking of Cigarets Told," *Chicago Tribune*, Nov. 28, 1967, 6-2.
[115] "Ban Cigarette Commercials Yes, Says the FTC," *Consumer Reports*, Sept. 1968, 481-83.
[116] "U.S. Smoking Less; Filters Termed Safer," *The Boston Evening Globe*, Aug. 23, 1968, 13.

not 'safe cigarettes.' They are just as harmful."[117]  *Time* quoted an ACS spokesman who "cautioned that the filter cigarette cannot 'objectively be called a 'safe' cigarette' simply because the dogs kept on filter cigarettes did not develop cancer."[118]  Similarly, *Reader's Digest*, reporting on the study, noted that Drs. Auerbach and Hammond, who conducted the experiment, "point out that these results do *not* mean that either 'light smoking' or the smoking of filter-tip cigarettes is 'safe.'"[119]

11.     Newspapers reported in December 1970 that the tobacco industry agreed to the FTC's request to include the FTC tar and nicotine ratings in cigarette ads.  *The New York Times* quoted the head of the Tobacco Institute: "there is of course no way to know that any given levels are of any relevance beyond simple matters of taste of individual smokers.  Nevertheless, certain members of Congress and the commission feel it is desirable to provide this information."[120]

12.     In May 1976, a British study found that smokers who switched to low tar and nicotine cigarettes compensated by smoking more, received widespread attention.  *Consumer Reports* reported on the British study in an article published in May 1976, "Less Tar, Less Nicotine: Is That Good?"  The article noted that while less tar is better, low nicotine cigarettes may do more harm than good as smokers, as described in British studies, made "several adjustments," including smoking to a shorter butt length, increasing the number of and size of their puffs, and drawing the smoke more deeply into their lungs and holding it there longer.[121]  Betty Furness of NBC's "Today" also reported on the British study, and warned viewers, "Don't be too sure" that low-yield cigarettes are safer.  As she explained, "There's no doubt that reducing tar is a swell idea.  Some elements in tar are what cause or promote lung cancer.  But reducing the amount of tar and nicotine in a single cigarette may not accomplish all you think it will."  Referencing the *Consumer Reports* article, Furness explained:

> In a study of smoking habits, smokers given low-nicotine cigarettes smoked more of them per day.  And quite subconsciously, these people changed their smoking habits.  They took more puffs or deeper puffs of a low nicotine cigarette.  They inhaled more deeply or held the smoke longer.  They smoked to a shorter butt—which is

---

[117]  NBC Nightly News, Feb. 5, 1970; "12 Dogs Develop Lung Cancer in Group of 86 Taught to Smoke," *The New York Times*, Feb. 6, 1970, 1; "Cigarettes Produce Cancer in Test Dogs," *The Washington Post*, Feb. 6, 1970, A1; "Dogs Develop Lung Cancer From Smoking," *Duluth News-Tribune*, Feb. 6, 1970, 1.  See also, "The Beagle Smoked; The Beagle Got Lung Cancer," *The New York Times*, Feb. 8, 1970, 9IV, which reiterated the ACS warning.
[118]  "Smoking and Cancer—in Dogs," *Time,* Feb. 16, 1970, 48.
[119]  "Last Gasp for Cigarettes?," *The Reader's Digest*, Apr. 1970, 92-95.
[120]  "8 Cigarette Makers To List Tars in Ads," *The New York Times*, Dec. 24, 1970, 1.
[121]  "Less Tar, Less Nicotine: Is That Good?," *Consumer Reports*, May 1976, 274-76.

> bad---because the last few puffs contain much more tar,
> nicotine, and carbon monoxide than the first puffs.[122]

13.    Studies of the ways that human smokers modified their behavior when smoking
       "lights" often melded with criticism of the FTC method of measuring tar and
       nicotine levels.  A two-part article published in *Reader's Digest* in October and
       December 1976, for example, reported results of research conducted by the
       magazine.  The first article pointed out that the FTC's machine tests for
       measuring tar and nicotine did not replicate the way that people usually smoke as
       "many smokers take more frequent puffs or deeper drags, habits which change the
       burning rate of the cigarette and hence affect the chemical content of the smoke."
       The article also noted that low tar and nicotine cigarettes gave off more
       "poisonous gases" than regular cigarettes.  In November 1976, ABC Evening
       News reported that the study was "something new to worry about."[123]  The second
       part of the article concluded, in italics, "*Since nicotine is assumed to be the
       habituating element in cigarette smoke, many smokers may draw more deeply and
       inhale more often when they smoke low-nicotine brands---enormously increasing
       their tar and gas intake in an effort to get their nicotine fix.*"[124]  Two years later,
       in 1978, the magazine summarized recent findings on smoking and stressed, "A
       smoker switching to the new low-poison brands reduces---*but does not
       eliminate*---the risk of smoking," as low-yield smokers tended to inhale more
       deeply and more often and to smoke more cigarettes.[125]

14.    In September 1976, a long-term study by the ACS, of 900,000 Americans over a
       12-year period, provided scientific support that low tar and nicotine cigarettes
       reduced the risk of lung cancer.  Newspapers across the country publicized the
       study, with headlines touting low tar cigarettes as "safer."  These headlines
       included:  "Study Says Smoking Low-Tar Cigarettes Causes Fewer Deaths" (*The
       Wall Street Journal*, Sept. 15, 1976, A6), "Ideas and Trends: Low Tar Better, No
       Smoking Best" (*The New York Times*, Sept. 19, 1976, 6-IV), "Low-Tar Cigarettes
       Reduce Cancer Risk" (*St. Louis Post-Dispatch*, Sept. 14, 1976, 1A), "Low-tar
       cigarettes cut risk of cancer" (*The Evening Boston Globe*, Sept. 14, 1976), "Low-
       tar cigarette safer, study shows" (*Minneapolis Star*, Sept. 15, 1976, 6-B), and
       "Tar, Nicotine Risk Cited" (*The Washington Post,* Sept. 15, 1976).  *The
       Washington Post* also printed the latest FTC tar and nicotine rankings of 145
       brands of cigarettes with its story.  At the same time, chief researcher Dr.
       Hammond repeatedly advised caution that smoking could ever be safe.
       Television network evening news programs, as well as NBC's "Today" reported
       extensively on the ACS study and featured interviews with Dr. Hammond, who

---

[122] "Today," May 19, 1976.
[123] "Poison Gases in Your Cigarettes:  Carbon Monoxide," *Reader's Digest*, Oct. 1976, 114-18;
ABC Evening News, Nov. 5, 1976.
[124] "Poison Gases in Your Cigarettes, Part II:  Hydrogen Cyanide and Nitrogen Oxides," *Reader's
Digest*, Dec. 1976, 92-98.
[125] "Cigarettes: What Do the Smoke Signals Say," *Reader's Digest*, Apr. 1978, 95-99.

stressed that there is no such thing as a "safe" cigarette and that it was best not to smoke at all. As Dr. Hammond explained on NBC Nightly News, "[I]t is far better that people do not smoke. But if they're going to smoke, as many people are plainly going to do, they're better off smoking the cigarettes with low tar and nicotine than high tar and nicotine." CBS Evening News reported that the study indicated that switching to a low tar and nicotine cigarette was "a step in the right direction" as evidence now showed "this move is a wise one." Again, Dr. Hammond explained that it was not "safe" to smoke low tar cigarettes. CBS News included a response from the Tobacco Institute which, a reporter noted, remained "unimpressed" with the study. A spokesman for the Institute questioned the study's "excessive reliance on numbers." "Today" also included a one-sentence statement regarding the Tobacco Institute's rejection of the findings, "saying there is still no laboratory evidence that low or high tar and nicotine cigarettes produce cancer at all."[126]

15.     In November 1976, an ABC Evening News report on "safer" cigarettes cited Dr. Hammond: "Dr. Hammond says the data on low tar cigarettes does look encouraging but it's too soon to tell how safe those cigarettes really are." ABC News again featured Dr. Hammond in a low tar cigarette report in July 1977, where he repeated, "Smoking low tar-nicotine cigarettes is not quite as harmful as smoking high tar-nicotine cigarettes. And this is true for total deaths and also for lung cancer—not quite as bad. I would hope that they [smokers] would go in the direction of not smoking at all." The report also cited the ACS' claim that "light cigarettes reduce the occurrence of lung cancer and coronary heart disease on the average of 20 percent but they are still considered a threat to life." A reporter summarized that "smokers of light cigarettes die sooner than non-smokers . . . .The Society's conclusion is that the reduction of tar and nicotine does not make a cigarette safe."[127] Newsweek reiterated that while "low-tar and low-nicotine cigarette brands are safer than stronger ones . . . the safest course by far is not to smoke at all."[128]

16.     In May 1978, newspapers and national television news programs reported on a Harvard study that found that smokers "unconsciously alter their smoking behavior" when given both high and low nicotine cigarettes, without being told the difference. They consistently held the smoke from low nicotine cigarettes in their lungs longer "in an apparent effort to extract more satisfaction from them." The Boston Globe reported that coupled with a recent British study documenting compensation, "the new finding suggests that 'safer' cigarettes may not pose a lower health risk than their high tar and nicotine predecessors." NBC Nightly News reported the Harvard study, asserting that "low tar and low nicotine cigarettes may be dangerous to health" as smokers "tend to hold the smoke in

---

[126] NBC Nightly News, Sept. 14, 1976; CBS Evening News, Sept. 14, 1976; "Today," Sept. 15, 1976.
[127] ABC Evening News, July 1, 1977.
[128] "Lower Tar, Lower Risk," Newsweek, Sept. 27, 1976, 68.

their lungs longer than with regular cigarettes, to get more satisfaction." Two years later, CBS Evening News reported that while the percentage of Americans who smoked was dropping, "the Public Health Service thinks that many Americans smoking low tar cigarettes are smoking more of them to get the same kick."[129]

17.    Smoking and health pamphlets distributed by the federal government from the mid-1970s forward pointed out the risks in smoking low tar cigarettes. In a 1976 pamphlet aimed at young people, for example, DHEW pointed out that low tar, low-nicotine cigarettes may reduce health risk if the smoker does not smoke more, "but the only safe cigarette is one not smoked."[130] Similarly, in 1989, another pamphlet from DHEW on quitting smoking rejected the "rationalization" that smoking low tar cigarettes was safe: "These cigarettes still contain harmful substances, and many smokers who use them inhale more often and more deeply to maintain their nicotine intake." Public health officials reiterated this advice in the reprint of this pamphlet in 1995.[131]

18.    In August 1978, Surgeon General Julius Richmond restated in a broadly publicized statement reported in newspapers and national evening news broadcasts that, "There is no known safe level of smoking of any cigarette of any type" and that "there is no data anywhere in the large body of literature that holds out any hope that there is such a thing as a 'safe' cigarette or a safe level of smoking." Newspaper headlines across the country encapsulated the Surgeon General's message in their headlines: "Health Authorities Dispute 'No Risk' Cigarette Study" (*Los Angeles Times*, Aug. 11, 1978, 1-I), "Smokers Warned None Safe" (*The Boston Globe*, Aug. 11, 1978, 15), and "No cigarette is safe, surgeon general warns" (*St. Louis Globe-Democrat*, Aug. 11, 1978, 12A).[132] CBS Evening News, NBC Nightly News, and ABC Evening News all quoted the Surgeon General's remarks that no cigarettes are safe. *The Washington Post* also cited additional public health officials denouncing the notion of a "safe" cigarette. At the same time, the newspaper cited Dr. Arthur Holleb, medical director of the

---

[129] "Report suggests high risk in low tar cigarettes," *The Boston Globe*, May 8, 1978, 3. Dr. Huber, who directed the study, wrote a letter to the editor clarifying the *Globe's* account, noting that the study evaluated smokers given low-nicotine cigarettes only, not those low in tar. See "Letters to the Editor, *The Boston Globe*, June 28, 1978. NBC Nightly News, May 8, 1978; CBS Evening News, Nov. 20, 1980.

[130] "8 reasons young people smoke. . .," U.S. Department of Health, Education and Welfare, 1976.

[131] "Clearing the Air: How to Quit Smoking and Quit for Keeps," U.S. Department of HEW, 1989; "Clearing the Air: How to Quit Smoking . . .And Quit for Keeps," National Cancer Institute and the National Institute of Health, 1995.

[132] See also, "Surgeon General Attacks Report on Low Risk Cigarette Smoking," *Portland (ME) Press Herald*, Aug. 11, 1978; "Health officials angered by 'safer smoking' study," *Minneapolis Star*, Aug. 11, 1978, 8A; "Official seeing fire in smoke study," *The Dallas Morning News*, Aug. 10, 1978, 3A.

ACS, who while agreeing that "'there is no such thing as a proven safe cigarette,' agreed that low tar and nicotine cigarettes impose less serious risks of disease."[133]

19.     Nationally-syndicated advice columnists also refuted the notion of "safe" cigarettes. In September 1978, for example, Ann Landers, responding to a query from a concerned reader about "safe" smoking, quoted the Surgeon General: "While some cigarettes are less hazardous than others, there is no data anywhere in the large body of scientific evidence on the dangers of smoking that holds out any hope that there is a 'safe' cigarette." She also quoted another physician who warned that low tar smokers may possess a "false sense of security." She concluded her advice: "The truth is—the only safe cigarette is one that is unlighted." Landers reiterated this advice in 1983, and stressed, "No cigarette is safe to smoke."[134] Similarly, a letter writer to "Ask Beth" asked if it was "OK" to smoke low tar/low nicotine cigarettes, to which she replied, "No, it isn't. . . . The only safe cigarette is one that never gets lit."[135]

20.     While continuing to advise smokers who would not or could not quit to "switch down," the federal government pointed out the limitations of low tar cigarettes. National television news shows featured warnings regarding low tar cigarettes in the 1979 Surgeon General's report. On January 11, 1979, NBC News reported that "the overall death rate for current cigarette smokers is 70 percent higher than for non-smokers. For low tar and nicotine cigarette smokers, the rate is fifty percent higher than non-smokers." "Today" featured DHEW Secretary Califano who responded to a question about the safety of low tar and nicotine cigarettes: "All cigarettes do a lot of damage. The lung cancer rates continue to go up, even though they are lowering the tar and nicotine."[136]

21.     The following year, 1980, CBS Evening News reported that a specialist at a government conference concluded that "while low tar cigarettes may reduce a person's chances of getting cancer, there is no evidence they reduce the toll from heart and lung diseases." In addition, the CBS News reported later that year that while the percentage of smokers was dropping, "the Public Health Service thinks that many Americans smoking low-tar cigarettes are smoking more of them to get the same kick."[137]

---

[133] CBS Evening News, Aug. 10, 1978; NBC Nightly News, Aug. 10, 1978; ABC Evening News, Aug. 10, 1978; "Smoking Dispute: Health Officials Challenge Report on Cigarette Use," *The Washington Post*, Aug. 11, 1978, A1.

[134] Ann Landers, "Smoke Screen," *The Boston Globe*, Sept. 11, 1978; Ann Landers, "'Safe'-cigarette report angers ill man's wife," *Portland (ME) Press-Herald*, Sept. 11, 1978, 23; Ann Landers, "Only Safe Cigaret One That's Unlit?," *The Miami Herald*, Sept. 11, 1978, 3B; Ann Landers, "Only Safe Cigarette Is Unlighted One," *The Kansas City Times*, Sept. 11, 1978, 2C; Ann Landers, *The Washington Post*, Sept. 11, 1978, B9; Ann Landers, *The Washington Post*, May 12, 1983, E8.

[135] "Ask Beth," *The Boston Globe*, May 4, 1982, 2F; "Ask Beth," *Minneapolis Star,* May 9, 1982.

[136] NBC News, Jan. 11, 1979; "Today," Jan. 11, 1979.

[137] CBS Evening News, June 11, 1980; CBS Evening News, November 20, 1980.

22.    Popular health guides stressed the health risks of low tar cigarettes. For example, *Jane Brody's The New York Times Guide to Personal Health* (1982) explained: "Switching to a low-tar, low-nicotine brand of cigarette has nowhere the benefits of quitting, although some reduction in the risk of developing lung cancer and heart disease does occur." But for most smoking-related disorders, "no benefit has been identified with low-tar, low nicotine brands."[138]

23.    Criticism of the FTC method accelerated in the 1980s as new research questioned the FTC tar and nicotine measurements. In October 1980, *The Wall Street Journal* headlined an extensive article, "Smokers Being Misled by FTC's Tests on Low-Tar Cigarets, Researchers Say." For years, the article noted, smokers "nervous about their health have been switching to brands that the Federal Trade Commission said contained less tar and nicotine than other brands. But now some health researchers believe those measurements are misleading and that many smokers are getting more tar and nicotine than they bargained for." The article explained that the FTC's smoking machines did not replicate human smoking behavior and that "low-tar cigaret smokers tend to take more, longer and deeper puffs than high-tar cigaret smokers."[139] Both the *Duluth News-Tribune* and *The Dallas Morning News* reported in early January 1981, "Smokers who puff quickly and inhale heavily may be taking in as much as three times the amount of tar and nicotine reported on their cigarette packs," according to a new study.[140]

24.    While still advising those who would not quit to switch to low tar cigarettes, the widely publicized 1981 Surgeon General's report stressed that no cigarette was safe and that those who switched to low tar cigarettes, explained *The Boston Globe*, "may negate any benefit by smoking more or inhaling more deeply." The *Los Angeles Times* reported that Surgeon General Richmond explained that the risk reduction of lung cancer for low tar smokers is "minimal and limited," in his words. "Even that advantage," noted the newspaper, "can be nullified if the smoker tries to compensate for the lower nicotine content by puffing harder, inhaling more deeply, smoking cigarettes shorted or smoking more of them, Richmond said." *The Miami Herald* reported, "The low-tar brands may be safer if smokers don't change their habits when they smoke them, the surgeon general's report said. Smokers shouldn't smoke the cigarets closer to the end, or block the vents on the filters. Nor should they increase the number of cigarets they smoke." In addition, the Surgeon General warned that additives used to enhance the taste of low tar cigarettes, may cause cancer.[141] Newspaper headlines across the nation

---

[138] *Jane Brody's The New York Times Guide to Personal Health* (New York: Quadrangle/New York Times Book Co.,1982), 255.
[139] "Smokers Being Misled by FTC's Tests On Low-Tar Cigarets, Researchers Say," *The Wall Street Journal*, Oct. 9, 1980, 15.
[140] "One puff may boost tar intake," *Duluth News-Tribune*, Jan. 9, 1981, 5A; "Number of puffs alters strength of cigarettes," *The Dallas Morning News*, Jan. 10, 1981, 33A.
[141] "US: If you must smoke. . ." *The Boston Globe*, Jan. 12, 1981; "No Cigarette Safe, Surgeon General Warns," *Los Angeles Times*, Jan. 13, 1981, 1-I; "U.S. warns no cigaret is safe, cites risk of low-tar brands," *The Miami Herald*, Jan. 13, 1981, 2-A. See also, Low-tar Cigarets Cutting

summarized the report's emphasis on the Surgeon General's warning: "U.S. Warns of 'Limited' Benefit in Low-Tar Cigarettes" (*The New York Times*, Jan. 13, 1981, A1), "Low-tar brands don't end risks, smokers told" (*Chicago Tribune*, Jan. 13, 1981, 4-1), "'No safe cigarettes,' surgeon general says" (*St. Louis Globe-Democrat*, Jan. 13, 1981, 1A), "U.S. Issues Warning to Low-Tar Smokers" (*St. Louis Post-Dispatch*, Jan. 12, 1981, 1A), "Low-tar brands don't end risks, smokers warned" (*Chicago Tribune*, Jan. 13, 1981, I4), "No Cigarette Safe, Surgeon General Warns" (*Los Angeles Times*, Jan. 13, 1981, 1I), "Low-Tar Cigarets Cutting Health Risks Could Be a Pipe Dream, U.S. Report Says" (*The Wall Street Journal*, Jan. 13, 1981, 13), "Low tar smokers run same risk" (*Portland (ME) Press-Herald*, Jan. 13, 1981, 4), "'Smoking: Cigarettes with low tar and nicotine may cut risk,' surgeon general says" (*Minneapolis Star*, Jan. 12, 1981, 2A), and "U.S. warns no cigaret is safe, cites risk of low-tar brands" (*The Miami Herald*, Jan. 13, 1981, 2-A).

25.     Not only did this report receive wide coverage in national newspapers, but all three national network news programs also publicized the report. CBS Evening News introduced the story, "The Surgeon General has re-affirmed his belief, that there is no such thing as a safe cigarette." A reporter then explained, "For the first time the public health service warns that so-called light cigarettes—lower in tar and nicotine—may actually be higher in health risk." But, the reporter noted, "the government still advises smokers who can't or won't quit to switch to a brand with lower tar and nicotine." ABC summarized, "Essentially the report says 'quit.' If you won't or can't, switch—to the low-tar and low-nicotine cigarettes. But along with the advice a warning not to smoke more of the weaker brand." NBC called the Surgeon General's report "sobering information" about low-tar cigarettes, as they "may be slightly less dangerous but much more dangerous than not smoking at all." Both ABC and NBC featured the Surgeon General stating, "There is no such thing as a safe cigarette."[142]

26.     National magazines echoed the Surgeon General's warning in 1981 regarding the limitations of low tar cigarettes, especially for those who modified their smoking behavior. In 1982, in *American Health*, Dr. Jerome Jaffe characterized the Surgeon General's warning as "worded much like the advice that the witches gave Macbeth: 'Smokers who are unwilling or as yet unable to quit are well advised to switch to cigarettes yielding less tar and nicotine, provided they do not increase their smoking or change their smoking in other ways.'" But, Dr. Jaffe insisted, "whether they notice or not, switchers do change to extract more nicotine."[143] In March 1983, *Forbes* informed its readers, "If you think smoking filtered or 'light' cigarettes eliminates health risks, sorry." The article reported that a recent study

---

Health Risks Could Be a Pipe Dream, U.S. Report Says," *The Wall Street Journal*, Jan. 13, 1981, 13. "Smoking," *U.S. News & World Report*, Jan. 26, 1981, 70.
[142] CBS Evening News, Jan. 12, 1981; ABC Evening News, Jan. 12, 1981; NBC Nightly News, Jan. 12, 1981
[143] "Low Tar Cigarettes Flunk the Test.," *American Health*, March/April 1982, 91.

found more carbon monoxide in the lungs of filter cigarette smokers than nonfilter smokers, noting that "a possible explanation is that people who smoke filtered or light cigarettes may inhale more smoke, puff more frequently, hold the smoke in longer or smoke more frequently."[144]  *Current Health*, in March 1984, published, "The Light Cigarette Hoax," which summarized the findings of recent studies:

> Smoking lower tar and nicotine is not the answer.  One can get more tar and nicotine from these "low" cigarettes by inhaling the smoke more deeply by holding it in the lungs longer, or by increasing the number of cigarettes smoked… . Unfortunately, the smokers' habits often nullify the intent of low-tar cigarettes.  Numerous studies have shown that when the nicotine content is lower, smokers take more puffs and smoke more cigarettes to compensate, feeling this low-tar and nicotine cigarette is so safe. It is OK to smoke more.  Nothing could be further from the truth.  The truth is, there is no safe form of tobacco.[145]

27.   Dr. G. Timothy Johnson's syndicated health column also addressed the smoking behavior of "lights" smokers and its consequences.  In January 1981, he responded to the question of whether "light" cigarettes were "any safer than the old-time strong cigarettes."  He replied, "Finding an answer to your question isn't simple.  It may seem obvious that switching to brands that deliver lesser amounts of dangerous nicotine and tars should be beneficial, but there are reasons not to be very optimistic."  Dr. Johnson explained, "Since most smokers are quite clearly addicted to nicotine, they need their regular fixes to be satisfied.  This means that some people who've switched to the new brands actually subject themselves to more smoke—by inhaling more often or more deeply—to get their usual dose of nicotine."  Later that year, in July 1981, Dr. Johnson cited a recent study that "pointed out that many of the low-tar cigarets rely on tiny perforations on the surface of the filter for the low-tar effect."  He warned, "Those of you who are truly trying to cut down on the amount of nicotine and tar you inhale, please note."[146]

28.   In June 1982, newspaper reports on the Barclay cigarette controversy further publicized the limitations of the FTC method.  In that controversy, the FTC concluded, after an investigation, that the cigarette "fooled" the commission's smoking machines by constructing a cigarette with grooves in the filter that a human smoker would close and hence ingest more tar, from 3 to 7 mg.  The FTC's smoking machines, however, did not close the grooves, resulting in a tar

---

[144] "Attention Smokers," *Forbes*, March 28, 1983, 185.
[145] "The Light Cigarette Hoax," *Current Health*, March 1984, 10-11.
[146] "Health," Dr. Timothy Johnson, *The Washington Post*, Jan. 16, 1981; "How to Keep Well," *Chicago Tribune*, July 22, 1981, 8.

reading of only 1 mg. *The Wall Street Journal* headlined the story, "Not-So-Low-Tar Cigarette Fooled Tester, FTC Says."[147]

29.   That same year, the ACS also warned about drawing conclusions about the risks of "light" cigarettes and using the FTC rankings to assess the health risk of cigarettes. A pamphlet, "Fifty most often asked questions about smoking and health. . . and the answers" (1982) explained, "Theoretically, the new very low tar and nicotine brands that have taken over a large share of the U.S. cigarette market in the past few years offer a reduced health risk. But only theoretically." The pamphlet explained, "One brand produces a very low level of tar and nicotine in the smoking machine. But when smoked by a smoker it puts out a much higher tar/nicotine concentration. Too many smokers turn low tar/nicotine cigarettes into high T/N by covering the ventilation holes in the cigarette paper or filter that are a major factor in lowering the T/N levels."[148]

30.   National newspapers and national television news shows reported a National Academy of Sciences ("NAS") study in September 1982 that concluded low tar and nicotine cigarettes have "doubtful" health benefits and the only way to reduce the hazards of smoking is to quit completely. *The New York Times* reported, "The experts said smokers who switched to lower tar and nicotine brands may increase their consumption to compensate for the reduced levels of the ingredients they crave, thus canceling out possible benefits." The study concluded, "Smokers who want to reduce the health hazards from their cigarettes are well advised to quit smoking entirely."[149] The *Los Angeles Times* quoted the NAS committee: "Evidence of health benefits from switching to reduced tar and nicotine cigarettes is doubtful" as smokers "may unconsciously change how they smoke to maintain their intake of nicotine." The *Los Angeles Times* also stressed that FTC tar and nicotine numbers "do not represent a smoker's actual exposure . . . ."[150] Again, newspaper headlines summarized the findings: "Switch to Low-Tar Cigarettes Reported of Doubtful Benefit" (*The New York Times*, Sept. 17, 1982, A14), "Smokers May Not Gain by Switching" (*Los Angeles Times*, Sept. 17, 1982, 12-II), "Low-tar cigarettes no answer?" (*USA Today*, Sept. 17, 1982, 5D), "Report Questions Benefits of Low-Tar Cigarettes" (*The Washington Post*, Sept. 17, 1982, A3), "Low-tar cigarets don't help, study says" (*The Miami Herald*, Sept. 17,

---

[147] "Not-So-Low-Tar Cigarette Fooled Tester, FTC Says," *The Wall Street Journal,* June 26, 1982, D8.   See also, "Brown & Williamson Blocks FTC Attempt To Kill Barclay Slogan," *The Wall Street Journal*, June 28, 1982, 8; "Puff Huff," *The New York Times*, June 23, 1982, 26.
[148] "Fifty most often asked questions about smoking and health. . . and the answers," American Cancer Society, 1982.
[149] "Switch to Low-Tar Cigarettes Reported of Doubtful Benefit," *The New York Times*, Sept. 17, 1982, A14.
[150] "Smokers May Not Gain by Switching," *Los Angeles Times*, Sept. 17, 1982, 12-II.

1982, 7-A), and "Report casts doubt on low-tar cigarettes" (*Minneapolis Star*, September 17, 1982, 3A).[151]

31.     ABC Evening News also reported the NAS study's conclusions and discussed the issue of compensation—that smokers of low tar cigarettes tended to smoke more of them.  Reporting this new "low tar warning," the news program reported that smokers who switch to low tar cigarettes "may not be reducing their health hazards" as they "unconsciously tend to smoke more cigarettes, take more puffs, and inhale more deeply to get the same amount of nicotine."[152]  Several newspapers, such as the *Los Angeles Times* and *The Miami Herald* reported, at the end of their articles, that the Tobacco Institute commended the committee for identifying "some of the many unanswered questions to be explored in scientific research," and noted that this report conflicted with an ACS study of the previous week that, as the *Los Angeles Times* noted, "asserted substantial advantages for low-yield cigarettes and indicated that over a period of time, smokers do not try to compensate by smoking more than before."[153]

32.     Books advising smokers how to quit also warned about the limitations of low tar cigarettes.  For example, Dr. Neil Solomon's *Stop Smoking and Lose Weight* (1981) cited a DHEW report that while low tar smokers had 15 percent lower death-rates than the smokers of regular cigarettes, "overall death rates of low 'tar' and nicotine cigarette smokers are still 50 percent higher than nonsmokers" and that their death rates remained higher than those of non-smokers.[154]  In her book, *You Can Stop Smoking* (1995), Jacquelyn Rogers, founder of the popular "SmokEnders" smoking–cessation program cited *Reader's Digest*'s claims "that low-tar brands produce considerably more poisonous gas than regular brands."[155]

33.     Popular magazines in the 1980s also warned smokers about the FTC method and the risk of "light" cigarettes.  An article in *American Health* in March/April 1982 on the hazards of "light" cigarettes criticized the FTC method, explaining that "people don't smoke like the smoking machine the FTC uses to develop the published figures for tar and nicotine, just as people refuse to drive automobiles like the EPA machine that gives us those overly optimistic highway mileage figures."[156]  In January 1983, *Consumer Reports* warned that FTC tests do not accurately measure tar and nicotine levels inhaled by smokers and that the FTC ratings "may lull smokers into believing that smoking can be virtually safe" even though "there's no evidence that *any* cigarette available today is without hazard,

---

[151] See also, "Seven-year study confirms preventative measures for heart disease," *The Kansas City Times*, Sept. 17, 1982, A3.
[152] ABC Evening News, Sept. 16, 1982.
[153] "Smokers May Not Gain by Switching," *Los Angeles Times*, Sept. 17, 1982, 12-II; "Low-tar cigarets don't help, study says," *The Miami Herald*, Sept. 17, 1982, 7-A.
[154] Dr. Neil Solomon, *Stop Smoking and Lose Weight* (Academic Press, 1981), 18-19.
[155] Jacquelyn Rogers, *You Can Stop Smoking* (New York: Pocket Books, 1995), 115.
[156] "Low Tar Cigarettes Flunk the Test," *American Health*, March/April, 1982, 95.

nor that a 'safe' one could ever be designed."[157]  In early 1983, *Mother Jones*
noted that additives "could be making low-tars even riskier than the old fashioned
brands" and quoted a Health and Human Services spokesman: "People are
switching to low-tars thinking they are safer. We say, 'Wait a minute, they may
not be safer.' We're asking what's in there."[158]

34.     In February 1983, newspapers reported a study conducted at Boston University
        that concluded, "Switching to low-nicotine cigarettes will not reduce the danger
        of heart attack." Newspapers noted, "Many people have switched to cigarettes
        low in tar and nicotine, even though the health advantage of these brands is not
        certain," and also cited an earlier ACS study that "found that smokers of low-
        nicotine cigarettes are somewhat less likely to die of heart disease than high-tar
        smokers."[159]

35.     In June 1983, *Newsweek* reiterated the limits of "light" cigarettes and the issue of
        "lights" smokers modifying their smoking behavior, reporting that recent medical
        studies suggested that "low-tars might do as much harm as good by prompting
        smokers to smoke more and take deeper drags."[160]

36.     In July 1983, the national news media reported widely on a study, published in the
        *New England Journal of Medicine*, that showed that smokers of low nicotine
        cigarettes inhaled just as much as those who smoked regular cigarettes. The
        study's lead author, Dr. Neal Benowitz, criticized the FTC smoking machines
        because they puffed at a steady pace and did not account for the ways that
        smokers modified their smoking behavior, a criticism widely reported in the
        press. Many national newspapers featured the study as a front page story. *USA
        Today* reported, in an article headlined, "Study finds no help in low-nic," that
        the study "found that tobacco in so-called 'low-yield' cigarettes doesn't contain less
        nicotine or tar, as government tests suggest and advertisements claim." *USA
        Today* later cited the Benowitz study in a 1985 article, stating that the study
        "found low-tar cigarettes may be as bad for you as regular ones."[161]  Both *The
        Miami Herald* and *The Washington Post* reported on their front pages that
        "smokers of low-tar cigarettes consume as much of the addictive and toxic
        substances in tobacco as do smokers of regular cigarets." *The Miami Herald* also
        included a sidebar that summarized the study's findings, stressing, "The health
        benefits of switching to low-tar cigarets are insignificant."[162]  *The New York*

---

[157] "The ultra-low-tar gimmick," *Consumer Reports*, Jan. 1983, 26-27, 50.

[158]  "Low Tar, High Risk," *Mother Jones*, February/March 1983, 54-56.

[159] "Risk high for low-nicotine smokers," *Chicago Tribune*, Feb. 24, 1983, 14-1; "Study cites
smokers' heart risk," *The Dallas Morning News*, Feb. 24, 1983, 3-H.  See also, "Low-nicotine
may not lower heart risk," *The Boston Globe*, Feb. 24, 1983.

[160] "Showdown on Smoking," *Newsweek*, June 6, 1983, 66-67.

[161] "Study finds no help in low-nic," *USA Today*, July 21, 1983, 1; "Nicotine may keep smokers
on the ball," *USA Today*, Dec. 3, 1985, 12A.

[162] "Study: Smoking lights no help," *The Miami Herald*, July 21, 1983, 1-A; "Study Advises
Smokers to Quit, Not Just Switch," *The Washington Post*, July 21, 1983, A1.

*Times* quoted Dr. Benowitz: "Many smokers will alter their smoking behavior, changing the number of cigarettes smoked, the method of puffing, and the depth of inhaling the smoke to maintain a desired level of nicotine intake" and that the study "suggests that the health benefits of switching to such cigarettes may be small or nonexistent."[163]  Similarly, the *Los Angeles Times* headline stated, "Doubt cast on FTC Cigarette Ratings: Switch to Low-Nicotine Brands Offers No Value, Study Suggests." (July 21, 1983, 3-I).  The *Chicago Tribune* reported, "Cigarettes low in tar 'no safer.'" (July 21, 1983, 12-1) and *The Dallas Morning News* headlined the story, "Low-nicotine brands no safer, study says." (July 21, 1983, 21A).  Most newspapers also reported the response of the Tobacco Institute, that the industry never claimed "any level of tar or nicotine is safe or unsafe;" several included this additional response from the Institute:  "Whoever thinks that the numbers are wrong or misleading should be addressing this concern to the government."[164]

37.     CBS, NBC, and ABC also reported the study on their evening news programs. CBS reported that smokers who may have turned to light cigarettes "believing them safer" now had to face the fact that "researchers may have sent that sense of security up in smoke."  The report featured Dr. Benowitz warning low-yield smokers against "a false sense of security."  NBC News reported that "if you are smoking low-tar and nicotine cigarettes thinking they're probably not very harmful, you're probably wrong" as "the health benefits are small or nonexistent." ABC reported, "Another warning for the millions of Americans who buy low tar, low nicotine cigarettes.  Researchers in California say those cigarettes are no safer than any other kind."  In addition, the FTC numbers are "at best misleading and at worst a lie."  The television reports also featured a Tobacco Institute spokesman who responded to the study.  On both CBS and ABC, he explained that years before the tobacco industry "told the government that the machine testing of cigarettes in no way can mimic human smoking behavior."[165]

---

[163] "Study Questions Benefit Of Low Nicotine Content," *The New York Times*, July 22, 1983, A8. *The Wall Street Journal* headlined its story, "Nicotine, Tar Levels For Cigarettes Found Misleading by Report" (July 21, 1983, 16).

[164] "Doubt cast on FTC Cigarette Ratings: Switch to Low-Nicotine Brands Offers No Value, Study Suggests," *Los Angeles Times*, July 21, 1983, 3-I; "Study finds no help in low-nic," *USA Today*, July 21, 1983, 1A; "Study: Smoking lights no help," *The Miami Herald*, July 21, 1983, 1A; "Study Advises Smokers to Quit, Not Just Switch," *The Washington Post*, July 21, 1983, A1; "Study Questions Benefit of Low Nicotine Content," *The New York Times*, July 22, 1983, A8; "Nicotine, Tar Levels For Cigarettes Found Misleading by Report," *The Wall Street Journal*, July 21, 1983, 16; "Low-nicotine cigarettes fail to cut hazards, study finds," *The Boston Globe*, July 21, 1983, 1; "Study finds no advantage in use of low-nicotine cigarettes," *Minneapolis Star Tribune*, July 21, 1983, 3A; "Low-nicotine brands no safer, study says," *The Dallas Morning News*, July 21, 1983, 21A.

[165] CBS Evening News, July 20, 1983; NBC Nightly News, July 20, 1983; ABC Evening News, July 20, 1983.

38.     *Newsweek* also reported on the findings of the Benowitz study and the
        shortcomings of the FTC method.  The article explained:

> What makes a cigarette light has nothing to do with the
> kind of tobacco used, but rather, with factors such as filter
> construction and paper texture.  While these permit a
> cigarette to achieve a low-nicotine rating on the Federal
> Trade Commission's smoking machines, Benowitz argues
> that a human smoker tends to get the same satisfying level
> of nicotine he would from a stronger cigarette by smoking
> more, inhaling more deeply, or puffing more frequently.[166]

The article concluded, "The widely touted notion that low-tar-and-nicotine
cigarettes are safer than stronger brands is a pipe dream."[167]

39.     In November 1983, compensation issues and the limitations of light cigarettes
        received additional attention in the national press and television news.  *USA
        Today* summarized research findings reported at the annual meeting of the
        American Heart Association including, "Smokers of low-tar cigarettes are
        inhaling nearly as much toxic gas as smokers of regular cigarettes."  In addition,
        "Smokers of cigarettes that are lowest in tar inhale only 11 percent less tar than
        those who choose the highest-tar brands."[168]  That same month Surgeon General
        Everett Koop's 1983 report, "The Health Consequences of Smoking:
        Cardiovascular Disease," noted *The Wall Street Journal*, "didn't offer any
        encouragement to smokers who switch to low-tar and low-nicotine brands," as the
        report cited studies "showing that users of low-yield cigarettes tend to inhale more
        intensively, including their intake of carbon monoxide, and other gases produced
        by smoking."[169]  NBC Nightly News cited the "grim conclusions" of the Surgeon
        General's report and noted that health risks increased according to the number of
        cigarettes smoked and the depth of inhalation.[170]

40.     In December 1985, the *Los Angeles Times* cited two new studies that concluded
        "people who insist on continuing to smoke—justifying their decisions by
        switching to low-yield cigarettes—are playing a deadly game with their own
        health," and quoted a recent article in the *New York Journal of Medicine* that the
        notion of a "safe" cigarette was "a deadly delusion."[171]

---

[166] "Light Cigarettes Have Just as Much Nicotine," *Newsweek*, Aug. 1, 1983, 48.

[167] "Light Cigarettes Have Just as Much Nicotine," *Newsweek*, Aug. 1, 1983, 48.

[168] "No butts about it, quitting is hard," *USA Today*, Nov. 16, 1983, D1.

[169] "Smokers Get Intensified Warnings on Risks of Heart Disease by U.S. Surgeon General," *The
Wall Street Journal*, Nov. 18, 1983, 7. See also, "Habitual controversy lights up again," *St. Louis
Globe-Democrat*, Nov. 18, 1983, 15A.

[170] NBC Nightly News, Nov. 17, 1983.

[171] More Health Benefits for the Quitter," *Los Angeles Times*, Dec. 17, 1985, 1-V.

41.    Another widely publicized study in November 1986, directed by Dr. Benowitz and published in *The New England Journal of Medicine,* concluded that smokers who cut back on their smoking, tended to compensate by smoking more intensely, "tripling the tar and nicotine they inhale from each cigarette and undercutting their efforts." While the researchers noted that their findings did not "contradict the proposition that smoking fewer cigarettes per day poses less risk to health than smoking more cigarettes, . . . the magnitude of the benefit from reduced exposure to toxins was much less than expected." Headlines across the nation highlighted the compensation finding: "Smokers Trying to Cut Back Inhale Deeper, Study Shows" (*The New York Times*, Nov. 20, 1986), "Smoking less? Then you're inhaling more" (*USA Today*, Nov. 20, 1986), and "Smokers Who Cut Back Held to Inhale More" (*Los Angeles Times*, Nov. 20, 1986. The *Chicago Tribune* concluded that compensation "is also the reason why low-tar and low-nicotine cigarettes are not really safer for smokers," noting that "previous studies have shown that people who switch to low-tar brands change their smoking patterns . . . ."[172] NBC Nightly News and ABC Evening News also reported the study with newscaster Peter Jennings asserting that the report "tells us there isn't much point in half-measures. . ."[173]

42.    In June 1989, a Boston University study, involving over more than 3,000 women, received attention nationwide. The study concluded that smoking cigarettes lower in nicotine and carbon monoxide than regular cigarettes did not reduce the risk of heart attack. *The New York Times, Portland Press-Herald, Minneapolis Star Tribune,* and *The Dallas Morning News* quoted the study's lead author: "If you're going to smoke, you're not helping yourself by smoking low-yield cigarettes."[174] The *Los Angeles Times* also quoted the study's lead author: "What these findings mean for smokers, at least as they relate to heart disease, is that there is no advantage to switching brands."[175] *USA Today* cited the study as "[m]ore evidence that low-tar cigarettes are no better for your heart than other brands."[176] And the *Chicago Tribune* quoted the study: "For smokers who wish to reduce their risk, switching to low-yield brands is a poor alternative to quitting." *The Washington Post* concluded, "The only way for women to avoid the added risk?

---

[172]"Smoking Less Still Has Perils," *Chicago Tribune*, Nov. 30, 1986, 5. See also, "Study Suggests Fewer Cigarettes Not Always Less," *The Miami Herald*, Nov. 20, 1986, 17A; "Smokers who cut back may not reduce risk," *Duluth News-Tribune*, Nov. 20, 1986, 1D; "Smoking Cutback Questioned," *St. Louis Post-Dispatch*, Nov. 20, 1986, 7A; "Quitting Still Best, Smoking Study Says," *The Dallas Morning News*, Nov. 20, 1986, 7A.

[173] NBC Nightly News, Nov. 19, 1986; ABC Evening News, Nov. 19, 1986.

[174] "No Heart Aid Seen in Mild Cigarettes," *The New York Times*, June 15, 1989, A1; "'Light' cigarettes equally unhealthy," *Portland (ME) Press Herald*, June 15, 1989, 6; "Low-nicotine cigarettes don't cut heart attack risk, new study reports," *Minneapolis Star Tribune*, June 15, 1989, 3A; "Low-yield cigarettes don't cut heart attack risk," *The Dallas Morning News*, June 15, 1989, 3A.

[175] "'Safer' Cigarettes Still Pose Danger to Women, Study Finds," *Los Angeles Times*, June 15, 1989, 25.

[176] "High and Low," *USA Today*, June 15, 1989, 1D; *USA Today* cited the BU study again in "Women: Kick habit, save heart," Jan. 25, 1990, 1D.

Don't smoke at all. . ."  National television news also reported the study.  CBS Evening News pointed out that "so-called 'safe' cigarettes made no difference" in reducing the risk of heart attack, noting, "A 1983 study produced the same findings for men."  CNN featured a researcher who explained, "The only way to reduce their risk is to stop smoking" and also noted, "Similar studies have been done on men in the past with similar results."[177]

43.     In October 1989, *Vogue* reiterated the latest findings: "there is mounting evidence that low-yield-cigarette smokers do not experience a reduction in cigarette-related disease as compared with regular cigarette smokers (because they may smoke more, inhale more deeply, or still be exposed to the same levels of the many other toxins in cigarette smoke)."[178]

44.     Criticism of the FTC method mounted in the mid-1990s as additional scientific studies cast doubt on its value as a guide to the amount of tar and nicotine ingested by human smokers.  In August 1993, a study published by the American Lung Association, concluded that the brand of cigarettes smoked had little effect on the amount of tar and nicotine ingested.  "Smokers and their doctors should not be lulled into a false sense of security by low tar and nicotine claims," asserted the study's author, Dr. David Coultas of the University of New Mexico.  Dr. Coultas also noted that the FTC smoking machines do not replicate the smoking behavior of real smokers who may inhale more and hold smoke in longer.[179]  *The Dallas Morning News* quoted the president of the American Lung Association: "This study confirms there's no such thing as a safer type cigarette...Low-yield brands give smokers a false sense of security when the only safe option in quitting."[180]

45.     *Vogue* also reported on the study in January 1994, concluding, "It seems that a cigarette is a cigarette, regardless of whether it has a filter and how much tar and nicotine it contains.  The only way to reduce your risk of all the foregoing conditions [health problems] is to quit."[181]

46.     Television news programs and national magazines in the 1990s continued to highlight the risks of "light" cigarettes and compensation issues.  In February 1994, ABC News reported, "Scientifically, the low-tar, low-nicotine cigarette notion is basically a scam" as smokers "take a few extra puffs, they inhale a little bit more deeply, they beat the machine, they beat the cigarette, they get all the

[177] "Study: 'Light' Cigarettes Are Health Risk," *Chicago Tribune*, June 15, 1989, 5; "On the Pulse," *The Washington Post*, June 20, 1989, 5.  See also, "A warning on tar for female smokers," *The Boston Globe*, June 15, 1989; "Health Notes," *St. Louis Post-Dispatch*, June 17, 1989, 1D; CBS Evening News, June 14, 1989; CNN, June 14, 1989.
[178] "Women & Smoking," *Vogue*, Oct. 1989.
[179] "No safety in low nicotine cigarettes," *USA Today*, Aug. 17, 1993, 1D.
[180] "Low-Tar Smokes No Safer," *The Dallas Morning News*, Aug. 30, 1993, 3C.  See also, "Study: Cigarette Brand Unimportant," *Boston Herald*, Aug. 17, 1993, 20; ABC Evening News, July 20, 1983; CBS Evening News, July 20, 1983; NBC Nightly News, July 20, 1983.
[181] "Health Report," *Vogue*, Jan. 1994, 68.

nicotine their body needs."[182]  In April 1994, *Reader's Digest* published "The Filtered Truth"—a condensed reprint of a *Washington Monthly* article published in September 1993, that asserted, "Scientists, and the Surgeon General, believe low-yield cigarettes can be a *greater* hazard" as "low-tar cigarettes give large numbers of smokers an excuse not to quit" and that low-yield cigarettes "deliver vastly more tar and nicotine than a smoker may realize."  The article explained, "'What you smoke,' says Jeffrey Harris, a physician and health economist at M.I.T., 'is not nearly as important as *how* you smoke.'"  Citing a number of scientific studies, the article asserted, "The problem is 'compensation,' the tendency to make up for reductions in tar and nicotine with stronger inhalations. Rather than settling comfortably into their reduced levels of tar and nicotine, most low-tar smokers draw on their cigarettes harder—a lot harder," which "can actually raise their [the smokers'] risk of disease."  The article also cited the 1989 Surgeon General's report that found "compensatory smoking behavior among smokers who switch to low-tar brands might even increase total tobacco-smoke intake in some smokers."[183]

47.      Several nationally broadcasted radio and television news shows in the mid-1990s publicized the risks of "light" cigarettes and questioned the accuracy of FTC test measurements of tar and nicotine levels as well as the issue of compensation.  An extensive report, aired in March 1994, on NPR's "All Things Considered," featured Dr. Benowitz of the University of California, and reiterated his findings, "that the light cigarettes smokers have virtually just as much nicotine compounds in their blood as people who smoke regulars."  In addition Dr. Lynn Koslowski of Penn State University discussed how the FTC testing method did not replicate the habits of real smokers.  Moreover, air holes in the filters of light cigarettes diminished the tar and nicotine levels in the tests whereas smokers often blocked these holes, raising the tar and nicotine that they ingested from light cigarettes.[184]  In a CNN report, that aired in August 1994, Dr. Koslowski explained, "They [smokers] don't realize that tar and nicotine yields aren't telling you what's in a cigarette the way what a number of the side of a vitamin pill bottle might tell you what's in a vitamin pill."[185]  An episode of PBS' "Frontline," aired on January 3, 1995, featured Dr. Benowitz explaining how FTC smoking machines functioned and that smokers often unconsciously blocked ventilation holes in the filters of light cigarettes to achieve a better tasting cigarette but one with higher tar and nicotine yields.[186]  Another story that year, on NPR's "Morning Edition," focused on a recent British report on young smokers and heart attacks, addressed the safety of "so-called low tar cigarettes" and whether smoking them changed the level of risk.  Researcher Richard Peto responded, "It didn't make much

---

[182] ABC News, Feb. 28, 1994.

[183] "The Filtered Truth," *Reader's Digest*, Apr. 1994, 120-123.  See also, "Should Cigarettes Be Outlawed?," *U.S. News & World Report*, Apr. 18, 1994, 33-38.

[184] "How 'Light' Are 'Light' Cigarettes?," All Things Considered, National Public Radio, broadcasted March 26, 1994.

[185] "Experts Agree Smoking is Addictive, Industry Dissents," CNN, Aug. 3, 1994.

[186] "Nicotine Wars," PBS, "Frontline," Jan. 3, 1995.

difference, really. I mean, the low tar cigarettes are still pretty good at killing you." Peto made a similar statement, published in the press: "For the individual, the practical conclusion is that the difference between tar levels is trivial."[187] NPR reiterated these conclusions in a 2001 report on All Things Considered about Canada's efforts to ban the words "mild" and "light" on cigarette packs.[188]

48.     In May 1994, newspapers reported the warning of FTC officials that smokers of low tar cigarettes might be ingesting more tar and nicotine than they think. An FTC official explained, "We know that consumers do not smoke in exactly the same manner as the machine. . . .So the tests will not predict the actual human consumption."[189]  *The New York Times* summarized the testing controversy in an editorial titled, "No Cigarettes Are 'Light:"

> Anyone who chooses a brand labeled 'light' in the belief
> that he or she is getting a lower dose of tar and nicotine is
> deluded. The amounts listed on the cigarette package, the
> Federal Trade Commission now concedes, bear little or no
> relation to what the smokers are actually ingesting.[190]

49.     In December 1995, FTC spokespersons once again warned low tar cigarette smokers, "there is real data that people do compensate," explained Jodie Bernstein, director of the FTC's consumer protection bureau. "They inhale more, they take more puffs per cigarette, and in fact they smoke more."[191] Robert Pitofsky, chairman of the FTC, bluntly stated in Associated Press reports as well as *The Wall Street Journal*: "If people think that by smoking a cigarette with half the tar and nicotine, they can smoke twice as many cigarettes, then they are misusing the numbers." A spokesman for the Tobacco Institute agreed: "There just isn't a way that a smoking machine can duplicate what the car ads call 'driving conditions,'" but noted that the FTC rankings "provide a relative ranking

---

[187] "Young Smokers Increase Risk of Heart Attack by 5 Times," Morning Edition, National Public Radio, Aug. 18, 1995; "Study finds higher risk of heart attack among young smokers," *Minneapolis Star Tribune*, Aug. 18, 1995, 9A.
[188] "Interview: Dr. Murray Kaiserman discusses efforts being made in Canada to take the words 'mild' and 'light' off cigarette packs," All Things Considered," NPR, Aug. 15, 2001.
[189] "Major Flaw Cited in Cigarette Data," *The New York Times*, May 2, 1994, 1A; "'Light' Cigarette Risks Questioned," *Los Angeles Times*, May 2, 1994, 19; "FTC calls 'low tar' cigarette a fallacy," *The Dallas Morning News*, May 2, 1994, 4A; "Cigarettes Labeled Light Might Not Be—Outdated Testing Called Misleading," *Chicago Tribune*, May 2, 1994, 3; "Low-tar labels on cigarettes misleading, testers say," *Minneapolis Star Tribune*, May 2, 1994, 2A; "Testing on 'light' cigarettes panned," *Portland (ME) Press Herald*, May 2, 1994, 3A. See also, "Kessler Tells Committee FDA May Act to Regulate Tobacco Products' Content," *The Washington Post*, March 26, 1994, A3; "FTC Confronts 'Healthier' Cigarettes Ads," *The Wall Street Journal*, April 21, 1994, B7.
[190] "No Cigarettes Are 'Light,'" *The New York Times*, May 9, 1994, 16.
[191] "FTC Considers Tougher Rules for Tobacco Firms," *Los Angeles Times*, Dec. 29, 1995.

of where cigarettes fall in a standardized test of tar and nicotine yields, that is descriptive, stacks up and isn't skewed towards heavy pedals or light pedals."[192]

50.   In January 1997, an independent lab test, commissioned by the Massachusetts Public Health Commission to develop a state ranking of tar and nicotine content of cigarettes, received national attention and highlighted the limitation of "light" cigarettes. Claiming to test cigarettes by a method that more accurately replicated human smoking, the state commission concluded that tar levels in some cigarettes were as much as three times higher than claimed by cigarette manufacturers, based on the FTC method. CNBC, CBS, ABC, and NBC all reported the Massachusetts findings, as did newspapers. CBS reported that the Massachusetts test method found that cigarettes tested contained "in many cases twice the amount of tar and nicotine than advertised, even in 'light' and 'ultralight' brands." NBC reported that the Massachusetts test shows "the federal standards are way off. That doesn't surprise the Federal Trade Commission's Jodie Bernstein," who stated, "No cigarette is safe. And our best advice is don't smoke at all." A tobacco industry attorney explained, "smoking machine tests are not designed and are not intended to tell smokers what they actually receive when they smoke."[193] Additional articles later that year, in December 1997, reported that the Massachusetts cigarette testing showed that some cigarettes contained twice as much nicotine as reported.[194] In July 1998, ABC's "Good Morning America" featured a story on "light" lawsuits that discussed the Massachusetts test. Greg Connolly of the Massachusetts Department of Public Health remarked about "light" cigarettes: "It's like taking a can of Coke that's classified as light, and you're thinking you're getting less calories when in fact you're getting three times that."[195]

51.   Additional scientific studies publicized nationally in the late 1990s stressed the health risks of "light" cigarettes and the fact that "lights" smokers tended to compensate by smoking more and inhaling more deeply. In February 1997, an ACS study, reported in newspapers and national television news, concluded that smokers who switch to low tar cigarettes increase their chances of developing a

---

[192] "Nicotine Ratings To Be Overhauled, Paper Predicts," Associated Press, Dec. 29, 1995; "Tobacco: FTC Will Overhaul Tar and Nicotine Ratings," *The Wall Street Journal*, Dec. 28, 1995.

[193] CNBC, Jan. 30, 1997; CBS Evening News, Jan. 30, 1997; NBC Nightly News, Jan. 30, 1997; ABC World News This Morning, Jan. 31, 1997. See also, "Smoking—'Light' Cigarettes Have More Tar, Nicotine Than Advertised," *Chicago Tribune*, Jan. 31, 1997; "Tobacco critics say 'lite' label misleads," *The Boston Globe*, Jan. 31, 1997.

[194] "State says US tests understate cigarette nicotine content," *The Boston Globe*, Dec. 16, 1997, B4; "Cigarettes—New Test Indicates Nicotine Levels Are Higher Than Thought," *Chicago Tribune*, Dec. 16, 1997; "Maker Reveals What Cigarettes are Made Of," *The Miami Herald*, Dec. 16, 1997; "Cigarette maker submits ingredients list," *The Kansas City Star*, Dec. 16, 1997, A3; "Under Massachusetts law, Liggett discloses cigarette ingredients," *Minneapolis Star Tribune*, Dec. 16, 1997, A15.

[195] "Good Morning America," ABC, July 15, 1998.

type of cancer located deep in the lungs.[196]  In May 1997, Dr. Bernadine Healy, Dean of the Ohio State Medical School, noted in a CBS News report, "You know, you can't really build a better cigarette. You lower nicotine in cigarettes and then people are using more cigarettes, inhaling more deeply, and guess what?  You see more of certain cancers, they get more exposure to their carcinogens."[197]  Another ACS study, publicized in both national newspapers and national television news later that same year, in November 1997, reported a similar finding: that the use of filtered, low-tar cigarettes increased the incidence of a type of cancer that occurs deep in the lungs.[198]  NBC Nightly News noted that "lights" smokers' "compensation—for example, taking extra puffs to achieve a higher level of tar and nicotine ingestion—may have increased their health risk."[199]  CNN interviewed Dr. Michael Thun of the ACS who explained that low tar and nicotine levels listed on some low tar cigarette packs "probably makes much less of a difference that you'd hope.  The reason is that smokers can change their smoking habits.  They can cover up the little holes and make the smoke stronger.  They can inhale deeper—a lot more cells get exposed—and hold it in their lungs longer."[200]

52.     In November 1997, the Center for Disease Control ("CDC"), stated that "light" cigarette smokers who cover air holes in light cigarette filters made "lights" as dangerous as regular cigarettes, a conclusion publicized in national newspapers. CDC official Michael Eriksen explained, "That makes low-tar cigarettes somewhat of a sham in terms of providing any health benefit."[201]  The *Los Angeles Times* reported, "So-called light cigarettes may be as hazardous as normal ones, partly because smokers inadvertently cover the air holes around the filters designed to reduce cancer-causing agents" and that the study added further evidence, according to Eriksen, "that low-tar cigarettes have 'not provided the benefits people would expect.'"[202]  NBC News concluded in its report that "30

---

[196] "Low-tar Cigarettes Increase Type of Cancer, Study Finds," *Chicago Tribune,* Feb. 28, 1997, 24; "Low-tar cigarettes don't reduce danger of cancer, study says," *The Dallas Morning News*, March 2, 1997; "Study ties a different cancer to low-tar cigarettes," *The Boston Globe*, Feb. 28, 1997, A3.  See also, "Today, cigarette buyers must show picture ID," *USA Today*, Feb. 28, 1997, 3A; A3; CNN Today, Feb. 28, 1997; The NewsHour With Jim Lehrer, PBS, Feb. 28, 1997.
[197] CBS Evening News, May 4, 1997.
[198] "Filter-Tipped Cigarettes Linked to Cancer," *The New York Times*, Nov. 5, 1997, A12; "Filtered Cigarettes May Be Linked to Shift in Cancers," *The Washington Post*, Nov. 5, 1997, A12; "Study reveals risk of cigarette filters: Deeper inhalation to get nicotine raises cases of lung cancer," *The Kansas City Star*, Nov. 5, 1997, A6.  See also, "Philip Morris Set to Launch Ultra Lights," *The Wall Street Journal*, Nov. 7, 1997, B1.
[199] NBC Nightly News, Nov. 4, 1997.
[200] "Study Links Low-Tar Filter-Tipped Cigarettes to Certain Types of Cancer," CNN Morning News, Nov. 5, 1997.
[201] "CDC: Light Cigarettes Are Just As Dangerous: Bad Design Thwarts Less-Tar Feature," *The Miami Herald*, Nov. 7, 1997, 7A; "Health Update: Cigarettes," *St. Louis Post-Dispatch*, Nov. 7, 1997, A12.  See also, "Light Cigarettes May Not Be Less Hazardous, Study Says," *Los Angeles Times*, Nov. 7, 1997, 27-A.
[202] "Light Cigarettes May Not Be Less Hazardous, Study Says," *Los Angeles Times*, Nov. 7, 1997, 29.

million smokers who thought they were doing the right thing with lights, may actually have done the opposite and may have increased their health risk."[203]

53.   In January 1998, the ACS posted on the society's website, www.cancer.org, the nicotine levels of 85 cigarette brands, "showing that many 'light' brands were heavy on the drug."[204]

54.   That same year, 1998, the FTC launched an ad campaign to warn consumers about the risks of "light" cigarettes. The campaign's theme was "Don't count on the numbers. There's no such thing as a safe smoke." Claiming that the "light" labels may be misleading, the FTC cautioned that smokers may ingest more tar and nicotine depending on their smoking behavior and how often they smoke. Lee Peeler, of the FTC, warned: "In looking at tar and nicotine numbers, you need to know that the amount of tar and nicotine you will get vary significantly, depending on how you smoke the cigarettes. It's not like eating a cookie." At the same time, Senator Frank Lautenberg called for an immediate ban on "lights," stating, "Light cigarettes are a deadly sham."[205]

55.   National health organizations as early as the 1980s, reinforced the message that no cigarette was "safe" and that a smoker's behavior impacted risk. In 1982, in a widely-distributed pamphlet, the ACS stressed that there is no safe way to smoke: "*All* cigarettes cause damage and even a small amount is dangerous." Moreover, "[e]ven if smokers who switch to lower tar brands avoid these changes in smoking behavior, the health benefits from switching would be insignificant compared with the benefits of quitting altogether."[206] The American Lung Association echoed this advice in their literature. A 1990 pamphlet, "Is There a Safe Tobacco?" pointed out that low tar cigarettes "may or may not be less dangerous" as the danger depended on "how smokers use them. Most smoke to compensate --to achieve certain nicotine levels or taste more flavor, for instance." The pamphlet also pointed out the difference between the tar and nicotine measured in FTC smoking machines and that ingested by human smokers.[207] Two follow-up pamphlets, published in 1994 and 1997, repeated the message that no cigarette is safe.[208] The *Little I Can Quit Book* (c. 1994) explained, "Research suggests that smokers who switch to low tar, low nicotine cigarettes actually

[203] "Bad News For Smokers Who Smoke So-Called Light Cigarettes," NBC News at Sunrise, Nov. 5, 1997.
[204] "American Cancer Society Posts the Nicotine Levels of Cigarettes on Internet," *St. Louis Post-Dispatch*, Jan. 18, 1998, A12.
[205] "U.S. Agency Targets 'Light' Cigarette Claims," *Chicago Tribune*, Nov. 27, 1998, 27. "Morning Briefcase," *The Dallas Morning News*, Nov. 26, 1998, 2D, also quoted Lautenberg; ABC World News This Morning," Nov. 26, 1998. The *Minneapolis Star Tribune* quoted Peeler's "cookie" remark a year earlier. See "FTC has new plan to measure tar, nicotine," *Minneapolis Star Tribune*, Sept. 10, 1997, A16.
[206] "The most often asked questions about smoking, tobacco, and health. . . and the answers," American Cancer Society, 1982.
[207] "Is There A Safe Tobacco?," American Lung Association, 1990.
[208] "facts about. . .Is There A Safe Tobacco?" American Lung Association (1994 and 1997).

smoke more and inhale more deeply, so the risk of lung cancer is greater."[209]   A pamphlet from the American Lung Association, from the 1990s, that focused on smoking and pregnancy asserted, "There's no such thing as a safe cigarette," as low-tar cigarettes often produce higher levels of carbon monoxide and other harmful chemicals than high-yield cigarettes.[210]   "Tobacco Facts," (1999), a pamphlet distributed by public health organizations, explained, "Low-tar, low-nicotine cigarettes have less tar and nicotine. But they still have enough chemicals to be harmful."[211]   In 2001, the CDC featured a one-minute video at its website that attacked the "myth -- "I smoke 'light' cigarettes so I won't get hurt as much." The video explained that "lights" smokers tend to smoke more and "there's no such thing as a safe cigarette and the poisonous ingredients in cigarettes aren't just limited to tar and nicotine" and included ammonia and carbon monoxide.[212]

56.     Educational curricula produced by health organizations and the federal government and used across the country in the 1980, 1990s, and early 2000s pointed out the risks of low tar and nicotine cigarettes.  The American Heart Association's *Putting Your Heart Into the Curriculum* (1982), for grades 9-12, asked, "Are low tar and nicotine cigarettes safe?" and answered, "No cigarettes are safe! The low tar and nicotine content cigarettes may not be as harmful as those high in tar and nicotine, but any cigarette increases your risk." In *About Your Heart and Smoking* (1983), the American Heart Association warned, "There is no evidence that cigarettes lower in tar and nicotine will reduce the risk of heart attack and that those who switched to "lights" often smoked more and inhaled more deeply.[213]  Similarly, TAP's *Helping Teens Stop Using Tobacco* (1996), a program for grades 7-12, stressed, "cigarettes low in tar and nicotine do not protect against the health hazards of smoking."[214]  *Project T.N.T: Towards No Tobacco Use* (1998), conveyed the same message:  that no cigarette was safe.[215]  In September 2001, the CDC published and distributed "Dispelling the Myths About Tobacco:  A Community Toolkit for Reducing Tobacco Use Among Women." The curriculum dispelled the "myth," "I smoke light cigarettes, so I won't get hurt as much."[216]

---

[209] *The Little I Can Quit Book*, c. 1994.

[210] "Q&A: Questions and Answers about Smoking and Pregnancy," American Lung Association, c. 1990s.

[211] "Tobacco Facts," ETR Associates, Santa Cruz, CA, 1999.

[212] Center for Disease Control website, http://www.cdc.gov/tobacco/chrity/myth6.htm.

[213] *Putting Your Heart Into the Curriculum*, Senior Level, American Heart Association, 1982, 110; *About Your Heart and Smoking*, American Heart Association, 1983, 2.

[214] *Helping Stop Teens Using Tobacco,* The Tobacco Awareness Program Facilitator's Guide, 1996, 62.

[215] "*Project T.N.T.: Towards No Tobacco Use, Teacher's Guide* (ETR Associates, 1998), 210-11.

[216] "Dispelling the Myths About Tobacco: A Community Toolkit for Reducing Tobacco Use Among Women," Office on Smoking and Health, Centers for Disease Control and Prevention, Atlanta, GA, Sept. 2001, 7.

57.     Public service announcements, broadcasted nationally on television in the 1990s, also warned of the limitations of low-yield cigarettes and compensation. "Skull and Crossbones" (1996), produced by the CDC, featured a talking poison-symbol skull who asked, "How come I'm not on light cigarettes? These are killing smokers left and right 'cause people are puffin' on 'em harder—don't even know they're doin' it, so they're suckin' in more tar and nicotine than the tobacco industry says they are." The spot concluded, "Man, light cigarettes are deadly—and I should be right on the pack tellin' it like it is. Hey—has this face ever lied to you?" "Vacuum Cleaner" (1996), also produced by the CDC, featured a vacuum cleaner to show the air "vents" in cigarettes, the way that "tobacco companies fool you with light cigarettes." In 1996, NCI produced "Trucks," which featured two large trucks in each lane of a two-lane highway, bearing down on a women standing at the end of a tunnel, one labeled "Regular," the other labeled "Light." The narrator intoned:

> This truck represents a regular cigarette. And here's you.
> This truck represents a light cigarette. Here's you again.
> See any difference? Neither can we. According to the
> NCI, smokers who switch to lights can inhale the same
> amount of tar and toxins as regulars. We just thought you
> should know, while there's time to stop.

The clip then ended with this message on the screen: "Light or Regular. Both deadly," and encouraged smokers to contact the NCI for additional information. Another public service announcement, sponsored by TRUTH, argued that tiny holes in cigarette filters led to lower tar and nicotine readings but that machines do not smoke the way that people do. A smoker explains, "I thought light cigarettes were less dangerous. Then I got lung cancer. And it wasn't the light kind."[217]

58.     Several states, beginning with California in 1989, embarked on massive anti-smoking public education campaigns that became national models for other states as well as the federal government. These campaigns emphasized the risks of smoking "light" cigarettes. A 1988 ballot initiative, which added a 25 cent tax per pack of cigarettes, funded California's Tobacco Control Program raised $90 million per year, between 1988 and 1998 alone.[218] The program supported school-based anti-tobacco programs, local programs, and a massive media campaign that included warnings about "light" cigarettes. For example, *Project 4-Health* (1992) an anti-smoking curriculum developed in California for teens and used nationally, stressed that low tar, low-nicotine brands were not "a safe

---

[217] "Skull and Crossbones," 1996; "Vacuum Cleaner," 1996; "Trucks," (1996, 2002, and 2003); TRUTH public service announcement, mid-1990s.

[218] "Toward a Tobacco-Free California: A Master Plan to Reduce Californians' Use of Tobacco," Jan. 1, 1991; "A Model for Change: the California Experience in Tobacco Control," California Department of Health Services/Tobacco Control Section," Oct. 1998.

alternative to cigarettes or chew," and emphasized: "Using tobacco in any form increases your chance of getting cancer. Low-tar, low-nicotine cigarettes are just as dangerous as regular cigarettes" because smokers inhale more and more deeply.[219]  Likewise, "Adsmarts, A Media Literacy Curriculum" for students produced and used in California, asserted, "If smoking couldn't claim to be safe, cigarette manufacturers' [sic] claimed they could make it safer, with filters and low-tar, low-nicotine cigarettes. Thus began a confusing 'numbers game,' in which tar, nicotine and other statistically-based figures were featured prominently in ads."  The curriculum presented several "light" cigarette ads and raised questions about the "safety" of such cigarettes.[220]  The California program also produced several videos that highlighted the risks of "light" cigarettes. These included "Do You Smell Smoke" (2003) featured two advertising executives discussing how smokers covered up microscopic holes in "light" cigarettes, resulting in their ingestion of just as much tar and nicotine as regular cigarettes. "You see," exclaims one ad man, "people aren't machines."  The other responds, "They think they're cutting back."[221]

59.     In 1992, Massachusetts became the second state, after California, where voters approved increased excise taxes on cigarettes to support a comprehensive statewide tobacco control program.[222]  The Massachusetts Tobacco Control Program, begun in 1993 with the motto, "It's time we made smoking history," was, *The Boston Globe* noted, "the biggest, on a per capita basis in the nation."[223] It included, among other things, the Massachusetts Tobacco Education Media Campaign which consisted of a blitz of television, radio, and print ads.  The campaign directly addressed the risks of smoking "light" cigarettes and the message was loud and clear: there was no safe cigarette; compensation could cancel any reduced risk in switching down to "lights;" and the FTC smoking machine method was not a reliable measure of the tar and nicotine that a smoker would ingest.  For example, the program broadcasted the public service announcements, "Skull and Crossbones," and "Vacuum Cleaner," originally produced by the CDC, under the Massachusetts program's sponsorship, as well as the TRUTH public service announcement regarding lights, all described above. Other educational materials and quit smoking curricula produced in Massachusetts consistently emphasized the risks of smoking low tar cigarettes and the problem of compensation.  The "Quit Smoking Program, Smoker's Quitline of Massachusetts," (1994) advised, "People who smoke a light brand find

[219] "Project 4-Health: Program Delivery Manual," (Project California 4-Health, 1992), 60.
[220] "Adsmarts: A Media Literacy Curriculum—Tobacco Advertising," (Los Angeles: Scott Newman Center and The Center for Media and Values 1993).
[221] "Do You Smell Smoke?," http://apps.nccd.cdc.gov/mcrc/apps/search details.aspx? CatalogID=1228 (2003).
[222] "The First Decade of the Massachusetts Tobacco Control Program," *Public Health Reports*, Sept./Oct. 2005, 482-495.
[223] "U.S. examines state government tobacco effort," *The Boston Globe*, Aug. 8, 1995.