# EXHIBIT 10

Filed and served on parties as an electronic DVD