# Exhibit 12

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| | ) | |
| **IN RE: LIGHT CIGARETTES** | ) | **MDL Docket No. 1:09-MD-** |
| **MARKETING SALES PRACTICES** | ) | **2068 ALL CASES** |
| **LITIGATION** | ) | |
| | ) | |
| | ) | |

## DECLARATION OF BRUCE NEIDLE

I, Bruce Neidle, being duly sworn, state as follows:

1.      I am the Senior Director of Forecasting & Business Analysis at Altria Client Services Inc. ("ALCS"), which provides corporate services to Philip Morris USA Inc. ("PM USA"). I have held this position since mid-2008. Prior to that, I was the Director of Forecasting & Business Analysis at PM USA, beginning in 2003. Prior to that, I was the PM USA Senior Manager of Forecasting, a position that I held for approximately two years. Before that, I was a Senior Manager of Competitive Analysis and a Manager of Forecasting. I hold a Bachelors Degree in Marketing from the Rochester Institute of Technology and a Masters of Business Administration from Hofstra University.

2.      At ALCS, I integrate, analyze, and model marketplace information to help drive marketplace insights and inform PM USA's decision making. As part of my job responsibilities, I am familiar with the factors that influence the retail selling price of PM USA's cigarettes. My job responsibilities also require me to track the retail selling price and market share of cigarettes manufactured by PM USA and other cigarette manufacturers.

3.      The retail selling price of PM USA's cigarettes depends principally on a combination of four main factors: (1) the list price established by PM USA; (2) any

wholesale or retail discounts or promotions offered by PM USA; (3) state and local requirements such as excise taxes; and (4) wholesaler and retailer competition, discounts, and mark-ups.

4.      The first factor that influences the price of a brand of PM USA cigarettes is the list price that PM USA establishes for that particular brand family. The list price is the price at which PM USA sells its cigarettes to direct buying customers (distributors or wholesalers). "Brand family" refers to brands such as Marlboro, Virginia Slims, Parliament, etc., and includes all of the various styles – full flavor, lights, ultralights – sold under the same brand name. (Marlboro, Marlboro Lights, and Marlboro Ultralights, for example, are all members of the same brand family.) PM USA generally has set the same list price for all twenty pack cigarettes within a particular brand family. I am not aware of any price difference within a brand family that has been related to or motivated by tar and nicotine yields.

5.      An example of an instance in which PM USA priced cigarettes differently within a brand family is its former practice of pricing of King size filter cigarettes differently from 100s cigarettes. Prior to 1993, PM USA listed 100s at a higher price than King size filter cigarettes. The rationale for this higher list price was that 100s are longer than King size cigarettes. To the best of my knowledge, this differential price was neither motivated by, nor based on, the tar or nicotine yield of either type of cigarette. Both Full Flavor and Lights in the 100s size had the same list price, although at a higher price than either Full Flavor or Lights in the King size packings.

6.      PM USA ended its differential pricing of King size and 100s in 1993. The decision was influenced by the understanding that the price difference was not

consistently being passed on to consumers at the retail level. Many retailers instead decided to charge a uniform price for all PM USA brand cigarettes even though PM USA charged different list prices for Kings and 100s. It is my expectation that many in the trade, including direct buying wholesaler and retailer customers, would continue to charge the same price for all cigarettes within a brand family even if PM USA listed the cigarettes at different prices. If this were to occur, as it has in the past, the trade would capture a profit that otherwise would go to PM USA.

7.     The second main factor of the retail selling price of PM USA cigarettes is any discount or promotion that PM USA offers. Like the list price, PM USA's discounts and price promotions are uniform within a brand family, with few exceptions.

8.     An example of such an exception is the deeper discount that PM USA has periodically offered on a line of Marlboro products, Marlboro brand 72 mm cigarettes (Marlboro Red 72 mm, Marlboro Lights 72 mm, Marlboro full flavor menthol 72 mm, and Marlboro Ultra Lights 72 mm).[1] These discounts were in no way motivated by, or based on, the tar or nicotine yield of these cigarettes. PM USA offers the same discount for its Marlboro Red 72 mm as it does for its Marlboro Lights 72 mm and Marlboro Ultra Lights 72 mm.

9.     The third factor upon which the retail selling price of PM USA cigarettes depends is state and local requirements, including state and local excise tax rates. Excise tax rates typically are defined by a statutory rate per cigarette. The rate does not vary based upon tar yield or any other cigarette characteristic.

---

[1] PM USA does not offer a menthol packing of its 72 mm Marlboro Lights or Marlboro Ultra-Lights cigarette.

10.     The fourth factor upon which the retail selling price of PM USA cigarettes depends is trade mark-ups.  My responsibilities at ALCS require me to be aware of retailers' pricing practices nationwide.  Based on my review of retail scanning data, the average retail selling price for light and non-light packings of a particular brand family have always been the same.

11.     As part of my responsibilities at ALCS and previously at PM USA, I have observed non-confidential information relating to the historic and current pricing of other cigarette manufacturers.  I know of no manufacturer that has charged differential list prices based on the tar or nicotine yield of different packings of the same cigarette brand family.  This includes manufacturers of discount brand cigarettes, the segment of the cigarette market in which consumers are most price-sensitive to attributes of different product lines.  I know of no discount cigarette brand in which there is a price difference based on tar or nicotine yield.

12.     My job responsibilities require me to track the selling price of PM USA cigarettes in retail stores over time.  In September 2000, the average retail selling price of PM USA's premium light cigarettes nationally in convenience stores was $3.30 per pack.  In December 2008, the average retail selling price of PM USA's premium light cigarettes nationally in convenience stores was $4.96 per pack.  The average retail selling price of PM USA's premium light cigarettes, therefore, increased from 2000 to 2008.[2]

---

[2]     The price estimates described herein were based on a three-month moving average. The September 2000 estimate was based on data from July, August, and September 2000. The December 2008 estimate was based on data from October, November, and December 2008.  This information is derived from IRI/Capstone Total Retail Panel service data, which was used by PM USA to track retail sales and performance in the marketplace.

13.     My job responsibilities also require me to track the retail market share of PM USA's and other manufacturers' cigarettes over time.  Retail market share data provides a measure of consumers' demand for light and other cigarettes.  In contrast to overall sales volume data, market share data takes into account the fact that the cigarette market is a declining market due to the decrease in smoking that has occurred and continues to occur.

14.     My understanding is that the National Cancer Institute's Monograph No. 13 was released in November 2001.  In November 2002, November 2003, November 2004, May 2005, November 2005, May 2006, August 2006, February 2007, May 2007, and May 2008, PM USA appended to packages of light cigarettes sold nationwide an onsert containing information about light cigarettes.  As Exhibit 1 demonstrates, the aggregate nationwide retail market share of PM USA's light cigarettes did not decline in response to these informational events.  Instead, the national retail market share of PM USA's light cigarettes increased during this time.

15.     I also have studied the market share of Marlboro Lights nationwide during this same time period.  As Exhibit 2 demonstrates, the aggregate nationwide market share of Marlboro Lights did not decline after the publication of Monograph No. 13 or PM USA's onserts.  The market share in fact continued to increase.

16.     I also have studied the market share of all light cigarettes in Illinois both before and after the judgment in *Price v. Philip Morris, Inc.*, No. 00-L-112, 2003 WL 22597608 (Ill. Cir Ct. Mar. 21, 2003).  As Exhibit 3 demonstrates, the market share of

light cigarettes in Illinois did not decline in response to the judgment.  The market share in fact increased.[3]


I, Bruce Neidle, declare under penalty of perjury that the foregoing is true and correct.


Bruce Neidle

Dated this 21st day of January, 2010.

---

[3] The market share data described herein were based on a thirteen-week moving average. This information is derived from the STARS Store Level Database, which is used by PM USA to track the market share of its products in the local marketplace.



Exhibit 1

# Total PM USA Lights Market Share
## (3mm*)

24.8

Linear Trend Line

**Monograph No. 13**
**Released**

26

23.4

21

Sep-00
May-01
Jan-01
Sep-01
May-02
Jan-02
Sep-02
May-03
Jan-03
Sep-03
May-04
Jan-04
Sep-04
May-05
Jan-05
Sep-05
May-06
Jan-06
Sep-06
May-07
Jan-07
Sep-07
May-08
Jan-08
Sep-08

* In November 2002, November 2003, November 2004, May 2005 and November 2005, May 2006, August 2006, February 2007, May 2007 and May 2008 PM USA appended packages of light cigarettes sold nationwide with an onset containing information about light cigarettes

* 3 month moving average
Source: IRI/Capstone TRP

ALCS/MICR/F&BA



Exhibit 2

# Total Marlboro Lights Market Share
## (3mm*)

Monograph No. 13
Released

Linear Trend Line

20.2

21

17.5

16

Sep-00
Jan-01
May-01
Sep-01
Jan-02
May-02
Sep-02
Jan-03
May-03
Sep-03
Jan-04
May-04
Sep-04
Jan-05
May-05
Sep-05
Jan-06
May-06
Sep-06
May-07
Sep-07
Jan-08
May-08
Sep-08

* In November 2002, November 2003, November 2004, May 2005 and November 2005, May 2006, August 2006, February 2007, May 2007 and May 2008 PM USA appended packages of light cigarettes sold nationwide with an onset containing information about light cigarettes

* 3 month moving average
Source: IRI/Capstone TRP

ALCS/MICR/F&BA



Exhibit 3

# Total Lights Market Share
## (Illinois − 13wm*)

44.2

46

43.1

41

Judgment Price v.
Philip Morris

Monograph No. 13
Released

3/31/01
6/30/01
9/30/01
12/29/01
3/30/02
6/29/02
9/28/02
12/28/02
3/29/03
6/28/03
9/27/03
12/27/03
3/27/04
6/26/04
9/25/04
12/25/04
3/26/05
6/25/05
9/24/05
12/24/05
3/25/06
6/24/06
9/23/06
12/23/06
3/24/07
6/23/07
9/22/07
12/22/07
3/22/08
6/21/08
9/20/08
12/20/08

• In November 2002, November 2003, November 2004, May 2005 and November 2005, May 2006, August 2006, February 2007, May 2007 and May 2008 PM USA appended packages of light cigarettes sold nationwide with an onset containing information about light cigarettes

* 13 week moving average

Source: STARS Store Level Database DB Wks 406, 521, 569, 677 & 781

ALCS/MICR/F&BA