# Exhibit 13

# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| IN RE:  LIGHT CIGARETTES MARKETING ) <br> SALES PRACTICES LITIGATION                  ) <br> _____ ) | MDL Docket No. 1:09-MD-2068 <br> ALL CASES |

## AFFIDAVIT OF BRENDAN MCCORMICK

Brendan McCormick, being duly sworn, hereby states as follows:

1.      I am currently employed as the Vice President of Corporate Communications at Altria Client Services, Inc. ("ALCS").  I was appointed to this position on April 1, 2008.  In this position, I oversee external and internal communications initiatives on behalf of Atria Group, Inc. and its operating companies (including Philip Morris USA Inc.) ("Philip Morris USA").

2.      Prior to transitioning to ALCS, I held several positions at Philip Morris USA.  I joined Philip Morris USA in July 1993 as an intern in the Public Affairs department.  I then moved to the Media Affairs Department and held a number of increasingly responsible positions until my appointment as a Director in the Media Affairs Department.  From 2004 to 2006, I was a Director of Business Development and Planning for Philip Morris USA.  In November 2006, I was named Senior Director of Corporate Communications for Philip Morris USA.

3.      As a result of my employment, I am familiar with Philip Morris USA's communications with consumers regarding low tar cigarettes and cigarettes using brand descriptors such as "Medium," "Lights," and "Ultra-Lights."  These communications have taken several forms.

### A.      Newspapers, Radio and Television

4.      In November 2002, Philip Morris USA enclosed a booklet known in the newspaper trade as a "free standing insert" in more than 25 U.S. Newspapers, including

newspapers such as *USA Today* and the *New York Times* that were distributed in the MDL

jurisdictions (Arkansas, California, District of Columbia, Illinois, Maine, Mississippi, New

Mexico, New York, Pennsylvania, Tennessee, and Wisconsin).  This free standing insert

highlighted the contents of the Philip Morris USA corporate website, www.philipmorrisusa.com.

Approximately 16.7 million copies of this booklet were distributed nationwide.

     5.    The free standing insert contained excerpts from the Philip Morris USA website

concerning smoking-and-health issues, including issues related to "low tar cigarettes" and brand

descriptors.  The free-standing insert contained the following statements:

> Philip Morris USA frequently describes cigarette brands using
> terms such as "full flavor," "medium," "mild," "light," and ultra-
> light."  These terms are commonly referred to as "descriptors," and
> facilitate smokers' ability to distinguish among different product
> offerings.

> Descriptors are generally used as a point of comparison (with
> respect to attributes such as strength of taste and flavor, and
> tar/nicotine yield as measured by a machine method) for a cigarette
> brand in order to distinguish it from other cigarette brands on the
> market.

> A smoker should not assume that brand descriptors such as "light"
> or "ultra-light" indicate with precision either the actual amount of
> tar and nicotine inhaled from any particular cigarette, or the
> relative amount as compared to competing cigarette brands.  Some
> researchers report that smokers of "light" cigarettes inhale as much
> tar and nicotine as from full flavor brands.  The amount of tar and
> nicotine inhaled will be higher if, for example, a smoker blocks
> ventilation holes, inhales more deeply, takes more puffs or smokes
> more cigarettes.

>        \*     \*     \*

> There is no such thing as a "safe cigarette."  "Low tar" and "ultra
> low tar" cigarettes are no exception.

6.     The free-standing insert also contained a link to a press release issued by the National Cancer Institute headlined "Low Tar Cigarettes:  Evidence Does Not Indicate A Benefit to Public Health."

7.     A true and correct copy of the relevant pages of the free-standing insert is attached as Exhibit A.

8.     In 2003, 2004, 2005, and 2006, Philip Morris USA aired national television and radio advertisements featuring the company's corporate website, www.philipmorrisusa.com, and advising audiences about smoking-and-health issues.  A number of these advertisements included the following statements:  "There is no 'safe' cigarette.  'Light' and 'ultra light' cigarettes are no exception.  The only proven way to reduce the health risks of smoking is to quit."  These television and radio advertisements were broadcast in each of the MDL jurisdictions.

### B.     **Packaging**

9.     Beginning in 2002, and again every year through 2008, Philip Morris USA has for a period of each year included an "onsert" with certain brands of cigarettes.  These "onserts"-- a folded leaflet placed under the clear cellophane packaging on the outside of each pack -- have contained information concerning the use of brand descriptors and machine-measured tar and nicotine yields, including statements such as (or similar to):

> The tar and nicotine yield numbers are not meant to communicate the amount of tar and nicotine actually inhaled by any smoker, as individuals do not smoke like the machine used in the government test method … [I]f you smoke brands with descriptors such as "Ultra Light", "Light", "Medium" or "Mild," you may not inhale less tar and nicotine than you would from other brands.  It depends on how you smoke.

> You should not assume that cigarette brands using descriptors like
> "Ultra Light", "Light", "Medium" or "Mild" are less harmful than
> "full flavor" cigarette brands or that smoking such cigarette brands
> will help you quit smoking.

10.    In November 2002, the onset was enclosed in approximately 130 million packs. In the fourth quarter of 2003, the onset was enclosed in approximately 109 million cigarette packs. In the fourth quarter of 2004, the onset was enclosed in approximately 118 million cigarette packs. In the second and fourth quarters of 2005, the onset was enclosed in approximately 149 million and 135 million cigarette packs, respectively. In the second quarter of 2006, the onset was enclosed in approximately 140 million packs. In the second quarter of 2007, the onset was enclosed in approximately 129 million packs; and in the second quarter of 2008, the onset was enclosed in 127 million packs.

11.    A true and correct copy of such an onset is attached as Exhibit B.

12.    Beginning in the second quarter of 2009, information regarding descriptors appears on the tear tape of packs of Philip Morris USA cigarettes bearing "Lights" or certain other brand descriptors. The tear tape placed on cigarettes with a "Lights" brand descriptor reads as follows: "'Lights' does NOT mean safer. It refers to taste. 'Lights' won't help you quit smoking." Similar messages have been placed on the tear tape for Philip Morris USA cigarettes with "Ultra Light," "Mild," or "Medium" brand descriptors.

13.    A true and correct copy of such tear tape is attached as Exhibit C.

**C.    Advertising and Point of Sale Displays**

14.    Since 2001, the words '[t]he amount of 'tar' and nicotine you inhale will vary depending on how you smoke the cigarette" have appeared on advertisements for low tar cigarettes manufactured by Philip Morris USA.

- 4 -

15.     A true and correct copy of an example of such an advertisement is attached as Exhibit D.

16.     Philip Morris USA distributes retail signage for display at retail stores selling Philip Morris USA cigarettes.  Beginning in 2009, these signs contained the following (or substantially similar) information concerning cigarettes using brand descriptors:

> Terms such as "Lights" and "Ultra Lights" do NOT mean safer. These terms refer to taste.  These cigarettes will NOT help you quit smoking.  For more information about PM USA, its products or quitting smoking, visit www.philipmorrisusa.com.

17.     A true and correct copy of an example of this retail signage is attached as Exhibit E.

**D.     Philip Morris USA's Corporate Website (www.philipmorrisusa.com)**

18.     Philip Morris USA launched its corporate internet website, www.philipmorrisusa.com, over ten years ago on October 13, 1999.  The original version of the website contained the following statements:

- Smokers should not assume that brand descriptors such as "light" or ultra-light" . . . "indicate with precision either the actual amount of tar and nicotine that they will inhale . . ." from any particular cigarette, or the relative amount as compared to competing cigarette brands.

- [S]mokers should not assume that lower-yielding brands are "safe," or are "safer" than full-flavor brands.

- As of today, there is no cigarette on the market which the public health community endorses as offering "reduced risk."

19.     A true and correct copy of the relevant pages posted on the website in October of 1999 is attached as Exhibit F.

20.     Today, Philip Morris USA's website contains the following statements:

<u>Philip Morris USA's Use of Brand Descriptors</u>

We use these terms to describe the strength of taste and flavor in our products.

<u>Understanding Brand Descriptors</u>

Smokers should consider the following when choosing a cigarette product:

- The terms "Lights," "Ultra Lights," "Medium" and "Milds" do NOT mean that the product is safe, safer or less harmful. These terms, or descriptors, are used to describe strength of taste and flavor.

- Smoking brands using descriptors such as "Lights," "Ultra Lights," "Medium" and "Milds" will NOT help a smoker quit smoking. If a smoker is concerned about the health effects of smoking the best thing to do is quit.

- Brand descriptors such as "Lights," "Ultra Lights," "Medium" or "Milds" do NOT communicate the amount of tar, nicotine or other constituents in smoke a smoker may inhale when smoking.

- The amount of tar, nicotine or other constituents in smoke a smoker inhales can vary based upon how a smoker smokes. The amount of tar, nicotine or other constituents a smoker inhales will be higher, for example, if a smoker blocks ventilation holes, inhales more deeply, takes more puffs or smokes more cigarettes.

As of today, there is no cigarette on the market that public health organizations endorse as offering "reduced risk." If smokers are concerned about the risks of cigarette smoking, the best thing to do is quit.

21.     A true and correct copy of the relevant pages currently posted on the website is

attached as Exhibit G.

22.     Until 2008, the Philip Morris USA website also explained the role of ventilation

holes on certain filter cigarettes and included a visual depiction of a ventilated filter cigarette

with the location of the ventilation holes.



12mm

Cigarette filter ventilation is one way that tar yields (as measured by the machine test method) are reduced. The ventilation holes utilized on some of our brands permit the controlled introduction of diluting air into the smoke stream during puffing by the smoker. The diagram above depicts where, as a general matter, ventilation holes are placed on the cigarette filters of our brands that utilize this feature. As noted in the diagram, the holes are placed approximately 12mm from the end of the filter, brands that utilize more than one row of holes place additional rows further from the end.

Until 2008, this information could be found at: http://www.philipmorrisusa.com/en/cms/

Products/Cigarettes/Tar_Nicotine/cigarette_ventilation/ventilation.aspx.

23.     A true and correct copy of the relevant page that was posted on the website is attached as Exhibit H.

24.     In addition to this information, Philip Morris USA's website also provides consumers with links to statements and publications of various public health authorities relating to "low tar" cigarettes and brand descriptors.

25.     The website provides these links as a convenience to users as an additional avenue of access for informational purposes, but explains that Philip Morris USA may not have reviewed all of the information on the third-party websites, and the inclusion of these links should not be viewed as an endorsement of their content.

E.      **Direct Mail**

26.      In 1999, Philip Morris USA sent a direct mailing to certain adult smokers

describing its corporate website, www.philipmorrisusa.com.  More than 7 million mailings were

sent to smokers in the MDL jurisdictions.

27.      The direct mailing explained that information about "health issues for smokers"

and "tar and nicotine numbers" was available on the website.  For recipients who did not have

access to a computer, the mailing provided a toll-free telephone number that they could call to

receive the information in hard copy form.

28.      A true and correct copy of a sample of the direct mailing is attached as Exhibit I.


I, Brendan McCormick, declare under penalty of perjury that the foregoing is true and

correct.

Brendan McCormick


Sworn and subscribed
Before me this 21st  day of January 2010


Notary Public

- 8 -

# Exhibits to Affidavit of Brendan McCormick

(filed and served on all parties as an electronic DVD)