# EXHIBIT 14

Filed and served on parties as an electronic DVD