# Exhibit 15

**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF SAN DIEGO**
**CENTRAL**

**MINUTE ORDER**

Date: 03/11/2010                    Time: 10:00:00 AM         Dept:  C-71

Judicial Officer Presiding:  Judge Ronald S. Prager
Clerk: Lee Ryan

Bailiff/Court Attendant: L. Wilks
ERM:
Reporter:  Peter C. Stewart

Case Init. Date: 08/12/1998

Case No: JCCP4042                   Case Title:  JCCP4042  COORDINATION  PROCEEDING
                                    TOBACCO LITIGATION

Case Category: Civil - Unlimited    Case Type: PI/PD/WD - Other

---

Event Type: Motion Hearing (Civil)

Causal Document & Date Filed:

---

**Appearances:**

---

See attached sign-in sheets for appearances.

After taking the matter under submission, the Court rules on the motion to set aside its summary judgment ruling regarding "light" cigarettes as follows:

On September 30, 2004, the Court ruled on Defendants' four motions for summary judgment. Among the several rulings, the Court granted summary judgment for Defendants on Plaintiffs' claim challenging Defendants' use of "lights" descriptors in advertising cigarettes, finding 15 U.S.C. §§ 1331 et seq., the Federal Cigarette Labeling and Advertising Act (FCLAA), preempted Plaintiffs' claims. (See this Court's prior ruling (Prior Ruling), discussing MSJ No. 2, Issue No. 2.) Relying on Cipollone v. Liggett Group, Inc. (1992) 505 U.S. 504, 524-528 (Cipollone), this Court found that Plaintiffs' claims involved failure-to-warn or warning neutralization claims, rather than an affirmative misrepresentation, and therefore such claims were preempted. Since the Court's ruling on Defendants' motion for summary judgment, numerous other trial and appellate courts have considered the question of whether tobacco companies' use of the descriptor "light" in describing cigarettes they claim have reduced tar and nicotine levels is preempted by FCLAA. The subsequent cases create a dispute and the parties agree the Court should exercise its discretion to revisit the issue in light of, specifically, Altria Group, Inc. v. Good (2008) __ U.S. __, [129 S.Ct. 538, 172 L.Ed.2d 398] (Altria) (subsequent references to Altria include page numbers found in 129 S.Ct. 538).

Plaintiffs' present and past position in its opposition to the motion is that "Defendants violated the UCL through their false and deceptive statements, advertisements and publications throughout the class period which were likely to mislead reasonable consumers regarding claimed 'Light' and 'Low Tar' cigarettes." (See Plaintiffs' Opposition Separate Statement, at 36.) Further, the use of the term "Lights" in the cigarettes' label is deceptive (i.e., violates the duty not to deceive) because it "'misleads as to the extent of the danger' because the public believes Lights are safer or healthier than regular cigarettes." (See Plaintiffs' Opposition at 29:11-12.) This Court previously ruled that simple use of the term "Lights" was not, in and of itself, an express misrepresentation and because Plaintiffs failed to produce evidence that Defendants had ever expressly publicly stated that Light cigarettes are healthier, Plaintiffs failed to remove the possibility of preemption based on their affirmative misrepresentation claim.

Plaintiffs alternatively argued fraud by implication, asserting that the mere use of the term "Light" is

---

Case Title: JCCP4042 COORDINATION PROCEEDING   Case No: JCCP4042
TOBACCO LITIGATION

inherently misleading, as consumers believe products termed "Light" are healthier products. The Court found these arguments to be somewhat speculative and without evidence, and concluded that Plaintiffs' arguments centered on duties pertaining to smoking and health. From that perspective, the Court found that the core of Plaintiffs' claim is that the warnings mandated by Congress are inadequate with respect to Light cigarettes, and determined the claim was preempted by the FCLAA. Having reviewed Altria, the Court now finds Plaintiffs' "Light" claims are not preempted by FCLAA, rendering the Court's September 30, 2004 ruling on this issue no longer viable.

In Altria, as in this case, the consumer plaintiffs claimed that the tobacco companies "fraudulently marketed their cigarettes as being 'light' and containing '[l]owered [t]ar and [n]icotine'" to convey to consumers that they deliver less tar and nicotine and are therefore less harmful than regular cigarettes." (Altria at 541.) The tobacco companies in Altria contended "that [the plaintiffs'] claim is like the pre-empted warning neutralization claim because it is based on statements that 'might create a false impression' rather than statements that are 'inherently false.'" (Altria at 546.) On this point, the Supreme Court reasoned that, "the extent of the falsehood alleged does not alter the nature of the claim. Nothing in the Labeling Act's text or purpose or in the plurality opinion in Cipollone suggests that whether a claim is pre-empted turns in any way on the distinction between misleading and inherently false statements." (Altria at 546.) Important here is the Supreme Court's conclusion that, "it is clear that our holding in Cipollone that the common-law fraud claim was not pre-empted is directly applicable to the statutory claim at issue in this case. As was true of the claim in Cipollone, [plaintiffs'] claim that the deceptive statements 'light' and 'lowered tar and nicotine' induced them to purchase petitioners' product alleges a breach of the duty not to deceive. To be sure, the presence of the federally mandated warnings may bear on the materiality of [the tobacco defendants'] allegedly fraudulent statements, 'but that possibility does not change [plaintiffs'] case from one about the statements into one about the warnings.' [Citation omitted.]" (Altria at 546.)

Altria expands the breadth of claims that can be pursued in state courts against tobacco companies, permitting fraud by implication claims to stand based on a finding that such claims are rooted in the UCL's duty not to deceive, which "has nothing to do with smoking and health." (Altria at 545.) It has become evident that the ruling on Defendants' motion for summary judgment, as it pertains to the "Lights" claim, is based on an overly narrow interpretation of fraud. Notably, the Maine federal district court in Altria, which was reversed by the First Circuit Court of Appeal and by the United States Supreme Court, expressly relied on this Court's reasoning in the instant case. Accordingly, the Court denies Defendants' second motion for summary judgment as to the Issue No. 2 based on Altria.

IT IS SO ORDERED.

*Ronald S. Prager*

---

Ronald S. Prager

## Superior Court of California
## County of San Diego

### SIGN-IN SHEET

F  Calendar No.: 4  D

Clerk of the Superior Court
Court of San Diego

MAR 1 1 2010

By: LEE RYAN, Deputy

**CASE:** JCCP4042 - JCCP4042 COORDINATION PROCEEDING TOBACCO LITIGATION

**EVENT TYPE:** Motion Hearing (Civil)          **EVENT DATE/TIME:** 03/11/2010 10:00 am

**DEPARTMENT:** C-71                    **JUDGE:** Ronald S. Prager

| ATTORNEY/PARTICIPANT NAME | CLIENT NAME | SIGNATURE |
|---|---|---|
| ALLINDER, WILLIAM L | LORILLARD TOBACCO COMPANY [DFN] | |
| ALTSHULER, FRED H | SCREEN ACTORS GUILD - PRODUCERS HEALTH PLAN et. al. [PLN] | |
| ANDERSON, CAROLYN A | NC PIPE TRADES HEALTH & TRUST et. al. [PLN] | |
| ANDERSON, JOHN L | NC PIPE TRADES HEALTH & TRUST et. al. [PLN] | |
| ARBOGAST, DAVID M | FISCHER JR, DANIEL C et. al. [PLN] | |
| BAILEY, BRUCE | SAN FRANCISCO CULINARY BARTENDERS AND SERVICE EMPLOYEES WELFARE FUND et. al. [PLN] | |
| BARONI, JOHN J | LORILLARD TOBACCO COMPANY [DFN] | |
| Bartolotta, Vincent J. Jr | SANDLER, MAREN BETH et. al. [PLN] | |
| BATTUS HOLDINGS INC | [DFN] | |
| BATTUS INC | [DFN] | |
| BEESON, DUANE B | BAY AREA AUTOMOTIVE GROUP WELFARE FUND et. al. [PLN] | |
| BERN, MARTIN D  *MARTIN BERN* | PHILIP MORRIS USA INC [DFN] | *[signature]* |
| BERNSTEIN-GAETA, JUDITH | PHILIP MORRIS USA INC [DFN] | |

MOCS # : 4

| ATTORNEY/PARTICIPANT NAME | CLIENT NAME | SIGNATURE |
|---|---|---|
| BODINE, NEIL | NC GEN TEAMSTERS SECURITY FUND et. al. [PLN] | |
| BOGGS, WILLIAM S | LORILLARD TOBACCO COMPANY [DFN] | William Boggs |
| BUSH, ROBERT | MOTION PICTURE INDUSTRY HEALTH PLAN et. al. [PLN] | |
| CAFFERTY JR, PATRICK J | PHILIP MORRIS USA INC [DFN] | |
| CALCAGNIE, KEVIN F | BROWN & WILLIAMSON TOBACCO CORP et. al. [PLN] | |
| CAPLAN, ALAN M | ENVIRONMENTAL LAW FOUNDATION et. al. [PLN] | |
| CARRICK, ROGER LANE | CENTRAL VALLEY PAINTING & DECORATING HEALTH & WELFARE TRUST FUND et. al. [PLN] | |
| Casey, David S Jr | BROWN & WILLIAMSON TOBACCO CORP et. al. [PLN] | |
| Castano Plaintiff Legal Committee (PLC) Members | [PLN] | |
| CHAVEZ, MARK A | DANIELS, DEVIN et. al. [PLN] | |
| CHENG, ANDREW Y S | THE CITY & COUNTY OF SAN FRANCISCO et. al. [PLN] | |
| CLEMENTS, OWEN J | CITY AND COUNTY OF SAN FRANCISCO et. al. [PLN] | |
| COHEN, JAMES | BIG LAGOON RANCHERIA et. al. [PLN] | |
| COTCHETT, JOSEPH W | BAY AREA AUTOMOTIVE GROUP WELFARE FUND et. al. [PLN] | |
| COUGHLIN, PATRICK J | ENVIRONMENTAL LAW FOUNDATION et. al. [PLN] | |
| DAVIS JR, JOHN J | BAY AREA DELIVERY DRIVERS SECURITY FUD et. al. [PLN] | |
| DECHANT, DONALD JAMES | MORROW, NICOLE et. al. [PLN] | |
| DESUE, CHRISTINE | BROWN, WILLARD R et. al. [PLN] | |
| DILLER, NICOLE A | JOINT BENEFIT TRUST et. al. [PLN] | |

| ATTORNEY/PARTICIPANT NAME | CLIENT NAME | SIGNATURE |
|---|---|---|
| DISAIA, STEVEN D. | BROWN & WILLIAMSON TOBACCO CORPORATION [DFN] | |
| DOUGHERTY, ROBERT | [PLN] | |
| DOUGLAS, DENISE | UTU UTU GWAITU PAIUTE TRIBE et. al. [PLN] | |
| DOWD, MICHAEL J | DOWHALL, PAUL et. al. [PLN] | |
| ELLIS, ROGER R | VENTURELLI, ADA A et. al. [PLN] | |
| FIELDS, FREDERICK S | WALGREEN COMPANY et. al. [DFN] | |
| FOWLER, GREGORY L | LORILLARD TOBACCO COMPANY [DFN] | |
| FRANKLIN, THEODORE | NC BAKERY DRIVERS SECURITY FUND et. al. [PLN] | |
| GARNICK, MURRAY R | PHILIP MORRIS USA INC [DFN] | |
| GEFFNER, LEO | SCREEN ACTORS GUILD - PRODUCERS HEALTH PLAN et. al. [PLN] | |
| GERTLER, JONATHAN E | DANIELS, DEVIN et. al. [PLN] | |
| GIBLIN, GWENDOLYN | CENTRAL COAST TRUST FUND et. al. [PLN] | |
| Girardi, Thomas V. | HARRIS, JEANETTE et. al. [PLN] | |
| GROSBOLL, RICHARD K | NC PIPE TRADES HEALTH & TRUST et. al. [PLN] | |
| HEIMANN, RICHARD M | ENVIRONMENTAL LAW FOUNDATION et. al. [PLN] | |
| HILDRE, DONALD F | BROWN & WILLIAMSON TOBACCO CORP et. al. [PLN] | DONALD R HILDRE |
| Hulburt, R. Christian | AMERICAN ENVIRONMENTAL SAFETY INSTITUTE et. al. [PLN] | |
| INTERNATIONAL PHOTOGRAPHERS LOCAL 600 WELFARE FUND | [PLN] | |
| JANECEK, FRANK J | AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS HEALTH FUND et. al. [PLN] | |

| ATTORNEY/PARTICIPANT NAME | CLIENT NAME | SIGNATURE |
|---|---|---|
| JOHNSON, RICHARD C | SHIP IRONWORKERS LOCAL 790 WELFARE PLAN et. al. [PLN] | |
| KOSAR, MARILYN | [PLN] | |
| LEE, BARRY W | B A T INDUSTRIES PLC [DFN] | |
| LEGER JR, WALTER J | BROWN, WILLARD R et. al. [PLN] | |
| LENDRUM, JEFFREY P | Liggett Group + Leggtto Myers BROOKE GROUP LTD et. al. [DFN] | |
| LERACH, WILLIAM S | ENVIRONMENTAL LAW FOUNDATION et. al. [PLN] | |
| LOCKYER, BILL | PEOPE OF STATE OF CA CITY OF LA et. al. [PLN] | |
| LOEWS CORPORATION | [DFN] | |
| MAIER, JOHN A | PECHANGA BAND OF LUISENO MISSION INDIANS et. al. [PLN] | |
| Mansfield, Alan M | DIRECTORS GUILD OF AMERICA - PRODUCERS HEALTH PLAN et. al. [PLN] | |
| MARKHAM, DAVID | CLEMENTS, BRYCE et. al. [PLN] | |
| MARKS, AARON H | LIGGETT & MYERS INC [DFN] | |
| MARSHALL, RAYMOND | DNA PLANT TECHNOLOGY et. al. [PLN] | |
| MCCARTHY, NIALL P | BAY AREA AUTOMOTIVE GROUP WELFARE FUND et. al. [PLN] | |
| MCCUE, JONATHAN D. | OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA et. al. [PLN] | |
| McGuire, John F Jr | AMERICAN ENVIRONMENTAL SAFETY INSTITUTE et. al. [PLN] | |
| McMahon, Gerald L. Earon, Daniel | PHILIP MORRIS USA INC [DFN] | |
| MEQUET, SHARON S | THE COUNCIL FOR TOBACCO RESEARCH [DFN] | |
| MEYERHOFF, ALBERT H | ENVIRONMENTAL LAW FOUNDATION et. al. [PLN] | |

| ATTORNEY/PARTICIPANT NAME | CLIENT NAME | SIGNATURE |
|---|---|---|
| NUEMARK, PHILIP | ENVIRONMENTAL LAW FOUNDATION et. al. [PLN] | |
| NUSSBAUM, PETER D | SCREEN ACTORS GUILD - PRODUCERS HEALTH PLAN et. al. [PLN] | |
| OPPEDAHL, MARY | COUNCIL FOR TOBACCO RESEARCH - USA INC et. al. [DFN] | |
| ORMES, JACK R | OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA et. al. [PLN] | |
| OSHIRO, LISA | UTU UTU GWAITU PAIUTE TRIBE et. al. [PLN] | |
| PFEFFER, MICHAEL S | PECHANGA BAND OF LUISENO MISSION INDIANS et. al. [PLN] | |
| PILLER, GEOFFREY | BAY AREA AUTOMOTIVE GROUP WELFARE FUND et. al. [PLN] | |
| PLESEC, WILLIAM T   STEVEN GEISE | R J REYNOLDS TOBACO COMPANY [DFN] | *(signature)* |
| POTHIER, KATHERINE KORANSKY | U S SMOKELESS TOBACCO COMPANY [FORMERLY UNITED STATES TOBACCO COMPANY] et. al. [DFN] | |
| PROVOST, JOHN C | NC GEN TEAMSTERS SECURITY FUND et. al. [PLN] | |
| QUESENBERRY, STEPHEN V | REDWOOD VALLEY LITTLE RIVER BAND OF POMO INDIANS et. al. [PLN] | |
| R J R NABISCO INC | [DFN] | |
| RENNE, LOUISE | CITY AND COUNTY OF SAN FRANCISCO et. al. [PLN] | |
| RICHARDSON, TONY L | BROWN & WILLIAMSON TOBACCO CORP et. al. [PLN] | |
| RICKETTS, DONALD W | MOORE, DANIEL et. al. [PLN] | |
| RIOS, GEORGE | CITY OF SAN JOSE/DOWHALL et. al. [PLN] | |
| MARK ROBINSON   ROBINSON JR, MARK P | BROWN & WILLIAMSON TOBACCO CORP et. al. [PLN] | *(signature)* Mark P. Robinson |

| ATTORNEY/PARTICIPANT NAME | CLIENT NAME | SIGNATURE |
|---|---|---|
| ROMAN, STAN G | HILL & KNOWLTON INC [DFN] | |
| ROMANSKI, RICHARD J | CENTRAL COAST TRUST FUND et. al. [PLN] | |
| ROSS, MATTHEW D | IBEW LOCAL 595 HEALTH & WELFARE FUND et. al. [PLN] | |
| ROSS, STEVEN U | SAN FRANCISCO CULINARY BARTENDERS AND SERVICE EMPLOYEES WELFARE FUND et. al. [PLN] | |
| ROTER, ISAIAH B | SHIP IRONWORKERS LOCAL 790 WELFARE PLAN et. al. [PLN] | |
| SALTZMAN, PETER W | IBEW LOCAL 595 HEALTH & WELFARE FUND et. al. [PLN] | |
| SANDERS, STEVE | [PLN] | |
| SATO, VINCENT B | PEOPLE OF THE STATE OF CALIFORNIA et. al. [PLN] | |
| SCHONBRUN, LAWRENCE W | LUNA, VANESSA et. al. [PLN] | |
| SCHWARTZ, KARIN S | PHILIP MORRIS USA INC [DFN] | |
| SHANNON, RAPHAEL | NC PLASTERERS HEALTH & WELFARE TR FND et. al. [PLN] | |
| SHARKEY, THOMAS E. | DANIELS, DEVIN et. al. [PLN] | |
| SMITH, WILLETTA | [PLN] | |
| SMOGER, GERSON H | FISCHER JR, DANIEL C et. al. [PLN] | |
| STIDHAM, LAWRENCE | UTU UTU GWAITU PAIUTE TRIBE et. al. [PLN] | |
| STOEVER JR, THOMAS W | AMERICAN BRANDS INC [DFN] | |
| STONE, GREGORY P | AMERICAN BRANDS INC [DFN] Philip Morris USA | Gregory P Stone |
| Swiderski, James | ENVIRONMENTAL LAW FOUNDATION et. al. [PLN] | |
| TAYER, DONALD S | BAY AREA DELIVERY DRIVERS SECURITY FUND et. al. [PLN] | |

| ATTORNEY/PARTICIPANT NAME | CLIENT NAME | SIGNATURE |
|---|---|---|
| THE AMERICAN ENVIRONMENTAL SAFETY INSTITUTE AND THE GENERAL PUBLIC | [PLN] | |
| TODZO, MARK | CITY OF SAN JOSE/DOWHALL et. al. [PLN] | |
| U S T INC | [DFN] | |
| WEINER, MARIE SETH | BAY AREA AUTOMOTIVE GROUP WELFARE FUND et. al. [PLN] | |
| WILSON, BOBBIE J | R J REYNOLDS TOBACO COMPANY [DFN] | |
| WRIGHT, ROBERT C. | R J REYNOLDS TOBACO COMPANY [DFN] | Robert Wright |
| YOURMAN, KEVIN J | GUREVITCH, LEENA et. al. [PLN] | |
| Robert L. Redfearn | Simon, Veragine Smith & Redfearn | Robert L Redfearn |
| Kevin Decie | Plaintiff | Kevin |
| Teddy Paul Bottinelli, | Plaintiff | |
| Marc Saperstein | Plaintiff Dans Soquelein Salomon | |
| GARY Robert Fine | Plaintiff | |
| THOMAS HALCAR | Plantiff Brown | |
| BRIAN FOSTER | LORILLARD TOBACCO Co. | |
| Stephen Murray Jr. | BrownT'p | |