# Exhibit 34

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

|  |  |
|---|---|
| IN RE:  LIGHT CIGARETTES MARKETING | )   MDL Docket No. 1:09-MD-2068 |
| SALES PRACTICES LITIGATION | )   ALL CASES |
|  | ) |

**DECLARATION AND EXPERT DISCLOSURE**
**STATEMENT OF CHARLES R. TAYLOR, PH.D.**

I am the John A. Murphy Professor of Marketing at Villanova University and Senior Research Fellow at the Center for Marketing and Public Policy Research. I received my Ph.D. in Marketing from Michigan State University. I teach courses at both the undergraduate and graduate levels and I am actively engaged in ongoing academic research. In this latter capacity, I am involved in several research projects and have published numerous articles in peer reviewed academic journals.

I am a Past-President of the American Academy of Advertising, having also served that organization previously as Vice President and as Treasurer. I currently serve as the leader of the Villanova School of Business' Corporate Social Responsibility Strategic Initiative Group. I have also served on the Board of Directors of the Marketing and Society special interest group of the American Marketing Association. I am a member of the American Marketing Association, Academy of Marketing Science, American Academy of Advertising, Academy of Marketing Science and American Council on Consumer Interests. I have also served as a Fulbright Senior Scholar, having been appointed the U.S. Council for the International Exchange of Scholars (CIES).

I am currently the Editor of the *International Journal of Advertising*, a journal that deals with general advertising and promotion issues, which is published by the World Advertising Resource Center and is listed in the Social Science Citation Index. I have previously served as Associate Editor of the *Journal of Public Policy and Marketing*, which is published by the American Marketing Association, and *Journal of Advertising*, which is published by the American Academy of Advertising. I also serve on the Editorial Review Boards of several other journals, including the *Journal of Advertising*, *Journal of Consumer Affairs*, *Journal of Public Policy and Marketing*, *Journal of Business Research*, *Journal of Current Issues and Research in Advertising*, *Journal of Marketing Theory and Practice*, *International Marketing Review*, and *Psychology and Marketing*.

2

I have published numerous academic articles on marketing, advertising, and consumer behavior topics in academic journals. I have conducted several research studies on advertising effects and advertising regulation, including peer reviewed articles in the *Journal of Advertising*, *Journal of Advertising Research*, *Journal of Current Issues and Research in Advertising*, *Journal of Public Policy and Marketing*, and *Journal of Macromarketing*. My research has won best paper awards at the *Journal of Advertising*, *Journal of International Marketing*, and *Journal of Macromarketing*, as well as at the American Marketing Association's Marketing and Public Policy Conference.

I have provided consulting services to several businesses and organizations on a variety of matters related to marketing, advertising, and consumer behavior, including General Motors, McCann Erickson, Viacom, Clear Channel Communications, Lamar Outdoor, Magic Media, Inc., Craig Realty, ClubCom, Inc., the Signage Foundation for Communication Excellence, and the Center for Information on Beverage Alcohol, among others. I have provided testimony on outdoor advertising regulation to the U.S. House of Representatives Small Business Committee. In my work, I have made extensive use of surveys, experiments, and qualitative data analysis.

Over the course of my research, I have conducted studies that have involved examining tobacco advertising and its regulation, including published articles in the *Journal of Advertising* and *Journal of Advertising Research*, *Journal of Public Policy and Marketing*, and peer reviewed articles in Proceedings of the American Marketing Association's Marketing and Public Policy Conference and the Proceedings of the Society for Marketing Advances conference. In addition, I have published two content analysis studies of outdoor advertising that examined the prevalence of cigarette advertising in the *Journal of Public Policy and Marketing* (1995 and 1997), and a general content analysis analyzing portrayals of minorities in advertising, including cigarette

3

advertisements (*Journal of Public Policy and Marketing* 1994; *Journalism and Mass Communications Quarterly* 1997).

In this case, I have been asked to offer opinions, based upon my expertise and experience, as to the variability of consumer behavior in general, and specifically with respect to low tar cigarettes. I also have been asked to address the extent to which smokers of low tar cigarettes differ from one another in terms of influences on their purchasing behavior, and the degree to which the behavior of individual smokers may change over time. I have also been asked to opine on the specific topics of cigarette marketing, advertising and promotion on adult smokers' purchases and consumption.[1]

In conjunction with this report, I have examined the testimony of plaintiffs' named class members, class representatives from other Lights cases, and other individual smokers. I also examined research reports and other documents related to consumers' knowledge, purchases, and consumption of low tar, ultra-low tar, light and ultra-light (hereafter, collectively, "low tar") cigarettes; specific advertisements and advertising campaigns for such cigarettes; and documents related to the marketing practices of tobacco companies. My background and learning in marketing, advertising and consumer behavior provide the basis for my opinions and I hold them with a reasonable degree of scientific certainty. Based on my review of the materials and my expertise in marketing and advertising, I have formed the following opinions:

  A.   Not all smokers share universal beliefs with respect to their perceptions of low tar cigarettes or with respect to their reasons for purchasing those cigarettes.

  B.   Why smokers choose to smoke low tar cigarettes and whether health plays a role in that decision varies by individual and cannot be generalized.

---

[1]   I submitted an expert report in *Mulford v. Altria Group, Inc.*, No. 1:09-cv-00509-JAW (D.N.M.), during the class certification phase, which I incorporate by reference hereto. (Ex. 1).

C.      Smokers of low tar cigarettes do not universally hold the belief that such cigarettes provide lower yields of tar or nicotine compared to full flavor cigarettes, or that they are safer or less hazardous than full flavor cigarettes.

D.      Smokers choose to smoke low tar cigarettes for a variety of reasons; many do so for reasons unrelated to whether they deliver less tar and nicotine or whether they are less harmful than full flavor cigarettes.

E.      Concerns about health and/or tar and nicotine yields are not a substantial factor in the decision of every smoker to smoke low tar cigarettes; indeed, many smokers continue to smoke low tar cigarettes even though they believe that such cigarettes are not safer than full flavor cigarettes and do not provide lower yields of tar and nicotine relative to full flavor cigarettes. Evidence from smokers' actual purchase behavior, deposition testimony, and from survey research suggests that many smokers do not weight health benefits in choosing a cigarette.

F.      Survey research is an important technique for understanding consumer behavior and deposition testimony may be useful for confirming and probing survey findings. The survey evidence shows that many smokers choose low tar cigarettes for reasons unrelated to health or safety.

G.      The behavior of the class representatives and other smokers illustrates the complexity of consumer behavior and the differences between individual consumers over time. Smoking histories and brand preferences demonstrate that low tar smokers do not share a common set of beliefs about those cigarettes. Nor do they share a common set of reasons for smoking low tar cigarettes.

H.      Philip Morris USA and other cigarette manufacturers have used a diverse set of themes and images in cigarette brand marketing. Cigarette brand marketing differs dramatically between brands and often even for the same brand over time. This wide variety of images, themes, and executions is consistent with smokers having different reasons for selecting low tar brands and different understandings of the meaning of the word "light."

I hold these opinions to a reasonable degree of scientific certainty.

## I.      CONSUMER BEHAVIOR IS A COMPLEX PROCESS: CONSUMERS ARE AFFECTED BY MANY DIFFERENT FACTORS, AND THEY DO NOT GIVE THE SAME WEIGHT, OR NECESSARILY EVEN ANY WEIGHT, TO THE SAME FACTORS.

A wide variety of factors influence a consumer's decision to buy a product. The consumer behavior process -- modeled as shown in the attached chart (Ex. 2)[2] -- involves a complex

---

[2]      This chart is adapted from a leading marketing textbook. *See* William G. Zikmund & Michael d'Amico, MARKETING (7th ed. 2001).

interaction between environmental and individual influences.  *Environmental* factors include the cultural and/or sub-cultural environment within which a consumer operates, demographic factors such as social class, income, and education level, and family influence.  Other environmental forces include social groups, social values, norms, roles, and situational factors, such as the type of buying situation.  A final set of environmental variables that may influence consumers are the marketing mix variables, which include price, product, distribution, and promotion.

Thus, smokers' purchasing behaviors are affected by a wide variety of different influences. For instance, with regard to cigarette purchases, some smokers may buy a particular type or brand of cigarettes based largely on the influence of a reference group, other smokers may make their decision based on product features, and yet others may base their decision on price or any of a large number of different factors.  Thus, the notion that all consumers choose to smoke low tar cigarettes for the same reasons or that health reassurance is a factor in every purchase is untenable.

In addition to environmental variables, several *individual* factors influence a person's purchase decisions.  For example, an individual's motives have a central influence on consumption behavior, as is the case when someone that is motivated by the need for self-esteem buys an expensive brand of designer clothing that they believe carries prestige.  Individuals' attitudes, perceptions, personalities, and learning play a role in purchasing decisions.  Again, this process refutes the notion that all consumers make any purchasing decisions for the same reason.

### A.   The Multi-Attribute Model of Decision Making Indicates that Different Consumers Consider Different Factors in their Product Choices.

The multi-attribute model is a popular model of decision making.[3]  In essence, the multi-attribute model suggests that people choose a specific brand by taking into account which product features or attributes are important to them and then taking into account their perception of where various brands rank on these features.  Some product attributes may be very important to an individual consumer, while others many not matter at all.

Specifically, the multi-attribute model suggests that consumers make a brand choice by developing a list of evaluative criteria and then assigning weights to the various criteria. Evaluative criteria can include attributes and benefits such as quality, brand name, taste, price, packaging, image, and other factors.  Once consumers develop a list of evaluative criteria and assign weights, a weighted average approach is used in order to compute an overall score for the brand.

Clearly, there are instances where product attributes that are important to some consumers are either given very little weight or no weight by others. For example, consumers purchasing an automobile who have no children may assign no value, or very little value, to a child safety seat offered as a standard option on the vehicle. Another example would be consumers purchasing a DVD player that offers one-touch dubbing to convert videotapes to DVDs.  While some consumers who want to convert videotapes to DVD may assign high importance to this attribute, many others assign no value to this feature. Yet others still may assign a very low value to one-touch dubbing, as they may believe it is a positive feature, but one that they are unlikely to use frequently. As with other products, the weight given to various product attributes of the cigarettes they smoke will vary considerably from smoker to smoker, with diverse factors such as taste, tar level, availability, image, pack type, packaging, size of the cigarette, and price being weighted differently by different smokers in choosing a brand.

---

[3]    *See, e.g.*, Russell S. Winer, MARKETING MANAGEMENT (2d ed. 2004).

It is also the case that the weight of a product attribute can change for a given consumer over time. For example, the level of amplification and larger keys on a telephone may be unimportant to young consumers, but very important to some older consumers.

**B.    Evidence From Smokers' Actual Purchase Behavior And Deposition Testimony, As Well As From Survey Research, Suggests That Many Smokers Do Not Weight Health Benefits In Choosing A Cigarette.**

Many smokers do not assign a significant weight to health benefits in choosing low tar cigarettes.  In fact, many smokers do not believe that such cigarettes are healthier than full flavor cigarettes.  Survey evidence, laid out in section II below, reflects the fact that for many years, a considerable number of smokers have not believed that smoking low tar cigarettes is safer than smoking full flavor cigarettes.  For these smokers, health cannot play a significant role in choosing low tar cigarettes as they do not perceive a difference between the two options (i.e., low tar vs. full flavor).  Deposition testimony likewise demonstrates that some smokers simply did not perceive low tar cigarettes as being safer than full flavor cigarettes, as discussed below, and it expressly establishes that they do not always give weight to the health attributes in choosing a cigarette brand.[4]  For example, Tara McClure, who purchased low tar cigarettes in many jurisdictions included in this MDL, testified that she did not think Marlboro Lights were "safer than any other brand of cigarette" and that she chose Marlboro Lights for reasons relating to taste, flavor, habit,

---

[4]     As of the date of the filing of this report, it is my understanding that depositions have not been taken of absent class members in this case.  In the absence of such depositions, I have identified and reviewed deposition testimony of smokers who purchased low tar cigarettes in states included in this MDL that were manufactured by Philip Morris USA.  These deponents include class representatives from various Lights cases and absent class members from *Piscetta v. Philip Morris USA*, No. 03 VS 048475J (Ga. Sup. Ct.).

In addition, although the report itself is limited to the testimony of possible class members in states included in this MDL, Appendix A includes excerpts from all of the deposition testimony that I have reviewed from low tar cigarette smokers around the country and provides a list of states in which each deponent purchased low tar cigarettes manufactured by Philip Morris USA.

intensity, and her friends' brand choices.  McClure Dep. at 17:19-18:8; 36:5-37:6; 42:18-22.[5]

Similarly, absent class member William Hall indicated that he gave heavy weight to taste, some

weight to the way the product felt on his throat (harshness), and no weight to health-related factors,

when he chose Marlboro Ultra Lights:

> A:  . . . If I know I'm going to be out for a late night and doing a lot of smoking, I'll typically pick up a pack of Marlboro Ultra Lights.
>
> Q:  And why is that?
>
> A:  For the simple fact is that I don't cough as much in the morning. They're smoother than other cigarettes.
>
> * * *
>
> Q:  So in part it was image and in part it was taste?
>
> A:  Uh-huh, yes.  I'd give it that.  Definitely taste, though.  I'm not a big menthol fan at all.
>
> Q:  And so taste is the predominant reason?
>
> A:  I would say so, yeah.
>
> Q:  Okay.  All right.  After -- so one month later you went to Marlboro Reds.  How long did you smoke the Marlboro Reds?
>
> A:  Probably a year, six months to a year.  I don't really know. I do know that they were far too harsh for me, which is why I went to the light.
>
> Q:  That was going to be my next question.  Can you describe to me what you mean by "too harsh."
>
> A:  Heavy, I guess.
>
> Q:  Heavy in the feel on your throat?
>
> A:  Yeah.
>
> * * *
>
> Q:  All right. Now, you've told me that you currently smoke Marlboro Ultra Lights at least some of the time –
>
> A:  Uh-huh.

---

[5]   Deposition of Tara McClure, *Piscetta v. Philip Morris USA Inc.*, No. 03 VS 048475J (Ga. State. Ct. Nov. 6, 2005) ("McClure Dep.").

Q:      -- because it feels better -- when you have late nights, it feels better in the morning having smoked Marlboro Ultra Lights?

A:      Right.

Q:      Is there any other reason?

A:      They taste good.  You know, they're not terrible cigarettes, but, no, that's about it.

Q:      Do you think Marlboro Ultra Lights are safer than any other brand of cigarette?

A:      No, that's silly.  Smoking will kill you.

Q:      No matter what brand?

A:      No matter what Brand.

                                        * * *

Q:      Now, even though you know cigarettes will kill you, you continue to buy cigarettes?

A:      Right.

Q:      And even though you -- you believe that lights and ultra lights cigarettes such as Marlboro Lights and Marlboro Ultra Lights are no safer than any other brand, that's the brand you choose to smoke?

A:      Uh-huh.

Q:      Right?

A:      Uh-huh.

Q:      Okay.

A:      That's correct.

                                        * * *

A:      But if you're asking me if I made a conscious decision to smoke lights over full flavored, what reason I have, it's because they taste better to me.  That's the real reason that I made the switch to lights from full-flavored cigarettes.

Hall Dep. at 8:3-9; 12:13-13:4; 24:21-25:11; 27:8-19; 119:2-6.[6]  In fact, even many class

representatives in Lights cases have at some point in their smoking history chosen low tar cigarettes

---

[6]     Deposition of William Matthew Hall, *Piscetta v. Philip Morris USA Inc.*, No. 03 VS 048475J (Ga. State. Ct. Nov. 3, 2005) ("Hall Dep.").

despite not believing that they were safer, including after filing complaints alleging that low tar

cigarettes were misrepresented.  For example, after testifying that her complaint alleged that

Marlboro Lights are more hazardous than regular cigarettes, Stephanie Good -- a Maine class

representative -- further explained:

> Q.    So when this First Amended Complaint was filed in 2005, you knew
> that it was alleging that Marlboro Lights are more mutagenic than -- on
> a per-tar basis than regular cigarettes, correct?
>
> A.    Yes.
>
> Q.    And you understood that to mean genetic and chromosomal damage,
> correct?
>
> A.    Yes.
>
> Q.    And yet you continue to smoke Marlboro Lights?
>
> A.    Yes.

Good Dep. at 95:9-12; 99:4-13.[7]  Similarly, Aubrey Parsons -- a Washington, D.C. class

representative -- testified that he chose to continue to smoke low tar cigarettes after concluding that

they were *more* dangerous than full flavor cigarettes, because of brand loyalty:

> Q.    And when you say more mutagenic, do you mean it's your
> understanding that low tar and light cigarettes are more mutagenic than
> other cigarettes?
>
> A.    Than regular cigarettes, yes.
>
> Q.    And more mutagenic means it can affect your genes more. Is that what
> you said?
>
> A.    More harmful. More harmful effects to genes.
>
> Q.    So why don't you smoke regular cigarettes?
>
> A.    It's just brand loyalty, you know. It's sort of -- it's an easier -- they're
> there, I smoke them. It's really just brand loyalty. I'm stuck on
> Parliament Lights.

---

[7]    Deposition of Stephanie Good, *Good v. Philip Morris USA Inc.*, No. 05-00127-B-W, MDL
No. 1-09-MD-2068 (D. Me. Dec. 14, 2009) ("Good Dep.").

Parsons Dep. at 94:6-94:19.[8]  Likewise, Miles Tyrer -- a California class representative -- indicated

that he continued to smoke Marlboro Lights after filing his complaint because he preferred their

flavor at that time:

> Q.   Why don't you switch to Marlboro Full Flavor?
>
> A.   Again habit. I used to love the full flavor, but now I like the light.
>
> Q.   Have you tried a full flavor since January of 2009?
>
> A.   Yes.
>
> Q.   You prefer the lights to the full flavor you have tried since January of 2009?
>
> A.   Yes.
>
> Q.   Since January of 2009, your belief has been that you are not getting any lower tar or lower nicotine from the lights, correct?
>
> A.   Correct.
>
> Q.   But you still purchase the product, correct?
>
> A.   Correct.

Tyrer Dep. at 81:16-82:5.[9]

In addition, even among smokers who still believe that low tar cigarettes are safer, some

may assign health either very little weight or no weight because other attributes such as taste or

brand name are more important to them.  Again, when asked directly about their primary reasons

for smoking low or ultra-low tar cigarettes, a significant number of smokers cite considerations

other than health.  For example, Joseph Raley, an absent class member in the *Piscetta* case, stated

that safety is not an issue in his choice of an ultra-low tar cigarette:

> Q:   Do you plan to switch brands?
>
> A:   No, I do not.

---

[8]   Deposition of Aubrey Parsons, *Parsons v. Philip Morris USA, Inc.*, No. 1:09-cv-02288, MDL No. 1-09-MD-2068 (D. Me. Dec. 18, 2009) ("Parsons Dep.").

[9]   Deposition of Miles Tyrer, *Tyrer v. Philip Morris USA, Inc.*, No. 3:09-cv-00052-W-CAB, MDL No. 1-09-MD-2068 (D. Me. Dec. 16, 2009) ("Tyrer Dep.").

Q:      Can you tell me why not?

A:      Unless I quit completely no, I don't plan on switching brands.

Q:      Is that because you like the taste and feel of the Ultra Lights?

A:      That's correct.

Q:      You prefer the taste and feel of the Ultra Lights to Marlboro Lights and Marlboro Reds?

A:      That is correct.

Q:      And those issues are the factors that drive you to stay with the Ultra Lights; is that fair to say?

A:      That's correct.

Q:      And the perception of safety is not a factor in your choice of brand; is that fair to say?

A:      That is correct.

Raley Dep. at 74:11-75:7.[10]

## II.    SMOKERS HAVE KNOWN FOR MANY YEARS THAT LOW TAR CIGARETTES ARE NOT SAFE, AND MOST HAVE KNOWN THAT SUCH CIGARETTES ARE NOT SAFER THAN FULL FLAVOR CIGARETTES.

I have examined survey evidence and the deposition testimony of over 100 low tar cigarette smokers who have been class representatives and absent class members in Lights cases nationwide. This evidence, including but not limited to surveys and depositions conducted before and during the class period, demonstrates that smokers understand the risks associated with low tar cigarettes.

### A.    Survey Research Is An Important Technique For Understanding Consumer Behavior, And Deposition Testimony Is Useful For Confirming And Probing Survey Findings.

Surveys are frequently used in marketing research, relative to other data collection techniques, and are used routinely by marketers of consumer products. Indeed, they are also used routinely by the public health community, and most of the surveys discussed in-depth below were actually produced by professionals within that community. The primary reasons for the popularity

---

[10]    Deposition of Joseph Raley, *Piscetta v. Philip Morris USA Inc.*, No. 03 VS 048475J (Ga. State Ct. Dec. 5, 2005) ("Raley Dep.").

of survey research are the need to know *why* people do or do not do something, the need to know *how* they are doing something, and the need to answer questions about *who* is or is not doing something.[11]  Unlike observational research, survey research can tap into underlying factors driving consumer behavior that are not directly observable.[12]  Thus, to answer the question of why smokers would switch from full flavor cigarettes to low tar cigarettes, survey research is essential.  As observed by Smith and Albaum, "[q]uestioning respondents is virtually necessary to obtain information about their level of knowledge, attitudes, opinions, motivations, or intended behavior."[13]  Fortunately, several surveys have examined why smokers choose low tar cigarettes.

In addition, the depositions of low tar smokers, taken under oath, are similar to depth interviews regarding smokers' perceptions and preferences, including their awareness of the relative danger of low tar cigarettes and their reasons for choosing or switching to such cigarettes.  As such, they provide detailed insight into these issues which lends additional support to the survey evidence.

**B.    Survey Evidence Demonstrates That Many Smokers Of Low Tar Cigarettes Do Not Believe That Those Cigarettes Are Safer Or Less Hazardous Than Full Flavor Cigarettes.**

A large number of surveys indicate that many low tar cigarette smokers have not believed that low tar cigarettes are safer than full flavor cigarettes.[14]  This has been the case for decades.  For example, the Adult Use of Tobacco Survey ("AUTS") conducted in 1986 indicated that almost half of all low tar smokers surveyed (49%) believed that all cigarettes are equally hazardous.  *See* Joseph Mulholland, Federal Trade Commission, BEHAVIOR AND RISK PERCEPTION AMONG

---

[11]     *See, e.g.*, Carl McDaniel & Roger Gates, MARKETING RESEARCH 146 (6th ed. 2005).

[12]     *See, e.g.*, Joseph Hair et al., MARKETING RESEARCH (3rd ed. 2006).

[13]     *See, e.g.*, Scott Smith & Gerald Albaum, FUNDAMENTALS OF MARKETING RESEARCH 91 (2005).

[14]     Attached as Exhibit 3 is a collection of all surveys discussed in this report.

SMOKERS OF LOW YIELD CIGARETTES: AN ANALYSIS OF THE 1986 ADULT USE OF TOBACCO SURVEY 35, 49 (Aug. 4, 1992) (Ex. 3A).  Indeed, almost two thirds of low tar smokers (64.3%) believed that their own cigarette brand carried "about the same" level of risk as all other cigarettes, and even among smokers of the lowest tar brands on the market (those with FTC ratings below 3mg) almost half (43.3%) believed that their own brand was just as risky as other brands.  *Id.* at 38.  Only 26% of low tar smokers believed that their brand was less hazardous compared to full flavor cigarettes. *Id.*  The AUTS provides evidence that many low tar smokers already did not perceive such cigarettes to be safer than full flavor cigarettes in the 1980's.

Several other studies have also found that many low tar smokers do not believe there is a health benefit associated with smoking low tar cigarettes.  Indeed, these surveys demonstrate that since the 1986 survey, consumer awareness of the relative dangers of low tar cigarettes has continually increased:

- A study conducted by the National Center for Health Statistics in 1987 found that 68.8% of "light" cigarette smokers did not think that smoking such cigarettes reduced the risk of cancer.  *See* Gary Giovino et al., National Institutes of Health, *Attitudes, Knowledge, and Beliefs About Low-yield Cigarettes Among Adolescents and Adults, in* THE FTC CIGARETTE TEST METHOD FOR DETERMINING TAR, NICOTINE, AND CARBON MONOXIDE YIELDS OF US CIGARETTES. REPORT OF THE NCI AD HOC COMMITTEE 49 (1996) (Ex. 3B).

- A Gallup poll conducted in 1993 that directly asked whether "smoking low tar cigarettes is safer than smoking high tar cigarettes" found that 42% of smokers disagreed or strongly disagreed with that statement.  *See* Rosita Thomas & Max Larsen, Gallup, Inc., SMOKING PREVALENCE, BELIEFS, AND ACTIVITIES BY GENDER AND OTHER DEMOGRAPHIC INDICATORS 62 (May 1993) (Ex. 3C).

- A telephone survey conducted in 1994 found that among smokers who smoke brands in the 11-15 mg tar range, 49% did not think switching from a high-tar, 20 mg cigarette to a 5 mg cigarette would significantly lower a person's health risks due to smoking, while only 35% did think so and 15% answered "do not know."  *See* Joel B. Cohen, National Institutes of Health National Cancer Institute, *Consumer/Smoker Perceptions of Federal Trade Commission Tar Ratings, in* MONOGRAPH 7: THE FTC CIGARETTE TEST METHOD/OR DETERMINING TAR, NICOTINE AND CARBON MONOXIDE YIELDS OF US. CIGARETTES, REPORT OF THE NCI EXPERT COMMITTEE 127-34 (1996) (Ex. 3D).  The survey found even less agreement from the same group in terms of their belief in the

consequences of switching from a 20 mg tar cigarette to a 16 mg cigarette -- 28% agreed that this switch would significantly lower a person's health risk, while 61% said it would not and 10% did not know.

- The results of the Massachusetts Tobacco Survey indicates that just 34% of smokers of "light" cigarettes and 13% of smokers of full flavor cigarettes believed that smoking "light" cigarettes lowers the risk of illness. *See* Lois Biener, PERCEPTIONS OF LIGHT & ULTRA LIGHT CIGARETTES AMONG MASSACHUSETTS ADULTS 5 (date unknown; summarizing results of the 1993-94 Massachusetts Tobacco Survey) (Ex. 3E).

More recent studies also provide evidence that smokers do not believe that low tar cigarettes are safer:

- A 2001 survey of 167 adult smokers found that only 16% indicated a belief that "light" cigarettes are safer than full flavor cigarettes. *See* N. Weinstein & P. Slovic, PUBLIC UNDERSTANDING OF THE RISKS FROM SMOKING AND OPINIONS ABOUT SMOKING CONTROL POLICIES ¶ 28 (2001) (Ex. 3F).

- Another 2001 study reported striking findings regarding the public's perceived level of risk associated with smoking "light" cigarettes based on a sample of 2,120 adult smokers. When presented with statements suggesting that "light" cigarettes are i) healthier, ii) safer, and iii) less likely to cause cancer compared to full flavor cigarettes, the respondents expressed doubts, providing an average response of 2.0 (probably not true) for all smokers and 2.1 for lights smokers on a 5 point scale. *See* Saul Shiffman et al., SMOKERS' BELIEFS ABOUT LIGHT AND ULTRA LIGHT CIGARETTES, TOBACCO CONTROL 120 (2001) (Ex. 3G). Moreover, only 17.3% of lights smokers thought that safety claims comparing "light" cigarettes to full flavor cigarettes were credible. *Id.*

- A 2002 American Cancer Society survey reported that only 34% of the respondents agreed that "light" cigarettes are safer than full flavor cigarettes. American Cancer Society, PREVENTION AND EARLY DETECTION: NICOTINE YIELD TESTING 3 (2002) (Ex. 3H).

- A 2003 National Cancer Institute survey reported that just "18% of [low tar] cigarettes are consumed by smokers for whom 'health' is their *main* reason for smoking Lights." *See* National Cancer Institute, HEALTH INFORMATION NATIONAL TRENDS SURVEY: POST-ANALYSIS VERSION at IV-1 (2003) (emphasis in original) (Ex. 3I). Notably, the survey also found that low tar smokers and full flavor smokers believed the risks they personally faced from smoking were the same. *Id.* at VI-1.3.

- In a 2004 study involving 600 Massachusetts smokers, in which subjects were shown two print advertisements for full flavor cigarettes (Marlboro Reds and Basic), and two print advertisements for "light" cigarettes (Carlton Ultra Lights and Basic Lights), less than half of the subjects (43.7%) agreed that the "lights" advertisements conveyed a message that this cigarette is "safer or healthier than others." *See* William Hamilton et al., Society for Research on Nicotine and Tobacco, *Smokers' Responses to*

16

*Advertisements for Regular and Light Cigarettes and Potential Reduced-Exposure Tobacco Products, in* NICOTINE & TOBACCO RESEARCH, VOL. 6 SUPP. 3 at 359 (2004) (Ex. 3J). This result may overstate the proportion who believe low tar cigarettes are healthy, as one of the "lights" advertisements was for an "ultra-light" brand. *See id.*

- A 2003 study conducted in Switzerland found that in a survey of 2000 people, the majority (60%) of respondents felt that the risk between "light" cigarettes and full flavor cigarettes was the same, while only 27% believed that smoking "light" cigarettes lowers the risk of lung cancer in comparison to smoking full flavor cigarettes, 7% felt the risk was higher with "lights," and 7% responded that they did not know. *See* Jean-Francois Etter et al., American Health Foundation, *What Smokers Believe About Light and Ultralight Cigarettes, in* PREVENTATIVE MEDICINE 92 (2003) (Ex. 3K).

- A 2002 multinational study conducted in the U.S., U.K., Canada and Australia in conjunction with the International Tobacco Control Policy Evaluation Survey found that just 27.5% of smokers believe that "lights" are less harmful than full flavor cigarettes. *See* Ron Borland et al., *Use of and beliefs about light cigarettes in four countries: Findings from the International Tobacco Control Policy Evaluation Survey, in* NICOTINE & TOBACCO RESEARCH, VOL. 6 SUPP. 3 (2004) (Ex. 3L). The study also found that the "strongest predictor" of whether a smoker would choose low tar cigarettes was whether that person believed that low tar cigarettes are "smoother," rather than whether they thought such cigarettes might be safer. *Id.* at 316.

- A recent survey of 172 college students found that non-smokers, former smokers, social smokers and regular smokers "all believed that light cigarettes were lighter tasting and milder than regular cigarettes, but to be no safer or healthier than regular cigarettes." Gail Zank et al., ARE LIGHT AND ULTRA-LIGHT CIGARETTES SAFER: PERCEPTIONS OF COLLEGE STUDENTS 1134 (2008) (Ex. 3M). This finding also applied to "ultra-light" cigarettes. The authors concluded that the assumption that the public believes that "light" cigarettes are safer or healthier is not supported by research evidence. *Id.* at 1142.

- A separate study found that out of a sample of 5,000 military trainees who switched to "light" cigarettes, a mere 32% did so for health reasons. *See* C. Keith Haddock et al., *An Examination of Cigarette Brand Switching To Reduce Health Risks, in* ANNALS OF BEHAVIORAL MEDICINE 132 (1999) (Ex. 3N).

These studies suggest that more than two thirds of low tar smokers switched from full flavor cigarettes to low tar cigarettes for reasons unrelated to health.

In summary, survey research shows that a majority of smokers do not believe that smoking low tar cigarettes lowers health risks in comparison to smoking full flavor cigarettes. In particular, the surveys conducted from the 1980's through 1996 found that at least 42%, and as much as

68.8%, of smokers did not believe that low tar cigarettes were safer than full flavor cigarettes, while surveys after 1996 found that only 16-34% of smokers believed that low tar cigarettes might be safer.

> ### C.   Deposition Testimony Also Confirms That Many Smokers Smoke Low Tar Cigarettes In Spite Of Believing That Such Cigarettes Are No Safer Than Full Flavor Cigarettes.

The numerous studies cited above are consistent with deposition testimony that I have reviewed in connection with this case.  Deposition testimony from smokers who purchased low tar cigarettes manufactured by Philip Morris USA in states included in this MDL illustrates that there are many smokers who choose low tar cigarettes even though they do not think they are safer than full flavor cigarettes.  For example, absent class member Kevin Hagan testified that taste was the predominant reason he chose to smoke Marlboro Lights when he resumed smoking:

> Q.   And why did you start back with the Marlboro Lights?
>
> A.   That's a good question. I had the urge for a cigarette, and people around me were smoking Marlboro Lights at the time. That was one of the cigarettes that I tried. I liked the flavor, so I started smoking it.

Hagan Dep. at 8:17-8:23.[15]  Mr. Hagan expressly rejected the suggestion that he smoked Marlboro Lights for reasons relating to safety or health:

> Q.   Other than taste and your roommate smoking Marlboro Lights, what other factors weighed in your decision to begin smoking Marlboro Lights?
>
> A.   Probably none other -- I mean, as I said, it was a matter of that was what was laying on the table that was closest to me when I picked up that first cigarette after I had quit, and so I started smoking that.
>
> Q.   Did you think in any way that Marlboro Lights would be a safer choice than some other brand?
>
> A.   No, not at all.

*Id.* at 36:20-37:6 (objection omitted).  Similarly, absent class member Latasha Kelly testified that:

---

[15]   Deposition of Kevin Hagan, *Piscetta v. Philip Morris USA Inc.*, No. 03 VS 048475J (Ga. Super. Ct. Nov. 7, 2005) ("Hagan Dep.").

> Q.     So I take it tar level of a brand is not one of the factors that you look at when you're buying a brand of cigarettes. Is that right?
>
> A.     That is right.
>
> Q.     Now, why did you switch to the Marlboro Lights 100's?
>
> A.     I switched because out of all the cigarettes that I experimented with, it was my favorite.
>
> Q.     And when you say it was your favorite, in what way was it your favorite?
>
> A.     The pull, the drag, the length of the cigarette. It was just the -- it's like Goldilocks. It was just right, you know.

Kelly Dep. at 28:1-28:13.[16]  She continued:

> Q.     Do you think that Marlboro Lights are safer than any other brand of cigarette?
>
> A.     No.
>
> Q.     Do you think that Marlboro Lights 100's are safer than Marlboro Lights Kings?
>
> A.     No.
>
> Q.     Why don't you think Marlboro Lights are safer than any other brand of cigarettes?
>
> A.     Because they all have the same end result.
>
> Q.     And what's that?
>
> A.     Cancer, emphysema.
>
> Q.     So disease?
>
> A.     Disease, yes.

*Id.* at 32:17-33:4.  Doug Landau testified that he preferred low tar cigarettes because they were less harsh than full flavors, and continued:

> Q.     And did you think that meant that Marlboro Lights were safer than Marlboro Reds?
>
> A.     No.

---

[16]     Deposition of Latasha Kelly, *Piscetta v. Philip Morris USA Inc.*, No. 03 VS 048475J (Ga. Super. Ct. Nov. 7, 2005) ("Kelly Dep.").

Q.      Why not?

A.      Well, one, I grew up when smoking was already well-known to be very harmful. Two, it was hard for me to believe the difference in the tar or the nicotine. My general sense is that all cigarettes are very bad for you.

Q.      So what does the word "light" in Marlboro Lights mean to you?

A.      It's not as harsh on my throat.

Q.      So it deals with the harshness of the smoke that you're smoking?

A.      For me, that's exclusively the reason. If I was going to smoke, I knew I was being unhealthy, but I certainly didn't want to wake up with a sore throat in the morning.

Landau Dep. at 14:11-15:3.[17]

Likewise, William Matthew Hall testified:

Q.      All right. Now, you've told me that you currently smoke Marlboro Ultra Lights at least some of the time --

A.      Uh-huh.

Q.      -- because it feels better -- when you have late nights, it feels better in the morning having smoked Marlboro Ultra Lights?

A.      Right.

Q.      Is there any other reason?

A.      They taste good. You know, they're not terrible cigarettes, but, no, that's about it.

Q.      Do you think Marlboro Ultra Lights are safer than any other brand of cigarette?

A.      No, that's silly. Smoking will kill you.

Q.      No matter what brand?

A.      No matter what brand.

Q.      What about the tar and nicotine levels as reported by the FTC method in a cigarette, does that change whether a cigarette --

A.      Not.

---

[17]     Deposition of Doug Landau, *Piscetta v. Philip Morris USA Inc.*, No. 03 VS 048475J (Ga. Super. Ct. Dec. 2, 2005) ("Landau Dep.").

Q.       -- is less harmful?

A.       Not to my knowledge. Not to my knowledge at all. As far as I've known, as far as anybody's ever told me, smoking will kill you.

Q.       Regardless of brand?

A.       Regardless of brand or light or heavy, you're going to -- if you're a smoker, you have a 95 percent chance of dying from smoking.

Q.       So I asked you specifically about Marlboro Ultra Lights. Do you think Marlboro Lights are safer than any other brand of cigarettes?

A.       No.

Q.       Would you have the same reasons that you just gave me before?

A.       Yes, smoking will kill you. You know, that's the bottom line.

Hall Dep. at 24:21-26:6. Similarly, when asked whether a specific warning about low tar cigarettes would have affected his brand choice, absent class member Brian Weinman testified:

A.       No, I was an addicted smoker at that point. Who would this make a difference to? It would make a difference to people who think that switching to Lights ... Like I said, the primary reason that I switched was harshness. So the primary reason that I switched was I guess taste and flavor. But for people whose primary reason of switching is the perception of health issues, I think this would be valuable.

Weinman Dep. at 77:13-21.[18]  In addition, Robert Ross testified that that "think[ing] light cigarettes are safer than full-flavored cigarettes" would be "like saying that a .22 caliber bullet is more healthier [sic] for you than a .45 caliber bullet. They're still bullets. They're still going to -- if you're shot, you're still going to go to the hospital and/or die." Ross Dep. at 55:9-55:18.[19]

Finally, the deposition testimony of class representatives in various Lights cases who continued to smoke low tar cigarettes even after filing complaints alleging that such cigarettes were misrepresented further establishes that smokers who do not believe that low tar cigarettes are safer

---

[18]      Deposition of Brian Weinman, *Piscetta v. Philip Morris USA Inc.*, No. 03 VS 048475J (Ga. State. Ct. Nov. 22, 2005) ("Weinman Dep.").

[19]      Deposition of Robert Ross, *Piscetta v. Philip Morris USA Inc.*, No. 03 VS 048475J (Ga. Super. Ct. Nov. 15, 2005) ("Ross Dep.").

often still smoke them for other reasons unrelated to health.  *See supra* I.B.

This deposition testimony further supports the survey results discussed above.[20]

## III.   EVIDENCE SHOWS THAT MANY SMOKERS CHOOSE LOW TAR BRANDS FOR REASONS UNRELATED TO HEALTH.

### A.   Surveys Conducted By A Variety Of Well-Respected Sources Demonstrate That Smokers Choose Low Tar Cigarettes For Several Different Reasons, Often Unrelated To Health.

Multiple surveys have examined the question of why smokers chose low tar cigarettes.  The results of these surveys indicate that smokers choose low tar cigarettes for a variety of different reasons, many of which are unrelated to health.  For example, based on the results of personal interviews from a nationally representative sample, Roper reported in 1976 that smokers of low tar brands indicated that they smoked their brand for the following reasons:

| | |
|---|---|
| Mild | 59% |
| Good flavor | 34% |
| A satisfying cigarette | 33% |
| Better for your health | 30% |
| More effective filter | 20% |
| Fresh tasting | 20% |
| Very full tobacco taste | 10% |
| Good looking package | 4% |
| Modern, up to date | 4% |
| Smart, has style | 2% |
| None | 5% |
| Don't know | 1% |

*See* Roper Organization Inc., A STUDY OF SMOKERS' HABITS WITH SPECIAL EMPHASIS ON LOW TAR CIGARETTES 56 (1976) (Ex. O).  Interestingly, 49% of low tar smokers indicated that they liked the

---

[20]   Deposition testimony of smokers who purchased low tar cigarettes manufactured by Philip Morris USA in other jurisdictions reinforces that many of them chose such cigarettes despite believing they were not safer than full flavor cigarettes.  *See generally* Appendix A, at I. (collecting deposition testimony from smokers nationwide regarding their awareness of the dangers of smoking low tar cigarettes).  For example, Beth Hunt testified that she did not need to read the 2002 onsert attached to packages of low tar cigarettes, which disclosed that such cigarettes were not safer than full flavors, because she already knew that information.  Deposition of Beth Hunt, *Piscetta v. Philip Morris USA Inc.*, No. 03 VS 048475J, at 58:14-61:17 (Ga. Super. Ct. Nov. 9, 2005) ("Hunt Dep.").

taste of their brand better than higher tar brands and an additional 34% said they liked it about as much. *Id.* at 103. Another key finding of the study was that only 30% of smokers of low tar cigarettes identified "better for your health" as a reason why they chose their brand, compared to 59% that preferred their brand because it was "mild" or 34% that preferred their brand for "flavor." *Id.* at 56. In addition, while 47% of low tar smokers reported that "some particular brand" was better than others, only 3% of them reported that they believed Marlboro Lights were "better for health than other" brands, and 44% reported that *all* brands were the same. *Id.* at 95. This data suggests that reasons other than health drove the cigarette brand choice for most low tar cigarette smokers.

In a later study, Roper reported that the major reasons for low tar smokers switching to their present brand from their previous brand were: like them better/like the taste (35%), family members/friends smoke them (18%), just like the brand/wanted to stay with the brand (15%), lower tar 13%, milder tasting 10%, lower in tar/nicotine 9%, and advertising 5%. *See* Roper Organization, Inc., A STUDY OF SMOKERS' HABITS WITH SPECIAL EMPHASIS ON LOW TAR CIGARETTES 26 (1979) (Ex. 3P). These numbers were even more striking with respect to Marlboro Lights smokers in particular: 40% switched to Marlboro Lights because they liked them better/liked the taste, 29% because they "just like that brand," 17% because family members/friends smoked them, 6% for lower tar, 6% for both lower tar and nicotine, 3% for "milder" taste, and 3% because of advertising. *Id.* Like the 1976 study, a high proportion of low tar smokers indicated they liked the taste of their brand better (44%) or about as much (33%) as full flavor brands. *Id.* at 27.

Other surveys have found that smokers choose low tar cigarettes for reasons unrelated to health:

- Mulholland of the Federal Trade Commission performed an extensive analysis of the Adult Use of Tobacco Survey, which was conducted by the Centers for Disease Control in 1986, and examined the reasons why demand for low tar cigarettes was increasing.

Mulholland noted that the extent to which there is a belief that low tar brands have a risk advantage is "surprisingly thin," and concluded that "[i]t thus appears that other considerations, such as taste and image, play a significant role in the demand for low-tar brands." Mulholland, *supra* 14-15 (Ex. 3A).

- A Gallup poll conducted in 1998 directly asked "lights" smokers why they smoked such cigarettes. Twice as many smokers, who were allowed to choose up to two answers from a list, cited taste or strength as a reason for smoking "light" or "ultra-light" cigarettes (47%), compared to those who indicated improving health (11%), or reducing exposure to toxins (10%) as a reason for smoking their brand. *See* Gallup Organization, ATTITUDES AND BEHAVIOR RELATED TO SMOKING CESSATION: A SURVEY OF CURRENT AND FORMER SMOKERS (1998) (Ex. 3Q).

- In the same year, Kozlowski and his colleagues asked a nationwide sample of 360 "lights" and 218 "ultra lights" smokers to agree with various statements about why they smoked such cigarettes. *See* Lynn Kozlowski et al., *Smokers' Misperceptions of Light and Ultra-light Cigarettes May Keep Them Smoking, in* AMERICAN JOURNAL OF PREVENTATIVE MEDICINE 10 (1998) (Ex. 3R). Eighty percent indicated that they smoked those cigarettes because they liked the taste. *Id.* at 12. As a result, the researchers concluded that "most smokers of Lights prefer the taste and are, therefore, not motivated to switch to Regulars, even if they find there is no reduction in health risk with Lights." *Id.* at 14. While 57% agreed that they smoked such cigarettes to reduce tar intake and 50% agreed with less nicotine, only 39% said they smoked them to reduce the risks associated with smoking. *Id.* at 12. Because the questions were asked in a yes/no format, these data indicate that not all smokers who expressed a desire to reduce tar or nicotine intake wanted to do so for health reasons.

- A subsequent survey by Kozlowski reported that only 32% of a sample of 108 "light" cigarette smokers believed that smoking such cigarettes reduces the risk of having health problems. *See* Lynn Kozlowski et al., *Smoker Reactions to a 'Radio Message' that Light Cigarettes are as Dangerous as Regular Cigarettes, in* NICOTINE AND TOBACCO RESEARCH 72 (1999) (Ex. 3S). Moreover, well over half of 566 survey respondents reported that they did not choose "lights" in order to reduce the risks associated with smoking, both before and after hearing a message stating that "lights" do not reduce health risks. *Id.* at 71.

- In a survey by the CDC involving 771 teenage smokers of "light" and "ultra light" cigarettes, 32 percent of respondents said they smoked such cigarettes because they preferred the taste, 28 percent because they were "less irritating," 19 percent because they "just like[d] them," five percent because it was "cool" or their "friends smoke[d] them," and 15 percent for "other" reasons, compared to a mere 16 percent who chose "lights" or "ultra lights" because they were "less harmful" or seven percent who chose them for "health reasons." *See* Centers for Disease Control and Prevention, 1993 TEENAGE ATTITUDES AND PRACTICES SURVEY (1993) (Ex. 3T).

- Another author analyzed data from the 2003 Tobacco Use Supplement, co-sponsored by the Centers for Disease Control and Prevention and National Cancer Institute, to conclude that the single most common reason cited for switching to low tar cigarettes was milder flavor (67%), with 26% indicating that flavor was their only reason for

24

switching. Among those citing multiple reasons for switching, the most common reasons after flavor were harm reduction (51%) and wanting to quit smoking (43%). Hilary Tindle, et al., SWITCHING TO "LIGHTER" CIGARETTES AND QUITTING SMOKING 7 (2009) (Ex. 3U). The same author previously found that only 37% of respondents in a sample of over 4,400 smokers reported having used "light" cigarettes to reduce health risks. *See* Hilary Tindle, et al., CESSATION AMONG SMOKERS OF LIGHT CIGARETTES: RESULTS FROM THE 2000 NATIONAL HEALTH INTERVIEW 1498-1504 (2006) (Ex. 3V).

- A 1995 Health Canada survey of over 12,000 Canadians suggests that smokers also make different associations with the term "light." According to the survey, respondents offered a variety of meanings when asked what "light meant" to them, including among others: less nicotine (36.2%), no idea what it meant (21.2%), less tar (20.1%), or an advertising gimmick (14.1%). *See* Neil D. Weinstein, *supra* 16, at 193 (2001) (discussing the results of various surveys, including the 1995 Health Canada survey) (Ex. 3F).

- The 2003 HINTS study published by the National Cancer Institute found that just 18% of every day "lights" smokers reported that their main reason for smoking "lights" is to "reduce the health risks of smoking." National Cancer Institute, *supra* 16, at IV-1 (2003) (Ex. 3I). The majority of every-day "lights" smokers (42%) indicated that taste was their primary reason for smoking such cigarettes, while 26% stated that they smoked them for other reasons and 14% indicated that they smoked such cigarettes to try to quit. *Id.*

In summary, the survey evidence -- including as early as 1979 -- demonstrates that smokers predominantly chose low tar cigarettes for reasons relating to taste and flavor rather than health, and more recent surveys indicate that the percentage of smokers who did so either held steady or increased during the class period.

**B.**     **Consistent With Survey Evidence, Deposition Testimony Demonstrates That Smokers Who Choose Low Tar Cigarettes Do So For A Variety Of Reasons, Including Taste And Flavor, And That The Term "Light" Means Different Things To Different Smokers.**

Evidence from depositions also supports the findings of the surveys above: there are several different reasons why smokers choose low tar cigarettes. These reasons include, for example, taste and flavor,[21] brand image and loyalty,[22] harshness,[23] and peer influence.[24]

---

[21]     *See, e.g.*, Deposition of John J. Zimmatore, Jr, *Piscetta v. Philip Morris USA Inc.*, No. 03 v. 048475 J, at 114:4-115:23 (Ga. Super. Ct. Jan. 17, 2005).

[22]     *See, e.g.*, Deposition of Mary Deininger, *Piscetta v. Philip Morris USA Inc.*, No. 03 VS 048475J, at 55:11-56:6 (Ga. Super. Ct. Nov. 17, 2005).

For instance, William Matthew Hall gave the following explanation for what "light" and "ultra light" meant to him in the cigarette context:

> A.    . . . it's my understanding that "light" means lighter smoke and flavor.
>
> Q.    Okay.
>
> A.    Like if you smoke a Red, it's really heavy. Smoke an ultra light, it's -- the smoke is really light, and I don't mean -- let's see. Do you smoke?
>
> Q.    No.
>
> A.    So this is going to be hard to explain. Have you ever smoked?
>
> Q.    No.
>
> A.    Okay. Well, relate it to food then. You like food? Okay. So you have au jus. You have au jus, right, a natural sauce that's made from cooking meat. You cook the meat, you get the juice off of it, you flavor it, you've got au jus. It's a very light sauce, okay. It's sometimes clear, you can see through it. Then you have a cream sauce, okay. It's very heavy, so when you put it in your mouth, you -- the texture, the feel of the sauce is actually heavier than the jus sauce, which is an ultra light sauce, we'll say. So you put the jus in your mouth and it's very light, almost like drinking flavored water. Does that make sense?

Hall Dep. at 108:4-110:10 (objection omitted). Tara McClure also interpreted "light" in the cigarette context as a reference to flavor:

> Q.    . . . . What does the word "light" mean when it's used on a pack of cigarettes called Marlboro Lights?
>
> A.    I think it's the flavor is lighter, which is what makes sense to me, because I feel the Reds are stronger and I feel the Ultra Lights are lighter in flavor. So I figure Marlboro Lights are somewhere medium in the middle of taste/flavor.

McClure Dep. at 18:23-19:4. Similarly, Susan Chase testified that, at the time of her deposition, she believed that cigarettes are "light" in the sense of having a different flavor:

> Q.    So what -- what do you believe today is the difference between low-tar and regular cigarettes, if anything?
>
> A.    A lighter flavor.

---

23    *See, e.g.*, Deposition of Brian Cleary, *Cleary v. Philip Morris USA, Inc., et al.*, No. 09-cv-1596, at 37:14-39:3 (N.D. Ill. July 14, 2009).

24    *See, e.g.*, Deposition of Cheryl Curtis, *Curtis v. Philip Morris Cos. Inc., et al.*, No. 27-cv-01-018042, at 23:18-24:7 (Minn. Dist. Ct. Apr. 29, 2009).

Chase Dep. at 70:12-15.[25]  And, Rhonda Newby, a class representative in New Mexico who did claim to have believed that low tar cigarettes were safer than full-flavor cigarettes, still acknowledged that she initially chose them for reasons other than health; after trying a Marlboro Red as her first cigarette, she chose Marlboro Lights because "most of the girls that [she] knew that smoked smoked [sic] Marlboro Lights, and [she] felt that they were a little more feminine than Marlboro Reds."  Newby Dep. at 30:18-24, 80:3-8.[26]

Stephanie Good, a class representative in Maine, testified that she preferred the taste of Marlboro Lights to that of full flavor or ultra-low tar cigarettes:

> Q.    Have you ever tried a Marlboro Red?
>
> A.    Yes.
>
> Q.    Did you like the Marlboro Red?
>
> A.    No.
>
> Q.    What didn't you like about the Marlboro Red.
>
> A.    It was strong.

Good Dep. at 55:5-10.  She continued:

> Q.    You told me you didn't like the taste of the ultralights; is that right?
>
> A.    They're too light.
>
> Q.    So you didn't like the taste?
>
> A.    I wasn't getting the same feeling from the ultralights as I do from the lights.
>
> Q.    So you didn't smoke ultralights because you didn't like not getting the same feeling as the lights?
>
> A.    Yes.

Id. at 75:21-76:9 (objections omitted).

These examples illustrate that different smokers choose low tar cigarettes for a variety of

---

[25]    Deposition of Susan Chase, *Piscetta v. Philip Morris USA Inc.*, No. 03 VS 048475J (Ga. State. Ct. June 27, 2005) ("Chase Dep.").

[26]    Deposition of Rhonda Newby, *Mulford v. Altria Group, Inc. et al.*, No. CV 05-659 (N.M. Dist. Ct. March 13, 2006) ("Newby Dep.").

different reasons.[27]

Indeed, a large majority of smokers have strong opinions about the taste of cigarettes and some low tar smokers -- including those who claim to smoke low tar cigarettes for reasons relating to health or safety -- do not switch to ultra-low tar cigarettes because they really do not like the taste. For example, Ed Ratliff, a class representative who purchased Marlboro Lights in Illinois, chose not to switch to Marlboro Ultra Lights because he preferred Marlboro Lights:

> Q.    All right. Let's talk about Marlboro Ultra Lights. You know, do you not, that there's a cigarette on the market called Marlboro Ultra lights?
>
> A.    I think so, yes, sir.
>
> Q.    Have you ever smoked it?
>
> A.    I don't think I have.
>
> Q.    Explain to me why not, sir, if you -- if you --
>
> A.    I think -- when I say I smoked them I said I think I've tried them.
>
> Q.    When did you try them?
>
> A.    No date. I don't have any idea when -- when I tried them. All I know is they're like sucking on air. There was no taste, no nothing. You know it was just --
>
> Q.    So you didn't -- you didn't like the taste of the Marlboro Ultra Lights?
>
> A.    Well, you couldn't -- well, you really couldn't get a taste from them. You know it's just when you pull down on a cigarette you want to get that taste, and on the Ultra Lights you really couldn't. Like I said, it was like pulling down on air.

---

[27]    Deposition testimony of smokers who purchased low tar cigarettes manufactured by Philip Morris USA in other jurisdictions reinforces that many of them chose such cigarettes for reasons unrelated to health or safety. *See generally* Appendix A, at II. (collecting deposition testimony from low tar smokers nationwide regarding the reasons they smoked such cigarettes). For example, Marlis Higgins testified that she chose low tar cigarettes because they "taste lighter" and that she "did not think they would be safer." Deposition of Marlis Higgins, *Piscetta v. Philip Morris USA Inc.*, No. 03 VS 048475J, at 21:1-22:14 (Ga. Super. Ct. Nov. 8, 2005). Similarly, Danielle Magee testified that she did not think she was "exposing [herself] to a lower risk of disease by smoking the Marlboro Ultralights," and that she "continued to smoke Marlboro Ultralights because [she] preferred the taste. . ." Deposition of Danielle Magee, *Davies v. Philip Morris USA, Inc., et al.*, No. 04-2-08174-2 SEA, at 29:7-32:3 (Wash. Super. Ct. Dec. 12, 2005).

Q.     Did you think the Marlboro Ultra Lights might be healthier for you than the Marlboro Lights that you had been smoking?

A.     Never really thought about it.

Q.     Well, you told me before that the reason you switched from a full-flavored cigarette back in the mid 1980s to a light cigarette is that at least in part you thought it would be healthier for you?

A.     Yes, sir.

Q.     Did it ever occur to you that smoking an ultra light cigarette would be even healthier for you?

A.     I guess if you sat -- sat down and really thought about it, yes, but like I said I smoked what I like.

Ratliff Dep. at 66:6-67:16.[28]  Similarly, Susan Miles -- a class representative in a previous Illinois

Lights case -- testified that she did not smoke ultra- low tar cigarettes because of their flavor:

Q.     Which ultra light cigarettes did you try?

A.     Salem.

Q.     And this was while you're smoking Salem Lights?

A.     Yes.

Q.     And why did you try ultra lights?

A.     Because they would be even less hazardous to my health.

Q.     When you say they'd be even less hazardous to your health, what do -- what do you mean?

A.     Should have less tar and nicotine in them.

Q.     And did you actually buy a pack of ultra lights?

A.     Yes, I did.

Q.     And did you smoke it?

A.     Yes, I did.

Q.     And did you continue to smoke it?

A.     No.

Q.     Why?

---

[28]     Deposition of Ed Ratliff, *Craft v. Philip Morris Cos., Inc.*, No. 002-00406 (Mo. Cir. Ct. Mar. 1, 2001) ("Ratliff Dep.").

A.      I didn't like it.

Q.      You didn't like the taste?

A.      Right. It has a metallic flavor.

Q.      So -- at the time, even though you had an understanding that it might
        be less hazardous to your health, but you didn't smoke it -- you didn't
        want to continue to smoke it because you didn't like the taste?

A.      Correct.

Q.      Other than that package of ultra lights that you purchased, have you
        ever tried other -- any other ultra lights?

A.      I don't think so.

Q.      And why is that?

A.      I didn't like the one, I assumed I wouldn't like the other ones.

Miles Dep. at 40:3-41:12.[29]

This testimony demonstrates that smokers choose low tar cigarettes for a variety of reasons,

many of which do not relate to health or safety.

> **C.      Philip Morris USA And Other Cigarette Manufacturers Have Used
>          A Diverse Set Of Themes And Images In Cigarette Brand
>          Marketing, Which Is Consistent With Smokers Having Different
>          Reasons For Selecting Low Tar Brands And Different
>          Understandings Of The Meaning Of The Word "Light."**

In the course of my work on this case and in other tobacco litigation, as well as in

conducting academic research on the topic, I have reviewed numerous advertisements for brands

marketed by Philip Morris USA and other cigarette manufacturers.  As discussed above, survey

evidence demonstrates that smokers associate the word "light" with a variety of different meanings.

Consistent with these differing perceptions, cigarette marketers have used a wide variety of appeals,

themes, and executions when marketing cigarette brands, including low tar cigarettes.  A major

purpose of advertising is to position a brand relative to competitors in an effort to differentiate their

product.  In order to pursue this goal, Philip Morris USA and its competitors have marketed

---

[29]      Deposition of Susan Miles, *Miles v. Philip Morris Cos., Inc.*, No. 00 L 112 (Ill. Cir. Ct. Oct.
9, 2000) ("Miles Dep.").

cigarette brands with a wide variety of brand positionings and images.

Phillip Morris USA's cigarette brand marketing, which includes marketing for low tar cigarettes, shows considerable diversity in terms of the appeals and messages used. For low tar cigarettes that are line-extensions of full flavor "parent" brands, those low tar line-extensions carry over the brand positioning and imagery from the parent brand. Thus, low tar line-extensions are offered with a variety of brand positionings and images. For example, after its introduction in 1971, Marlboro Lights was marketed with positioning and imagery that was consistent with the positioning and imagery for Marlboro Full Flavor. That positioning included Marlboro Country and Marlboro's emphasis on quality and flavor. Marlboro Lights was distinguished from Marlboro Full Flavor with advertising that emphasized the lighter taste of Marlboro Lights.

In particular, many early advertisements for Marlboro Lights explicitly emphasized the taste of the product, such as advertisements which used the taglines: (a) "If you're a low tar smoker you'll like new Marlboro Lights. Lighter in taste, low in tar"; (b) "Marlboro Lights. Lighter in taste. Lower in tar"; and (c) "Marlboro Lights, for those smokers who prefer the lighter taste of a low tar and nicotine cigarette. Made with the same famous quality as a full flavor Marlboro Red, America's fastest growing brand." A 1976 advertisement used a similar theme, stating: "The spirit of Marlboro in a low tar cigarette" and "Lighter in taste, lower in tar. And still offers the same quality that has made Marlboro famous." These advertisements exemplify how Philip Morris USA emphasized both the taste of Marlboro Lights and the link to the positioning of its parent brand, Marlboro Full Flavor.[30]

Marlboro and Marlboro Lights were also frequently shown in the same advertisements together using the taglines "Come to Where the Flavor is," and "Come to Marlboro Country," in

---

[30]    Advertisements I have reviewed in preparing this report are included on a CD which is attached as Appendix B.

advertisements using themes of the cowboy and the American west.  When Marlboro Ultra Lights were introduced, the advertising campaign again linked the new product to the overall positioning for the Marlboro brand, with an emphasis on flavor.  For example, 1997-98 advertisements contained the line "Famous Marlboro flavor now in an ultra light."

Philip Morris USA's Alpine and Alpine Lights brands were advertised jointly with an emphasis on both refreshing taste and lower price.  To this end, taglines such as "The peak of refreshment," "Refresh for less," "Switch to Alpine and refresh for less," and "Switch to Alpine. Even the Price Refreshes," and "Alpine.  Mountain Fresh.  Low price is part of the pleasure," were used in Alpine advertising between 1989 and 1995.

Other Philip Morris USA cigarette brands used different marketing appeals.  For example, Virginia Slims marketed its light cigarettes with the same positioning it used for its full flavor parent, with advertisements showing independent women and using the tagline "You've Come a Long Way Baby," along with copy such as "When he offers you a low tar cigarette, tell him you've got one of your own."[31]  Similarly, Benson and Hedges Lights was marketed consistent with the positioning for its full flavor parent, with an emphasis on style and sophistication, using advertisements with the tagline "B &H, I like your style."  Advertising for both Parliament and Parliament Lights in the early 1990s focused on relaxation, showing images of smokers in relaxing settings along with the line "The perfect recess," which was also a reference to the brand's recessed filter.

Even low tar brands that were initially introduced as "free-standing" brands, without a full flavor parent brand, focused on flavor as a desirable brand attribute.  For example, Merit Lights focused on flavor, employing copy such as "You bet you can!" and "You can do it," followed by

---

[31]     *See, e.g.*, Matthew Myers et al., Federal Trade Commission, STAFF REPORT ON THE CIGARETTE INVESTIGATION (1981).

the line "You can switch down to lower tar and still get satisfying taste." Cambridge Lights advertising indicated that it was lower in tar in comparison to competing brands (e.g., "The lowest tar of all"), and later emphasized low price and flavor using taglines such as "Relax …Cambridge only tastes expensive," and "New Cambridge.  The generic priced cigarette that puts flavor first!"

More recent marketing campaigns demonstrate the continued use of a variety of appeals in advertising for light cigarettes.   For example, recent Parliament advertisements promote full flavor and lights versions, using the tagline "Distinctively Smooth" and showing a beach scene with a woman relaxing in a hammock.

*       *       *       *

I declare under penalty of perjury that the foregoing is true and correct.


_Charles R. Taylor_
Charles R. Taylor

Executed on:  January 19, 2010

W15AF0032

# REFERENCES

Abernethy, Avery M., and Jesse E. Teel (1986), "Advertising Regulation's Effect Upon Demand for Cigarettes," *Journal of Advertising*, 15 (4), 51-55.

Aloise Young, Patricia A.  John W. Graham, and William B. Hansen (1994), "Peer Influence on Smoking Initiation during Early Adolescence: A Comparison of Group Members and Group Outsiders," *Journal of Applied Psychology*, 79 (2), 281-87.

American Cancer Society, "Prevention and Early Detection: Nicotine Yield Testing" (2002).

Anderson, Rolph E. "Consumer Dissatisfaction: The Effect of Disconfirmed Expectancy on Perceived Product Performance," *Journal of Marketing Research*, 10, 1973, pp. 38-44.

Andrews, Rick L. and George R. Franke (1996), "Dynamics of Aggregate Response Sensitivities to Marketing Mix Variables," *Journal of Business Research,* 36 (2), 145-155.

Arens, William F. (1999), *Contemporary Advertising*.  Homewood, IL: Irwin/McGraw Hill

Aronson, Eliot (1969), "The Theory of Cognitive Dissonance: A Current Perspective. In L. Berkowitz (Ed.). *Advances in Experimental Social Psychology*, Vol., pp. 1-34. New York: Academic Press.

Bauman, Karl E., Vangie A. Foshee, Mary A. Linzer, and Gary G. Koch (1990), "Effect of Parental Smoking Classification on the Association Between Parental and Adolescent Smoking," *Addictive Behaviors,* 15, 413-422.

Belch, George E. and Michael A Belch (2004). *Advertising and Promotion: an Integrated Marketing Communications Perspective. Chicago*: Irwin/McGraw-Hill.

Bem, Daryl J. (1967). Self-Perception: An Alternative Interpretation of Cognitive Dissonance Phenomena. *Psychological Review*, 74, 183-200.

Biener,  Lois,  F.J. Fowler and A.M. Roman (1994) *Technical report: 1993 MassachusettsTobacco Survey.* Boston, MA: Department of Health.

Boone, Louis and David L. Kurtz (2004), *Contemporary Marketing*.  Boston: Harcourt College Publishers. 12th Ed.

Borland, Ron, et al., "Use of and beliefs about light cigarettes in four countries: Findings from the International Tobacco Control Policy Evaluation Survey," in Nicotine & Tobacco Research, Vol. 6 Supp. 3 (2004).

Botvin, G.J., L. Dusenbury, E. Baker, S. James-Ortiz, S., E.M. Botvin, and J. Kerner (1992),. "Smoking Prevention among Urban Minority Youth: Assessing Effects on Outcome and Mediating Variables," *Health Psychology*, 11(5), 290-299.

Bricker, Jonathan B., Arthur V. Peterson Jr., M. Robyn Andersen, K. Bharat Rajan, Brian G. Leroux, and Irwin G. Sarason (2006), "Childhood Friends Who Smoke:  Do They Influence Adolescents to Make Smoking Transitions?" *Addictive Behaviors*, 31, 889-900.

Calder, Bobby J. (1973), "Cognitive Consistency in Consumer Behavior," In *Perspectives in Consumer Behavior*, Harold H. Kassarjian and Thomas S. Robertson (eds.), Glenview, IL: Scott Foresman and Company.

Capella, Michael L., Charles R. Taylor and Cynthia Webster (2008), "Cigarette Advertising Bans' Effect on Consumption: A Meta Analysis," Journal of Advertising, 37 (2), 7-18.

Centers for Disease Control and Prevention (1986), *Adult Use of Tobacco Survey*.

Centers for Disease Control and Prevention, (1993) *1993 Teenage Attitudes and Practices Survey*.

Chassin, Laurie, Clark C. Presson, Steven  J. Sherman, Eric Corty, and Richard W. Olshavsky (1984), "Predicting the Onset of Cigarette Smoking in Adolescents: A Longitudinal Study," *Journal of Applied Social Psychology*, 14,  224-243

Churchill, Gilbert A., and Tom J. Brown (2004), *Basic marketing research*. Mason, OH: Southwestern Publishing.

Cohen, Joel B. (1996), "Consumer/Smoker Perceptions of Federal Trade Commission Tar Ratings," in The FTC Test Method for Determining Tar, Nicotene and Carbon Monoxide Yields of U.S. Cigarettes.  Report of the NCI Expert Committee (Monograph 7).  Washington DC: U.S. Department of Health and Human Services.

Conrad KM, B.R. Flay, and  Hill D. (1992), "Why Children Start Smoking Cigarettes: Predictors of Onset,*" British Journal of Addiction*, 87 (12), 1711-24.

Cooper, Joel and Russell H. Fazio (1984), "A New Look at Dissonance Theory," in L. Berkowitz (ed.) Advances in Experimental Social Psychology.  Hillsdale, NJ: Erlbaum.  229-262.

Cummings, William H. and M. Venkatesan (1976), "Cognitive Dissonance and Consumer Behavior:  A Review of the Evidence," *Journal of Marketing Research*, 13, 303-308.

Etter, Jean-Francois, et al., American Health Foundation, "What Smokers Believe About Light and Ultralight Cigarettes," in Preventative Medicine (2003).

Federal Trade Commission (1955), "Cigarette Advertising Guides," *2 CCH Trade Regulation Reporter*, section 39.012;  reprinted in the Federal Trade Commission Annual Report for the year 1960.

Federal Trade Commission (1980), Report to Congress, Pursuant to the Federal Cigarette Labeling and Advertising Act (November 15, 1982).

Federal Trade Commission (1981), "Staff Report on the Cigarette Investigation," by Matthew

Myers, et al.

Festinger, Leon. (1957)  *A Theory of Cognitive Dissonance*.  Evanston, IL: Row, Peterson.

Franke, George R. (1994), "U.S. Cigarette Demand, 1961-1990: Econometric Issues; Evidence, and Implications," *Journal of Business Research,* 30, (1), 33-41.

Friedman, Hershey H. and Linda Friedman (1979), "Endorser Effectiveness by Product Type," *Journal of Advertising Research*, 19 (October), 63-71.\

Fueroghne, Dean K. (1995), L*aw & Advertising:  Current Legal Issues for Agencies, Advertisers, and Attorneys*.  Chicago:  The Copy Workshop.

Gallup (1998), "Attitudes and Behavior Related to Smoking Cessatation."

Gallup (2006), "Nurses Top List of Most Honest and Ethical Professions," http://www.gallup.com/poll/25888/Nurses-Top-List-Most-Honest-Ethical-Professions.aspx, accessed July 22, 2009.

Giovino, Gary A., Tomar, Scout L., Murli N. Reddy, John P. Peddicord, Bao-Ping Zhu, Luis E., Escobedo andMichael P. Eriksen (1997), Attitudes, Knowledge, and Beliefs About Low-yield Cigarettes Among Adolescents and Adults. In *The FTC Cigarette Test Method for Determining Tar, Nicotine, and Carbon Monoxide Yields of US Cigarettes*. Report of the NCI Ad Hoc Committee (Vol. NIH Publication No. 96-4028, pp. 39-57). Maryland: National Institutes of Health.

Gladwell, Malcolm (2005), *Blink: The Power of Thinking Without Thinking*,  New York: Little Brown. 155-166.

Godin, Seth (1999), *Permission Marketing : Turning Strangers Into Friends And Friends Into Customers*.  New York: Simon and Schuster.

Goel, Rajeev and Mathew J. Morey (1995), "The Interdependence of Cigarette and Liquor Demand," *Southern Economic Journal*, 62, 451-459.

Ha, Louisa and Kim McCann (2008), "An Integrated Model of Advertising Clutter in Offline and Online Advertising Media," *International Journal of Advertising*, 27 (4), 569-592.

Haddock, C. Keith, et al., "An Examination of Cigarette Brand Switching To Reduce Health Risks," in Annals of Behavioral Medicine (1999).

Hair, Joseph F., Robert P. Bush, and David J. Ortinau (2006), *Marketing Research*.  (#rd ed.).  New York: McGraw Hill.

Hamilton, James L. (1977), "The Effect of Cigarette Advertising Bans on Cigarette Consumption, *Proceedings of the 3rd World Conference on Smoking and Health*, The U.S. Department of Health, Education and Welfare, 829-840.

Hawkins, Del I. (1972), "Reported Cognitive Dissonance and Consumer Behavior:  A Review of the Evidence," *Journal of Marketing Research*, 13, 303-308.

Henke, Lucy L. (1995), "Young Children's Perceptions of Cigarette Brand Advertising Symbols: Awareness, Affect, and Target Market Identification," *Journal of Advertising,*  24, (4), 13-28.

Hodgson, Victoria, Dick Mizerski, and Katherine Mizerski (2000), "The Effect of Cigarette Advertising Through its Product Life Cycle," *Proceedings of Australian & New Zealand Marketing Academy Conference (ANZMAC)*, 525-529.

Holloway, Robert J. (1967) "An Experiment on Consumer Dissonance," *Journal of Marketing*, 31 (January), 39-43.

Holt, Douglas (2004), *Got Milk* .  New York: Advertising Educational Foundation (http://www.aef.com/on_campus/classroom/case_histories/3000.

Hu, Frank B., Brian R. Flay, Donald Hedeker, and Ohidul Siddiqui (1995), "The Influences of Friends' and Parental Smoking on Adolescent Smoking Behavior: The Effects of Time and Prior Smoking," *Journal of Applied Social Psychology* 25 (22), 2018-2047.

Institute for Global Ethics (2003) 'Public Rates Nursing as Most Honest and Ethical Profession. Medical Professionals Take Top Spots in Annual Gallup Poll. http://www.globalethics.org/ newsline/members/issue.tmpl?articleid=12080317090069 (accessed January 3, 2006).

Jackson, Christine and Lisa Henriksen (1997), "Do As I Say Parent Smoking, Antismoking Socialization, and Smoking Onset Among Children," *Addictive Behaviors*, 22, (1) 107-114.

Jones, Edward E. (1998), "Major Developments in Five Decades of Social Psychology,".In Gilbert, Daniel T., Susan T. Fiske and Gardner Lindzey  Gilbert, Fiske, Lindzey, (eds),  *Handbook of Social Psychology* (4th Edition) London: Oxford University Press.  3-57.

Kotler, Philip (2000), *Marketing Management*.  Englewood Cliffs, NJ: Prentice Hall.

Kahle, Lynn B. and Patricia M. Homer (1985), "Physical Attractiveness of Celebrity Endorsers:  A Social Adaptation Perspective," *Journal of Consumer Research*, 11 (March), 954-961.

Kamins, Michael A., Meribeth J. Brand, Stewart A. Hoeke and John C. Moe (1989), "Two-Sided Versus One-Sided Celebrity Endorsements:  The Impact on Advertising Effectiveness and Source Credibility," *Journal of Advertising*, 18 (2), 4-10.

Kozlowski L.T., M.E. Goldberg, B.A. Yost, E.L. White, C.T. Sweeney, and J.L. Pillitteri (1998), "Smokers' Misperceptions of Light and Ultra-light Cigarettes May Keep Them Smoking." *American Journal of Preventative Medicine*, 15 (1), 9-16.

Kozlowski, Lynn T. and Janine L. Pillitteri (2001), "Beliefs about 'Light' and Ultra-light' Cigarettes and Efforts to Change Those Beliefs:  An Overview of Early Research and Published

Research," Tobacco Control, 10 (Supp.), i12-i16.

Kozlowski, L.T., M.E.
http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?db=PubMed&cmd=Search&itool=PubMed_Citatio
n&term=%22Goldberg+ME%22%5BAuthor%5D Goldberg, C.T. Sweeney, R.F. Palmer, J.L.
Pillitteri, B.A Yost, E.L. White, and M.M. Stine (1998), "Smoker Reaction to a 'Radio Message'
that Light Cigarettes are as Dangerous as Regular Cigarettes, Nicotene and Tobacco Research, 1
(1), 67-76.

Kozlowski L.T., R. Palmer, M.M. Stine, A.A. Strasser, and B.A. Yost (2001), "Persistent Effects of
a Message Counter-marketing Light Cigarettes: Results of a Randomized Controlled Trial.
*Addictive Behavior*, 26, 447-452.

Kotler, Philip (2000) *Marketing Management*. Englewood Cliffs, NJ: Prentice-Hall.  10th Ed.

Lancaster, Kent M. and Alyse R. Lancaster (2003), "The Economics of Tobacco Advertising:
Spending, Demand, and the Effects of Bans," *International Journal of Advertising,* 22 (1), 41-65.

Lauer, Ronald M., Ronald L. Akers, James Massey, and William Clarke (1982), "Evaluation of
Cigarette Smoking among Adolescents: the Muscatine Study," *Preventive Medicine,* 11, 417-428.

Lewin, Kurt (1935), *A Dynamic Theory of Personality*. New York: McGraw-Hill.

Lewin, Kurt  (1951).  *Field theory in social science*.  New York:  Harper & Brothers.

Lord, Charles G. (1992), "Was Cognitive Dissonance Theory a Mistake?" *Psychological Inquiry*, 3
(4), 339-342.

McDaniel, Carl and Roger Gates (2005), Marketing Research.  (6th ed.),  Hoboken, NJ: Wiley.

Mittal, Banwari (1994), "Public Assessment of TV Advertising:  Faint Praise and Harsh Criticism,"
*Journal of Advertising Research*, 34 (1), 35-53.

Mulholland, Joseph P. (1989), *The Effect of Advertising on the Level and Composition of Cigarette
Consumption.* Bureau of Economics, Washington, D.C.: Federal Trade Commission.

Mulholland, Joseph P. (1990), "Policy Issues Concerning the Promotion of Less Hazardous
Cigarettes," paper presented to the 1990 American Marketing Association Conference on Public
Policy and Marketing, Washington, D.C.

Mulholland, Joseph P. (1992), Behavior and Risk Perception Among Smokers of Low Yield
Cigarettes:  An Analysis of the 1986 Adult Use of Tobacco Survey (August 4).  Washington DC:
Federal Trade Commission (FTCDOCS 02061411/1509).

National Cancer Institute (2003), *Health Information National Trends Survey*.

National Center for Health Statistics (1987), N*ational Health Interview Survey Cancer Control*

*Supplement*, public use data tape.

National Health Institute (1987), Survey cited in 1989 U.S. Surgeon General's report, 183.

Needle, Richard, Hamilton I. McCubbin, M.Wilson, Robert C. Reineck, A. Lazar, and H. Mederer (1986), "Interpersonal Influences in Adolescent Drug Use: The Role of Older Siblings, Parents, and Peers," *The International Journal of the Addictions,* 21, 739-766.

Nelson, Jon P. (2006), "Cigarette Advertising Regulation: A Meta-Analysis," *International Review of Law and Economics*, 26 (2), 195-226.

Nowak, Glen and Joseph R. Phelps (1994), "Conceptualizing the Integrated Marketing Communications Phenomenon:  An Examination of Its Impact on Advertising Practices and Its Implications for Advertising Research," *Journal of Current Issues and Research in Advertising*, (Spring), 49-66,

O'Connell D.L., H.M. Alexander, A.J. Dobson , D.M. Lloyd , G.R. Hardes, and H.J. Springthorpe et al. (1981), "Cigarette Smoking and Drug Use in Schoolchildren: II. Factors Associated with Smoking," *International Journal of Epidemiology*, 10 (3), 223-31.

O'Donohue, Stephanie (1995), "Attitudes Toward Advertising:  A Review of British and American Research," *International Journal of Advertising*, 14, 245-261.

Ogawa H.S. Tominaga, G. Gellert, and K. Aoki (1998), "Smoking among Junior High School Students in Nagoya, Japan," *International Journal of Epidemiology*, 17 (4), 814-20.

O'Guinn, Thomas C., Chris T. Allen and Richard J. Semenik (2004), *Advertising and Integrated Brand Promotion*, Cincinnati: Southwestern Publishing.  4th ed.

Oshikawa, Sadaomi (1972), "The Measurement of Cognitive Dissonance:  Some Experimental Findings," *Journal of Marketing*, 34, 64-67.

Perrault, William D., Jr. and E. Jerome McCarthy (2002), *Basic Marketing*, Chicago: Irwin/McGraw Hill, 14th Ed.

Petty, Richard E., John T. Cacioppo, and David Schumann (1983), "Central and Peripheral Routes to Persuasion:  The Role of Involvement," *Journal of Consumer Research*, 10 (September) 135-146.

Phillips, Barbara J., and Liza Stavchansky (1999), "Camels and Cowboys: How Junior High Students View  Cigarette Advertising," *Advertising to Children: Concepts and Controversies*. M. Carole Macklin and Les Carlson, eds. Thousand Oaks, CA: Sage Publications, 229-249.

Pitofsky, Robert (1998), "Prepared Statement of the Federal Trade Commission On Advertising, Marketing, and Antitrust Issues in the Global Tobacco Settlement," Testimoy to the U.S. Senate Committee on Commerce, Science, and Transportation.

Pride, William M. and O.C. Ferrell (2003), *Marketing*. Boston, MA: Houghton Mifflin Co. 12th Ed.

Rapp, Stan and Thomas L. Collis (1993), "Nestle Banks on Databases, Advertising Age," (October), S-7.

Ries, Al and Laura Ries (2002), *The Fall of Advertising & the Rise of P.R.* New York: Harper Collins.

Ringold, Debra Jones and John E. Calfee (1989), "The Informational Content of Cigarette Advertising: 1926-1986," *Journal of Public Policy and Marketing*, 8, 1-23.

Roper (1976), *A Study of Smokers' Habits With Special Emphasis on Low Tar Cigarettes.*

Roper (1979), *A Study of Smokers' Habits With Special Emphasis on Low Tar Cigarettes.*

Rosengren, Sarah (2008), "Publicity vs. Advertising in a Cluttered Environment: Effects on Attention and Identification," *Journal of Advertising Research*, 30 (2), 27-35.

Rossiter, John R., Larry Percy, and Robert J. Donovan (1991), "A Better Advertising Planning Grid," *Journal of Advertising Research*, 31 (October/November), 11-21.

Rumbo, Joseph D. (2002), "Consumer Resistance in a World of Advertising Clutter: The Case of Adbusters," *Psychology and Marketing*, 19 (2), 127-148.

Sandoval, J.S. and Michael D. Larsen (1995), *National Adult Smoking Study*. Rockville, MD: The Gallup Organization.

Shean R.E. (1991), "Peer, Parents and the Next Cigarette: Smoking Acquisition in Adolescence (unpublished dissertation)," Nedlands: University of Western Australia.

Shiffman, Saul, Janine L. Pillitteri, Steven L. Burton, Jeffrey M. Rohay, and Joe G. Gitchell (2002), "Smokers Beliefs about Light and Ultralight Cigarettes," *Tobacco Control* 10 (Supp. 1), i17-i23.

Smith, Karen H. and Mary Ann Stutts (1999), "Factors that Influence Adolescents to Smoke," *The Journal of Consumer Affairs* 33 (2), 321-357.

Smith, Scott A. and Gerald S. Albaum (2005), *Fundamentals of Marketing Research*. Thousand Oaks, CA: Sage Publications.

Spotts, Harlan E., Marc G. Weinberger, and Amy L. Parsons (1997), "Assessing the Use of Humor on Advertising Effectiveness," Journal of Advertising, 26 (3), 17-32.

Stanton, William R., and P.A. Silva (1992), "A Longitudinal Study of the Influence of Parents and Friends on Children's Initiation of Smoking," *Journal of Applied Developmental Psychology,* 13, 423-434.

Steele, Claude M. (1988), The Psychology of Self-affirmation: Sustaining the Integrity of the Self.

in L. Berkowitz (ed.) Advances in Experimental Social Psychology.  San Diego, CA: Academic Press.  261-302

Swan A.V, R. Creeser, and M. Murray (1990), "When and Why Children First Start to Smoke," *International Journal of Epidemiology*, 19, (2), 323-30.

Taylor, Charles R. and P. Greg Bonner (2003), "Comment on American Media and the Smoking-related Behaviors of Asian Adolescents." *Journal of Advertising Research*, 43, (4), forthcoming.

Thomas, Stephen J. (1995), "Comments to the U.S. Food and Drug Administration on 'Regulations Restricting the Sale and Distribution of Cigarettes and Smokeless Tobacco Products to Protect Children and Adolescents," Docket No. 95N-0253, p.2057063589.

Tindle, Hilary, et al., "Cessation Among Smokers of Light Cigarettes: Results From the 2000 National Health Interview" (2006).

 "Switching to 'Lighter' Cigarettes and Quitting Smoking" (2009).

Trout, Jack and Steve Rivkin (1997), *The New Positioning: The Latest on the World's #1 Business Strategy.*  New York:  McGraw Hill.

U.S. Department of Health, Education and Welfare (1979), *Smoking and Health. A Report of the Surgeon General*. Washington DC: Government Printing Office.

U.S. Department of Health, Education and Human Services  (1981),  *The Health Consequences of Smoking:  The Changing Cigarette.: A Report of the Surgeon General*.  Washington DC: Government Printing Office.

U.S. Department of Health and Human Services, Food and Drug Administration (1995), "Regulations Restricting the Sale and Distribution of Cigarettes and Smokeless Tobacco Products to Protect Children and Adolescents: Findings of the Focus Group Testing of Brief Statements for Cigarette Advertisements." *Federal Register* 60, 231(1995): 61670-61679.

U.S. Department of Health and Human Services (1995), *Preventing Tobacco Use Among Young People: A Report of the Surgeon General*. Washington, DC: Government Printing Office.

U.S. Public Health Service (1964), "Smoking and Health.  *Report of the Advisory Committee to the Surgeon General of the Public Health Service*.  Washington DC: Government Printing Office.

Vaughn, Richard (1980), "How Advertising Works:  A Planning Model," *Journal of Advertising Research*, 20 (5), 27-33.

Vaughn, Richard (1986), "How Advertising Works:  A Planning Model Revisited," *Journal of Advertising Research*, 26 (1), 57-66.

Wansink, Brian, Koert van Ittersum, and James E. Painter (2004), "How Diet and Health Labels Influence Taste and Satiation," *Journal of Food Scienc*e, 69 (9) (Nov-Dec), S340-S346.

Wansink, Brian (2005), *Marketing Nutrition – Soy, Functional Foods, Biotechnology, and Obesity*, Champaign, IL: University of Illinois Press.

Weinstein, N.D.and P. Slovic (2001), Public Understanding of the Risks from Smoking and Opinions about Smoking Control Policies (unpublished)  (Bates: 00202 030683).

Winer, Russell S. (2004), *Marketing Management*.  Upper Saddle River, NJ: Prentice Hall. 2nd Ed.

Yarnold, Barbara M. (1999), "Narcotics Use Among Miami's Public School Students, 1992: No Restraints," *Journal of Applied Social Psychology* 29 (2), 392-401.

Zank, Gail M., Karen H. Smith, and Mary Ann Stutts (2008), "Are Light and Ultra-Light Cigarettes Safer: Perceptions of College Students," College Student Journal, (December), 1134-1144.

Zinser, Otto, Russ Kloosterman, and Alicia Williams (1994), "Advertisements, Volition, and Peers among Other Causes of Smoking: Perceptions of College Student Smokers," *Journal of Alcohol and Drug Education,* 39 (3), 13-26.

Zikmund, William G., and Michael d'Amico (2001), *Marketing*. Cincinnati, OH: South-Western College Publishing. 7th Ed.

# Exhibits And Attachments to Declaration And Expert Disclosure Statement Of Charles R. Taylor

(filed and served on all parties as an electronic DVD)