# Exhibit 35

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| IN RE:  Light Cigarettes Marketing and Sales Practices Litigation | MDL DOCKET No. 1-09-MD-2068 |
| THIS DOCUMENT RELATES TO: | Case No. 3:09-cv-0052-W-CAB |
| MILES TYRER, individually and on behalf of all others similarly situated. | |
| Plaintiffs | |
| v. | |
| PHILIP MORRIS USA, INC., a Virginia corporation and ALTRIA GROUP, INC., a Virginia corporation | |
| Defendants | |

### PLAINTIFF MILES TYRER'S SUPPLEMENTAL RESPONSES TO DEFENDANTS' REQUEST FOR PRODUCTION OF DOCUMENTS NUMBERS 1, 7 AND 8 FOR PURPOSES OF CLASS CERTIFICATION

Plaintiff by and through undersigned counsel, and for his Supplemental Responses to Defendant's First Request for Production of Documents for Purposes of Class Certification (the "Requests"), hereby states:

### GENERAL OBJECTIONS

1.  Plaintiff objects to the Requests to the extent they seek information protected by the attorney-client privilege, the work-product doctrine, or any other applicable privileges or immunities.

- 2 -

2. Plaintiff objects to the Requests to the extent they seek information or seek to compel actions beyond those required by the Federal Rules of Civil Procedure.

3. Plaintiff objects to the Requests to the extent they are overly broad, unduly burdensome, seek information not relevant to the subject matter of this action, and are not reasonably calculated to lead to the discovery of admissible evidence.

4. Plaintiff objects to the Requests to the extent they seek documents in the possession or control of individuals or entities other than the Plaintiff.

5. Plaintiff objects to the Requests to the extent that they seek documents pertaining to periods of time outside the relevant time period encompassed by the subject matter and issues in this litigation.

6. Plaintiff reserves the right to supplement, amend, correct or clarify his Responses and Objections to the Requests.

7. The following Responses are based on information presently available to the Plaintiff, which he believes to be correct. These Responses and Objections are made without prejudice to the Plaintiff's right to utilize subsequently discovered documents or things, and to supplement these responses in accordance with the Federal Rules of Civil Procedure.

8. No incidental or implied admissions of fact are made by the Plaintiff by responding below. The fact that the Plaintiff responds to any Request herein, or produces any documents, may not be taken as an admission that he accepts the existence of any fact set forth or assumed by such request, or that such Response constitutes admissible evidence, or that any document produced by it is authentic, admissible, or relevant to any issue in this case.

Subject to the General Objections set forth above, each of which is incorporated to the extent applicable into each and every one of the following Responses, the Plaintiff responds to the Defendant's Requests as follows:

## SUPPLEMENTAL PRODUCTION OF DOCUMENTS

1. All documents evidencing or otherwise relating to your purchase or use of cigarettes, including sales slips, receipts, charge account statements, bank, credit card, or debit card statements, invoices, bills, and cancelled checks that related to your purchase or receipt of any cigarette.

RESPONSE:

*Plaintiff incorporates by reference the general objections as though specified here. Plaintiff further objects to this request because it is overly broad, overly burdensome, irrelevant, vague, ambiguous, and is beyond the scope of permissible discovery. Plaintiff further objects to Request #1 to the extent that it imposes a continuing obligation on Plaintiff to obtain receipts for cigarettes purchased by him, on the ground that such a request and obligation would impose an undue hardship on Plaintiff to collect and maintain documents, which are irrelevant to the subject matter of this action, and which are not calculated to lead to the discovery of admissible evidence. Plaintiff further objects this request as seeking confidential information. Notwithstanding, and without waiving said objections, Plaintiff responds as follows: After a diligent search and reasonable inquiry, Plaintiff hereby produces responsive documents that have not been lost or destroyed and that are within Plaintiff's possession and/or control, to the extent that such documents do not violate the privacy rights of Plaintiff or third parties. See*

*document identified with Bates label PLDKD03 attached hereto. Discovery is continuing and Plaintiff will supplement this response at a later date if further responsive documents are identified.*

7. All photographs, negatives, films, videotapes, slides, and/or electronically or digitally-recorded images, including images on personal or third-party websites, mobile wireless networks, and cellular phones, depicting you smoking a cigarette.

RESPONSE:

*Plaintiff incorporates by reference the general objections as though specified here. Plaintiff objects to this request because it is overly broad, overly burdensome, vague, ambiguous, irrelevant,, in contravention of privacy rights and is beyond the scope of permissible discovery. Notwithstanding, and without waiving said objections, Plaintiff responds as follows: After a diligent search and reasonable inquiry, Plaintiff hereby produces responsive documents that have not been lost or destroyed and that are within Plaintiff's possession and/or control, to the extent that such documents do not violate the privacy rights of Plaintiff or third parties.  See document identified with Bates label PLDKD01 attached hereto.  Discovery is continuing and Plaintiff will supplement this response at a later date if responsive documents are identified.*

8. All photographs, negatives, films, videotapes, slides, and/or electronically or digitally-recorded images, including images on personal or third-party websites, mobile wireless networks, and cellular phones, depicting you holding a cigarette.

RESPONSE:

*Plaintiff incorporates by reference the general objections as though specified here. Plaintiff objects to this request because it is overly broad, overly burdensome, vague, ambiguous, irrelevant,, in contravention of privacy rights and is beyond the scope of permissible discovery. Notwithstanding, and without waiving said objections, Plaintiff responds as follows: After a diligent search and reasonable inquiry, Plaintiff hereby produces responsive documents that have not been lost or destroyed and that are within Plaintiff's possession and/or control, to the extent that such documents do not violate the privacy rights of Plaintiff or third parties. See document identified with Bates label PLDKD02 attached hereto. Discovery is continuing and Plaintiff will supplement this response at a later date if responsive documents are identified.*

DATED: January 27, 2010          Respectfully submitted,

MILSTEIN, ADELMAN & KREGER, LLP

WAYNE S. KREGER, State Bar No. 154759
wkreger@maklawyers.com
SARA D. AVILA, State Bar No. 263213
savila@maklawyers.com
2800 Donald Douglas Loop North
Santa Monica, California 90405
Telephone (310) 396-9600
Facsimile (310) 396-9635
*Attorneys for Plaintiff Miles Tyrer*

Howard Rubinstein (Fla. SBN: 104108)

914 Waters Avenue, Suite 20
Aspen, Colorado 81611
Tel.: (832) 715-2788
*Attorney for Plaintiff Miles Tyrer*

Hewell Law Firm
Harold M. Hewell, State Bar No. 171210
105 West F Street, Suite 213
San Diego, California 92101
Tel: (619) 235-6854 ♦ Fax: (888) 298-0177
*Attorney for Plaintiff Miles Tyrer*

# CVS/pharmacy®
### for all the ways you care℠

318 W EL NORTE PKWY, ESCONDIDO, CA
(760) 489-1505

REG#04 TRAN#5904 CSHR#577478 STR#9103

ExtraCare Card #: 

```
1 MARLBORO LT B 0190     5.07T SAVED    .31
1 MARLBORO LT B 0190     5.07T SAVED    .31
```

```
7 ITEMS
    SUBTOTAL          48.30
    CA 8.75% TAX       3.96
    TOTAL             52.26
    DEBIT             52.26
                         MS
    CHANGE              .00
```

2509 1039 3485 9040 46
**RETURNS WITH RECEIPT THRU 02/12/2010**

DECEMBER 14, 2009         6:00 PM

**TRIP SUMMARY:**
  Today You Saved          5.51

EARN 2% BACK ON ALMOST EVERYTHING
IN THE STORE AND ON CVS.COM WHEN YOU
USE YOUR EXTRACARE CARD.

THANK YOU. OPEN 24 HOURS 7 DAYS A WEEK

**ExtraCare Card balances as of 12/10**

Year to Date Savings        181.52
FALL 2009 SPENDING:         577.17
2009 CVS BRAND SAVINGS:      43.59

*********************************

# CVS/pharmacy®
### for all the ways you care℠

Give the gift of choice this
holiday season. A CVS eGift Card is
fast, easy and always appreciated.
Visit www.CVS.com/giftcards today
to personalize your card with a
photo, image and greeting.

PLMT0003

*********************************