UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| IN RE: LIGHT CIGARETTES MARKETING SALES PRACTICES LITIGATION | MDL Docket No.: 1:09-MD-2068 |
| This document relates to: | |
| CAROL CORSE, | |
| Plaintiff, | Case No. 09CV01122 [M.D. Tenn.] |
| v. | |
| PHILIP MORRIS USA, INC. and ALTRIA GROUP, INC., | |
| Defendants; | |
| STEPHANIE GOOD, LORI A. SPELLMAN, and ALLAIN L. THIBODEAU, | |
| Plaintiffs, | Case No. 1:05CV00127 [D. Me.] |
| v. | |
| PHILIP MORRIS USA, INC. and ALTRIA GROUP, INC., | |
| Defendants; | |
| MELANIE HAUBRICH, | |
| Plaintiff, | Case No. 09CV05867 [E.D. Pa.] |
| v. | |
| PHILIP MORRIS USA, INC., | |
| Defendant; | |

| | |
|---|---|
| **MILES TYRER,** | ) |
| | ) |
| Plaintiff | )    Case No. 1:09CV00427 [S.D. Cal.] |
| v. | ) |
| | ) |
| **PHILIP MORRIS USA, INC. and ALTRIA GROUP, INC.,** | ) |
| | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT PHILIP MORRIS USA, INC.'S REPLY TO PLAINTIFFS' STATEMENT OF ADDITIONAL MATERIAL FACTS

Pursuant to Rule 56(b) of the Local Rules for the United States District Court for the District of Maine, Defendant Philip Morris USA, Inc. ("PM USA") replies to plaintiffs' statement of additional material facts. PM USA interlineates its replies with plaintiffs' asserted facts:

**<u>Defendant's Replies To Plaintiffs' Statement Of Additional Material Facts:</u>**

47. Plaintiff Lori Spellman testified that she chose Marlboro Lights as her cigarette when she started smoking because she "thought it was less unhealthy than regular cigarettes." Spellman Dep. at 87:14-19.

**DENIED:** Ms. Spellman said that she doesn't recall if she thought Marlboro Lights were less unhealthy when she first chose Marlboro Lights. She does not recall when she formed the belief that Marlboro Lights were less healthy. *Id.* at 87:20-88:1; 89:2-16.

48. Ms. Spellman testified that she continues to smoke Marlboro Lights because "[i]t's a habit" – both smoking in general and smoking Marlboro Lights specifically. *Id.* at 117:22-118:1.

**ADMITTED.**

49. Ms. Spellman also testified that she is addicted to nicotine, but does not know if that is the only reason why she continues to smoke. *Id.* at 105:17-21.

**ADMITTED.**

50. Ms. Spellman testified that she does not like the taste of Marlboro Lights, or of any cigarettes. *Id.* at 104:5-8.

**ADMITTED.**

51.     Ms. Spellman continues to smoke because she is addicted and she does not enjoy smoking. *Id.* at 145:2 ("Because I am now addicted, so I continue to smoke them."); 77:5-6 ("I wouldn't call it enjoy.").

**QUALIFIED:** Although Ms. Spellman gave the testimony in quotes, with respect to the statement that she "continue[s] to smoke them," Ms. Spellman testified that she thinks she is addicted to the nicotine in cigarettes, but doesn't know if she is addicted to Marlboro Lights in particular. *Id.* at 105:17-24, 145:7-8. With respect to the statement that she does not enjoy smoking, Ms. Spellman also testified that she finds smoking relaxing, she enjoys the relaxation she gets from smoking, she finds that smoking relieves anxiety or stress, and she likes the stress relief. *Id.* at 77:19-78:2.

52.     Plaintiff Allain Thibodeau testified that he continues to smoke Marlboro Lights because of "habit. It's not that I choose to. It's just the addiction that I'm trying to get – you know, I'm trying to quit." Thibodeau Dep. at 62:22-63:1.

**QUALIFIED:** Immediately following this testimony, Mr. Thibodeau explained that he is not addicted to Marlboro Lights specifically, but rather is addicted to nicotine. *Id.* at 63:2-7.

53.     Mr. Thibodeau increased his smoking to a pack a day because of "[a]ddiction to nicotine." *Id.* at 28:20-21.

**QUALIFIED:** Mr. Thibodeau testified that he increased his smoking to a pack a day because of addiction to nicotine. *Id.* at 28:20-21.

54.     Mr. Thibodoeau testified that he first started smoking Marlboro Lights because "[l]ower tar and lower nicotine made me think it was a safer, less-addictive cigarette." *Id.* at 33:7-8.

**ADMITTED.**

2

55. Mr. Thibodeau testified that upon learning about "light cigarettes not being the safer, less-addictive cigarette . . . [he] thought they were," he "started at that point to try to quit." *Id.* at 34:15-19.

**ADMITTED.**

56. Mr. Thibodeau recalls no difference between the taste or harshness of an Ultralight cigarette and a regular cigarette. *Id.* at 39:18-24.

**ADMITTED.**

57. Mr. Thibodeau does not enjoy smoking. *Id.* at 42:1-2.

**QUALIFIED**: Mr. Thibodeau testified that he does not enjoy smoking. *Id.* at 42:1-2.

58. Mr. Thibodeau began smoking as a teenager because at the time he thought it was "cool." *Id.* at 42:2. Once he stopped thinking it was cool, he continued smoking because he was addicted. *Id.* at 42:6-13.

**QUALIFIED:** Mr. Thibodeau testified that he began smoking as a teenager because at the time he thought it was "cool." *Id.* at 42:2. He testified further that after he stopped thinking it was cool, he continued to smoke because he was addicted. *Id.* at 42:6-13.

59. Mr. Thibodeau does not "like the taste of cigarettes, period." *Id.* at 45:19.

**QUALIFIED:** Mr. Thibodeau testified that he does not like the taste of cigarettes. *Id.* at 45:19.

60. Mr. Thibodeau testified that he smokes both Marlboro Lights and Marlboro Reds. *Id.* at 24:9-15.

**ADMITTED.**

61. Mr. Thibodeau testified that he sometimes buys Marlboro Lights due to "[f]orce of habit." *Id.* at 24:16-18.

**ADMITTED.**

62. Mr. Thibodeau has had difficulty trying to quit smoking. *Id.* at 37:15-16 ("Quitting has been an ongoing problem with me.").

**QUALIFIED:** Mr. Thibodeau testified that he has had difficulty trying to quit smoking. *Id.* at 37:15-16.

63. Plaintiff Melanie Haubrich testified that she switched to light cigarettes from full-flavored cigarettes because they were lower in tar and nicotine. Haubrich Dep. at 25:13-15.

**ADMITTED.**

64. Ms. Haubrich testified that she thought smoking a cigarette with less nicotine would be healthier. *Id.* at 76:9-12.

**ADMITTED.**

65. Ms. Haubrich testified that she believed that having less nicotine in her body might make her less addicted to cigarettes. *Id.* at 78:10-15.

**QUALIFIED:** Ms. Haubrich also testified that she didn't think that smoking a cigarette that had less nicotine would affect whether or not she was addicted. *Id.* at 78:5-9.

66. Ms. Haubrich testified that she is still smoking because she is "addicted to it." *Id.* at 117:21-22.

**QUALIFIED:** Ms. Haubrich testified that she can't quit smoking, but that she can quit smoking Marlboro Ultra Lights. *Id.* 118:15-18.

67. Ms. Haubrich stated: "I try to quit almost every other day. It just don't work." *Id.* at 136:14-15.

**ADMITTED.**

4

68. Ms. Haubrich smokes "Marlboro Ultra Lights as opposed to Marlboro Reds or some other cigarette" because "the only reason why I started smoking them was because I thought it was less in tar and nicotine, and I thought it would be a little bit more healthier for me to smoke Ultra Light cigarettes." *Id.* at 117:23-118:6.

**QUALIFIED:** Ms. Haubrich testified that she smokes "Marlboro Ultra Lights as opposed to Marlboro Reds or some other cigarette" and that "the only reason why I started smoking them was because I thought it was less in tar and nicotine, and I thought it would be a little bit more healthier for me to smoke Ultra Light cigarettes." *Id.* at 117:23-118:6.

69. When pressed as to why she continues to smoke Marlboro Ultra Lights as opposed to another brand, Ms. Haubrich stated it was "[b]ecause I've been buying that brand for years," and "[b]ecause I've been smoking Marlboro my whole life" and "[b]ecause I can't quit." *Id.* at 118:11-22, 119:12-13.

**QUALIFIED:** Ms. Haubrich also testified that she still smokes Marlboro Ultra Lights because she likes the way they taste. *Id.* at 118:23-24. Ms. Haubrich further testified that while she cannot quit smoking, she can quit smoking Marlboro Ultra Lights. *Id.* 118:15-18.

70. Ms. Haubrich also testified: "I started smoking them, the Lights, because I thought they were lower in tar and nicotine. That's the only reason why I smoked them." *Id.* at 73:14-17.

**QUALIFIED:** Immediately before and after this testimony, Ms. Haubrich also stated that she likes the taste of Lights the best, and that "[t]he Ultra Lights are the best ones out of all them." *Id.* at 73:11, 74:4-7.

71. Ms. Haubrich does not really like smoking. *Id.* at 119:2-3.

5

**QUALIFIED:** Ms. Haubrich testified that she does not really like smoking. *Id.* at 119:2-3.

72. Ms. Haubrich does not get pleasure out of smoking; it is "just a habit." *Id.* at 122:2-5.

**QUALIFIED:.** Ms. Haubrich testified that she does not get pleasure out of smoking; it is "just a habit." *Id.* at 122:2-5. Ms Haubrich also testified that there are times when she is more likely to smoke, such as after a meal and when she is drinking alcohol. *Id*. at 122:6-9.

73. Plaintiff Stephanie Good became a regular smoker because she was addicted. Good Dep. at 47:16-17.

**QUALIFIED:** Ms. Good testified that she became a regular smoker because she is addicted. *Id.* at 47:16-17.

74. Ms. Good knows that it is difficult to quit smoking. *Id.* at 107:15-21.

**QUALIFIED:** Ms. Good testified that she knows it is difficult to quit smoking. *Id.* at 107:15-21.

75. Ms. Good testified that she thinks that by smoking Marlboro Lights she is at less risk of getting disease than from smoking full flavored cigarettes. *Id.* at 71:7-12.

**QUALIFIED:** Ms. Good testified that both today and before becoming involved in the lawsuit, she thought all cigarettes were equally unhealthy. *Id.* at 73:19-74:1.

76. Ms. Good testified that she is addicted to Marlboro Lights. *Id.* at 78:7-8; 146:3-10.

**QUALIFIED:** Ms. Good testified that Marlboro Lights are "[her] brand," but when asked whether she is addicted to Marlboro Lights or addicted to the nicotine in cigarettes, she responded, "I'm addicted to the nicotine." *Id.* 78:10-16.

6

77.     Plaintiff Carol Corse testified that she started smoking Marlboro Light cigarettes "because of the advertisements and promotions . . . that, you know, it's a healthier, lighter cigarette, less tar, less nicotine, why not go that route if you – if you're wise, you would.  I was already at that point of addiction and habit that I needed to go light."  Corse Dep. at 24:19-25:2.

**QUALIFIED:**  Ms. Corse also testified that she doesn't remember if the advertisements and promotions she saw used the words "safer" or "healthier" or "better."  *Id.* at 25:23-26:25.

78.     Ms. Corse said that she took the use of the words "lower nicotine and tar" in Philip Morris advertisements of light cigarettes to mean "safer," because a smoker of light cigarettes would not be consuming as much tar – the "gooey black stuff that sticks to your lungs" – and nicotine – the "addiction part of it." Corse Dep. at 27:1-21.

**ADMITTED.**

79.     Ms. Corse does not "enjoy" smoking so much as she is "in the habit and addicted."  *Id.* at 16:20-21; 31:13-19.

**QUALIFIED:**  Ms. Corse testified that she does not "enjoy" smoking so much as she is "in the habit and addicted."  *Id.* at 16:20-21; 31:13-19.  She testified further that "it's hard to use the word 'enjoy'" but that she gets pleasure out of smoking cigarettes.  *Id.* at 31:18-22.

80.     Ms. Corse will not switch to a different brand of cigarettes because she has been "smoking them long enough that that's what [she] prefer[s]."  *Id.* at 56:23-57:4.

**QUALIFIED:**  Ms. Corse testified that she will not switch to a different brand of cigarettes because she has been "smoking them long enough that that's what [she] prefer[s]."  *Id.* at 56:23-57:4.

7

81.     Ms. Corse is still smoking light cigarettes because she is addicted to them, and testified that "they were supposed to be better for you is why I switched over to begin with, so now my – do they have something better out there than that?" *Id.* at 75:16-76:5.

**QUALIFIED:** Ms. Corse testified to the quoted language and also testified that she is still smoking light cigarettes because she is addicted to them. *Id.* at 75:16-76:5. Ms. Corse also testified that she is not addicted to a particular brand of cigarettes. *Id.* at 56:21-22.

82.     Ms. Corse further testified that if she had not been misled to believe that light cigarettes were better for her, "if I could have had the option, knowing lights were

**DENIED:** Paragraph 82 appears to be incomplete and unclear and has no record citation.

83.     Ms. Corse continues to smoke "[b]ecause I guess Philip Morris has made it too hard to quit . . . ." *Id.* at 56:15-17.

**QUALIFIED:** Ms. Corse testified that she continues to smoke "[b]ecause I guess Philip Morris has made it too hard to quit . . . ." *Id.* at 56:15-17. She testified that she has never really tried to quit smoking. *Id.* at 76:6-7.

84.     Plaintiff Miles Conrad Tyrer testified that he understood Philip Morris's representations that Light Cigarettes are "lower in tar, lower in nicotine," to mean that they are "safer." Tyrer Dep. at 50:22-51:7.

**ADMITTED.**

85.     Mr. Tyrer testified that, with respect to information provided in Philip Morris's packaging and advertising and promotional campaigns, "the less tar, the less nicotine, the light, it all suggests healthier or less harmful." *Id.* at 60:14-21.

**ADMITTED.**

86. Mr. Tyrer testified that when he first started smoking it was "a social thing," but that it is no longer that, but is rather "a curse." *Id.* at 73:25-74:6.

**QUALIFIED:** Mr. Tyrer also testified that he sometimes enjoys smoking. *Id.* at 73:23-24.

87. Mr. Tyrer is "addicted to smoking." *Id.* 57:20-21.

**QUALIFIED:** In the testimony to which plaintiffs refer, Mr. Tyrer testified that he "was addicted to smoking" when he smoked Marlboro Lights *Id.* at 57:13-21.

88. Mr. Tyrer continues to smoke today because he "can't quit." *Id.* at 81:12-13.

**QUALIFIED:** Mr. Tyrer testified that he continues to smoke today because he cannot quit. *Id.* at 81:12-13.

89. Mr. Tyrer testified that there is "no reason other than habit" why he does not switch to a different brand of cigarettes. *Id.* at 81:14-15.

**ADMITTED.**

90. Mr. Tyrer began smoking light cigarettes because of information regarding lower tar and nicotine that he received from a friend, because of advertisements stating that the light cigarettes were lower in tar and nicotine, and because the packs stated that they were lower in tar and nicotine. *Id.* at 87:17-24.

**QUALIFIED:** PM USA qualifies the portion of paragraph 90 stating that Mr. Tyrer began smoking light cigarettes "because of advertisements stating that the light cigarettes were lower in tar and nicotine." The portion of testimony to which plaintiffs refer in paragraph 90 states that Mr. Tyrer began smoking Marlboro Lights "because of the ads that [he had] described earlier." *Id.* at 87:21-22. In his earlier testimony, Mr. Tyrer testified that PM USA's advertising of light cigarettes "made the statement to the effect of milder," and that their advertising "seemed

9

like a less macho image" and "the lack of the daring do." *Id.* at 27:7-8, 34:3-7.  Mr. Tyrer testified that the word "milder" in this context to him meant "less harsh or severe." *Id.* at 27:10-11.  Mr. Tyrer never testified that he began smoking light cigarettes because the advertisements stated that light cigarettes were lower in tar and nicotine.  PM USA admits that Mr. Tyrer testified to the other statements.

91. Mr. Tyrer testified that, in switching to Marlboro Lights from Marlboro Mediums, he hoped to that he could "wean [himself] off cigarettes, and if there was less tar and nicotine going into [his] system, then the craving would somehow subside." *Id.* at 157:10-16.

**ADMITTED.**

92. Defendants have included onserts in some of their Light cigarette packs that state that "[t]here is no such thing as a safe cigarette….If you are concerned about the health effects of smoking, you should quit."  Affidavit of Brendan McCormick, submitted in support of Defendant Philip Morris USA Inc.'s Motion For Summary Judgment On Plaintiffs' Claims For Purchases After December 1, 2002 (D.E. #130-7) ¶ 9, Ex. B.

**ADMITTED.**

Dated:  June 17, 2010                                   Respectfully submitted,


                                                        /s/H. Peter Del Bianco, Jr.

                                                        H. Peter Del Bianco, Jr.
                                                        Lambert Coffin
                                                        P.O. Box 15215
                                                        477 Congress Street
                                                        Portland, Maine  04112-5215
                                                        (207) 874-4000

                                                        Philip H. Curtis
                                                        Nancy G. Milburn
                                                        Arnold & Porter LLP
                                                        399 Park Avenue

10

New York, NY  10022
(212) 715-1000

Judith Bernstein-Gaeta
James M. Rosenthal
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C.  20004
(202) 942-5000

John H. Beisner
Skadden, Arps, Slate, Meagher
& Flom & Affiliates
1440 New York Avenue, N.W.
Washington, D.C.  20005
(203) 371-7000

Counsel to Defendant Philip Morris USA Inc.

11

**CERTIFICATE OF SERVICE**

     I hereby certify that on June 17, 2010, I electronically filed the foregoing Reply to Plaintiffs' Statement of Additional Material Facts with the Clerk of the Court using the EM/ECF system which will send notification of such filing to all counsel of record registered with the ECF system.

                          /s/H. Peter Del Bianco, Jr.
                          H. Peter Del Bianco, Jr., Esq.
                          LAMBERT COFFIN
                          P.O. Box 15215
                          477 Congress Street
                          Portland, Maine 04101
                          Telephone: (207) 874-4000
                          pdelbianco@lambertcoffin.com