

# Lanham Blackwell
## ATTORNEYS

SAMUEL W. LANHAM, JR.
STEVEN T. BLACKWELL
PAMELA D. CHUTE
BRETT D. BABER

M. RAY BRADFORD, JR.
SPECIAL COUNSEL

SARAH D. LITTLEFIELD
LEGAL ASSISTANT

VICKIE L. BEDORE
JENNIFER L. CLARKE
PARALEGALS

June 24, 2010

The Honorable John A. Woodcock, Jr.
United States District Court
P.O. Box 1007
202 Harlow Street
Bangor, Maine 04402-1007

Re:   *In re Light Cigarettes Marketing and Sales Practices Litig.*,
      MDL Docket No. 1:09-MD-2068

Dear Chief Judge Woodcock:

Submitted herewith as supplemental authority in support of Plaintiffs' Motion for Class Certification, is *Chavez v. Blue Sky Natural Beverage Co.*, No. C 06-6609 VRW, 2010 U.S. Dist. LEXIS 60554 (N.D. Cal. June 18, 2010).

Very truly yours,

Samuel W. Lanham, Jr.
slanham@lanhamblackwell.com

SWL/sjc