UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

IN RE:  LIGHT CIGARETTES MARKETING          )          MDL DOCKET NO. 1-09-MD-2068
SALES PRACTICES LITIGATION                          )                    ALL CASES

**PLAINTIFFS' MOTION FOR APPOINTMENT OF
ELIZABETH J. CABRASER TO THE
PLAINTIFFS' STEERING COMMITTEE**

NOW COME Plaintiffs, by and through the Plaintiffs' Steering Committee, and move for appointment of Elizabeth J. Cabraser to the Plaintiffs' Steering Committee, and in support thereof state as follows:

1.        On October 26, 2009, the Court issued its Procedural Order, Including Appointment of Interim Lead Counsel, Specification of Case Management Provisions, and Outline of Preliminary Scheduling [D.E. No. 30], and therein appointed members of the Plaintiffs' Steering Committee (PSC), to act on behalf of all Plaintiffs in this litigation.

2.        In the fulfillment of the PSC's duty to "[d]irect and coordinate the work of all Plaintiffs' counsel and make assignments of work to be performed in the prosecution of the case in a manner to assure that pretrial preparation is conducted effectively, efficiently, and economically," *see* Procedural Order at 5-6, the PSC has worked closely and actively with Elizabeth J. Cabraser in the prosecution of this case, including most recently the preparation of pending motions and briefing relating thereto.

3.        Ms. Cabraser is a founding partner of Lieff, Cabraser, Heimann & Bernstein, LLP, in San Francisco, California.  She has taught mass torts, class actions, and consumer litigation as a visiting professor at Columbia and Vanderbilt Law Schools, and she regularly

teaches Advanced Civil Procedure/Complex Litigation at Boalt Hall and Columbia.  She is

Editor-in-Chief of *California Class Actions Practice and Procedure*, LexisNexis.

4.      Ms. Cabraser has served as lead counsel, as class counsel, and on plaintiffs'

executive committees in approximately 50 MDLs and coordinated or consolidated proceedings,

listed on her *curriculum vitae* attached hereto as <u>Exhibit A</u>. With respect to recent MDL

appointments and commitments, Ms. Cabraser currently serves as a Lead Counsel in *In re*

*Guidant Implantable Defibrillators Products Liability Litigation,* MDL No. 1708 (D. Minn.,

Frank, J.); as Liaison Counsel and PSC Chair in *In re Bextra/Celebrex Marketing Sales Practices*

*and Products Liability Litigation*, MDL 1699 (N.D. Cal., Breyer, J.); as Lead Counsel in *In re*

*ConAgra Peanut Butter Products Liability Litigation*, MDL No. 1845 (N.D. Ga., Thrash, J.); as

Lead Counsel in *In re Yamaha Motor Corp. Rhino ATV Products Liability Litigation*, MDL No.

2016 (W.D. Ky.); and as a Co-Lead Counsel in *In re Toyota Motor Corp. Unintended*

*Acceleration Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 2151

(C.D. Ca., Selna, J.).

6.      Section II. D. of said Procedural Order specifies the terms of appointment to the

PSC and establishes the Court's authority "to enlarge or reduce the size of the PEC/PSC and

change the membership of the PEC/PSC."  Attached hereto as <u>Exhibit B</u> in support of this

motion is the Affidavit of Elizabeth J.Cabraser, wherein she agrees to be bound by the terms of

appointment as specified in the Procedural Order.

6.      Ms. Cabraser is imminently qualified to serve on the PSC in this MDL.  Plaintiffs

respectfully move for her appointment.

7.      Defendants have represented to the undersigned that they do not object to the

Court granting this motion.

Dated:  July 9, 2010

Respectfully submitted,


 */s/ Samuel W. Lanham, Jr.*
Samuel W. Lanham, Jr.
**LANHAM BLACKWELL, P.A.**
470 Evergreen Woods
Bangor, ME 04401

Andy Alonso
**PARKER WAICHMAN**
 **& ALONSO, LLP**
111 Great Neck Road, 1st Fl.
Great Neck, NY 11021

Ben Barnow
**BARNOW AND ASSOCIATES, P.C.**
One North LaSalle Street, Suite 4600
Chicago, IL 60602

Don Barrett
**BARRETT LAW OFFICE, P.A.**
404 Court Square
Lexington, MS 39095-0987

Daniel Becnel, Jr.
**BECNEL LAW FIRM, LLC**
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

Kent Caperton
**BEN BARNES GROUP**
1215 19th Street, NW
Washington, DC 20036

James Dugan
**MURRAY LAW FIRM**
Poydras Center
650 Poydras Street, Suite 1100
New Orleans, LA 70130

Michael London
**DOUGLAS & LONDON**
111 John Street, Suite 1400
New York, NY 10038

Dianne Nast
**RODANAST, P. C.**
80 I Estelle Drive
Lancaster, PA 17601

Marian S. Rosen
**MARIAN S. ROSEN**
  **& ASSOCIATES**
5065 Westheimer, Suite 840 Houston, TX
77056

Howard Rubinstein
**LAW OFFICE OF**
**HOWARD WEIL RUBINSTEIN**
P.O. Box 4869
Aspen, CO 81611

Walter Umphrey
**PROVOST UMPHREY**
  **LAW FIRM, LLP**
P.O. Box 4905
Beaumont, TX 77704-4905

Joe R. Whatley, Jr.
**WHATLEY, DRAKE & KALLAS**
1540 Broadway, 37th Floor
New York, NY 1036

John Eddie Williams
**WILLIAMS, KHERKER, HART,**
  **BOUNDAS, LLP**
8441 Gulf Freeway, Suite 600
Houston, TX 77017

*Plaintiffs' Steering Committee*

**<u>CERTIFICATE OF SERVICE</u>**

Service of the above Plaintiffs' Motion for Appointment of Elizabeth J. Cabraser to the Plaintiffs' Steering Committee has been made through the Court's ECF system on all those registered to receive ECF service.

Date:   July 9, 2010                         /s/ Samuel W. Lanham, Jr.
                                             Samuel. W. Lanham, Jr., Esq.
                                             Lanham Blackwell, P.A.
                                             470 Evergreen Woods
                                             Bangor,  ME  04401
                                             Attorney for Plaintiffs