

SAMUEL W. LANHAM, JR.
STEVEN T. BLACKWELL
PAMELA D. CHUTE
BRETT D. BABER

M. RAY BRADFORD, JR.
SPECIAL COUNSEL

SARAH D. LITTLEFIELD
LEGAL ASSISTANT

VICKIE L. BEDORE
JENNIFER L. CLARKE
PARALEGALS

July 15, 2010

The Honorable John A. Woodcock, Jr.
United States District Court
P.O. Box 1007
202 Harlow Street
Bangor, Maine  04402-1007

Re: *In re Light Cigarettes Marketing and Sales Practices Litig.*,
MDL Docket No. 1:09-MD-2068

Dear Chief Judge Woodcock:

Submitted as supplemental authority in support of Plaintiffs' Motion for Class Certification, is *Donovan v. Philip Morris USA, Inc.*, No. 06cv12234-NG, 2010 U.S. Dist. LEXIS 62982 (D. Mass. June 24, 2010) (applying First Circuit Rule 23 jurisprudence and standards to grant 23(b)(2) and (b)(3) class certification to non-personal injury claims of smokers against Philip Morris, brought under state consumer statute for class wide medical monitoring relief).

Very truly yours,

Samuel W. Lanham, Jr.
slanham@lanhamblackwell.com

SWL/sjc

Enclosure

cc: ECF Service List