July 19, 2010


The Honorable John A. Woodcock, Jr.
United States District Court
P.O. Box 1007
202 Harlow Street
Bangor, Maine  04402-1007

Re:   *In re Light Cigarettes Marketing and Sales Practices Litigation*
      MDL Docket No. 1:09-MD-2068

Dear Chief Judge Woodcock:

Submitted as supplemental authority in support of Plaintiffs' Motion for Class Certification, is *Pella Corp. v. Saltzman*, 606 F.3d 391 (7th Cir. 2010) (affirming Rule 23(b)(3) certification of six statewide consumer fraud claims, including Illinois and California).

In addition, please note the following erratum at page 7 of the Reply in Support of Plaintiffs' Motion for Class Certification (D.E. #222).  The sentence which reads:

> "In California, it is well-established that any plaintiff may utilize circumstantial evidence, such as reasonable inference, to establish any element of any claim, including, specifically, the 'relevance' or causation element of fraud."

The sentence should read correctly:

> "In California, it is well-established that any plaintiff may utilize circumstantial evidence, such as reasonable inference, to establish any element of any claim, including, specifically, the 'reliance' or causation element of fraud."

The Honorable John A. Woodcock, Jr.
Re:     *In re Light Cigarettes Marketing and Sales Practices Litigation*
        MDL Docket No. 1:09-MD-2068
July 19, 2010
Page Two


Thank you for your attention to these items.

Very truly yours,

/s/ Samuel W. Lanham, Jr.

Samuel W. Lanham, Jr.
slanham@lanhamblackwell.com

SWL/sjc

cc:     ECF Service List