UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| IN RE: LIGHT CIGARETTES MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1:09-md-2068<br>M.D. Tennessee<br>Case No.: 1:09-MD-02068-JAW |
| THIS DOCUMENT RELATES TO:<br>DEBI McCLURE, on behalf of herself and all others similarly situated,<br>Plaintiff,<br>v.<br>PHILIP MORRIS USA, INC., a Virginia corporation, and ALTRIA GROUP, INC., a Virginia corporation,<br>Defendants. | **NOTICE OF INTENT TO PROCEED AND OBJECTION TO EXTENSION OF CLASS CERTIFICATION ORDER DATED NOVEMBER 24, 2010** |

On April 15, 2011, the Court directed that each plaintiff notify the Court by May 16, 2011, whether she wishes to proceed with or dismiss her pending action. The Court further directed that in the event a plaintiff wishes to proceed with the pending action the plaintiff must inform the Court whether she objects to an Order extending the Court's Order on Plaintiffs' Motion for Class Certification [Dkt. 255] to her case.

Plaintiff Debi McClure files this report in accordance with the referenced Order and informs the Court that she wishes to proceed with her pending action and that she respectfully objects to any Order extending the Court's Order on Plaintiffs' Motion for Class Certification [Dkt. 255] to her case.

Further, Plaintiff Debi McClure respectfully requests that this Honorable Court suggest to the Judicial Panel on Multidistrict Litigation that her case be remanded back to the United States District Court for the Middle District of Tennessee for further proceedings. Plaintiff's request is based upon multiple factors, including but not limited to:

(1) all pretrial proceedings that were appropriate for this Court to oversee as the Multidistrict Litigation transferee court have substantially concluded;

(2) remand would best serve the interests of and conserve the resources of the parties, their counsel and the judiciary; and

(3) following the United States Supreme Court's decision in *Shady Grove Orthopedic Associates, PA v. Allstate Insurance Co.*, 130 S. Ct. 1431 (2010), a federal court in Tennessee should determine the course of future proceedings in this case.

Dated: May 16, 2011

Respectfully submitted,

*s/* Christina L. Bannon

**CHRISTINA L. BANNON**
BONNETT, FAIRBOURN, FRIEDMAN & BALINT
2901 North Central Avenue, Suite 1000
Phoenix, AZ 85012
(602) 274-1100
cbannon@bffb.com

**VAN BUNCH**
BONNETT, FAIRBOURN, FRIEDMAN & BALINT
57 Carriage Hill
Signal Mountain, TN 37377
(423) 886-9736
vbunch@bffb.com

*Counsel for Plaintiff Debi McClure*

**GERSON H. SMOGER**
SMOGER & ASSOCIATES
3175 Monterey Boulevard
Oakland, CA 94602
gerson@texasinjurylaw.com

**HAL D. HARDIN**
LAW OFFICE OF HAL D. HARDIN
211 Union Street, Suite 200
Nashville, TN 37201
(615) 369-3377
halhardin@aol.com

**RUSSELL SMITH**
RUSSELL SMITH LAW OFFICE
159 S. Maine Street, Suite 503
Akron, OH 44308
(330) 434-7167
russ@russsmithlaw.com

*Co-Counsel for Plaintiff Debi McClure*

CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

s/ Christina L. Bannon