UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| IN RE: Light Cigarettes Marketing and Sales Practices Litigation | Master File No. 09-MD-2068 |
| THIS DOCUMENT RELATES TO: BRYANT TANG, on behalf of himself and all others similarly situated, Plaintiff, v. PHILIP MORRIS USA, INC., a Virginia corporation, and ALTRIA GROUP, INC., a Virginia corporation, Defendants. | Case No.: 09-cv-00431 (D. Me.) 08-cv-5085 (E.D.N.Y.) **NOTICE OF MOTION FOR SUGGESTION OF REMAND** |

**PLEASE TAKE NOTICE** that upon Plaintiff's Memorandum of Law, the Declaration of Michael A. London dated May 16, 2011, and the exhibits annexed hereto, Plaintiff will move this Court at the United States District Court, District of Maine, at the courthouse located at 202 Harlow Street, Bangor, Maine as soon thereafter as counsel may be heard, for an Order:

1) Suggesting remand to the Judicial Panel of Multidistrict Litigation of the above-entitled action from the United States District Court, District of Maine back to the United States District Court, Eastern District of New York, the original venue of the above-entitled action, on the grounds that all pre-trial proceedings that were appropriate for this Court to oversee as the Multidistrict Litigation ("MDL") transferee court have been substantially concluded and remand would best serve the interest of and conserve the resources of the parties, their counsel and the judiciary; and

2) Granting such other and further relief as this Court may deem just and proper.

Dated: May 16, 2011
     New York, New York

                             Respectfully submitted,

                             <u>*s/Michael A. London*</u>
                             Michael A. London
                             Virginia E. Anello
                             DOUGLAS & LONDON, P.C.
                             111 John Street, Suite 1400
                             New York, New York 10038
                             (212) 566-7500

                             -and-

                             Jerrold S. Parker
                             Andres F. Alonso
                             Peter J. Cambs, Sr.
                             PARKER WAICHMAN ALONSO, LLP
                             6 Harbor Park Drive
                             Port Washington, New York 11050
                             (516) 723-4611

                             *Counsel for Plaintiff Bryant Tang*