UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| IN RE: LIGHT CIGARETTES MARKETING SALES PRACTICES LITIGATION | MDL Docket No.: 1:09-md-2068 |
| This case relates to: | |
| CHARLES E. WYATT, Individually and on Behalf of All Others Similarly Situated, | E.D. Wis. Case No.: 09-cv-597-LA |
| Plaintiff, vs. | Jury Trial Demanded |
| PHILIP MORRIS USA, INC., a Virginia corporation, ALTRIA GROUP, INC., a Virginia corporation, | **NOTICE OF INTENT TO PROCEED AND OBJECTION TO EXTENSION OF CLASS CERTIFICATION ORDER DATED NOVEMBER 24, 2010** |
| Defendants | |

On April 15, 2011, the Court directed that each Plaintiff notify the Court by May 16, 2011, of whether he or she wishes to proceed with or dismiss his or her pending action. The Court further directed that in the event a Plaintiff wishes to proceed with the pending action the Plaintiff must inform the Court whether he or she objects to an Order extending the Court's Order on Plaintiff's Motion for Class Certification (Dkt. No. 255) to his or her case.

Plaintiff, Charles Wyatt, files this report in accordance with the aforementioned Order, and informs the Court that he wishes to proceed with his pending action and that he respectfully objects to an Order extending the Court's Order on Plaintiffs' Motion for Class Certification (Dkt. No. 255) to his case.

Further, Plaintiff, Charles Wyatt, respectfully requests that this Honorable Court suggest to the Judicial Panel of Multidistrict Litigation that his case be remanded back to the United States District Court for the Eastern District of Wisconsin for further proceedings. The basis of Plaintiff's request is based upon multiple factors, including, but not limited to:

(1) all pretrial proceedings that were appropriate for this Court to oversee as the Multidistrict Litigation transferee court have substantially concluded;

(2) remand would best serve the interest and conserve the resources of the parties, their counsel, and the judiciary; and

(3) a novel claim under Wisconsin law and regulatory orders that is relevant only to plaintiff and class members who purchased cigarettes in the state of Wisconsin has been alleged in this case, which, as a matter of first impression, should be addressed by a federal court sitting in Wisconsin;

Dated: May 16, 2011

                                                    **ADEMI & O'REILLY, LLP**

                                       By:    /S/ DAVID J. SYRIOS
                                                Guri Ademi (SBN 1021729)
                                                Shpetim Ademi (SBN 1026973)
                                                David J. Syrios (SBN 1045779)
                                                Corey Mather (SBN 1046210)
                                                3620 East Layton Avenue
                                                Cudahy, WI 53110
                                                (414) 482-8000
                                                (414) 482-8001 (fax)
                                                gademi@ademilaw.com
                                                sademi@ademilaw.com
                                                dsyrios@ademilaw.com
                                                cmather@ademilaw.com

Of Counsel:

Ben Barnow
**Barnow and Associates, P.C.**
One North LaSalle Street
Suite 4600
Chicago, IL 60602
(312) 621-2000

Larry D. Drury
**Larry D. Drury, Ltd.**
205 West Randolph, Suite 1430
Chicago, Illinois 60606
(312) 346-7950

Burton Finkelstein
**Finkelstein Thompson LLP**
The Duvall Foundry
1050 30th Street, N.W.
Washington, DC 20007
(202) 337-8000

**CERTIFICATE OF SERVICE**

      Service of the above Notice of Intent to Proceed and Objection to Extension of Class Certification Order Dated November 24, 2010, has been made through the court's ecf system on all those registered to receive ecf service.  All counsel of record are registered to receive ecf service.

Date:   May 16, 2011                    **ADEMI & O'REILLY, LLP**

                                      By:   /S/ DAVID J. SYRIOS
                                                Guri Ademi (SBN 1021729)
                                                Shpetim Ademi (SBN 1026973)
                                                David J. Syrios (SBN 1045779)
                                                Corey Mather (SBN 1046210)
                                                3620 East Layton Avenue
                                                Cudahy, WI 53110
                                                (414) 482-8000
                                                (414) 482-8001 (fax)
                                                gademi@ademilaw.com
                                                sademi@ademilaw.com
                                                dsyrios@ademilaw.com
                                                cmather@ademilaw.com