UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| IN RE: LIGHT CIGARETTES MARKETING | ) | MDL DOCKET NO. 1-09-MD-2068 |
| SALES PRACTICES LITIGATION | ) | |
| | | RELATES TO:   1:10-cv-00469 |

**CORRECTED REPORT TO THE COURT**

The following Plaintiff hereby corrects her report status with the Court (D.E. 280) and requests her case be remanded to its transferor Court rather than being dismissed without prejudice:

    Tennessee   -   Debi McClure   Case No. 1:10-cv-00469

Dated: May 17, 2011

Respectfully submitted,

  /s/ *Joe R. Whatley, Jr.*
JOE R. WHATLEY, JR.
WHATLEY DRAKE & KALLAS, LLC
1540 Broadway, 37th Floor
New York, New York 10036
(212) 447-7070 - telephone
(212) 447-7077 – facsimile
Email: jwhatley@wdklaw.com

Samuel W. Lanham, Jr.
LANHAM BLACKWELL, P.A.
470 Evergreen Woods
Bangor, ME 04401

Andy Alonso
PARKER WAICHMAN & ALONSO, LLP
111 Great Neck Road, 1st Floor
Great Neck, NY 11021

Ben Barnow
BARNOW AND ASSOCIATES, P.C.
One North LaSalle Street, Suite 4600
Chicago, IL 60602

Don Barrett
BARRETT LAW OFFICE, P.A.
404 Court Square
Lexington, MS 39095-0987

Daniel Becnel, Jr.
BECNEL LAW FIRM, LLC
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

Kent Caperton
BEN BARNES GROUP
1215 19th Street, NW
Washington, DC 20036

James Dugan
MURRAY LAW FIRM
Poydras Center
650 Poydras Street, Suite 1100
New Orleans, LA 70130

Michael London
DOUGLAS & LONDON
111 John Street, Suite 1400
New York, NY 10038

Dianne Nast
RODANAST, P. C.
80 I Estelle Drive
Lancaster, PA  17601

Marian S. Rosen
MARIAN S. ROSEN & ASSOCIATES
5065 Westheimer, Suite 840
Houston, TX 77056

Howard Rubinstein
LAW OFFICE OF
HOWARD WEIL RUBINSTEIN
P.O. Box 4869
Aspen, CO 81611

Walter Umphrey
PROVOST UMPHREY LAW FIRM, LLP
P.O. Box 4905
Beaumont, TX 77704-4905

John Eddie Williams
WILLIAMS, KHERKER, HART,
   BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017

*Plaintiffs' Steering Committee*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 17, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record registered to receive ECF Service.

                *s/Joe R. Whatley, Jr.*
                Joe R. Whatley, Jr.