UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| IN RE: LIGHT CIGARETTES MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1:09-md-2068 |
| | M.D. Tennessee |
| | Case No.: 1:09-MD-02068-JAW |
| THIS DOCUMENT RELATES TO: | |
| DEBI McCLURE, on behalf of herself and all others similarly situated, | **NOTICE OF JOINDER IN SUPPORT OF REQUEST FOR REMAND** |
| Plaintiff, | |
| v. | |
| PHILIP MORRIS USA, INC., a Virginia corporation, and ALTRIA GROUP, INC., a Virginia corporation, | |
| Defendants. | |

On May 16, 2011, Plaintiff Debi McClure ("McClure") filed her report informing the Court that she wishes to proceed with her pending action and requesting that the Court remand her case back to the United States District Court for the Middle District of Tennessee for further proceedings. [Dkt. 281]  In support of her request for remand, McClure submits this Notice of Joinder in the Memorandum of Law filed by Plaintiff Bryant Tang on May 16, 2011.  [Dkt. 282]

On September 17, 2010, McClure filed suit on behalf of herself and all others who purchased Defendants' Marlboro Lights cigarettes in the state of Tennessee, alleging that Defendants' conduct violated the Tennessee Consumer Protection Act and that Defendants were unjustly enriched by McClure's and class members' purchases of Marlboro Lights cigarettes. McClure's Complaint was transferred to the MDL Court effective November 15, 2010. [Dkt.

250] As fully set forth in Plaintiff Tang's Memorandum of Law, the reasons underlying transfer of McClure's Complaint to the MDL Court have become moot. As with Plaintiff Tang, McClure wishes to proceed with her case in the court in which it was originally filed to address novel issues of Tennessee state law raised by the United States Supreme Court's recent decision in *Shady Grove Orthopedic Assocs. v. Allstate Ins. Co.*, -- U.S. --, 130 S. Ct. 1431 (2010). Accordingly, McClure respectfully requests that this Court issue a suggestion of remand to the Judicial Panel of the above-captioned matter back to United States District Court for Middle District of Tennessee and for such other and further relief as the Court deems just and proper.

Dated: June 13, 2011

        Respectfully submitted,

        */s/*Van Bunch
        BONNETT, FAIRBOURN, FRIEDMAN
         & BALINT
        57 Carriage Hill
        Signal Mountain, TN  37377
        (423) 886-9736

        and

        2901 North Central Avenue
        Suite 1000
        Phoenix, AZ  85012

        *Counsel for Plaintiff Debi McClure*