# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| IN RE: LIGHT CIGARETTES MARKETING SALES PRACTICES LITIGATION )<br>)<br>This document relates to EVA MARIE PHILLIPS and GREG A. PHILLIPS, on behalf of themselves and others similarly situated, et al., )<br><br>Plaintiffs )<br><br>vs. )<br><br>PHILIP MORRIS COMPANIES INC., nka ALTRIA GROUP, INC., et al., )<br>)<br>Defendants ) | 1:09-md-2068-JAW<br><br><br>Case No. 5:10-cv-01741-SL<br>[N.D. Ohio]<br><br><br><br>**Plaintiffs' Notice of Intent to Proceed and Objection to the Extension of This Court's Order on Plaintiffs' Motion For Class Certification (Docket # 255) to Their Case Together with Plaintiffs' Request for a Suggestion of Remand** |

The Plaintiffs Eva Marie and Greg A. Phillips join in the motions filed in the New York and Wisconsin cases objecting to extending the Court's Order denying class certification in other cases[1] to theirs.

These Plaintiffs also respectfully request that this Court suggest **to the Judicial**

---

[1] Order On Plaintiffs' Motion For Class Certification, ECF No. 255

1

Panel on Multidistrict Litigation that these Plaintiffs' case be remanded back to the United States District Court for the Northern District of Ohio for further proceedings.

And Plaintiffs note that their case differs from the other states in this multidistrict litigation in that the Ohio Plaintiffs (in a prior case) were granted certification of a class action against the Defendants Philip Morris Companies Inc., nka Altria Group, Inc., and Philip Morris Incorporated by the Common Pleas Court of Medina County, Ohio[2], which certification was affirmed by the Ohio Ninth District Court of Appeals.[3]  Plaintiffs' case was then decertified by the Ohio Supreme Court due to an Ohio statutory requirement (which requires a prior attorney-general ruling or prior case decision dealing with the same practice before a defendant may be subject to a class action under the CSPA).  But while the Ohio Supreme Court held that the notice was insufficient, it did go on to state:

> The plaintiffs may be entitled to pursue class-action relief under Civ.R. 23; however, they have failed to identify any prior rule or court decision that would entitle them to pursue CSPA relief under R.C. 1345.09(B).[4]

Wherefore, Plaintiffs respectfully request that this Court's order denying class certification in other cases[5] not be extended to their case, that this Court suggest remand to the Judicial Panel on Multidistrict Litigation, and for such other relief and orders that are just, equitable, or proper.

---

[2] Journal Entry - Class Action Ruling, *Marrone v. Philip Morris Companies Inc.,* 99CIV0954 (Ohio, Medina County 2003) No. 1256/428

[3] Decision & Journal Entry - Judgment Of Trial Court Affirmed, *Marrone v. Philip Morris Companies Inc.,* 03CA0120-M (Ohio App. 9th 2004) Vol. 49, pg. 253

[4] *Marrone v. Philip Morris USA, Inc*., 850 N.E.2d 31 at 38, 110 Ohio St.3d 5 (2006) 2006-Ohio-2869

[5] Order On Plaintiffs' Motion For Class Certification, ECF No. 255

                     Respectfully submitted,

                     */s/ Russell Smith*
                     Russell Smith, SCID 0020920
                     503 Key Building
                     159 S. Main Street
                     Akron, Ohio 44308
                     Phone (330) 434-7167
                     Fax (330) 434-7195
                     russ@russsmithlaw.com

                     */s/ R. Bryan Nace*
                     R. Bryan Nace, SCID 0030254
                     3250 W. Market Street, Suite 203
                     Fairlawn, Ohio  44333
                     330-867-9242
                     nacerb@nace-law.net

                     /s/ Gerson H. Smoger
                     Gerson H. Smoger
                     Smoger & Associates
                     3175 Monterey Boulevard Suite 3
                     Oakland, California 94602
                     (510) 531-4529
                     *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2011, I electronically filed *Plaintiffs' Notice of Intent to Proceed and Objection to the Extension of This Court's Order on Plaintiffs' Motion For Class Certification (Docket # 255) to Their Case Together with Plaintiffs' Request for a Suggestion of Remand* with the Clerk of Court using the CM/ECF system which will send notification to the registered individuals.

                     /s/*Russell Smith*
                     Russell Smith