UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| IN RE: LIGHT CIGARETTES MARKETING SALES PRACTICES LITIGATION | MDL Docket No.: 1:09-MD-2068 |
| This document relates to: | |
| BRYANT TANG, | |
| Plaintiff, | Case No. 08-cv-5085 (E.D.N.Y.) |
| v. | |
| PHILIP MORRIS USA, INC., | |
| Defendant; | |
| EVA MARIE PHILLIPS and GREG A. PHILLIPS, | |
| Plaintiffs, | Case No. 5:10-cv-01741 (N.D. Ohio) |
| v. | |
| PHILIP MORRIS COS. INC. et al., | |
| Defendants; | |
| BRYAN CABBAT, | |
| Plaintiff, | Case No. 10-cv-00162 (D. Haw.) |
| v. | |
| PHILIP MORRIS USA, INC., | |
| Defendant; | |
| DEBI MCCLURE, | |
| Plaintiff, | Case No. 3:10-cv-0866 (M.D. Tenn.) |
| v. | |
| PHILIP MORRIS USA, INC. and ALTRIA GROUP, INC., | |
| Defendants; | |

| | |
|---|---|
| CHARLES WYATT, | ) |
|         Plaintiff | ) Case No. 09-cv-597-LA (E.D. Wis.) |
| v. | ) |
| PHILIP MORRIS USA, INC., and ALTRIA GROUP, INC., | ) |
|         Defendants. | ) |

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO SUBMIT OPPOSITION BRIEF EXCEEDING TEN PAGES

Pursuant to Local Rule 7(e), defendants respectfully seek leave to submit a memorandum not to exceed fifteen (15) pages in opposition to plaintiffs' motions for suggestion of remand and in support of extending the Court's order denying class certification to each case remaining in this MDL, including *Tang*, *Phillips*, *Cabbat*, *McClure*, and *Wyatt*.[1]

Plaintiffs in these cases each have filed separate memoranda in support of their motions for suggestion of remand and each have objected to the extension of the Court's class certification order. The additional pages requested by defendants are necessary to respond adequately to plaintiffs' memoranda and other supporting materials.

This motion to exceed page limitations is timely filed more than three business days before defendants' opposition is due on July 6, 2011. *See* Local Rule 7(e). Liaison counsel for Philip Morris USA Inc. has conferred with liaison counsel for plaintiffs, and they do not object to this motion.

DATED: June 28, 2011.

---

[1] Co-defendant Altria Group, Inc. joins this request without prejudice to its affirmative defenses, including lack of personal jurisdiction, in any particular coordinated action.

Respectfully submitted,

/s/ H. Peter Del Bianco, Jr.
H. Peter Del Bianco, Jr.
LAMBERT COFFIN
P.O. Box 15215
477 Congress Street
Portland, Maine 04112-5215
(207) 874-4000

Philip H. Curtis
Nancy G. Milburn
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
(212) 715-1000

Judith Bernstein-Gaeta
James M. Rosenthal
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
(202) 942-5000

John H. Beisner
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP & ASSOCIATES
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000

Counsel to Defendant Philip Morris USA Inc.


/s/ David C King
David C. King
Rudman & Winchell
84 Harlow Street
P O. Box 1401
Bangor, ME 04401
(207) 992-2414

Guy Miller Struve
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4192

Counsel to Defendant Altria Group, Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 28, 2011, I electronically filed the foregoing with the Clerk of the Court using the EM/ECF system, which will send notification of such filing to all counsel of record registered with the ECF system.

      /s/ H. Peter Del Bianco, Jr.
H. Peter Del Bianco, Jr.
LAMBERT COFFIN
P.O. Box 15215
477 Congress Street
Portland, Maine 04101
Telephone: (207) 874-4000
pdelbianco@lambertcoffin.com